# EXHIBIT B

| Exhibit # | Description |
|---|---|
| Ex. B-1 | July 25, 2025 Email from Brent Mayo to MDEQ |
| Ex. B-2 | July 29, 2025 Letter from MDEQ to Brent Mayo |

# EXHIBIT B-1

**Jaricus Whitlock**

---

**From:** Brent Mayo <brent@colossusx.com>
**Sent:** Friday, July 25, 2025 1:16 PM
**To:** Chris Wells; Jaricus Whitlock
**Cc:** Dan Rowland
**Subject:** Permit Follow Up

Dear Chris,

Thanks again for meeting with us this week to talk about our plans to build energy resources at our property in DeSoto County, we're looking forward to working with you to make sure we get the air permit needed and comply with all requirements.

As we are finalizing our plans for the facility and preparing our permit application, we would like to use portable gas-fired combustion turbines to provide power on a temporary basis during the construction of the project. We recognize that the air permit must be issued prior to beginning construction on the permanent emission units comprising the facility, but we are bringing the temporary turbines on site to be used prior to receiving the air permit. We understand that is allowed, but we want to make sure you are aware and agree.

Happy to discuss further if you have specific questions, and again thank you for your guidance on the air permitting process.

Best Regards,
Brent Mayo
XAI

1

# EXHIBIT B-2



# State of Mississippi

### TATE REEVES
GOVERNOR

## MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY

### CHRIS WELLS, EXECUTIVE DIRECTOR

July 29, 2025

Mr. Brent Mayo, Vice President of Operations
xAI

Re: Determination on Portable Gas-Fired Combustion Turbines

Dear Mr. Mayo:

In reference to your e-mail received on July 25, 2025, the Mississippi Department of Environmental Quality (MDEQ) has reviewed your request regarding the temporary use of portable natural gas-fired combustion turbines during construction of the separate standalone "MZX Tech, LLC" project. Based on the information provided in the e-mail and at the associated meeting, MDEQ understands that the referenced turbines will be "mobile" as each will remain affixed to a portable unit (i.e., a flatbed trailer) and "temporary" as it is intended for each to remain on-site (2875 Stanton Road South; Southaven, MS) for less than twelve (12) months. Therefore, contingent upon the two (2) denoted criteria remaining valid, MDEQ acknowledges that the referenced turbines are exempt from permitting requirements pursuant to 11 Mississippi Administrative Code Part 2, Chapter 2, Rule 2.13.D.

However, with consideration to the existing air quality of Desoto County [which is part of the Memphis Metropolitan Statistical Area (MSA)], MDEQ implores you to operate the portable combustion turbines in a manner that minimizes the emission of nitrogen oxides ($NO_X$) and particulate matter less than 2.5 microns in diameter ($PM_{2.5}$). This may include the implementation of additional emission control technology available and applicable to portable combustion turbines. Accordingly, it is requested that you advise MDEQ of any additional emission control technology that will be utilized during their operation.

If you have any questions or concerns regarding this determination, please feel free to contact me at (601) 961-5303 or jwhitlock@mdeq.ms.gov.

Sincerely,

Jaricus Whitlock
Digitally signed by Jaricus Whitlock
Date: 2025.07.29 12:32:53 -05'00'

Jaricus Whitlock, P.E.
Chief, Air Division
Mississippi Department of Environmental Quality

Electronic cc:   Mr. Chris Wells, Executive Director, MDEQ
                  Mr. Chris Sanders, Chief of Staff, MDEQ
                  Mr. Mike Freiman, Office of Pollution Control Director, MDEQ
                  Mrs. Becky Simonson, Environmental Permits Division Chief, MDEQ

OFFICE OF POLLUTION CONTROL
PO BOX 2261 • JACKSON, MISSISSIPPI 39225-2261 • TEL: (601) 961-5171 • FAX: (601) 354-6612 • www.mdeq.ms.gov
Facebook: @mdeq.ms • Twitter: @MDEQ • Instagram: @MDEQ
AN EQUAL OPPORTUNITY EMPLOYER