# EXHIBIT C

| Exhibit # | Description |
|---|---|
| Ex. C-1 | August 18, 2025 Email from Trinity Consultants to MDEQ |
| Ex. C-2 | September 6, 2025 Email from Trinity Consultants to MDEQ |
| Ex. C-3 | September 10, 2025 Email from Trinity Consultants to MDEQ |
| Ex. C-4 | November 4, 2025 Email from Trinity Consultants to MDEQ |
| Ex. C-5 | November 25, 2025 Email from Trinity Consultants to MDEQ |
| Ex. C-6 | December 11, 2025 Email from Trinity Consultants to MDEQ |

# EXHIBIT C-1

## Jaricus Whitlock

| | |
|---|---|
| **From:** | Shannon Lynn <slynn@trinityconsultants.com> |
| **Sent:** | Monday, August 18, 2025 1:34 AM |
| **To:** | Jaricus Whitlock |
| **Cc:** | Rodney Cuevas |
| **Subject:** | RE: Portable Turbine Information |

**This Message Is From an External Sender**

This message came from outside your organization.

Thank you for all of your assistance and apologies for taking so long to get back to you. Just wanted to make sure that what I had was the latest and greatest information.

In response to your queries below here is the information I currently have and will work on obtaining the rest.

Temporary turbine schedule for Duke:

| Primary Column | Assigned To | Status | Start |
|---|---|---|---|
| Phase 1 Pad Extension Cure Complete | Omega | In Progress | 08/13/25 |
| Duke 4 SMT 130 (Cannot Drive though AK on weekend) | Solaris | Not Started | 08/18/25 |
| Duke 5 SMT 130 (Genco) | Solaris | Not Started | 08/19/25 |
| Duke 6 SMT 130 (Genco) | Solaris | Not Started | 08/20/25 |
| Duke 7 TM2500 (Version 8) | Solaris | Not Started | 08/21/25 |
| Duke 8 TM2500 (Version 8) | Solaris | Not Started | 08/23/25 |
| Duke 9 TM2500 (M35) | Solaris | Not Started | 08/25/25 |
| Duke 10 TM2500 (Version 6) | Solaris | Not Started | 08/27/25 |
| Duke 11 TM2500 (Version 6) | Solaris | Not Started | 08/29/25 |
| Duke 12 TM2500 (Version 6) | Solaris | Not Started | 08/31/25 |
| Duke 13 TM2500 (Version 6) | Solaris | Not Started | 09/02/25 |
| Duke 14 TM2500 (Version 7) | Solaris | Not Started | 09/04/25 |
| Duke 15 TM2500 (Version 7) | Solaris | Not Started | 09/06/25 |
| Duke 16 TM2500 (Version 7) | Solaris | Not Started | 09/08/25 |

Turbines 1 through 3 were SMT-130s. Turbine #1 and Turbine #2 were moved to Duke on 8/1/25. Turbine #3 was moved to Duke on 8/8/25. The current plan is to have a total of 16 temporary Turbines at Duke consisting of 6 x SMT-130 and 10 x TM 2500. All 6 of the SMT-130s will have SCRs and all 10 of the TM2500s will use water injection.

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

1

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Thursday, August 14, 2025 12:17 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Cc:** Rodney Cuevas <RCuevas@mdeq.ms.gov>
**Subject:** Portable Turbine Information

Good Afternoon Shannon,

First, thank you for the very helpful update yesterday.  At your convenience, I kindly ask that you provide a response with the following information:

- The number of portable turbines currently on-site (i.e., 2875 Stanton Road South; Southaven, MS);

- The approximate date in which each turbine was brought on-site;

- The load capacity of each on-site portable turbine; and

- A description of any control technology utilized by a portable turbine (if possible, please also include an estimation of $NO_X$ emissions post-control technology).

As you mentioned that more portable turbines will be eventually brought on-site, I kindly ask that you provide that the information outlined above at such time of these additional turbines arriving on-site.

If you have any questions or concerns, please don't hesitate to contact me.

Best Regards,

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303

# EXHIBIT C-2

## Jaricus Whitlock

| | |
|---|---|
| **From:** | Shannon Lynn <slynn@trinityconsultants.com> |
| **Sent:** | Saturday, September 6, 2025 2:03 AM |
| **To:** | Jaricus Whitlock |
| **Subject:** | RE: Portable Turbine Information |

**This Message Is From an External Sender**
This message came from outside your organization.

Appreciate your patience again, I wanted to make sure I had the correct and latest information.

As of this writing, the overall plan is a total of 17 turbines, 10 2500's and 7 SMT-130's.

Load capacity is projected to be approximately 50%.

As I understand it, none of the 2500's are in operation, as they are pending connection to demin water.
SCR construction has been completed on 6 of the 7 SMT units and likely as of this writing, the 7th is complete.

The next step for the SMT's is ammonia delivery and completion of the SCR commissioning.

If you have any additional questions, please do not hesitate to ask.

Thanks!
Shannon

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Shannon Lynn <slynn@trinityconsultants.com>
**Sent:** Thursday, September 04, 2025 2:30 PM
**To:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Subject:** RE: Portable Turbine Information

You bet, let me get that and I have some additional updates to share.

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Thursday, September 04, 2025 2:29 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** RE: Portable Turbine Information

1

ey Shannon,

This is ust a quick follow-up to request the load capacity of each SMT 130 and TM2500 ( ust to complete our information archive internally).

Thank ou

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS 39225


Office: (601) 961-5303

---

**From:** Shannon Lynn    slynn@trinityconsultants.com
**Sent:** Thursday, August 28, 2025 3:44 PM
**To:** Jaricus    hitlock   jwhitlock@mdeq.ms.gov
**Subject:** RE: Portable Turbine Information

Current status is 15 turbines at Duke. SCR complete on one, 4 or 5 in the act of installation being installed. If my count is correct, 7 SMT-130 units and 8 2500 s.

Thanks

Shannon    . Lynn, P.E., C.M.
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Thursday, August 14, 2025 12:17 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Cc:** Rodney Cuevas <RCuevas@mdeq.ms.gov>
**Subject:** Portable Turbine Information

Good Afternoon Shannon,

First, thank you for the very helpful update yesterday.  At your convenience, I kindly ask that you provide a response with the following information:

- The number of portable turbines currently on-site (i.e., 2875 Stanton Road South; Southaven, MS);

- The approximate date in which each turbine was brought on-site;

- The load capacity of each on-site portable turbine; and

- A description of any control technology utilized by a portable turbine (if possible, please also include an estimation of $NO_X$ emissions post-control technology).

As you mentioned that more portable turbines will be eventually brought on-site, I kindly ask that you provide that the information outlined above at such time of these additional turbines arriving on-site.

If you have any questions or concerns, please don't hesitate to contact me.

Best Regards,

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303

# EXHIBIT C-3

**Jaricus Whitlock**

| | |
|---|---|
| **From:** | Shannon Lynn <slynn@trinityconsultants.com> |
| **Sent:** | Wednesday, September 10, 2025 12:52 PM |
| **To:** | Jaricus Whitlock |
| **Subject:** | Re: Portable Turbine Information |

**This Message Is From an External Sender**
This message came from outside your organization.

It's coming. I have the counts I just need to do the math. Still 7 SMT-130's, 10 2500's and an M35.

7 * 16.5 =115.5
10 * 25 =250
1 * 35 =35
Total 400.5

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com



Connect with us: LinkedIn [linkedin.com] / YouTube [youtube.com] / breeze-software.com [breeze-software.com]

Stay current on EHS issues. Subscribe [trinityconsultants.com] today to receive Trinity's free *EHS Quarterly [trinityconsultants.com]*.
View our capabilities in the *Environmental Consulting [trinityconsultants.com]*, *Built Environment [trinityconsultants.com]*, *Life Sciences [trinityconsultants.com]*, and *Water & Ecology [trinityconsultants.com]* markets.

Connect with us: LinkedIn [linkedin.com] / Facebook [facebook.com] / Twitter [twitter.com] / YouTube [youtube.com] / trinityconsultants.com [trinityconsultants.com]

Stay current on environmental issues. Subscribe [trinityconsultants.com] today to receive Trinity's free *EHS Quarterly*.



From: Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
Sent: Monday, September 8, 2025 8:23:41 AM

1

**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** R : Portable Turbine Information

Good Morning Shannon,

First, thank you for the shared information (it was actually no rush to provide it).  Based on this update, it appears that no SMT-130 is actually operating for the purpose of routine power generation at this time (given that the SCRs are awaiting commissioning).  As a result, I kindly ask that you please update me as to when the SMT-130s commence power generation for Colossus 2.

Also, I must apologize, as I mischaracterized a segment of the information that I was requesting.  With relation to the  load capacity , I was requesting the maximum power generation capacity of a SMT-130 and Titan 2500.  At your convenience, could you please clarify this for me

Thank  ou

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303

---

**From:** Shannon Lynn <slynn@trinityconsultants.com>
**Sent:** Saturday, Se  tember  , 2025 2:0  AM
**To:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Subject:** R : Portable Turbine Information

Appreciate your patience again, I wanted to make sure I had the correct and latest information.

As of this writing, the overall plan is a total of 17 turbines, 10 2500 s and 7 SMT-130 s.

Load capacity is projected to be approximately 50   .

As I understand it, none of the 2500 s are in operation, as they are pending connection to demin water.
SCR construction has been completed on 6 of the 7 SMT units and likely as of this writing, the 7th is complete.

The next step for the SMT s is ammonia delivery and completion of the SCR commissioning.

If you have any additional questions, please do not hesitate to ask.

Thanks
Shannon

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

2

**From:** Shannon Lynn <slynn@trinityconsultants.com>
**Sent:** Thursday, Se tember 04, 2025 2: 0 PM
**To:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Subject:** R : Portable Turbine Information

 ou bet, let me get that and I have some additional updates to share.


**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Thursday, Se tember 04, 2025 2:2  PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** R : Portable Turbine Information

 ey Shannon,

This is  ust a quick follow-up to request the load capacity of each SMT 130 and TM2500 ( ust to complete our information archive internally).

Thank  ou

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303

---

**From:** Shannon Lynn   slynn@trinityconsultants.com
**Sent:** Thursday, August 28, 2025 3:44 PM
**To:** Jaricus   hitlock   jwhitlock@mdeq.ms.gov
**Subject:** RE: Portable Turbine Information

Current status is 15 turbines at Duke. SCR complete on one, 4 or 5 in the act of installation being installed. If my count is correct, 7 SMT-130 units and 8 2500 s.

Thanks

Shannon   . Lynn, P.E., C.M.
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

3

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Thursday, August 14, 2025 12:17 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Cc:** Rodney Cuevas <RCuevas@mdeq.ms.gov>
**Subject:** Portable Turbine Information

Good Afternoon Shannon,

First, thank you for the very helpful update yesterday. At your convenience, I kindly ask that you provide a response with the following information:

- The number of portable turbines currently on-site (i.e., 2875 Stanton Road South; Southaven, MS);

- The approximate date in which each turbine was brought on-site;

- The load capacity of each on-site portable turbine; and

- A description of any control technology utilized by a portable turbine (if possible, please also include an estimation of $NO_X$ emissions post-control technology).

As you mentioned that more portable turbines will be eventually brought on-site, I kindly ask that you provide that the information outlined above at such time of these additional turbines arriving on-site.

If you have any questions or concerns, please don't hesitate to contact me.

Best Regards,

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303

4

# EXHIBIT C-4

## Jaricus Whitlock

| | |
|---|---|
| **From:** | Shannon Lynn <slynn@trinityconsultants.com> |
| **Sent:** | Wednesday, November 5, 2025 12:06 AM |
| **To:** | Jaricus Whitlock |
| **Subject:** | RE: Request for Update - Portable Turbines |

**This Message Is From an External Sender**
This message came from outside your organization.

To close out the loop....

All Solar units are operating with SCR and oxidation catalyst
All TM2500's are operating with demin water

Thus, all units are operating with controls. For comparison, the Solar units meet the emission levels as proposed for the stationary units in our air permit application which is significantly compliant with NSPS KKKK requirements. The TM2500's, with de min water, I believe meets 25 ppm NOx.

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Shannon Lynn
**Sent:** Tuesday, November 04, 2025 2:02 AM
**To:** 'Jaricus Whitlock' <jwhitlock@mdeq.ms.gov>
**Subject:** RE: Request for Update - Portable Turbines
**Importance:** High

Jaricus,

Here is what I have been able to obtain so far that answers the majority of your questions.

Below is what I was able to get from the Team

(1) 18 portable / temporary turbines are currently operational generating power for the datacenter, broken out by type below:

| Unit Type | Total Number on Site |
|---|---|
| SMT130 | 7 |
| TM 2500 Gen8 | 2 |
| TM 2500 Gen7 | 4 |
| TM 2500 Gen6 | 4 |
| M35 | 1 |
| **Total** | 18 |

Here is the running average for the past 31 days including the daily runtime hours:

.

| Unit Number | Unit Type | Total Power Output | Daily Runtime Hours |
|---|---|---|---|
| Unit 1 | SMT130 | 13 MW | 16.31 |
| Unit 2 | SMT130 | 13 MW | 17.09 |
| Unit 3 | SMT130 | 13 MW | 17.2 |
| Unit 4 | SMT130 | 13 MW | 16.33 |
| Unit 5 | SMT130 | 13 MW | 16.63 |
| Unit 6 | SMT130 | 13 MW | 19.86 |
| Unit 7 | SMT130 | 13 MW | 17 |
| Unit 8 | Gen 8 TM2500 | 25 MW | 2.6 |
| Unit 9 | M35 | 25 MW | 15.17 |
| Unit 10 | Gen 7 TM2500 | 25 MW | 15.57 |
| Unit 11 | Gen 7 TM2500 | 25 MW | 24 |
| Unit 12 | Gen 6 TM2500 | 22 MW | 12.58 |
| Unit 13 | Gen 6 TM2500 | 22 MW | 19.71 |
| Unit 14 | Gen 6 TM2500 | 22 MW | 4.47 |
| Unit 15 | Gen 6 TM2500 | 22 MW | 3.06 |
| Unit 16 | Gen 7 TM2500 | 25 MW | 16.28 |
| Unit 17 | Gen 7 TM2500 | 25 MW | 19.21 |
| Unit 18 | Gen 8 TM2500 | 25 MW | 11.07 |

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Thursday,  ctober  0, 2025  :2  AM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** Request for   date   Portable Turbines

Good Morning Shannon

At your convenience, I kindly request an update on the status of the portable turbines on-site at the M X Tech location.  Specifically, I am seeking the following information:

- ow many of the proposed eighteen (18) portable turbines are currently operational (i.e., generating power for the datacenter)  (please include the total from each sub-group)

- If there any portable turbines currently operational, what are their typical operational time (e.g., 2  hours  day; 8 hours  day)

- If available, any documentation that outlines the pro ected emissions from portable turbines post-control technology (e.g., a manufacturer's guarantee, an established emissions profile, etc.)

If you have any questions or concerns regarding the requested information, please feel free to contact me.

Best Regards,

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303

# EXHIBIT C-5

 **Outlook**

---

### RE: Request for Additional Information - Portable Turbines

**From** Shannon Lynn <slynn@trinityconsultants.com>
**Date** Tue 11/25/2025 1:12 AM
**To**  Jaricus Whitlock <jwhitlock@mdeq.ms.gov>

---

**This Message Is From an External Sender**
This message came from outside your organization.

1 8/1/25
2 8/1/25
3 8/1/25
4 8/18/25
5 8/19/25
6 8/20/25
7 8/21/25
8 8/19/25
9 8/23/25
10 8/28/25
11 8/28/25
12 8/26/25
13 8/26/25
14 8/27/25
15 8/28/25
16 8/28/25
17 8/29/25
18 8/29/25

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Monday, November 24, 2025 10:07 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** Re: Request for Additional Information - Portable Turbines

Good Evening Shannon,

Thank you for looking into this.  Coincidentally, I looked at the same emails referenced, but I believe a single e-mail explicitly outlining the date of on-site delivery for each unit (i.e., "Day 0") will be very beneficial for archival purposes (unfortunately, none of the referenced e-mails provide such this exact data).

If you have any questions or concerns as you look into this matter, please feel free to contact me.

Best Regards,

Jaricus Whitlock, P.E.

Chief, Air Division

Office of Pollution Control

Mississippi Dept. of Environmental Quality

P.O. Box 2261

Jackson, MS  39225

Office: (601) 961-5303

---

**From:** Shannon Lynn <slynn@trinityconsultants.com>
**Sent:** Monday, November 24, 2025 2:16 PM
**To:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Subject:** RE: Request for Additional Information - Portable Turbines

---

I forwarded some previous emails sent but wanted to let you know I am checking to make sure that is the latest and greatest.

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Monday, November 24, 2025 9:58 AM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** Re: Request for Additional Information - Portable Turbines

Good Morning Shannon,

First, thank you so much for providing the information below (my apologies for just now conveying this).  Upon review, however, I realize that I need an additional item of information - at your earliest convenience, I request the respective dates in which each unit was brought on-site.  As you will surmise, this information will be utilized to establish the 12-month clock for each unit.

If you have any questions or concerns, please feel free to contact me.

Best Regards,

Jaricus Whitlock, P.E.

Chief, Air Division

Office of Pollution Control

Mississippi Dept. of Environmental Quality

P.O. Box 2261

Jackson, MS  39225

Office: (601) 961-5303

# EXHIBIT C-6

 Outlook

## RE: Updated count

From Shannon Lynn <slynn@trinityconsultants.com>
Date Thu 12/11/2025 11:32 AM
To  Jaricus Whitlock <jwhitlock@mdeq.ms.gov>

**This Message Is From an External Sender**
This message came from outside your organization.

- Please confirm that nine (9) additional portable turbines - Units 19 through 27 - have been brought on-site. **I have been told that they will be onsite by December 18.**
- Will any of the nine (9) additional portable turbines to be included within the "permanent turbine cluster" associated with the proposed PSD permitting action? **No, none of these will be.**
- Is the phrase "*no unit running or will run prior to SCR on 130's and water injection on 2500's*" specific to the nine (9) additional portable turbines? (i.e., are Units 1 through 18 still operationally?) **This is correct. Units 1 through 18 are operational with pollution control equipment. 19-27 will not operate until outfitted with control equipment.**

Shannon G. Lynn, P.E., C.M.
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Wednesday, December 10, 2025 6:01 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** Re: Updated count

Good Evening Shannon,

Thank you for the update. To ensure that my forthcoming internal update is correct, I ask that you please provide the following clarification:

- Please confirm that nine (9) additional portable turbines - Units 19 through 27 - have been brought on-site.

- Will any of the nine (9) additional portable turbines to be included within the "permanent turbine cluster" associated with the proposed PSD permitting action?

- Is the phrase "*no unit running or will run prior to SCR on 130's and water injection on 2500's*" specific to the nine (9) additional portable turbines? (i.e., are Units 1 through 18 still operationally?)

Thank You!

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303

**From:** Shannon Lynn <slynn@trinityconsultants.com>
**Sent:** Wednesday, December 10, 2025 11:38 AM
**To:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Subject:** Updated count

Revised inventory, no unit running or will run prior to SCR on 130's and water injection on 2500's

| Unit Number | Unit Type | Total Power Output |
|---|---|---|
| Unit 1 | SMT130 | 13 |
| Unit 2 | SMT130 | 13 |
| Unit 3 | SMT130 | 13 |
| Unit 4 | SMT130 | 13 |
| Unit 5 | SMT130 | 13 |
| Unit 6 | SMT130 | 13 |
| Unit 7 | SMT130 | 13 |
| Unit 8 | Gen 8 TM2500 | 25 |
| Unit 9 | M35 | 25 |
| Unit 10 | Gen 7 TM2500 | 25 |
| Unit 11 | Gen 7 TM2500 | 25 |
| Unit 12 | Gen 6 TM2500 | 22 |
| Unit 13 | Gen 6 TM2500 | 22 |
| Unit 14 | Gen 6 TM2500 | 22 |
| Unit 15 | Gen 6 TM2500 | 22 |
| Unit 16 | Gen 7 TM2500 | 25 |
| Unit 17 | Gen 7 TM2500 | 25 |
| Unit 18 | Gen 8 TM2500 | 25 |
| Unit 19 | Gen 8 TM2500 | 25 |
| Unit 20 | Gen 7 TM2500 | 25 |
| Unit 21 | SMT130 | 13 |
| Unit 22 | SMT130 | 13 |
| Unit 23 | SMT130 | 13 |
| Unit 24 | SMT130 | 13 |
| Unit 25 | SMT130 | 13 |
| Unit 26 | SMT130 | 13 |
| Unit 27 | SMT130 | 13 |

Shannon G. Lynn, P.E., C.M.

Principal Consultant

P 501.225.6400 x5404  M 501.454.6264

1701 Centerview Drive Suite 109 Little Rock, AR 72211

Email: slynn@trinityconsultants.com

Connect with us: LinkedIn [linkedin.com] / YouTube [youtube.com] / breeze-software.com [breeze-software.com]

Stay current on EHS issues. Subscribe [trinityconsultants.com] today to receive Trinity's free *EHS Quarterly [trinityconsultants.com]*.

*View our capabilities in the* Environmental Consulting [trinityconsultants.com]*,* Built Environment [trinityconsultants.com]*,* Life Sciences [trinityconsultants.com]*, and* Water & Ecology [trinityconsultants.com] *markets.*

Connect with us: LinkedIn [linkedin.com] / Facebook [facebook.com] / Twitter [twitter.com] / YouTube [youtube.com] / trinityconsultants.com [trinityconsultants.com]

Stay current on environmental issues. Subscribe [trinityconsultants.com] today to receive Trinity's free *EHS Quarterly*.