# EXHIBIT D

| Exhibit # | Description |
|---|---|
| Ex. D-1 | June 4, 2025 Satellite Photo |
| Ex. D-2 | July 3, 2025 Satellite Photo |
| Ex. D-3 | August 6, 2025 Satellite Photo |
| Ex. D-4 | September 1, 2025 Satellite Photo |
| Ex. D-5 | October 9, 2025 Satellite Photo |
| Ex. D-6 | November 3, 2025 Satellite Photo |
| Ex. D-7 | December 10, 2025 Satellite Photo |
| Ex. D-8 | January 3, 2026 Satellite Photo |
| Ex. D-9 | February 9, 2026 Satellite Photo |
| Ex. D-10 | March 3, 2026 Satellite Photo |
| Ex. D-11 | April 7, 2026 Satellite Photo |
| Ex. D-12 | Aerial Photo of Colossus Gas Plant (Oct. 31, 2025; Steve Jones/SouthWings) |
| Ex. D-13 | Thermal Camera Image of Colossus Gas Plant (Oct. 31, 2025; Steve Jones/SouthWings) |

# EXHIBIT D-1



1,000

Feet

image © 6/4/2025 Planet Labs PBC

# EXHIBIT D-2



1,000

Feet

image © 7/3/2025 Planet Labs PBC

# EXHIBIT D-3



# EXHIBIT D-4



1,000

Feet

*image © 9/1/2025 Planet Labs PBC*

# EXHIBIT D-5



1,000

Feet

*image © 10/09/2025 Planet Labs PBC*

# EXHIBIT D-6



# EXHIBIT D-7



# EXHIBIT D-8



# EXHIBIT D-9



# EXHIBIT D-10



# EXHIBIT D-11



# EXHIBIT D-12



# EXHIBIT D-13

