**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MISSISSIPPI STATE CONFERENCE OF THE NAACP** | **Civil Case No. 3:26-cv-74-MPM-JMV** |
| **Plaintiffs,** | |
| **v.** | |
| **X.AI CORP. and MZX TECH LLC** | |
| **Defendants.** | |

**PLAINTIFFS NAACP AND NAACP MISSISSIPPI STATE CONFERENCE'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs National Association for the Advancement of Colored People ("NAACP") and the Mississippi State Conference of the NAACP ("NAACP MS") (collectively, "Plaintiffs") make the following disclosures: Plaintiffs NAACP and NAACP MS are nonprofit organizations. Plaintiffs do not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in either of them.

Dated: April 14, 2026

Respectfully submitted,

_/s/ Carroll Rhodes_
Carroll Rhodes (MS Bar No. 5314)
Mississippi State Conference of the NAACP
119 Downing St
Hazlehurst, MS 39083
crhode@bellsouth.net
Phone: 601-894-4323

1

Mary Rock (IL Bar No. 6332240)
*(Pro Hac Vice Forthcoming)*
Elias L. Quinn (CO Bar No. 42159)
*(Pro Hac Vice Forthcoming)*
Earthjustice
D.C. Regional Office
1250 I Street, 4th Floor
Washington, DC 20005
mrock@earthjustice.org
equinn@earthjustice.org
Phone: 202-667-4500

Lauren Godshall (LA Bar No. 31465)
*(Pro Hac Vice Forthcoming)*
Rebecca Ramirez (TX Bar No. 24126749)
*(Pro Hac Vice Forthcoming)*
Earthjustice
Gulf Regional Office
845 Texas Ave., Suite 200
Houston, TX 77002
lgodshall@earthjustice.org
rramirez@earthjustice.org
Phone: 773-828-0836

Ben Grillot (DC Bar. No. 982114)
*(Pro Hac Vice Forthcoming)*
Southern Environmental Law Center
500 New Jersey Ave., Suite 600
Washington, DC 20001
bgrillot@selc.org
Phone: 202-828-8382

Patrick Anderson (GA Bar No. 226260)
*(Pro Hac Vice Forthcoming)*
Southern Environmental Law Center
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
panderson@selc.org
Phone: 404-521-9900

Elizabeth Putfark (VA Bar No. 100358)
*(Pro Hac Vice Forthcoming)*
Southern Environmental Law Center
120 Garrett Street, Suite 400
Charlottesville, VA 22902
eputfark@selc.org
Phone: 434-977-4090