FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

National Association for the
Advancement of Colored People
and Mississippi State Conference          Plaintiff
of the NAACP

v.                                                              CIVIL ACTION          3:26-cv-00074-MPM-JMV
                                                               NO.

X.AI Corp. and MZX Tech LLC              Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)     Name:                    Ben Grillot

        Firm Name:               Southern Environmental Law Center

        Office Address:          500 New Jersey Ave. NW, Suite 600

        City:                    Washington            State DC          Zip 20001

        Telephone:               (202) 828-8382        Fax: (202) 347-6041

        E-Mail:                  bgrillot@selc.org

(B)     Client(s):               See attached.

        Address:

        City:                    _____ State _____ Zip _____

        Telephone:               _____ Fax: _____

        The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

The Southern Environmental Law Center is a nonprofit, nonpartisan environmental legal advocacy organization rooted in and focused on the South that works to protect our air, water, land, wildlife, and the people who live here. I am a senior attorney at SELC that works on regional issues related to air quality.

(C)     I am admitted to practice in the:



✓          State of New York

✓          District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

State of New York                                    The District of Columbia Bar
Supreme Court, Appellate Division                     901 4th Street, NW
Third Judicial Department                             Washington, DC 20001
Admissions Office                                     Telephone: (202) 626-3475
P.O. Box 7350, Capitol Station                        Email: memberservices@dcbar.org
Albany, NY 12224
Telephone: (518) 471-4778
Email: AD3AdmissionsOffice@nycourts.gov

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State of New York Bar | January 20, 2011 |
| District of Columbia Bar | Sept. 9, 2011 |
| United States District Court for the State of Vermont | Sept. 2024 |
| United States Court of Appeals for the District of Columbia | May 25, 2022 |
| United States Court of Appeals for the Fifth Circuit | May 2022 |

                                                                             Yes    No

(D)      Have you been denied admission pro hac vice in this state? — Yes ( ) No (●)

Have you had admission pro hac vice revoked in this state? — Yes ( ) No (●)

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? — Yes ( ) No (●)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

                                                                             Yes    No

(E)      Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? — Yes ( ) No (●)

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| | | |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)      Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court        Style of Case

                                                                 Yes      No

(I)      Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?                                                       ●      ○

Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?                   ●      ○

(J)      Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    Carroll Rhodes, MSB #5314

Firm Name:   Mississippi State Conference of the NAACP

Office Address:  119 Downing Street

City: Hazlehurst        State: MS      Zip: 39083

Telephone: (601) 894-4323      Fax:  (601) 894-1464

Email address: crhode@bellsouth.net

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_/s/ Carroll Rhodes_

_____

**Resident Attorney**

I certify that the information provided in this Application is true and correct.

4/14/2026

_____

Date

_____

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 20th day of ____April____, 2026.

_/s/ Carroll Rhodes_

_____

**Resident Attorney**

6

# Attachment 1

The Clients for the purposes of Section B of the Application for Admission Pro Hac Vice are as

follows:

National Association for the Advancement of Colored People
4805 Mount Hope Drive
Baltimore, MD 21215
Telephone: (410) 580-5777

Mississippi State Conference of the NAACP
1072 JR Lynch Street
Jackson, MS 39203
Telephone: (601) 353-6906

# Attachment 2:



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Benjamin James Grillot

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 20, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Albany on April 3, 2026.*

*Clerk of the Court*

CertID-00283418

# Attachment 3:



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# Benjamin James Grillot

*was duly qualified and admitted on September 9, 2011 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on March 18, 2026.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*