AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MISSISSIPPI STATE CONFERENCE OF THE NAACP <br> *Plaintiff* <br> v. <br> X.AI CORP. and MZX TECH LLC <br> *Defendant* | ) <br> ) <br> ) Case No.   3:26-CV-74-MPM-JMV <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs National Association for the Advancement of Colored People and Mississippi State Conference of the NAACP.·

Date:    April 24, 2026

/s/ Elias L. Quinn
*Attorney's signature*

Elias L. Quinn, Colorado Bar. No. 42159
(Admitted Pro Hac Vice by Order dated April 22, 2026)
*Printed name and bar number*

Earthjustice D.C. Regional Office
1250 I Street, 4th Floor
Washington, DC 20005
*Address*

equinn@earthjustice.org
*E-mail address*

202-667-4500
*Telephone number*

202-667-2356
*FAX number*