**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>**Plaintiffs,**<br><br>v.<br><br>**X.AI and MZX TECH LLC**<br><br>**Defendants.** | **No. 3:26-cv-00074-MPM-JMV** |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

EXHIBIT INDEX

| Exhibit | Attach. | Description |
|---|---|---|
| A | | Declaration of Sarah Al-Zhyri ("Ex. A (Al-Zhyri Decl.)"). |
| | 1 | Mississippi Administrative Code, Title 11, Part 2, Chapter 2, MDEQ's Permit Regulations for the Construction and/or Operation of Air Emissions Equipment (2025). |
| | 2 | Shelby County Health Department, Construction Permit No. 01156-01PC (July 2, 2025) ("Ex. A-2 (Shelby County's Colossus 1 Permit)"). |
| | 3 | Special Warranty Deed, Book 1025, Pages 13703-13706, *Chancery Clerk's Office for DeSoto County, Miss.* (July 18, 2025) ("Ex. A-3 (Deed)"). |
| | 4 | Email from Brent Mayo, xAI, to Chris Wells and Jaricus Whitlock, MDEQ, RE: Permit Follow Up at 1 (July 25, 2025) ("Ex. A-4 (July 25, 2025 xAI Update)"). |
| | 5 | Letter from Jaricus Whitlock, MDEQ, to Brent Mayo, xAI, RE: Determination on Portable Gas-Fired Combustion Turbines at 1 (July 29, 2025) ("Ex. A-5 (MDEQ's Determination Letter)"). |
| | 6 | Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ, RE: Portable Turbine Information (Aug. 18, 2025) ("Ex. A-6 (Aug. 18, 2025 Trinity Update)"). |

1

| | | |
|---|---|---|
| | 7 | Excerpt from Email from Shannon Lynn, Trinity Consultants, to Jarius Whitlock, Trinity Consultants, RE: MZX Tech LLC - Revised DAR & Signed RO Form (Aug. 23, 2025) ("Ex. A-7 (Original PSD Air Permit Application)"). |
| | 8 | Public Records Acknowledgment Email from MDEQ to Sarah Al-Zhyri, SELC, RE: Public Records Request - "MZX Tech Air Permit Application" (Sept. 12, 2025). |
| | 9 | List of Responsive File Names Provided by MDEQ to SELC in Response to Sept. 12, 2025 Public Records Request (Sept. 18, 2025 and Oct. 6, 2025). |
| | 10 | Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ RE: Request for Update - Portable Turbines (Nov. 5, 2025) ("Ex. A-10 (Nov. 5, 2025 Trinity Update)"). |
| | 11 | Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ, RE: Request for Additional Information - Portable Turbines (Nov. 25, 2025) ("Ex. A-11 (Nov. 25, 2025 Trinity Update)"). |
| | 12 | Public Records Acknowledgment Email from MDEQ to Sarah Al-Zhyri, SELC, RE: Public Records Request - "MZX Tech LLC Air Permit Application and Communications" (Dec. 4, 2025). |
| | 13 | Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ, RE: Updated Count (Dec. 11, 2025) ("Ex. A-13 (Dec. 11, 2025 Trinity Update)"). |
| | 14 | List of Responsive File Names Provided by MDEQ to SELC in Response to Dec. 4, 2025 Public Records Request (Dec. 12, 2025). |
| | 15 | Email from Shannon Lynn, Trinity Consultants, to Rodney Cuevas, MDEQ, RE: EPA Region 4 Comments on PSD Air Quality Modeling Application – MZX Tech LLC (Dec. 27, 2025) ("Ex. A-15 (Trinity Modeling Report)"). |
| | 16 | Public Records Acknowledgment Email from MDEQ to Sarah Al-Zhyri, SELC, RE: Public Records Request - "MZX Tech LLC Air Permit Application and Communications" (Jan. 2, 2026). |
| | 17 | List of Responsive File Names Provided by MDEQ to SELC in Response to Jan. 2, 2026 Public Records Request (Jan. 8–9, 2026). |
| | 18 | Excerpt of PSD Permit Application, Volume I – Air Construction Permit Application, Greenfield Simple Cycle Combustion Turbine Project, MZX Tech LLC, *Trinity Consultants* (Jan. 14, 2026) ("Ex. A-18 (Amended PSD Air Permit Application)"). |

2

| | 19 | Public Records Acknowledgment Email from MDEQ to Sarah Al-Zhyri, SELC, RE: Public Records Request - "MZX Tech LLC Air Permit Application and Communications" (Jan. 30, 2026). |
|---|---|---|
| | 20 | List of Responsive File Names Provided by MDEQ to SELC in Response to Jan. 30, 2026 Public Records Request (Feb. 2–12, 2026). |
| | 21 | *See* Letter from Patrick Anderson, S. Env't Law Ctr., et al., to Elon Musk, xAI, RE: Notice of Intent to Sue for Violations of the Clean Air Act at the Gas Turbines Power Plant Located at 2875 Stanton Road South, Southaven, MS, that Powers xAI's Colossus II Data Center (Feb. 13, 2026) ("Ex. A-21 (Notice of Intent)"). |
| | 22 | Public Records Acknowledgment Email from MDEQ to Sarah Al-Zhyri, SELC, RE: Public Records Request - "MZX Tech LLC Air Permit Application and Communications" (Feb. 26, 2026). |
| | 23 | Satellite Photo of Colossus Gas Plant, Steve Jones and SouthWings (March 3, 2026), ("Ex. A-23 (March 3, 2026 Satellite Photo)"). |
| | 24 | List of Responsive File Names Provided by MDEQ to SELC in Response to Feb. 26, 2026 Public Records Request (March 9–31, 2026). |
| | 25 | MDEQ, State of Miss. Air Pollution Control Permit and Prevention of Significant Deterioration (PSD) Authority, Permit No. 0680-00119 (March 11, 2026) ("Ex. A-25 (PSD Air Permit)"). |
| | 26 | Public Records Acknowledgment Email from MDEQ to Sarah Al-Zhyri, SELC, RE: Public Records Request - "MZX Tech LLC Air Permit Application and Communications" (April 7, 2026). |
| | 27 | Email from Deidre Thompson, MDEQ, to Sarah Al-Zhyri, SELC, RE: "MZX Tech LLC Air Permit Application and Communications" (April 9, 2026). |
| | 28 | Letter from Patrick Anderson, S. Env't Law Ctr., et al., to Chris Wells, MDEQ, RE: Petition for Hearing on Prevention of Significant Deterioration Permit to Construct No. 0680-00119 for MZX Tech, LLC (April 9, 2026) ("Ex. A-28 (NAACP and Young, Gifted and Green's Permit Appeal)"). |
| | 29 | Satellite Photo of Colossus Gas Plant, Steve Jones and SouthWings (April 14, 2026) ("Ex. A-29 (April 14, 2026 Satellite Photo)"). |

| | | |
|---|---|---|
| B | | Declaration of Adrian Millsap ("Ex. B (A. Millsap Decl.)"). |
| C | | Declaration of Tiffany Millsap ("Ex. C (T. Millsap Decl.)"). |
| D | | Declaration of Stephanie Norvell ("Ex. D (Norvell Decl.)"). |
| E | | Declaration of Khadijah Sheard ("Ex. E (Sheard Decl.)"). |
| F | | Declaration of Tracy Thornton ("Ex. F (Thornton Decl.)"). |
| G | | Declaration of Robert Tipton ("Ex. G (Tipton Decl.)"). |
| H | | Declaration of Kim Laufenberg ("Ex. H (Laufenberg Decl.)"). |
| | 1 | Resume of Kim Laufenberg. |
| | 2 | Spec sheets for SMT-130, TM-2500, and M35 turbines. |
| | 3 | Spec sheets for Jereh turbines. |
| I | | Declaration of Helen Suh ("Ex. I (Suh. Decl.)"). |
| | 1 | Curriculum Vitae of Helen Suh. |
| | 2 | Publication List to Declaration of Helen Suh. |
| | 3 | Expert Testimony of Helen Suh. |