# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE** | |
| **Plaintiffs,** | **No. 3:26-cv-00074-MPM-JMV** |
| **v.** | |
| **X.AI CORP. and MZX TECH LLC** | |
| **Defendants.** | |

## <u>DECLARATION OF SARAH AL-ZHYRI</u>

I, Sarah Al-Zhyri, do hereby declare and state as follows:

1.      I am a Legal and Administrative Assistant at the Southern Environmental Law Center ("SELC"). In the course of my employment, I routinely prepare, send, and track public records requests or comments to agencies. When agencies respond, I review and save their responses in SELC's file-management system.

2.      On July 2, 2025, Wasim Khokhar, Technical Manager at the Shelby County Health Department ("SCHD") in Memphis, Tennessee, responded to SELC's comments on CTC Property LLC's draft construction permit. In SCHD's response, SCHD included CTC Property LLC's Construction Permit No. 01156-01PC issued on July 2, 2025. A true and correct copy of that document is provided as Attachment 2.

3.      On September 12, 2025, SELC submitted a records request to the Mississippi Department of Environmental Quality ("MDEQ") seeking documents regarding the air permit application submitted by MZX Tech LLC ("MZX Tech"), referenced on MDEQ's enSearch Online website as "Air Air-Construction PSD" Permit No. 0680-00119. SELC also requested any

1

associated air modeling documents and any other correspondence with MZX Tech or its representatives. A true and correct copy of that request is provided as Attachment 8.

4. To send records, MDEQ uploaded responsive documents to ShareFile, which is a file-sharing platform. On September 18, 2025, Samantha Lewis, an employee in MDEQ's Legal Division, granted SELC electronic access to a ShareFile folder titled "Patrick Anderson." On October 6, 2025, Deidre Thompson, Public Records Officer at MDEQ, also separately emailed documents to SELC. A list of file names of documents that MDEQ provided to SELC on September 18 and October 6, 2025 is provided as Attachment 9.

5. On December 4, 2025, SELC submitted a records request to MDEQ seeking documents regarding all communications between MDEQ and MZX Tech, its associated entities, and consultants related to the operations at 2875 Stanton Road, Southaven, Mississippi 38671, including all documents associated with the air permit application submitted by MZX Tech, referenced on MDEQ's enSearch Online website as "Air Air-Construction PSD" Permit No. 0680-00119 ("PSD air permit application"), any air modeling documents, and other correspondence with MZX Tech or its representatives. A true and correct copy of this request is provided as Attachment 12. On December 12, 2025, MDEQ granted SELC electronic access to a ShareFile folder titled "MZX." A list of file names of documents that MDEQ uploaded to the MZX ShareFile folder on December 11 and December 12, 2025 in response to SELC's December 4, 2025 request is provided as Attachment 14.

    a. The following specific documents were included in this production:

        i. Email from Brent Mayo, xAI, to Chris Wells and Jaricus Whitlock, MDEQ, RE: Permit Follow Up (July 25, 2025). A true and correct copy of this document is provided as Attachment 4.

2

  ii. Letter from Jaricus Whitlock, MDEQ, to Brent Mayo, xAI, RE: Determination on Portable Gas-Fired Combustion Turbines (July 29, 2025). A true and correct copy of this document is provided as Attachment 5.

  iii. Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ, RE: Portable Turbine Information (Aug. 18, 2025). A true and correct copy of this document is provided as Attachment 6.

  iv. Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ, et al., RE: MZX Tech LLC - Revised DAR & Signed RO Form (Aug. 23, 2025). A true and correct copy of this document is provided as Attachment 7.

  v. Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ, RE: Request for Update - Portable Turbines (Nov. 5, 2025). A true and correct copy of this document is provided as Attachment 10.

6. On January 2, 2026, SELC submitted a records request to MDEQ seeking documents regarding all communications between MDEQ and MZX Tech, its associated entities, and consultants related to the operations at 2875 Stanton Road, Southaven, Mississippi 38671, including all documents associated with the PSD air permit application submitted by MZX Tech, any air modeling documents, and other correspondence with MZX Tech or its representatives. A true and correct copy of this request is provided as Attachment 16. A list of file names of documents that MDEQ uploaded to the MZX ShareFile folder on January 8 and January 9, 2026 in response to SELC's January 2, 2026 request is provided as Attachment 17.

  a. The following specific documents were included in this production:

3

      i.    Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ, RE: Request for Additional Information - Portable Turbines (Nov. 25, 2025). A true and correct copy of this document is provided as Attachment 11.

      ii.    Email from Shannon G. Lynn, Trinity Consultants, to Rodney Cuevas, MDEQ, RE: EPA Region 4 Comments on PSD Air Quality Modeling Application – MZX Tech LLC (Dec. 27, 2025). A true and correct copy of this document is provided as Attachment 15.

7.      On January 30, 2026, SELC submitted a records request to MDEQ seeking documents created, received, or reviewed between January 7, 2026 and the date of the search for responsive records regarding all communications between MDEQ and MZX Tech, its associated entities, and consultants related to the operations at 2875 Stanton Road, Southaven, Mississippi 38671, including all documents associated with the PSD air permit application submitted by MZX Tech, any air modeling documents, and other correspondence with MZX Tech or its representatives. A true and correct copy of this request is provided as Attachment 19. A true and correct copy of a list of file names of documents that MDEQ uploaded to the MZX ShareFile folder on February 2 through February 12, 2026 in response to SELC's January 30, 2026 request is provided as Attachment 20.

    a.   The following specific documents were included in this production:

      i.    Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ, RE: Updated Count (Dec. 11, 2025). A true and correct copy of this document is provided as Attachment 13.

ii. MZX Tech's PSD Permit Application, Volume I – Air Construction Permit Application, Greenfield Simple Cycle Combustion Turbine Project, *Trinity Consultants* (Jan. 14, 2026). A true and correct copy of this document is provided as Attachment 18.

8. On February 26, 2026, SELC submitted a records request to MDEQ seeking documents created, received, or reviewed between January 7, 2026 and the date of the search for responsive records regarding all communications between MDEQ and MZX Tech, x.AI Corp. ("xAI"), their associated entities, and/or consultants related to the operations at 2875 Stanton Road, Southaven, Mississippi 38671, including all records concerning all turbines and other equipment currently operating or anticipated to be operating at the site. SELC also requested all records associated with the PSD air permit application submitted by MZX Tech, any air modeling documents, and other correspondence with MZX Tech or its representatives; all communications between MDEQ and the U.S. EPA, the Office of the Governor of Mississippi, DeSoto County Government, the City of Southaven, Shelby County, Memphis, and/or Tennessee state agencies related to the operations at 2875 Stanton Road, Southaven, Mississippi 38671; all communications between MDEQ and MZX Tech, xAI, their associated entities, and/or consultants; and all communications between MDEQ and the U.S. EPA, the Office of the Governor of Mississippi, DeSoto County Government, and/or the City of Southaven related to the installation and/or operation of any other temporary gas turbines in DeSoto County. A true and correct copy of this request is provided as Attachment 22. A true and correct copy of a list of file names of documents that MDEQ uploaded to the MZX ShareFile folder on March 9 through March 31, 2026 in response to SELC's February 26, 2026 request is provided as Attachment 24.

9. On March 3, 2026, an aerial photograph confirmed that 27 turbines were on site at Defendants' Colossus Gas Plant. A true and correct copy of a photograph taken on March 3, 2026 on a flight for SELC by SouthWings is provided as Attachment 23.

10. In the course of my employment, I check MDEQ's enSearch Online website for updates related to MZX Tech's operations at 2875 Stanton Road, Southaven, Mississippi 38671. On or around March 11, 2026, MDEQ made publicly available MZX Tech's State of Mississippi Air Pollution Control Permit and Prevention of Significant Deterioration (PSD) Authority, Permit No. 0680-00119 ("PSD air permit"). A true and correct copy of MZX Tech's PSD air permit is provided as Attachment 25.

11. On April 7, 2026, SELC submitted a records request to MDEQ seeking documents created, received, or reviewed between March 31, 2026 and the date of the search for responsive records regarding all communications between MDEQ and MZX Tech, xAI, their associated entities, and/or consultants related to the operations at 2875 Stanton Road, Southaven, Mississippi 38671, including all records concerning all turbines and other equipment currently operating or anticipated to be operating at the site. SELC also requested all records associated with MZX Tech's PSD air permit application and issued PSD air permit, any air modeling documents, and other correspondence with MZX Tech or its representatives; all communications between MDEQ and the U.S. EPA, the Office of the Governor of Mississippi, DeSoto County Government, the City of Southaven, Shelby County, Memphis, and/or and Tennessee state agencies related to the operations at 2875 Stanton Road, Southaven, Mississippi 38671; all communications between MDEQ and MZX Tech, xAI, their associated entities, and/or consultants; and all communications between MDEQ and the U.S. EPA, the Office of the Governor of Mississippi, DeSoto County Government, and/or the City of Southaven related to the installation and/or operation of any other temporary

6

gas turbines in DeSoto County. A true and correct copy of this request is provided as Attachment 26.

12. On April 9, 2026, MDEQ responded to SELC's April 7, 2026 request that the State had not received anything pertaining to MZX Tech "from the mentioned parties" during the timeframe of the request. A true and correct copy of this response is provided as Attachment 27.

13. On April 9, 2026, SELC submitted a petition for a hearing on MDEQ's issuance of the Prevention of Significant Deterioration Permit to Construct No. 0680-00119 for MZX Tech. A true and correct copy of this document is provided as Attachment 28.

14. On April 14, 2026, an aerial photograph confirmed that 33 turbines were on site at Defendants' Colossus Gas Plant. A true and correct copy of a photograph taken on April 14, 2026 on a flight for SELC by SouthWings is provided as Attachment 29.

15. On April 29, 2026, I accessed the DeSoto County, Mississippi Public Records Search website to search for land use records related to MZX Tech. I retrieved the Special Warranty Deed granted to MZX Tech by Julie M. James dated July 16, 2025, and recorded in Book 1025, Pages 13703-13706 in the Chancery Clerk's Office for DeSoto County, Mississippi on July 18, 2025. A true and correct copy of the Special Warranty Deed is provided as Attachment 3.

16. On April 29, 2026, I accessed the U.S. EPA's website to search for EPA's Approved Statutes and Regulations in the Mississippi State Implementation Plan and retrieved a copy of Mississippi Administrative Code, Title 11, Part 2, Chapter 2, MDEQ's Permit Regulations for the Construction and/or Operation of Air Emissions Equipment. A true and correct copy of this document is provided as Attachment 1.

I declare under penalty of perjury the foregoing is true and correct.

Executed on May 6, 2026

Sarah Al-Zhyri
Legal/Administrative Assistant II
Southern Environmental Law Center
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Phone: 615-921-9470
Fax: 615-921-8011