# ATTACHMENT 4

**Jaricus Whitlock**

---

**From:**     Brent Mayo <brent@colossusx.com>
**Sent:**     Friday, July 25, 2025 1:16 PM
**To:**       Chris Wells; Jaricus Whitlock
**Cc:**        Dan Rowland
**Subject:**  Permit Follow Up

Dear Chris,

Thanks again for meeting with us this week to talk about our plans to build energy resources at our property in DeSoto County, we're looking forward to working with you to make sure we get the air permit needed and comply with all requirements.

As we are finalizing our plans for the facility and preparing our permit application, we would like to use portable gas-fired combustion turbines to provide power on a temporary basis during the construction of the project. We recognize that the air permit must be issued prior to beginning construction on the permanent emission units comprising the facility, but we are bringing the temporary turbines on site to be used prior to receiving the air permit. We understand that is allowed, but we want to make sure you are aware and agree.

Happy to discuss further if you have specific questions, and again thank you for your guidance on the air permitting process.

Best Regards,
Brent Mayo
XAI