# ATTACHMENT 6

## Jaricus Whitlock

| | |
|---|---|
| **From:** | Shannon Lynn <slynn@trinityconsultants.com> |
| **Sent:** | Monday, August 18, 2025 1:34 AM |
| **To:** | Jaricus Whitlock |
| **Cc:** | Rodney Cuevas |
| **Subject:** | RE: Portable Turbine Information |

**This Message Is From an External Sender**

This message came from outside your organization.

Thank you for all of your assistance and apologies for taking so long to get back to you. Just wanted to make sure that what I had was the latest and greatest information.

In response to your queries below here is the information I currently have and will work on obtaining the rest.

Temporary turbine schedule for Duke:

| Primary Column | Assigned To | Status | Start |
|---|---|---|---|
| Phase 1 Pad Extension Cure Complete | Omega | In Progress | 08/13/25 |
| Duke 4 SMT 130 (Cannot Drive though AK on weekend) | Solaris | Not Started | 08/18/25 |
| Duke 5 SMT 130 (Genco) | Solaris | Not Started | 08/19/25 |
| Duke 6 SMT 130 (Genco) | Solaris | Not Started | 08/20/25 |
| Duke 7 TM2500 (Version 8) | Solaris | Not Started | 08/21/25 |
| Duke 8 TM2500 (Version 8) | Solaris | Not Started | 08/23/25 |
| Duke 9 TM2500 (M35) | Solaris | Not Started | 08/25/25 |
| Duke 10 TM2500 (Version 6) | Solaris | Not Started | 08/27/25 |
| Duke 11 TM2500 (Version 6) | Solaris | Not Started | 08/29/25 |
| Duke 12 TM2500 (Version 6) | Solaris | Not Started | 08/31/25 |
| Duke 13 TM2500 (Version 6) | Solaris | Not Started | 09/02/25 |
| Duke 14 TM2500 (Version 7) | Solaris | Not Started | 09/04/25 |
| Duke 15 TM2500 (Version 7) | Solaris | Not Started | 09/06/25 |
| Duke 16 TM2500 (Version 7) | Solaris | Not Started | 09/08/25 |

Turbines 1 through 3 were SMT-130s.  Turbine #1 and Turbine #2 were moved to Duke on 8/1/25.  Turbine #3 was moved to Duke on 8/8/25.  The current plan is to have a total of 16 temporary Turbines at Duke consisting of 6 x SMT-130 and 10 x TM 2500.  All 6 of the SMT-130s will have SCRs and all 10 of the TM2500s will use water injection.

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

1

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Thursday, August 14, 2025 12:17 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Cc:** Rodney Cuevas <RCuevas@mdeq.ms.gov>
**Subject:** Portable Turbine Information

Good Afternoon Shannon,

First, thank you for the very helpful update yesterday.  At your convenience, I kindly ask that you provide a response with the following information:

- The number of portable turbines currently on-site (i.e., 2875 Stanton Road South; Southaven, MS);

- The approximate date in which each turbine was brought on-site;

- The load capacity of each on-site portable turbine; and

- A description of any control technology utilized by a portable turbine (if possible, please also include an estimation of $NO_X$ emissions post-control technology).

As you mentioned that more portable turbines will be eventually brought on-site, I kindly ask that you provide that the information outlined above at such time of these additional turbines arriving on-site.

If you have any questions or concerns, please don't hesitate to contact me.

Best Regards,

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303