# ATTACHMENT 8

## Sarah Al-Zhyri

**From:** Patrick Anderson
**Sent:** Friday, September 12, 2025 4:50 PM
**To:** Sarah Al-Zhyri
**Subject:** Fw: Public Records Request - "MZX Tech Air Permit Application"

**Patrick Anderson**
Senior Attorney

Southern Environmental Law Center
Ten 10th St NW, Suite 1050
Atlanta, GA 30309

Office (404) 521-9900
Fax (404) 521-9909

[southernenvironment.org]southernenvironment.org

---

**From:** MDEQ <mdeqweb@mdeq.ms.gov>
**Sent:** Friday, September 12, 2025 5:49 PM
**To:** mdeqpublicrecords@mdeq.ms.gov <mdeqpublicrecords@mdeq.ms.gov>; mdeqweb@mdeq.ms.gov <mdeqweb@mdeq.ms.gov>; Patrick Anderson <panderson@selc.org>
**Subject:** Public Records Request - "MZX Tech Air Permit Application"

[You don't often get email from mdeqweb@mdeq.ms.gov. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Name: Patrick Anderson
Email: panderson@selc.org
Number:719 963 4072
Company Name: SELC
Company Address: Ten 10th St NW
City: Atlanta
State: Georgia
Zip:30309
Subject: MZX Tech Air Permit Application
Detail Records Request: I am requesting the air permit application submitted by MZX Tech, referenced on MDEQ's enSearch as "Air Air-Construction PSD" permit no. 0680-00119, with a status date of 8/22/2025 and a status of "Issue Letter Acknowledging Receipt of Application."

In particular, I am requesting the PSD air permit application, any associated air modeling documents, and any other correspondence with MZX or its representatives (minus documents already produced to SELC in our prior records request).

1

I am happy to help coordinate or narrow this request to expedite production.


-- The information above has been received. --

--
This e-mail was sent from a Public Records Request contact form on the MDEQ Website.