# ATTACHMENT 9

# ATTACHMENT 9

The list below contains the file names of documents provided by the Mississippi Department of Environmental Quality on September 18, 2025 and October 6, 2025 in response to the public records request submitted on September 12, 2025 by the Southern Environmental Law Center:

- (2025.07.25) Request Regarding Portable Gas-Fired Turbines
- (2025.07.28) Modeling Protocol - MZX Tech, LLC
- (2025.07.29) MDEQ Determination Letter on Portable Gas Combustion Turbines (signed)
- (2025.07.29) Modeling Protocol - MZX Tech, LLC (Version 1.1) (1)
- (2025.07.29) Modeling Protocol - MZX Tech, LLC (Version 1.1)
- (2025.08.14) MDEQ Comments on Modeling Protocol
- (2025.08.18) Information on On-Site Portable Turbines
- (2025.08.22) Facility Response to MDEQ Comments & Revised Modeling Protocol (Version 1.2)
- (2025.08.22) PSD Construction App
- (2025.08.23) Amended PSD Construction App
- (2025.08.23) Duly Authorized Representative Form – Air
- (2025.09.04) Ambient Air Modeling Analysis - Volume II
- (2025.09.04) MDEQ Response to Revised Protocol
- (2025.09.04) MDEQ-Trinity Startup & Shutdown Discussion
- (2025.09.06) Information on On-Site Portable Turbines
- (2025.09.10) Information on On-Site Portable Turbines
- (2025.09.12) MDEQ-Trinity Startup & Shutdown Discussion
- (2025.09.16) Draft MZX Tech MS Modeling Protocol (revised)
- (2025.09.26) Addendum Information for PSD Application
- Email from Jaricus 8-25-25
- Submitted Information for Site of Interest