# ATTACHMENT 11

 Outlook

---

## RE: Request for Additional Information - Portable Turbines

---

**From** Shannon Lynn <slynn@trinityconsultants.com>

**Date** Tue 11/25/2025 1:12 AM

**To** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>

---

**This Message Is From an External Sender**
This message came from outside your organization.

1 8/1/25
2 8/1/25
3 8/1/25
4 8/18/25
5 8/19/25
6 8/20/25
7 8/21/25
8 8/19/25
9 8/23/25
10 8/28/25
11 8/28/25
12 8/26/25
13 8/26/25
14 8/27/25
15 8/28/25
16 8/28/25
17 8/29/25
18 8/29/25

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Monday, November 24, 2025 10:07 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** Re: Request for Additional Information - Portable Turbines

Good Evening Shannon,

Thank you for looking into this.  Coincidentally, I looked at the same emails referenced, but I believe a single e-mail explicitly outlining the date of on-site delivery for each unit (i.e., "Day 0") will be very beneficial for archival purposes (unfortunately, none of the referenced e-mails provide such this exact data).

If you have any questions or concerns as you look into this matter, please feel free to contact me.

Best Regards,

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303

---

**From:** Shannon Lynn <slynn@trinityconsultants.com>
**Sent:** Monday, November 24, 2025 2:16 PM
**To:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Subject:** RE: Request for Additional Information - Portable Turbines

---

I forwarded some previous emails sent but wanted to let you know I am checking to make sure that is the latest and greatest.

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Monday, November 24, 2025 9:58 AM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** Re: Request for Additional Information - Portable Turbines

Good Morning Shannon,

First, thank you so much for providing the information below (my apologies for just now conveying this).  Upon review, however, I realize that I need an additional item of information - at your earliest convenience, I request the respective dates in which each unit was brought on-site.  As you will surmise, this information will be utilized to establish the 12-month clock for each unit.

If you have any questions or concerns, please feel free to contact me.

Best Regards,


Jaricus Whitlock, P.E.

Chief, Air Division

Office of Pollution Control

Mississippi Dept. of Environmental Quality

P.O. Box 2261

Jackson, MS  39225


Office: (601) 961-5303