# ATTACHMENT 13

 Outlook

---

**RE: Updated count**

---

**From** Shannon Lynn <slynn@trinityconsultants.com>
**Date** Thu 12/11/2025 11:32 AM
**To**    Jaricus Whitlock <jwhitlock@mdeq.ms.gov>

---

**This Message Is From an External Sender**
This message came from outside your organization.

- Please confirm that nine (9) additional portable turbines - Units 19 through 27 - have been brought on-site. **I have been told that they will be onsite by December 18.**
- Will any of the nine (9) additional portable turbines to be included within the "permanent turbine cluster" associated with the proposed PSD permitting action? **No, none of these will be.**
- Is the phrase "*no unit running or will run prior to SCR on 130's and water injection on 2500's*" specific to the nine (9) additional portable turbines? (i.e., are Units 1 through 18 still operationally?) **This is correct. Units 1 through 18 are operational with pollution control equipment. 19-27 will not operate until outfitted with control equipment.**

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Wednesday, December 10, 2025 6:01 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** Re: Updated count

Good Evening Shannon,

Thank you for the update.  To ensure that my forthcoming internal update is correct, I ask that you please provide the following clarification:

- Please confirm that nine (9) additional portable turbines - Units 19 through 27 - have been brought on-site.

- Will any of the nine (9) additional portable turbines to be included within the "permanent turbine cluster" associated with the proposed PSD permitting action?

- Is the phrase "*no unit running or will run prior to SCR on 130's and water injection on 2500's*" specific to the nine (9) additional portable turbines? (i.e., are Units 1 through 18 still operationally?)

Thank You!

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303

---

**From:** Shannon Lynn <slynn@trinityconsultants.com>
**Sent:** Wednesday, December 10, 2025 11:38 AM
**To:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Subject:** Updated count

Revised inventory, no unit running or will run prior to SCR on 130's and water injection on 2500's

| Unit Number | Unit Type | Total Power Output |
|---|---|---|
| Unit 1 | SMT130 | 13 |
| Unit 2 | SMT130 | 13 |
| Unit 3 | SMT130 | 13 |
| Unit 4 | SMT130 | 13 |
| Unit 5 | SMT130 | 13 |
| Unit 6 | SMT130 | 13 |
| Unit 7 | SMT130 | 13 |
| Unit 8 | Gen 8 TM2500 | 25 |
| Unit 9 | M35 | 25 |
| Unit 10 | Gen 7 TM2500 | 25 |
| Unit 11 | Gen 7 TM2500 | 25 |
| Unit 12 | Gen 6 TM2500 | 22 |
| Unit 13 | Gen 6 TM2500 | 22 |
| Unit 14 | Gen 6 TM2500 | 22 |
| Unit 15 | Gen 6 TM2500 | 22 |
| Unit 16 | Gen 7 TM2500 | 25 |
| Unit 17 | Gen 7 TM2500 | 25 |
| Unit 18 | Gen 8 TM2500 | 25 |
| Unit 19 | Gen 8 TM2500 | 25 |
| Unit 20 | Gen 7 TM2500 | 25 |
| Unit 21 | SMT130 | 13 |
| Unit 22 | SMT130 | 13 |
| Unit 23 | SMT130 | 13 |
| Unit 24 | SMT130 | 13 |
| Unit 25 | SMT130 | 13 |
| Unit 26 | SMT130 | 13 |
| Unit 27 | SMT130 | 13 |

Shannon G. Lynn, P.E., C.M.

Principal Consultant

P 501.225.6400 x5404  M 501.454.6264

1701 Centerview Drive Suite 109 Little Rock, AR 72211

Email: slynn@trinityconsultants.com

Connect with us: LinkedIn [linkedin.com] / YouTube [youtube.com] / breeze-software.com [breeze-software.com]

Stay current on EHS issues. Subscribe [trinityconsultants.com] today to receive Trinity's free *EHS Quarterly [trinityconsultants.com]*.

*View our capabilities in the* Environmental Consulting [trinityconsultants.com]*,* Built Environment [trinityconsultants.com]*,* Life Sciences [trinityconsultants.com]*, and* Water & Ecology [trinityconsultants.com] *markets.*

Connect with us: LinkedIn [linkedin.com] / Facebook [facebook.com] / Twitter [twitter.com] / YouTube [youtube.com] / trinityconsultants.com [trinityconsultants.com]

Stay current on environmental issues. Subscribe [trinityconsultants.com] today to receive Trinity's free *EHS Quarterly*.