# ATTACHMENT 14

# ATTACHMENT 14

The list below contains the file names of documents provided by the Mississippi Department of Environmental Quality on December 12, 2025 in response to the public records request submitted on December 4, 2025 by the Southern Environmental Law Center:

- (2025.07.25) Request Regarding Portable Gas-Fired Turbines
- (2025.07.28) Modeling Protocol - MZX Tech, LLC (Version 1.0)
- (2025.07.29) Determination on Portable Gas Turbines
- (2025.07.29) Modeling Protocol - MZX Tech, LLC (Version 1.1)
- (2025.08.14) MDEQ Comments on Modeling Protocol
- (2025.08.18) Information on On-Site Portable Turbines
- (2025.08.22) Facility Response & Revised Protocol (V 1.2)
- (2025.08.22) PSD Construction App
- (2025.08.23) Amended PSD Construction App
- (2025.08.23) Duly Authorized Representative Form - Air
- (2025.09.04) Ambient Air Modeling Analysis - Volume II
- (2025.09.04) MDEQ Response to Revised Protocol
- (2025.09.04) MDEQ-Trinity Startup & Shutdown Discussion
- (2025.09.06) Information on On-Site Portable Turbines
- (2025.09.10) Information on On-Site Portable Turbines
- (2025.09.12) MDEQ-Trinity Startup & Shutdown Discussion
- (2025.09.16) Revised Modeling Protocol (V 1.3)
- (2025.09.26) Addendum Information for PSD Application
- (2025.10.07) Revised Modeling Protocol (V1.4)
- (2025.10.28) MDEQ Comments on Revised Modeling Protocol
- (2025.10.29) Additional Clarification on Revised Modeling Protocol
- (2025.11.05) Final Modeling Protocol (V1.5)
- (2025.11.05) Trinity Update - Onsite Portable Turbines
- (2025.11.18) MDEQ Approval Letter - Revised Protocol (V1.5)
- (2025.11.25) Trinity Update - Portable Turbines On-Site Delivery
- (2025.11.26) Trinity Update - Permitting Clarification
- TMP_f984ee_(2025.09.04) MDEQ-Trinity Startup & Shutdown Discussion
- TMP_f984ee_(2025.09.12) MDEQ-Trinity Startup & Shutdown Discussion
- TMP_f984ee_(2025.10.29) Additional Clarification on Revised Modeling Protocol

- Subfolder titled "MZX Modeling Files":
  - Subfolder titled "AERMAP":
    - Aermap domain detail file
    - Aermap input file
    - Aermap map detail file
    - Aermap map parameters file
    - Aermap output file
    - Aermap receptor file
    - Aermap source file
  - Subfolder titled "BPIP":
    - Bpip input file
    - Bpip output file
    - Bpip summary file
  - Subfolder titled "Class I Significance." The files listed below were sent twice each as AMI and AML files:
    - NO2ACISIL2019v05
    - NO2ACISIL2020v05
    - NO2ACISIL2021v05
    - NO2ACISIL2022v05
    - NO2ACISIL2023v05
    - SO2ACISIL2019v05
    - SO2ACISIL2020v05
    - SO2ACISIL2021v05
    - SO2ACISIL2022v05
    - SO2ACISIL2023v05
    - SO2dCISIL5yrv05
    - SO2tCISIL5yrv05
  - Subfolder titled "Meteorological Data." The file listed below was sent twice as a PFL and SFC file:
    - KMEM_KLTR-2019-2023
  - Subfolder titled "NAAQS." The files listed below were sent twice each as AMI and AML files:
    - NO2A2019
    - NO2A2020
    - NO2A2021
    - NO2A2022
    - NO2A2023
    - NO2o5yrNAAQS
    - NO2o5yrNAAQS_CULP

- o Subfolder titled "Significance." The files listed below were sent twice each as AMI and AML files:
    - COoe5yrSIL
    - NO2ASIL2019
    - NO2ASIL2020
    - NO2ASIL2021
    - NO2ASIL2022
    - NO2ASIL2023
    - NO2o5yrSILv10
    - PM10ASIL2019v05
    - PM10ASIL2020v05
    - PM10ASIL2021v05
    - PM10ASIL2022v05
    - PM10ASIL2023v05
    - PM10dSIL5yrv05
    - PM25ASIL5yrv05
    - PM25dSIL5yrv05