# ATTACHMENT 17

# ATTACHMENT 17

The list below contains the file names of documents provided by the Mississippi Department of Environmental Quality on January 8 and January 9, 2026 in response to the public records request submitted on January 2, 2026 by the Southern Environmental Law Center:

- Subfolder titled "2nd Request - NEW":
    - (2025.11.05) Final Modeling Protocol (V1.5)
    - (2025.11.05) Trinity Update - Onsite Portable Turbines
    - (2025.11.18) MDEQ Approval Letter - Revised Protocol (V1.5)
    - (2025.11.24) Ambient Air Modeling Analysis - Volume II-B
    - (2025.11.25) Trinity Update - Portable Turbines On-Site Delivery
    - (2025.11.26) Trinity Update - Permitting Clarification
    - (2025.12.11) Trinity Update - Notification of Additional Turbines
    - (2025.12.18) Comments - Responses Collection (xAI - Shelby County Permitting Action)
    - (2025.12.18) Community Engagement Report
    - (2025.12.22) Draft Permit Documents - EPA Review (v1)
    - (2025.12.22) MDEQ Comments on Modeling Analysis
    - (2025.12.22) Petition from Safe & Sound Coalition
    - (2025.12.23) Ambient Air Modeling Analysis - Volume II (revised)
    - (2025.12.23) EPA Comments on Air Quliaty Analysis Modeling
    - (2025.12.27) Facility Response to EPA Comments
    - (2025.12.30) MDEQ Technical Inquiry (1-Hour NO2 Cumulative Analysis)
    - (2025.12.31) Additional Clarification on MDEQ Technical Inquiry
    - (2026.01.05) MDEQ Request for Additional Permitting Information
    - (2026.01.06) EPA Comments on Draft Permit
    - (2026.01.07) MDEQ Request for Additional Permitting Information
- Subfolder titled "Additional Files":
    - Subfolder titled "1Hr_NO2_Updates":
        - 1Hr_NAAQS_Exceedances
        - No2_all
        - No2_all_1-hr_1st_high
        - No2_all_1-hr_8th_high
        - NO2o5yNAAQS_Contributions
        - The files listed below were sent twice each as AMI and AML files:
            - NO2o5yrNAAQS
            - NO2o5yrNAAQS_CULP

1

- NO2o5yrSILv11
- Subfolder titled "Class I SIL." The files listed below were sent twice each as AMI and AML files:
  - P10SIL2019_CLASSI
  - P10SIL2020_CLASSI
  - P10SIL2021_CLASSI
  - P10SIL2022_CLASSI
  - P10SIL2023_CLASSI
  - P25SIL5YR_CLASSI
- Subfolder titled "Worst-Case Stack Analysis." The file listed below was sent twice as an AMI and AML file:
  - WC_SUSD_NO21H