# ATTACHMENT 20

# ATTACHMENT 20

The list below contains the file names of documents provided by the Mississippi Department of Environmental Quality on February 2 through February 12, 2026 in response to the public records request submitted on January 30, 2026 by the Southern Environmental Law Center:

- (2025.12.11) Trinity Update - Notification of Additional Turbines
- (2025.12.18) Comments - Responses Collection (xAI - Shelby County Permitting Action)
- (2025.12.18) Community Engagement Report
- (2025.12.22) Draft Permit Documents - EPA Review (v1)
- (2025.12.22) MDEQ Comments on Modeling Analysis
- (2025.12.22) Petition from Safe & Sound Coalition
- (2025.12.23) Ambient Air Modeling Analysis - Volume II (revised)
- (2025.12.23) EPA Comments on Air Quliaty Analysis Modeling
- (2025.12.27) Facility Response to EPA Comments
- (2025.12.30) MDEQ Technical Inquiry (1-Hour NO2 Cumulative Analysis)
- (2025.12.31) Additional Clarification on MDEQ Technical Inquiry
- (2026.01.05) MDEQ Request for Additional Permitting Information
- (2026.01.06) EPA Comments on Draft Permit
- (2026.01.07) MDEQ Request for Additional Permitting Information
- (2026.01.08) Draft Permit - EPA Review (v2)
- (2026.01.09) Draft Permit - Facility Review (v1)
- (2026.01.12) Draft Preliminary Determination - EPA Review (v1)
- (2026.01.14) Additional Modeling Comments from EPA
- (2026.01.14) Amended PSD Construction Application
- (2026.01.14) Draft Permit - Facility Review (v2)
- (2026.01.14) Facility Comments on Draft Permit
- (2026.01.14) MDEQ Clarification of EPA Comments
- (2026.01.14) MDEQ Response to EPA Comments
- (2026.01.14) Transmittal of EPA Comments to Facility
- (2026.01.15) EPA Comment Resolution
- (2026.01.16) Adjacent State Notification of Permitting Action
- (2026.01.16) Draft Permit - Public Notice Version
- (2026.01.16) Draft Preliminary Determination - Public Notice Version
- (2026.01.16) EPA Notification of Permitting Action
- (2026.01.16) Notice of Public Hearing
- (2026.01.16) Public Notification of Permitting Action (amended)

1

- (2026.01.16) Public Notification of Public Hearing
- (2026.01.22) Public Notification of Updated Public Hearing
- (2026.01.23) Public Notification of Updated Public Hearing (amended)
- (2026.01.27) Public Notification of Updated Public Hearing (Mass Mail-Out)
- Subfolder titled "Consultant Emails":
  - Evan Simon
  - Katherine Lin - part 1
  - Katherine Lin - part 2
  - Katherine Lin - part 3
  - RE_ Call to Discuss Startup Shutdown.
  - RE_ MZX Tech Revised Modeling Protocol Comment Letter 10-28-25
- Subfolder titled "Public Comments":
  - (2026.01.16) MDEQ Response to EPA Comments - Part 2
  - (2026.01.17) Comment of Concern - Sterling Whittemore
  - (2026.01.20) Comment of Concern - John Kearns_Redacted
  - (2026.01.20) Request for Alternative Location (Public Hearing)
  - (2026.02.03) Comment of Concern - John Haley_Redacted
  - (2026.02.04) Comment of Concern - Joshua Langston_Redacted
  - (2026.02.06) Request for Reconsideration of Denied Extension
  - (2026.02.09) Comment of Concern - John Haley_Redacted
  - Comment of Concern - Chloe_Redacted
  - Comment of Concern - sandra __Redacted
  - Comment of Concern - AJ cho _Redacted
  - Comment of Concern - Allison Stafford __Redacted
  - Comment of Concern - Angela Rudisill_Redacted
  - Comment of Concern - Bobby Crudup __Redacted
  - Comment of Concern - Cedric Magee Sr __Redacted
  - Comment of Concern - Cody_Redacted
  - Comment of Concern - Cynthia_Redacted
  - Comment of Concern - Deloris McGee _Redacted
  - Comment of Concern - Dobos Merse_Redacted
  - Comment of Concern - Dreux Delcuze _Redacted
  - Comment of Concern - E Winters __Redacted
  - Comment of Concern - Eli Shin-Pérez __Redacted
  - Comment of Concern - Erin Orey_Redacted
  - Comment of Concern - Herschell Pargo _Redacted
  - Comment of Concern - J M_Redacted
  - Comment of Concern - Jan Hillegas _Redacted
  - Comment of Concern - Jordan Seiler_Redacted
  - Comment of Concern - Joshua Bernstein _Redacted

2

- o Comment of Concern - Joshua Langston (2026.02.04) _Redacted
- o Comment of Concern - Julia O'Neal _Redacted
- o Comment of Concern - Juniper Devoy_Redacted
- o Comment of Concern - Katherine M Usky_Redacted
- o Comment of Concern - Kathryn Knowlton_Redacted
- o Comment of Concern - Kimberlee K Laird _Redacted
- o Comment of Concern - Laura Borst _Redacted
- o Comment of Concern - Louios Slade Jr_Redacted
- o Comment of Concern - Mary Pendergraph _Redacted
- o Comment of Concern - Max Baenen_Redacted
- o Comment of Concern - Natalie Culbreath _Redacted
- o Comment of Concern - Nicholas Hudson_Redacted
- o Comment of Concern - Nikki Jones _Redacted
- o Comment of Concern - Rowan Azooz_Redacted
- o Comment of Concern - Ruby Walker_Redacted
- o Comment of Concern - Sabrina Hearst _Redacted
- o Comment of Concern - sherwanda rochelle collins _Redacted
- o Comment of Concern - Wallace West_Redacted
- o Comment of Concern - Warren L Conway __Redacted
- o MDEQ Website Message - _xAI data centers_
- o Technical Comment of Concern - Jennifer Robbins