# ATTACHMENT 23

