# ATTACHMENT 24

# ATTACHMENT 24

The list below contains the file names of documents provided by the Mississippi Department of Environmental Quality on March 9 through March 31, 2026 in response to the public records request submitted on February 26, 2026 by the Southern Environmental Law Center:

- (2026.01.13) Coorespondence with Mayor of Southaven
- (2026.02.23) CAPP Non-Applicability
- MDEQ Response to Comments - MZX Tech (Redacted Version)
- Subfolder titled "MZX Modeling Files":
  - Subfolder titled "Round_Three_1HR NO2 Modeling":
    - 1Hr_NAAQS_Exceedances
    - 1Hr_SIL_Receptors
    - No2_all
    - No2_all_1-hr_1st_high
    - No2_all_1-hr_1st_high (2)
    - No2_all_1-hr_8th_high
    - NO2o5yNAAQS_Contributions2
    - The files listed below were sent as AMI, AML, and/or AMZ files:
      - NO2o5yrNAAQS
      - NO2o5yrNAAQS_CULP
      - NO2o5yrSILv11
  - Subfolder titled "Round_Two_1_HR NO2 Modeling":
    - 1Hr_NAAQS_Exceedances
    - 2026-0101 MZX Tech LLC - Volume II - Ambient Air Modeling Analysis FINAL
    - No2_all
    - No2_all_1-hr_1st_high
    - No2_all_1-hr_8th_high
    - NO2o5yNAAQS_Contributions
    - The files listed below were sent twice each as AMI and AML files:
      - NO2o5yrNAAQS
      - NO2o5yrNAAQS_CULP
      - NO2o5yrSILv11

1