# ATTACHMENT 25

# STATE OF MISSISSIPPI
# AIR POLLUTION CONTROL PERMIT

# AND PREVENTION OF SIGNIFICANT DETERIORATION (PSD) AUTHORITY

## TO CONSTRUCT AIR EMISSIONS EQUIPMENT

**THIS CERTIFIES THAT**

MZX Tech LLC
2875 Stanton Road
Southaven,
Desoto, Mississippi

has been granted permission to construct air emissions equipment to comply with the emission limitations, monitoring requirements and other conditions set forth herein. This permit is issued in accordance with the provisions of the Mississippi Air and Water Pollution Control Law (Section 49-17-1 et. seq., Mississippi Code of 1972), and the regulations and standards adopted and promulgated thereunder and under authority granted by the Environmental Protection Agency under 40 CFR 52.01 and 52.21.

**MISSISSIPPI ENVIRONMENTAL QUALITY PERMIT BOARD**

_____
**AUTHORIZED SIGNATURE**
**MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY**

**Issued:**     **March 11, 2026**          **Permit No.: 0680-00119**

12592  PER20250001

**SECTION 1.  GENERAL CONDITIONS**

1.1     This permit is for air pollution control purposes only.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.1.D.)

1.2     Any activities not identified in the application are not authorized by this permit.

(Ref.: Miss. Code Ann. 49-17-29(1)(b))

1.3     The knowing submittal of a permit application with false information may serve as the basis for the Permit Board to void the permit issued pursuant thereto or subject the applicant to penalties for operating without a valid permit pursuant to State Law.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(5).)

1.4     It is the responsibility of the applicant/permittee to obtain all other approvals, permits, clearances, easements, agreements, etc., which may be required including, but not limited to, all required local government zoning approvals or permits.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.1.D(6).)

1.5     The issuance of a permit does not release the permittee from liability for constructing or operating air emissions equipment in violation of any applicable statute, rule, or regulation of state or federal environmental authorities.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(7).)

1.6     It shall not be a defense for a permittee in an enforcement action that it would have been necessary to halt or reduce the permitted activity in order to maintain compliance with the conditions of the permit, unless halting or reducing activity would create an imminent and substantial endangerment threatening the public health and safety of the lives and property of the people of this state.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(15)(a).)

1.7     The permit and/or any part thereof may be modified, revoked, reopened, and reissued, or terminated for cause. Sufficient cause for a permit to be reopened shall exist when an air emissions stationary source becomes subject to Title V. The filing of a request by the permittee for a permit modification, revocation and reissuance, or termination, or of a notification of planned changes or anticipated noncompliance does not stay any permit condition.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(15)(b).)

1.8     The permit does not convey any property rights of any sort, or any exclusive privilege.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(15)(c).)

1.9     The permittee shall furnish to the Department of Environmental Quality (DEQ) within a reasonable time any information the DEQ may request in writing to determine whether

12592  PER20250001

cause exists for modifying, revoking and reissuing, or terminating the permit or to determine compliance with the permit. Upon request, the permittee shall also furnish to the DEQ copies of records required to be kept by the permit or, for information claimed to be confidential, the permittee shall furnish such records to the DEQ along with a claim of confidentiality. The permittee may furnish such records directly to the Administrator along with a claim of confidentiality.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(15)(d).)

1.10 *Design and Construction Requirements:* The stationary source shall be designed and constructed so as to operate without causing a violation of any Applicable Rules and Regulations, without interfering with the attainment and maintenance of State and National Ambient Air Quality Standards, and such that the emission of air toxics does not result in an ambient concentration sufficient to adversely affect human health and well-being or unreasonably and adversely affect plant or animal life beyond the stationary source boundaries.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.A(1)-(3).)

1.11 The necessary facilities shall be constructed to prevent any wastes or other products or substances to be placed in a location where they are likely to cause pollution of the air or waters of the State without the proper environmental permits.

(Ref.: Miss. Code Ann. 49-17-29(1) and (2))

1.12 *Fugitive Dust Emissions from Construction Activities:* The construction of the stationary source shall be performed in such a manner so as to reduce fugitive dust emissions from construction activities to a minimum.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.A(4).)

1.13 *General Nuisances:* The permittee shall not cause, permit, or allow the emission of particles or any contaminants in sufficient amounts or of such duration from any process as to be injurious to humans, animals, plants, or property, or to be a public nuisance, or create a condition of air pollution.

(a) The permittee shall not cause or permit the handling, transporting, or storage of any material in a manner which allows or may allow unnecessary amounts of particulate matter to become airborne.

(b) When dust, fumes, gases, mist, odorous matter, vapors, or any combination thereof escape from a building or equipment in such a manner and amount as to cause a nuisance to property other than that from which it originated or to violate any other provision of 11 Miss. Admin. Code Pt. 2, Ch. 1, the Commission may order such corrected in a way that all air and gases or air and gasborne material leaving the building or equipment are controlled or removed prior to discharge to the open air.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 1.3.C.)

12592 PER20250001

1.14 *Right of Entry:* The permittee shall allow the Mississippi Department of Environmental Quality, Office of Pollution Control and the Mississippi Environmental Quality Permit Board and/or their representatives, upon presentation of credentials:

(a) To enter at reasonable times upon the permittee's premises where an air emission source is located or in which any records are required to be kept under the terms and conditions of this permit; and

(b) To have access to and copy any records required to be kept under the terms and conditions of this permit; to inspect any monitoring equipment or monitoring method required in this permit; and to sample any air contaminants or waste waters, fuel, process material, or other material which affects or may affect emission of air contaminants from any source.

(Ref.: Miss. Code Ann. 49-17-21)

1.15 *Permit Modification or Revocation:* After notice and opportunity for a hearing, the Permit Board may modify the permit or revoke it in whole or in part for good cause shown including, but not limited to, the following:

(a) Persistent violation of any of the terms or conditions of this permit;

(b) Obtaining this permit by misrepresentation or failure to disclose fully all relevant facts; or

(c) A change in federal, state, or local laws or regulations that require either a temporary or permanent reduction or elimination of previously authorized air emission.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.C.)

1.16 *Public Record and Confidential Information:* Except for information determined to be confidential under the Mississippi Air and Water Pollution Control Law, all information obtained in accordance with the terms of this permit shall be available for public inspection at the offices of the Mississippi Department of Environmental Quality, Office of Pollution Control.

(Ref.: Miss. Code Ann. 49-17-39)

1.17 *Permit Transfer:* This permit shall not be transferred except upon approval of the Permit Board.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.16.B.)

1.18 *Severability:* The provisions of this permit are severable. If any provision of the permit, or the application of any provision of the permit to any circumstances, is challenged or held invalid, the validity of the remaining permit provisions and/or portions thereof or their application to other persons or sets of circumstances, shall not be affected thereby.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.1.D(7).)

12592  PER20250001

1.19    *Permit Expiration:* The permit to construct will expire if construction does not begin within eighteen (18) months from the date of issuance, if construction is suspended for eighteen (18) months or more, or if construction is not completed within a reasonable time. The DEQ may extend the 18-month period upon a satisfactory showing that an extension is justified.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.C(1)., R. 2.5.C(4)., and R. 5.2.)

1.20    *Certification of Construction:* A new stationary source issued a Permit to Construct cannot begin operation until certification of construction by the permittee.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.D(3).)

1.21    *Beginning Operation:* After certification of construction by the permittee, the Permit to Construct shall be deemed to satisfy the requirement for a permit to operate until the date the application for issuance or modification of the Title V Permit or the application for issuance or modification of the State Permit to Operate, whichever is applicable, is due. This provision is not applicable to a source excluded from the requirement for a permit to operate as provided by 11 Miss. Admin. Code Pt. 2, R. 2.13.G.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.D(4).)

1.22    *Application for a Permit to Operate:* The application for issuance or modification of the State Permit to Operate or the Title V Permit, whichever is applicable, is due twelve (12) months after beginning operation or such earlier date or time as specified in the Permit to Construct. The Permit Board may specify an earlier date or time for submittal of the application. Beginning operation will be assumed to occur upon certification of construction, unless the permittee specifies differently in writing.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.D(5).)

1.23    *Operating Under a Permit to Construct:* Upon submittal of a timely and complete application for issuance or modification of a State Permit to Operate or a Title V Permit, whichever is applicable, the applicant may continue to operate under the terms and conditions of the Permit to Construct and in compliance with the submitted application until the Permit Board issues, modifies, or denies the Permit to Operate.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.D(6).)

1.24    Except as otherwise specified herein, the permittee shall be subject to the following provisions with respect to upsets, startups, and shutdowns.

(a)    Upsets (as defined in 11 Miss. Admin. Code Pt. 2, R. 1.2.)

(1)    For an upset, the Commission may pursue an enforcement action for noncompliance with an emission standard or other requirement of an applicable rule, regulation, or permit. In determining whether to pursue enforcement action, and/or the appropriate enforcement action to take, the Commission may consider whether the source has demonstrated through

properly signed contemporaneous operating logs or other relevant evidence the following:

    (i)    An upset occurred and that the source can identify the cause(s) of the upset;

    (i)    The source was at the time being properly operated;

    (ii)    During the upset the source took all reasonable steps to minimize levels of emissions that exceeded the emission standard or other requirement of an applicable rule, regulation, or permit;

    (iii)    That within five (5) working days of the time the upset began, the source submitted a written report to the Department describing the upset, the steps taken to mitigate excess emissions or any other noncompliance, and the corrective actions taken and;

    (iv)    That as soon as practicable but no later than 24 hours of becoming aware of an upset that caused an immediate adverse impact to human health or the environment beyond the source boundary or caused a general nuisance to the public, the source provided notification to the Department.

(2)    In any enforcement proceeding by the Commission, the source seeking to establish the occurrence of an upset has the burden of proof.

(3)    This provision is in addition to any upset provision contained in any applicable requirement.

(4)    These upset provisions apply only to enforcement actions by the Commission and are not intended to prohibit EPA or third party enforcement actions.

(b)    Startups and Shutdowns (as defined in 11 Miss. Admin. Code Pt. 2, R. 1.2.)

    (1)    Startups and shutdowns are part of normal source operation. Emission limitations apply during startups and shutdowns unless source specific emission limitations or work practice standards for startups and shutdowns are defined by an applicable rule, regulation, or permit.

    (2)    Where the source is unable to comply with existing emission limitations established under the State Implementation Plan (SIP) and defined in 11 Mississippi Administrative Code, Part 2, Chapter 1, the Department will consider establishing source specific emission limitations or work practice standards for startups and shutdowns. Source specific emission limitations or work practice standards established for startups and shutdowns are subject to the requirements prescribed in 11 Miss. Admin. Code Pt. 2, R. 1.10.B(2)(a) through (e).

12592  PER20250001

(3)     Where an upset, as defined in 11 Miss. Admin. Code Pt. 2, R. 1.2.,occurs during startup or shutdown, see the upset requirements above.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 1.10.)

1.25    *General Duty:* All air emission equipment shall be operated as efficiently as possible to minimize emissions of air contaminants.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10).)

1.26    *Compliance Testing:* Regarding compliance testing:

(a)     The results of any emissions sampling and analysis shall be expressed both in units consistent with the standards set forth in any Applicable Rules and Regulations or this permit and in units of mass per time.

(b)     Compliance testing will be performed at the expense of the permittee.

(c)     Each emission sampling and analysis report shall include but not be limited to the following:

(1)     detailed description of testing procedures;

(2)     sample calculation(s);

(3)     results; and

(4)     comparison of results to all Applicable Rules and Regulations and to emission limitations in the permit.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.6.B(3), (4), and (6).)

12592  PER20250001

## SECTION 2. EMISSION POINT DESCRIPTION

The permittee is authorized to construct and/or modify and operate, upon certification of construction, air emissions equipment, as described in the following table.

| Emission Point | Facility Ref. ID | Description |
|---|---|---|
| AA-000 | TUR-1 through TUR-17 | Seventeen 22,100 Horsepower (HP) (16.5 Megawatt (MW)) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbines, each equipped with SCR and oxidation catalyst |
| AA-001 | TUR-1 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-002 | TUR-2 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-003 | TUR-3 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-004 | TUR-4 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-005 | TUR-5 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-006 | TUR-6 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-007 | TUR-7 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-008 | TUR-8 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-009 | TUR-9 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-010 | TUR-10 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-011 | TUR-11 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-012 | TUR-12 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-013 | TUR-13 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-014 | TUR-14 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-015 | TUR-15 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-016 | TUR-16 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AA-017 | TUR-17 | 22,100 HP (16.48 MW) (185.15 MMBtu/hr) Solar Titan Model PGM-130 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |

12592  PER20250001

| AB-000 | TUR-18 through TUR-33 | Sixteen 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbines, each equipped with SCR and oxidation catalyst |
|--------|------------------------|-----------------------------------------------------------------------------------|
| AB-001 | TUR-18 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-002 | TUR-19 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-003 | TUR-20 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-004 | TUR-21 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-005 | TUR-22 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-006 | TUR-23 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-007 | TUR-24 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-008 | TUR-25 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-009 | TUR-26 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-010 | TUR-27 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-011 | TUR-28 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-012 | TUR-29 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-013 | TUR-30 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-014 | TUR-31 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-015 | TUR-32 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AB-016 | TUR-33 | 56,312 HP (35 MW) (388.52 MMBtu/hr) Solar Titan Model 350 Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AC-000 | TUR-34 through TUR-41 | Eight 67,538 HP (50 MW) (475.66 MMBtu/hr) ProEnergy Model 6000PE Natural Gas-Fired Simple Cycle Combustion Turbines, each equipped with SCR and oxidation catalyst |
| AC-001 | TUR-34 | 67,538 HP (50 MW) (475.66 MMBtu/hr) ProEnergy Model 6000PE Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AC-002 | TUR-35 | 67,538 HP (50 MW) (475.66 MMBtu/hr) ProEnergy Model 6000PE Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AC-003 | TUR-36 | 67,538 HP (50 MW) (475.66 MMBtu/hr) ProEnergy Model 6000PE Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |

12592 PER20250001

| AC-004 | TUR-37 | 67,538 HP (50 MW) (475.66 MMBtu/hr) ProEnergy Model 6000PE Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
|---|---|---|
| AC-005 | TUR-38 | 67,538 HP (50 MW) (475.66 MMBtu/hr) ProEnergy Model 6000PE Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AC-006 | TUR-39 | 67,538 HP (50 MW) (475.66 MMBtu/hr) ProEnergy Model 6000PE Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AC-007 | TUR-40 | 67,538 HP (50 MW) (475.66 MMBtu/hr) ProEnergy Model 6000PE Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AC-008 | TUR-41 | 67,538 HP (50 MW) (475.66 MMBtu/hr) ProEnergy Model 6000PE Natural Gas-Fired Simple Cycle Combustion Turbine equipped with SCR and oxidation catalyst |
| AE-000 | | Collection of natural gas fugitive emissions |
| AF-000 | | Collection of ammonia fugitive emissions |
| AG-000 | PRS 1-10 | Ten 10 MMBtu/hr each Natural Gas-Fired PLUM Model T6500 Pressure Reduction Systems (PRS) equipped with Low NOx burners. Each PRS contains two 5 MMBtu/hr burners. |

12592 PER20250001

## SECTION 3.  EMISSION LIMITATIONS AND STANDARDS

| Emission Point | Applicable Requirement | Condition Number(s) | Pollutant / Parameter | Limitation/Standard |
|---|---|---|---|---|
| Facility-Wide | 11 Miss. Admin. Code Pt. 2, R. 1.3.B. | 3.1 | Opacity | ≤ 40% |
| | 11 Miss. Admin. Code Pt. 2, R. 1.3.A. | 3.2 | Opacity | ≤ 40% |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10). | 3.3 | HAPs | ≤ 24.0 tpy total combined HAPs and ≤ 9.50 tpy for each individual HAP |
| AA-000, AB-000, and AC-000 | 11 Miss. Admin. Code Pt. 2, R. 1.3. D(1)(b) | 3.4 | PM | $E=0.8808*I^{-0.1667}$ |
| | 40 CFR 60, Subpart KKKKa – Standards of Performance for Stationary Combustion Turbines  40 CFR 60.4300a, 60.4305(a) and (b), and 60.4315a, Subpart KKKKa | 3.5 | NOx and SO$_2$ | Applicability |
| | 40 CFR 60.4330a(a)(2) and 60.4372a(b), Subpart KKKKa | 3.6 | SO$_2$ | 0.060 lb SO2 /MMBTU (20 grains S/100scf) |
| | 40 CFR 60.4320a(a), (b)(1)-(3), and (d), and Tables 1 and 2 of Subpart KKKKa | 3.7(a) | NOx | 15 ppm at 15% O$_2$ or 24 ng/J (0.055 lb/MMBtu) on a 4-operating-hour rolling average basis; or |
| | | 3.7(b) | | 0.20 kg/MWh-gross (0.43 lb/MWh-gross) 0.20 kg/MWh-net (0.44 lb/MWh-net) on a 30-operating-day average basis; or |
| | | 3.7(c) | | 4-Hour emissions rate of 0.83 lb NOX/MW-rated output; or |
| | | 3.7(d) | | 12-Calendar-month emissions rate of 0.48 ton NOX/MW-rated output |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10). | 3.8(a) | NH$_3$ (AA-000) | ≤ 5 PPMV at 0% O$_2$ on a dry basis not to exceed 1.28 lb/hr per turbine (excluding startup and shutdown) and ≤ 5.18 tpy per turbine (including startup and shutdown) from Emission Group AA-000 |
| | | 3.8(b) | NH$_3$ (AB-000) | ≤ 5 PPMV at 0% O$_2$ on a dry basis not to exceed 2.69 lb/hr per turbine (excluding startup and shutdown) and ≤ 10.53 tpy per turbine (including startup and shutdown) from Emission Group AB-000 |
| | | 3.8(c) | NH$_3$ (AC-000) | ≤ 10 PPMV at 0% O$_2$ on a dry basis not to exceed 6.59 lb/hr per turbine (excluding startup and shutdown) and ≤ 28.62 tpy per turbine (including startup and shutdown) from Emission Group AC-000 |
| | 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j) | 3.9 | Operating Requirements | **BACT:** Startup and shutdown requirements |

12592  PER20250001

| Emission Point | Applicable Requirement | Condition Number(s) | Pollutant / Parameter | Limitation/Standard |
|---|---|---|---|---|
| | **(PSD BACT Limit)** | | | |
| AA-000 | 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j)<br><br>**(PSD BACT Limit)** | 3.10(a) | $CO_2$ | **BACT:** ≤ 120 lb/MMBtu per turbine |
| | | 3.10(b) | $PM_{10}$ (filterable + condensable) | **BACT:** ≤ 0.07 lb/hr per turbine (excluding startup and shutdown) and ≤ 0.27 tpy (including startup and shutdown) per turbine |
| | | 3.10(c) | $PM_{2.5}$ (filterable + condensable) | **BACT:** ≤ 0.07 lb/hr per turbine (excluding startup and shutdown) and ≤ 0.27 tpy per turbine (including startup and shutdown) |
| | | 3.10(d) | $SO_2$ | **BACT:** ≤ 0.50 lb/hr per turbine (excluding startup and shutdown) and ≤ 2.20 tpy per turbine (including startup and shutdown) |
| | | 3.10(e) | $NO_x$ | **BACT:** ≤ 2 PPMV at 15% $O_2$ on a dry basis not to exceed 1.45 lb/hr per turbine (excluding startup and shutdown) and ≤ 5.6 tpy per turbine (including startup and shutdown) |
| | | 3.10(f) | CO | **BACT:** ≤ 2 PPMV at 15% $O_2$ on a dry basis not to exceed 0.89 lb/hr per turbine (excluding startup and shutdown) and ≤ 3.41 tpy per turbine (including startup and shutdown) |
| | | 3.10(g) | VOC | **BACT:** ≤ 2 PPMV at 15% $O_2$ on a dry basis not to exceed 1.39 lb/hr per turbine (excluding startup and shutdown) and ≤ 5.37 tpy per turbine (including startup and shutdown) |
| | | 3.10(h) | Opacity | **BACT:** ≤ 5 % |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10).<br><br>**(MACT Avoidance Limit)** | 3.10(i) | Formaldehyde | ≤ 63.7 PPBV at 15% $O_2$ on a dry basis not to exceed 0.03 lb/hr per turbine (excluding startup and shutdown) and ≤ 0.12 tpy per turbine (including startup and shutdown) |
| | 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j)<br><br>**(PSD BACT Limit)** | 3.11 | Operating Requirements | **BACT:** Startup and shutdown requirements |
| | | 3.12 | Fuel restriction | **BACT:** Natural gas only |
| AB-000 | 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j)<br><br>**(PSD BACT Limit)** | 3.13(a) | $CO_2$ | **BACT:** ≤ 120 lb/MMBtu per turbine |
| | | 3.13(b) | $PM_{10}$ (filterable + condensable) | **BACT:** ≤ 0.14 lb/hr per turbine (excluding startup and shutdown) and ≤ 0.55 tpy per turbine (including startup and shutdown) |
| | | 3.13(c) | $PM_{2.5}$ (filterable + condensable) | **BACT:** ≤ 0.14 lb/hr per turbine (excluding startup and shutdown) and ≤ 0.55 tpy per turbine (including startup and shutdown) |
| | | 3.13(d) | $SO_2$ | **BACT:** ≤ 1.05 lb/hr per turbine (excluding startup and shutdown) and |

12592  PER20250001

PSD Air Construction Permit No.: 0680-00119

| Emission Point | Applicable Requirement | Condition Number(s) | Pollutant / Parameter | Limitation/Standard |
|---|---|---|---|---|
| | | | | $\leq 4.61$ tpy per turbine (including startup and shutdown) |
| | | 3.13(e) | NO$_x$ | **BACT:** $\leq 2$ PPMV at 15% O$_2$ on a dry basis not to exceed 3.05 lb/hr per turbine (excluding startup and shutdown) and $\leq 11.38$ tpy per turbine (including startup and shutdown) |
| | | 3.13(f) | CO | **BACT:** $\leq 2$ PPMV at 15% O$_2$ on a dry basis not to exceed 1.86 lb/hr per turbine (excluding startup and shutdown) and $\leq 6.93$ tpy per turbine (including startup and shutdown) |
| | | 3.13(g) | VOC | **BACT:** $\leq 2$ PPMV at 15% O$_2$ on a dry basis not to exceed 2.93 lb/hr per turbine (excluding startup and shutdown) and $\leq 10.91$ tpy per turbine (including startup and shutdown) |
| | | 3.13(h) | Opacity | **BACT:** $\leq 5$ % |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10). **(MACT Avoidance Limit)** | 3.13(i) | Formaldehyde | $\leq 63.7$ PPBV at 15% O$_2$ on a dry basis not to exceed 0.06 lb/hr per turbine (excluding startup and shutdown) and $\leq 0.24$ tpy per turbine (including startup and shutdown) |
| | 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j) **(PSD BACT Limit)** | 3.14 | Operating Requirements | **BACT:** Startup and shutdown requirements |
| | | 3.12 | Fuel restriction | **BACT:** Natural gas only |
| AC-000 | 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j) **(PSD BACT Limit)** | 3.15(a) | CO$_2$ | **BACT:** $\leq 120$ lb/MMBtu per turbine |
| | | 3.15(b) | PM$_{10}$ (filterable + condensable) | **BACT:** $\leq 0.17$ lb/hr per turbine (excluding startup and shutdown) and $\leq 0.75$ tpy per turbine (including startup and shutdown) |
| | | 3.15(c) | PM$_{2.5}$ (filterable + condensable) | **BACT:** $\leq 0.17$ lb/hr per turbine (excluding startup and shutdown) and $\leq 0.75$ tpy per turbine (including startup and shutdown) |
| | | 3.15(d) | SO$_2$ | **BACT:** $\leq 1.29$ lb/hr per turbine (excluding startup and shutdown) and $\leq 5.64$ tpy per turbine (including startup and shutdown) |
| | | 3.15(e) | NO$_x$ | **BACT:** $\leq 2$ PPMV at 15% O$_2$ on a dry basis not to exceed 3.74 lb/hr per turbine (excluding startup and shutdown) and $\leq 15.47$ tpy per turbine (including startup and shutdown) |
| | | 3.15(f) | CO | **BACT:** $\leq 4$ PPMV at 15% O$_2$ on a dry basis not to exceed 4.55 lb/hr per turbine (excluding startup and shutdown) and $\leq 18.83$ tpy per turbine (including startup and |

12592  PER20250001

| Emission Point | Applicable Requirement | Condition Number(s) | Pollutant / Parameter | Limitation/Standard |
|---|---|---|---|---|
| | | | | shutdown) |
| | | 3.15(g) | VOC | **BACT:** $\leq 2.5$ PPMV at 15% $O_2$ on a dry basis not to exceed 4.48 lb/hr per turbine (excluding startup and shutdown) and $\leq 18.53$ tpy per turbine (including startup and shutdown) |
| | | 3.15(h) | Opacity | **BACT:** $\leq 5$ % |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10). **(MACT Avoidance Limit)** | 3.15(i) | Formaldehyde | $\leq 91$ PPBV at 15% $O_2$ on a dry basis not to exceed 0.11 lb/hr per turbine (excluding startup and shutdown) and $\leq 0.46$ tpy per turbine (including startup and shutdown) |
| | 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j) **(PSD BACT Limit)** | 3.16 | Operating Requirements | **BACT:** Startup and shutdown requirements |
| | | 3.12 | Fuel restriction | **BACT:** Natural gas only |
| AE-000 and AF-000 | 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j) **(PSD BACT Limit)** | 3.17 | Ammonia | **BACT:** Employ an AVO Leak Detection program |
| | | | VOC | |
| | | | $CO_{2e}$ and GHG | |
| AG-000 | 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j) **(PSD BACT Limit)** | 3.18(a) | $NO_x$ | **BACT:** $\leq 0.049$ lb/MMBtu per PRS |
| | | 3.18(b) | CO | **BACT:** $\leq 0.082$ lb/MMBtu per PRS |
| | | 3.12 | $SO_2$, PM, and GHG | **BACT:** Natural gas only |
| | 11 Miss. Admin. Code Pt. 2, R. 1.3.D(1)(a). | 3.19 | PM (filterable) | 0.6 lb/MMBtu |
| | 11 Miss. Admin. Code Pt. 2, R. 1.4.A(1).\ | 3.20 | $SO_2$ | 4.8 lb/MMBtu |

3.1    For the entire facility, the permittee shall not cause, permit, or allow the discharge into the ambient air from any point source or emissions, any air contaminant of such opacity as to obscure an observer's view to a degree in excess of 40% opacity, equivalent to that provided in 11 Miss. Admin. Code Pt. 2, R. 1.3.A(1). This shall not apply to vision obscuration caused by uncombined water droplets.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 1.3.B.)

3.2    For the entire facility, the permittee shall not cause, permit, or allow the emission of smoke from a point source into the open air from any manufacturing, industrial,

12592  PER20250001

commercial or waste disposal process which exceeds forty (40) percent opacity subject to the exceptions provided in paragraphs (a) and (b) below.

(a)     Startup operations may produce emissions which exceed 40% opacity for up to fifteen (15) minutes per startup in any one hour and not to exceed three (3) startups per stack in any twenty-four (24) hour period.

(b)     Emissions resulting from soot blowing operations shall be permitted provided such emissions do not exceed 60 percent opacity and provided further that the aggregate duration of such emissions during any twenty-four (24) hour period does not exceed ten (10) minutes per billion BTU gross heating value of fuel in any one hour.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 1.3.A.)

3.3     For the entire facility, the permittee shall not emit greater than 24.0 tons per year (tpy) of total, combined hazardous air pollutants (HAPs) and shall not emit greater than 9.50 tpy of any individual HAP.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10).)

3.4     For Emission Points AA-000, AB-000, AC-000, the permittee shall not have particulate emissions that exceed the emission rate as determined by the relationship:

$$E = 0.8808 * I^{-0.1667}$$

where E is the emission rate in pounds per million BTU per hour heat input and I is the heat input in millions of BTU per hour.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 1.3.D(1)(b).)

3.5     For Emission Points AA-000, AB-000, AC-000, the permittee is subject to and shall comply with all applicable requirements of the Standards of Performance for Stationary Combustion Turbines, 40 CFR 60, Subpart KKKKa, and the General Provisions in Subpart A. Each source qualifies as a new simple cycle, combustion turbine, firing natural gas, at utilization rate > 45 percent.

(Ref.: 40 CFR 60.4300a, 60.4305a(a) and (b), and 60.4315a, Subpart KKKKa)

3.6     For Emission Points AA-000, AB-000, AC-000, the permittee shall not burn any fuel which contains total potential sulfur emissions in excess of 26 ng $SO_2$ /J ( 0.060 lb $SO_2$ /MMBTU) heat input.

(Ref.: 40 CFR 60.4330a(a)(2) and 60.4372a(b), Subpart KKKKa)

3.7     For Emission Points AA-000, AB-000, AC-000, the permittee shall comply with the following NOx emission limitations:

12592  PER20250001

(a)    The Input-based NOx emission standard of 15 ppm at 15 percent $O_2$ or 24 ng/J (0.055 lb/MMBtu) as determined on a 4-operating-hour rolling average basis; or

(b)    The Output- based NOx emission standard of 0.20 kg/MWh-gross (0.43 lb/MWh-gross) 0.20 kg/MWh-net (0.44 lb/MWh-net) as determined on a 30-operating-day average basis; or

(c)    The 4-Hour emissions rate of 0.83 lb NOx/MW-rated output; or

(d)    The 12-Calendar-month emissions rate of 0.48 ton NOx/MW-rated output.

During each operating hour, the permittee must meet the applicable NOx emission standard, which corresponds to a stationary combustion turbine firing natural gas for that operating hour.

The permittee must meet the applicable NOx emissions standard during all times that the affected facility is operating (including periods of startup, shutdown, and malfunction).

(Ref.: 40 CFR 60.4320a(a), (b)(1)-(3), and (d), and Tables 1 and 2 of Subpart KKKKa)

3.8    For Emission Points AA-000, AB-000, AC-000, the permittee shall comply with the following emission limits for each combustion turbine:

(a)    For Emission Point AA-000, Ammonia ($NH_3$) emissions from each turbine shall not exceed 5 PPMV at 0% oxygen on a dry basis and shall not exceed 1.28 lb/hr (determined on a 3-hour rolling average basis) and 5.18 tpy on a 12-month rolling total basis.

(b)    For Emission Point AB-000, Ammonia ($NH_3$) emissions from each turbine shall not exceed 5 PPMV at 0% oxygen on a dry basis and shall not exceed 2.69 lb/hr (determined on a 3-hour rolling average basis) and 10.53 tpy on a 12-month rolling total basis.

(c)    For Emission Point AC-000, Ammonia ($NH_3$) emissions from each turbine shall not exceed 10 PPMV at 0% oxygen on a dry basis and shall not exceed 6.59 lb/hr (determined on a 3-hour rolling average basis) and 28.62 tpy on a 12-month rolling total basis

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10).)

3.9    For Emission Points AA-000, AB-000, AC-000, shall comply with the following startup and shutdown requirements for the turbines:

(a)    Only five (5) turbines from each group (AA-000, AB-000 or AC-000) shall be allowed to operate in startup mode, simultaneously, i.e., at the same time.

(b)    Only five (5) turbines from each group (AA-000, AB-000 or AC-000) shall be allowed to operate in shutdown mode, simultaneously, i.e., at the same time.

12592  PER20250001

(c)    At no time shall more than five (5) turbines from each group (AA-000, AB-000 or AC-000) be allowed to operate in startup and shutdown mode, simultaneously, i.e., at the same time.

(Ref.: 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j), **BACT Limit**)

3.10    For Emission Points AA-000, the permittee shall comply with the following emission and operating limits for each combustion turbine:

(a)    Carbon Dioxide ($CO_2$) ≤ 120 lb/MMBtu on a 12-month rolling total basis;

(b)    Particulate Matter less than 10 microns ($PM_{10}$) ≤ 0.07 lb/hr (determined on a 3-hour rolling average basis) and ≤ 0.27 tpy on a 12-month rolling total basis;

(c)    Particulate Matter less than 2.5 microns ($PM_{2.5}$) ≤ 0.07 lb/hr (determined on a 3-hour rolling average basis) and ≤ 0.27 tpy on a 12-month rolling total basis;

(d)    Sulfur dioxide ($SO_2$) ≤ 0.50 lb/hr (determined on a 3-hour rolling average basis) and ≤ 2.20 tpy on a 12-month rolling total basis;

(e)    Nitrogen Oxides ($NO_x$) ≤ 2 parts per million by volume (PPMV) at 15% oxygen on a dry basis not to exceed 1.45 lb/hr (determined on a 3-hour rolling average basis) and ≤ 5.60 tpy on a 12-month rolling total basis;

(f)    Carbon Monoxide (CO) ≤ 2 PPMV at 15% oxygen on a dry basis not to exceed 0.89 lb/hr (determined on a 3-hour rolling average basis) and ≤ 3.41 tpy on a 12-month rolling total basis;

(g)    Volatile Organic Compounds (VOC) ≤ 2 PPMV at 15% oxygen on a dry basis not to exceed 1.39 lb/hr (determined on a 3-hour rolling average basis) and ≤ 5.37 tpy on a 12-month rolling total basis;

(h)    Opacity ≤ 5%, and

(i)    Formaldehyde ≤ 63.7 parts per billion by volume (PPBV) at 15% oxygen on a dry basis not to exceed 0.03 lb/hr (determined on a 3-hour rolling average basis) and ≤ 0.12 tpy on a 12-month rolling total basis.

(Ref.: 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j), **PSD BACT Limit** and 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10)., **MACT Avoidance Limit**)

3.11    For Emission Points AA-000, the permittee shall comply with the following startup and shutdown requirements for each turbine:

(a)    A startup event begins at the moment the startup sequence is initiated by the facility operator and fuel flow is initiated into the specific combustion turbine and ends at a point not to exceed ten (10) minutes past the attainment of pre-mix steady-state mode. Initial pre-mix steady-state mode will not exceed 50% load.

12592  PER20250001

(b)     For periods of startup, the permittee shall limit the period of each turbine startup to ten (10) minutes or less.

(c)     A shutdown event begins at the moment the specific combustion turbine reduces load and exits pre-mix steady-state mode (i.e., less than 100% load) during a normal shutdown sequence initiated by the facility operator and ends with the termination of fuel flow to the specific combustion turbine.

(d)     For periods of shutdown, the permittee shall limit the period of each turbine shutdown to ten (10) minutes or less.

(e)     The permittee shall not use emissions generated during periods of startup or shutdown for determining compliance with the 3-hour rolling average emission rates identified above. However, the permittee shall use the emissions generated during periods of startup or shutdown for determining compliance with the long-term annual (ton per year) emission limits identified above.

(f)     The permittee shall operate the combustion turbines in a manner consistent with good air pollution control practices to minimize emissions during startups and shutdowns. This operation shall occur in accordance with the manufacturer's written instructions or other written instructions developed and maintained by the permittee which shall include review of the operating parameters of the unit during startups or shutdowns as necessary to make adjustments to reduce or eliminate excess emissions.

(Ref.: 11 Miss. Admin. Code Pt. 2, Ch. 5. And 40 CFR 52.21(j), **PSD BACT Limit**)

3.12    For Emission Points AA-000, AB-000, AC-000, and AG-000, the permittee shall not fire any fuel other than natural gas.

(Ref.: 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j), **BACT Limit**)

3.13    For Emission Points AB-000, the permittee shall comply with the following emission and operating limits for each combustion turbine:

(a)     $CO_2 \leq 120$ lb/MMBtu on a 12-month rolling total basis;

(b)     $PM_{10} \leq 0.14$ lb/hr and $\leq 0.55$ tpy on a 12-month rolling total basis;

(c)     $PM_{2.5} \leq 0.14$ lb/hr and $\leq 0.55$ tpy on a 12-month rolling total basis;

(d)     $SO_2 \leq 1.05$ lb/hr and $\leq 4.61$ tpy on a 12-month rolling total basis;

(e)     $NO_x \leq 2$ PPMV at 15% oxygen on a dry basis not to exceed 3.05 lb/hr (each determined on a 3-hour rolling average basis) and $\leq 11.38$ tpy on a 12-month rolling total basis;

12592  PER20250001

(f)     $CO \leq 2$ PPMV at 15% oxygen on a dry basis not to exceed 1.86 lb/hr (each determined on a 3-hour rolling average basis) and $\leq 6.93$ tpy on a 12-month rolling total basis;

(g)     VOC $\leq 2$ PPMV at 15% oxygen on a dry basis not to exceed 2.93 lb/hr (each determined on a 3-hour rolling average basis) and $\leq 10.91$ tpy on a 12-month rolling total basis; and

(h)     Opacity $\leq 5\%$, and

(i)     Formaldehyde $\leq 63.7$ parts per billion by volume (PPBV) at 15% oxygen on a dry basis not to exceed 0.06 lb/hr (each determined on a 3-hour rolling average basis) and $\leq 0.24$ tpy on a 12-month rolling total basis.

(Ref.: 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j), **PSD BACT Limit**)

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10)., (**MACT Avoidance Limit**))

3.14    For Emission Points AB-000, the permittee shall comply with the following startup and shutdown requirements for each turbine:

(a)     A startup event begins at the moment the startup sequence is initiated by the facility operator and fuel flow is initiated into the specific combustion turbine and ends at a point not to exceed ten (10) minutes past the attainment of pre-mix steady-state mode. Initial pre-mix steady-state mode will not exceed 50% load.

(b)     For periods of startup, the permittee shall limit the period of each turbine startup to ten (10) minutes or less.

(c)     A shutdown event begins at the moment the specific combustion turbine reduces load and exits pre-mix steady-state mode (i.e., less than 100% load) during a normal shutdown sequence initiated by the facility operator and ends with the termination of fuel flow to the specific combustion turbine.

(d)     For periods of shutdown, the permittee shall limit the period of each turbine shutdown to ten (10) minutes or less.

(e)     The permittee shall not use emissions generated during periods of startup or shutdown for determining compliance with the 3-hour rolling average emission rates identified above. However, the permittee shall use the emissions generated during periods of startup or shutdown for determining compliance with the long-term annual (ton per year) emission limits identified above.

(f)     The permittee shall operate the combustion turbines in a manner consistent with good air pollution control practices to minimize emissions during startups and shutdowns. This operation shall occur in accordance with the manufacturer's written instructions or other written instructions developed and maintained by the permittee which shall include review of the operating parameters of the unit

12592 PER20250001

during startups or shutdowns as necessary to make adjustments to reduce or eliminate excess emissions.

(Ref.: 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j), **BACT Limit**)

3.15 For Emission Points AC-000, the permittee shall comply with the following emission and operating limits for each combustion turbine:

(a) $CO_2 \le 120$ lb/MMBtu on a 12-month rolling total basis;

(b) $PM_{10} \le 0.17$ lb/hr and $\le 0.75$ tpy on a 12-month rolling total basis;

(c) $PM_{2.5} \le 0.17$ lb/hr and $\le 0.75$ tpy on a 12-month rolling total basis;

(d) $SO_2 \le 1.29$ lb/hr and $\le 5.64$ tpy on a 12-month rolling total basis;

(e) $NO_x \le 2$ PPMV at 15% oxygen on a dry basis not to exceed 3.74 lb/hr (determined on a 3-hour rolling average basis) and $\le 15.47$ tpy on a 12-month rolling total basis;

(f) $CO \le 4$ PPMV at 15% oxygen on a dry basis not to exceed 4.55 lb/hr (determined on a 3-hour rolling average basis) and $\le 18.83$ tpy on a 12-month rolling total basis;

(g) $VOC \le 2.5$ PPMV at 15% oxygen on a dry basis not to exceed 4.48 lb/hr (determined on a 3-hour rolling average basis) and $\le 18.53$ tpy on a 12-month rolling total basis;

(h) Opacity $\le 5\%$, and

(i) Formaldehyde $\le 91$ parts per billion by volume (PPBV) at 15% oxygen on a dry basis not to exceed 0.11 lb/hr (determined on a 3-hour rolling average basis) and $\le 0.46$ tpy on a 12-month rolling total basis.

(Ref.: 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j), **PSD BACT Limit**)

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(10)., (**MACT Avoidance Limit**))

3.16 For Emission Points AC-000, the permittee shall comply with the following startup and shutdown requirements for each turbine:

(a) A startup event begins at the moment the startup sequence is initiated by the facility operator and fuel flow is initiated into the specific combustion turbine and ends at a point not to exceed thirty (30) minutes past the attainment of pre-mix steady-state mode. Initial pre-mix steady-state mode will not exceed 50% load.

(b) For periods of startup, the permittee shall limit the period of each turbine startup to thirty (30) minutes or less.

(c)     A shutdown event begins at the moment the specific combustion turbine reduces load and exits pre-mix steady-state mode (i.e., less than 100% load) during a normal shutdown sequence initiated by the facility operator and ends with the termination of fuel flow to the specific combustion turbine.

(d)     For periods of shutdown, the permittee shall limit the period of each turbine shutdown to thirty (30) minutes or less.

(e)     The permittee shall not use emissions generated during periods of startup or shutdown for determining compliance with the 3-hour rolling average emission rates identified above. However, the permittee shall use the emissions generated during periods of startup or shutdown for determining compliance with the long-term annual (ton per year) emission limits identified above.

(f)     The permittee shall operate the combustion turbines in a manner consistent with good air pollution control practices to minimize emissions during startups and shutdowns. This operation shall occur in accordance with the manufacturer's written instructions or other written instructions developed and maintained by the permittee which shall include review of the operating parameters of the unit during startups or shutdowns as necessary to make adjustments to reduce or eliminate excess emissions.

(Ref.: 11 Miss. Admin. Code Pt. 2, Ch. 5. And 40 CFR 52.21(j))., **PSD BACT Limit**)

3.17    For Emission Points AE-000 and AF-000, the permittee shall develop and employ an Audio-Visual-Olfactory (AVO) program to detect and repair leaks to control Ammonia, VOC, and GHG emissions from fugitive leaks before startup of the facility. The development of the AVO program shall include the creation of a fugitive monitoring plan.

(Ref.: 11 Miss. Admin. Code Pt. 2, Ch. 5. And 40 CFR 52.21(j) **PSD BACT Limit**)

3.18    For Emission Points AG-000, the permittee shall adhere to good combustion practices and combust only pipeline quality natural gas to meet the following emissions standards:

(a)     $NO_x \leq 0.049$ lb/MMBtu per PRS;

(b)     $CO \leq 0.082$ lb/MMBtu per PRS;

(Ref.: 11 Miss. Admin. Code Pt. 2, Ch. 5. and 40 CFR 52.21(j), **PSD BACT Limit**)

3.19    For Emission Points AG-000, the maximum permissible emission of ash and/or particulate matter from fossil fuel burning installations of less than 10 million BTU per hour heat input shall not exceed 0.6 pounds per million BTU per hour heat input

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 1.3.D(1)(a).)

12592  PER20250001

3.20    For Emission Points AG-000, the maximum discharge of sulfur oxides from any fuel burning installation in which the fuel is burned to primarily produce heat or power by indirect heat transfer shall not exceed 4.8 pounds (measure as sulfur dioxide) per million BTU heat input.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 1.4.A(1).)

### SECTION 4.  WORK PRACTICES

| Emission Point | Applicable Requirement | Condition Number(s) | Pollutant/ Parameter | Work Practice |
|---|---|---|---|---|
| AA-000, AB-000, and AC-000 | 40 CFR 60.4333a(a), Subpart KKKKa | 4.1 | NOx & SO$_2$ | Good air control practices |

4.1  For Emission Points AA-000, AB-000 and AC-000, the permittee must operate and maintain the stationary combustion turbine, air pollution control equipment, and monitoring equipment in a manner consistent with good air pollution control practices for minimizing emissions at all times including during startup, shutdown, and malfunction.

(Ref.: 40 CFR 60.4333a(a), Subpart KKKKa)

12592  PER20250001

## SECTION 5.  MONITORING AND RECORDKEEPING REQUIREMENTS

| Emission Point | Applicable Requirement | Condition Number(s) | Pollutant/ Parameter | Monitoring/Recordkeeping Requirement |
|---|---|---|---|---|
| Facility-Wide | 11 Miss. Admin. Code Pt. 2, R. 2.9. | 5.1 | Recordkeeping | Maintain records for a minimum of 5 years. |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.2 | $CO_2$, $PM_{10}$, $PM_{2.5}$, $SO_2$, $NO_x$, CO, VOC, Ammonia, Formaldehyde, Total HAPs, & GHG | Good Air Pollution Control Practices |
| | | 5.3 | | Develop and implement an operation and maintenance plan |
| | | 5.4 | | Monitoring and recordkeeping requirements |
| | | 5.5 | GHG | Global Warming Potential |
| AA-000, AB-000, and AC-000 | 40 CFR 60.4372a(a), Subpart KKKKa | 5.6 | Fuel Sulfur Content | Fuel monitoring |
| | 40 CFR 60.4333a(b) and 60.4405a, Subpart KKKKa | 5.7 | $NO_x$ | Performance Stack Testing |
| | 40 CFR 60.4333a(c) and (c)(2), Subpart KKKKa | 5.8 | $NO_x$ | CEMS Monitoring Requirements |
| | 40 CFR 60.4345a(a)(1)-(3), (b)-(e), and (g), Subpart KKKKa | 5.9 | $NO_x$ | CEMS Monitoring Requirements |
| | 40 CFR 60.4350a(a), (b), (c), (d), (e), and (g), Subpart KKKKa | 5.10 | $NO_x$ | Excess Emissions Monitoring Requirements |
| | 40 CFR 60.4375a(j), Subpart KKKKa | 5.11 | $NO_x$ | Electronic recordkeeping |
| AA-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.12 | $CO_2$, $NO_x$, CO, VOC, Ammonia, Formaldehyde, & Opacity | Performance stack testing and monitoring requirements |
| AB-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.13 | | Performance stack testing and monitoring requirements |
| AC-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.14 | | Performance stack testing and monitoring requirements |
| AA-000, AB-000, and AC-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.15 | | Performance stack testing and monitoring requirements |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.16 | $PM_{10}$ and $PM_{2.5}$ | Performance stack testing and monitoring requirements |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.17 | $SO_2$ | Monitoring and recordkeeping requirements |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.18 | Catalyst bed temperature and ammonia injection rate | Parametric monitoring requirements |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.19 | Startups And Shutdowns | Monitoring and recordkeeping requirements |

12592  PER20250001

| | | | | |
|---|---|---|---|---|
| AE-000 and AF-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.20 | VOC, GHG, and $CO_{2e}$ | Maintain AVO plan and repairs made |
| AE-000 and AF-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.21 | VOC, GHG, and $CO_{2e}$ | AVO Monitoring plan evaluations |
| AG-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.22 | $NO_x$ & CO | Monitoring and recordkeeping requirements |
| AG-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.23 | GHG | Monitoring and recordkeeping requirements |
| AA-000, AB-000, AC-000, and AG-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 5.24 | Recordkeeping | Monitoring and recordkeeping requirements |

5.1　The permittee shall retain all required records, monitoring data, supporting information and reports for a period of at least five (5) years from the date of the monitoring sample, measurement, report, or application. Support information includes, but is not limited to, all calibration and maintenance records, all original strip-chart recordings or other data for continuous monitoring instrumentation, and copies of all reports required by this permit. Copies of such records shall be submitted to DEQ as required by Applicable Rules and Regulations or this permit or upon request.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.9.)

5.2　For the entire facility, at all times, including periods of startup, shutdown, shakedown, tuning and malfunction, the permittee shall, to the extent practicable, maintain and operate the facility, including associated air pollution control equipment, in a manner consistent with good air pollution control practice for minimizing emissions. Determination of whether acceptable operating and maintenance procedures are being used will be based on information available to DEQ, which may include, but is not limited to, monitoring results, opacity observation, review of operating maintenance procedures and inspection of the facility.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.3　For Points AA-000, AB-000, and AC-000, as soon as practicable following initial startup of each individual combustion turbine, the permittee shall develop and implement an operation and maintenance plan. At a minimum, the plan shall identify measures for assessing the performance of the turbine, the acceptable range of the performance measures for achieving the design electrical output, the methods for monitoring the performance measures, and the routine procedures for maintaining the turbine in good operating condition.

The permittee shall maintain a copy of the current operation and maintenance plan for the facility and shall keep a copy of all prior versions of the plan for a minimum of five (5) years. The permittee shall also keep records of the monitoring data for each of the facility performance measures and all maintenance activities; the permittee shall maintain such records for a minimum of five (5) years following the date they are created.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

12592 PER20250001

5.4    For the entire facility, the permittee shall monitor and record the monthly and consecutive 12-month rolling total of $CO_2$, $PM_{10}$, $PM_{2.5}$, $SO_2$, $NO_x$, CO, VOC, Ammonia, Formaldehyde, Total HAPs & GHG emissions in tons per year for each pollutant. Such records shall be kept for five (5) years and made available upon request by DEQ personnel.

For Emission Points AA-000, AB-000, and AC-000, emissions shall be calculated based on results of the most recent performance stack tests or CEMS data. For pollutants whereby there are no performance stack test results or CEMS data, applicable emission factors shall be utilized.

Emissions during startup and shutdown activities shall be calculated based on the Startup/Shutdown manufacturer's emissions documentation (where available) or applicable emission factors.

For all other emission sources, emissions shall be calculated based on manufacturer's emissions documentation (where available) or applicable emission factors.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.5    For the entire facility, for the purposes of showing compliance with any GHG emission limit in this permit, the Global Warming Potential (GWP) factors listed in 40 CFR 98, Subpart A, Table A-1 as of the issuance date of this permit shall be used. The current GWP factors are listed below:

| GHG Pollutant | GWP Factor |
|---|---|
| $CO_2$ | 1 |
| $CH_4$ | 28 |
| $N_2O$ | 265 |

(Ref.: 40 CFR 98, Subpart A, Table A-1 – Revised April 25, 2024)

5.6    For Emission Points AA-000, AB-000, and AC-000, the permittee shall monitor and keep records of the total sulfur content of the gaseous fuel combusted in the turbine. The permittee shall maintain on-site records (such as a current, valid purchase contract, tariff sheet, or transportation contract) documenting that total sulfur content for the fuel combusted in the stationary combustion turbines at all times does not exceed potential $SO_2$ emissions rate of 26 ng/J (0.060 lb/MMBtu) heat input or less.

Representative fuel sampling data following the procedures specified in section 2.3.1.4 or 2.3.2.4 in appendix D to 40 CFR part 75 documenting that the fuel meets the part 75 requirements to be considered either pipeline natural gas or natural gas such that each stationary combustion turbine may not cause to be discharged into the atmosphere any gases that contain $SO_2$ in excess of 110 ng $SO_2$/J (0.90 lb $SO_2$/MWh) gross energy output or 26 ng $SO_2$/J (0.060 lb $SO_2$/MMBtu) heat input.

(Ref.: 40 CFR 60.8, 60.4333a(d)(3), 60.4372a(a), and 60.4372a(e)(1), Subpart KKKKa)

12592  PER20250001

5.7 For Emission Points AA-000, AB-000, and AC-000, the permittee shall demonstrate compliance with the NOx emission limitations by conducting an initial performance test on each turbine according to 40 CFR 60.8 using the applicable methods in 40 CFR 60.4405a, as described below.

(a) Perform a minimum of nine RATA reference method runs, with a minimum time per run of 21 minutes, at a single load level, within ±25 percent of 100 percent of the base load rating while the source is combusting the fuel that is a normal primary fuel for that source. The permittee may perform testing at the highest achievable load point, if at least 75 percent of the base load rating cannot be achieved in practice. The ambient temperature must be greater than 0 °F during the RATA runs. The DEQ may approve performance testing below 0 °F if the timing of the required performance test and environmental conditions make it impractical to test at ambient conditions greater than 0 °F.

(b) For each RATA run, concurrently measure the heat input to the unit using a fuel flow meter (or flow meters) or the methodologies in appendix F to 40 CFR part 75, and for units complying with the output-based standard, measure the electrical and thermal output from the unit.

(c) Use the test data both to demonstrate compliance with the applicable NOx emissions standard under 40 CFR 60.4320a and to provide the required reference method data for the RATA of the CEMS described under 40 CFR 60.4342a.

(d) Compliance with the applicable emissions standard in 40 CFR 60.4320a is achieved if the sum of the NOx emissions divided by the heat input (or gross or net energy output) for all the RATA runs, expressed in units of lb/MMBtu, ppm, lb/MWh, or kgs, does not exceed the emissions standard.

(Ref: 40 CFR 60.4333a(b) and 60.4405a, Subpart KKKKa)

5.8 For Emission Points AA-000, AB-000, and AC-000, the permittee must demonstrate continuous compliance using a continuous emissions monitoring system (CEMS) for measuring NOx emissions according to the provisions in 40 CFR 60.4345a. CEMS NOx measurements must be used to determine excess emissions.

For Emission Points AA-000 and AB-000, the permittee must demonstrate continuous compliance with an input-based standard of 15 ppm according to the provisions in 40 CFR 60.4345a.

(Ref: 40 CFR 60.4333a(c) and (c)(2), Subpart KKKKa)

5.9 For Emission Points AA-000, AB-000, and AC-000, each CEMS measuring NOx emissions must meet the requirements below:

(a) The permittee must install, certify, maintain, and operate a NOx monitor to determine the hourly average NOx emissions in the units of the standard with which the permittee is complying.

(b) The permittee must install, calibrate, maintain, and operate either a fuel flow meter (or flow meters) or an $O_2$ or $CO_2$ CEMS and a stack flow monitor to continuously measure the heat input to the turbine.

12592 PER20250001

(c)    If the permittee elects to comply with an output-based emissions standard, the permittee must also install, calibrate, maintain, and operate both a watt meter (or meters) to continuously measure the gross electrical output from the turbine and either a fuel flow meter (or flow meters) or an $O_2$ or $CO_2$ CEMS and a stack flow monitor. If the permittee has a CHP combustion turbine and elects to comply with an output-based emissions standard, the permittee must also install, calibrate, maintain, and operate meters to continuously determine the total useful recovered thermal energy. For steam this includes flow rate, temperature, and pressure. If the permittee has a direct mechanical drive application and elects to comply with the output-based emissions standard, the permittee must submit a plan to the DEQ for approval of how energy output will be determined.

(d)    Each NOx CEMS must be installed and certified according to PS 2 in appendix B to 40 CFR 60 Subpart KKKKa. The span value must be 125 percent of the highest applicable standard or highest anticipated hourly NOx emissions rate. Alternatively, span values determined according to section 2.1.2 in appendix A to 40 CFR part 75 may be used.

(e)    The permittee shall use NOx and diluent CEMS that are installed and certified according to appendix A of 40 CFR part 75 in lieu of Procedure 1 in appendix F to 40 CFR 60 Subpart KKKKa and the requirements of 40 CFR 60.13 with approval from the DEQ, except that the relative accuracy test audit (RATA) of the CEMS must be performed on a lb/MMBtu basis.

(f)    During each full operating hour, both the NOx monitor and the diluent monitor must complete a minimum of one cycle of operation (sampling, analyzing, and data recording) for each 15-minute quadrant of the hour. For partial operating hours, at least one data point must be obtained with each monitor for each quadrant of the hour in which the unit operates. For operating hours in which required quality assurance and maintenance activities are performed on the CEMS, a minimum of two data points (one in each of two quadrants) are required for each monitor.

(g)    Each fuel flow meter must be installed, calibrated, maintained, and operated according to the manufacturer's instructions. Alternatively, fuel flow meters that meet the installation, certification, and quality assurance requirements in appendix D to 40 CFR part 75 are acceptable for use under 40 CFR subpart KKKKa.

(h)    Each watt meter, steam flow meter, and each pressure or temperature measurement device must be installed, calibrated, maintained, and operated according to manufacturer's instructions.

(i)    At a minimum, non-out-of-control CEMS hourly averages shall be obtained for 90 percent of all operating hours on a 30-operating-day rolling average basis

(Ref: 40 CFR 60.4345a(a)(1)-(3), (b)-(e), and (g), Subpart KKKKa)

5.10    For Emission Points AA-000, AB-000, and AC-000, for purposes of determining excess NOx emissions:

(a)  Excess emissions are defined as the applicable compliance period for the stationary combustion turbine (either 4-operating-hours, 30-operating-days, or 12-calendar-month), during which the average NOx emissions from the affected facility measured by the CEMS is greater than the applicable maximum allowable NOx emissions standard specified in 40 CFR 60.4320a as determined using the applicable procedures to the stationary combustion turbine.

(b)  The NOx CEMS data for each operating hour as measured according to the requirements in 40 CFR 60.4345a must be used to determine the hourly average NOx emissions. The hourly average for a given operating hour is the average of all data points for the operating hour. However, for any periods during which the NOx, diluent, flow, watt, steam pressure, or steam temperature monitors (as applicable) are out-of-control, the data points are not used in determining the hourly average NOx emissions. All data points that are not collected during out-of-control periods must be used to determine the hourly average NOx emissions.

(c)  For each operating hour in which an hourly average is obtained, the data acquisition and handling system must calculate and record the hourly average NOx emissions in units of lb/MMBtu or lbs, as applicable, using the appropriate equation from EPA Method 19 in appendix A-7 of subpart KKKKa. For any hour in which the hourly average $O_2$ concentration exceeds 19.0 percent $O_2$ (or the hourly average $CO_2$ concentration is less than 1.0 percent $CO_2$), a diluent cap value of 19.0 percent $O_2$ or 1.0 percent $CO_2$ (as applicable) may be used in the emission calculations.

(d)  Data used to meet the requirements of this subpart shall not include substitute data values derived from the missing data procedures of 40 CFR part 75, nor shall the data be bias adjusted according to the procedures of 40 CFR part 75. For units complying with the 12-calendar-month mass-based standard, emissions for hours of missing data shall be estimated by using the average emissions rate of non-out-of-control hours within ±10 percent of the hour of missing data within the 12-calendar-month period. If non-out-of-control data is not available, the maximum hourly emissions rate during the 12-calendar-month period shall be used.

(e)  All required fuel flow rate, steam flow rate, temperature, pressure, and megawatt data must be reduced to hourly averages. However, for any periods during which the flow, watt, steam pressure, or steam temperature monitors (as applicable) are out-of-control, the data points are not used in determining the appropriate hourly average value.

(f)  For each stationary combustion turbine demonstrating compliance on a heat input-based emissions standard, excess NOx emissions are determined on a 4-operating-hour averaging period basis using the NOx CEMS data and procedures specified below as applicable to the NOx emissions standard in table 1 to 40 CFR 60 subpart KKKKa.

   (1)  For each 4-operating-hour period, compute the 4-operating-hour rolling average NOx emissions as the heat input weighted average of the hourly average of NOx emissions for a given operating hour and the 3 operating hours preceding that operating hour using the applicable equation in 40

12592  PER20250001

CFR 60.4350a(g)(2). Calculate a 4-operating-hour rolling average NOx emissions rate for any 4-operating-hour period when there is valid CEMS data for at least 3 of those hours (e.g., a valid 4-operating-hour rolling average NOx emissions rate cannot be calculated if 1 or more continuous monitors was out-of-control for the entire hour for more than 1 hour during the 4-operating-hour period).

(2)     If the permittee elects to comply with the applicable heat input-based emissions rate standard, calculate both the 4-operating-hour rolling average NOx emissions rate and the applicable 4-operating-hour rolling average NOx emissions standard, calculated using hourly values in table 1 to this subpart, using equation 4 to 40 CFR 60.4350a(g)(2).

(Ref: 40 CFR 60.4350a(a), (b), (c), (d), (e), and (g), Subpart KKKKa)

5.11    For Emission Points AA-000, AB-000, and AC-000, any records required to be maintained by 40 CFR 60 subpart KKKKa that are submitted electronically via the EPA's CEDRI may be maintained in electronic format. This ability to maintain electronic copies does not affect the requirement for facilities to make records, data, and reports available upon request to a delegated air agency or the EPA as part of an on-site compliance evaluation.

(Ref.: 40 CFR 60.4375a(j), Subpart KKKKa)

5.12    For Emission Points AA-000, each air emissions unit shall be constructed to comply with the short-term emission limitations and monitoring requirements specified in Section 3 and below, except during periods of startups and shutdowns. The air emissions equipment shall each be constructed to comply with the long-term (on a 12-month rolling total basis) emissions, including during periods of startup and shutdown.

| Pollutant | Short-Term Limits | Long-Term Limits | Test Methods |
|---|---|---|---|
| $CO_2$ | 120 lb/MMBtu | 120 lb/MMBtu | Good Combustion Practices |
| $NO_x$ | 2 PPMV at 15% $O_2$, not to exceed 1.45 lb/hr | 5.60 tpy | Simplified EPA Test Method 1 and EPA Test Method 20, 40 CFR 60, Appendix A |
| CO | 2 PPMV at 15% $O_2$, not to exceed 0.89 lb/hr | 3.41 tpy | EPA Test Method 10, 40 CFR 60, Appendix A |
| VOC | 2 PPMV at 15% $O_2$, not to exceed 1.39 lb/hr | 5.37 tpy | EPA Method 18 or 25A, 40 CFR 60, Appendix A |
| $NH_3$ | 5 PPMV at 0% $O_2$ not to exceed 1.28 lb/hr | 5.18 tpy | EPA Test Method 320, 40 CFR 63, Appendix A |
| $CH_2O$ | 63.7 PPBV at 15% $O_2$ not to exceed 0.03 lb/hr | 0.12 tpy | EPA Test Method 320, 40 CFR 63, Appendix A or ATSM D6384-12e1 |
| Opacity | 5% | | EPA Test Method 9, 40 CFR 60, Appendix A |

12592  PER20250001

The permittee shall demonstrate initial compliance with emission limits, by stack testing in accordance with the applicable EPA Test Methods listed above or an EPA approved alternative within 180 days after startup.

All test methods shall be the current versions, which are in effect upon permit issuance. The stack testing shall be performed when the emission units are operating as close to their maximum capacity (90 % - 100 %) as operating conditions allow.

In lieu of stack testing for $NO_x$, CO, VOC, $NH_3$, and Formaldehyde, the permittee can demonstrate compliance with the emission limitations using a Continuous Emission Monitoring System (CEMS). Demonstrating compliance with the ppm, lb/hr, and tpy limits using CEMS data in lieu of EPA Reference Methods is an acceptable practice provided the permittee meets the guidelines established in EPA's general guidance on "Alternative Testing and Monitoring Procedures for Combustion Turbines Regulated under New Source Performance Standards". This includes the use of reference method test data collected during Relative Accuracy Test Audits (RATA) required per 40 CFR 75.

Subsequent stack testing shall be conducted within 25 months of the previous stack test. If a stack test shows that the emissions are at or below 75 percent of the emission limits in Section 3, then the permittee shall stack test once every five (5) years (not to exceed 60 months from previous stack test). If a stack test shows emissions exceeding 75 percent of the emission limit, the permittee shall perform the stack test biennially (not to exceed 25 months from the previous test). The stack testing shall be performed on a biennial basis (not to exceed 25 months from the previous test) until two (2) consecutive stack tests show emissions below 75 percent of the emission limit at which time the stack testing may return to the once per five (5) year (60 month) testing frequency. After the initial stack test, the subsequent stack testing for $NO_x$ shall be performed on the frequency required by Subpart KKKKa and Condition 5.7.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.13    For Emission Points AB-000, each air emissions unit shall be constructed to comply with the short-term emission limitations and monitoring requirements specified below, except during periods of startups and shutdowns. The air emissions equipment shall each be constructed to comply with the long-term (on a 12-month rolling total basis) emissions during periods of startup and shutdown.

| Pollutant | Short-Term Limits | Long-Term Limits | Test Methods |
|---|---|---|---|
| $CO_2$ | 120 lb/MMBtu | 120 lb/MMBtu | Good Combustion Practices |
| $NO_x$ | 2 PPMV at 15% $O_2$, not to exceed 3.05 lb/hr | 11.38 tpy | Simplified EPA Test Method 1 and EPA Test Method 20, 40 CFR 60, Appendix A |
| CO | 2 PPMV at 15% $O_2$, not to exceed 1.86 lb/hr | 6.93 tpy | EPA Test Method 10, 40 CFR 60, Appendix A |

12592  PER20250001

**Page 32 of 40**
**PSD Air Construction Permit No.: 0680-00119**

| | | | |
|---|---|---|---|
| VOC | 2 PPMV at 15% $O_2$, not to exceed 2.93 lb/hr | 10.91 tpy | EPA Method 18 or 25A, 40 CFR 60, Appendix A |
| $NH_3$ | 5 PPMV at 0% $O_2$ not to exceed 2.69 lb/hr | 10.53 tpy | EPA Test Method 320, 40 CFR 63, Appendix A |
| $CH_2O$ | 63.7 PPBV at 15% $O_2$ not to exceed 0.06 lb/hr | 0.24 tpy | EPA Test Method 320, 40 CFR 63, Appendix A or ATSM D6384-12e1 |
| Opacity | 5% | | EPA Test Method 9, 40 CFR 60, Appendix A |

The permittee shall demonstrate initial compliance with emission limits, by stack testing in accordance with the applicable EPA Test Methods listed above or an EPA approved alternative within 180 days after startup.

All test methods shall be the current versions, which are in effect upon permit issuance. The stack testing shall be performed when the emission units are operating as close to their maximum capacity (90 % - 100 %) as operating conditions allow.

In lieu of stack testing for $NO_x$, CO, VOC, and $NH_3$, and Formaldehyde, the permittee can demonstrate compliance with the emission limitations using a Continuous Emission Monitoring System (CEMS). Demonstrating compliance with the ppm, lb/hr, and tpy limits using CEMS data in lieu of EPA Reference Methods is an acceptable practice provided the permittee meets the guidelines established in EPA's general guidance on "Alternative Testing and Monitoring Procedures for Combustion Turbines Regulated under New Source Performance Standards". This includes the use of reference method test data collected during Relative Accuracy Test Audits (RATA) required per 40 CFR 75.

Subsequent stack testing shall be conducted within 25 months of the previous stack test. If a stack test shows that the emissions are at or below 75 percent of the emission limits in Section 3, then the permittee shall stack test once every five (5) years (not to exceed 60 months from previous stack test). If a stack test shows emissions exceeding 75 percent of the emission limit, the permittee shall perform the stack test biennially (not to exceed 25 months from the previous test). The stack testing shall be performed on a biennial basis (not to exceed 25 months from the previous test) until two (2) consecutive stack tests show emissions below 75 percent of the emission limit at which time the stack testing may return to the once per five (5) year (60 month) testing frequency. After the initial stack test, the subsequent stack testing for $NO_x$ shall be performed on the frequency required by Subpart KKKKa and Condition 5.7.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.14    For Emission Points AC-000, each air emissions unit shall be constructed to comply with the short-term emission limitations and monitoring requirements specified below, except during periods of startups and shutdowns. The air emissions equipment shall each be constructed to comply with the long-term (on a 12-month rolling total basis) emissions during periods of startup and shutdown.

12592  PER20250001

| Pollutant | Short-Term Limits | Long-Term Limits | Test Methods |
|---|---|---|---|
| $CO_2$ | 120 lb/MMBtu | 120 lb/MMBtu | Good Combustion Practices |
| $NO_x$ | 2 PPMV at 15% $O_2$, not to exceed 3.74 lb/hr | 15.47 tpy | Simplified EPA Test Method 1 and EPA Test Method 20, 40 CFR 60, Appendix A |
| CO | 4 PPMV at 15% $O_2$, not to exceed 4.55 lb/hr | 18.83 tpy | EPA Test Method 10, 40 CFR 60, Appendix A |
| VOC | 2.5 PPMV at 15% $O_2$, not to exceed 4.48 lb/hr | 18.53 tpy | EPA Method 18 or 25A, 40 CFR 60, Appendix A |
| $NH_3$ | 10 PPMV at 0% $O_2$ not to exceed 6.59 lb/hr | 28.62 tpy | EPA Test Method 320, 40 CFR 63, Appendix A |
| $CH_2O$ | 91 PPBV at 15% $O_2$ not to exceed 0.11 lb/hr | 0.46 tpy | EPA Test Method 320, 40 CFR 63, Appendix A or ATSM D6384-12e1 |
| Opacity | 5% | | EPA Test Method 9, 40 CFR 60, Appendix A |

The permittee shall demonstrate initial compliance with emission limits, by stack testing in accordance with the applicable EPA Test Methods listed above or an EPA approved alternative within 180 days after startup of each turbine.

All test methods shall be the current versions, which are in effect upon permit issuance. The stack testing shall be performed when the emission units are operating as close to their maximum capacity (90 % - 100 %) as operating conditions allow.

In lieu of stack testing and parametric monitoring for $NO_x$, CO, VOC, $NH_3$, and Formaldehyde, the permittee can demonstrate compliance with the emission limitations using a Continuous Emission Monitoring System (CEMS). Demonstrating compliance with the ppm, lb/hr, and tpy limits using CEMS data in lieu of EPA Reference Methods is an acceptable practice provided the permittee meets the guidelines established in EPA's general guidance on "Alternative Testing and Monitoring Procedures for Combustion Turbines Regulated under New Source Performance Standards". This includes the use of reference method test data collected during Relative Accuracy Test Audits (RATA) required per 40 CFR 75.

Subsequent stack testing shall be conducted within 25 months of the previous stack test. If a stack test shows that the emissions are at or below 75 percent of the emission limits in Section 3, then the permittee shall stack test once every five (5) years (not to exceed 60 months from previous stack test). If a stack test shows emissions exceeding 75 percent of the emission limit, the permittee shall perform the stack test biennially (not to exceed 25 months from the previous test). The stack testing shall be performed on a biennial basis (not to exceed 25 months from the previous test) until two (2) consecutive stack tests show emissions below 75 percent of the emission limit at which time the stack testing may return to the once per five (5) year (60 month) testing frequency. After the initial stack test, the subsequent stack testing for $NO_x$ shall be performed on the frequency required by Subpart KKKKa and Condition 5.7.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.15    For Emission Points AA-000, AB-000, AC-000, the permittee shall demonstrate compliance with emission limitations denoted in Section 3 and Conditions 5.12, 5.13, 5.14, and 5.16 by stack testing in accordance with specified EPA Reference Test Methods or their EPA approved equivalents within 180 days of startup. Recorded turbine operational information during each performance stack test shall include, but not be limited to:

   (a)    Generator load/kilowatt output.

   (b)    Fuel consumption.

   (c)    SCR Catalyst bed exhaust temperature.

   (d)    Oxidation Catalyst bed exhaust temperature.

   (e)    Ammonia solution injection rate.

   The recorded turbine operational information shall be used to create operational parameter ranges for catalyst bed temperature and ammonia injection rate.

   (Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.16    For Emission Points AA-000, AB-000, and AC-000, the permittee shall demonstrate compliance with $PM_{10}$ and $PM_{2.5}$ emissions denoted in Section 3 and the table below.

| Emission Group | Pollutant | Short-Term Limits | Long-Term Limits | Test Methods |
|---|---|---|---|---|
| AA-000 | $PM_{10}$ | 0.07 lb/hr | 0.27 tpy | EPA Test Method 201 or 201A in conjunction with Test Method 202, 40 CFR 51, Appendix M |
| AA-000 | $PM_{2.5}$ | 0.07 lb/hr | 0.27 tpy | EPA Test Method 201 or 201A in conjunction with Test Method 202, 40 CFR 51, Appendix M |
| AB-000 | $PM_{10}$ | 0.14 lb/hr | 0.55 tpy | EPA Test Method 201 or 201A in conjunction with Test Method 202, 40 CFR 51, Appendix M |
| AB-000 | $PM_{2.5}$ | 0.14 lb/hr | 0.55 tpy | EPA Test Method 201 or 201A in conjunction with Test Method 202, 40 CFR 51, Appendix M |
| AC-000 | $PM_{10}$ | 0.17 lb/hr | 0.75 tpy | EPA Test Method 201 or 201A in conjunction with Test Method 202, 40 CFR 51, Appendix M |
| AC-000 | $PM_{2.5}$ | 0.17 lb/hr | 0.75 tpy | EPA Test Method 201 or 201A in conjunction with Test Method 202, 40 CFR 51, |

12592  PER20250001

| | | | | Appendix M |
|---|---|---|---|---|

Initial performance stack testing shall be conducted within 180 days of startup on twelve (12) turbines, specifically, four (4) turbines from Emission Group AA-000, four (4) turbines from Emission Group AB-000, and four (4) turbines from Emission Group AC-000. Subsequent testing shall be conducted every 5 years (not to exceed 61 months from the previous test) on a separate set of twelve (12) turbines, specifically, four (4) turbines from Emission Group AA-000, four (4) turbines from Emission Group AB-000, and four (4) turbines from Emission Group AC-000. The testing shall be performed on this schedule until all turbines in Emission Points AA-000, AB-000, and AC-000 are tested.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.17    For Emission Points AA-000, AB-000, and AC-000, the permittee shall demonstrate compliance with the BACT Limits for $SO_2$ by maintaining on site the gas quality characteristics in a current, valid purchase contract, tariff sheet or transportation contract for the natural gas, specifying that the maximum total sulfur content of the fuel is 20.0 grains/100 scf (equivalent to 338 ppmv) or less.   The permittee shall monitor the amount of natural gas combusted in the emission points. In addition, the permittee shall follow all manufacturer's recommendations for good combustion practices including all maintenance recommendations.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.18    For Emission Points AA-000, AB-000, and AC-000, the permittee shall continuously monitor and keep records of the catalyst bed temperature and the ammonia injection rate. The permittee shall keep records of any instances when the operating parameters range established during the performance stack test are not met. These records shall include date, time, duration, and any corrective actions that are performed.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.19    For Emission Points AA-000, AB-000, and AC-000, the permittee shall monitor and keep records of the duration of all startups and shutdowns of the combustion turbines. These records shall include the time and date of such startups and shutdowns and confirmation that good air pollution control practices were followed.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.20    For Emission Points AE-000 and AF-000, the permittee shall record and maintain a log of daily AVO inspections and any repairs made to the fugitive sources in accordance with the Fugitive Monitoring Plan.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.21    For Emission Points AE-000 and AF-000, the permittee shall reevaluate the Fugitive Monitoring plan annually, not to exceed fourteen (14) months from the previous evaluation.

12592  PER20250001

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.22 For Emission Points AG-000, the permittee shall demonstrate compliance with the BACT Limits by maintaining on site the gas quality characteristics in a current, valid purchase contract, tariff sheet or transportation contract for the natural gas, and monitoring the amount of natural gas combusted in the emission points. In addition, the permittee shall follow all manufacturer's recommendations for good combustion practices including all maintenance recommendations.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.23 For Emission Points AG-000, the permittee shall use the annual heat input and data from 40 CFR 98, Table C-1 to calculate and record $CO_{2(e)}$ emissions on a 12-month rolling average using the Global Warming Potential factors in Condition 5.5.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

5.24 For Emission Points AA-000, AB-000, AC-000, and AG-000, the permittee shall keep a log of all preventative maintenance including any corrective actions or instances when the manufacturer's recommendations were not performed timely.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

12592  PER20250001

## SECTION 6.  REPORTING REQUIREMENTS

| Emission Point | Applicable Requirement | Condition Number(s) | Reporting Requirement |
|---|---|---|---|
| Facility-Wide | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 6.1(a) | Report deviations within five (5) working days |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 6.1(b) | Semiannual reporting |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 6.1(c) | Certification by responsible official |
| | 11 Miss. Admin. Code Pt. 2, R. 2.5.C(2). | 6.1(d) | Notification of beginning actual construction within 15 days |
| | 11 Miss. Admin. Code Pt. 2, R. 2.5.C(3). | 6.1(e) | Notification when construction does not begin or is suspended |
| | 11 Miss. Admin. Code Pt. 2, R. 2.5.D(1) and (3). | 6.1(f) | Certification of completion of construction prior to operation |
| | 11 Miss. Admin. Code Pt. 2, R. 2.5.D(2). | 6.1(g) | Notification of changes in construction |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 6.2 | Submit stack test protocol 30 days prior to conducting the stack test |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 6.3 | Submit a stack test report within 60 days of conducting the stack test |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 6.4 | Semi-annual reporting |
| AA-000, AB-000, and AC-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 6.5 | Submit records of startup, shutdown, and tuning events |
| | 40 CFR 60.4345a(f), 60.4375a, 60.4380a(b), 60.4385a(b), 60.4390a(a) and (f), and 60.4395a, Subpart KKKKa | 6.6 | Subpart KKKKa Reporting |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 6.7 | Submit records of parametric monitoring data |
| AE-000 and AF-000 | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 6.8 | Submit initial Fugitive monitoring plan |
| | 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11). | 6.9 | Submit report of AVO leaks detected and repairs made |

**6.1    General Reporting Requirements:**

(a)    The permittee shall report all deviations from permit requirements, including those attributable to upsets, the probable cause of such deviations, and any corrective actions or preventive measures taken. Said report shall be made within five (5) working days of the time the deviation began.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

(b)    Beginning upon issuance of this permit and lasting until issuance or modification of the applicable operating permit, the permittee shall submit reports of any required monitoring by July 31st and January 31st for the preceding six-month period.  All instances of deviations from permit requirements must be clearly identified in such reports and all required reports must be certified by a

12592  PER20250001

responsible official consistent with 11 Miss. Admin. Code Pt. 2, R. 2.1.C. Where no monitoring data is required to be reported and/or there are no deviations to report, the report shall contain the appropriate negative declaration. For any air emissions equipment not yet constructed and/or operating the report shall so note and include an estimated date of commencement of construction and/or startup, whichever is applicable.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

(c)     Any document required by this permit to be submitted to the DEQ shall contain a certification signed by a responsible official stating that, based on information and belief formed after reasonable inquiry, the statements and information in the document are true, accurate and complete.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

(d)     Within fifteen (15) days of beginning actual construction, the permittee must notify DEQ in writing that construction has begun.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.C(2).)

(e)     The permittee must notify DEQ in writing when construction does not begin within eighteen (18) months of issuance or if construction is suspended for eighteen (18) months or more.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.C(3).)

(f)     Upon the completion of construction or installation of an approved stationary source or modification, and prior to commencing operation, the applicant shall notify the Permit Board that construction or installation was performed in accordance with the approved plans and specifications on file with the Permit Board.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.D(1) and (3).)

(g)     The Permit Board shall be promptly notified in writing of any change in construction from the previously approved plans and specifications or permit. If the Permit Board determines the changes are substantial, it may require the submission of a new application to construct with "as built" plans and specifications. Notwithstanding any provision herein to the contrary, the acceptance of an "as built" application shall not constitute a waiver of the right to seek compliance penalties pursuant to State Law.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.5.D(2).)

6.2     For the entire facility, the permittee shall submit a stack test protocol at least thirty (30) days prior to the scheduled test date to ensure that all test methods and procedures are acceptable to the DEQ. If the initial stack test protocol is acceptable, subsequent test protocols may be waived if these protocols contain no significant changes.

12592  PER20250001

Also, the DEQ must be notified at least ten (10) days prior to the scheduled test date so that an observer may be present to witness the test(s).

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

6.3     For the entire facility, the permittee shall submit a report of any stack test results within sixty (60) days of conducting the respective stack test.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

6.4     For the entire facility, the permittee shall submit a summary of the 12-month rolling totals for $CO_2$, $PM_{10}$, $PM_{2.5}$, SO2, $NO_x$, CO, VOC, $NH_3$, Formaldehyde, Total HAP, and GHG emissions during the semiannual reporting period in accordance with Condition 6.1(b).  Emissions of each pollutant shall be reported on an emission point by emission point basis.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

6.5     For Emission Points AA-000, AB-000, and AC-000, the permittee shall submit a report which contains the hours of operation during the reporting period for each operating mode. At a minimum, this report shall include the number of startups and shutdowns, duration of each, and the time the combustion unit was in operation until such time the control equipment began to operate. The report shall also state if there were any instances whereby more than five (5) turbines from each emission group (Emission Points AA-000, AB-000, and AC-000) simultaneously operated in periods of startup or shutdown. The information shall be submitted in accordance with Condition 6.1(b).

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

6.6     For Emission Points AA-000, AB-000, and AC-000, the permittee shall comply with all applicable reporting requirements of 40 CFR 60 subpart KKKKa.

(Ref.: 40 CFR 60.4345a(f), 60.4375a, 60.4380a(b), 60.4385a(b), 60.4390a(a) and (f), and 60.4395a, Subpart KKKKa)

6.7     For Emission Points AA-000, AB-000, and AC-000, the permittee shall submit a report which contains the parametric monitoring records required by Condition 5.18. The report shall include any time during the reporting period where the emissions points operated outside of the parametric values established during the most recent performance test.  The information shall be submitted in accordance with Condition 6.1(b).

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

6.8     For Emission Points AE-000 and AF-000, the permittee shall submit the Fugitive Monitoring Plan within 180 days from startup of the facility.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)

12592  PER20250001

6.9  For Emission Points AE-000 and AF-000, the permittee shall submit semi-annual reports in accordance with Condition 6.1(b) of leaks detected through the Fugitive monitoring plan as well as all repairs made to the fugitive sources. If no leaks are detected and no repairs are made, the permittee shall instead submit a negative declaration.

(Ref.: 11 Miss. Admin. Code Pt. 2, R. 2.2.B(11).)