ATTACHMENT 27

# Sarah Al-Zhyri

| | |
|---|---|
| **From:** | Deidre Thompson <dthompson@mdeq.ms.gov> |
| **Sent:** | Thursday, April 9, 2026 11:15 AM |
| **To:** | Sarah Al-Zhyri |
| **Cc:** | Amanda Garcia; Patrick Anderson; Ben Grillot |
| **Subject:** | RE: Public Records Request - "MZX Tech LLC Air Permit Application and Communications" |

Sarah, state response is: we have not received anything pertaining to MZX Tech, LLC from the mentioned parties during the timeframe of March 31 - April 7.

Deidre A. Thompson
Public Records Officer
Mississippi Department of Environmental Quality
515 East Amite Street
Jackson, MS 39201
(601) 961-5758

-----Original Message-----
From: Sarah Al-Zhyri <salzhyri@selc.org>
Sent: Wednesday, April 8, 2026 2:04 PM
To: Deidre Thompson <dthompson@mdeq.ms.gov>
Cc: Amanda Garcia <agarcia@selc.org>; Patrick Anderson <panderson@selc.org>; Ben Grillot <bgrillot@selc.org>
Subject: RE: Public Records Request - "MZX Tech LLC Air Permit Application and Communications"

Thank you, Deidre!

Sincerely,

Sarah Al-Zhyri (she/her)
Legal Administrative Assistant II

Southern Environmental Law Center
1033 Demonbreun Street, Suite 205
Nashville, TN 37203

Office (615) 921-9470
Fax +1 (615) 921-8011
selc.org
salzhyri@selc.org
-----Original Message-----
From: Deidre Thompson <dthompson@mdeq.ms.gov>
Sent: Wednesday, April 8, 2026 1:49 PM
To: Sarah Al-Zhyri <salzhyri@selc.org>
Subject: RE: Public Records Request - "MZX Tech LLC Air Permit Application and Communications"

Hi, Sarah.

I have forwarded your request to the appropriate staff for response. I will update you once I know more.

1

Thank you.

Deidre A. Thompson
Public Records Officer
Mississippi Department of Environmental Quality
515 East Amite Street
Jackson, MS 39201
(601) 961-5758

-----Original Message-----
From: MDEQ <mdeqweb@mdeq.ms.gov>
Sent: Tuesday, April 7, 2026 1:15 PM
To: MDEQ Public Records <mdeqpublicrecords@mdeq.ms.gov>; MDEQ Web <mdeqweb@mdeq.ms.gov>; salzhyri@selc.org
Subject: Public Records Request - "MZX Tech LLC Air Permit Application and Communications"

Name: Sarah Al-Zhyri
Email: salzhyri@selc.org
Number:6159219470
Company Name: Southern Environmental Law Center Company Address: 1033 Demonbreun St., Ste. 205
City: Nashville
State: TN
Zip:37203
Subject: MZX Tech LLC Air Permit Application and Communications Detail Records Request: This request concerns records that were created, received, or reviewed between March 31, 2026 and the date of the search for responsive records.

We request all communications between MDEQ and MZX Tech LLC, xAI, their associated entities, and/or consultants related to the operations at 2875 Stanton Road, Southaven, MS 38671, including all records concerning all turbines and other equipment currently operating or anticipated to be operating at the site.  We also seek all records associated with the air permit application submitted by MZX Tech LLC, referenced on MDEQ's enSearch as "Air Air-Construction PSD" permit no. 0680-00119, including any air modeling documents and other correspondence with MZX Tech LLC or its representatives. We also seek all records associated with the PSD permit issued to MZX Tech LLC.

We request all communications between MDEQ and U.S. EPA, the Office of the Governor of Mississippi, DeSoto County Government, the City of Southaven, Shelby County, Memphis, and/or and Tennessee state agencies related to the operations at 2875 Stanton Road, Southaven, MS 38671.

We request all communications between MDEQ and MZX Tech LLC, xAI, their associated entities, and/or consultants, as well as all communications between MDEQ and U.S. EPA, the Office of the Governor of Mississippi, DeSoto County Government, and/or the City of Southaven related to the installation and/or operation of any other temporary gas turbines in DeSoto County.


-- The information above has been received. --


--
This e-mail was sent from a Public Records Request contact form on the MDEQ Website.

2