ATTACHMENT 29

