# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>                     **Plaintiffs,**<br>      **v.**<br><br>**X.AI and MZX TECH LLC**<br><br>                     **Defendants.** | **No. 3:26-cv-00074-MPM-JMV** |

**DECLARATION OF KHADIJAH SHEARD**

I, Khadijah Sheard, hereby declare and state as follows:

1. This declaration is based on my personal knowledge, information, and belief. I am over the age of eighteen and am competent to testify.

2. I am a member of the NAACP and the NAACP Mississippi State Conference. I became a member of NAACP during college at the University of Memphis in 2018, and joined the DeSoto County chapter of the Mississippi State Conference in 2024.

3. I became secretary of the DeSoto County chapter in 2025. I typically volunteer four to five hours a week sending out notices of meetings, entering new memberships, conducting membership drives, making fliers, and helping out at events.

4. The NAACP and the NAACP Mississippi State Conference represent my interests in making positive changes in DeSoto County, including by improving air quality, protecting civil rights, and bringing awareness to important things happening in my community.

5. I live at ███████████████████, Southaven, Mississippi 38671. I have lived there since October 2022.

1

Docusign Envelope ID: 39863DA9-B71B-8440-820F-23AC9032023F

6. I live less than one mile from the gas turbines located at 2875 Stanton Road South, Southaven, Mississippi.

7. I am currently a renter, but I moved to Southaven thinking I would one day buy a home here. My aunt and uncle live in Memphis off of ▮▮▮▮▮▮▮, and I have a cousin in the Horn Lake area off of ▮▮▮▮▮. I like living in this area.

8. I am a Registered Nurse working in Byhalia, Mississippi. I earned a bachelor's degree in health science at the University of Memphis, a bachelor's in nursing from East Tennessee State University, and a master's in health promotion from the University of Memphis. I am working toward my doctorate online at the University of Alabama Birmingham in order to become a nurse practitioner.

9. From my background in medicine, I know that air pollution has serious health effects. I know that exposure to pollution can cause systemic reactions in your body, because it builds up in your system and lungs. It puts you at risk for all kinds of illness, like lung disease, heart problems, asthma and COPD, all kinds of stuff, because you're exposed to these chemicals.

10. I love spending time outdoors, especially near my home. I water my plants and do yardwork. I like to sit on the patio in the spring and summertime, doing crafts and schoolwork for my doctoral program. I feel better with the breeze. I also hang out on the patio with my friends. In winter, I still spend some time outdoors, coming and going, and in my garage with the door open.

11. When the weather is nice, I take regular walks around my neighborhood, and sometimes in Latimer Lakes Park in Horn Lake, and in Swinnea Park in Southaven.

12. I attend church at Brown Baptist Church in Southaven, where I sing in the church choir and volunteer in the young adult ministry. I sometimes spend time outside volunteering

Docusign Envelope ID: 39863DA9-B71B-8440-820F-23AC90032023F

with the church: participating in door-to-door evangelism and working outside at the soup kitchen in downtown Memphis handing out care bags. I generally engage in church-related activities two the three times a week.

13.     I had heard about xAI coming to Memphis, and I learned it was coming to Southaven at an NAACP meeting in the fall of 2025. I found out that the data center would be close to my house and became concerned that it could affect me and my community directly. I heard on Facebook that data centers and their power sources are loud and that they can create a lot of air pollution. I was afraid. Would I be able to hear this at my house? How much air pollution would it produce? Would it affect my health?

14.     Since January, I can hear the gas turbines operating in Southaven and I have become even more concerned about the air quality in my neighborhood.

15.     I live so close that I can hear the turbines running when I'm at home. I feel like I hear them all the time now. I can hear them from my bed with the windows closed. I've been sleeping with earplugs to try and block out the noise, but I can still hear them, even with the earplugs. That noise—it's irritating.

16.     Because I live, go to parks, and go to church so close by, I am concerned about how the pollution affects my body and health. This spring, I've been worried about how my exposure to the pollution is affecting me. I have had allergies acting up, and I know it could be from the added pollution.

17.     When I'd otherwise just be enjoying my time at home, or attending church, or walking at local parks, I'm bothered because I know that I'm exposing myself to that pollution.

3

Docusign Envelope ID: 39863DA9-B71B-8440-820F-23AC90322023F

18. I do not have any other respiratory illnesses currently, but I'm concerned that I could develop something like asthma from being exposed to additional pollution from the xAI turbines. I am also concerned my allergies will be worsened by pollution from the turbines.

19. I'm also concerned about the health of my friends, family, neighbors, and communities. I worry we are going to see an increase in respiratory illness in our community. I am concerned that air pollution from gas turbines in Southaven will cause lifelong damage even worse than asthma, like cancer or lung disease.

20. I have heard that xAI bought another building that's really close by the one they already have for another data center, and that they may be adding more turbines. The new building—that's not far from where I currently live, either.

21. I have not received any information from xAI or MZX Tech. I would like to have received information about what is being installed. The residents in this area should have been given some warning about the new pollution by the companies causing it. If they're going to be polluting the air, we should be able to know that they're not overdoing it—that it's not too much.

22. Unfortunately, and in large part because of xAI's turbines, I have decided not to renew my lease when it runs out at the end of April. After thinking about it all winter, I decided to move to a different area on the other end of DeSoto County. After everything happening here with xAI since October, I would rather be on the opposite side of the County.

23. Even after I move away, I plan to continue attending my church in Southaven, and visiting Latimer Lakes Park in Horn Lake and Swinnea Park in Southaven. My church and Latimer Lakes Park are within about four miles of the gas turbines, and I remain concerned about breathing air pollution when at church or the park.

Docusign Envelope ID: 39863DA9-B71B-8440-820F-23AC9032023F

24.     A court order requiring xAI to get an air permit with pollution monitoring requirements and enforceable air pollution limits would address some of my concerns. I would feel better at my current home, and when I'm going to church and visiting parks in Southaven and Horn Lake, if there were less pollution.

25.     Although my lease ends on April 30, 2026, if xAI were to stop operating the turbines, or start using the right controls to limit the pollution and noise, I would want to move back to the Southaven area.

I declare under penalty of perjury the foregoing is true and correct.

Executed on ___4/30/2026___, 2026

Signed by:

Khadijah Sheard

5