# EXHIBIT G

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

NAACP and NAACP MISSISSIPPI
STATE CONFERENCE

                **Plaintiffs,**

    **v.**

X.AI and MZX TECH LLC

                **Defendants.**

**No. 3:26-cv-00074-MPM-JMV**

## DECLARATION OF ROBERT TIPTON

I, Robert Tipton, Jr., hereby declare and state as follows:

1.      This declaration is based on my personal knowledge, information, and belief. I am over the age of 18 and am competent to testify.

2.      I am a member of the NAACP and the NAACP Mississippi State Conference.

3.      I am the President of the DeSoto County Chapter of the NAACP Mississippi State Conference and the NAACP. The DeSoto County Chapter has approximately 146 members. Our mission as a whole focuses on justice, fairness, equality, equity, and the fight to stamp out racism wherever we may find it.

4.      I grew up in DeSoto County, graduating from Horn Lake High School in 1976. I served six years in the Army, then worked 34 years at FedEx in Memphis before I retired in 2012. I moved back to DeSoto County in 2013.

5.      I currently live at ███████████████, Nesbit, Mississippi, in a home I built from the ground up. I live there with my wife and with my daughter when she's home from college. It has been my home for 10 years.

1

6.      My house sits on three acres, and my brother owns the three acres next door. I manage all six acres—keeping up with yardwork, a flower garden, and other property maintenance. We call it the "Tipton Estate." I would say I spend 80 percent of my time outside working on the land during the spring, summer, and fall.

7.      My wife and I like to go out to eat in Southaven a lot, and when we go, we like to eat outside.

8.      I have been diagnosed with Sarcoidosis in my lungs. Right now, it's in hibernation, but I have to keep going to the doctor to check and see if it's staying that way.

9.      I first heard about xAI bringing turbines to the Memphis area from NAACP members, back when xAI first came to Tennessee. They asked me to help him get folks together and help find a location for a press conference. I attended those press conferences, specifically around when NAACP and other groups sent xAI a Notice of Intent to sue for the turbines in Tennessee.

10.     I also went to meetings with NAACP members here in Southaven at Springfield Baptist Church. Those meetings were all about xAI coming into Mississippi—giving people information about how they were up and running, the kinds of pollution they produce, and the current state of air pollution in our area according to the American Lung Association.

11.     I usually get involved in things that are unfair to Mississippians, and unfair to our local communities. Our health care system is already not good—I've seen it ranked at the bottom of the list nationally. If we get sick, we really don't have many options for medical care. And there's a lack of insurance problem, too.

2

12.     When I heard about xAI coming to Mississippi this fall, I was very concerned, because this is something that could potentially harm our health. My number one concern is our health. I don't want anything that is going to increase our chances of being unhealthy.

13.     At first, the only information I got about xAI in Mississippi was from NAACP members. Before the turbines started operating, I didn't hear anything official from the company or the federal or Mississippi government.  And I still don't think the company or government has shared enough information with the public. I would have liked to know more about the emissions from the source before those emissions were here in our community.

14.     Now, there are many gas turbines operating at xAI and MZX's property in Southaven, about five miles from my home.

15.     I'm concerned because burning methane gas—which these turbines do—produces smog and formaldehyde, which are contributing factors to my Sarcoidosis. Any kind of fumes will harm people with lung problems, and that's my health concern. I'm afraid my sarcoidosis will come out of hibernation.

16.     Because the gas turbines are operating and emitting pollutants that make me worried about my health, I am enjoying my time outside at home, in my yard and garden, less than I used to.

17.     Health is a priority for our branch—trying to keep DeSoto County healthy, whether the air we breathe or the food we eat. We would be concerned about anything coming to our community that would compromise our health, and of course we would get involved.

18.     I have heard from NAACP members about their concerns about the turbines. For example, one member, the chair of our health committee, is complaining about a new cough she

3

and her family are experiencing that she thinks is related to air pollution. I am worried about the health of my members, friends, and family.

19.    A court order requiring a permit with enforceable emission limits and air modeling to show this isn't going to harm our health would address some of my concerns. I don't want anything happening in our community that will increase our chances of being unhealthy. Here in DeSoto County, there has to be limits on what they can add to the air, and what needs to be in place to measure what's going on. It doesn't matter what the turbines are sitting on—they're running. That's what matters.

I declare under penalty of perjury the foregoing is true and correct.

Executed on __4/28/2 6__ , 2026

Robert Tipton

4