# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>                          **Plaintiffs,**<br>      **v.**<br><br>**xAI and MZX TECH LLC**<br><br>                       **Defendants.** | **Civil Case No. 3:26-cv-00074-MPM-JMV** |

**DECLARATION OF KIM LAUFENBERG**

I, Kim Laufenberg, hereby declare and state as follows:

1. I am an engineering analyst with Environmental Integrity Project ("EIP"). Before joining EIP in November 2025, I worked for the U.S. Environmental Protection Agency ("U.S. EPA") for almost nine years. My resume is attached as Attachment 1.

2. I have significant experience inspecting facilities, analyzing air permits, reviewing engineering reports, studying the Clean Air Act ("CAA"), and examining other data, along with the calculation of a facility's potential to emit. While at the U.S. EPA, I served as the scientific and technical authority in over 50 inspections, reviewing facility data, ensuring compliance with the CAA, and assisting EPA colleagues and state inspectors with the development of cases where there was noncompliance. With the U.S. EPA, I drafted enforcement documents for every stage of a case (from inspection reports and seizure letters to settlement agreements and consent decrees).

3. On behalf of NAACP, Earthjustice and Southern Environmental Law Center have requested that I develop potential-to-emit ("PTE") calculations of the turbines at 2875 Stanton

1

Road S., Southaven, Mississippi (the "site"). My conclusions are still being developed and could be affected by information or analysis that has yet to be produced. Thus, these conclusions do not represent my final opinions, but rather a reasonable preliminary description of my opinions in this case.

4. To calculate the site's PTE, I identified the turbines on-site and what pollution controls would likely be installed on the turbines. I did this by analyzing photographs of the turbines (both satellite and flyover imagery), identifying, and analyzing turbine specification sheets, and reviewing correspondence between Trinity Consultants and the Mississippi Department of Environmental Quality ("MDEQ").

5. Based on available data, I concluded that there were 27 turbines on-site as of March 3, 2026 (see Figure 1). The 27 turbines were the following: fourteen SMT-130 turbines (see, for example, Figures 2 and 3); five Generation 6 TM2500; four Generation 7 TM-2500 turbines; three Generation 8 TM-2500 turbines (see, for example, Figures 4 and 5); and one M35 turbine (see, for example, Figures 6 and 7). The manufacturer specification sheets for these turbines are attached as Attachment 2. The red arrows I annotated in Figures 2-7 reflect identifiable features of the turbines that match up between the pictures of the turbines and their corresponding specification sheets.



*Figure 1. March 3, 2026 satellite photo of site with annotations by Kim Laufenberg*

Docusign Envelope ID: 7185622F-466A-83F0-849E-5988A161FC92



*Figures 2 and 3. October 31, 2025 flyover photo zoomed to turbine (top) and Solaris SMT-130 turbine from spec sheet (bottom) with arrow annotations by Kim Laufenberg*



*Figures 4 and 5. October 31, 2025 flyover photo zoomed to turbine (left) and Gen-8 TM2500 turbine from spec sheet (right) with arrow annotations by Kim Laufenberg*



*Figures 6 and 7. October 31, 2025 flyover photo zoomed to turbine (left) and M35 turbine from spec sheet (right) with arrow annotations by Kim Laufenberg*

6.    Each of these turbines has a heat input greater than 10 one million British thermal units per hour (MMBtu/hr). Specifically, their calculated heat input values are approximately:

    a.   159.18 MMBtu/hr for the SMT-130 turbines;

    b.   301.84 MMBtu/hr for the Generation 6 TM2500 turbines;

    c.   301.84 MMBtu/hr for the Generation 7 TM-2500 turbines;

    d.   339.56 MMBtu/hr for the Generation 8 TM-2500 turbines;

    e.   and 318.86 MMBtu/hr for the M35 turbine.

7.    Collectively, the 27 turbines have a generating capacity of at least 495 megawatts (MW), according to a December 10, 2025 email from Trinity Consultants to MDEQ.  A generating capacity of 495 MW is comparable to a medium-sized, base-load power plant which could power 350,000 – 400,000 homes. The total power outputs provided in the referenced email vary from that of the manufacturer specification sheets utilized in my PTE calculation (see paragraph 9).  Manufacturer specification sheets provide a theoretical maximum power under strict conditions (e.g., 15°C air temperature, located at sea level, and 60% humidity).

8.    As there is no permit application or permit for any of these 27 turbines limiting the hours of operation, my PTE calculations assume 8,760 hours of operation per year for each turbine to calculate maximum potential emissions.

9.    My PTE calculations incorporate the following information from the collected manufacturer specification sheets for:

    a.   the SMT-130 turbines: engine power (16,530 kilowatts (kW)) and heat rate (9,630 Btu/kW-hr);

    b.   the Generation 6 TM2500 turbines: engine power (30,700 kW) and heat rate (9,832 Btu/kW-hr);

5

c. the Generation 7 TM-2500 turbines: engine power (30,700 kW) and heat rate (9,832 Btu/kW-hr);

d. the Generation 8 TM-2500 turbines: engine power (34,600 kW) and heat rate (9,814 Btu/kW-hr);

e. and the M35 turbine: engine power (35,020 kW) and heat rate (9,105 Btu/kW-hr).

10. I calculated the PTE of nitrogen oxides (NOx), carbon monoxide (CO), sulfur dioxide (SO2), volatile organic compounds (VOC), particulate matter (PM), formaldehyde, and toluene.

11. All PM (both filterable and condensable) from natural gas-fired turbines is < 1.0 micrometer in diameter, meaning all the emitted PM is PM2.5, as PM2.5 is <2.5 micrometers in diameter or smaller.

12. I calculated the PTE for this set of pollutants to evaluate if the major source thresholds would be surpassed for criteria pollutants and if hazardous air pollutants ("HAP"), both formaldehyde and toluene, would trigger additional requirements. The area surrounding the site (Desoto County) is not formally designated nonattainment, and the major source threshold for each criteria pollutant is 250 tons per year (tpy). For HAPs, if one HAP is greater than 10 tpy OR if a combination of HAPs are greater than 25 tpy, more stringent standards apply.

13. AP-42 served as the basis for emission factors for my PTE calculations, in the absence of additional information. Published by EPA, AP-42 is a compilation of air emission factors from over 200 air pollution source categories. It is extensively used for compiling emission inventories, calculating emissions for operating permits, and determining control

6

technology requirements. While not the only method, AP-42 is an industry standard for estimating air emissions for regulatory compliance.

14. Where there was additional information to suggest a different emission rate than in AP-42, such as the installation of an emission control on the turbine, my PTE calculations incorporate it.

15. Based on visual observations and correspondence between MDEQ and Trinity (email dated August 18, 2025), I concluded that the SMT-130 turbines have selective catalytic reduction ("SCR") pollution controls installed on them.

16. SCR is a common emission control device for coal- and natural gas-fired boilers, process heaters, gas-turbines, and reciprocating internal combustion engines. SCR achieves NOx reductions by using ammonia or urea which is injected into the ductwork downstream of the combustion unit. It can be used separately or in combination with other combustion control technologies.

17. For the SMT-130 turbines, I used the permit from the Colossus 1 facility in Shelby County, Tennessee for all emission factors because that permitted facility also had SMT-130 turbines with SCR controls. The Colossus I permit refers to SCR as "best available control technology" or "BACT" for the turbines, as that term is used under the Clean Air Act.

18. The emission factors for PM, formaldehyde, and toluene for the SMT-130 turbines in the Colossus I permit align with AP-42 uncontrolled emission factors.

19. Without SCR, the SMT-130 turbines would have a NOx emissions rate of 0.32 lb/MMBtu (taken from AP-42, Table 3.1-1); whereas with SCR, I have applied a NOx emissions rate of 0.00748 lb/MMBtu (from the Colossus 1 permit, converting 2 parts per million (PPM)) for the SMT-130 turbines.

20. The TM-2500 turbines and the M35 turbine do not have SCR. It is possible to install and operate these turbines with SCR, and doing so would reduce their NOx emissions. Based on the November 5, 2025 email from Trinity to MDEQ, my PTE calculations assume water injection is installed achieving a 25 PPM emission rate for NOx on these turbines. A 25 PPM emission rate is an emission rate of 0.09347 lb/MMBtu.

21. By incorporating an emission factor of 2 PPM for an SCR versus only 25 PPM for water injection, the control efficiency increases to a 92% reduction of NOx emissions.

22. It is also possible to operate the TM-2500 turbines and the M-35 turbine with water injection. My PTE calculations assume they are being operated with water injection (as noted in communication between Trinity and MDEQ, dated August 18, 2025); however, I cannot confirm whether the turbines are in fact being operated with or without the water injection control. I have incorporated the assumption of water injection into the emission factors for CO and PM on these turbines. Water injection does not control SO2, VOC, formaldehyde, or toluene.

23. I concluded that, as of March 3, 2026 with the above-described 27 turbines on-site, the site has the potential to emit: 1,732.71 tons per year (tpy) of NOx; 588.26 tpy of CO; 181.62 tpy of PM; 107.25 tpy of VOCs; 86.50 tpy of SO2, 19.54 tpy of formaldehyde; and 3.58 tpy of toluene.

| PTE (tpy) - xAI's 27 Turbines at 2875 Stanton Rd S, Southaven, MS as of March 3, 2026 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | #Units | NOx | CO | SO2 | VOC | PM | Formaldehyde | Toluene |
| SMT-130 | 14 | 72.99 | 55.54 | 26.12 | 69.96 | 64.42 | 6.93 | 1.27 |
| TM-2500 | 12 | 1,529.19 | 490.82 | 55.63 | 34.36 | 107.98 | 11.62 | 2.13 |
| M35 | 1 | 130.54 | 41.90 | 4.75 | 2.93 | 9.22 | 0.99 | 0.18 |
| TOTAL | 27 | 1,732.71 | 588.26 | 86.50 | 107.25 | 181.62 | 19.54 | 3.58 |

Docusign Envelope ID: 7185622F-466A-83F0-819F-5988A161FC92

24.     The TM-2500 turbines are responsible for the majority of NOx, CO, PM, SO2, formaldehyde, and toluene emissions.

25.     High resolution aerial images of the site that were taken on April 14, 2026, from SouthWings, showed 33 total turbines at the site (see Figure 8). The 27 turbines described above remain at the site, and six new turbines have been constructed (see Figure 9).



*Figure 8. Aerial photo of the turbines with annotations by Kim Laufenberg (April 14, 2026).*

26.     I identified three of the new turbines as Generation 8 TM-2500 turbines based in part on the units' exhaust silencers, the layout of the control house to the side of the turbines, and the large air filters on the sides of the units – the same as that of the previously identified Generation 8 TM-2500 turbines. This brings the total number of Generation 8 TM-2500 turbines on-site to six.

27.     I identified three other new turbines as Jereh JT35 natural gas-fired turbines (due to the logos, stack exhaust location, air intakes, and general unit coloring). The manufacturer specification sheet for the Jereh JT35 turbines is attached as Attachment 3.

9

Docusign Envelope ID: 7185622F-466A-83F0-819F-5988A161FC93



*Figure 9. Aerial photo of the six new turbines (April 14, 2026).*

28. Jereh manufacturer has two units of similar layout (JT35 & JT25). For my PTE calculation, I selected the JT35 turbine over the JT25 turbine due to the engine (LM2500+G4, same as that of the Generation 8 TM-2500) and a manufacturer citation on its website that provides that the JT35 is ideal for fulfilling long-term power needs for data centers.

29. The Jereh JT35 turbines have a calculated heat input of 291.66 MMBtu/hr.

30. To incorporate the new turbines in my PTE calculations, I applied the same assumptions regarding Generation 8 TM-2500 turbines as in the earlier calculation to the three new turbines of that make and model. For the Jereh turbines, I used the power and heat rate values from the manufacturer specifications (33,8000 kW and 9,104 kJ/kW-hr respectively), and utilized AP-42 emissions factors, except for NOx. Water injection was assumed as the infrastructure would already be in place at the site for the TM-2500 turbines and M25 turbines, the JT35 turbine has the

Docusign Envelope ID: 7185622F-466A-83F0-819F-5988A161FC92

same engine as the Generation 8 TM-2500 turbine which was noted to have water injection, and the same NOx emissions factor (25 PPM) is noted in the manufacturer specifications.

31.     I updated my PTE calculations to reflect all 33 turbines:

| PTE (tpy) - xAI's 33 Turbines at 2875 Stanton Rd S, Southaven, MS  as of 4/14/2026 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | #Units | NOx | CO | SO2 | VOC | PM | Formaldehyde | Toluene |
| SMT-130 | 14 | 72.99 | 55.54 | 26.12 | 69.96 | 64.42 | 6.93 | 1.27 |
| TM-2500 | 15 | 1,946.23 | 624.67 | 70.80 | 43.73 | 137.43 | 14.78 | 2.71 |
| M35 | 1 | 130.54 | 41.90 | 4.75 | 2.93 | 9.22 | 0.99 | 0.18 |
| JT35 | 3 | 358.21 | 114.97 | 13.03 | 8.05 | 25.29 | 2.72 | 0.50 |
| TOTAL | 33 | 2,507.96 | 837.08 | 114.70 | 124.67 | 236.36 | 25.43 | 4.66 |

32.     I compared the 33 turbines at the site to the 41 turbines in the permit that MDEQ issued to MZX Tech LLC for 2875 Stanton Rd S, Southaven, Mississippi on March 11, 2026. None of the 33 turbines currently observed on-site are included in that permit.

33.     Aerial photographs show that a significant amount of construction work has occurred at the site. Concrete pads were poured to support the turbines; electrical lines, gas supply lines, and water injection lines were installed; three white buildings, which appear to be switch houses, were erected; at least 17 transformers were installed; and, as mentioned above, SCR was installed on several units (including exhaust stacks and ammonia tanks).

34.     Though the concrete pads are currently being used to support the turbines, that kind of foundation is not necessary for the make and model of turbines currently in use, especially if they are used short term. The turbines currently in use could instead be supported by alternative materials, such as gravel mats or timber mats. Compared to alternatives, concrete pads are more expensive, are intended for longer term use, and are less prone to weather damage.

35.     There are significant building and decommissioning times associated with the type of infrastructure at the project site. The type of work implemented at the site indicates that the materials, equipment, and structures are likely not for temporary use. For example,

11

Docusign Envelope ID: 7185623F-466A-83F0-819F-5988A161FC93

equipment like natural gas supply lines, electrical connections, and the concrete slab foundations both support these turbines and could be repurposed and adapted for future turbines.

36. The extent of construction already implemented at the site indicates that the infrastructure will be part of the power source long term.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/4/2026 _____.

Signed by:

Kim Laufenberg

947641BD46E947E...

Kim Laufenberg

12

# ATTACHMENT 1

# KIM M. LAUFENBERG

2416 Tillett Rd SW
Roanoke, VA 24015
(608) 438-7575
laufenbergkim@gmail.com

## QUALIFICATIONS SUMMARY

Energetic engineer with practical knowledge in the engineering field through air inspections & water infrastructure project coordination (for the Environmental Protection Agency - EPA), Society of Automotive Engineers (SAE), applying & interpreting federal regulations, and multiple engineering design courses. Hard work ethic and time management skills demonstrated by balancing both jobs and clubs throughout college and spearheading multiple secondary projects through Peace Corps service and at the EPA. Able to apply strong communication, planning, and analytical skills to find the best course of action to accomplish projects in cross-cultural settings to adapt to situations with limited resources. Operate confidently with a strong passion to gain further knowledge and succeed in an open, collaborative learning environment.

## WORK EXPERIENCE

**Engineering Analyst**                                             November 2025-Present
Environmental Integrity Project (EIP)                               40hrs/wk; 93,000/yr
888 17th St NW, #810                                                S: Abel Russ, may contact
Washington, DC 20006                                                P: (802) 482-5379

Primary role of analyzing facility permits, annual reports, applicable regulations (both state & federal), stack tests, engineering reports, and other data for violations to hold industrial polluters accountable for noncompliance, focusing mainly within the Clean Air Act. Request additional information (via FOIA) needed for further evidence to strengthen cases, while also compiling supporting data from publicly accessible databases. Draft documentation of findings and additional reports to build the case foundation. Aid in acquiring experts and obtaining standing witnesses. Maintain ongoing communication with lawyers, researchers, and other engineers to reduce pollution through case litigation. Collaborate with other NGOs on CAA subject matter expertise.

**Air Compliance Officer, GS-12**                                  January 2017-August 2023
Environmental Protection Agency (EPA)                              40 hrs/wk; $83,397/yr
1600 John F Kennedy Blvd                                           S: Kristen Hall, may contact
Philadelphia, PA 19103                                             P: (215) 814-2168

Served as the scientific and technical authority by leading over 50 inspections, drafting 18 information request letters, and interpreting complex air quality regulations to develop cases against facilities throughout the Mid-Atlantic region to ensure compliance with the Clean Air Act (CAA) while coordinating with fellow EPA colleagues and state inspectors. Acted as the case project leader working with regional counsel through obtaining, compiling, and organizing facility data, then providing expert advice and guidance to bring a case against the facility. Drafted enforcement documents including inspection reports, notice of violation (NOV), expedited settlement agreement (ESA), consent order and final agreement (CAFO), consent decree (CD), and similar. When cases dictated, collaborated with Customs and Border Protection (CBP), EPA headquarters, and the Department of Justice (DOJ) on enforcement matters maintaining open lines of communication in addition to preparing and disseminating technical case briefings with supportive written documents (including seizure letters for CBP). Led the targeting for EPA Region III (R3) of import inspections coordinating with EPA headquarters, CBP, and Office of Transportation and Air Quality (OTAQ). Held primary responsibility for continued navigation of branch information within a

tracking system of EPA Region 3 air enforcement data (over 1,000 inspections and cases). Created, updated, and maintained branch templates for uniformity and consistency of agency documents while incorporating newly proposed policy/regulatory language. Worked closely with Office of Air Quality Planning and Standards (OAQPS) when additional scientific expertise was needed on analytic methods and techniques regarding air quality issues.

The core part of the work included interpreting information responses, analyzing data, and performing inspections for Clean Air Act applicability utilizing factual, technical, and scientific skills. The knowledge acquired in learning parts of the Clean Air Act was taught to national workgroups, states, municipalities, and new EPA R3 inspectors. Every case was unique as every facility has its own specialized process in turn creating flexibility and ad hoc experiences which included negotiations, mitigation projects/ grants, and site-specific compliance agreements. Continued management of these various agreements (cooperative, interagency, close-outs, etc.) were also maintained. The position required continued project management, customer service, teamwork, and communication skills.

Additionally, oversaw 4 colleagues to create an inventorying and filing system for air enforcement documents reorganizing the existing file room. Problem solved and generated ideas for innovative approaches in records management issues including space requirements prior to moving to a new building. Spearheaded training for newly hired employees both at a branch and divisional level. Coordinated multiple events to facilitate an open work atmosphere including a cultural coffeehouse, several yoga classes, a dozen blood drives and collaborating with new employees to create events to ease their transition into the agency especially during the pandemic.


**Water Infrastructure Coordinator & Project Officer, GS-13**      August 2023-September 2025
Environmental Protection Agency (EPA)      40 hrs/wk; $106,856/yr
1600 John F Kennedy Blvd      S: Jeffrey Boylan, may contact
Philadelphia, PA 19103      P: (215) 814-2094

Oversaw 253 earmarks/community grants appropriated in FY22-FY24 coordinating with 17 project officers (POs). Awarded over 50 community grants (CGs), reviewing and approving supporting documentation. Uploaded over 30 environmental determination (NEPA) documents to the national database (CDX), in addition to other revisions and cover letters to comply with executive orders. Attended weekly national workgroup as the regional representative in addition to divisional management meetings providing updates on project award progress and program challenges. Spearheaded community interaction as the regional national contact and outreach through the R3CommunityProject@epa.gov general inbox (fielding various questions). Held individual introductory meetings with 71 communities to understand the status of their project(s), relay the regulations & requirements of their federal grant, and field any questions, then prioritized PO assigned when needed.

Led on the regional tracking spreadsheet for CGs on commonly requested metrics from management and quick status updates to minimize disturbances to POs while highlighting program accomplishments. Created both Word and email templates for the program for consistency and ensure the most up-to-date documents are utilized. Developed additional resources for the earmark program restructuring the Teams database which involved PO buy-in and input. Established weekly office hours with the team to update everyone on added resources and guidance along with creating an open forum for questions and discussion. Scheduled monthly one-on-one status meetings with each PO to help get project status updates needed for HQ as well as giving them an opportunity to ask questions. Created OneNote/WIKI resources for both POs and grant coordinators for SOP guidance and alignment on outstanding priority items. Spearheaded a training plan for new hires (along with co-coordinator, JJ Deignan) which included both NEPA and procurement workshops.  Stayed current on issues and laws, problem solving to limit disruption to the program and PO work.

Primarily lead on 17 earmarks/projects being the first line of communication with the Recipient as their project officer. Completed 7 awards, 11 NEPA determinations, 3 cost share waivers, 1 technical correction, 14 procurement reviews, 6 payment requests, and 2 site evaluations.

**Mathematics & Science Teacher**                          July 2014-August 2016
Peace Corps Namibia                                        40 hrs/wk; $6500/service
19 Nachtigal St                                            S: Karen Mappin, may contact
Windhoek, Namibia                                          E: kmappin@peacecorps.gov

Planned, facilitated, and assessed lessons for mathematics and science to 5th and 6th grade learners (roughly 50 kids) in a rural setting using limited media resources. Evaluated best practices for Mathematics and Science instruction and advised school management. The position required the ability to adapt to cross-cultural environments. Incorporated critical thinking and learner centered strategies into the classroom. Developed a continuous assessment system through Excel for recording grades. Created a school library with over 1200 books by coordinating with book aid services in the country and overseas to promote learners' achievement in English. Applied for and received a PEPFAR (President's Emergency Plan for AIDS Relief) Grant through Peace Corps to paint the upper primary classrooms of Gunkwe Primary School using both the children and local community to create a more conducive learning environment. Established a school orchard with 35 mango and lemon trees as well as installed a water pipeline.  Involved the students in both processes to promote agricultural skills and food sustainability practices collaborating with the Director of the Ministry of Forestry to acquire required materials.

Instructed a Pre-Service Training for 54 Peace Corps Response Volunteers for 9 days including 10 hours of technical and cultural awareness training sessions as well as assisting with adjustment and cultural shock. Achieved exceptional learner performance in Namibia's National Examination for 6th grade Mathematics with 75% proficiency, ten points above the national average.

**Thermal, Sustainability & Strategic Planning Engineer**     May 2012-July 2014 (3 internships)
Alliant Energy General Office                                 40 hrs/wk; $21/hr
4902 North Biltmore Lane                                      S: Ben Lipari, may contact
Madison, WI 53707                                            P: (608) 458-4478

Gained field experience in a power plant in conjunction with work in the general office. Enhanced communication and project development skills and gained knowledge in a variety of fields within the organization. Collaborated with the Environmental Department to generate statistics on current gas emissions. Spearheaded communication with landfills to set up agreements to use ash as daily cover to both reduce expenses and promote environmental sustainability. Analyzed thermal performance data and designed an electrostatic precipitator rapping program in an effort to find areas of improvement within the power plant to reduce energy losses.

## EDUCATION

May 2014: Bachelor of Science, Environmental Engineering major
minors in Mathematics & Renewable Energy, 3.1/4.0 GPA
University of Wisconsin - Platteville
Platteville, WI 53818

Spring 2013 University of Canterbury, Christchurch, New Zealand: Study abroad program. Completed coursework in environmental engineering. Experienced New Zealand culture through travel, clubs, and friendships. Learned valuable lessons in time management, adaptability, and cross-culture awareness.

**Society of Automotive Engineers (SAE)**                   January 2010-December 2013
University of Wisconsin - Platteville                       Variable 5 hrs/wk
1000 Southwest Road                                        S: Curtis Schneider, may contact
Platteville, WI 53818                                      P: (920) 379-9074

Applied engineering knowledge through the design and building of a baja vehicle. Worked alongside a diverse group of men to construct a vehicle for competition. Managed time between class studies and club activities. Held a position as social coordinator for a year recruiting new members through a variety of marketing and social events on campus. Directed the recreation of the vehicle seat through carbon fiber molding and design.

**Resident Assistant**                                    August 2012-December 2013
University of Wisconsin - Platteville                      20 hrs/wk; $100/month + housing
1 University Plaza                                         S: Chris Hein, may contact
Platteville, WI 53818                                     P: (402) 270-0967

Balanced residential hall responsibilities while excelling in engineering studies. Organized multiple wing and hall activities for residents which conveyed a variety of knowledge including diversity, female empowerment, healthy living, and campus involvement. Enforced hall policies while building relationships with residents to create a comfortable living environment. Gained experience in leadership while creating strong friendships with staff and residents.

## PROFESSIONAL TRAINING

Grant Project Officer Certification (2023), Order 3500.1 Stationary and Mobile Source Training for Inspector Credentials (2017 – 2023, fully credentialed in 2018), Financial Ability to Pay Modeling (2019), NACT 299 Theory & Application (2019), Stack Testing for Particulate Matter Emissions (2018), Environmental Remediation Technologies (2018), Groundwater High-Resolution Site Characterization (2018), Incremental Sampling (2018), NACT 355 Advanced Inspector Training (2018), CPR & First Aid (2018 & 2025), NACT 334 Training (2017), Smoke School (2022-2017), 24-Hour Health & Safety (2017, annual refresher training 2018-2025), Peace Corps Volunteer Support Network (2014 – 2016), Peace Corps Pre-Service Training (2014), Resident Hall Association (2010)

## AWARDS/HONORS

Bronze Medal for Commendable Service - Tadano CAA Settlement Team: Winter 2024
Enforcement Division - Unsung Hero Award: Fall 2022
Bronze Medal for Commendable Service - R3 Records Team: Fall 2021
Mobile Source Initiative: Fall 2018
Study Abroad Scholarship, Spring 2013
Excellence in Leadership Award, Spring 2012
Executive Board Member of the Year, Spring 2012
RA Master Communicator, Fall 2011, Spring 2012 & Fall 2012
Staff Member of the Year, Fall 2011 & Fall 2012
GLACURH & WURHA Delegate, Fall 2009, Spring 2010, & Fall 2011

## ADDITIONAL INFORMATION

Advanced in Microsoft Office Suite: Excel, Word, Teams, PowerPoint, Outlook, PowerBI, SharePoint, OneNote
Proficient in: ArcGIS, Prezi, SolidWorks, AutoCAD, Civil3D, SewerCAD, WaterCAD, StormCAD, Grants Management Systems, Skype for Business, Avaya

## REFERENCES

Abel Russ, CAES Director
888 17th St NW, #810
Washington, DC 20006
(802) 482-5379

Jeffrey Boylan, Clean Water IAS Manager
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2094

JJ Deignan, Co-Coordinator
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2316

Kristen Hall, Air Enforcement Section Chief
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2168

Erin Malone, Fellow Air Inspector
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2190

Karen Mappin, Management & Operations
Peace Corps Namibia
19 Nachtigal St
Windhoek, Namibia
kmappin@peacecorps.gov

Paulina Kakuva, Associate Peace Corps Director
Peace Corps Namibia
19 Nachtigal St
Windhoek, Namibia
pkakuva@peacecorps.gov

Ben Lipari, Manager of Strategic Planning
Alliant Energy General Office
4902 North Biltmore Lane
Madison, WI 53707
BenLipari@alliantenergy.com
(608) 458-4478

Curtis Schneider, SAE Baja Captain
1000 Southwest Road
Platteville, WI 53818
schneidercu@gmail.com
(920) 379-9074

Chris Hein, Resident Director
University of Wisconsin – Platteville
1 University Plaza
Platteville, WI 53818
chris.m.hein@gmail.com
(402) 270-0967

# ATTACHMENT 2

# Solar® Turbines
## A Caterpillar Company

# SOLAR® MOBILE TURBOMACHINERY
## SMT130 – Powered by Titan™ 130

*Powering the Future Through Sustainable, Innovative Energy Solutions*



**The SMT130 is the economic and sustainable solution for mobile and rapid deployment power generation. The 16 MWe complete power plant is designed around the proven Titan™ 130 gas turbine for quick setup, global transportability and reliable operation. The SMT130 is ready to go anywhere, anytime.**

## COMPLETE SOLUTION

- Fully-Integrated Mobile Power Plant
- 13.8KV/12.47KV (60 Hz) Generator
- Dual Fuel System (Natural Gas and Diesel #2)
- Low Emissions SoLoNOx™ Combustion System
- Lightweight, Dual Frame Design with Separate Air Filtration Module
- Compact Footprint for High Power Density
- Low-Profile Modular Design to Minimize Installed Height
- Easily Relocatable via Highway or Rugged Terrain
- Transcontinental Transportability by Ocean Freight
- World-Class Global Customer Support Network

## PARK, PLUG AND POWER

- Quick and Innovative Setup – Less Than 12 Hours
- No Concrete Foundation Required
- No Crane Lifts Required at Site
- Hydraulic Leveling System
- Rapid Alignment Technology

## STANDARD FEATURES

- Wide Fuel Flexibility (Field Gas, CNG, LPG, etc.)
- Temperature Range from -18°C to 49°C (0°F to 120°F)
- Complete Electrical Equipment Compartment with Motor Control Center and HVAC
- Utility Grade Switchgear and Protective Relay Module
- Compact Medium Voltage Compartment
- Internal 120V Outlet
- Optional Sound Attenuation System
- Add-On Option for Multi-Unit Power Management and Microgrid Control with Solar® StationEdge
- InSight™ Platform Compatible
- Digital Load Sharing Capability Across Solar Fleet
- Standard Offering at 25 PPM NOx with Optional Configurations Down to 15 and 9 PPM NOx



**Solar® Turbines**

*A Caterpillar Company*

**SOLAR MOBILE TURBOMACHINERY**
**SMT130 – Powered by Titan 130**

*Powering the Future Through Sustainable, Innovative Energy Solutions*

## TYPICAL PERFORMANCE*

| | |
|---|---|
| Output Power | 16 000 kWe |
| Heat Rate | 10 160 kJ/kWe-hr (9630 Btu/kWe-hr) |

*ISO: 15°C (59°F), sea level



## MOBILE POWER PLANT DIMENSIONS



4.27 m (14')

Turbine Mobile Unit Weight:
48 500 kg (107,000 lbs)

Generator Mobile Unit Weight:
55 500 kg (122,000 lbs)

27.74 m (91')

3.05 m (10')

2.50 m (8')

Air Filter Module
Weight: 4500 kg (10,000 lbs)

5.75 m (19')
with louvers

Note: Displayed weights shown are estimated installed weights

Cat and Caterpillar are registered trademarks of Caterpillar Inc. Solar, Titan, SoLoNOx and InSight Platform are trademarks of Solar Turbines Incorporated.
© 2024 Solar Turbines Incorporated. All rights reserved. Specifications subject to change without notice.
DSSMT130/0724/EO

**Additional Information:**
Web: **www.solarturbines.com**
Email: **infocorp@solarturbines.com**   Phone: **+1-619-544-5352**

GE Power

# GE's TM2500 solution offers fast, mobile and flexible power

a product of
**eco**magination



**35** MW
power potential on wheels

**79** MILLION HOURS
accumulated hours of successful heritage operation

**~1** MONTH
from contract signing to commissioning

**11** DAYS
from parking first trailer to commissioning

**10** MINUTES
full power production in less than 10 minutes

## The ultimate solution for fast power needs in the 21st century

Currently, more than 1.3 billion people globally lack access to electricity. GE, whose technologies already help deliver a quarter of the world's electricity, is working to bridge the gap through a portfolio of distributed power solutions. These technologies enable industrial businesses, developing communities and governments to meet their energy needs by positioning power at, or near, the point of use. The TM2500* fast power solution from GE Power's Gas Power Systems business enables governments, utilities, and businesses around the world to fulfill their generation requirements within days. Thanks to their modular concept, fast installation features and quick production schedules, these units typically can be ready to enter into commercial operation approximately 30 days after your order is placed.

The TM2500 fast power solution harnesses the highly successful LM2500* aeroderivative gas turbine with more than 2,196 units deployed worldwide and more than 79 million hours of operation.

# Features of the TM2500 fast power solution



### Quick lead times
On-demand power plants delivered in weeks, not months



### Fuel flexibility
Can operate on gas and/or distillate liquid fuel



### Lower emissions
50 percent lower emissions than diesel generators when operating on gas



### Proven technology
More than 2,196 LM2500 gas turbines deployed with 79 million operational hours of experience



### Enhanced design
Two-trailer footprint for high power density



### Scalable, reliable power
Able to add 35 MW blocks of power as demand increases



### Distributed power
Localized power supply, eliminating the need for additional transmission and generation infrastructure



### Project experience
More than 15 years of experience in providing fast and emergency power



### Turnkey design
Delivery of complete energy solution

# Benefits of a TM2500 solution

## Speed
The development of a new power plant could entail months of construction and commissioning. We can shorten that time from months to days under most conditions. Once on the ground, these mobile units can generate power in about 11 days.

## Reliability and availability
Due to our aviation legacy with the LM2500+G4 gas turbine, GE's TM2500 fast power solution represents some of the most reliable distributed power units available. That means consumers will not face frequent interruptions and instabilities due to technical problems related to faulty equipment or an unstable electricity grid.

## Dual fuel capability
TM2500 solutions are capable of running on both natural gas and/or distillate or condensate liquid fuel at an output of up to 35 MW with water injection for NOx abatement.

## Mobility
Mounted on a mobile, two-trailer assembly, TM2500 generator sets can be transported via land, sea, and air to some of the most remote places in the world. Their mobile nature means that they can be swiftly deployed to other sites within days when they are no longer required at the original site.

## Flexibility
Extremely flexible, they have a sub 10-minute start cycle to full power.

## Scalability
The technology is also scalable, allowing the purchase of the number of units needed with the option of adding more power quickly as demand increases.

## Gradual financing
Because large capital expenditure costs can be a barrier for some projects, these units can be purchased gradually for financing ease. In addition, they can be deployed where ever demand exists without the need to invest in capital-intensive transmission and distribution infrastructure.

## Rental
For rental solutions, contact our partner APR Energy at +1 904 223 2278 or visit www.aprenergy.com.

# The TM2500 solution can be deployed more than six times faster than other technologies

Customers may immediately generate incremental electricity revenue.



| TM2500 mobile gas turbine | Gas turbines | Combined cycle |
| --- | --- | --- |
| ~1 MONTH | ~ 6 MONTHS | ~ 16 MONTHS |

*The TM2500 can be in commercial operation approximately 30 days after an order is placed, but these times may vary based on project location, site readiness, permitting process, and other variables.*

# Multiple applications in a wide range of industries

The TM2500 solution can solve a number of industry challenges. These include, but are not limited to, difficult access to the electric grid, an unstable grid, emergencies and natural disasters, rapid demand growth such as large construction projects, as well as escalating electricity prices and seasonal shortages.

| | The Challenge | Description | Potential Industries | TM2500 as a solution |
| --- | --- | --- | --- | --- |
| | **Limited or no access to the electric grid** | Cases with challenging access to the electric grid include:<br>• Lack of robust transmission and distribution network<br>• Delayed grid access<br>• Remote, islanded and mobile operations | Oil and gas<br>Mining<br>General industry<br>Power generation | **Speed, mobility, and reliability**<br>Can deliver power where and when it is needed and bring power online within 10 minutes to stabilize the grid |
| | **Rapid energy demand growth** | High and rapid demand for electricity in cases with restricted power availability such as new, large off-grid construction projects | Government<br>Utilities<br>General industry | **Speed, reliability**<br>Can fulfill power demand in the face of growing needs in a fast and reliable way |
| | **Lengthy buildout of electricity generation infrastructure** | Construction lead times on new generation facilities as well as unanticipated delays—meaning pressing electricity needs are not met | Government<br>Utilities<br>General industry | **Speed, reliability**<br>Can bridge power until new facilities are completed and go online |
| | **Escalating electricity prices** | Escalating electricity rates during seasonal or peak periods requiring technologies that enable peak shaving | Government<br>Utilities<br>General industry | **Fuel flexibility**<br>Can be used as a peak shaving application to help transition off the grid during seasonal or peak periods |
| | **Natural disaster and emergencies** | Cases of emergency where power generation sources are impacted and direly needed | Government<br>Utilities | **Speed, mobility**<br>Can provide emergency power in a fast, reliable and mobile way |
| | **Flare gas** | Natural gas flared in oil fields leading to billions of dollars wasted and millions of tons of greenhouse gas emissions | Oil and gas | **Fuel flexibility, mobility**<br>Can help monetize gas flaring for power generation and help reduce diesel consumption |

# Performance you can count on for mobile power

## TM2500 Configuration



| Model | Frequency (Hz) | Output (MW) | Heat Rate (Btu/kWh) | Heat Rate (kJ/kWh) | Efficiency (%) | Pressure Ratio | Exhaust Temp (F) | Exhaust Temp (C) | Exhaust Energy (MMBtu/hr) | Exhaust Energy (MMkJ/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| TM2500 | 50 | 30.7 | 9,832 | 10,374 | 34.7 | 24.5 | 963.0 | 517.0 | 187 | 191 |
| TM2500 | 60 | 34.9 | 9,341 | 9,856 | 36.5 | 24.7 | 950.0 | 510.0 | 185 | 195 |

**NOTE:** The performance data shown above is at standard ISO (International Organization for Standardization) conditions. The ISO has defined the following standard conditions for comparing gas turbine engines Ambient air: 59°F/15°C, 60% RH; Barometric pressure (14.696 psia / 101.4 kPa); Sea level altitude

**ASSUMPTIONS:** Expected inlet/exhaust losses, ISO conditions, Air-cooled generator, with brushless excitation @ 0.90 PF (60 Hz @13.8 kV, 50 Hz @ 11.5 kV) Gas fuel, 100% $CH_4$ @ 80F, Water injection to 25 ppm $NO_x$ @ 15% $O_2$

# The TM2500 total solution and services support

**A TM2500 fast power solution project may include:**

- Installation
- Commissioning
- Project management
- Decommissioning
- Consumable parts kit (filters/lubricants for operation needs)

**In addition, GE offers many services to support the ongoing operation and performance of the units including, but not limited to the following:**

- On-call technical advisory services
- Maintenance planning and training
- On-site hot section, combustor, and other modular exchanges
- Depot Repair Services for scheduled overhauls and unscheduled repairs
- Performance testing

# Cases in point



## Egypt

### 500 MW of power, delivered in six months

**With rapid economic growth and an expanding population, Egypt is a country in transition. Its desert climate necessitates a massive amount of power generation, and while GE's products currently generate nearly 30% of the country's total installed capacity, its electricity demand is expected to grow at 4.1% per year.**

Beginning in December 2014, GE and the Egyptian government took vital steps towards meeting the sharp increase in the country's electricity demand. GE provided 20 TM2500 generator sets – totaling 500 MW of total power – and promised to install and commission all units within six months in order to meet 2015's hot summer months.

The mobile, flexible power provided by the TM2500, combined with the rapid installation and support provided by GE in the region, allows Egypt to meet the challenge of new energy frontiers and support its growing economy. Each unit was able to be delivered to where it needed to be, quickly and safely, saving the Egyptian government tremendous costs and time before power was available to be added to the grid.

By working quickly to get the TM2500 generator sets up and running byJune 2015, GE predicts that Egypt will avoid $24.7 million in economic losses per day—which will add up to $4.1 billion over the course of the demanding summer season.



# Algeria

## 480 MW† of on-demand power for Algeria

**Algeria faces a drastic need for more power, particularly during the hot summer months when there is close to ten percent annual growth in electricity demand.**

GE delivered 24 TM2500 mobile gas turbine generators that provided more than 480 MW of power. The units were commissioned, delivered and operational in time to meet the northern districts of M'Sila and Fkirina's 2013 summer peak electricity demand. After the seasonal peaks, some of the units were deployed to other cities in the south of the country to serve as permanent power.



# Greece

## 23 MW† for peak shaving in ten days for Greece

**The Greek island of Rhodes is a prime tourist destination. During the summer months, an influx of more than two million people from all over the world swells demand for power to the breaking point.**

To avert blackouts, the island purchased a TM2500 generator set, which was delivered before the summer season and commissioned within a few days of arrival onsite. This provided 23 MW of power generation in tandem with water injection to lower NOx levels to below 25 ppm.



# Angola

## 120 MW for bridging power for Angola

**Only 26 percent of Angola's population of 19 million have access to power. Rich in natural resources, the country is engaged in a priority program to create a modern energy infrastructure.**

The government of Angola ordered five TM2500 mobile gas turbine generator sets. 120 MW of onsite power is bridging the energy gap during ongoing plant construction, improving grid reliability and countering the rising cost of diesel fuel.

†Power output is based in site conditions.

"GE's TM2500 systems offer the right combination of efficiency and reliability needed to help the Angolan state utility, Empresa Nacional Electricidade-E.P. (ENE), reduce its fuel costs and increase the reliability of grid service in order to support continued economic growth in Angola."

**— NYEMBO ILUNGA**
PRESIDENT, LS ENERGIA AFRICA



## GAS POWER SYSTEMS

GE Power's Gas Power Systems is the global industry leader in efficient, reliable, and cost-effective conversion of a broad range of gas and liquid fuels to power—serving diverse applications from small, mobile power to highly efficient, utility-scale power plants. With a rich heritage of innovation and technology leadership—and the world's largest delivered fleet of gas and steam turbines serving the power needs of more than 130 countries—our specialized plant solutions can provide the increased performance, fuel efficiency, lower emissions and operational flexibility that our customers depend on for their success.

For rental solutions, contact our partner,
**APR Energy at +1 904 223 2278.**

**powergen.gepower.com**

*Trademark of General Electric Company
Copyright © 2015 General Electric Company. All rights reserved.

GEA31885 (11/2015)





**FACTSHEET**



# TM2500

## AERODERIVATIVE PACKAGE

SWITCHING FROM A DIESEL ENGINE AND ELECTRIC GENERATOR (DIESEL GENSET) TO A TM2500 BURNING NATURAL GAS CAN SAVE UP TO $8 MILLION PER YEAR IN OPERATING COSTS.

|  | | TM2500 SAC | TM2500 DLE |
|---|---|---|---|
| **SC PLANT PERFORMANCE** | SC Net Output (MW) | 34.6/36.9[††] | 34.5/34.4[††] |
| | SC Net Heat Rate (Btu/kWh, LHV) | 9814/9377[††] | 8648/8557[††] |
| | SC Net Heat Rate (kJ/kWh, LHV) | 10354/9893[††] | 9124/9028[††] |
| | SC Net Efficiency (%, LHV) | 34.8% 36.4%[††] | 39.5%/39.9%[††] |
| | Fast Start Capability (Minutes) | 5 | 5 |
| **1X CC PLANT PERFORMANCE** | CC Net Output (MW) | 49.5/51.5[††] | 47.9/47.5[††] |
| | CC Net Heat Rate (Btu/kWh, LHV) | 6833/6701[††] | 6209/6175[††] |
| | CC Net Heat Rate (kJ/kWh, LHV) | 7209/7070[††] | 6551/6515[††] |
| | CC Net Efficiency (%, LHV) | 49.9%/50.9%[††] | 55.0%/55.3%[††] |
| | Plant Turndown – Minimum Load (%) | 35.0% | 35.0% |
| | Ramp Rate (MW/min) | 30 | 30 |
| | Startup Time (RR Hot[†], Minutes) | 30 | 30 |
| **2X CC PLANT PERFORMANCE** | CC Net Output (MW) | 99.9/103.9[††] | 96.5/95.8[††] |
| | CC Net Heat Rate (Btu/kWh, LHV) | 6776/6640[††] | 6160/6124[††] |
| | CC Net Heat Rate (kJ/kWh, LHV) | 7149/7006[††] | 6499/6461[††] |
| | CC Net Efficiency (%, LHV) | 50.4%/51.4%[††] | 55.4%/55.7%[††] |
| | Plant Turndown – Minimum Load (%) | 35.0% | 35.0% |
| | Ramp Rate (MW/min) | 60 | 60 |
| | Startup Time (RR Hot[†], Minutes) | 30 | 30 |

NOTE: Net Plant ratings are based on ISO conditions, natural gas, inlet and exhaust losses included and balance of plant equipment excluded. Actual performance will vary with project specific conditions, fuel and ambient conditions. 2PNRH = Two pressure, non-reheat.
[†] Rapid Response/Hot Start
[††] 50 Hz/60 Hz

## ~37 MW
SIMPLE CYCLE OUTPUT

## ~40%
SIMPLE CYCLE EFFICIENCY

## 50/60
HZ

The TM2500 package is ideal for providing a baseload bridge to permanent power installations or for generating backup power in the wake of emergencies like natural disasters, plant shutdowns, or grid instability. Our complete solutions, including a trailer-mounted gas turbine generator set and containerized balance-of-plant, can put power on the grid within as little as 30 days of the contract signature. This fast power provides the greatest power density among gas turbine trailer-mounted offerings.

TO LEARN MORE ABOUT THIS OFFERING, CONTACT YOUR SALES REPRESENTATIVE OR VISIT

## gevernova.com



© 2025 GE Vernova and/or its affiliates. All rights reserved.
GE and the GE Monogram are trademarks of General Electric Company used under trademark license. Information contained in this document is indicative. No representation or warranty is given or should be relied on. Information provided is subject to change without notice.
The TM2500 is a registered product of GE Vernova.

GEA35745 (09/2025)



Up to **35%** Hydrogen ($H_2$) Capability



FROM PIPELINE TO POWERLINE. WE DELIVER.



## MOBILE TURBINE
# LCP M35

**The LCP M35 Turbine** is an extremely versatile turbine package capable of delivering 35MW of power. With dual fuel (liquid or gaseous) capabilities, 50/60Hz operable and with a water injection ring fitted as standard it can meet multiple applications. Additionally, it has quick setup times, allowing it to be a good fit for frequent move applications.

## PERFORMANCE INFO-ELECTRICAL*

| Exhaust Water Injection | | YES | NO |
|---|---|---|---|
| Frequency Options | Hz | 60 | 60 |
| Power Output (Standby) | kW | 35,020 | 34,500 |
| Power Output (Prime) | kW | 35,020 | 34,500 |
| Power Output (Continuous) | kW | 35,020 | 34,500 |
| Voltages(s) Output | V | 13,800 +/- 10% | 13,800 +/- 10% |
| Maximum Amps/Phase | Amps | 1,400 | 1,400 |
| Black Start Power Requirement | kW(V) | 1,000kW (480V) | 1,000kW (480V) |
| Max Transient Load (Load Step) | kW | 25,000 | 25,000 |
| Startup Time (From Ready to Start) | mins | 5 | 5 |
| Cool Down Time Before Restart | mins | 15 Controlled | 4 Hrs. Uncontrolled |
| Max Altitude | ft | 8,000 | 8,000 |
| Max Ambient Temperature | deg F | 130 | 130 |
| Min Ambient Temp W/O Winterization | deg F | -40 | -40 |

## PERFORMANCE INFO-FUEL**

| Specific Energy Consumption (Heat Rate) | btu/kW-hr | 9,105 | 8,877 |
|---|---|---|---|
| Specific Fuel Consumption – NG | scf/kW-hr | 9.1 | 8.9 |
| Ng Fuel Pressure Range (Limits) | psi | 385-575 | 385-575 |
| Ng Fuel Pressure Range (Preferred) | psi | 480-520 | 480-520 |

*Power output is based on iso conditions (sea level and 59°F), 60Hz, for actual performance, refer to derate tables below or contact Lifecycle Power, 50Hz performance (if available) are provided on request

**Fuel consumptions are based on 100% loading at ISO conditions utilizing commercial spec fuels, for detailed performance refer to derate table below or contact Life Cycle Power

## Key Features of the M35

- GE LM2500+G4 turbine
- Capability of installation in less than 24hrs from arrival on site
- 60Hz, 13.8kV generator (Auxiliary transformer to run at 12.47kV or 13.8kV). Oversized for future insertion of the LM2500+G5
- 99.9% GE LM2500+G4 reliability, Thousands of gas turbine installations globally
- Transported as four trailers (Turbine, Generator, Air inlet. Exhaust)
- Integrated ATS and low Voltage transformer for control power. Allows Black start to be switched off once turbine is operational
- Integrated control room on trailer
- Hydraulic turbine starter
- Dual frequency available (50/60Hz)
- Optional water injection provided for reduced emissions
- Accepts Diesel, LNG, CNG, pipeline, hydrogen blends or field gas as fuel
- Can be paralleled with all other LCP models to give microgrids capable of 100's of MW
- Proven capabilities operating on high BTU gas fuels- 1,400btu/ft3 standard, 1,900 btu/ft3 with treatment
- No oil or spark plug changes required (unlike engines) means no shutdown requirements until annual borescope and inspection
- No concrete pad required

Case: 3:26-cv-00071-DMB-JMV Doc #: 20-28 Filed: 06/06/26 33 of 37 PageID #: 659

FROM PIPELINE TO POWERLINE. WE DELIVER.

## MOBILE TURBINE
# LCP M35



LIFE CYCLE POWER

## PERFORMANCE INFO-NOISE

| | | |
|---|---|---|
| Noise Level (3ft) | dBa | 87 |
| Noise Level (100) | dBa | 84 |

## PERFORMANCE INFO-EMISSIONS***

| | | YES | NO |
|---|---|---|---|
| Specific Water Consumption | Gal/kW-hr | 0.052 | 0 |
| Emission - NOX | g/kW-hr (g/bhp-hr) | 0.4 (0.3) | 3.72 (2.77) |
| Emission - CO | g/kW-hr (g/bhp-hr) | 0.77 (0.57 | 0.04 (0.03) |
| Emission - THC | g/kW-hr (g/bhp-hr) | 0.12 (0.09) | 0.01 (0.01) |
| Emission - NMHC | g/kW-hr (g/bhp-hr) | 0 (0) | 0 (0) |
| Emission - PM | g/kW-hr (g/bhp-hr) | 0.05 (0) | 0.05 (0) |
| Emission - SO | g/kW-hr (g/bhp-hr) | 0 (0) | 0 (0) |
| Emission – CO2 | g/kW-hr (g/bhp-hr) | 522 (389) | 509 (379) |

## PHYSICAL INFORMATION

| | | |
|---|---|---|
| Qty Of Trailers Required | | 4 |
| Weight (Trailer 1) Generator | lbs. | 224,000 |
| Weight (Trailer 2) Turbine | lbs. | 107,000 |
| Weight (Trailer 3) Air Inlet | lbs. | 80,000 |
| Weight (Trailer 2) Exhaust (Transport) | lbs. | 73,000 |
| Total Weight | lbs. | 484,000 |
| Ground Preparation Requirements | | Compacted Base |
| Dimensions (Trailer 1) | LxWxH (ft) | 71x8.5x13.5 |
| Dimensions (Trailer 2) Liquid Fuel Skid | LxWxH (ft) | 59 x 2 x 23 |
| Dimensions (Trailer 3) | LxWxH (ft) | 24 x 8.5 x 14 |
| Dimensions (Trailer 4) | LxWxH (ft) | 24 x 8.5 x 14 |
| Total Installed Footprint | LxW (ft) | 90 x 40 |
| Average Install Man Hours | hrs | 12 |

## ONSITE CONNECTIONS**

| | |
|---|---|
| Fuel NG | 3" 600lb ANSI Flange |
| Fuel Diesel | 1.5" 600lb ANSI Flange |
| Electrical Load Out | Dead Break Connections 2 Run/Phase 750mcm |
| Grounding | High Resistance Grounding System |
| Black Start | MELTERIC DR400 |
| Water Exhaust Injection (If installed) | 1" 600lb Ansi Flange |

*** Emissions based on pipeline quality NG fueled & iso conditions. For site-specific emissions performance contact Life Cycle Power

## LCP M35 FUEL CONSUMPTION VS. LOAD



## M35 MAX AVAILABLE POWER



## MAJOR COMPONENTS



LifeCyclePower.com | 361-551-6023

# ATTACHMENT 3

Case: 3:26-cv-00074-DMB-JMV Doc #: 20-38 Filed: 05/06/26 35 of 37 PageID #: 661



# Gas Turbine Genset

Home    Company    Products & Power Services    Intelligent Power Solution    Lifecycle Support

## Product Overview

The Power2Go JT35 is a 35MW mobile gas turbine generator set independently developed by Jereh. It features a complete LM2500+G4 turbine system and delivers up to 35MW of output. Designed for rapid deployment and relocation, the unit can be fully installed and operational within 8 hours. It offers high integration, adaptability, reliability, and ease of use. The JT35 is ideal for large-scale temporary power needs such as oilfield fracturing, microgrids, grid peak shaving, municipal emergency power, as well as long-term power for peak shaving and data center. Its performance has been proven through 10,000+ hours of stable operation in the U.S.



**Product Model**

**JT 35**

Case: 3:26-cv-00074-DMB-JMV Doc #: 20-38 Filed: 05/06/26 36 of 37 PageID #: 662

**Low Noise**

**Multi-Mode and Grid Parellel**

**Strong Adaptability**

**High Expandability**



## Specifications

| Model | | JT35 |
| --- | --- | --- |
| Power | | 33.8 MW |
| Fuel Type | | Natural Gas/Liquid Fuel/Dual-Fuel/Other Fuels |
| Efficiency | | 39.50% |
| Heat Rate | | 9,104 kJ/kWh |
| Voltage | | 13.8/11 kV |
| Frequency | | 60/50 Hz |
| NOx Emission | | ≤ 25 ppmv 15% $O_2$(DLE) |
| Dimension | Main Trailer | 21,057 × 2,998 × 4,293 mm |
| | Inlet Trailer | 13,919 × 2,997 × 4,267 mm |
| | Exhaust Silencer | 2,769 × 2,997 × 4,216 mm |
| Weight | Main Trailer | ~87,000 kg |
| | Inlet Trailer | ~22,000 kg |

Case: 3:26-cv-00074-DMB-JMV Doc #: 20-38 Filed: 05/06/26 37 of 37 PageID #: 663



Language ⌄ 🔍

Home    Company    Products & Power Services    Intelligent Power Solution    Lifecycle Support

· Relative Humidity:60%. Inlet Exhaust Losses:None.

3) For detailed information, please consult Jereh's engineers.

f    X    ▶    in    ⌾

Jereh Agile Power Energy is a global leader in integrated power solutions. We have pioneered technologies in power generation, energy storage, and power transmission, driving efficient, agile, and low-carbon energy applications.

Jereh Group →        Gensystems →

**INTELLIGENT POWER SOLUTION**

Data Center            Oil & Gas            Industrial

Municipal Emergency    Case Studies

**Yantai,China**
Address: No. 27 Jereh Road, Laishan District, Yantai, China 264003
Telephone: +86-535-676 5653
E-Mail: jerehglobal@jereh.com

**Dubai,Emirates**
Address: PLOT No. 20121, Jebel Ali Free Zone, Dubai, UAE
Telephone: +86-535-676 5653
E-Mail: jerehglobal@jereh.com

**Houston,America**
Address: No. 7501 Miller Road2, Houston, TX, USA 77049
Telephone: +1-281-860 0488
E-Mail: jerehglobal@jereh.com

**Drop Us a Message**

Name*                          Company*

Phone*                         E-mail*

Demands*

I have read and agree to the Terms and Conditions of Use and Privacy Policy*

Submit