# EXHIBIT I

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>                    **Plaintiffs,**<br>          **v.**<br><br>**X.AI and MZX TECH LLC**<br><br>          **Defendants.** | **No. 3:26-cv-00074-MPM-JMV** |

**DECLARATION OF DR. HELEN SUH**

I, Dr. Helen Suh, declare under penalty of perjury that the following is true and correct.

 **QUALIFICATIONS**

1.      I am a Professor in the Department of Civil and Environmental Engineering at Tufts University in Medford, Massachusetts and a Senior Fellow in the Department of Public Health at NORC at the University of Chicago.

2.      I hold a Doctorate and Master of Science in Environmental Health from the Harvard T.H. Chan School of Public Health and a Bachelor of Science from the Massachusetts Institute of Technology.

3.      I have over 30 years of experience characterizing exposures to air pollutants, including fine particulate matter ($PM_{2.5}$), nitrogen dioxide, ozone, volatile organic compounds (VOCs), carbon monoxide, and sulfur dioxide, and their effect on human health.

1

4.     My research integrates rigorous exposure assessment and epidemiological methods, including the development of GIS-based spatiotemporal exposure models, methods to quantify and correct for exposure measurement error, and epidemiological analyses of the health impacts of air pollutants and extreme weather.

5.     I currently serve as Principal Investigator on two National Institute of Health (NIH)-funded R01 research grants examining: (1) associations between long-term $PM_{2.5}$ and associated metal exposures and dementia-related outcomes, including incident dementia, cognitive decline, and dementia-associated neuropathology, in a large prospective cohort of older adults; and (2) the health impacts of extreme weather events and community-level determinants of vulnerability.

6.     I have led exposure assessment studies that characterize outdoor, indoor and personal air pollutant exposures and that develop monthly GIS-based spatio-temporal models to predict $PM_{2.5}$ and their component concentrations at any location in the conterminous United States.

7.     I have also previously led epidemiological studies investigating the impact of short- and long-term air pollutant exposures on cause-specific mortality and hospital admissions, as well as cardiovascular, respiratory, and cognitive outcomes.

8.     In addition to NIH, my research has been funded by the US Environmental Protection Agency, the Health Effects Institute, the US Department of Energy, and the Electric Power Research Institute. My findings are described in 158 articles published in leading peer-reviewed journals.

9.     My expertise is widely recognized at the highest levels of scientific and regulatory oversight. I served as a charter member of the EPA Clean Air Scientific Advisory Committee (CASAC), a seven-member committee appointed by the EPA Administrator to provide independent scientific advice on the National Ambient Air Quality Standards—the federal

standards governing permissible levels of air pollutants in the United States. I have also served on CASAC panels for specific pollutants including PM, nitrogen dioxide, and ozone, on the US EPA Human Studies Review Board, on numerous NIH study sections, and on several National Academies of Sciences committees, including those reviewing the EPA Integrated Risk Information System (IRIS) Assessment on Formaldehyde and estimating mortality risk reduction from tropospheric ozone exposure. I previously served as Associate Editor of the Journal of Exposure Science and Environmental Epidemiology.

**BACKGROUND AND METHODOLOGY**

10.     I submit this Declaration in support of the plaintiffs in the case *NAACP and NAACP Mississippi State Conference v. X.AI and MZX Tech LLC*, No. 3:26-cv-00074-MPM-JMV.   I understand that the NAACP and NAACP Mississippi State Conference brought this action to remedy Defendants' alleged failure to apply for or receive air permits required by the federal Clean Air Act and Mississippi State Implementation Plan prior to constructing and operating gas combustion turbines located at 2875 Stanton Road in Southaven, Mississippi.  Given my expertise in air pollution exposure science and epidemiology, I have been asked to provide a scientific assessment of the potential public health risks posed by emissions from these unpermitted turbines.

11.     To do so, I reviewed relevant peer-reviewed and gray literature addressing the health effects associated with $PM_{2.5}$ and nitrogen oxide (NOx) exposures.  The Plant emits additional pollutants of public health concern, including sulfur dioxide, carbon monoxide, and volatile organic compounds, such as formaldehyde, whose health implications may be addressed through a subsequent expert analysis or report for this litigation.

12. I also reviewed maps of the communities residing within a six-mile radius of the gas turbines to characterize the communities living near the gas turbines, including the presence of parks, schools and other areas where people may congregate, and their percentage of children and minority and low income populations.[1]

13. In preparing this Declaration, I drew upon my education, training, and experience in environmental health science, including my expertise in epidemiology, exposure science, and air pollution.

14. This opinion is based upon the available information as of this date and subject to change or refinement as additional information is made available. All opinions expressed in this Declaration are held to a reasonable degree of scientific certainty.

15. Appended to this Declaration are a list of documents that I considered and relied upon during my preparation of this Declaration: my curriculum vitae (Attachment 1); a list of my publications from the past ten years (Attachment 2); and a list of my expert testimony from the prior four years (Attachment 3).

**FINDINGS**

16. According to engineering analysis conducted for this case, the Colossus Gas Plant has the potential to emit 2,508 tons of NOx, 236 tons of PM, 837 tons of carbon monoxide (CO), and 115 tons of sulfur dioxide ($SO_2$) annually, as well as emissions of formaldehyde, toluene, and other volatile organic compounds.[2]

---

[1] The demographic and socioeconomic information was drawn from EPA's EJScreen tool. EPA removed public access to the tool on February 5, 2025, so I used a Reconstruction of Version 2.3 EJScreen that is available at: https://pedp-ejscreen.azurewebsites.net [https://perma.cc/574Z-TBNE].

[2] The referenced engineering analysis is included in a separate declaration of Kim Laufenberg.

17.     The pollutants emitted by the Colossus Gas Plant are associated with serious adverse health effects. Critically, the scientific evidence demonstrates that for $PM_{2.5}$ and $NO_2$, there is no safe level of exposure.  Any increase in ambient concentrations above background levels carries the potential for adverse public health consequences, particularly for vulnerable populations including children, older adults, and individuals with pre-existing cardiovascular and respiratory disease. The scientific basis for my conclusions is reviewed in detail below.

18.     The communities surrounding the Colossus Gas Plant include precisely the populations that EPA and the broader scientific literature have identified as facing elevated risk from $PM_{2.5}$ and $NO_2$ exposure. Approximately 158,685 people live within 6 miles of the Plant, of whom roughly 77% are persons of color and 13.7% of households have annual incomes below $15,000. Children and older adults, populations that EPA has identified as at increased risk based on adequate evidence, together comprise more than 22% of the near-Plant population. The 6-mile radius also encompasses 66 parks and 24 elementary schools, where children and other vulnerable individuals regularly congregate. Several census tracts surrounding the Plant have amongst the highest percent of people of color and children, higher than approximately 95% of US census tracts.

19.     The emissions profile of the Colossus Gas Plant and the demographic profile of the surrounding communities raise important public health concerns. The Plant's emissions of PM and NOx, pollutants which have been shown to have no safe level of exposure, will increase ambient concentrations of $PM_{2.5}$ and $NO_2$ in nearby communities that already include disproportionately high percentages of populations identified by EPA as facing elevated risks from these pollutants.

20.     Based on the above, it is my opinion that emissions from the Colossus Gas Plant are likely to cause foreseeable adverse public health impacts on the surrounding population, with the burden of those impacts falling disproportionately on the most vulnerable members of the community, including children, older adults, persons of color, and low-income households living near the Plant.

*PM$_{2.5}$*

21.     PM$_{2.5}$ refers to airborne particles with an aerodynamic diameter of 2.5 micrometers or less. Due to their small size, these particles can penetrate deep into the lungs and can translocate into the bloodstream, reaching distal organs including the heart and brain. The adverse health effects of PM$_{2.5}$ exposure are among the most extensively documented in the environmental health literature.

22.     EPA's 2019 Integrated Science Assessment (ISA) for Particulate Matter[3], the most current comprehensive synthesis of the PM$_{2.5}$ health effects literature, concluded that causal relationships exist between PM$_{2.5}$ exposure and cardiovascular effects and mortality for both short- and long-term exposures, and between long-term PM$_{2.5}$ exposure and lung cancer (U.S. EPA, 2019).

23.     Likely causal relationships were additionally identified between short- and long-term exposure and respiratory effects, including asthma exacerbation, combined respiratory-related diseases, and impaired lung function growth, and between long-term exposure and nervous system effects (U.S. EPA, 2019).

---

[3] U.S. EPA. (2019). Integrated Science Assessment (ISA) for Particulate Matter (Final Report). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-19/188, 2019.

6

24.     Short-term $PM_{2.5}$ exposure, occurring over hours to days, has been associated with a range of acute cardiovascular and respiratory effects. Epidemiological time-series and panel studies conducted across multiple cities and countries have documented associations between day-to-day increases in $PM_{2.5}$ and increased rates of emergency department visits and hospital admissions for conditions including ischemic heart disease, heart failure, stroke, arrhythmia, and respiratory disease, as well as increased all-cause and cause-specific mortality.[4,5,6,7] These effects have been observed at $PM_{2.5}$ concentrations well below the current 24-hour NAAQS of 35 $\mu g/m^3$, and at concentrations representative of typical ambient air quality in US cities.

25.     The evidence for long-term $PM_{2.5}$ health effects is equally robust, grounded in a large and consistent body of epidemiologic evidence, including that from the landmark Harvard Six Cities Study[8] and the American Cancer Society Cancer Prevention Study II.[9]  More recent analyses have extended and reinforced these findings, with studies, including the NIH-AARP Diet and

---

[4] Fan, J., Li, S., Fan, C. et al. The impact of PM2.5 on asthma emergency department visits: a systematic review and meta-analysis. Environ Sci Pollut Res 23, 843–850 (2016). https://doi.org/10.1007/s11356-015-5321-x

[5] Dominici F, Peng RD, Bell ML, et al. Fine Particulate Air Pollution and Hospital Admission for Cardiovascular and Respiratory Diseases. JAMA. 2006;295(10):1127–1134. doi:10.1001/jama.295.10.1127

[6] Kloog I, Ridgway B, Koutrakis P, Coull BA, Schwartz JD. Long- and short-term exposure to PM2.5 and mortality: using novel exposure models. Epidemiology. 2013 Jul;24(4):555-61.

[7] Di Q, Dai L, Wang Y, et al. Association of Short-term Exposure to Air Pollution With Mortality in Older Adults. JAMA. 2017;318(24):2446–2456. doi:10.1001/jama.2017.17923

[8] Dockery DW, Pope CA 3rd, Xu X, Spengler JD, Ware JH, Fay ME, Ferris BG Jr, Speizer FE. An association between air pollution and mortality in six U.S. cities. N Engl J Med. 1993 Dec 9;329(24):1753-9.

[9] Pope CA, Ezzati M, Dockery DW.  Fine-Particulate Air Pollution and Life Expectancy in the United States.  N Engl J Med 2009;360:376-386.

Health Study[10] and the US Medicare population,[7,11,12] demonstrating significant associations between short- and long-term $PM_{2.5}$ exposure and cause-specific mortality at lower, post-2000 $PM_{2.5}$ exposure levels, even at concentrations below the then-current US National Ambient Air Quality Standard (NAAQS).

26. The biological mechanisms underlying the observed associations between short- and long-term $PM_{2.5}$ exposure and adverse health effects include oxidative stress, systemic inflammation, autonomic nervous system dysfunction, and DNA damage, pathways supported by convergent toxicological and epidemiological evidence.

27. The NAAQS are designed to protect public health with an adequate margin of safety, but they do not represent a zero-risk level (e.g., a concentration below which no adverse effects would occur in any member of the population). As EPA has stated: "The Act does not require the Administrator to establish a primary NAAQS at a zero-risk level, but rather at a level that reduces risk sufficiently so as to protect public health with an adequate margin of safety."[13]

28. The NAAQS are also not static; they are continually revised as new health evidence is provided. For $PM_{2.5}$, this is particularly significant: the epidemiological literature supports a linear, no-threshold concentration-response relationship for both short- and long-term exposures, meaning there is no concentration at which an increase in $PM_{2.5}$ does not result in an increase in

---

[10] Thurston GD, Ahn J, Cromar KR, Shao Y, Reynolds HR, Jerrett M, Lim CC, Shanley R, Park Y, Hayes RB. Ambient Particulate Matter Air Pollution Exposure and Mortality in the NIH-AARP Diet and Health Cohort. Environ Health Perspect. 2016 Apr;124(4):484-90.

[11] Wang B, Eum K, Kazemiparkouhi F, Li C, Manjourides J, Pavlu V, Suh HH. The impact of long-term $PM_{2.5}$ exposure on specific causes of death: exposure-response curves and effect modification among 53 million U.S. Medicare beneficiaries. *Environ Health* 2020; 19: 20.

[12] Di Q, Wang Y, Zanobetti A, Wang Y, Koutrakis P, Choirat C, Dominici F, Schwartz JD. Air Pollution and Mortality in the Medicare Population. N Engl J Med. 2017 Jun 29;376(26):2513-2522.

[13] Federal Register Volume 62, Number 138 (Friday, July 18, 1997), pg. 38652-38760.

adverse health outcomes.[3,14] As a result, even incremental increases in $PM_{2.5}$ concentrations below the NAAQS carry quantifiable public health consequences.

29.     Consistent with this, large-scale epidemiological studies, including analyses of tens of millions of Medicare beneficiaries, have documented significant associations between short-[15] and long-term[12] $PM_{2.5}$ exposure and mortality at annual average concentrations below the current 24-h and annual NAAQS of 35 and 9 $\mu g/m^3$, respectively, with effect estimates per unit increase in $PM_{2.5}$ that are at least as large, and in some analyses larger, at lower concentrations than across the full exposure range.

30.     In recognition of this evidence, and after considering the best available science, CASAC recommendations, and ~700,000 public comments, EPA strengthened the annual $PM_{2.5}$ NAAQS on February 7, 2024, lowering the standard from 12.0 to 9.0 $\mu g/m^3$.[16] This downward revision of the NAAQS, which was driven by documented health effects at concentrations previously considered acceptable, is itself compelling evidence that compliance with the NAAQS does not constitute a guarantee of safety.

31.     It should be noted that in November 2025, the current EPA administration requested that the D.C. Circuit vacate the 2024 revision, and in March 2025 announced its intention to reconsider the standard.

32.     However, this request to vacate the 2024 revision does not alter the underlying scientific evidence on which the 2024 revision was based.  That evidence supports the conclusion that any

---

[14] Dominici F, Zanobetti A, Schwartz J, Braun D, Sabath B, Wu X. Assessing Adverse Health Effects of Long-Term Exposure to Low Levels of Ambient Air Pollution: Implementation of Causal Inference Methods. Res Rep Health Eff Inst. 2022 Jan;2022(211):1-56. PMID: 36193708; PMCID: PMC9530797.

[15] Shi L, Zanobetti A, Kloog I, Coull BA, Koutrakis P, Melly SJ, Schwartz JD. Low-Concentration $PM_{2.5}$ and Mortality: Estimating Acute and Chronic Effects in a Population-Based Study. Environ Health Perspect. 2016 Jan;124(1):46-52.

[16] https://www.epa.gov/pm-pollution/national-ambient-air-quality-standards-naaqs-pm

incremental increase in ambient $PM_{2.5}$ concentrations, including those associated with the Colossus Gas Plant, carries quantifiable public health consequences, regardless of whether the area remains in compliance with the NAAQS.

### NOx and Nitrogen Dioxide (NO₂)

33.     Nitrogen oxides are a class of highly reactive gases that are produced primarily through high-temperature combustion processes, including the operation of gas-fired turbines. The two most important members of this group are nitric oxide (NO) and $NO_2$. NO is initially emitted in the largest quantities during combustion but rapidly oxidizes in the atmosphere to form $NO_2$.

34.     $NO_2$ is the component of NOx that poses the greatest public health concern and is the regulatory indicator under the Clean Air Act for NOx. In addition to its direct toxic effects, $NO_2$ is a key precursor to ground-level ozone and $PM_{2.5}$.  As a result, $NO_2$ also contributes to the health burdens of multiple pollutants, including $PM_{2.5}$.

35.     $NO_2$ is a potent oxidizing agent.  Upon inhalation, it is absorbed in the respiratory tract, where it generates reactive oxygen species that trigger oxidative stress and inflammation in airway tissues, impairing mucociliary clearance, increasing airway hyperresponsiveness, and enhancing susceptibility to respiratory infections and allergens.[17]

36.      With chronic exposure, $NO_2$-induced oxidative damage extends beyond the respiratory tract to include systemic vascular inflammation and endothelial dysfunction, contributing to cardiovascular disease.

37.     EPA's 2016 Integrated Science Assessment (ISA) for Oxides of Nitrogen,[17] the most recent comprehensive synthesis of the $PM_{2.5}$ health effects literature, concluded that a causal

---

[17]U.S. EPA. Integrated Science Assessment (ISA) for Oxides of Nitrogen - Health Criteria (Final Report, Jan 2016). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-15/068, 2016.

relationship exists between short-term[18] NO$_2$ exposure and respiratory effects, with this determination based primarily on multiple lines of evidence linking NO$_2$ exposure to asthma attacks.

38.     In the ISA, short-term NO$_2$ exposure was also associated with respiratory infection, respiratory effects in healthy populations, and respiratory mortality, although uncertainty remained as to whether these effects were due to NO$_2$ itself or to other correlated traffic-related pollutants.

39.     The ISA also found likely causal relationships for long-term NO$_2$ exposure with respiratory effects, particularly asthma development in children.  Observed associations with cardiovascular effects, diabetes, reproductive and developmental effects, total mortality, and cancer were deemed to be suggestive, due again to concerns regarding whether observed effects were independent of other co-emitted traffic-related pollutants.

40.     Since the 2016 ISA, new epidemiological evidence has been published that demonstrate health impacts from NO$_2$ exposure, supporting previous findings and providing new evidence of health effects resulting from NO$_2$ exposures below current EPA standards.

41.     For example, a meta-analysis by Meng et al.[19] examined the short-term health effects of NO$_2$ across 398 cities in 18 countries, providing some of the most comprehensive global evidence to date on the relationship between NO$_2$ exposure and mortality.

42.     The study found that for each 10 μg/m$^3$ increase in daily NO$_2$ concentration, the risk of total mortality increased by 0.46%, with significant associations also observed for cardiovascular

---

[18] Short-term exposure defined as minutes up to a month-long exposures.

[19] Meng X, Liu C, Chen R, et al.  Short term associations of ambient nitrogen dioxide with daily total, cardiovascular, and respiratory mortality: multilocation analysis in 398 cities.  BMJ 2021; 372: n534. doi: https://doi.org/10.1136/bmj.n534

and respiratory mortality. Importantly, these associations remained statistically significant even after adjusting for exposures to inhalable particles ($PM_{10}$) and to $PM_{2.5}$, providing evidence that $NO_2$ has adverse health effects independent of particulate matter.

43.     Further, the association between short-term $NO_2$ exposure and mortality was almost linear across the range of ambient concentrations studied, with no discernible threshold below which health effects were absent. This finding indicates that health risks associated with $NO_2$ were present even at concentrations below current regulatory standards and World Health Organization air quality guidelines.

44.     Together, these findings suggest that any increase in ambient $NO_2$ concentrations is harmful to health, even when concentrations remain within current regulatory limits.

***Vulnerable Populations***

45.     Scientific evidence indicates that the health burdens of $PM_{2.5}$ and $NO_2$ are not borne equally across the population. As discussed in their most recent ISAs, EPA found adequate scientific evidence that both children and non-white populations are at increased risk for $PM_{2.5}$-related health effects, and that both children and older adults (65+ years) are at increased risk for $NO_2$-related health effects.[20]

*Children*

---

[20] EPA's ISAs for $PM_{2.5}$ and $NO_2$ classified evidence on whether specific populations or life stages face increased risk for pollution-related health effects as: "adequate," "suggestive," "inadequate," or "evidence of no effect." Adequate evidence was defined as there being "substantial, consistent evidence within a discipline to conclude that a factor results in a population or lifestage being at increased risk of air pollutant-related health effect(s) relative to some reference population or lifestage. Where applicable, this evidence includes coherence across disciplines. Evidence includes multiple high-quality studies."

46.     Children were identified as a population at increased risk of adverse health effects from both $PM_{2.5}$ and $NO_2$ exposure, reflecting their developing respiratory systems, higher ventilation rates relative to body mass, greater proportion of oral breathing, and tendency to spend more time outdoors, factors which together contribute to higher effective doses of inhaled pollution and greater vulnerability to its effects.[3,17]

47.     For $PM_{2.5}$, exposures have been associated with several adverse health effects in children, including impaired lung function growth, decrements in lung function, and asthma development, with the magnitude of associations generally similar to those observed for adults.

48.     A study conducted in 2015 of air quality and lung development in children found that declines in both long-term $PM_{2.5}$ and $NO_2$ exposures were associated with statistically and clinically significant improvements in forced expiratory volume in one second (FEV1)[21] and forced vital capacity (FVC) in both sexes and in children with and without asthma..[22]

49.     Further, the percentage of children with clinically low FEV1 at age 15 declined significantly with lower $PM_{2.5}$ and $NO_2$ levels, proving evidence of meaningful improvements in lung growth associated with declining exposures.

50.     The epidemiological evidence for $NO_2$ similarly shows greater susceptibility to respiratory effects in children compared to adults. The most robust evidence comes from studies of asthma hospital admissions and emergency department visits, where comparisons between

---

[21] Defined as <80% of the predicted value

[22] Gauderman WJ, Urman R, Avol E, Berhane K, McConnell R, Rappaport E, Chang R, Lurmann F, Gilliland F.  Association of Improved Air Quality with Lung Development in Children.  N Engl J Med 2015; 372:905-913

13

children aged 0–14 years and older age groups show larger associations with short-term $NO_2$ exposure in children, particularly for asthma exacerbation requiring acute medical care.[23]

51.     A systematic review and meta-analysis of 67 studies, 48 of which included data specifically on children, found a pooled relative risk of 1.014 (95% CI: 1.008–1.020) per 10 $\mu g/m^3$ increase in 24-hour $NO_2$ concentration for asthma-related emergency room visits and hospitalizations, with high certainty of evidence and with the association strength found to be greater in children than in adults.[24]

52.     In addition, a recent prospective cohort study of generally healthy children in metropolitan Boston[25] found that long-term $NO_2$ exposure, both during the first year of life and from birth through early adolescence, was associated with lower lung function, with results suggesting that the effects of early life $NO_2$ exposure persist throughout the life course. Notably, adverse effects were observed at $NO_2$ concentrations well below the current US annual standard.

*Older Adults[26]*

53.     The 2016 ISA also concluded that older adults are at increased risk for $NO_2$-related health effects.  This conclusion was based primarily on epidemiological evidence of larger effects from short-term $NO_2$ exposures in this age group relative to younger adults.[17]

---

[23] While a small number of studies found no age-related difference for $NO_2$-associated asthma outpatient visits and medication use, outcomes that reflect less severe disease, these findings do not undermine the overall conclusion, as the evidence for more serious outcomes requiring acute medical care were found to be sufficiently consistent.

[24] Zheng XY, Orellano P, Lin HL, Jiang M, Guan WJ.  Short-term exposure to ozone, nitrogen dioxide, and sulphur dioxide and emergency department visits and hospital admissions due to asthma: A systematic review and meta-analysis.  Environment International 2021; 150, 106435.

[25] Zetlen HL, Rifas-Shiman SL, Gibson H, Oken E, Gold DR, Rice MB. Long-Term Exposure to Nitrogen Dioxide and Ozone and Respiratory Health in Children. Ann Am Thorac Soc. 2025 Feb;22(2):226-234.

[26] 65 years and older.

54.     Older adults may be particularly susceptible to $NO_2$ due to age-related declines in lung function, reduced mucociliary clearance, and the deterioration of immune function with age, which may increase susceptibility to $NO_2$-triggered airway inflammation and respiratory infections.[17]  Older adults also have a higher prevalence of underlying cardiovascular and respiratory disease, which can lower the threshold at which $NO_2$ exposure produces clinically significant effects.[17]

55.     Epidemiological studies of short-term $NO_2$ exposure generally show one- to threefold larger associations between short-term $NO_2$ exposure and asthma hospital admissions and emergency department visits in adults aged 65 years and older compared to those aged 15-64 years, although a small number of studies found no increased risk in older adults.[17]  Results for all respiratory hospital admissions similarly showed larger associations with $NO_2$ for older adults.

56.     For non-respiratory effects, associations between short-term $NO_2$ and total mortality are also generally larger in older adults, with evidence pointing to particularly elevated risk among the oldest adults, those over 75 or 85 years of age.

57.     While the evidence for long-term $NO_2$ exposure and health effects in older adults has been less consistent, a study of the US Medicare population found significant associations between long-term $NO_2$ exposure and mortality from all causes, cardiovascular disease, respiratory disease, and cancer, with no evidence of a threshold across the full range of $NO_2$ exposures.[27]

---

[27] Eum KD, Honda TJ, Wang B, Kazemiparkouhi F, Manjourides J, Pun VC, Pavlu V, Suh H. Long-term nitrogen dioxide exposure and cause-specific mortality in the U.S. Medicare population. Environ Res., 2022. 1;207:112154. doi: 10.1016/j.envres.2021.112154.

*Race and Ethnicity*

58.     EPA concluded that there was adequate scientific evidence that non-white populations, particularly Black populations, face increased risk for $PM_{2.5}$-related health effects, reflecting both higher exposures[28] and consistent evidence of elevated health risks across multiple studies. Consistent with this conclusion, a recent study by Josey et al.[29] found that Black and low-income Americans face significantly higher $PM_{2.5}$-associated mortality risk than other demographic groups and benefit more when $PM_{2.5}$ levels decrease.

59.     These elevated health risk risks reflect, in part, the substantially higher $PM_{2.5}$ exposures experienced by non-white as compared to white populations.  Liu et al.[30] showed that racial and ethnic minority groups consistently face higher exposures to multiple air pollutants, including $PM_{2.5}$, compared to their white counterparts. Although absolute exposure disparities declined as overall air pollution levels fell between 1990 and 2010, racial and ethnic disparities in $PM_{2.5}$ exposure persisted across income levels, in both urban and rural areas, and in all states.

60.     While EPA's 2016 ISA did not find adequate evidence that race and ethnicity modify $NO_2$-related health risks, the same patterns of disproportionate exposure documented for $PM_{2.5}$ have also been observed for $NO_2$. In 2010, the disparity between the racial and ethnic group with the highest versus lowest national average $NO_2$ exposure was 54%, larger than disparities observed for any other pollutant studied.[30]  Given the well-documented higher $NO_2$ exposures experienced by non-white and low-income communities, and the adverse health effects of $NO^2$

[28] Jbaily A, Zhou X, Liu J, Lee TH, Kamareddine L, Verguet S, Dominici F. Air pollution exposure disparities across US population and income groups. Nature. 2022; 601(7892): 228-233.

[29] Josey KP, Delaney SW, Wu X, Nethery RC, DeSouza P, Braun D, Dominici F.  Air Pollution and Mortality at the Intersection of Race and Social Class.  N Engl J Med 2023; 388: 1396-1404.

[30] Liu J, Clark LP, Bechle MJ, Hajat A, Kim SY, Robinson AL, Sheppard L, Szpiro AA, Marshall JD. Disparities in Air Pollution Exposure in the United States by Race/Ethnicity and Income, 1990-2010. Environ Health Perspect. 2021 Dec;129(12):127005. doi: 10.1289/EHP8584.

16

described above, these populations warrant particular consideration in assessing the public health implications of the unpermitted turbines.

*Vulnerable Populations Near the Plant*

61. The scientific evidence reviewed above demonstrates that children, older adults, and non-white and low-income populations may face elevated health risks from $PM_{2.5}$ and $NO_2$ exposure.

62. For children and older adults, biological factors, including developing or declining respiratory systems and immune function, may contribute to greater susceptibility to the health effects of these pollutants.

63. For non-white and low-income populations, disproportionately higher exposures to $PM_{2.5}$ and $NO_2$, combined with higher burdens of underlying disease and reduced access to healthcare, may further compound their risk.

64. As described below, the communities surrounding the unpermitted turbines include precisely these populations (Figure 1.B-E), as well as locations where they congregate, such as schools and parks (Figure 1.A), raising particular concern about the public health implications of emissions from the Colossus Gas Plant. 65.Approximately 158,685 people in 61,328 households live within a 6-mile radius of the Plant.[31]

65. A large fraction of these individuals are persons of color (Figure 1.B); approximately 77% of the population within the 6-mile radius of the Plant are persons of color.[32] Within Mississippi alone, approximately 41,798 persons of color live within 6 miles of the Plant. As

---

[31] Population and household counts are derived from the American Community Survey (ACS) 5-year estimates, 2020–2024, at the census tract level.

[32] Percentages reported in the body text (e.g., 77%, 13.7%) are calculated as the count within the 6-mile radius divided by the total population (or total households) within that radius.

17

shown in Figure 1.B, many of the census tracts surrounding the Plant fall in the highest national category for percent people of color (73.8%–100%), meaning these tracts have a higher share of people of color than approximately 95% of all census tracts nationwide.[33]

66. Households located near the Plant are poor, with 8,376 households (or 13.7% of all households) within the 6-mile radius having incomes less than $15,000 per year (Figure 1.C).[32] The areas immediately surrounding the Plant include census tracts that have among the highest percentages of poor households.

67. Children and older adults also live near the Plant, comprising 7% and 15.5% of the near-Plant population, respectively (Figures 1.D–E). Several census tracts within 6 miles of the Plant have a higher fraction of children than approximately 95% of all census tracts nationwide. In addition, 66 parks and 24 elementary schools, locations where children and families often congregate, lie within 6 miles of the Plant, of which 40 parks and 9 elementary schools are in Mississippi.


**CONCLUSIONS**

68. As presented above, the Plant emits pollutants for which no safe exposure threshold has been established, and the surrounding population includes high concentrations of individuals with heightened vulnerability to those pollutants. Together, these factors support a reasonable scientific conclusion that the Plant's operations pose meaningful public health risks to local communities. Accordingly, it is my opinion that emissions from the Colossus Gas Plant are likely to increase public health risks for the surrounding population, with these risks falling

---

[33] Shading categories in Figure 1.B-E reflect each census tract's value relative to the national distribution of US census tracts. For example, the highest bin for percent people of color (73.8%–100%) identifies tracts in which the share of people of color exceeds that of approximately 95% of US census tracts.

disproportionately on its most vulnerable members, including children, older adults, persons of color, and low-income households.

## Figure 1. Community Characteristics Within Six Miles of the Colossus Gas Plant, Southaven, Mississippi.[1]

A. Community Infrastructure

B. Percent People of Color

C. Percent Income Below $15,000

D. Percent Children Under 5

E. Percent People 65 and Over

[1] Maps show a six-mile radius around the Colossus Gas Plant located at 2875 Stanton Road, Southaven, Mississippi. The red circle indicates the six-mile radius. Map A depicts public K-12 Schools. Maps B-E feature Census Tracts. The state line delineating Tennessee from Mississippi is shown. All maps drawn at a 1:350,000 scale.

Last updated: May 05, 2026
Sources: American Community Survey 5-Year Estimates (2020-2024), National Center for Education Statistics, DeSoto County GIS, Memphis Open Data, the Trust for Public Land, ESRI Living Atlas

20

Executed on May 5, 2026

_____

Dr. Helen Suh

**Attachment 1.  Curriculum Vitae**

**CURRICULUM VITA**

**HELEN H. SUH, Sc.D.**
Professor

*Office Address:*

Department of Civil and Environmental Engineering                    Tel:  617-767-4353
Tufts University                                                                                email:  helen.suh@tufts.edu
200 College Avenue
301 Anderson Hall
Medford, MA  02153

**EDUCATION**

Sc.D     1993     Environmental Health, Harvard University, School of Public Health, Boston, MA

M.S.     1990     Environmental Health, Harvard University, School of Public Health, Boston, MA

SB        1985     Biology, Massachusetts Institute of Technology, Cambridge, MA

**CURRENT ACADEMIC APPOINTMENTS**

2016 –                    **Professor**, Department of Civil and Environmental Engineering
                              Tufts University, Medford, MA

Sept 2012 -          **Senior Fellow**, Department of Public Health
                              NORC at the University of Chicago, Chicago, IL

**PREVIOUS ACADEMIC APPOINTMENTS**

2013 -2019          **Research Affiliate**, Center on the Demography and Economics of Aging
                              University of Chicago, Chicago, IL

2012 – 2016         **Professor, Department of Health Sciences**
                              Bouve College of Health Sciences, Northeastern University, Boston, MA

2013 - 2016          **Affiliated Faculty, Department of Civil and Environmental Engineering,** School of
                              Engineering, Northeastern University, Boston, MA

Spring 2014          **Interim Chair**, Department of Health Sciences, Northeastern University, Boston, MA

2011 - 2015          **Adjunct Associate Professor**, Department of Environmental Health, Harvard School of
                              Public Health, Boston, MA

2011 – 2012         **Program Area Director**, Environmental Health
                              NORC at the University of Chicago, Boston, MA

1993 - 2010          **Associate Professor** (Assistant Professor, 1997-2002; Instructor, 1993-1997),
                              Department of Environmental Health, Harvard School of Public Health, Boston, MA

**HONORS AND DISTINCTIONS**

2020                      ***Environmental Health Perspectives* Impact Factor Collection** for Pun et al. (2017),
                              papers that contributed most to *Environmental Health Perspectives* impact factor

23

| 2005-2007 | **Faculty Council**, Harvard School of Public Health |
| 1999 | **Yaglou Award**, International Academy of Indoor Air Sciences |
| 1998 | **USEPA Scientific and Technological Achievement** 2nd Level Award, "Fine and Coarse Particles: Concentration Relationships Relevant to Epidemiological Studies" |
| 1994, 1995 | **Post-Doctoral Fellowship**, Center for Indoor Air Research |
| 1992, 1993 | **Research Fellowship**, National Research Service Award, NIH |
| 1990 | **Switzer Foundation Environmental Fellow**, Switzer Foundation |

## SCHOLARSHIP AND RESEARCH

*Publications*

Relevant Statistics (December 2024):  h-index: 85;  i10-index: 145; Citations: 21,836

Refereed Original Articles  (*indicates first or senior author)

1. Brauer M, Ryan PB, **Suh HH**, Koutrakis P,  Spengler JD.  Measurements of Nitrous Acid Inside Two Research Houses.  *Environmental Science Technology,* 1990, 24:1521-7.

2. **Suh HH**, Spengler JD, Koutrakis P.  Personal Exposures to Acid Aerosols and Ammonia.  *Environmental Science Technology*, 1992; 26:2507-17.*

3. **Suh HH**, Koutrakis P, Spengler JD. Validation of Personal Exposure Models for Sulfates and Aerosol Strong Acidity.  *Journal of the Air & Waste Management Association,* 1993; 43:845-50. *

4. Liu LS, Koutrakis P, **Suh HH**, Mulik JD, Burton RM.  Use of Personal Measurements for Ozone Exposure Assessment: A Pilot Study.  *Environmental Health Perspectives,* 1993; 101:318-24.

5. **Suh HH**, Koutrakis P, Spengler JD.  The Relationship between Aerosol Acidity and Ammonia in Indoor Environments.  *Journal of Exposure Analysis Environmental Epidemiology,* 1994; 4:1-22. *

6. **Suh HH**, Allen GA, Aurian-Blajeni B, Koutrakis P. Field Method Intercomparison for the Characterization of Acid Aerosols and Gases.  *Atmospheric Environment,* 1994; 28:2981-9.*

7. **Suh HH**, Koutrakis P, Allen GA, Burton RM.  Spatial Variation in Outdoor Acidic Sulfate and Ammonia Concentrations within Metropolitan Philadelphia. *Journal Air & Waste Management Association,* 1995; 45:442-52. *

8. Burton RM, **Suh HH**, Koutrakis P.  Characterization of Outdoor Particle Concentrations within Metropolitan Philadelphia.  *Environmental Science Technology*, 1996; 30:400-7. *

9. Wilson WE, **Suh HH**.  Fine and Coarse Particles: Concentration Relationships Relevant to Epidemiologic Studies. *Journal Air & Waste Management Association*, 1997; 47:1238-49. *

10. **Suh HH**, Nishioka Y, Koutrakis P, Burton RM.  The Metropolitan Acid Aerosol Characterization Study:  Results from Washington, DC.  *Environmental Health Perspectives,* 1997; 105:826-34. *

11. Bahadori T, **Suh HH**, Koutrakis P.  Issues in Human Particulate Exposure Assessment: Relationship between Outdoor, Indoor, and Personal Exposures.  *Journal of Human Ecological Risk Assessment,* 1999; 5:459-70.

12.  Chang L-T, Sarnat J, Wolfson JM, Rojas-Bracho L, **Suh HH**, Koutrakis P.  Development of a Personal Multi-Pollutant Exposure Sampler for Particulate Matter and Criteria Gases.  *Pollution Atmosphérique-Numéro Spécial 40ᵉ Anniversaire de l'appa*., December, 1999; 10:31-9. *

13.  Abt E, **Suh HH**, Allen GA, Koutrakis P.  Characterization of Indoor Particle Sources: A Study Conducted in the Metropolitan Boston Area.  *Environmental Health Perspectives,* 2000; 108:35-44.

14.  Abt E, **Suh H**, Catalano P, Koutrakis P.  Relative Contribution of Outdoor and Indoor Particle Sources to Indoor Concentrations.  *Environmental. Science Technology*, 2000; 34:3579-87.

15.  Rojas-Bracho L, **Suh H**, Koutrakis P.  Relationship among Personal, Indoor, and Outdoor Fine and Coarse Particulate Concentrations for Individuals with COPD. *Journal of Exposure Analysis & Environmental Epidemiology,* 2000; 10:294-306.

16.  Sarnat J, Koutrakis P, **Suh HH**.  Assessing The Relationship between Personal Particulate and Gaseous Exposures of Senior Citizens Living in Baltimore, MD. *Journal of the Air & Waste Management Association,* 2000; 50:1184-98. *

17.  Chang LT, Koutrakis P, Catalano P, **Suh HH**.  Hourly Personal Exposures to Fine Particles and Gaseous Pollutants-Results from Baltimore, MD. *Journal of the Air & Waste Management Association*, 2000; 50:1223-35. *

18.  Long CM, **Suh HH**, Koutrakis P.  Characterization of Indoor Particle Sources Using Continuous Mass and Size Monitors. *Journal of the Air & Waste Management Association*, 2000; 50:1236-50*.*

19.  **Suh HH**, Bahadori T, Vallarino J, Spengler JD.  Criteria Air Pollutants and Toxic Air Pollutants. *Environmental Health Perspectives*, 2000; 108:625-33. *

20.  Long CM, **Suh HH**, Kobzik L, Catalano PJ, Ning YY, Koutrakis P.  A Pilot Investigation of the Relative Toxicity of  Indoor and Outdoor Fine Particles: *In Vitro* Effects of Endotoxin and Other Particulate Properties. *Environmental Health Perspectives,* 2001; 109:1019-26.

21.  Long, CM, **Suh HH**, Catalano PJ, Koutrakis P.  Using Time- and Size-Resolved Particulate Data to Quantify Indoor Penetration and Deposition Behavior.  *Environmental Science Technology*, 2001; 35:2089-99.

22.  Sarnat JA, Schwartz J, Catalano PJ, **Suh HH**.  Gaseous Pollutants in Particulate Matter Epidemiology: Confounders or Surrogates?  *Environ Health Perspect*, 2001; 109:1053-61.*

23.  Sarnat JA, Schwartz J, **Suh HH**. Fine Particulate Air Pollution and Mortality in 20 US Cities. N Engl J Med. 2001 Apr 19;344(16): 1253-4.

24.  Chang L-T, **Suh HH**, Wolfson JM, Misra K, Allen GA, Catalano PJ, Koutrakis P.  Laboratory and Field Evaluation of Measurement Methods for One-Hour Exposures to $O_3$, $PM_{2.5}$ and CO.  *Journal Air & Waste Management Association,* 2001; 51:1414-22. *

25.  Janssen NAH, Schwartz J, Zanobetti A, **Suh HH**.  Air Conditioning and Source-Specific Particles as Modifiers of the Effect of $PM_{10}$ on Hospital Admissions for Heart and Lung Disease.  *Environmental Health Perspectives*, 2002; 110:43-9. *

26.  Rojas-Bracho, L, **Suh HH**, Oyola P, Koutrakis P.  Measurements of Children's Exposures to Particles and Nitrogen Dioxide in Santiago, Chile.  *The Science of the Total Environment*, 2002; 287:249-64.

27.  Saldiva HN, Clarke RW, Coull BA, Stearns R, Lawrence J, Krishna MG, Diaz E, Koutrakis P, **Suh H**, Tsuda A, Godleski JG. Lung Inflammation Induced by Concentrated Ambient Air Particles is Related

25

to Particle Composition. *American Journal of Respiratory and Critical Care Medicine*, 2002; 165:1610-17.

28.  Sarnat JA, Koutrakis P, Long CM, Coull B, Schwart J, **Suh HH**. Using Sulfur as a Tracer for Outdoor Fine Particulate Matter. *Environmental Science Technology*, 2002; 36:5305-14. *

29.  Chang LT, Koutrakis P, Catalano, PJ, **Suh HH**. Assessing the Importance of Different Exposure Metrics and Time-Activity Data to Predict 24-H Personal PM$_{2.5}$ Exposures. *Journal of Toxicology and Environmental Health,* Part A, 2003; 66:1825-46. *

30.  White W, **Suh HH**. Monitoring Exposure to Ambient Air Pollutants. *Journal of Toxicology and Environmental Health,* Part A, 2003; 66: 1879-82. *

31.  Lippmann M, Frampton M, Schwartz J, Dockery D, Schlesinger R, Koutrakis P, Froines J, Nel A, Finkelstein J, Godleski J, Kaufman J, Koenig J, Larson T, Luchtel D, Liu LS, Oberdorster G, Peters A, Sarnat J, Sioutas C, **Suh H**, Sullivan J, Utell M, Wichmann E, Zelikoff J. The U.S. Environmental Protection Agency Particulate Matter Health Effects Research Centers Program: A Midcourse Report of Status, Progress, and Plans. *Environmental Health Perspectives,* 2003; 11:1074-92.

32.  Chang LT, **Suh HH**. Characterization of the Composition of Outdoor, Indoor, and Personal Particulate Exposures. California Air Resources Board, Sacramento, CA, Research Report 98-330. 2003. *

33.  Rojas-Bracho L, **Suh HH**, Catalano P, Koutrakis P. Personal Exposures to Particles and their Relationships with Personal Activities for Chronic Obstructive Disease Patients Living in Boston. *Journal of the Air & Waste Management Association,* 2004; 54:207-17.

34.  Adamkiewicz G, Ebelt S, Syring M, Slater J, Speizer FE, Schwartz J, **Suh H**, Gold DR. Association between Air Pollution Exposure and Exhaled Nitric Oxide in an Elderly Panel. *Thorax*,2004; 59:204-9.

35.  Zanobetti A, Canner MJ, Stone PH, Schwartz J, Sher D, Eagan-Bengston E, Gates KA Batley LH, **Suh HH**, Gold DR. Ambient Pollution and Blood Pressure in Cardiac Rehabilitation Patients. *Circulation*, 2004; 110: 2184-9.

36.  Koutrakis P, **Suh HH**, Sarnat J, Brown KW, Coull B, Schwartz J. Characterization of Particulate and Gas Exposures of Sensitive Sub-Populations Living in Baltimore and Boston. Health Effects Institute, Boston, MA, 2004, Research Report Number 98-7.

37.  Gold D, Litonjua A, Zanobetti A, Coull BA, Schwartz J, MacCallum G, Verrier RL, Nearing BD, Canner MA, **Suh H**, Stone PA. Air Pollution and ST-segment Depression in Elderly Subjects. *Environmental Health Perspectives*, 2005; 113 (7):883-7.

38.  Tonne C, Schwartz J, Mittleman M, Melly S, **Suh H**, Goldberg R. Long-Term Survival after Acute Myocardial Infarction is Lower in More Deprived Neighborhoods. *Circulation,* 2005; 111 (23):3063-70.

39.  Schwartz J, Litonjua A, **Suh H**, Verrier M, Zanobetti A, Syring M, Nearing B, Verrier R, Stone P, MacCallum G, Speizer FE, Gold DR. Traffic Related Pollution and Heart Rate Variability in a Panel of Elderly Subjects. *Thorax,* 2005; 60(6):455-61.

40.  Ebelt S, Chang LT, Ruiz P, **Suh HH**. Detailed Characterization of Indoor and Personal Particulate Matter Concentrations. California Air Resources Board, Sacramento, CA, Research Report 00-302. 2004. *

41. Thurston GD, Ito K, Mar T, Christensen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Liu H, Neas L, Pinto J, Stolzel M, **Suh HH**,  Hopke,  PK.   The Workshop on the Source Apportionment of PM Health Effects: Inter-Comparison of Results and Implications. *Environmental Health Perspectives*, 2005; 113 (12):1768-74.

42. Wheeler A, Zanobetti A, Gold DR, Schwartz J, Stone P, **Suh HH**.  The Relationship between Ambient Air Pollution and Heart Rate Variability (HRV) Differs for Individuals with Heart and Pulmonary Disease*. Environmental Health Perspectives*, 2006; 114:(4)560-6. *

43. Sarnat SE, Coull BA, Schwartz J, Gold DR, **Suh HH**. Factors Affecting the Association between Ambient Concentrations and Personal Exposures to Particles and Gases: Implications for Air Pollution Epidemiology.  *Environmental Health Perspectives*, 2006; 114(5):649-54. *

44. Sarnat SE, Ruiz PA, Coull BA, Koutrakis P, **Suh HH**.  The Influences of Ambient Particle Composition and Size on Particle Infiltration in Los Angeles, CA residences.  *Journal of the Air & Waste Management Association*, 2006; 56:186-96. *

45. Dubowsky SD, **Suh HH**, Coull BA, Schwartz J, Gold DR.  Diabetes, Obesity, and Hypertension May Enhance the Acute Inflammatory Response to Air Pollution.  *Environmental Health Perspectives*, 2006; 114(7):992-8. *

46. Hopke PK, Ito K, Mar T, Christiansen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Liu H, Neas L, Pinto J, Stotzel M, **Suh H**, Paatero P, Thurston GD.  PM Source Apportionment and Health Effects:  1.  Intercomparison of Source Apportionment Results.  *Journal of Exposure Science & Environmental Epidemiology*, 2006; 16(3)275-86.

47. Luttmann-Gibson H, **Suh HH**, Coull BA, Dockery DW, Sarnat SE, Schwartz J, Stone PH, Gold DR.  Short-Term Effects of Air Pollution on Heart Rate Variability in Senior Adults in Steubenville, OH. *Journal of Occupational & Environmental Medicine,* 2006; 48(8):780-8.

48. Park SK, O'Neill MS, Wright RO, Hu H, Vokonas P, Sparrow D, **Suh HH**, Schwartz J.  HFE Genotype, Particulate Air Pollution, and Heart Rate Variability: A Gene-Environment Interaction.  *Circulation,* 2006; 114(25):2798-05.

49. Hansen A, Edgerton E, Hartsell B, Janssen J, Burge H, Koutrakis P, Rogers C, **Suh HH**, Chow J, Zielinska B, McMurray P, Mulholland J, Russell A, Rasmussen R.  Air Quality Measurements for Aerosol Research and Inhalation Epidemiology Study.  *Journal of the Air & Waste Management Association,* 2006; 56:1445-58.

50. Sarnat SE, **Suh HH**, Coull BA, Schwartz J, Stone PH, Gold DR. Ambient Particulate Air Pollution and Cardiac Arrhythmia in a Panel of Senior Adults in Steubenville, OH.   *Journal of Occupational & Environmental Medicine*, 2006; 63(10):700-6. *

51. Adar SD, Gold DR, Coull BA, Schwartz J, Stone PH, **Suh HH**. Focused Exposures to Airborne Traffic Particles and Heart Rate Variability in the Elderly.  *Epidemiology,* 2007; 18(1):95-103.*

52. Adar SD, Adamkiewicz G, Gold DR, Schwartz J, Coull BA, **Suh HH**. Ambient and Micro-Environmental Particles on Exhaled Nitric Oxide before and after a Group Bus Trip. *Environmental Health Perspectives*, 2007; 115(4):507-12. *

53. Gryparis A, Coull BA, Schwartz J, **Suh HH**. Semiparametric Regression Models for Spatio-Temporal Modeling of Mobile Source Particles in the Greater Boston Area. *Applied Statistics*,  2007; 56 (Part 2), 183-209. *

54. Chahine T, Baccarelli A, Litonjua A, Wright RO, **Suh H**, Gold DR, Sparrow D, Vokonas P, Schwartz J. Particulate Air Pollution, Oxidative Stress Genes, and Heart Rate Variability in an Elderly Cohort. *Environmental Health Perspectives* 2007; 115:1617-22.

55. Alexeeff SE, Litonjua AA, **Suh H**, Sparrow D, Vokonas PS, Schwartz J. Ozone Exposure and Lung Function: Effect Modified by Obesity, Airways Hyperresponsiveness in the VA Normative Aging Study. *Chest* 2007; 132:1890-7.

56. Wellenius GA, Yeh GY, Coull BA, **Suh HH**, Phillips RS, Mittleman MA. Effects of Ambient Air Pollution on Functional Status in Patients with Chronic Congestive Heart Failure: A Repeated-Measures Study. *Environmental Health* 2007, 6:26.

57. Baccarelli A, Cassano PA, Litonjua A, Park SK, **Suh HH**, Sparrow D, Vokonas P, Schwartz J. Cardiac Autonomic Dysfuncion: Effects from Particulate Air Pollution and Protection by Dietary Methyl Nutrients and Metabolic Polymorphisms. *Circulation* 2008; 117:1802-9.

58. Yanosky J, Paciorek C, Schwartz J, Laden F, Puett R, **Suh H**. Spatio-Temporal Modeling of Chronic $PM_{10}$ Exposure for the Nurses' Health Study. *Atmospheric Environment* 2008; 42: 4047-62. *

59. Chuang KJ, Coull BA, **Suh HH**, Gold DM. Particulate Air Pollution as a Risk Factor for ST-segment Depression in Patients with Coronary Artery Disease. *Circulation* 2008; 118:1314-20.

60. Park, SK, O'Neill MS, Vokonas PS, Sparrow D, Spiro A, Tucker KL, **Suh HH**, Hu H, Schwartz J. Traffic-Related Particles are Associated with Elevated Homocysteine: The VA Normative Aging Study. *Am Journal of Respiratory & Critical Care Medicine* 2008; 178(3);283-9.

61. Brown KW, Sarnat JA, **Suh HH**, Coull BA, Spengler JD, Koutrakis P. Ambient Site, Home Outdoor and Home Indoor Particulate Concentrations as Proxies of Personal Exposures. *Journal of Environmental Monitoring,* 2008; 10(9):1041-51.

62. Yanosky JD, Schwartz J, **Suh HH**. Associations between Measures of Socioeconomic Position and Chronic Nitrogen Dioxide Exposure in Worcester, Massachusetts. *Journal of Toxicology and Environmental Health*, Part A, 2008; 71:24, 1593-1602. *

63. MacIntosh D, Myatt T, Ludwig J, Baker B, **Suh HH**, Spengler JD. Whole House Particle Removal and Clean Air Delivery Rates for In-Duct and Portable Ventilation Systems. *J Air Waste Management Association* 2008; 58:1474-82.

64. Puett R, Schwartz J, Hart JE, Yanosky JD, Speizer FE, **Suh H**, Paciorek C, Neas L, Laden F. Chronic Particulate Exposure, Mortality and Coronary Heart Disease in the Nurses' Health Study. *American Journal of Epidemiology* 2008; 168(10):1161-8. doi: 10.1093/aje/kwn232.

65. Alexeeff SE, Litonjua AA, Wright RO, Baccarelli A, **Suh H**, Sparrow D, Vokonas PS, Schwartz J. Ozone exposure, antioxidant genes, and lung function in an elderly cohort: VA Normative Aging Study. *J Occupational & Environmental Medicine* 2008 65(11):736-42.

66. Yanosky JD, Paciorek CJ, **Suh HH**. Predicting Chronic Fine and Coarse Particulate Exposures using Spatio-Temporal Models for the Northeastern and Midwestern US. *Environmental Health Perspectives,* 2009:117(4):522-9   doi:10.1289/ehp.11692. *

67. Paciorek, CJ, Yanosky JD, Pruett RC, Laden F, **Suh HH**. Practical Large-Scale Spatio-Temporal Modeling of Particulate Matter Concentrations. Harvard University Biostatistics Working Paper 76. *Annals of Applied Statistics* 2009; 3(1):369-396. *

68.  Lokken RP, Wellenius GA, Coull BA, Burger MR, Schlaug G, **Suh HH**, Mittleman MA.  Air Pollution and Risk of Stroke - Underestimation of Effect Due to Misclassification of Time Event Onset. *Epidemiology* 2009; 20(1):137-41.

69.  Baccarelli A, Wright RO, Bollati V, Tarantini L. Litonjua AA, **Suh HH**, Zanobetti A, Sparrow D, Vokonas PS,  Schwartz J.  Rapid DNA Methylation Changes after Exposure to Traffic Particles. *Am J Respiratory Critical Care Med* 2009; 179(7):572-8.  doi:10.1164/rcccm.200807-1097OC.

70.  Bollati V, Schwartz J, Wright R, Litonjua A, Tarantini L, **Suh H**, Sparrow D, Vokonas P, Baccarelli A. Decline in Genomic DNA Methylation through Aging in a Cohort of Elderly Subjects*.  Mechanisms of Aging and Development*  2009; 130(4):  234-239.   doi:10.1016/j.mad.2008.12.003.

71.  Baxter LK, Wright RJ, Paciorek CJ, Laden F, **Suh HH**, Levy JI.  Effects of Exposure Measurement Error in the Analysis of Health Effects from Traffic-Related Air Pollution.  J Exp Sci Environ Epidem 2010; 20(1): 101-111.  doi:10.1016/jes.2009.5.

72.  Von Klot S, Gryparis A, Tonne C, Yanosky J, Coull BA, Goldberg R, Lessard D, Melly S, **Suh H**, Schwartz J.  Elemental Carbon Exposure at Residence Survival after Acute Myocardial Infarction. *Epidemiology* 2009*;* 20(3): 547-54.

73.  Mukamal,KJ, Wellenius GA, **Suh HH**, Mittleman MA.  Weather and Air Pollution as Triggers of Severe Headaches. *Neurology* 2009; 72(10); 922-7.

74.  Wilker E, Mittleman MA, Litonjua GA, Poon A, Baccarelli A, **Suh H**, Wright RO, Sparrow D, Vokonas P, Schwartz J.  Postural Changes in Blood Pressure Associated with Interactions between Candidate Genes for Chronic Respiratory Disease and Exposure to Particulate Matter. *Environmental Health Perspectives*   2009; 117(6): 935-40.

75.  Sarnat J, Brown K, Bartell S, Sarnat S, Wheeler A, **Suh HH**, Koutrakis P.  The Relationship between Averaged Sulfate Exposures and Concentrations: Results from Exposure Assessment Panel Studies in Four U.S. Cities. *Environmental Science &Technology* 2009*;* 43(13): 5028-34*.*

76.  Brown KW, Sarnat JA, **Suh H**, Coull BA, Koutrakis P.  Factors Influencing Relationships between Personal and Ambient Concentrations of Gaseous and Particulate Pollutants. *Science Total Environment*, 2009; 407(12):365-75. doi:10.1016/j.scitotenv.2009.02.016.

77.  Ren C, Baccarelli A, Wilker E, **Suh H**, Sparrow D, Pantel V, Wright R, Schwartz J.  Lipid and Endothelian Related Genes, Ambient Particulate Matter, and Heart Rate Variability – The Normative Aging Study. *Journal of Epidemiology and Community Health* 2009; doi: 10.1136/jech.2008.83295*.*

78.  Puett R, Hart JE, Yanosky J, Paciorek CJ, Schwartz J, **Suh H**, Speizer FE, Laden F.  Chronic Fine and Coarse Particulate Exposure, Mortality and Coronary Heart Disease in the Nurses' Health Study. *Environmental Health Perspectives*  2009; 117(11):1697-1701. doi:10.1289/ehp/.0900572

79.  Mordukhovich I, Wright RO, Camarasi , Baja E, **Suh HH**, Baccarelli A, Sparrow D, Vokonas P, Schwartz J.  Association between Low-Level Environmental Arsenic Exposure and QT Interval Duration in a General Population Study. *Am J Epidemiology* 2009; 170 (6): 739-746.  doi 10.1093/aje/kwp191.

80.  Mordukhovich I, Wright RO, **Suh H**, Wilker E, Sparrow D, Vokonas PS, Schwartz J.  Black Carbon Exposure, Oxidative Stress Genes, and Blood Pressure in a Repeated Measures Study. *Environmental Health Perspectives* 2009; 117(11): Nov 2009*.*

81. Ren C, Park, SK Vokonas PS, Sparrow D, Wilker E, Baccarelli A, **Suh H**, Tucker KL, Wright RO, Schwartz J.  Air Pollution and Homocysteine: More Evidence that Oxidative Stress-related Genes Modify Effects of Particulate Air Pollution. *Epidemiology* 2010; 21(2):198-206. doi: 10.1097/EDE.0b013e3181cc8bfc.

82. Zanobetti A, Stone PH, Speizer FE, Schwartz JD, Coull BA, **Suh H**, Nearing BC, Mittleman MA, Verrier RL, Gold DR.  T-Wave Alternans, Air Pollution and Traffic in High-Risk Subjects. *American Journal of Cardiology* 2009; 104(5):665-70. doi: 10.1016/j.amjcard.2009.04.046. a

83. Wellenius GA, Coull BA, Lokken RP, **Suh HH**, Mittleman MA. Misclassification of onset time of acute events leads to underestimation of air pollution acute health effects. *Epidemiology* 2008; 19(6):S155.

84. Malloy EJ, Morris JS, Adar SD, **Suh H**, Gold DR, Coull BA.  Wavelet-based functional linear mixed models: an application to measurement error corrected distributed lag models. *Biostatistics* 2010; 11(3): 432–452.

85. Madrigano J, Baccarelli A, Wright RO, **Suh H**, Sparrow D, Vokonas PS, Schwartz J.  Air pollution, obesity, genes and cellular adhesion molecules. *Occupat Environ Med* 2010; 67(5): 312-317.

86. Wilker E, Baccarelli A, **Suh HH**, Vokonas P, Wright RO, Schwartz J.  Black Carbon Exposures, Blood Pressure and Interactions with SNPs in MicroRNA Processing Genes. *Environ Health Perspect* 2010; 118(7): 943-948.

87. Zanobetti A, Gold DR, Stone PH, **Suh HH**, Schwartz J, Coull BA, Speizer FE. Reduction in heart rate variability with traffic and air pollution in patients with coronary artery disease. Environ Health Perspect. 2010 Mar;118(3):324-30. doi: 10.1289/ehp.0901003.

88. Baja ES, Schwartz JD, Wellenius GA, Coull BA, Zanobetti A, Vokonas PS, **Suh HH**.  Traffic-Related Air Pollution and QT Interval: Modification by Diabetes, Obesity, and Oxidative Stress Gene Polymorphisms in the Normative Aging Study (NAS). *Environ Health Perspect* 2010; 118(6): doi:10.1289/ehp.0901396.*

89. Kang CM, Koutrakis P, **Suh HH**.  Hourly Measurements of Fine Particulate Sulfate and Carbon Aerosols at the Harvard-EPA Supersite in Boston. *JAWMA* 2010; 60(11): 1327-1334. PMID: 21141426.*

90. **Suh HH**, Zanobetti A.  Exposure error masks the relation between traffic pollution and heart rate variability. *J Occup Environ Medicine* 2010; 52(7):685-692. PMC2911027 *

91. Luttmann-Gibson H, **Suh HH**, Coull BA, Dockery DW, Sarnat SE, Schwartz J, Stone PH, Gold DR. Systemic inflammation, heart rate variability and air pollution in a cohort of senior adults. Occup Environ Med. 2010 Sep;67(9):625-30.

92. McCracken J, Baccarelli A, **Suh HH**, Melly SJ, Schwartz J.  Annual Ambient Black Carbon Associated with Shorter Telomeres in Elderly Men: Veterans Administration Normative Aging Study. *Environ Health Perspect* 2010; 118 (11): 1564-1570.

93. Ren C, Fang S, Wright R, **Suh HH**, Schwartz  J.  Urinary 8-Hydroxy-2´-Deoxyguanosine as a Biomarker of Oxidative DNA Damage Induced by Ambient Pollution in the Normative Aging Study. *J Occup Environ Medicine* in press.

94. Ren C, Vokonas PS, **Suh HH**, Fang S, Christiani DC, Schwartz J.  Effect Modification of Air pollution on Urinary 8-Hydroxy-2'-Deoxyguanosine by Genotypes -- an Application of the Multiple Testing

30

Procedure to Identify Significant SNP Interactions. *Environ Health* 2010, 9:78. doi:10.1186/1476-069X-9-78

95. Brochu P, Kioumourtzoglou MA, Coull BA, Hopke P, **Suh HH**. Development of a New Method to Estimate the Regional and Local Contributions to Black Carbon. *Atmos Environ* 2011; 45 (40): 7681-7687. doi:10.1016/j.atmosenv.2011.01.074. *

96. Alexeeff SE, Coull BA, Gryparis A, **Suh H**, Sparrow D, Vokonas PS, Schwartz J. Medium-Term Exposure to Traffic-Related Air Pollution and Markers of Inflammation and Endothelial Function. Environ Health Perspect 2011, 119: 481-486. doi:10.1289/ehp.1002560

97. Wilker E, Alexeeff S, **Suh H**, Vokonas P, Baccarelli A, Schwartz J. Ambient pollutants, polymorphisms associated with microRNA processing and adhesion molecules: the Normative Aging Study. *Environ Health* 2011, 10:45.

98. Brochu PJ, Yanosky JD, Paciorek CJ, Schwartz J, Chen JT, Herrick RF, **Suh HH**. Particulate Air Pollution and Socioeconomic Position in Rural and Urban Areas of the Northeastern United States. *American Journal Public Health* 2011, 101: S224-S230. doi:10.2105/AJPH.2011.300232. *

99. **Suh HH**, Zanobetti A, Schwartz J, Coull B. Chemical Properties of Air Pollutants and Cause-Specific Hospital Admissions among the Elderly in Atlanta, GA. *Environ Health Perspect* 2011, 119(10): doi:10.1289/ehp.1002646. *

100. Myatt T, MacIntosh D, Kobczik L, Vincent M, **Suh H**. Markers of Inflammation in Alveolar Cells Exposed to Fine Particulate Matter from Prescribed Fires and Urban Air. *J Occup Environ Med* 2011, 53(10):1110-4. *

101. Hoffmann B, Luttmann-Gibson H, Cohen A, Zanobetti A, de Souza C, Foley C, **Suh HH**, Coull BA, Schwartz J, Mittleman M, Stone P, Horton E, Gold DR. Opposing effects of particle pollution, ozone, and ambient temperature on arterial blood pressure. Environ Health Perspect. 2012 Feb;120(2):241-6. doi: 10.1289/ehp.1103647.

102. Puett R, Hart J, **Suh H**, Mittleman M, Laden F. Particulate matter exposures, mortality and cardiovascular disease in the health professionals follow-up study. *Environ Health Persp* 2011; 119(8):1130-1135.

103. Wellenius GA, Burger MR, Coull BA, Schwartz J, **Suh HH**, Koutrakis P, Schlaug G, Gold DR, Mittleman MA. Ambient Air Pollution and the Risk of Acute Ischemic Stroke. *Arch Internal Med* 2012; 172(3):229-234.

104. Wellenius GA, Wilhelm-Benartzi CS, Wilker E, Coull BA, **Suh HH**, Koutrakis P, Lipsitz LA. Ambient Particulate Matter and the Response to Orthostatic Challenge in the Elderly: The MOBILIZE Boston Study. *Hypertension* 2012, 59(3):558-63.

105. Mostofsky E, Schwartz J, Coull BA, Koutrakis P, Wellenius GA, **Suh HH**, Gold D, Mittleman M. Modeling the Association between Particle Constituents of Air Pollution and Health Outcomes. *Am J Epidemiology* 2012; 176(4):317-26. doi: 10.1093/aje/kws018.

106. Bind MA, Baccarelli A, Zanobetti A, Tarantini L, **Suh H**, Vokonas P, Schwartz J. Air pollution and markers of coagulation, inflammation, and endothelial function: associations and epigene-environment interactions in an elderly cohort. *Epidemiology* 2012; 23(2):332-40. doi: 10.1097/EDE.0b013e31824523f0.

31

107. Alexeeff SE, Mordukhovich I, Gryparis A, Vokonas P, **Suh H**, Coull B, Schwartz J. Association between long-term exposure to traffic particles and blood pressure in the VA Normative Aging Study. *Environ Occup Med* 2012; 69(6):422-7. doi: 10.1136/oemed-2011-100268.

108. Blanes-Vidal V, **Suh H**, Nadimi ES, Løfstrøm P, Ellermann T, Andersen HV, Schwartz J. Residential exposure to outdoor air pollution from livestock operations and perceived annoyance among citizens. *Environment International* 2012; 40: 44–50.

109. Baja ES, Schwartz JD, Coull BA, Wellenuis GA, Vokonas PS, **Suh HH**. Structural equation modeling of the inflammatory response to traffic air pollution. *J Exp Sci Environ Epidemiology* 2013; 23(3):268-74. doi: 10.1038/jes.2012.106.*

110. Kioumourtzoglou MA, Zanobetti A, Coull BA, Schwartz J, Dominici F, **Suh HH**. The Effect of Primary Organic Particles on Emergency Hospital Admissions among the Elderly in 3 US Cities. *Environmental Health* 2013; 12 (68). *

111. Baja ES, Schwartz JD, Coull BA, Wellenius GA, Vokonas PS, **Suh HH**. Structural equation modeling of parasympathetic and sympathetic response to traffic air pollution in a repeated measures study. *Environmental Health* 2013, 12: 81. doi:10.1186/1476-069X-12-81*

112. Gibson H, Zanobetti A, Sarnat S, **Suh HH**, Coull BE, Gold DE. Short-term Effects of Air Pollution on Oxygen Saturation in a Cohort of Senior Adults in Steubenville, OH. *JOEM* 2014, 56(2): 149-154. doi: 10.1097/JOM.0000000000000089.

113. Kingsley S, **Suh HH**, MacIntosh DL, Wellenius GW. Proximity of US Schools to Major Roadways: a Nationwide Assessment. *J Exposure Science Environ Epidemiology* 2014; 24(3): 253-9. doi: 10.1038/jes.2014.5.

114. Kioumourtzoglou MA, Spiegelman D, Szpiro A, Kaufman J, Sheppard L, Hong B, Laden F, Williams R, Yanosky J, **Suh HH**. Exposure Measurement Error in PM$_{2.5}$ Health Effects Studies: A Pooled Analysis of Eight Personal Exposure Validation Studies. *Environmental Health* 2014, **13**:2 (13 January 2014). PMCID: PMC3765898 *

115. Yanosky JD, Paciorek CJ, Laden F, Hart JE, Puett RC, Liao D, **Suh HH**. Spatio-temporal modeling of particulate air pollution in the Conterminous United States using Geographic and Meteorological Predictors. *Environmental Health* 2014; 13:63. *

116. Bind MA, Coull B, **Suh H**, Wright R, Baccarelli A, Vokonas P, Schwartz J. A Novel Genetic Score Approach Using Instruments to Investigate Interactions between Pathways and Environment: Application to Air Pollution. *PLoS One*. 2014; 9(4):e96000.

117. Hart JE, Liao X, Hong B, Puett RC, Yanosky JD, **Suh H**, Kioumourtzoglou MA, Spiegelman D, Laden F. The association of long-term exposure to PM$_{2.5}$ on all-cause mortality in the Nurses' Health Study and the impact of measurement-error correction. Environmental Health 2015;14(1):38. PMID: 25926123. PMCID PMC4427963.

118. Lomboy MFTC, Quirit LL, Molina VB, Dalmacion GV, Schwartz J, **Suh HH**, Baja E. Characterization of fine particulate matter in an urban tertiary care hospital in the Philippines. *Building and Environment*. 2015; 92. DOI: 10.1016/j.buildenv.2015.05.018

119. Ajmani GS, **Suh HH**, Pinto JM. Effects of ambient air pollution exposure on olfaction: A Review. *Environ Health Perspect* 2016; 124(11):1683-1693. Epub 2016 Jun 10.. DOI: 10.1289/EHP136

120. Adams DR, Ajmani GS, Pun VC, Wroblewski KE, Kern DW, Schumm LP, McClintock MK, **Suh HH**, Pinto JM. Nitrogen dioxide pollution exposure is associated with olfactory dysfunction in older US

32

adults. *International Forum Allergy Rhinology* 2016; 6(12):1245-1252. doi: 10.1002/alr.21829. PMID:27620703

121.  Ajmani G, **Suh H**, Yanosky J, Pinto J. Fine particulate matter exposure and olfactory dysfunction among urban-dwelling older US adults. *Environmental Research* 2016; 151:797-803. doi: 10.1016/j.envres.2016.09.012.

122.  Cantuaria ML, **Suh H**, Lofstrom P, Blanes-Vidal V. Characterization of exposure in epidemiological studies on air pollution from biodegradable wastes: Misclassification and comparison of exposure assessment strategies. *International Journal of Hygiene and Environmental Health* 2016; 219(8): 770-779.

123.  Pun VC, Manjourides J, **Suh H**. Association of ambient air pollution with depressive and anxiety symptoms in older adults: results from the NSHAP study. *Environ Health Perspect* 2017; 125(3); 342-348.  DOI:10.1289/EHP494 *

124.  Pun VC, Kazemiparkouhi F, Manjourides J, **Suh HH**.  Long-Term PM$_{2.5}$ Exposures and Respiratory, Cancer and Cardiovascular Mortality in American Older Adults. *American Journal of Epidemiology* 2017; 186(8):961-969. PMID:  28541385  doi: 10.1093/aje/kwx166. https://doi.org/10.1093/aje/kwx166. *

125.  Honda T, Pun VC, Manjourides J, **Suh HH**. Anemia Prevalence and Hemoglobin Levels are Associated with Long-Term Exposure to Air Pollution in an Older Population. *Environmental International* 2017; 101:125-132. doi: 10.1016/j.envint.2017.01.017. *

126.  Tallon LA, Manjourides J, Pun VC, Mittleman MA, Kioumourtzoglou MA, Coull B, **Suh HH**.  Erectile Dysfunction and Exposure to Ambient Air Pollution in a Nationally Representative Cohort of Older Men. *Environmental Health* 2017; 16:12.  DOI: 10.1186/s12940-017-0216. *

127.  Ajmani G, **Suh H**, Wroblewski H, Pinto J.  Smoking and Olfactory Dysfunction: a Systematic Literature Review and Meta-Analysis. *The Laryngoscope* 2017; 127(8):1753-1761. doi: 10.1002/lary.26558.

128.  Tallon LA, Pun VC, Manjourides J, Salhi C, **Suh HH**.  Cognitive Impacts of Ambient Air Pollution in the National Social Health and Aging Project (NSHAP) Cohort. *Environment International* 2017; 104-102-109.  https://doi.org/10.1016/j.envint.2017.03.019 PMC6022397 *

129.  Honda T, Eliot M, Eaton CB, Mu L, **Suh H**, Szpiro A, Kaufman J, Vedal S, Wellenius GA.   Long-term exposure to residential ambient fine and coarse particulate matter and incident hypertension in post-menopausal women. *Environment International* 2017; 105:79-85. doi: 10.1016/j.envint.2017.05.009.

130.  Honda T, Pun V, Manjourides J, **Suh H**. Associations between long-term exposure to air pollution, glycosylated hemoglobin and diabetes. *International Journal of Hygiene and Environmental Health* 2017; 220: 1124-1132. doi: 10.1016/j.ijheh.2017.06.004. PMC5580354 *

131.  Weinberger KR, Kirwa K, Eliot MN, Gold J, **Suh HH**, Wellenius GA. Projected changes in temperature-related morbidity and mortality in Southern New England. *Epidemiology* 2018; 29(4): 473-481.

132.  Eum K, **Suh HH**, Pun VC, Manjourides J.  Impact of long-term temporal trends in fine particulate matter (PM$_{2.5}$) on associations of annual PM$_{2.5}$ exposure and mortality:  An analysis of over 20 million Medicare beneficiaries. *Environmental Epidemiology* 2018; 2(2); e009. doi: 10.1097/EE9.000000000000009 *

33

133. Honda T, Pun V, Manjourides J, **Suh H**. Associations of long-term fine particulate matter exposure with prevalent hypertension and increased blood pressure in older Americans. *Environmental Research* 2018; 164: 1-8. PMC5911215 *

134. Pun VC, Manjourides J, **Suh HH**. Association of neighborhood greenness with self-perceived stress, depression and anxiety symptoms in older U.S. adults. *Environmental Health* 2018; 17:39. https://doi.org/10.1186/s12940-018-0381-2 *

135. Wurth R, Kioumourtzoglou MA, Tucker KL, Griffith J, Manjourides J, **Suh H**. Fine particle sources and cognitive function in an older Puerto Rican cohort in greater Boston. *Environmental Epidemiology* 2018; 2(3): e022. doi: 10.1097/EE9.0000000000000022 *

136. Jhun I, Kim J, Cho B, Gold DR, Schwartz J, Coull BA, Zanobetti Z, Rice MB, Mittleman MA, Garshick E, Vokonas P, Bind MA, Wilker E, Dominici F, **Suh H**, Koutrakis P. Synthesis of Harvard EPA Center Studies on Traffic-Related Cardiovascular Outcomes in New England. *Journal of the Air & Waste Management Association* 2019; 69(8): 900-917. PMID: 30888266.

137. Pun VC, Manjourides J, **Suh HH**. Close proximity to roadway and urbanicity associated with mental ill-health in older adults. *Science of the Total Environment* 2019; 658: 854-860. PMC7004241*

138. Eum KD, Kazemiparkouhi F, Wang, B, Manjourides J, **Suh HH**. Long-Term $NO_2$ Exposures and Cause-specific Mortality in American Older Adults. *Environmental International* 2019 124:10-15. doi: 10.1016/j.envint.2018.12.060. *

139. Kazemiparkouhi F, Eum KD, Wang B, Manjourides J, **Suh HH**. Long-term ozone exposures and cause-specific mortality in a US Medicare cohort. *Journal of Exposure Science Environmental Epidemiology* 2019. PMID: 30992518; https://doi.org/10.1038/s41370-019-0135-4 *

140. Kirwa K, McConnell-Rios R, Manjourides J, Cordero J, Alshawabekeh A, **Suh HH**. Low birth weight and $PM_{2.5}$ in Puerto Rico. *Environmental Epidemiology* 2019; 3(4):2474-7882. PMC7039618 *

141. Honda T, Manjourides J, **Suh H**. Daily ambient temperature is associated with biomarkers of kidney injury in older Americans. *Environmental Research* 2019; 179(Pt A):108790. doi: 10.1016/j.envres.2019.108790. PMC6893879 *

142. Wang B, Eum K, Kazemiparkouhi F, Li C, Manjourides J, Pavlu V, **Suh HH**. The impact of long-term $PM_{2.5}$ exposure on specific causes of death: exposure-response curves and effect modification among 53 million U.S. Medicare beneficiaries. *Environ Health* 2020; 19: 20. https://doi.org/10.1186/s12940-020-00575-0 *

143. Manjourides J, Zimmerman E, Watkins D, Carpenito T, Velez-Vega C, Huerta-Montanez G, Rosario Z, Ayala I, Vergara C, Feric Z, Ondras M, **Suh HH**, Gu AZ, Brown P, Cordero JF, Meeker JD, Alshawabkeh A. Cohort profile: Center for Research on Early Childhood Exposures in Puerto Rico (CRECE). *BMJ Open* 2020;10: e036389. doi:10.1136/bmjopen-2019-036389.

144. **Suh HH**, Meehan J, Blaisdell L, Browne L. Effectiveness of Non-Pharmaceutical Interventions on Child and Staff COVID-19 Cases in US Summer Camps. *medXriv* 2021. https://doi.org/10.1101/2021.02.18.21250271 *

145. Kirwa K, Feric Z, Manjourides J, Alshawabekeh A, Velez Vega CM, Cordero JF, Meeker JD, **Suh HH**. Preterm birth and $PM_{2.5}$ in Puerto Rico: Evidence from the PROTECT birth cohort. *Environmental Health* 2021; 20(1):69. PMC8196435. *

146. Morton S, Honda T, Zimmerman E, Kirwa K, Huerta-Montanez G, Martens A, Hines M, Ondras M, Eum KD, Cordero JF, Alshawabekeh A, **Suh HH**. Non-Nutritive Suck and Airborne Metal Exposures

Among Puerto Rican Infants. *Science of Total Environment* 2021; 789:148008. PMC34082200. *

147. **Suh HH**, Meehan J, Blaisdell L, Browne L. Non-Pharmaceutical Interventions and COVID-19 Cases in US Summer Camps: Results from an American Camp Association Survey. *J Epidemiology & Community Health* 2022; 76(4):327-334. doi: 10.1136/jech-2021-216711. *

148. Eum KD, Honda TJ, Wang B, Kazemiparkouhi F, Manjourides J, Pun VC, Pavlu V, **Suh H**. Long-Term Nitrogen Dioxide Exposure and Cause-Specific Mortality in the U.S. Medicare Population. *Environmental Research* 2022; 207:112154. doi: 10.1016/j.envres.2021.112154. *

149. Honda T, Kazemiparkouhi F, Henry T, **Suh H**. Long-term $PM_{2.5}$ Exposure and Sepsis Mortality in a US Medicare Cohort. *BMJ Public Health* 2022; 22(1):1214. doi: 10.1186/s12889-022-13628-5. PMID: 35717154; PMCID: PMC9206363. *

150. Honda T, Kazemiparkouhi F, **Suh H**. The Impact of Long-Term Air Pollution Exposure on Type 1 Diabetes Mellitus-Related Mortality among U.S. Medicare Beneficiaries. *Toxics* 2023; 11(4): 336. doi: 10.3390/toxics11040336. *

151. Ochoa Scussiatto H, Wroblewski K, Pagel K, Schumm P, McClintock M, Ramanathan M, **Suh H**, Pinto J. Air pollution exposure is associated with rhinitis in older US adults via specific immune mechanisms. *International Forum of Allergy & Rhinology* 2023; doi: 10.1002/alr.23225. PMID: 37357822.

152. Xua G, Zhou X, Wang M, Zhang B, Jiang W, Laden F, **Suh HH**, Szpiro AA, Spiegelman D, Wang Z. Causal Inference with Double/Debiased Machine Learning for Evaluating the Health Effects of Multiple Mismeasured Pollutants. arXiv:2410.07135; 2024.

153. Leaffer DJ, **Suh H**, Durant JL, Tracey B, Roof C, Gute DM. Long-term measurement study of urban environmental low frequency noise. *J Expo Sci Environ Epidemiol* 2025; 35(1): 37-49. https://doi.org/10.1038/s41370-023-00599-x

154. Khanizadeh M, Naddafi K, Yunesian M, Hoek G, Nabizadeh R, **Suh H**, Niazi S, Bayat R, Momeniha F, Hassanvand MS, Faridi S. Comparison of $PM_{2.5}$ around 1893 elementary schools and kindergartens in Tehran over different time windows. *Urban Climate* 2025; 59: 102249.

155. Honda T, Henry T, Corlin L, Kirwa K, Alshawabkeh A, Varshavsky J, Kennedy W, Cordero JF, Velez Vega CM, Rosario Pabon ZY, Meeker JD, **Suh H**. Associations Between Ambient $PM_{2.5}$ and Thyroid Hormones in Pregnant Persons in Puerto Rico. *Toxics* 2025; 13(1), 58; https://doi.org/10.3390/toxics13010058 *

156. Honda T, Henry T, Porucznik CA, Corlin L, Kirwa K, Alshawabkeh A, Cordero JF, Velez Vega CM, Rosario Pabon ZY, Meeker J, **Suh H**. Associations Among $PM_{2.5}$, Corticotropin Releasing Hormone, Estriol, and Progesterone in Pregnant Persons in Puerto Rico. *Environ Research Communications* 2025; 1;7(3):031008. doi: 10.1088/2515-7620/adc0f1. *

157. Zhang B, Eum KD, Szpiro A, Zhang N, Hernandez-Ramirez RU, Spiegelman D, Wang M, **Suh H**. Exposure measurement error in air pollution health effect studies: A pooled analysis of personal exposure validation studies in 17 communities across the United States. *International J Environ Health Research* 2025, 35(11), 3473-3483. https://doi.org/10.1080/09603123.2025.2488481.

158. Zhang B, Hart JE, Laden F, Wang M, Wang Z, Xu G, Zhou X, Spiegelman D, **Suh H**, James P. The association between $PM_{2.5}$ components and cognitive decline: the impact of measurement error correction. *Environ Research* in press.

Book Chapters

35

1. **Suh HH**, Koutrakis P. Acid Aerosol Exposures and Health. In: Majumdar SK, Miller EW, Brenner FJ, eds. Environmental Contaminants, Ecosystems and Human Health. Easton, PA: Pennsylvania Academy of Science, 1995; 198-215. *

2. Evans J, Levy J, Hammitt J, Santos Burgoa C, Castillejos M, Caballero Ramírez M, Hernández Ávila M, Riojas Rodríguez H, Rojas Bracho L, Serrano Trespalacios P, Spengler JD, **Suh HH**. Health Benefits of Air Pollution Control. Air Quality in the Mexico Megacity. Alliance for Global Sustainability Bookseries Volume 2, 2002, 105-136.

3. **Suh HH**. Exposure Assessment for Environmental Epidemiology: Particulate Matter as a Case Study. In: M. Nieuwenhuijsen ed. Exposure Assessment for Environmental and Occupational Epidemiology. Oxford University Press, Oxford, England, 2003. *

4. **Suh HH**. Exposure Assessment for Environmental Epidemiology: Particulate Matter as a Case Study. In: M. Nieuwenhuijsen ed. Exposure Assessment for Environmental and Occupational Epidemiology. Second Edition, Oxford University Press, Oxford, England, 2015. *

*Major Research Support*

Completed Funded Grants (2000 -):

- "Measurement of Indoor Particulate Source Strengths Using Semi-Continuous Particulate Monitors" sponsored by the Center for Indoor Air Research (Co-Principal Investigator); Feb 1996 - June 2003. Total costs over study period: $470,976.

- "Detailed Characterization of Factors affecting Indoor $PM_{2.5}$ Concentrations" sponsored by the California Air Resources Board (Principal Investigator); March 2000 - July 2003. Total costs over study period: $599,145.

- "Characterization of Multi-Pollutant Exposures" sponsored by the Ohio Coal and Development Office, the U.S. Department of Energy, and the Electric Power Research Institute (Principal Investigator); Dec 2000 - June 2003 (EPRI); Jan 2000 -Dec 2002 (DOE). Total costs over study period: $699,375.

- "Characterization of Personal, Indoor, and Outdoor $PM_{2.5}$ Exposures: Composition and Health Effects" sponsored jointly by the Electric Power Research Institute and the American Petroleum Institute (Principal Investigator); Apr 1999 - Dec 2002. Total costs over study period: $644,442.

- "Speciation of Personal $PM_{2.5}$ Exposures for Individuals with COPD Living in the Los Angeles Metropolitan Area" sponsored by the California Air Resources Board (Principal Investigator); June 1999 - May 2002. Total costs over study period: $434,918.

- "Ambient Particle Health Effects: Exposure, Susceptibility, and Mechanisms" sponsored by the U.S. Environmental Protection Agency (Principal Investigator, Core B); June 1999 - May 2004. Total costs over study period: $9,447,015.

- "Assessing Human Exposures to Particulate Matter for High-Risk Subpopulations" sponsored by the U.S. Environmental Protection Agency (Co-Principal Investigator); Oct 1998 - Sept 2003. Total costs over study period: $1,925,000.

- "Characterization of Particulate and Gaseous Exposures for Sensitive Sub-groups Living in the Eastern U.S." sponsored by the Health Effects Institute (Co-Principal Investigator); Aug 1998 - Dec 2002. Total costs over study period: $1,104,937.

- "Ambient Particles and Cardiac Vulnerability in Humans" program project sponsored by the National Institute of Environmental Health Sciences (Co-Investigator; Speizer PI); Sept 1999 - Aug 2004.  Total costs over study period:  $7,951,579.

- "Chronic Exposure to Particle Matter and Cardiopulmonary Disease" sponsored by the U.S. EPA (Co-Investigator; Laden PI); Feb 2003 - Jan 2007.  Total costs over study period:  $358,324.

- "Heart Attacks and Traffic Pollution" sponsored by the National Institute of Environmental Health Science (Co-Investigator; Schwartz PI); Feb 2003 – Jan 2007.  Total costs over study period: $2,177,908.

-  "Novel Exposure Scenarios to Define the Health Effects of Particle Sources" sponsored by the U.S. EPA (Principal Investigator, Project 2); Oct 2005 - Sept 2010.  Total costs over study period: $4,820,427.

- "Ambient Particles and Cardiac Vulnerability in Humans" Program Project sponsored by the National Institute of Environmental Health Sciences (Principal Investigator; Core B); Nov 2005 - Oct 2010.  Total costs over study period:  $7,951,579.

- "Assessment of the Impact of Fine Particle Composition on Cause-Specific Hospital Admissions" sponsored by the Electric Power Research Institute (Principal Investigator); Feb 2007 – June 2013.  Total costs over study period:  $397,000.

- "Urban Renaissance Project (4-2 The Development of Remedial Environmental Technology)" sponsored by the Korean Ministry of Construction and Transportation (Principal Investigator), Jan 2008 – Dec 2011.  Total costs over study period:  $576,610.

- "Cardiovascular Effects of Particles:  The Role of Oxidative Stress and Metal Pathways" sponsored by the National Institutes of Health (Co-Investigator; Schwartz PI); Jan 2008 – Dec 2012.  Total costs over study period:  $1,906,100.

- "Analysis of High-Dimensional Environmental Health Data" sponsored by the National Institutes of Health (Co-Investigator; Coull PI); Sept 2007 – June 2010.

-  "Diet, Physical Activity, and the Relationship Between Air Pollution and CVD" sponsored by the National Institutes of Environmental Health Sciences (Co-Investigator; Laden PI); Oct  2009 – Sept 30, 2013.  Total costs over study period:  $1,500,000 (approximate).

- "Statistical Learning Methods for the Effects of Multiple Air Pollution Constituents"" sponsored by Health Effects Institute (Co-Investigator; Coull PI); Feb 2010 – Jan 2012.

- "The Effect of Air Pollution Control on Life Expectancy in the United States:  A Population Based Analysis of Major Metropolitan Areas" sponsored by Environmental Protection Agency (Co-Investigator; Ezzati PI); Feb 2011 – Jan 2013.  Total costs over study period:  $300,000 (approximate).

- "Data Linkages in the National Children's Study"; contract sponsored by National Institute of Child Health and Human Development (Co-Investigator; Davern PI); Sept 2010 – Aug 2015.  Subcontract costs over from Sept 2013 – Aug 2014:  Total subcontract costs over study period:  approx. $180,000.

- "Measurement Errors in Environmental Epidemiology"; RO1 sponsored by the National Institutes of Health (Co-Investigator; Speigelman PI); May 2009 – Feb 2015.   Total costs over study period $1,860,509.

37

- "Using Novel Big Data Approaches to Improve Public Health" (Suh, Principal Investigator with Aslam and Pavlu); July 2015 –September 2016; Total contract costs over study period:  $50,000.

- "Development of a Medicare Cohort Dataset for Use in Air Pollution" (Suh, Principal Investigator); sponsored by EPRI; August 15, 2014 – March 31, 2016; Total contract costs over study period: $623,868.

- "Research Opportunities for Undergraduates: Training in Environmental Health Sciences (ROUTES)" (Suh and Alshawabkeh, Principal Investigators), R25 to NIH, March 2015 – Feb 2019; Total contract costs over study period:  $530,000.

- "Impact of Air Pollution, Weather, and Lifestyle on Health in Older Americans"; RO1 sponsored by the National Institute of Environmental Health Sciences (Principal Investigator); Oct 2013 – Sept 2019; Total costs over study period $1,290,167.

- "Examination of Dose-Response Curves for Low Chronic Ambient Fine Particulate Concentrations and Mortality using the Medicare Cohort Dataset" (Suh, Principal Investigator); April 2015 – June 2017; Total contract costs over study period: $150,735.

- Center for Research on Early Childhood Exposure and Development in Puerto Rico (CRECE)" (Suh, Principal Investigator Project 1; Co-Investigator Project 2); Submited to NIEHS/EPA December 2014. Proposed period of performance:  September 2015-August 2019; Total contract costs over study period:  $4,999,537.

- "Mendelian Disease – Asthma Comorbidity to Find Subgroup-Specific Asthma Genes" (Suh, Subcontract Principal Investigator; Solway, PI, Department of Medicine, University of Chicago); R01 to NIH; Proposed period of performance:  May 2015– April 2020; Total subcontract costs over study period:  $146,742.12

- "Development of a Medicare Cohort Dataset for Use in Air Pollution – PM Components" (Suh, Principal Investigator); sponsored by EPRI; August 15, 2014 – March 31, 2016; Total contract costs over study period:  $125,402.

- "ECHO Environmental Influences on Child Health Outcomes in Puerto Rico"  (Alshawabekeh PI, Northeastern University; Suh Co-I); Period of performance: 09/01/2016 to 08/31/2023.

- "Statistical Methods to Account for Exposure Uncertainty in Environmental Epidemiology" (1R01ES026246-01) (Suh, Subcontract Principal Investigator; Spiegelman, PI, Yale School of Public Health); R01 to NIEHS; Sept 2018 – August 2023; Total subcontract costs over study period: $256,420.

Active External Grants

- "Airborne metals, neurodegeneration, and dementia in the Adult Changes in Thought study" (Suh PI, Tufts, 1R01ES035501); sponsored by NIEHS and NIA; Period of performance:  09/15/2023-6/30/2028); Total costs over study period:  $3,865,838.49.

- "From risk to resilience:  Examining the intersection of extreme weather events, community vulnerability, and health impacts" (Suh PI, Tufts, 1R01ES036731); sponsored by NIEHS; Period of performance:  09/01/2025-06/30/2030; Total costs over study period:  $3,912,304.

**TEACHING EXPERIENCE**

***Classroom Teaching***

- Lead Instructor, Biostatistics (CEE 156), Tufts University, Spring  2021-2026
- Lead Instructor, Probability and Statistics for Engineers (ES 56), Tufts University, Spring 2018, Fall 2018, Fall 2019, Spring 2020, Fall 2020
- Lead Instructor, Course Developer, Environmental Health Data Lab (CEE 152), Tufts University, Spring 2019, Fall 2019, Fall 2020, Fall 2021
- Lead Instructor, Course Developer, Environmental Epidemiology (CEE 0294C), Tufts University, Spring 2017
- Lead Instructor, Introduction to College (HSCI100), Northeastern University, Fall 2014 (16 students)
- Lead Instructor, Introduction to Environmental Health (PHTH 5214), Northeastern University, Spring 2013 (24 students)
- Lead Instructor, Directed Study, Spring 2013

  Directed study for David Sittenfeld, a doctoral student in Northeastern's Law and Public Policy Program.

- Lead Instructor, Course Developer, Principals of Population Health Research I and II (PHTH 6400, PHTH 6410), Fall and Spring 2013-2016

  Developed syllabus and lesson plans for Principals of Population Health Research I (PHTH 6400) and II (PHTH 6410), two-semester class that was approved by the Northeastern Graduate Curriculum Committee in June 2013.  Class is required for Population Health doctoral students and introduces doctoral students to research methods in population health related topics.  Class first offered Fall, Spring 2013.

- Lead Instructor, Introduction to Community and Public Health (PHTH 2350), Northeastern University, Fall 2012 (46 students)
- Lead Instructor, Course Developer, Exposure Assessment and Analytical Methods (EH 263), Harvard School of Public Health, Spring 1996-2010

  Required class for students concentrating in the Exposure, Epidemiology and Risk track; the class examines methodological issues associated with the design and execution of studies designed to measure environmental exposure to chemical and biological contaminants. As part of the class, students design and execute their own environmental health investigation, communicate methods and findings in oral presentation, report, and record class wiki format.

- Co-Instructor, Air Pollution (EH 297), Harvard School of Public Health, Spring 1996-2001

*Educational Program Activities*

- Undergraduate Advisor, Department of Civil and Environmental Engineering, Tufts University, 2020-
- Member, Graduate Program Committee, Department of Civil and Environmental Engineering, Tufts University, 2025-
- Pre-Major Advisor, School of Engineering, Tufts University, 2019-2022
- Member, Undergraduate Advising Subcommittee, School of Engineering, Tufts University, Spring 2020 -2024
- Member, Undergraduate Program Committee, Department of Civil and Environmental Engineering, Tufts University, 2016-2017, 2018-2019, 2020-2021
- Chair, Graduate Program Committee, Department of Civil and Environmental Engineering, Tufts University, 2017-2018

- <u>Director</u>, Population Health Doctoral Program, Department of Health Sciences, Bouve College of Health Sciences, 2013 – 2016.  Started and directed Population Health Doctoral Program, which matriculated its first class of four students in Fall 2013.  Responsible for recruiting, admissions, curricular, and academic policies.

- <u>Member</u>, Undergraduate Curriculum Review Committee, Health Sciences Department, Bouve College of Health Sciences, Northeastern University, 2012-2013 academic year.

- <u>Member</u>, Graduate Curriculum Committee, Bouve College of Health Sciences, Northeastern University, 2013 - present.

***Advising and Mentoring Activities***

<u>*Junior Faculty*</u>

- Primary Mentor, MyDzung Chu, Assistant Professor, Departments of Medicine and Public Health and Community Medicine, Tufts University School of Medicine, 2024-2025

- Primary Mentor, NIH K Award for Laura Corlin, PhD, School of Public Health, Tufts University, Boston, MA

- Primary Mentor, Ki-Do Eum, PhD, Research Assistant Professor, Department of Civil & Environmental Engineering, Tufts University, Medford, MA

- Mentor, Liping Lu, PhD, Assistant Professor, Department of Computer Science, Tufts University, Medford, MA, 2019-2021.

<u>*Post-Doctoral Fellows*</u>

*Supervisor*
- Sophia Le, Department of Civil and Environmental Engineering, Tufts University, Sept 2025-

- Ting Zhang, Department of Civil & Environmental Engineering, Tufts University, September 2024 -

- Kipruto Kirwa, Department of Civil & Environmental Engineering, Tufts University, September 2016 - 2017; Department of Health Sciences, Northeastern University, March– August 2016

- Ki-do Eum, Department of Civil & Environmental Engineering, Tufts University, September 2016 - 2023; Department of Health Sciences, Northeastern University, August 2015 – August 2016

- Rachel Grashow, Department of Health Sciences, Northeastern University, June 2014 – January 2015

- Chit Vivian Pun, Department of Health Sciences, Northeastern University, Nov 2014 –

- Emmanuel Baja, Harvard School of Public Health, 2011-2012
  Current position: Research Associate Professor, University of Philippines at Manila

- Jeffrey Yanosky, Harvard School of Public Health, 2007
  Current position:  Associate Professor, Dept. of Epidemiology, Pennsylvania State University at Hershey

- Amanda Wheeler, Harvard School of Public Health, 2002-2004
  Current position:  Research Fellow, Center for Ecosystem Management, Edith Cowan University, Western Australia, Australia

- Robert Canales, Harvard School of Public Health, 2002
  Current position:  Assistant Professor, Community, Environment and Policy Division, Zuckerman College of Public Health, University of Arizona

40

- Li-Te Chang, Sc.D., Harvard School of Public Health, 2001
  Current position: Associate Professor, Department of Environmental Engineering and Science, Feng Chia University, Taiwan

*Doctoral Students*

*Advisor*

- Isabel Naomi Quispe-Ishisaka, PhD, Department of Civil and Environmental Engineering, Tufts University, Sept 2025-

- Yayi Zhu, PhD, Department of Civil and Environmental Engineering, Tufts University, Sept 2024-

- Fatemeh Kazemiparkouhi, PhD, Department of Civil and Environmental Engineering, Tufts University, February 2020
  *Thesis Title*: Impact of Long-term Ozone and Fine Particle Component Exposures on Cause-Specific Mortality in the U.S."
  *Current Position*: Senior Clinical Data Scientist, ConcertAI

- Renee Wurth, PhD, Department of Health Sciences, Northeastern University, August 2017
  *Thesis Title*: "Examination of the Impact of Environmental and Dietary Exposures on the Health of Puerto Ricans"
  *Current Position*: Post-doctoral fellow, Department of Nutrition, Harvard School of Public Health

- Lindsay Tallon, PhD, Department of Health Sciences, Northeastern University, June 2017
  *Thesis Title*: "Assessing Air Pollution and Neighborhood Impacts on Vascular and Cognitive Health"
  *Current position*: Associate Professor, School of Arts and Sciences, Massachusetts College of Pharmacy and Health Sciences

- Trent Honda, PhD, Department of Health Sciences, Northeastern University, 2016
  *Thesis Title*: "Long-Term Air Pollution Exposure and Cardiovascular Risk Factors in Older Americans"
  *Current position*: Associate Dean, School of Clinical and Rehabilitation Sciences, Clinical Professor, Northeastern University, Boston, MA

- Marianthi-Anna Kioumourtzoglou, Sc.D., Harvard School of Public Health, 2013
  *Thesis Title*: "Bias, Uncertainty, and Multi-Pollutant Exposures in Air Pollution Health Effect Studies"
  *Current position*: Associate Professor, Mailman School of Public Health, Columbia University, New York, NY

- Emmanuel Baja, Sc.D., Harvard School of Public Health, 2011
  *Thesis Title*: "Assessing the Relation Between Markers of Traffic and Cardiovascular Health Using Bayesian and Frequentist Approaches"
  *Current position*: Research Professor, University of Philippines at Manila

- Paul Brochu, Sc.D., Harvard School of Public Health, 2010
  *Thesis Title*: "The Impact of Socioeconomic Position and Pollution Sources on Ambient $PM_{2.5}$"
  *Current position*: Senior Military Advisor to the Director, National Center for Medical Intelligence, Defense Intelligence Agency, US Department of Defense

- Jeffrey Yanosky, Sc.D., Harvard School of Public Health, 2007
  *Thesis Title*: Estimating Chronic Particulate and Gaseous Air Pollutant Exposures using GIS-Based Spatio-Temporal Models
  *Current position*: Associate Professor, Dept. of Public Health Sciences, Pennsylvania State University at Hershey

41

- Sara Dubowsky Adar, Sc.D., Harvard School of Public Health, 2005
  *Thesis Title*: "Acute Cardiopulmonary Responses to Traffic-Related Particles in Senior Adults of the St. Louis Bus Study"
  *Current position*: Associate Professor, Associate Chair, Dept. of Epidemiology, University of Michigan School of Public Health

- Stefanie Ebelt, Sc.D., Harvard School of Public Health, 2005
  *Thesis Title*: "Particulate Air Pollution Exposures and Impacts on Cardiovascular Health in Senior Adults"
  *Current position*: Professor, Dept. Environmental Health, Epidemiology, Rollins School of Public Health, Emory University

- Jeremy Sarnat, Sc.D., Harvard School of Public Health, 2002
  *Thesis Title*: Confounding and Exposure Error in Ambient Fine Particulate Matter Exposure Assessment
  *Current position*: Associate Professor, Dept. of Environmental Health, Rollins School of Public Health, Emory University

- Li-Te Chang, Sc.D., Harvard School of Public Health, 2001
  *Thesis Title*: Measurement and Characterization of Hourly Exposures to Fine Particles, Ozone, and Carbon Monoxide
  *Current position*: Associate Professor, Department of Environmental Engineering and Science, Feng Chia University, Taiwan

*Primary Mentor*

- Kathleen Ward Brown, Sc.D., Harvard School of Public Health, 2006
  *Thesis Title*: Characterization of Particulate and Gaseous Exposures of Sensitive Populations Living in Baltimore and Boston
  *Current position*: Staff Scientist, Environmental Health & Engineering, Inc.

- Leonora Rojas-Bracho, Sc.D., Harvard School of Public Health, 2000
  *Thesis Title*: Personal, Indoor, and Outdoor, Particulate Matter Exposures in Sensitive Populations
  *Current position*: Director General, Investigation of Urban and Regional Pollution, National Institute of Ecology of Mexico

- Eileen Abt, Sc.D., Harvard School of Public Health, 1999
  *Thesis Title*: Identification of Sources of Indoor Particles
  *Current position*: Senior Program Officer, National Academy of Sciences

- Tina Bahadori, Sc.D., Harvard School of Public Health, 1998
  *Thesis Title*: Human Particulate Exposure Assessment: Relationship Between Outdoor, Indoor and Personal Measurements
  *Current position*: National Program Director, Chemical Safety for Sustainability, US Environmental Protection Agency

*Research Committee Member*

- Doug Leaffer, PhD, Department of Civil & Environmental Engineering, Tufts University, 2024
  *Thesis Title*: Concurrent Measurement of Transportation Noise and Ultrafine Particle Emissions: Implications for Environmental Health Studies

- Zhao Dong, Sc.D., Harvard School of Public Health, 2009

42

*Thesis Title*:  Development and Application of a Tool to Determine Metal Bioavailability in Aquatic Ecosystems

- Monique Perron, Sc.D., Harvard School of Public Health, 2009
  *Thesis Title*:  Development, Application, and Evaluation of Bioavailability-Based Sediment Toxicity Assessment Tools

- Lisa Baxter, Sc.D., Harvard School of Public Health, 2007
  *Thesis Title*:  Exposure Patterns of Traffic-Related Air Pollutants Inside Urban Homes

- Jen Galvin, Sc.D., Harvard School of Public Health, 2005
  *Thesis Title*:  Use of Sensors and Indicator Approaches to Assess the Health of the Marine Environment

- Theodore Myatt, Sc.D., Harvard School of Public Health, 2003
  *Thesis Title*:  Airborne Respiratory Infection Transmission in an Office Environment

- Christopher Long, Sc.D., Harvard School of Public Health, 2000
  *Thesis Title*:  An Investigation of the Impacts of Indoor and Outdoor Particle Sources in Indoor Residential Environments

- Peter Babich, Sc.D., Harvard School of Public Health, 2000
  *Thesis Title*:  Development and Evaluation of Continuous and Integrated Methods for Measuring Fine Particulate Matter

- Jung-A Oh, Sc.D., Harvard School of Public Health, 1999
  *Thesis Title*:  Characterization and Source Apportionment of Air Pollution in Nashville, TN and Boston, MA

## *Visiting Scientists*

*Sponsor*

- Dr. Nicole Janssen, Senior Scientist, National Institute for Public Health and the Environment, Netherlands

- Dr. Victoria Blanes-Vidal, Associate Professor at the Institute of Chemical Engineering, Biotechnology and Environmental Technology (Faculty of Engineering), University of Southern Denmark

## *Masters of Science / Masters of Public Health Students*

*Advisor*
- Martha Ondras, Tufts University, 2020
- Jocelyn Hospital, Harvard School of Public Health, 2011
- Qingwei Sun, Harvard School of Public Health, 2011
- Thomas Lee, Harvard School of Public Health, 2008
- Seok Won Lee, Harvard School of Public Health, 2008
- Kayo Shibata, Harvard School of Public Health, 2007
- Candace Chiang, Harvard School of Public Health, 2002
- Swati Prakash, Harvard School of Public Health, 2000
- Usma Kham, Harvard School of Public Health, 2000

- Anjali Garg, Harvard School of Public Health, 2000
- Jason Baker, Harvard School of Public Health, 2000

*Reader*

- Samantha Kingsley, Brown University; 2013

*Undergraduate Students: Faculty Research Advisor*

- Sarah Morton, Cataldo Fellow, Tufts University, 2019-2020

**SERVICE**

*University (Tufts)*

- Chair, Tenure and Promotions Committee, School of Arts & Sciences and Engineering, Tufts University, 2025-2026
- Member, Tenure and Promotions Committee, School of Arts & Sciences and Engineering, Tufts University, 2023 –2025
- Member, Graduate Program Committee, Department of Civil & Environmental Engineering, 2024-
- Chair, Undergraduate Admissions and Financial Aid Committee, School of Arts & Sciences and Engineering, Tufts University, 2020 -2022
- Chair, Budget and Finance Committee, Schools of Arts & Sciences and Engineering, Tufts University, 2020-2022
- Member, Administration and Finance Subcommittee of the Trustees, Tufts University, 2020 - 2022
- Member, Undergraduate Advising Subcommittee, Academic Continuance Committee, School of Engineering, Tufts University, Spring 2020-2022
- Member, Admissions and Financial Aid Committee, Tufts University, 2019-2022
- Member, Budget and Priorities Committee, Tufts University, 2019-2022
- Chair, Strategic Plan Implementation Committee, School of Engineering, Tufts University, 2018 - 2021
- Member, Undergraduate Program Committee, Dept. of Civil & Environmental Engineering, School of Engineering, Tufts University, 2018-
- Member, Awards and Outreach Committee, Dept. of Civil & Environmental Engineering, School of Engineering, Tufts University, 2019-2020
- Member, Search Committee for Director of the Tufts University Data Intensive Science Center (DISC), 2017-2018
- Chair, Cross-Cutting Themes, Strategic Plan for Tufts School of Engineering, 2017-2018

*Discipline and Profession*

- Member, Neurological, Mental and Behavioral Health study section, National Institutes of Health, 2025.
- Member, National Heart, Lung, and Blood Institute (NHLBI) October Council workgroup, April 2025

- Reviewer, Promotion Case for Dr. Justin Manjourides, Bouve School of Health Sciences, Northeastern University, April 2025

- Reviewer, NIH Director's Early Independence Awards (DP5), December 2023

- Invited speaker, Symposium on "Toxicity of Air Pollutant Mixtures: Overcoming the Toxic Mixture of Spatial Misalignment, Collinearity, and Measurement Error", 2022 International Society of Environmental Epidemiology, September 2022

- Reviewer, Special Emphasis Panel (SEP) – Epidemiological Research on Current Topics in Alzheimer's Disease and Its Related Dementias, NIH, March 2022

- Reviewer, NIH Study section, US-India Collaboration, March 2020

- Expert Consultant, American Camp Association, Summer-Fall 2020

- Reviewer, NIH Review Panel, Addressing Suicide Research Study Section, National Institute of Mental Health, June 2020

- Reviewer, Promotion Case for Dr. Rima Habre, Keck School of Medicine, University of Southern California, April 2020

- Invited Speaker and Panelist, Health Effects Institute Annual Conference, Health Effects Institute, Boston, MA, April 2020

- Invited Member, Neurological, Aging and Musculoskeletal Epidemiology (NAME) Study Section, October 2017

- Speaker, NIH Partnerships for Environmental Public Health (PEPH) Webinar: Extreme Events, Environmental Health, and the Elderly, September 2017

- Invited Member, NIH Review Panel, Social Sciences and Population Health Study Section, February 2016

- Reviewer, Promotion Case for Dr. Janet Burke, US EPA, July 2016

- Reviewer, Tenure Promotion Case, Dr. Ilias Kavouras, University of Alabama at Birmingham, March 2016

- Member, NIH Review Panel, Social Sciences and Population Health Study Section, February 2016

- Reviewer, Promotion Case, Dr. Yifang Zhu, University of California at Los Angeles

- Member, US Environmental Protection Agency, Federal Advisory Human Studies Review Board (HSRB), September 2015-October 2016

- External Reviewer, Promotion Committee Dr. Yifang Zhu, UCLA, August 2015

- Member, NIH Review Panel, Centers of Excellence on Environmental Health Disparities Research Study Section, March-April 2015

- Member, NIH Review Panel, Social Sciences and Population Health Study Section, November 2014

- Member, Charter Clean Air Scientific Advisory Committee, US Environmental Protection Agency, October 15, 2009 – September 30, 2015 (reappointed October 2012)

- Member, Clean Air Scientific Advisory Committee (CASAC) Panel for Ozone, US Environmental Projection Agency, 2009-present

45

- Member, Clean Air Scientific Advisory Committee (CASAC) Panel for SOx, US Environmental Protection Agency, December 2013-September 2015

- Member, Committee on Scientific Tools and Approaches for Sustainability, National Research Council, National Academy of Science, July 2013 – September 2014

- Member, Clean Air Scientific Advisory Committee (CASAC) Panel for NOx, US Environmental Protection Agency, 2013-

- Member, Review Committee, Improving Assessment of Near-Road Exposure to Traffic Related Pollution, Health Effects Institute, May-June 2013

- Reviewer, Clean Air and My Health, US Environmental Protection Agency, October 2012

- Member, Committee to Review the Health Effects in Vietnam Veterans of Exposure to Herbicides, Institute of Medicine, National Academy of Science, April 2012 – Mar 2013.

- Invited participant, Division of Lung Diseases of the National Heart Lung of Blood Institute (NHLBI), National Institutes of Health (NIH), and the Office of Environment and Energy, Federal Aviation Administration sponsored workshop to outline biomedical population-based research questions of how aviation noise may impact health.  August 2011.

- Associate Editor, Journal of Exposure Science and Environmental Epidemiology, April 2011 – 2017.

- Member, Committee to Review the Draft IRIS Assessment on Formaldehyde, National Academy of Science, March 2010-February 2011.

- Chair, Symposium on Multiple Pollutant Health Impacts, International Society of Environmental Epidemiology Annual Conference, 2011.

- Invited Speaker, Symposium on Exposure Assessment for Environmental and Occupational Epidemiology, International Society of Exposure Science, Annual Conference, 2011.

- Reviewer, EPA Near-Road Health and Exposure Study Plan, US Environmental Protection Agency, June 2010.

- Reviewer, Stochastic Human Exposure and Dose Simulation for Particulate Matter (SHEDS-PM) Version 3.5.  US Environmental Protection Agency, November 2010.

- Member, Risk Assessment Advisory Structure of Scientific Committees and Experts, European Commission; Health and Consumers Directorate-General, 2009-2010

- Member, EPA Science Advisory Board (SAB) Committee on EPA's Report on the Environment, 2009

- Member, Executive Steering Committee, 2010 Air Pollution and Health Conference "Air Pollution and Health:  Bridging the Gap from Sources to Health Outcomes", San Diego, CA, March 2010

- Consultant, Risk Assessment Tool Kit, World Health Organization, International Programme on Chemical Safety, Summer 2009

- Member, Review Committee, Report on The Effects of Reductions in Tropospheric Ozone on the Ozone Column, UV Filtration and Skin Cancer, US EPA, 2008.

- Member, Clean Air Scientific Advisory Committee (CASAC) Panel for Particulate Matter Review, US Environmental Projection Agency, Sept 2007-present

46

- Member, Committee on Estimating Mortality Risk Reduction Benefits From Decreasing Tropospheric Ozone Exposure, National Academy of Sciences, 2007

- Consultant, Workshop on Revision of the Criteria Document on Nitrogen Dioxide, U.S. Environmental Protection Agency, Jan 2007

- Member, Publications Committee, International Society of Exposure Science

- Advisor, Environmental Advisory Committee, Korean Advanced Institute for Science and Technology, Daejon, Korea

- Member, Biodata Management and Analysis Review Panel, National Institutes of Health, June 2006.

### *Refereed Journal Reviews*

Reviewer for numerous professional journals including *Environmental Health Perspectives*, *Epidemiology*, *Indoor Air*, *Journal of Exposure Science and Environmental Epidemiology*, *Environmental Science and Technology*, *Environmental Health*, and *Atmospheric Environment.*

### *Community/Public*

- Expert Witness, NAACP and NAACP Mississippi State Conference v. X.AI and MZX Tech LLC (No. 3:26-cv-00074-MPM-JMV), retained by the Southern Environmental Law Center, 2026-

- Expert Witness, retained by Kelley, Drye Warren for the Office of the Attorney General, State of Maryland, 2025-2026

- Expert Witness, The State of Ohio, et al. v. Norfolk Southern Corporation and Norfolk Southern Railway Company, Civil Action No. 4:23CV517, retained by Kelley, Drye Warren for the State of Ohio, 2023-

- Expert Witness, The United States of America v. Denka Performance Elastomers, Inc. (DJ# 90-5-2-1-11611), retained by the US Department of Justice, 2022-2025

- Expert Witness, The United States of America v. New Indy Catawba, LLC (DJ# 90-5-2-1-12471), retained by the US Department of Justice, 2021-2022

- Expert Witness, The United States of America v. Tisbury Towing and Transportation Co., Inc. (Civil Action No. 16-CV-10769), retained by the US Department of Justice, 2017-2018

- Expert Witness, The United States of America v. R.M. Packer Co., Inc. (Civil Action No. 1:16-CV-10767), retained by the U.S. Department of Justice, 2017-2018

- Expert Witness, Portland PipeLine Corporation, et al. v. City of South Portland, Maine, et al., retained by Foley Hoag on behalf of City of South Portland, Maine, 2019

- Author, Review of "Logan Airport Health Study" prepared by the Massachusetts Department of Public Health, report to Air Inc., prepared for Environmental Health & Engineering, Inc., March 2015.

- Advisor, Assessment of Air Pollution and Health Impacts from Two Power Plants, Brevard County, Florida, 2007

- Consultant, Assembly Square Redevelopment, Somerville, MA, Environmental Health and Engineering, Inc., Newton, Massachusetts, 2006

- Invited Speaker, MA Department of Environmental Protection, Boston, MA, May 2006.

- Invited Speaker, Transportation and Public Health Meeting, Metropolitan Air Pollution Council, Boston, MA, April 2006.

**Attachment 2.  Publications from Last Ten Years**

49

**Publications from Last Ten Years**

- Ajmani GS, **Suh HH**, Pinto JM. Effects of ambient air pollution exposure on olfaction: A Review. *Environ Health Perspect* 2016; 124(11):1683-1693. Epub 2016 Jun 10.. DOI: 10.1289/EHP136

- Adams DR, Ajmani GS, Pun VC, Wroblewski KE, Kern DW, Schumm LP, McClintock MK, **Suh HH**, Pinto JM. Nitrogen dioxide pollution exposure is associated with olfactory dysfunction in older US adults. *International Forum Allergy Rhinology* 2016; 6(12):1245-1252. doi: 10.1002/alr.21829. PMID:27620703

- Ajmani G, **Suh H**, Yanosky J, Pinto J. Fine particulate matter exposure and olfactory dysfunction among urban-dwelling older US adults. *Environmental Research* 2016; 151:797-803. doi: 10.1016/j.envres.2016.09.012.

- Cantuaria ML, **Suh H**, Lofstrom P, Blanes-Vidal V. Characterization of exposure in epidemiological studies on air pollution from biodegradable wastes: Misclassification and comparison of exposure assessment strategies. *International Journal of Hygiene and Environmental Health* 2016; 219(8): 770-779.

- Pun VC, Manjourides J, **Suh H**. Association of ambient air pollution with depressive and anxiety symptoms in older adults: results from the NSHAP study. *Environ Health Perspect* 2017; 125(3); 342-348. DOI:10.1289/EHP494 *

- Pun VC, Kazemiparkouhi F, Manjourides J, **Suh HH**. Long-Term $PM_{2.5}$ Exposures and Respiratory, Cancer and Cardiovascular Mortality in American Older Adults. *American Journal of Epidemiology* 2017; 186(8):961-969. PMID: 28541385 doi: 10.1093/aje/kwx166. https://doi.org/10.1093/aje/kwx166. *

- Honda T, Pun VC, Manjourides J, **Suh HH**. Anemia Prevalence and Hemoglobin Levels are Associated with Long-Term Exposure to Air Pollution in an Older Population. *Environmental International* 2017; 101:125-132. doi: 10.1016/j.envint.2017.01.017. *

- Tallon LA, Manjourides J, Pun VC, Mittleman MA, Kioumourtzoglou MA, Coull B, **Suh HH**. Erectile Dysfunction and Exposure to Ambient Air Pollution in a Nationally Representative Cohort of Older Men. *Environmental Health* 2017; 16:12. DOI: 10.1186/s12940-017-0216. *

- Ajmani G, **Suh H**, Wroblewski H, Pinto J. Smoking and Olfactory Dysfunction: a Systematic Literature Review and Meta-Analysis. *The Laryngoscope* 2017; 127(8):1753-1761. doi: 10.1002/lary.26558.

- Tallon LA, Pun VC, Manjourides J, Salhi C, **Suh HH**. Cognitive Impacts of Ambient Air Pollution in the National Social Health and Aging Project (NSHAP) Cohort. *Environment International* 2017; 104-102-109. https://doi.org/10.1016/j.envint.2017.03.019 PMC6022397 *

- Honda T, Eliot M, Eaton CB, Mu L, **Suh H**, Szpiro A, Kaufman J, Vedal S, Wellenius GA. Long-term exposure to residential ambient fine and coarse particulate matter and incident hypertension in post-menopausal women. *Environment International* 2017; 105:79-85. doi: 10.1016/j.envint.2017.05.009.

- Honda T, Pun V, Manjourides J, **Suh H**. Associations between long-term exposure to air

50

pollution, glycosylated hemoglobin and diabetes. *International Journal of Hygiene and Environmental Health* 2017; 220: 1124-1132. doi: 10.1016/j.ijheh.2017.06.004. PMC5580354 *

- Weinberger KR, Kirwa K, Eliot MN, Gold J, **Suh HH**, Wellenius GA. Projected changes in temperature-related morbidity and mortality in Southern New England. *Epidemiology* 2018; 29(4): 473-481.

- Eum K, **Suh HH**, Pun VC, Manjourides J. Impact of long-term temporal trends in fine particulate matter (PM$_{2.5}$) on associations of annual PM$_{2.5}$ exposure and mortality: An analysis of over 20 million Medicare beneficiaries. *Environmental Epidemiology* 2018; 2(2); e009. doi: 10.1097/EE9.0000000000000009 *

- Honda T, Pun V, Manjourides J, **Suh H**. Associations of long-term fine particulate matter exposure with prevalent hypertension and increased blood pressure in older Americans. *Environmental Research* 2018; 164: 1-8. PMC5911215 *

- Pun VC, Manjourides J, **Suh HH**. Association of neighborhood greenness with self-perceived stress, depression and anxiety symptoms in older U.S. adults. *Environmental Health* 2018; 17:39. https://doi.org/10.1186/s12940-018-0381-2 *

- Wurth R, Kioumourtzoglou MA, Tucker KL, Griffith J, Manjourides J, **Suh H**. Fine particle sources and cognitive function in an older Puerto Rican cohort in greater Boston. *Environmental Epidemiology* 2018; 2(3): e022. doi: 10.1097/EE9.0000000000000022 *

- Jhun I, Kim J, Cho B, Gold DR, Schwartz J, Coull BA, Zanobetti Z, Rice MB, Mittleman MA, Garshick E, Vokonas P, Bind MA, Wilker E, Dominici F, **Suh H**, Koutrakis P. Synthesis of Harvard EPA Center Studies on Traffic-Related Cardiovascular Outcomes in New England. *Journal of the Air & Waste Management Association* 2019; 69(8): 900-917. PMID: 30888266.

- Pun VC, Manjourides J, **Suh HH**. Close proximity to roadway and urbanicity associated with mental ill-health in older adults. *Science of the Total Environment* 2019; 658: 854-860. PMC7004241*

- Eum KD, Kazemiparkouhi F, Wang, B, Manjourides J, **Suh HH**. Long-Term NO$_2$ Exposures and Cause-specific Mortality in American Older Adults. *Environmental International* 2019 124:10-15. doi: 10.1016/j.envint.2018.12.060. *

- Kazemiparkouhi F, Eum KD, Wang B, Manjourides J, **Suh HH**. Long-term ozone exposures and cause-specific mortality in a US Medicare cohort. *Journal of Exposure Science Environmental Epidemiology* 2019. PMID: 30992518; https://doi.org/10.1038/s41370-019-0135-4 *

- Kirwa K, McConnell-Rios R, Manjourides J, Cordero J, Alshawabekeh A, **Suh HH**. Low birth weight and PM$_{2.5}$ in Puerto Rico. *Environmental Epidemiology* 2019; 3(4):2474-7882. PMC7039618 *

- Honda T, Manjourides J, **Suh H**. Daily ambient temperature is associated with biomarkers of kidney injury in older Americans. *Environmental Research* 2019; 179(Pt A):108790. doi: 10.1016/j.envres.2019.108790. PMC6893879 *

- Wang B, Eum K, Kazemiparkouhi F, Li C, Manjourides J, Pavlu V, **Suh HH**. The impact of

51

long-term PM$_{2.5}$ exposure on specific causes of death: exposure-response curves and effect modification among 53 million U.S. Medicare beneficiaries. *Environ Health* 2020; 19: 20. https://doi.org/10.1186/s12940-020-00575-0 *

- Manjourides J, Zimmerman E, Watkins D, Carpenito T, Velez-Vega C, Huerta-Montanez G, Rosario Z, Ayala I, Vergara C, Feric Z, Ondras M, **Suh HH**, Gu AZ, Brown P, Cordero JF, Meeker JD, Alshawabkeh A. Cohort profile: Center for Research on Early Childhood Exposures in Puerto Rico (CRECE). *BMJ Open* 2020;10: e036389. doi:10.1136/bmjopen-2019-036389.

- **Suh HH**, Meehan J, Blaisdell L, Browne L. Effectiveness of Non-Pharmaceutical Interventions on Child and Staff COVID-19 Cases in US Summer Camps. *medXriv* 2021. https://doi.org/10.1101/2021.02.18.21250271 *

- Kirwa K, Feric Z, Manjourides J, Alshawabekeh A, Velez Vega CM, Cordero JF, Meeker JD, **Suh HH**. Preterm birth and PM$_{2.5}$ in Puerto Rico: Evidence from the PROTECT birth cohort. *Environmental Health* 2021; 20(1):69. PMC8196435. *

- Morton S, Honda T, Zimmerman E, Kirwa K, Huerta-Montanez G, Martens A, Hines M, Ondras M, Eum KD, Cordero JF, Alshawabekeh A, **Suh HH**. Non-Nutritive Suck and Airborne Metal Exposures Among Puerto Rican Infants. *Science of Total Environment* 2021; 789:148008. PMC34082200. *

- **Suh HH**, Meehan J, Blaisdell L, Browne L. Non-Pharmaceutical Interventions and COVID-19 Cases in US Summer Camps: Results from an American Camp Association Survey. *J Epidemiology & Community Health* 2022; 76(4):327-334. doi: 10.1136/jech-2021-216711. *

- Eum KD, Honda TJ, Wang B, Kazemiparkouhi F, Manjourides J, Pun VC, Pavlu V, **Suh H**. Long-Term Nitrogen Dioxide Exposure and Cause-Specific Mortality in the U.S. Medicare Population. *Environmental Research* 2022; 207:112154. doi: 10.1016/j.envres.2021.112154. *

- Honda T, Kazemiparkouhi F, Henry T, **Suh H**. Long-term PM$_{2.5}$ Exposure and Sepsis Mortality in a US Medicare Cohort. *BMJ Public Health* 2022; 22(1):1214. doi: 10.1186/s12889-022-13628-5. PMID: 35717154; PMCID: PMC9206363. *

- Honda T, Kazemiparkouhi F, **Suh H**. The Impact of Long-Term Air Pollution Exposure on Type 1 Diabetes Mellitus-Related Mortality among U.S. Medicare Beneficiaries. *Toxics* 2023; 11(4): 336. doi: 10.3390/toxics11040336. *

- Ochoa Scussiatto H, Wroblewski K, Pagel K, Schumm P, McClintock M, Ramanathan M, **Suh H**, Pinto J. Air pollution exposure is associated with rhinitis in older US adults via specific immune mechanisms. *International Forum of Allergy & Rhinology* 2023; doi: 10.1002/alr.23225. PMID: 37357822.

- Xua G, Zhou X, Wang M, Zhang B, Jiang W, Laden F, **Suh HH**, Szpiro AA, Spiegelman D, Wang Z. Causal Inference with Double/Debiased Machine Learning for Evaluating the Health Effects of Multiple Mismeasured Pollutants. arXiv:2410.07135; 2024.

- Leaffer DJ, **Suh H**, Durant JL, Tracey B, Roof C, Gute DM. Long-term measurement study of urban environmental low frequency noise. *J Expo Sci Environ Epidemiol* 2025; 35(1): 37-49. https://doi.org/10.1038/s41370-023-00599-x

- Khanizadeh M, Naddafi K, Yunesian M, Hoek G, Nabizadeh R, **Suh H**, Niazi S, Bayat R, Momeniha F, Hassanvand MS, Faridi S. Comparison of $PM_{2.5}$ around 1893 elementary schools and kindergartens in Tehran over different time windows. *Urban Climate* 2025; 59: 102249.

- Honda T, Henry T, Corlin L, Kirwa K, Alshawabkeh A, Varshavsky J, Kennedy W, Cordero JF, Velez Vega CM, Rosario Pabon ZY, Meeker JD, **Suh H**. Associations Between Ambient $PM_{2.5}$ and Thyroid Hormones in Pregnant Persons in Puerto Rico. *Toxics* 2025; 13(1), 58; https://doi.org/10.3390/toxics13010058 *

- Honda T, Henry T, Porucznik CA, Corlin L, Kirwa K, Alshawabkeh A, Cordero JF, Velez Vega CM, Rosario Pabon ZY, Meeker J, **Suh H**. Associations Among $PM_{2.5}$, Corticotropin Releasing Hormone, Estriol, and Progesterone in Pregnant Persons in Puerto Rico. *Environ Research Communications* 2025; 1;7(3):031008. doi: 10.1088/2515-7620/adc0f1. *

- Zhang B, Eum KD, Szpiro A, Zhang N, Hernandez-Ramirez RU, Spiegelman D, Wang M, **Suh H**. Exposure measurement error in air pollution health effect studies: A pooled analysis of personal exposure validation studies in 17 communities across the United States. *International J Environ Health Research* 2025, 35(11), 3473-3483. https://doi.org/10.1080/09603123.2025.2488481.

- Zhang B, Hart JE, Laden F, Wang M, Wang Z, Xu G, Zhou X, Spiegelman D, **Suh H**, James P. The association between $PM_{2.5}$ components and cognitive decline: the impact of measurement error correction. *Environ Research* in press.

53

**Attachment 3.  Expert Testimony from Prior Four Years**

**Expert Testimony from Prior Four Years**

- Expert Witness, NAACP and NAACP Mississippi State Conference v. X.AI and MZX Tech LLC (No. 3:26-cv-00074-MPM-JMV), retained by the Southern Environmental Law Center, 2026-

- Expert Witness, retained by Kelley, Drye Warren for the Office of the Attorney General, State of Maryland, 2025-2026

- Expert Witness, The State of Ohio, et al. v. Norfolk Southern Corporation and Norfolk Southern Railway Company, Civil Action No. 4:23CV517, retained by Kelley, Drye Warren for the State of Ohio, 2023-

- Expert Witness, The United States of America v. Denka Performance Elastomers, Inc. (DJ# 90-5-2-1-11611), retained by the US Department of Justice, 2022-2025

55