**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | | |
|---|---|---|
| NAACP and NACCP MISSISSIPPI STATE CONFERENCE, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:26-cv-00074-MPM-JMV |
| v. | ) ) ) | |
| X.AI and MZX TECH LLC, | ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS
BY ATTORENY P. RYAN BECKETT**

Comes now Attorney P. Ryan Beckett and provides notice to the Court and to all parties

that he represents Defendants X.ai and MZX Tech LLC.  Mr. Beckett is admitted to practice in

Mississippi and this District and may be contacted at:

P. Ryan Beckett, Esq. (MS 99524)
Butler Snow LLP
1020 Highland Colony Parkway, Ste. 1400
Ridgeland, MS 39157
(601) 948-5177
(601) 985-4500 (fax)
ryan.beckett@butlersnow.com

**BUTLER SNOW LLP**

By: _s/ P. Ryan Beckett_
    P. RYAN BECKETT (MS 99524)

Attorneys for Defendant X.ai and MZX Tech LLC
1020 Highland Colony Parkway, Ste. 1400
Ridgeland, MS 39157
(601) 985-4000
(601) 985-4500 (fax)
ryan.beckett@butlersnow.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this pleading has been served via the Court's CM/ECF system, this the 7th day of May upon:

Carroll Rhodes (MS Bar No. 5314)
MISSISSIPPI STATE CONFERENCE OF THE NAACP
119 Downing St
Hazlehurst, MS 39083
crhode@bellsout.net
Phone: 601-894-4323

Mary Rock (IL Bar No. 6332240)
*(Pro Hae Vice)*
Elias L. Quinn (CO Bar No. 42159)
*(Pro Hae Vice)* - Lead Counsel
EARTHJUSTICE
D..C. Regional Office
1250 I Street, 4th Floor
Washington, DC 20005
mrnck@eai1hjustice.org
equinn@ea1thjustice.org
Phone: 202-667-4500

Lauren Godshall (LA Bar No. 31465)
*(Pro Hae Vice)*
Rebecca Ramirez (TX Bai· No. 24126749)
*(Pro Hae Vice)*
EARTHJUSTICE
Gulf Regional Office
845 Texas Ave., Suite 200
Houston, TX 77002
lgodshall@earthjustice.org
rramirez@eruthjustice.org
Phone: 773-828-0836

2

Benjamin Grillot (DC Bar. No. 982114)
*(Pro Hae Vice)* -  Lead Counsel
Southern Environmental Law Center
500 New Jersey Ave., Suite 600
Washington, DC 20001
bgrillot@selc.org
Phone: 202-828-8382

Patrick Anderson (GA Bar No. 226260)
*(Pro Hae Vice)*
Southern Environmental Law Center
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
panderson@selc.org
Phone:  404-521-9900

Elizabeth Putfark (VA Bar No. 100358)
*(Pro Hae Vice)*
Southern Environmental Law Center
119 Garrett Street, Suite 400
Charlottesville, VA 22902
eputfark@selc.org
Phone:  434-977-4090

By: *s/ P. Ryan Beckett*
P. RYAN BECKETT (MS 99524)

100687581.v1

3