# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

| | | |
|---|---|---|
| NAACP and NACCP MISSISSIPPI STATE CONFERENCE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 3:26-cv-00074-MPM-JMV |
| X.AI and MZX TECH LLC, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS
## BY ATTORENY DANIEL W. VAN HORN

Comes now Attorney Daniel W. Van Horn and provides notice to the Court and to all

parties that he represents Defendants X.ai and MZX Tech LLC.  Mr. Van Horn is admitted to

practice in Mississippi and this District and may be contacted at:

Daniel W. Van Horn, Esq. (MS 102105)
Butler Snow LLP
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 (fax)
danny.vanhorn@butlersnow.com

**BUTLER SNOW LLP**

By: *s/ Daniel W. Van Horn*
    DANIEL W. VAN HORN (MS 102105)

Attorneys for Defendant X.ai and MZX Tech LLC
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7200
(901) 680-7201 (fax)
danny.vanhorn@butlersnow.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of this pleading has been served via the Court's CM/ECF system, this the 7th day of May upon:

Carroll Rhodes (MS Bar No. 5314)
MISSISSIPPI STATE CONFERENCE OF THE NAACP
119 Downing St
Hazlehurst, MS 39083
crhode@bellsout.net
Phone: 601-894-4323

Mary Rock (IL Bar No. 6332240)
*(Pro Hae Vice)*
Elias L. Quinn (CO Bar No. 42159)
*(Pro Hae Vice)* - Lead Counsel
EARTHJUSTICE
D..C. Regional Office
1250 I Street, 4th Floor
Washington, DC 20005
mrnck@eai1hjustice.org
equinn@ea1thjustice.org
Phone: 202-667-4500

Lauren Godshall (LA Bar No. 31465)
*(Pro Hae Vice)*
Rebecca Ramirez (TX Bai· No. 24126749)
*(Pro Hae Vice)*
EARTHJUSTICE
Gulf Regional Office
845 Texas Ave., Suite 200
Houston, TX 77002
lgodshall@earthjustice.org
rramirez@eruthjustice.org
Phone: 773-828-0836

2

Benjamin Grillot (DC Bar. No. 982114)
*(Pro Hae Vice)* - Lead Counsel
Southern Environmental Law Center
500 New Jersey Ave., Suite 600
Washington, DC 20001
bgrillot@selc.org
Phone: 202-828-8382

Patrick Anderson (GA Bar No. 226260)
*(Pro Hae Vice)*
Southern Environmental Law Center
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
panderson@selc.org
Phone: 404-521-9900

Elizabeth Putfark (VA Bar No. 100358)
*(Pro Hae Vice)*
Southern Environmental Law Center
119 Garrett Street, Suite 400
Charlottesville, VA 22902
eputfark@selc.org
Phone: 434-977-4090

By: *s/ Daniel W. Van Horn*
DANIEL W. VAN HORN (MS 102105)

100687460.v1

3