FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI


NAACP et al.,                        Plaintiff

v.                                                          CIVIL ACTION       3:26-cv-00074-MPM-JMV
                                                            NO.


X.AI CORP. and MZX TECH LLC         Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)   Name:              Patrick D. Traylor

      Firm Name:         Vinson & Elkins LLP


      Office Address:    2200 Pennsylvania Ave., NW, Suite 500 West

      City:              Washington          State DC          Zip 20037

      Telephone:         202-639-6734         Fax: 202-639-6604

      E-Mail:            ptraylor@velaw.com


(B)   Client(s):         x.AI Corp. and MZX Tech LLC

      Address:           1450 Page Mill Road

      City:              Palo Alto            State CA          Zip 94304

      Telephone:                              Fax:


The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Yes, I have prior and continuing representations in other matters of one or more of the clients I propose to represent, but those matters are separate from the proceeding for which I seek admission.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I have practiced Clean Air Act law for over thirty years, including representing numerous companies in response to federal, state, and citizen suit enforcement matters arising under the Clean Air Act. From June 2017 to October 2019, I was the Deputy Assistant Administrator for the EPA's Office of Enforcement and Compliance Assurance where I oversaw the EPA's nationwide Clean Air Act enforcement docket.

(C)     I am admitted to practice in the:

☑     State of __TX & NM__

☑     District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

New Mexico Supreme Court             DC Bar
237 Don Gaspar Ave STE 104           901 4th Street, NW
Santa Fe, NM  87501                  Washington, D.C. 20001
505-827-4860                         202-737-4700
https://supremecourt.nmcourts.gov/   https://www.dcbar.org/

TX State Bar, 1414 Colorado St., Austin, TX 78701, 512-427-1463, https://www.texasbar.com

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| Supreme Court of the United States | February 24, 2014 |
| U.S. Court of Appeals, D.C. Circuit | July 20, 2001 |
| U.S. Court of Appeals, Eighth Circuit | June 25, 2012 |
| U.S. Court of Appeals, Tenth Circuit | February 1, 2011 |
| U.S. District Court, Southern District of Texas | October 12, 2016 |
| U.S. District Court, District of North Dakota | July 1, 2011 |
| U.S. District Court, District of Colorado | April 1, 2011 |
| Court of International Trade | July 11, 2006 |
| U.S. District Court, District of New Mexico | February 25, 2025 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

Not applicable.

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

Not applicable.

|  | Yes | No |
|---|---|---|

(F)  Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders?  ○ Yes  ◉ No

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

Not applicable.

(G)  Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

None

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

None

|  | Yes | No |
|---|---|---|
| (I)   Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     P. Ryan Beckett, MB #99524

Firm Name:    Butler Snow LLP

Office Address:   1020 Highland Colony Parkway, Suite 1400

City:  Ridgeland          State:  MS          Zip: 39157

Telephone: (601) 948-5711          Fax:   (601) 985-4500

Email address:  ryan.beckett@butlersnow.com

FORM 6 (ND/SD MISS. DEC. 2016)

(K)     The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

May 7, 2026
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the _____7th_____ day of _____May_____, 20__26__.

_____
Resident Attorney

6