**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NAACP and NAACP MISSISSIPPI
STATE CONFERENCE**                                                          **PLAINTIFFS**

**v.**                                                          **No. 3:26-cv-00074-MPM-JMV**

**X.AI and MZX TECH LLC**                                                          **DEFENDANTS**

## ORDER OF RECUSAL

The above styled and numbered cause was assigned to United States District Judge Michael P. Mills on April 14, 2026. Judge Mills, on his own motion, hereby RECUSES himself from this cause.

IT IS, THEREFORE, ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

SO ORDERED, this the 8th day of May, 2026.

  /s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI