**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NATIONAL ASSOCIATION FOR THE**             **PLAINTIFFS**
**THE ADVANCEMENT OF COLORED
PEOPLE and MISSISSIPPI STATE
CONFERENCE of the NAACP**

**V.**                                           **NO. 3:26-CV-74-DMB-JMV**

**X.AI CORP. and MZX TECH LLC**             **DEFENDANTS**

## **NOTICE**

TAKE NOTICE that a proceeding in this case has been SET as follows:

| Date and Time |
|---|
| **May 13, 2026**<br>**4:00 p.m.** |

Type of Proceeding

**TELEPHONIC STATUS CONFERENCE
BEFORE CHIEF U. S. DISTRICT JUDGE DEBRA M. BROWN**

**CALL-IN INFORMATION WILL BE PROVIDED TO COUNSEL BY E-MAIL**

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
       LaToya L. Davis, Courtroom Deputy

Date:   May 13, 2026

Electronic notice only to:
All Counsel of Record

Questions should be directed to Judge_Brown@msnd.uscourts.gov