

# United States Department of Justice

United States Attorney
Northern District of Mississippi

900 Jefferson Avenue
Oxford, Mississippi 38655

Telephone: 662.234.3351
Facsimile: 662.234.3318

May 13, 2026

ecf_information@msnd.uscourts.gov

Honorable Daniel H. McHugh
Clerk of the Court
#369 Federal Building
911 Jackson Avenue
Oxford, MS 38655-3622

Re:  Introduction of Adam R.F. Gustafson, Principal Deputy Assistant Attorney
General, U S. Department of Justice, Environmental and Natural
Resources Division in re:

*NAACP and NAACP Mississippi State Conference v. xAI and MZX Tech LLC*
Civil Action No.: 3:26-cv-00074-DMB-JMV

Dear Mr. McHugh:

Pursuant to Local Uniform Civil Rule 83.1(d)(10), this letter is to serve as an
introduction of Adam R.F. Gustafson, Principal Deputy Assistant Attorney General, U. S.
Department of Justice, Environmental and Natural Resources Division, who will be
representing the United States in the above referenced civil action to be filed in the
United States District Court for the Northern District of Mississippi.

Contact information for Adam R.F. Gustafson is as follows:

Adam R.F. Gustafson
Principal Deputy Assistant Attorney General
U. S. Department of Justice
Environmental and Natural Resources Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Email:      adam.gustafson@usdoj.gov
Phone:      202-718-0703
State Bar:  Virginia, Virginia Bar No. 78538

May 13, 2026
Page 2

As always, if the court needs anything else in this matter, please contact me at 662-238-7648.

Sincerely,

Scott F. Leary
United States Attorney

John E. Gough, Jr.
Assistant U. S. Attorney, MSND

JEG/rcg
cc:     Mr. Adam R.F. Gustafson (adam.gustafson @usdoj.gov)