**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | | |
|---|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:26-cv-00074-DMB-JMV |
| v. | ) ) | |
| X.AI and MZX TECH LLC, | ) ) | |
| Defendants. | ) | |

**NOTICE OF UNITED STATES' EVALUATION OF POSSIBLE INTERVENTION OR AMICUS PARTICIPATION AND SUPPORT FOR DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DOC. 20]**

The United States provides notice that it is evaluating possible intervention or amicus participation in this lawsuit. To facilitate that evaluation, the United States respectfully requests that the Court grant Defendants' motion for extension of time to respond to Plaintiffs' preliminary injunction motion, *see* Doc. 27, and allow the United States until June 29, 2026, to file any response to Plaintiffs' motion for preliminary injunction and to Defendants' anticipated motion to dismiss. If the United States determines not to intervene or otherwise participate at this stage, it will notify the Court accordingly by June 29, 2026.

Plaintiffs' citizen enforcement suit under 42 U.S.C. § 7604 alleges that Defendants' operation of temporary power generators serving nearby data centers violates the Clean Air Act. This case concerns the interpretation and application of the Clean Air Act, 42 U.S.C. § 7401 *et seq.*, as well as other legal and policy questions as to which the United States has a substantial interest, including its priorities with respect to promotion of artificial intelligence

infrastructure. As set forth in Executive Order 14179 titled "Removing Barriers to American Leadership in Artificial Intelligence," it is the policy of the United States to sustain and enhance America's global AI dominance in order to promote human flourishing, economic competitiveness, and national security. 90 Fed. Reg. 8741 (Jan. 23, 2025).

Under the Clean Air Act, the United States Department of Justice (DOJ) and EPA must be served a copy of any citizen suit complaint. 42 U.S.C. § 7604(c)(3). Notice provides the United States an opportunity to intervene where a ruling or decree would be inconsistent with the government's enforcement program. *See* S. Rep. No. 50 at 28, 99th Cong. 1st Sess. (1985).

Plaintiffs filed this action on April 14, 2026. A copy of their complaint has not yet been received by the unit within DOJ's Environment and Natural Resources Division that processes citizen suits, and DOJ only recently became aware of this lawsuit by other means. On May 6, 2026, Plaintiffs filed a motion for preliminary injunction, asking this Court to take the extraordinary step of enjoining before judgment the continued operation of certain temporary power generation equipment at a property owned by MZX in DeSoto County, Mississippi, that has been serving nearby data centers since August 2025.

The United States has now begun evaluating this suit for possible intervention or amicus participation. Pursuant to 42 U.S.C. § 7604(c)(2), the United States "may intervene as a matter of right at any time in the proceeding." Determining whether to intervene requires extensive coordination within DOJ and EPA, among other agencies, including but not limited to analyzing the complaint and the practical implications of this lawsuit.

To enable the United States to undertake this evaluation, the United States supports Defendants' request for an extension of time to June 15, 2026, to respond to Plaintiffs'

preliminary injunction. By that same date, Defendant has also indicated it will file a motion to dismiss. The United States therefore requests that the Court allow the United States until June 29, 2026, to file any responses to Plaintiffs and Defendants' motions. If the United States determines not to intervene or otherwise participate in the briefing of these motions, it will notify the Court accordingly by June 29, 2026.

Respectfully submitted,

/s/ *Adam R.F. Gustafson*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 616-3088
Email: adam.gustafson@usdoj.gov

3