IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CIVIL MINUTES - GENERAL**

No. 3:26-cv-74

National Association for the Advancement of Colored People, et al. v. X.AI Corp., et al.

Place Held: Greenville, Mississippi

Date & Time Began:  May 13, 2026, 4:03 p.m.
Date & Time Ended:  May 13, 2026, 4:50 p.m.

TOTAL TIME: 47 minutes

HONORABLE DEBRA M. BROWN, CHIEF U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| LaToya L. Davis | Brenda Blackburn |
| Courtroom Deputy | Official Court Reporter |
| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
| Elias Quinn | Patrick Beckett |
| Benjamin Grillot | Patrick Traylor |
| Carroll Rhodes | |

Proceedings:   Telephonic Status Conference

Remarks:   Conference held. Parties are to submit proposed briefing schedule to the Court by e-mail to chambers no later than May 15, 2026.

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
      LaToya L. Davis, Courtroom Deputy