**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | | |
|---|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:26-cv-00074-DMB-JMV |
| X.AI CORP. and MZX TECH LLC, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS
BY ATTORNEY JEREMY C. MARWELL**

Comes now Attorney Jeremy C. Marwell and provides notice to the Court and to all parties that he represents Defendants X.AI Corp. and MZX Tech LLC. Mr. Marwell is admitted as counsel *pro hac vice* on behalf of Defendants X.AI Corp. and MZX Tech LLC and may be contacted at:

Jeremy C. Marwell (admitted *pro hac vice*)
Vinson & Elkins LLP
2200 Pennsylvania Ave., NW, Suite 500 West
Washington, DC 20037
(202) 639-6507
(202) 639-6604 (fax)
jmarwell@velaw.com

**VINSON & ELKINS LLP**

By: *s/ Jeremy C. Marwell*
 JEREMY C. MARWELL (admitted *pro hac vice*)

Attorney for Defendant X.AI Corp. and MZX Tech LLC
2200 Pennsylvania Ave., NW, Suite 500 West
Washington, DC 20037
(202) 639-6507
(202) 639-6604 (fax)
jmarwell@velaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this pleading has been served via the Court's CM/ECF system, this the 19th day of May upon:

Carroll Rhodes
Mississippi State Conference of the NAACP
119 Downing St
Hazlehurst, MS 39083
crhode@bellsouth.net
Phone: 601-894-4323

Mary Rock
*(Pro Hac Vice)*
Elias L. Quinn
*(Pro Hac Vice)* - Lead Counsel
EARTHJUSTICE
D..C. Regional Office
1250 I Street, 4th Floor
Washington, DC 20005
mrock@earthjustice.org
equinn@earthjustice.org
Phone: 202-667-4500

Lauren Godshall
*(Pro Hac Vice)*
Rebecca Ramirez
*(Pro Hac Vice)*
EARTHJUSTICE
Gulf Regional Office
845 Texas Ave., Suite 200
Houston, TX 77002
lgodshall@earthjustice.org
rramirez@earthjustice.org
Phone: 773-828-0836

Benjamin Grillot
*(Pro Hac Vice)* -  Lead Counsel
Southern Environmental Law Center
500 New Jersey Ave., Suite 600
Washington, DC 20001
bgrillot@selc.org
Phone: 202-828-8382

Patrick Anderson
*(Pro Hac Vice)*
Southern Environmental Law Center
Ten 10th Street NW, Suite 1050
Atlanta, GA 30307
panderson@selc.org
Phone:  404-521-9900

Elizabeth Putfark
*(Pro Hac Vice)*
Southern Environmental Law Center
120 Garrett Street, Suite 400
Charlottesville, VA 22902
eputfark@selcva.org
Phone:  434-977-4090

*s/ Jeremy C. Marwell*
JEREMY C. MARWELL (admitted *pro hac vice*)