**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

NATIONAL ASSOCIATION FOR                                    PLAINTIFFS
THE ADVANCEMENT OF COLORED
PEOPLE; and MISSISSIPPI STATE
CONFERENCE OF THE NAACP

V.                                                          NO. 3:26-CV-74-DMB-JMV

X.AI CORP.; and MZX TECH LLC                                DEFENDANTS

**ORDER**

On May 6, 2026, the plaintiffs filed a motion for a preliminary injunction. Doc. #20. The Court held a telephonic status conference on May 13 to discuss briefing on the preliminary injunction motion and the defendants' anticipated motion to dismiss. Pursuant to that discussion and the jointly proposed schedule submitted to the Court by e-mail:

1.    The defendants may respond to the preliminary injunction motion no later than June 15, 2026; and the plaintiffs may reply no later than July 10, 2026.

2.    The defendants may file a motion to dismiss no later than June 15, 2026. If the defendants file a motion to dismiss, the plaintiffs may respond no later than July 10, 2026; and the defendants may reply no later than July 24, 2026.

3.    If the United States decides to participate in this case, any intervention papers, substantive motions, and/or amicus briefs by the United States must be filed no later than June 15, 2026. Any response to such filings is due no later than July 10, 2026; and the United States may reply no later than July 24, 2026.

4.    A hearing on the motion for preliminary injunction will be set for August 24–25,

2026.[1]

Given the briefing schedule above, the defendants' motion for an extension to respond to the preliminary injunction motion [27] is **DENIED as moot**.

**SO ORDERED**, this 20th day of May, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] August 24–25 is the only hearing date option that the parties provided to the Court. The parties are advised that the Court has a criminal trial set to begin August 24, 2026. If that criminal trial does indeed proceed, it will take priority over the preliminary injunction hearing. So, the parties are encouraged to discuss other mutually available dates for the hearing and provide them to the Court.