## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

NATIONAL ASSOCIATION FOR                                       PLAINTIFFS
THE ADVANCEMENT OF COLORED
PEOPLE; and MISSISSIPPI STATE
CONFERENCE OF THE NAACP

V.                                                    NO. 3:26-CV-74-DMB-JMV

X.AI CORP.; and MZX TECH LLC                                   DEFENDANTS

## NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

| Place | Date and Time |
|---|---|
| **United States Federal Building** | **August 24, 2026** |
| **305 Main Street** | **9:30 a.m.** |
| **Greenville, Mississippi 38701** | |
| | |
| **Courtroom 1 – Third Floor** | |

Type of Proceeding

**EVIDENTIARY HEARING ON MOTION FOR A PRELIMINARY INJUNCTION [20]
BEFORE CHIEF UNITED STATES DISTRICT JUDGE DEBRA M. BROWN**

\***ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS OF COURT APPEARANCES**

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
      LaToya L. Davis, Courtroom Deputy

Date:   May 26, 2026

Electronic notice only to:
All Counsel of Record
U.S. Probation Service
U.S. Marshal Service