

# United States Department of Justice

United States Attorney
Northern District of Mississippi

900 Jefferson Avenue　　　　　　　　Telephone:　662.234.3351
Oxford, Mississippi 38655　　　　　　Facsimile:　662.234.3318

June 3, 2026

ecf_information@msnd.uscourts.gov

Honorable Daniel H. McHugh
Clerk of the Court
#369 Federal Building
911 Jackson Avenue
Oxford, MS 38655-3622

Re:　　Introduction of Andrew M. Darlington, U. S. Department of Justice,
　　　　Environment and Natural Resources Division in re:

　　　　*National Association for the Advancement of Colored People, et al v. X.AI Corp, et al*
　　　　Civil Action No.: 3:26-cv-00074-DMB-JMV, in the Northern District of
　　　　Mississippi

Dear Mr. McHugh:

　　　　Pursuant to Local Uniform Civil Rule 83.1(d)(10), this letter is to serve as an introduction of Andrew M. Darlington, U. S. Department of Justice, Environment and Natural Resources Division, who will be representing the United States in the above referenced civil action filed in the United States District Court for the Northern District of Mississippi.

　　　　Contact information for Andrew M. Darlington is as follows:

　　　　Andrew M. Darlington
　　　　U. S. Department of Justice
　　　　Environment and Natural Resources Division
　　　　950 Pennsylvania Avenue, NW
　　　　Washington, DC 20530
　　　　Email:　　Andrew.Darlington@usdoj.gov
　　　　Phone:　　202-532-3365
　　　　State Bar:　FL Bar No. 1018895

June 3, 2026
Page 2


As always, if the court needs anything else in this matter, please contact me at the office number 662-238-7648.

Sincerely,

Scott F. Leary
United States Attorney

*/s/ John E. Gough, Jr.*
John E. Gough, Jr.
Assistant U. S. Attorney, MSND

JEG/rcg
cc:    Andrew M. Darlington (Andrew.Darlington@usdoj.gov)