Form 6 (ND/SD Miss. Dec. 2016)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

NATIONAL ASSOCIATION
FOR THE ADVANCEMENT OF
COLORED PEOPLE and          Plaintiff
MISSISSIPPI STATE
CONFERENCE OF THE NAACP

v.                                          CIVIL ACTION    3:26-cv-00074-DMB-JMV
                                            No.

X.AI CORP. and MZX TECH LLC      Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)    Name:          Walker Fortenberry

       Firm Name:     Boyden Gray PLLC

       Office Address:  800 Connecticut Ave. NW, Suite 900

       City:          Washington            State DC      Zip 20006

       Telephone:     (202) 955-0622        Fax:

       E-Mail:        wfortenberry@boydengray.com

(B)    Client(s):     x.AI Corp. and MZX Tech LLC

       Address:       1450 Page Mill Road

       City:          Palo Alto             State CA      Zip 94304

       Telephone:                           Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)     I am admitted to practice in the:



☑     State of Alabama

☑     District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

DC Bar                                    Supreme Court of Alabama
901 4th Street, NW                        300 Dexter Avenue
Washington, D.C. 20001                    Montgomery, Alabama 36104
202-737-4700                              (334) 229-0700
https://www.dcbar.org/                    https://judicial.alabama.gov/Appellate/SupremeCourt

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State of Alabama Bar | admitted 9/25/2023 |
| District of Columbia Bar | admitted 2/2/2026 |
| U.S. Court of Appeals for the Third Circuit | admitted 5/29/2025 |
| U.S. Court of Appeals for the Fifth Circuit | admitted 5/19/2026 |
| U.S. Court of Appeals for the D.C. Circuit | admitted 4/1/2026 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)    Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| None | | |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)    Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court        Style of Case

None

|  | Yes | No |
|---|---|---|
| (I)  Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)    Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number    P. Ryan Beckett, MB #99524

Firm Name:   Butler Snow LLP

Office Address:  1020 Highland Colony Parkway, Suite 1400

City: Ridgeland    State: MS    Zip: 39157

Telephone: (601) 948-5711    Fax: (601) 985-4500

Email address: ryan.beckett@butlersnow.com

5

Form 6 (ND/SD Miss. Dec. 2016)

(K)    The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

6/9/2026
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the _____ day of _____, 20__.
9th        June        26

/s/ P. Ryan Beckett
_____
Resident Attorney

6