FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
NORTHERN    DISTRICT OF MISSISSIPPI


NAACP et al.,                        Plaintiff


v.                                                      CIVIL ACTION    3:26-cv-00074-DMB-JMV
                                                        NO.


X.AI CORP. and MZX TECH LLC    Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)    Name:              James W. Beers, Jr.

        Firm Name:        Troutman Pepper Locke LLP

        Office Address:   401 9th Street NW, Suite 1000

        City:             Washington          State DC          Zip 20004

        Telephone:        202.274.1934         Fax: 202.274.2994

        E-Mail:           james.beers@troutman.com


(B)    Client(s):         x.AI Corp. and MZX Tech LLC

        Address:          1450 Page Mill Road

        City:             Palo Alto            State CA          Zip 94304

        Telephone:                             Fax:


The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

Yes, and I have prior and continuing representations in other matters for one or more of the clients I propose to represent. Those matters are separate from the proceeding for which I seek admission.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I have practiced Clean Air Act law for almost twenty years, including representing both private and government parties in Clean Air Act matters across the country. From August 2006 to February 2020, I was a Trial Attorney and Senior Trial Counsel with the Department of Justice's Environmental Enforcement Section, where I prosecuted several enforcement actions arising under Clean Air Act's New Source Review program.

(C)    I am admitted to practice in the:

☑    State of Virginia

☑    District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

DC Bar
901 4th Street, NW
Washington, DC 20001
202.737.4700
https://www.dcbar.org/

Virginia State Bar
1111 East Main Street, Suite 700
Richmond, VA 23219
804.775.0500
https://vsb.org

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| State Bar of Virginia | September 1, 2001 |
| State Bar of District of Columbia | September 10, 2004 |
| U.S. District Court, District of Columbia | January 16, 2025 |
| U.S. Court of Appeals, D.C. Circuit | May 20, 2026 |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ⦿ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ⦿ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ⦿ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ⦿ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

Not applicable.

|  | | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ◉ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

Not applicable.

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court          Style of Case

|  |  |
|---|---|

                                                                        Yes          No

(I)     Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI?                                        ◉            ○

        Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT?                                   ◉            ○

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     P. Ryan Beckett, MB #99524

Firm Name:    Butler Snow LLP

Office Address:   1020 Highland Colony Parkway, Suite 1400

                        City: Ridgeland            State: MS      Zip: 39157

                        Telephone: 601.948.5711      Fax:  601.985.4500

Email address: ryan.beckett@butlersnow.com

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K)    The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

6/9/26
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __10th__ day of __June__, 2026.

_/s/ P. Ryan Beckett_
Resident Attorney