# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JAMES WHEELOCK BEERS JR** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **JAMES WHEELOCK BEERS JR** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **DECEMBER 3, 2001,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued May 22, 2026

DaVida M. Davis
**Director of Regulatory Compliance**