## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>        **Plaintiffs,**<br>   **v.**<br><br>**X.AI CORP. and MZX TECH LLC**<br><br>        **Defendants.** | **No. 3:26-cv-00074-DMB-JMV** |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL DECLARATIONS

The Colossus Gas Plant is even more colossal now than it was when Plaintiffs filed their Motion for Preliminary Injunction. In a matter of weeks, Defendants X.AI Corp. and MZX Tech LLC began construction on 24 more combustion turbines at their Southaven, Mississippi site, materially increasing the pollution faced by the area's frontline and Black community members, including NAACP and NAACP MS members. Plaintiffs therefore respectfully seek leave to file the attached declarations to present (1) additional public records, (2) an amended engineering analysis, and (3) a supplemental public health review that addresses the facility's recent expansion.

On May 6, 2026, Plaintiffs filed their Motion for Preliminary Injunction based on information indicating that the facility contained 33 turbines. *See* Dkt. No. 20. That same day, Defendants' engineering firm, Trinity Consultants, informed Mississippi's Department of Environmental Quality that Defendants had in fact increased the facility's turbine count to 46 (apparently Defendants' first disclosure of the additional turbines to the State). Dkt. No. 31-1. The next week, on May 15, 2026, Trinity Consultants sent a new list of turbines at the site—now

1

totaling 57—which indicated that the May 6 disclosure was outdated the moment it was sent. The turbine installation dates in that disclosure reveal the explosive expansion of the site:



*Figure 1*: *Charting number of turbines on-site based on Defendants' May 15 Disclosure (Ex. A-5).*

As the declarations of Kim Laufenberg and Dr. Helen Suh describe as part of Plaintiffs' Motion for Preliminary Injunction, the Colossus Gas Plant's turbines cause significant pollution and pose serious threats to the health and welfare of the surrounding community. *See* Dkt. Nos. 20-38 and -39. And as their amended and supplemental declarations explain: Defendants' expansion of its Colossus Gas Plant has real and quantifiable consequences:



*Figure 2*: *Comparing TVA-Allen and Tenn. Int'l Airport annual $NO_x$ pollution (according to National Emissions Inventory) to calculated Colossus Gas Plant annual $NO_x$ PTE (Ex. B ¶ 53).*

This recent expansion of Defendants' Colossus Gas Plant—and its potential emissions— necessitates updates to Plaintiffs' engineering and public health analyses to ensure this Court has

an accurate accounting of the conditions at facility.[1] The methods used by Plaintiffs' witnesses in these declarations remain unchanged. Rather, these updates simply incorporate information newly obtained from public sources—information that is not, according to their own disclosures, new to Defendants.

In light of the changed facts pertinent to the pending Motion for a Preliminary Injunction, Plaintiffs ask this Court for leave to file the attached updated exhibits, specifically:

1. Ex. A (Supplemental Declaration of Sarah Al-Zhyri), which supplements Dkt. No. 20-2 (Public Records Collection) and attaches new documents and images related to the facility's turbine configuration;

2. Ex. B (Amended Declaration of Kim Laufenberg), which updates Dkt. No. 20-38 (Engineering Analysis) to account for the facility's new turbine configuration;

3. Ex. C (Supplemental Declaration of Dr. Helen Suh), which supplements Dkt. No. 20-39 (Public Health Review) to address the facility's expanded pollution potential.

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and L.R. 7(b)(2), Plaintiffs have conferred with counsel for Defendants, who represented Defendants **do not object to** Plaintiffs' motion for leave to file these updated declarations. In addition, Plaintiffs seek leave not file a separate and additional memorandum in support of this unopposed motion.

---

[1]     In an email exchange between counsel (provided at Ex. D), Defendants confirmed on May 20, 2026 that they have "no current plans" to *further* expand the unpermitted turbine fleet on-site in the near term.

Dated: June 10, 2026

Respectfully submitted,

_____
/s/ Carroll Rhodes

Carroll Rhodes (MS Bar No. 5314)
MISSISSIPPI STATE CONFERENCE
  OF THE NAACP
119 Downing St
Hazlehurst, MS 39083
crhode@bellsouth.net
Phone: 601-894-4323

_____
/s/ Elias L. Quinn

_____
/s/ Benjamin Grillot

Elias L. Quinn (CO Bar No. 42159)
*(Pro Hac Vice)* – Lead Counsel
Mary Rock (IL Bar No. 6332240)
*(Pro Hac Vice)*
EARTHJUSTICE
D.C. Regional Office
1250 I Street, 4th Floor
Washington, DC 20005
mrock@earthjustice.org
equinn@earthjustice.org
Phone: 202-667-4500

Benjamin Grillot (DC Bar. No. 982114)
*(Pro Hac Vice)* – Lead Counsel
SOUTHERN ENVIRONMENTAL LAW CENTER
500 New Jersey Ave., Suite 600
Washington, DC 20001
bgrillot@selc.org
Phone: 202-828-8382

Lauren Godshall (LA Bar No. 31465)
*(Pro Hac Vice)*
Rebecca Ramirez (TX Bar No. 24126749)
*(Pro Hac Vice)*
EARTHJUSTICE
Gulf Regional Office
845 Texas Ave., Suite 200
Houston, TX 77002
lgodshall@earthjustice.org
rramirez@earthjustice.org
Phone: 773-828-0836

Patrick Anderson (GA Bar No. 226260)
*(Pro Hac Vice)*
SOUTHERN ENVIRONMENTAL LAW CENTER
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
panderson@selc.org
Phone: 404-521-9900

Elizabeth Putfark (VA Bar No. 100358)
*(Pro Hac Vice)*
SOUTHERN ENVIRONMENTAL LAW CENTER
120 Garrett Street, Suite 400
Charlottesville, VA 22902
eputfark@selc.org
Phone: 434-977-4090

*Counsel for Plaintiffs*

4

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 6, 2026, counsel conferred by email regarding this motion pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and L.R. 7(b)(2). Defendants do not object to Plaintiffs' motion.

*/s/ Elias L. Quinn*

ELIAS L. QUINN