## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**X.AI CORP. and MZX TECH LLC**<br><br>**Defendants.** | **No. 3:26-cv-00074-DMB-JMV** |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED AND SUPPLEMENTAL DECLARATIONS**

EXHIBIT INDEX

| Exhibit | Attach. | Description |
|---|---|---|
| A | | Supplemental Declaration of Sarah Al-Zhyri. |
| | 1 | List of Responsive File Names Provided by MDEQ to SELC in Response to May 6 and May 7, 2026 Public Records Requests (May 11, May 15, and May 18, 2026). |
| | 2 | Email from Jaricus Whitlock, MDEQ, to Shannon G. Lynn, Trinity Consultants, RE: Updated Count (May 6, 2026). |
| | 3 | Email from Shannon G. Lynn, Trinity Consultants, to Jeffrey Bland and Joe McNamara, MDEQ, RE: MZX Tech LLC - Start of Construction Notice for Air Permit 0680-00119 (May 6, 2026). |
| | 4 | Satellite Photo of Colossus Gas Plant, Steve Jones and SouthWings (May 12, 2026). |
| | 5 | Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ, RE: Updated Count & Emission Profiles (May 15, 2026). |
| B | | Amended Declaration of Kim Laufenberg. |
| | 1 | Resume of Kim Laufenberg. |

1

| | 2 | Spec sheets for turbines constructed at the Southaven site. |
|---|---|---|
| C | | Supplemental Declaration of Dr. Helen Suh. |
| D | | Email from Elias L. Quinn, Earthjustice, to Patrick Traylor, Vinson & Elkins, RE: NAACP v. xAI - Request for Basic Construction Planning (May 27, 2026). |