# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**NAACP and NAACP MISSISSIPPI STATE
CONFERENCE**

**Plaintiffs,**

**v.**

**X.AI CORP. and MZX TECH LLC**

**Defendants.**

**No. 3:26-cv-00074-DMB-JMV**

**SUPPLEMENTAL DECLARATION OF SARAH AL-ZHYRI**

I, Sarah Al-Zhyri, do hereby declare and state as follows:

1. I am a Legal and Administrative Assistant at the Southern Environmental Law Center ("SELC"). In the course of my employment, I routinely prepare, send, and track public records requests or comments to agencies. When agencies respond, I review and save their responses in SELC's file-management system.

2. On May 6, 2026, SELC submitted a records request to the Mississippi Department of Environmental Quality ("MDEQ") seeking documents created, received, or reviewed between March 31, 2026 and the date of the search for responsive records regarding all communications between MDEQ and MZX Tech LLC ("MZX Tech"), x.AI Corp. ("xAI"), their associated entities, and/or consultants related to the operations at 2875 Stanton Road, Southaven, Mississippi 38671, including all records concerning all turbines and other equipment currently operating or anticipated to be operating at the site. SELC also requested all records associated with the air permit application submitted by MZX Tech, referenced on MDEQ's enSearch Online website as "Air Air-Construction PSD" Permit No. 0680-00119 ("PSD air permit application") and MZX Tech's State

1

of Mississippi Air Pollution Control Permit and Prevention of Significant Deterioration (PSD) Authority, Permit No. 0680-00119 ("PSD air permit"), any air modeling documents, and other correspondence with MZX Tech or its representatives; all communications between MDEQ and the U.S. EPA, the Office of the Governor of Mississippi, DeSoto County Government, the City of Southaven, Shelby County, Memphis, and/or and Tennessee state agencies related to the operations at 2875 Stanton Road, Southaven, Mississippi 38671; all communications between MDEQ and MZX Tech, xAI, their associated entities, and/or consultants; and all communications between MDEQ and the U.S. EPA, the Office of the Governor of Mississippi, DeSoto County Government, and/or the City of Southaven related to the installation and/or operation of any other temporary gas turbines in DeSoto County.

3. On May 7, 2026, SELC submitted a records request to MDEQ seeking documents created, received, reviewed, or relied upon by MDEQ in drafting, revising, and issuing MZX Tech's PSD air permit and in preparing its response to SELC's submitted comments on MZX Tech's PSD air permit. SELC clarified that these records include all documents and written material cited to or referenced in MDEQ's response to SELC's public comments; documents, reports, and communications submitted to MDEQ by, on behalf of, or in support of MZX Tech, xAI, and/or Space Exploration Technologies Corporation ("SpaceX"); documents, reports, communications, and legal opinions exchanged between the U.S. EPA and MDEQ; and documents, reports, communications, and legal opinions consulted by MDEQ employees and/or MDEQ Permit Board Members.

4. To send records, MDEQ uploaded responsive documents to ShareFile, which is a file-sharing platform. On December 12, 2025, MDEQ granted SELC electronic access to a ShareFile folder titled "MZX." A true and correct copy of a list of file names of documents that

2

MDEQ uploaded to the MZX ShareFile folder on May 11, May 15, and May 18, 2026 in response to SELC's May 6 and May 7, 2026 requests is provided as Attachment 1.

    a. The following specific documents were included in this production:

        i. Email from Jaricus Whitlock, MDEQ, to Shannon G. Lynn, Trinity Consultants, RE: Updated Count (May 6, 2026). A true and correct copy of this document is provided as Attachment 2.

        ii. Email from Shannon G. Lynn, Trinity Consultants, to Jeffrey Bland and Joe McNamara, MDEQ, RE: MZX Tech LLC - Start of Construction Notice for Air Permit 0680-00119 (May 6, 2026). A true and correct copy of this document is provided as Attachment 3.

        iii. Email from Shannon G. Lynn, Trinity Consultants, to Jaricus Whitlock, MDEQ, RE: Updated Count & Emission Profiles (May 15, 2026). A true and correct copy of this document is provided as Attachment 5.

5. On May 12, 2026, an aerial photograph confirmed that 57 turbines were on site at Defendants' Colossus Gas Plant. A true and correct copy of a photograph taken on May 12, 2026 on a flight for SELC by SouthWings is provided as Attachment 4.

I declare under penalty of perjury the foregoing is true and correct.

Executed on June 10, 2026

Sarah Al-Zhyri
Legal/Administrative Assistant II
Southern Environmental Law Center
1033 Demonbreun Street, Suite 205
Nashville, TN 37203
Phone: 615-921-9470
Fax: 615-921-8011

3