# ATTACHMENT 2

 Outlook

---

**Re: Updated count**

---

**From** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>

**Date** Wed 5/6/2026 3:36 PM

**To** Shannon Lynn <slynn@trinityconsultants.com>

Good Afternoon Shannon,

Thank you for the update.  At your earliest convenience, I kindly request additional information that illustrates the emissions from the additional 19 portable / temporary turbines.  Please feel free to contact me if you have any questions or concerns.

Best Regards,

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS  39225

Office: (601) 961-5303

---

**From:** Shannon Lynn <slynn@trinityconsultants.com>
**Sent:** Wednesday, May 6, 2026 1:49 AM
**To:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Subject:** Updated count

---

### This Message Is From an External Sender
This message came from outside your organization.

Jaricus,
Attached is the current inventory of portable turbines.

| Unit | Unit Type | Control | Total Power Output | Date Added |
|---|---|---|---|---|
| 1 | SMT-130 | SCR | 13 | 8/1/2025 |
| 2 | SMT-130 | SCR | 13 | 8/1/2025 |
| 3 | SMT-130 | SCR | 13 | 8/1/2025 |
| 4 | SMT-130 | SCR | 13 | 8/18/2025 |
| 5 | SMT-130 | SCR | 13 | 8/19/2025 |
| 6 | SMT-130 | SCR | 13 | 8/20/2025 |
| 7 | SMT-130 | SCR | 13 | 8/21/2025 |
| 8 | Gen 8 TM2500 | Demin Water | 35 | 8/19/2025 |
| 9 | Gen 8 TM2500 | Demin Water | 35 | 8/23/2025 |
| 10 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 11 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 12 | Gen 6 TM2500 | Demin Water | 22 | 8/26/2025 |
| 13 | Gen 6 TM2500 | Demin Water | 22 | 8/26/2025 |
| 14 | Gen 6 TM2500 | Demin Water | 22 | 8/27/2025 |
| 15 | Gen 6 TM2500 | Demin Water | 22 | 8/28/2025 |
| 16 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |

| 17 | Gen 7 TM2500 | Demin Water | 25 | 8/29/2025 |
| 18 | Gen 8 TM2500 | Demin Water | 25 | 8/25/2025 |
| 19 | Gen 8 TM2500 | Demin Water | 25 | 12/18/2025 |
| 20 | Gen 7 TM2500 | Demin Water | 25 | 12/18/2025 |
| 21 | SMT-130 | SCR | 13 | 11/30/2025 |
| 22 | SMT-130 | SCR | 13 | 11/30/2025 |
| 23 | SMT-130 | SCR | 13 | 11/30/25 |
| 24 | SMT-130 | SCR | 13 | 12/3/2025 |
| 25 | SMT-130 | SCR | 13 | 12/5/2025 |
| 26 | SMT-130 | SCR | 13 | 12/7/2025 |
| 27 | SMT-130 | SCR | 13 | 1/6/2026 |
| 28 | Gen 8 TM2500 | Demin Water | 30 | 3/25/2026 |
| 29 | Gen 8 TM2500 | Demin Water | 30 | 5/2/26 |
| 30 | Gen 8 TM2500 | Demin Water | 30 | 4/3/2026 |
| 31 | Gen 8 TM2500 | Demin Water | 30 | 3/25/2026 |
| 32 | Gen 8 TM2500 | Demin Water | 30 | 4/27/2026 |
| 33 | Gen 8 TM2500 | Demin Water | 30 | 3/27/2026 |
| 34 | Mitsubishi FT8 | Demin Water | 30 | 3/24/2026 |
| 35 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 36 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 37 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 38 | Mitsubishi FT8 | Demin Water | 30 | 4/3/2026 |
| 39 | Mitsubishi FT8 | Demin Water | 30 | 4/3/2026 |
| 40 | Mitsubishi FT8 | Demin Water | 30 | 4/23/2026 |
| 41 | Mitsubishi FT8 | Demin Water | 30 | 4/23/2026 |
| 42 | TM2500 | Demin Water | 25 | 4/28/2026 |
| 43 | TM2500 | Demin Water | 25 | 5/1/2026 |
| 44 | TM2500 | Demin Water | 25 | 5/1/2026 |
| 45 | TM2500 | Demin Water | 20 | 5/1/2026 |
| 46 | TM2500 | Demin Water | 20 | 5/2/2026 |

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com