# ATTACHMENT 3

 Outlook

---

**FW: MZX Tech LLC - Start of Construction Notice for Air Permit 0680-00119**

---

**From** Jeffrey Bland <JBland@mdeq.ms.gov>

**Date** Fri 5/15/2026 3:30 PM

**To** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>

📎 1 attachment (201 KB)

2026-0506 Titan 350 208 (AB-001 TUR-18) Start of Construction Notice signed.pdf;

Jeffrey Bland, P.E.
Air Permitting Coordinator
Air Division
Office of Pollution Control
Mississippi Dept of Environmental Quality
P.O. Box 2261
Jackson, MS 39225

Office: (601) 961-5112      Fax: (601) 961-5703

---

**From:** Shannon Lynn <slynn@trinityconsultants.com>
**Sent:** Wednesday, May 6, 2026 4:58 PM
**To:** Jeffrey Bland <JBland@mdeq.ms.gov>; Joe McNamara <JMCNAMARA@mdeq.ms.gov>
**Cc:** Slater Smith <Slater.Smith@trinityconsultants.com>; Kathryn Jordan <Kathryn.Jordan@trinityconsultants.com>; mrao@trinityconsultants.com; Brian Ketchum <Brian.Ketchum@trinityconsultants.com>
**Subject:** MZX Tech LLC - Start of Construction Notice for Air Permit 0680-00119

---

**This Message Is From an External Sender**

This message came from outside your organization.

In accordance with 11 Miss. Admin. Code Pt. 2, R. 2.5.C(2) and permit condition 6.1(d), Trinity Consultants is submitting the following notification for beginning of actual construction at MZX Tech LLC in Southaven, DeSoto County.

Specifically,
AB-001 TUR-18 – Solar Titan 350

If you have any questions, please do not hesitate to ask.

Shannon

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

Connect with us: LinkedIn [linkedin.com] / YouTube [youtube.com] / breeze-software.com [breeze-software.com]

Stay current on EHS issues. Subscribe [trinityconsultants.com] today to receive Trinity's free *EHS Quarterly* [trinityconsultants.com].
*View our capabilities in the* Environmental Consulting [trinityconsultants.com], *Built Environment* [trinityconsultants.com], *Life Sciences* [trinityconsultants.com], *and* Water & Ecology [trinityconsultants.com] *markets.*

Connect with us: LinkedIn [linkedin.com] / Facebook [facebook.com] / Twitter [twitter.com] / YouTube [youtube.com] / trinityconsultants.com [trinityconsultants.com]

Stay current on environmental issues. Subscribe [trinityconsultants.com] today to receive Trinity's free *EHS Quarterly*.

# MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY
## START OF CONSTRUCTION NOTICE
**(Required to be completed and postmarked within 15 days after beginning actual construction.)**

| | |
|---|---|
| 1) Facility Name: | MZX Tech LLC |
| 2) Air Permit No. (e.g., 1280-00360): | 0680-00119 |
| 3) Agency Interest No.: | 12592 |
| 4) Construction Permit Issuance Date (or Pre-Construction Approval/ Operating Permit Modification Date): | March 11, 2026 |
| 5) Location: (street address, city, zip code) | 2875 Stanton Road Southaven, MS 38671 |
| 6) Date Construction, Installation, or Modification Started: | May 2, 2026 for Titan 350 Unit 208 (AB-001; TUR-18) |
| 7) Anticipated Date of Startup: | July 5, 2026 |
| 8) Does this serve as notification of construction, or reconstruction, of a NSPS-affected facility? If yes, please identify the applicable affected facility and relevant NSPS Supbart. | yes, NSPS KKKKa |
| 9) Signature of Facility Contact: | *Signed by:* Steve Worthington A7D8308F1027460... |
| 10) Printed Name of Facility Contact: | Steve Worthington |
| 11) Title of Facility Contact: | Generation Manager |
| 12) Telephone No. and Email for Facility Contact: | (505) 787-9191 sworthington@x.ai |
| 13) Signature Date: | May 6, 2026 |

\* Should construction not begin within 18 months of issuance of the construction permit or should construction be suspended for 18 months or more, the permittee must notify MDEQ in writing. (11 Miss. Admin. Code Pt. 2, R. 2.5.C.(3).)

\*\* MDEQ must be promptly notified in writing of any change in construction. If the changes are substantial, it may require submission of a new/revised application to construct with "as built" plans and specifications. (11 Miss. Admin. Code Pt. 2, R. 2.5.D(2).)

| |
|---|
| **MAIL** form to: Environmental Permits Division Office of Pollution Control Mississippi Department of Environmental Quality P.O. Box 2261 Jackson, MS 39225 |

Air SOC Form 2014.1

# INSTRUCTIONS
## (Start of Construction Notice)

This form is being provided as part of the air construction permitting package for use in notifying the Department of the start of construction, installation, or modification.  This form should be used to fulfill the requirements of 11 Miss. Admin. Code Pt. 2, R. 2.5.C(2)., which requires that the permittee notify MDEQ in writing when construction begins within 15 days of beginning actual construction.  This form is also available on the Internet at: http://www.deq.state.ms.us/MDEQ.nsf/page/epd_ApplicationsandForms.

1. Facility Name:  This is the name of the facility located on the cover of the permit or as indicated in the subject heading of the pre-construction approval letter.

2. Air Permit No.:  The permit number is the identification number assigned by the Department that is designated by county (the first four digits) and is unique to each facility (the last five digits).  An example would be Permit No. 1234-00123.  The Permit No. appears at the bottom of the cover page of the permit or in the subject heading for pre-construction approval.

3. Agency Interest No.:  The agency interest number may be found on the permit cover page or as a footer in the bottom, left preceding the permitting folder number.  For example, the agency interest number for the footer – 1234 PER20100008 – would be 1234.

4. Construction Permit Issuance Date (or Pre-Construction Approval/Operating Permit Modification Date):  This is the date stamped or typed on the permit cover page on the day the permit was signed and issued by the Permit Board.  For pre-construction approval, this date is the date found on the letter approving pre-construction as signed by the chief of the Environmental Permits Division.  For construction activities that are permitted solely through the modification of an operating permit prior to beginning construction, this date should be the date the operating permit was modified to permit the construction activities.

5. Location:  Provide the physical location at which the permitted construction activities are occurring.  This should be the same as the physical location provided in the application to construct or modify the existing operating permit.

6. Date Construction, Installation, or Modification Started:  This is the date that the permittee began physical on-site construction activities of an emissions unit which are of a permanent nature.  Such activities include, but are not limited to, installation of building supports and foundations, laying underground pipework, and construction of permanent storage structures.  If the modification involved a change in the method of operation not accompanied by any physical construction, this date is the date on-site activities began to initiate the change, such as first receipt of a new fuel or raw material.  **Notification must be postmarked within 15 days of this date.**

7. Anticipated Date of Startup:  This is the date that the permittee anticipates initiating startup of the new or modified facility or emission unit.

8. The permittee may use this form to serve as notification of the date of construction of an affected facility under the New Source Performance Standards found in 40 CFR Part 60, as required by 40 CFR 60.7(a)(1).

9. Signature of Facility Contact:  The Facility Contact shall include the responsible official or duly authorized representative (as defined in 11 Miss. Admin. Code Pt. 2, Ch. 2.) or other official having responsibility for overall operation of the regulated facility or responsibility for environmental matters at the facility.  (The latter two officials do not have to be duly authorized representatives.)

10. Printed Name of Facility Contact:  The printing of the name allows the Department to accurately reflect the signature.

11. Title of Facility Contact:  The Title shall be provided to verify that the Facility Contact meets the requirements of No. 6 above.

12. Telephone No. and Email for Facility Contact:  The telephone number and Email address are required in case the Department has need to contact the Facility Contact.

13. Signature Date:  This date is used to determine when the form was completed.

Air SOC Form 2014.1