# ATTACHMENT 4

