# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>       **Plaintiffs,**<br>   **v.**<br><br>**X.AI CORP. and MZX TECH LLC**<br><br>       **Defendants.** | **No. 3:26-cv-00074-DMB-JMV** |

**AMENDED DECLARATION OF KIM LAUFENBERG**

I, Kim Laufenberg, hereby declare and state as follows:

1. I am an engineering analyst with Environmental Integrity Project ("EIP"). Before joining EIP in November 2025, I worked for the U.S. Environmental Protection Agency ("U.S. EPA") for almost nine years. My resume is attached as Attachment 1.

2. I have significant experience inspecting facilities, analyzing air permits, reviewing engineering reports, studying the Clean Air Act ("CAA"), and examining other air emissions data, along with the calculation of a facility's potential to emit. While at the U.S. EPA, I served as the scientific and technical authority in over 50 inspections, reviewing facility data, ensuring compliance with the CAA, and assisting EPA colleagues and state inspectors with the development of cases where there was noncompliance. With the U.S. EPA, I drafted enforcement documents for every stage of a case (from inspection reports and seizure letters to settlement agreements and consent decrees).

3. On behalf of NAACP, Earthjustice and Southern Environmental Law Center have requested that I develop potential-to-emit ("PTE") calculations of the turbines at 2875 Stanton

1

Road S., Southaven, Mississippi (the "site"). My conclusions are still being developed and could be affected by information or analysis that has yet to be produced. Thus, these conclusions do not represent my final opinions, but rather a reasonable preliminary description of my opinions in this case.

4.      To calculate the site's PTE, I identified the turbines on-site and what pollution controls would likely be installed on the turbines. I did this by analyzing photographs of the turbines (both satellite and flyover imagery), identifying and analyzing turbine specification sheets, and reviewing correspondence between Trinity Consultants and the Mississippi Department of Environmental Quality ("MDEQ").

### PTE Analysis of Evidence as of March 3, 2026

5.      Based on available data, I concluded that there were 27 turbines on-site as of March 3, 2026 (see Figure 1). The 27 turbines were the following: fourteen SMT-130 turbines (see, for example, Figures 2 and 3); five Generation 6 TM-2500; four Generation 7 TM-2500 turbines; three Generation 8 TM-2500 turbines (see, for example, Figures 4 and 5); and one M35 turbine (see, for example, Figures 6 and 7). The manufacturer specification sheets for these turbines (and all others later constructed on the site) are collected in Attachment 2. The red arrows I annotated in Figures 2-7 reflect identifiable features of the turbines that matchup between the pictures of the turbines and their corresponding specification sheets.

Docusign Envelope ID: 92D4E8AB-782A-8C65-8151-DE04FC6BC547



***Figure 1****: Satellite photo of site with annotations by Kim Laufenberg (March 3, 2026)*

Docusign Envelope ID: 92D4E8AB-782A-8C65-8151-DE04FC6BCF47



*Figures 2 and 3*: *October 31, 2025 Flyover photo zoomed to turbine (top) and Solaris SMT-130 turbine from spec sheet (bottom) with arrow annotations by Kim Laufenberg*



*Figures 4 and 5*: *October 31, 2025 Flyover photo zoomed to turbine (left) and Generation 8 TM-2500 turbine from spec sheet (right) with arrow annotations by Kim Laufenberg*



*Figures 6 and 7*: *October 31, 2025 Flyover photo zoomed to turbine (left) and M35 turbine from spec sheet (right) with arrow annotations by Kim Laufenberg*

6.      Each of these turbines has a heat input greater than 10 one million British thermal units per hour (MMBtu/hr). Specifically, their calculated heat input values are approximately:

a.   159.18 MMBtu/hr for the SMT-130 turbines;

b.   301.84 MMBtu/hr for the Generation 6 TM-2500 turbines;

c.   301.84 MMBtu/hr for the Generation 7 TM-2500 turbines;

d.   339.56 MMBtu/hr for the Generation 8 TM-2500 turbines;

e.   and 318.86 MMBtu/hr for the M35 turbine.

7.      Collectively, the 27 turbines have a generating capacity of at least 495 megawatts (MW), according to a December 10, 2025 email from Trinity Consultants to MDEQ.  A generating capacity of 495 MW is comparable to a medium-sized, base-load power plant which could power 350,000–400,000 homes. The total power outputs provided in the referenced email vary from that of the manufacturer specification sheets utilized in my PTE calculation (see paragraph 9).  Manufacturer specification sheets provide a theoretical maximum power under strict conditions (e.g., 15°C air temperature, located at sea level, and 60% humidity).

8.      As there is no permit application or permit for any of these 27 turbines limiting the hours of operation, my PTE calculations assume 8,760 hours of operation per year for each turbine to calculate maximum potential emissions.

9.      My PTE calculations incorporate the following information from the collected manufacturer specification sheets for:

a.   the SMT-130 turbines: engine power (16,530 kilowatts (kW)) and heat rate (9,630 Btu/kW-hr);

b.   the Generation 6 TM-2500 turbines: engine power (30,700 kW) and heat rate (9,832 Btu/kW-hr);

5

Docusign Envelope ID: 92D4E8AB-782A-8C65-8151-DE04FC6BC547

    c.   the Generation 7 TM-2500 turbines: engine power (30,700 kW) and heat rate (9,832 Btu/kW-hr);

    d.   the Generation 8 TM-2500 turbines: engine power (34,600 kW) and heat rate (9,814 Btu/kW-hr);

    e.   and the M35 turbine: engine power (35,020 kW) and heat rate (9,105 Btu/kW-hr).

10.    I calculated the PTE of nitrogen oxides (NOx), carbon monoxide (CO), sulfur dioxide (SO2), volatile organic compounds (VOC), particulate matter (PM), formaldehyde, and toluene.

11.    All PM (both filterable and condensable) from natural gas-fired turbines is < 1.0 micrometer in diameter, meaning all the emitted PM is PM2.5, as PM2.5 is <2.5 micrometers in diameter or smaller.

12.    I calculated the PTE for this set of pollutants to evaluate if the major source thresholds would be surpassed for criteria pollutants and if hazardous air pollutants ("HAP"), both formaldehyde and toluene, would trigger additional requirements. The area surrounding the site (DeSoto County) is not formally designated nonattainment, and the major source threshold for each criteria pollutant is 250 tons per year (tpy). For HAPs, if one HAP is greater than 10 tpy OR if a combination of HAPs are greater than 25 tpy, more stringent standards apply.

13.    AP-42 served as the basis for emission factors for my PTE calculations, in the absence of additional information. Published by U.S. EPA, AP-42 is a compilation of air emission factors from over 200 air pollution source categories. It is extensively used for compiling emission inventories, calculating emissions for operating permits, and determining

control technology requirements. While not the only method, AP-42 is an industry standard for estimating air emissions for regulatory compliance.

14. Where there was additional information to suggest a different emission rate than in AP-42, such as the installation of an emission control on the turbine, my PTE calculations incorporate it.

15. Based on visual observations and correspondence between MDEQ and Trinity Consultants (email dated August 18, 2025), I concluded that the SMT-130 turbines have selective catalytic reduction ("SCR") pollution controls installed on them.

16. SCR is a common emission control device for coal- and natural gas-fired boilers, process heaters, gas-turbines, and reciprocating internal combustion engines. SCR achieves NOx reductions by using ammonia or urea which is injected into the ductwork downstream of the combustion unit. It can be used separately or in combination with other combustion control technologies.

17. For the SMT-130 turbines, I used the permit from the Colossus I facility in Shelby County, Tennessee for all emission factors because that permitted facility also had SMT-130 turbines with SCR controls. The Colossus I permit refers to SCR as "best available control technology" or "BACT" for the turbines, as that term is used under the Clean Air Act.

18. The emission factors for PM, formaldehyde, and toluene for the SMT-130 turbines in the Colossus I permit align with AP-42 uncontrolled emission factors.

19. Without SCR, the SMT-130 turbines would have a NOx emissions rate of 0.32 lb/MMBtu (taken from AP-42, Table 3.1-1); whereas with SCR, I have applied a NOx emissions rate of 0.00748 lb/MMBtu (from the Colossus I permit, converting 2 parts per million (PPM)) for the SMT-130 turbines.

Docusign Envelope ID: 92D4E3AB-782A-8C65-8151-DE04FC6BCF47

20.     The TM-2500 turbines and the M35 turbine do not have SCR. It is possible to install and operate these turbines with SCR, and doing so would reduce their NOx emissions. Based on the November 5, 2025 email from Trinity Consultants to MDEQ, my PTE calculations assume water injection is installed achieving a 25 PPM emission rate for NOx on these turbines. A 25 PPM emission rate is an emission rate of 0.09347 lb/MMBtu.

21.     By incorporating an emission factor of 2 PPM for an SCR versus only 25 PPM for water injection, the control efficiency increases to a 92% reduction of NOx emissions.

22.     It is also possible to operate the TM-2500 turbines and the M-35 turbine with water injection. My PTE calculations assume they are being operated with water injection (as noted in communication between Trinity and MDEQ, dated August 18, 2025); however, I cannot confirm whether the turbines are in fact being operated with or without the water injection control. I have incorporated the assumption of water injection into the emission factors for CO and PM on these turbines. Water injection does not control SO2, VOC, formaldehyde, or toluene.

23.     I concluded that, as of March 3, 2026 with the above-described 27 turbines on-site, the site has the potential to emit: 1,732.71 tons per year (tpy) of NOx; 588.26 tpy of CO; 181.62 tpy of PM; 107.25 tpy of VOCs; 86.50 tpy of SO2, 19.54 tpy of formaldehyde; and 3.58 tpy of toluene.

| PTE (tpy) - xAI's 27 Turbines at 2875 Stanton Rd S, Southaven, MS as of March 3, 2026 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | #Units | NOx | CO | SO2 | VOC | PM | Formaldehyde | Toluene |
| SMT-130 | 14 | 72.99 | 55.54 | 26.12 | 69.96 | 64.42 | 6.93 | 1.27 |
| TM-2500 | 12 | 1,529.19 | 490.82 | 55.63 | 34.36 | 107.98 | 11.62 | 2.13 |
| M35 | 1 | 130.54 | 41.90 | 4.75 | 2.93 | 9.22 | 0.99 | 0.18 |
| TOTAL | 27 | 1,732.71 | 588.26 | 86.50 | 107.25 | 181.62 | 19.54 | 3.58 |

24. The TM-2500 turbines are responsible for the majority of NOx, CO, PM, SO2, formaldehyde, and toluene emissions.

### PTE Analysis of Evidence as of April 14, 2026

25. High resolution aerial images of the site that were taken on April 14, 2026, from SouthWings, showed 33 total turbines at the site (see Figure 8[1]). The 27 turbines described previously remain at the site, and six new turbines have been constructed (see Figure 9).



*Figure 8: Flyover photo of the turbines with annotations by Kim Laufenberg (April 14, 2026)*

26. I identified three of the new turbines as Generation 8 TM-2500 turbines based on the units' exhaust silencers, the layout of the control house to the side of the turbines, and the large air filters on the sides of the units – the same as that of the previously identified Generation 8 TM-2500 turbines. This brings the total number of Generation 8 TM-2500 turbines on-site to six.

---

[1] Note, the red numbering in Figure 8 varies slightly from Figure 1. Turbines #21-27 were numbered left to right as the six newly added turbines then continued this number convention.

Docusign Envelope ID: 92D4E8AB-782A-8665-8151-D594FC5BCF47

27. I identified three other new turbines as Jereh JT35 natural gas-fired turbines (due to the logos, stack exhaust location, air intakes, and general unit coloring). The manufacturer specification sheet for the Jereh JT35 turbines is included in Attachment 2.



*Figure 9: Flyover photo of the six new turbines (April 14, 2026)*

28. Jereh manufacturer has two units of similar layout (JT35 and JT25). For my PTE calculation, I selected the JT35 turbine over the JT25 turbine due to the engine (LM2500+G4, same as that of the Generation 8 TM-2500) and a manufacturer citation on its website that provides that the JT35 is ideal for fulfilling long-term power needs for data centers.

29. The Jereh JT35 turbines have a calculated heat input of 291.66 MMBtu/hr.

30. To incorporate these six new turbines in my PTE calculations, I applied the same assumptions regarding Generation 8 TM-2500 turbines as in the earlier calculation to the three new turbines of that make and model. For the Jereh turbines, I used the power and heat rate values from the manufacturer specifications (33,800 kW and 9,104 kJ/kW-hr respectively), and utilized AP-42 emissions factors, except for NOx. Water injection was assumed as the infrastructure would

10

already be in place at the site for the TM-2500 turbines and M35 turbine. The JT35 turbine has the same engine as the Generation 8 TM-2500 turbine which was noted to have water injection, and the same NOx emissions factor (25 PPM) is noted in the manufacturer specifications.

31.     I updated my PTE calculations to reflect the 33 turbines on-site as of April 14:

| PTE (tpy) - xAI's 33 Turbines at 2875 Stanton Rd S, Southaven, MS  as of 4/14/2026 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | #Units | NOx | CO | SO2 | VOC | PM | Formaldehyde | Toluene |
| SMT-130 | 14 | 72.99 | 55.54 | 26.12 | 69.96 | 64.42 | 6.93 | 1.27 |
| TM-2500 | 15 | 1,946.23 | 624.67 | 70.80 | 43.73 | 137.43 | 14.78 | 2.71 |
| M35 | 1 | 130.54 | 41.90 | 4.75 | 2.93 | 9.22 | 0.99 | 0.18 |
| JT35 | 3 | 358.21 | 114.97 | 13.03 | 8.05 | 25.29 | 2.72 | 0.50 |
| TOTAL | 33 | 2,507.96 | 837.08 | 114.70 | 124.67 | 236.36 | 25.43 | 4.66 |

32.     I compared the 33 turbines at the site to the 41 turbines in the permit that MDEQ issued to MZX Tech LLC for 2875 Stanton Rd S, Southaven, Mississippi on March 11, 2026. None of the 33 turbines currently observed on-site are included in that permit.

**PTE Analysis of Evidence Through May 15, 2026**

33.     On May 6, 2026, Trinity Consultants sent MDEQ what was described as "the current inventory of portable turbines." That email indicated 46 turbines were on-site.

34.     On May 12, 2026, a satellite image of the Southaven site revealed there to be 57 turbines on site at the facility. The most recent additions to the facility are circled in red in Figure 10 below:

11



***Figure 10***: *Satellite photo revealing additional turbine installations with annotations by Kim Laufenberg (May 12, 2026)*

35.     On May 15, 2026, Trinity Consultants sent MDEQ another list itemizing the turbines at the Southaven site, and providing the unit types, emissions controls, total power outputs, and installation dates for each. According to that list, there were 57 turbines on-site, and two more that would be installed sometime later. This number aligns with my review of the May 12, 2026 satellite photo.

36.     Figure 11 zooms in on the top right corner of the May 12, 2026 satellite photo, and labels the new turbines in line with the May 15, 2026 email list disclosed by Trinity Consultants to MDEQ:

12



***Figure 11****: Satellite photo – East Side of Southaven Site, Turbines #34-41 with annotations by Kim Laufenberg (May 12, 2026)*

37. Figure 12 zooms in on the bottom left corner of the May 14, 2026 satellite photo, and labels the new turbines in line with the May 12, 2026 email list disclosed by Trinity Consultants to MDEQ:



***Figure 12****: Satellite photo – West Side of Southaven Site, Turbines #42–59 with annotations by Kim Laufenberg (May 12, 2026)*

13

38.     Based on my review of this new information and the manufacturer specifications for the types of turbines identified as on-site by Trinity Consultants, I identified two new types of turbines being utilized at the site. The manufacturer specification sheets for these turbines are also now included in Attachment 2.

39.      Trinity Consultants' May 15, 2026 email list identifies turbines #34-41 as Mitsubishi FT8 turbines. This comports with my observations that this is a new type of turbine and has a different layout than the previously identified turbines. The images in Figure 13 and 14 below with my annotated red arrows highlight the identifying features of this turbine discernible in the zoomed-in portion of the May 12, 2026, satellite image:

 

*Figure 13 and 14: Comparison of FT8 specification image (left) to May 12, 2026 satellite image (right) with arrow annotations by Kim Laufenberg*

40.     Turbines #55-59 were also noted to be Mitsubishi FT8 turbines in the May 15, 2026 email list. In the May 12, 2026 satellite photo, these turbines appear to be under construction.

41.     The Mitsubishi FT8 turbines have a calculated heat input of 288.12 MMBtu/hr.

42.     Trinity Consultants' May 15, 2026 email list identifies turbines #42–45 and #47 as TM-2500, Generation 4 turbines. This comports with my observations that this is a new type of turbine and has a different layout than the previous identified turbines. The images in Figure 15

14

Docusign Envelope ID: 92D4E8AB-782A-8665-8151-D594F65BCF47

and 16 with my annotated red arrows highlight the identifying features of this turbine discernible in the zoomed-in portion of the May 12, 2026 satellite image:





*Figure 15 and 16: Comparison of Generation 4 TM-2500 specifications (top) May 15, 2026 satellite image (bottom) with arrow annotations by Kim Laufenberg*

43. The Generation 4 TM-2500 turbines have a calculated heat input of 213.75 MMBtu/hr.

44. Seven turbines (#48-54) had layouts comparable to turbines identified in previous satellite imagery (see Figures 1 and 12 for comparison), primarily the Generation 8 TM-2500 turbines. Turbine #54's layout doesn't fully align with the Generation 8 yet instead mimicked that of the Generation 6 TM-2500 turbine.

15

Docusign Envelope ID: 92D4E8AB-782A-8665-8151-D504F65BCF47

45. Turbines #46 and #55 were noted to be "not on site" in the May 15, 2026 email list between Trinity Consultants and MDEQ. This aligns with what was observed in the May 12, 2026 satellite photo (empty areas could be seen where these turbines may be installed, see Figure 12).

46. To incorporate these twenty-four new turbines in my PTE calculations, I applied the same assumptions regarding Generation 6 and 8 TM-2500 turbines as in earlier calculations to the seven new turbines of those makes and models (turbines #48-54). For the twelve Mitsubishi FT8 turbines (#34–41 and #56–59), I used the engine power and heat rate values from the manufacturer specifications (30,941 kW and 9,312 Btu/kW-hr respectively). For the five Generation 4 TM-2500 turbines, I again used the engine power and heat rate values from the manufacturer specifications (22,500 kW and 9,500 Btu/kW-hr respectively). Aligning with the previous turbines and capturing the worst-case scenario, 8,760 hours of operation per year was assumed. I utilized AP-42 emissions factors, except for NOx and SO2. Water injection was assumed as the infrastructure would already be in place at the site for the TM-2500 turbines, M35 turbine, and JT35 turbines and the May 15, 2026 email list noted these turbines use "demin water" for emission control. For a NOx emission factor, 25 PPM was assumed as this value is noted in the manufacturer specifications.

47. All SO2 emission factors were updated for the TM-2500, M35, JT35, and FT8 turbines as the emission profile provided a fuel gas analysis with a 0.01 grains Sulfur/scf factor along with a fuel heat value (1,054.60 Btu/scf) from Memphis Light, Gas and Water.

48. The Generation 8 TM-2500 engine power and heat rate were edited assuming 60 Hertz (Hz) versus 50Hz. 60Hz engines have a greater power output, better efficiency, need

smaller transformers, and are more standard in the U.S. The 60Hz engine powers align better with the May 15, 2026 email list and therefore all turbines were assumed to be 60Hz.

49. After reviewing the new information, including the emissions control information provided in the May 15, 2026 email, I reevaluated my prior assumptions concerning Generation 6 and 7 TM-2500 turbines—particularly the use of performance specifications from the LM2500+ engines for these models. Based on my review, I updated the engine power and heat rate to the values given in the TM-2500 specification sheet (included in Attachment 2) (previously 30,700 kW and 9,832 Btu/kW-hr, now 30,988 kW and 9,282 Btu/kW-hr) for turbines #10–17, #20, and #54. This adjustment had a negligible impact on the PTE calculation for those turbines, but in all respects somewhat lowered the calculated PTE values for those units.

50. I noticed several discrepancies in the information provided to MDEQ by Trinity Consultants regarding the turbines used at the Southaven site. Some of these discrepancies required a resolution to calculate the facility's PTE. Of note:

    a. The May 15, 2026 email list identifies turbines #31–33 as Generation 8 TM-2500 turbines. However, as described above in Paragraph 27, the flyover photos clearly show these units to be Jereh JT35 turbines. In my calculations, I assumed these units were Jereh JT35s, which have a lower heat input and engine power, and therefore lower emissions profile than the Generation 8 TM-2500 turbines even though they use the same engine.

    b. When comparing the Trinity Consultants' May 15, 2026, email list to a previous email exchange between Trinity and MDEQ (dated December 11, 2025), the total power output for two of the turbines change. Turbines #8 and #9, both listed as Generation 8 TM-2500 turbines, were previously indicated

to be 25 MW. The latest exchange suggests they are 35 MW turbines. This adjustment brings Trinity Consultants' stated generating capacity for these turbines in line with manufacturer specifications. Since my emissions calculations relied on manufacturer specifications rather than Trinity Consultants' summary lists, this adjustment did not change my evaluation of the facility's PTE.

c.  Trinity Consultants provided MDEQ with calculated emissions profiles for some the units at the site. However, the firm's calculations appear to assume that every size of TM-2500 will have the same heat rate. That is very unlikely to be true, as heat rates vary significantly by engine size, configuration, and technology. For my assessment, I utilized each turbine's heat rate from manufacturer specifications for the PTE calculations.

d.  Turbine #9 in the May 15, 2026, email list is noted to be a Generation 8 TM-2500 turbine, while in previous email exchanges between Trinity Consultants and MDEQ (on December 11, 2026) it was indicated to be a M35 turbine. The difference in turbine layouts can be seen in Figures 4 and 5 (for the Generation 8 TM-2500 turbine) and Figures 6 and 7 (for the M35 turbine). In my calculations, I assumed this was a M35 turbine which has a slightly lower heat input and engine power than the Generation 8 TM-2500 turbine even though they use the same engine.

18

51. I updated my PTE calculations to reflect the new information about the existing turbines and include the additional turbines:

| PTE (tpy) - xAI's 57 Turbines at 2875 Stanton Rd S, Southaven, MS as of 5/15/2026 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | #Units | NOx | CO | SO2 | VOC | PM | Formaldehyde | Toluene |
| SMT-130 | 14 | 72.99 | 55.54 | 26.45 | 69.96 | 64.42 | 6.93 | 1.27 |
| TM-2500 | 27 | 3,315.30 | 1,064.09 | 96.10 | 74.49 | 234.10 | 25.18 | 4.61 |
| M35 | 1 | 130.54 | 41.90 | 3.78 | 2.93 | 9.22 | 0.99 | 0.18 |
| JT35 | 3 | 358.21 | 114.97 | 10.38 | 8.05 | 25.29 | 2.72 | 0.50 |
| FT8 | 12 | 1,423.51 | 454.31 | 41.03 | 31.80 | 99.95 | 10.75 | 1.97 |
| TOTAL | 57 | 5,300.54 | 1,730.82 | 177.73 | 187.23 | 432.98 | 46.58 | 8.53 |

52. In addition, I calculated the facility's PTE using the emissions profiles provided by Trinity Consultants to MDEQ. Because Trinity Consultants understates the likely heat rates of several of the turbines, the calculation understates the PTE posed by this facility. Nonetheless, even using Trinity Consultant's heat rate values, the Colossus Gas Plant's PTE would be:

    a. in excess of 4,400 tpy of NOx;

    b. in excess of 7,000 tpy of CO;

    c. in excess of 370 tpy of PM; and

    d. in excess of 56 tpy of total HAPs.

53. Looking at the latest-available (2020) National Emission Inventory (NEI)[2] to compare the NOx PTE to annual emission for other facilities, for NOx emissions the Southaven site[3] ranks:

---

[2] U.S. EPA National Emissions Inventory 2020 NEI Data Retrieval Tool, available at https://www.epa.gov/air-emissions-inventories/2020-national-emissions-inventory-nei-data ("Online 2020 NEI Data Retrieval Tool").

[3] As actual annual emissions data is not available for the Southaven site, the calculated NOx PTE was compared to NEI values.

19

a. The greatest polluter in the Memphis Metropolitan Statistical Area, which covers 8 counties[4], dwarfing the next largest emitter, Memphis International Airport whose NOx annual emissions are one-fifth (1,077 tpy) that of the Southaven site's PTE (5,300 tpy). A comparable 1.1-gigawatt combined-cycle natural gas-fired plant, TVA-Allen in Shelby County, Tennessee, has annual NOx emissions of only 230 tpy.

b. The largest NOx emitter in Mississippi, Tennessee, and Arkansas.

c. In the top 50 of over 52,000 facilities in the nation. That is the top 0.1% of NOx emitters in the country.

54. I compared the 57 turbines at the site to the 41 turbines in the permit that MDEQ issued to MZX Tech LLC for 2875 Stanton Rd S, Southaven, Mississippi on March 11, 2026. None of the 57 turbines currently observed on-site are included in that permit. In addition, neither of two additional turbines listed by Trinity Consultants in the May 15, 2026 email disclosure but not yet on-site are included in that permit.

### Additional On-site Construction

55. Aerial photographs show that a significant amount of construction work has occurred at the site.

56. As of my April analysis, concrete pads were poured to support the turbines; electrical lines, gas supply lines, and water injection lines were installed; three white buildings, which appear to be switch houses, were erected; at least 17 transformers were installed; and, as

---

[4] Arkansas – Crittenden County; Mississippi – DeSoto, Marshall, Tate, and Tunica Counties; Tennessee – Fayette, Shelby, and Tipton Counties.

20

mentioned above, SCR was installed on several units (including exhaust stacks and ammonia tanks).

57.    As of my May analysis, several transformers have been newly installed, and two more switch house buildings can be observed in the May 12, 2026 satellite imagery (see Figures 11 and 12). Electrical lines can be seen running from turbines #34-41 as well.

58.    Though the concrete pads are currently being used to support the turbines, that kind of foundation is not necessary for the make and model of turbines currently in use, especially if they are used short term. The turbines currently in use could instead be supported by alternative materials, such as gravel mats or timber mats. Compared to alternatives, concrete pads are more expensive, are intended for longer term use, and are less prone to weather damage.

59.    There are significant building and decommissioning times associated with the type of infrastructure at the project site. The type of work implemented at the site indicates that the materials, equipment, and structures are likely not for temporary use. For example, equipment like natural gas supply lines, electrical connections, and the concrete slab foundations both support these turbines and could be repurposed and adapted for future turbines.

60.    The extent of construction already implemented at the site indicates that the infrastructure will be part of the power source long term.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2026.

Signed by:

*kim laufenberg*

947641BD46E947E...

Kim Laufenberg