# ATTACHMENT 1

# KIM M. LAUFENBERG

2416 Tillett Rd SW
Roanoke, VA 24015
(608) 438-7575
laufenbergkim@gmail.com

## QUALIFICATIONS SUMMARY

Energetic engineer with practical knowledge in the engineering field through air inspections & water infrastructure project coordination (for the Environmental Protection Agency - EPA), Society of Automotive Engineers (SAE), applying & interpreting federal regulations, and multiple engineering design courses. Hard work ethic and time management skills demonstrated by balancing both jobs and clubs throughout college and spearheading multiple secondary projects through Peace Corps service and at the EPA. Able to apply strong communication, planning, and analytical skills to find the best course of action to accomplish projects in cross-cultural settings to adapt to situations with limited resources. Operate confidently with a strong passion to gain further knowledge and succeed in an open, collaborative learning environment.

## WORK EXPERIENCE

**Engineering Analyst**                                                November 2025-Present
Environmental Integrity Project (EIP)                                 40hrs/wk; 93,000/yr
888 17th St NW, #810                                                  S: Abel Russ, may contact
Washington, DC 20006                                                  P: (802) 482-5379

Primary role of analyzing facility permits, annual reports, applicable regulations (both state & federal), stack tests, engineering reports, and other data for violations to hold industrial polluters accountable for noncompliance, focusing mainly within the Clean Air Act.  Request additional information (via FOIA) needed for further evidence to strengthen cases, while also compiling supporting data from publicly accessible databases.  Draft documentation of findings and additional reports to build the case foundation.  Aid in acquiring experts and obtaining standing witnesses.  Maintain ongoing communication with lawyers, researchers, and other engineers to reduce pollution through case litigation.  Collaborate with other NGOs on CAA subject matter expertise.

**Air Compliance Officer, GS-12**                                     January 2017-August 2023
Environmental Protection Agency (EPA)                                 40 hrs/wk; $83,397/yr
1600 John F Kennedy Blvd                                              S: Kristen Hall, may contact
Philadelphia, PA 19103                                                P: (215) 814-2168

Served as the scientific and technical authority by leading over 50 inspections, drafting 18 information request letters, and interpreting complex air quality regulations to develop cases against facilities throughout the Mid-Atlantic region to ensure compliance with the Clean Air Act (CAA) while coordinating with fellow EPA colleagues and state inspectors. Acted as the case project leader working with regional counsel through obtaining, compiling, and organizing facility data, then providing expert advice and guidance to bring a case against the facility. Drafted enforcement documents including inspection reports, notice of violation (NOV), expedited settlement agreement (ESA), consent order and final agreement (CAFO), consent decree (CD), and similar. When cases dictated, collaborated with Customs and Border Protection (CBP), EPA headquarters, and the Department of Justice (DOJ) on enforcement matters maintaining open lines of communication in addition to preparing and disseminating technical case briefings with supportive written documents (including seizure letters for CBP). Led the targeting for EPA Region III (R3) of import inspections coordinating with EPA headquarters, CBP, and Office of Transportation and Air Quality (OTAQ). Held primary responsibility for continued navigation of branch information within a

tracking system of EPA Region 3 air enforcement data (over 1,000 inspections and cases). Created, updated, and maintained branch templates for uniformity and consistency of agency documents while incorporating newly proposed policy/regulatory language. Worked closely with Office of Air Quality Planning and Standards (OAQPS) when additional scientific expertise was needed on analytic methods and techniques regarding air quality issues.

The core part of the work included interpreting information responses, analyzing data, and performing inspections for Clean Air Act applicability utilizing factual, technical, and scientific skills. The knowledge acquired in learning parts of the Clean Air Act was taught to national workgroups, states, municipalities, and new EPA R3 inspectors. Every case was unique as every facility has its own specialized process in turn creating flexibility and ad hoc experiences which included negotiations, mitigation projects/ grants, and site-specific compliance agreements. Continued management of these various agreements (cooperative, interagency, close-outs, etc.) were also maintained. The position required continued project management, customer service, teamwork, and communication skills.

Additionally, oversaw 4 colleagues to create an inventorying and filing system for air enforcement documents reorganizing the existing file room. Problem solved and generated ideas for innovative approaches in records management issues including space requirements prior to moving to a new building. Spearheaded training for newly hired employees both at a branch and divisional level. Coordinated multiple events to facilitate an open work atmosphere including a cultural coffeehouse, several yoga classes, a dozen blood drives and collaborating with new employees to create events to ease their transition into the agency especially during the pandemic.

**Water Infrastructure Coordinator & Project Officer, GS-13**    August 2023-September 2025
Environmental Protection Agency (EPA)    40 hrs/wk; $106,856/yr
1600 John F Kennedy Blvd    S: Jeffrey Boylan, may contact
Philadelphia, PA 19103    P: (215) 814-2094

Oversaw 253 earmarks/community grants appropriated in FY22-FY24 coordinating with 17 project officers (POs). Awarded over 50 community grants (CGs), reviewing and approving supporting documentation. Uploaded over 30 environmental determination (NEPA) documents to the national database (CDX), in addition to other revisions and cover letters to comply with executive orders. Attended weekly national workgroup as the regional representative in addition to divisional management meetings providing updates on project award progress and program challenges. Spearheaded community interaction as the regional national contact and outreach through the R3CommunityProject@epa.gov general inbox (fielding various questions). Held individual introductory meetings with 71 communities to understand the status of their project(s), relay the regulations & requirements of their federal grant, and field any questions, then prioritized PO assigned when needed.

Led on the regional tracking spreadsheet for CGs on commonly requested metrics from management and quick status updates to minimize disturbances to POs while highlighting program accomplishments. Created both Word and email templates for the program for consistency and ensure the most up-to-date documents are utilized. Developed additional resources for the earmark program restructuring the Teams database which involved PO buy-in and input. Established weekly office hours with the team to update everyone on added resources and guidance along with creating an open forum for questions and discussion. Scheduled monthly one-on-one status meetings with each PO to help get project status updates needed for HQ as well as giving them an opportunity to ask questions. Created OneNote/WIKI resources for both POs and grant coordinators for SOP guidance and alignment on outstanding priority items. Spearheaded a training plan for new hires (along with co-coordinator, JJ Deignan) which included both NEPA and procurement workshops. Stayed current on issues and laws, problem solving to limit disruption to the program and PO work.

Primarily lead on 17 earmarks/projects being the first line of communication with the Recipient as their project officer. Completed 7 awards, 11 NEPA determinations, 3 cost share waivers, 1 technical correction, 14 procurement reviews, 6 payment requests, and 2 site evaluations.

**Mathematics & Science Teacher**                     July 2014-August 2016
Peace Corps Namibia                                   40 hrs/wk; $6500/service
19 Nachtigal St                                       S: Karen Mappin, may contact
Windhoek, Namibia                                     E: kmappin@peacecorps.gov

Planned, facilitated, and assessed lessons for mathematics and science to 5th and 6th grade learners (roughly 50 kids) in a rural setting using limited media resources. Evaluated best practices for Mathematics and Science instruction and advised school management. The position required the ability to adapt to cross-cultural environments. Incorporated critical thinking and learner centered strategies into the classroom. Developed a continuous assessment system through Excel for recording grades. Created a school library with over 1200 books by coordinating with book aid services in the country and overseas to promote learners' achievement in English. Applied for and received a PEPFAR (President's Emergency Plan for AIDS Relief) Grant through Peace Corps to paint the upper primary classrooms of Gunkwe Primary School using both the children and local community to create a more conducive learning environment. Established a school orchard with 35 mango and lemon trees as well as installed a water pipeline.  Involved the students in both processes to promote agricultural skills and food sustainability practices collaborating with the Director of the Ministry of Forestry to acquire required materials.

Instructed a Pre-Service Training for 54 Peace Corps Response Volunteers for 9 days including 10 hours of technical and cultural awareness training sessions as well as assisting with adjustment and cultural shock. Achieved exceptional learner performance in Namibia's National Examination for 6th grade Mathematics with 75% proficiency, ten points above the national average.

**Thermal, Sustainability & Strategic Planning Engineer**       May 2012-July 2014 (3 internships)
Alliant Energy General Office                         40 hrs/wk; $21/hr
4902 North Biltmore Lane                              S: Ben Lipari, may contact
Madison, WI 53707                                     P: (608) 458-4478

Gained field experience in a power plant in conjunction with work in the general office. Enhanced communication and project development skills and gained knowledge in a variety of fields within the organization. Collaborated with the Environmental Department to generate statistics on current gas emissions. Spearheaded communication with landfills to set up agreements to use ash as daily cover to both reduce expenses and promote environmental sustainability. Analyzed thermal performance data and designed an electrostatic precipitator rapping program in an effort to find areas of improvement within the power plant to reduce energy losses.


## EDUCATION

May 2014: Bachelor of Science, Environmental Engineering major
minors in Mathematics & Renewable Energy, 3.1/4.0 GPA
University of Wisconsin - Platteville
Platteville, WI 53818

Spring 2013 University of Canterbury, Christchurch, New Zealand: Study abroad program. Completed coursework in environmental engineering. Experienced New Zealand culture through travel, clubs, and friendships. Learned valuable lessons in time management, adaptability, and cross-culture awareness.

**Society of Automotive Engineers (SAE)**             January 2010-December 2013
University of Wisconsin - Platteville                 Variable 5 hrs/wk
1000 Southwest Road                                   S: Curtis Schneider, may contact
Platteville, WI 53818                                 P: (920) 379-9074

Applied engineering knowledge through the design and building of a baja vehicle. Worked alongside a diverse group of men to construct a vehicle for competition. Managed time between class studies and club activities. Held a position as social coordinator for a year recruiting new members through a variety of marketing and social events on campus. Directed the recreation of the vehicle seat through carbon fiber molding and design.

**Resident Assistant**                                          August 2012-December 2013
University of Wisconsin - Platteville                           20 hrs/wk; $100/month + housing
1 University Plaza                                              S: Chris Hein, may contact
Platteville, WI 53818                                          P: (402) 270-0967

Balanced residential hall responsibilities while excelling in engineering studies. Organized multiple wing and hall activities for residents which conveyed a variety of knowledge including diversity, female empowerment, healthy living, and campus involvement. Enforced hall policies while building relationships with residents to create a comfortable living environment. Gained experience in leadership while creating strong friendships with staff and residents.

## PROFESSIONAL TRAINING

Grant Project Officer Certification (2023), Order 3500.1 Stationary and Mobile Source Training for Inspector Credentials (2017 – 2023, fully credentialed in 2018), Financial Ability to Pay Modeling (2019), NACT 299 Theory & Application (2019), Stack Testing for Particulate Matter Emissions (2018), Environmental Remediation Technologies (2018), Groundwater High-Resolution Site Characterization (2018), Incremental Sampling (2018), NACT 355 Advanced Inspector Training (2018), CPR & First Aid (2018 & 2025), NACT 334 Training (2017), Smoke School (2022-2017), 24-Hour Health & Safety (2017, annual refresher training 2018-2025), Peace Corps Volunteer Support Network (2014 – 2016), Peace Corps Pre-Service Training (2014), Resident Hall Association (2010)

## AWARDS/HONORS

Bronze Medal for Commendable Service - Tadano CAA Settlement Team: Winter 2024
Enforcement Division - Unsung Hero Award: Fall 2022
Bronze Medal for Commendable Service - R3 Records Team: Fall 2021
Mobile Source Initiative: Fall 2018
Study Abroad Scholarship, Spring 2013
Excellence in Leadership Award, Spring 2012
Executive Board Member of the Year, Spring 2012
RA Master Communicator, Fall 2011, Spring 2012 & Fall 2012
Staff Member of the Year, Fall 2011 & Fall 2012
GLACURH & WURHA Delegate, Fall 2009, Spring 2010, & Fall 2011

## ADDITIONAL INFORMATION

Advanced in Microsoft Office Suite: Excel, Word, Teams, PowerPoint, Outlook, PowerBI, SharePoint, OneNote
Proficient in: ArcGIS, Prezi, SolidWorks, AutoCAD, Civil3D, SewerCAD, WaterCAD, StormCAD, Grants Management Systems, Skype for Business, Avaya

## REFERENCES

Abel Russ, CAES Director
888 17th St NW, #810
Washington, DC 20006
(802) 482-5379

Jeffrey Boylan, Clean Water IAS Manager
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2094

JJ Deignan, Co-Coordinator
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2316

Kristen Hall, Air Enforcement Section Chief
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2168

Erin Malone, Fellow Air Inspector
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2190

Karen Mappin, Management & Operations
Peace Corps Namibia
19 Nachtigal St
Windhoek, Namibia
kmappin@peacecorps.gov

Paulina Kakuva, Associate Peace Corps Director
Peace Corps Namibia
19 Nachtigal St
Windhoek, Namibia
pkakuva@peacecorps.gov

Ben Lipari, Manager of Strategic Planning
Alliant Energy General Office
4902 North Biltmore Lane
Madison, WI 53707
BenLipari@alliantenergy.com
(608) 458-4478

Curtis Schneider, SAE Baja Captain
1000 Southwest Road
Platteville, WI 53818
schneidercu@gmail.com
(920) 379-9074

Chris Hein, Resident Director
University of Wisconsin – Platteville
1 University Plaza
Platteville, WI 53818
chris.m.hein@gmail.com
(402) 270-0967