# ATTACHMENT 2

# Solar® Turbines
## A Caterpillar Company

# SOLAR® MOBILE TURBOMACHINERY
## SMT130 – Powered by Titan™ 130

*Powering the Future Through Sustainable, Innovative Energy Solutions*

The SMT130 is the economic and sustainable solution for mobile and rapid deployment power generation. The 16 MWe complete power plant is designed around the proven Titan™ 130 gas turbine for quick setup, global transportability and reliable operation. The SMT130 is ready to go anywhere, anytime.



## COMPLETE SOLUTION

- Fully-Integrated Mobile Power Plant
- 13.8KV/12.47KV (60 Hz) Generator
- Dual Fuel System (Natural Gas and Diesel #2)
- Low Emissions SoLoNOx™ Combustion System
- Lightweight, Dual Frame Design with Separate Air Filtration Module
- Compact Footprint for High Power Density
- Low-Profile Modular Design to Minimize Installed Height
- Easily Relocatable via Highway or Rugged Terrain
- Transcontinental Transportability by Ocean Freight
- World-Class Global Customer Support Network

## PARK, PLUG AND POWER

- Quick and Innovative Setup – Less Than 12 Hours
- No Concrete Foundation Required
- No Crane Lifts Required at Site
- Hydraulic Leveling System
- Rapid Alignment Technology

## STANDARD FEATURES

- Wide Fuel Flexibility (Field Gas, CNG, LPG, etc.)
- Temperature Range from -18°C to 49°C (0°F to 120°F)
- Complete Electrical Equipment Compartment with Motor Control Center and HVAC
- Utility Grade Switchgear and Protective Relay Module
- Compact Medium Voltage Compartment
- Internal 120V Outlet
- Optional Sound Attenuation System
- Add-On Option for Multi-Unit Power Management and Microgrid Control with Solar® StationEdge
- InSight™ Platform Compatible
- Digital Load Sharing Capability Across Solar Fleet
- Standard Offering at 25 PPM NOx with Optional Configurations Down to 15 and 9 PPM NOx



## TYPICAL PERFORMANCE*

| Output Power | 16 000 kWe |
|---|---|
| Heat Rate | 10 160 kJ/kWe-hr (9630 Btu/kWe-hr) |

*ISO: 15°C (59°F), sea level



## MOBILE POWER PLANT DIMENSIONS



4.27 m (14')

Turbine Mobile Unit Weight: 48 500 kg (107,000 lbs)

Generator Mobile Unit Weight: 55 500 kg (122,000 lbs)

27.74 m (91')

3.05 m (10')

2.50 m (8')

Air Filter Module Weight: 4500 kg (10,000 lbs)

5.75 m (19') with louvers

Note: Displayed weights shown are estimated installed weights

Cat and Caterpillar are registered trademarks of Caterpillar Inc. Solar, Titan, SoLoNOx and InSight Platform are trademarks of Solar Turbines Incorporated.
© 2024 Solar Turbines Incorporated. All rights reserved. Specifications subject to change without notice.
DSSMT130/0724/EO

**Additional Information:**
Web: **www.solarturbines.com**
Email: **infocorp@solarturbines.com** Phone: **+1-619-544-5352**



**POWERING BUSINESS. EMPOWERING PEOPLE**

## 31 MW
power potential on wheels

## 69 MILLION HOURS
accumulated hours of successful heritage operation

## ~1 MONTH
from contract signing to commissioning

## 11 DAYS
from parking first trailer to commissioning

## 10 MINUTES
full power production in less than 10 minutes





POWERING BUSINESS. EMPOWERING PEOPLE

# Features of the TM2500+ fast power solution



### Fuel flexibility

Can operate on gas and/or distillate liquid fuel



### Lower emissions

50 percent lower emissions than diesel generators when operating on gas



### Proven technology

More than 1,800 LM2500 gas turbines deployed with 69 million operational hours of experience



### Enhanced design

Two-trailer footprint for high power density



### Quick lead times

On-demand power plants delivered in weeks, not months



### Scalable, reliable power

Able to add 31 MW blocks of power as demand increases



### Distributed power

Localized power supply, eliminating the need for additional transmission and generation infrastructure



### Project experience

More than a decade of experience in providing emergency power



### Turnkey design

Delivery of complete energy solution

# Benefits of a TM2500+ solution

## Speed

The development of a new power plant could entail months of construction and commissioning. We can shorten that time from months to days under most conditions. Once on the ground, these mobile units can generate power in about 11 days.

## Reliability & availability

Due to our aviation legacy with the LM2500+ gas turbine, TM2500+ fast-power solution represents some of the most reliable units available. That means consumers will not face frequent interruptions and instabilities due to technical problems related to faulty equipment or an unstable electricity grid.

## Dual fuel capability

TM2500+ solutions are capable of running on both natural gas and/or diesel at an output of up to 31 MW with water injection for NOx abatement.

## Mobility

Mounted on a mobile, two-trailer assembly, TM2500+ generator sets can be transported via land, sea, and air to some of the most remote places in the world. Their mobile nature means that they can be swiftly deployed to other sites within days when they are no longer required at the original site.

## Flexibility

Extremely flexible, they have a sub 10-minute start cycle to full power.

## Scalability

The technology is also scalable, allowing you to buy the number of units you need with the option of adding more power quickly as demand increases.

**USP&E**

POWERING BUSINESS. EMPOWERING PEOPLE

# The TM2500+ solution can be deployed more than 6 times faster than other technologies

Customers may immediately generate incremental electricity revenue.



$ millions in electricity revenue

| TM2500+ mobile gas turbine | Gas turbines | Combined cycle |
| --- | --- | --- |
| ~1 MONTH | ~ 6 MONTHS | ~ 16 MONTHS |

*The TM2500+ can be in commercial operation approximately 30 days after an order is placed, but these times may vary based on project location, site readiness, permitting process, and other variables.*

# Multiple applications in a wide range of industries

The TM2500+ solution can solve a number of industry challenges. These include, but are not limited to, difficult access to the electric grid, an unstable grid, emergencies and natural disasters, rapid demand growth such as large construction projects, as well as escalating electricity prices and seasonal shortages. More details on applications of the TM2500+ mobile gas turbine generator are detailed below.

| | The Challenge | Description | Potential Industries | TM2500+ as a solution |
| --- | --- | --- | --- | --- |
| | **Limited or no access to the electric grid** | Cases with challenging access to the electric grid include:<br>• Lack of robust transmission and distribution network<br>• Delayed grid access<br>• Remote, islanded and mobile operations | Oil and Gas<br>Mining<br>General industry<br>Power generation | **Speed, Mobility, and Reliability**<br>Can deliver power where and when it is needed and bring power online within 10 minutes to stabilize the grid |
| | **Rapid energy demand growth** | High and rapid demand for electricity in cases with restricted power availability such as new, large off-grid construction projects | Government<br>Utilities<br>General industry | **Speed, Reliability**<br>Can fulfill power demand in the face of growing needs in a fast and reliable way |
| | **Lengthy buildout of electricity generation infrastructure** | Construction lead times on new generation facilities as well as unanticipated delays, meaning pressing electricity needs are not met | Government<br>Utilities<br>General industry | **Speed, Reliability**<br>Can bridge power until new facilities are completed and go online |
| | **Escalating electricity prices** | Escalating electricity rates during seasonal or peak periods requiring technologies that enable peak shaving | Government<br>Utilities<br>General industry | **Fuel flexibility**<br>Can be used as a peak shaving application to help transition off the grid during seasonal or peak periods |
| | **Natural disaster & emergencies** | Cases of emergency where power generation sources are impacted and direly needed | Government<br>Utilities | **Speed, Mobility**<br>Can provide emergency power in a fast, reliable and mobile way |
| | **Flare gas** | Natural gas flared in oil fields leading to billions of dollars wasted and millions of tons of greenhouse gas emissions | Oil and Gas | **Fuel flexibility, Mobility**<br>Can help monetize gas flaring for power generation and help reduce diesel consumption |



**POWERING BUSINESS. EMPOWERING PEOPLE**

# Performance you can count on for mobile Power

## TM2500+ General Arrangement



## Auxiliary Trailer

| Model | Water Injection (NOx = 25 ppmvd @15% O2) | Output (MW) | Heat Rate (Btu/kWh) | Heat Rate (kJ/kWh) | Efficiency (%) | Pressure Ratio | Power Turbine Speed (RPM) | Exhaust Flow (lb/sec) | Exhaust Flow (kg/sec) | Exhaust Temp (F) | Exhaust Temp (C) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **60 HZ** | | | | | | | | | | | |
| TM2500+ | None | 30.688 | 8830 | 9316 | 39 | 22.5 | 3600 | 192.2 | 87.2 | 959.1 | 515 |
| TM2500+ | Yes | 30.988 | 9285 | 9796 | 37 | 22.8 | 3600 | 196.6 | 89.2 | 906.0 | 485.6 |
| **50 HZ** | | | | | | | | | | | |
| TM2500+ | None | 26.190 | 9246 | 9755 | 37 | 21.2 | 3000 | 184.5 | 83.7 | 925.0 | 496.1 |
| TM2500+ | Yes | 26.190 | 9705 | 10239 | 35 | 21.3 | 3000 | 187.2 | 84.9 | 879.0 | 470.6 |

*\*The performance data shown above is at standard ISO (International Organization for Standardization) conditions. The ISO has defined the following standard conditions for comparing gas turbine engines Ambient air: 59°F/15°C, 60% RH; Barometric pressure (14.696 psia / 101.4 kPa); Sea level altitude. 60 Hz based on a Brush air-cooled generator w/brushless excitation @ 0.90 PF; 59°F/15°C cooling air; 13.8 kV (50 Hz @ 11.5 kV)*

# The TM2500+ total solution and services support





FACTSHEET

# TM2500

## AERODERIVATIVE PACKAGE

SWITCHING FROM A DIESEL ENGINE AND ELECTRIC GENERATOR (DIESEL GENSET) TO A TM2500 BURNING NATURAL GAS CAN SAVE UP TO $8 MILLION PER YEAR IN OPERATING COSTS.

|  |  | TM2500 SAC | TM2500 DLE |
|---|---|---|---|
| **SC PLANT PERFORMANCE** | SC Net Output (MW) | 34.6/36.9†† | 34.5/34.4†† |
| | SC Net Heat Rate (Btu/kWh, LHV) | 9814/9377†† | 8648/8557†† |
| | SC Net Heat Rate (kJ/kWh, LHV) | 10354/9893†† | 9124/9028†† |
| | SC Net Efficiency (%, LHV) | 34.8% 36.4%†† | 39.5%/39.9%†† |
| | Fast Start Capability (Minutes) | 5 | 5 |
| **1X CC PLANT PERFORMANCE** | CC Net Output (MW) | 49.5/51.5†† | 47.9/47.5†† |
| | CC Net Heat Rate (Btu/kWh, LHV) | 6833/6701†† | 6209/6175†† |
| | CC Net Heat Rate (kJ/kWh, LHV) | 7209/7070†† | 6551/6515†† |
| | CC Net Efficiency (%, LHV) | 49.9%/50.9%†† | 55.0%/55.3%†† |
| | Plant Turndown – Minimum Load (%) | 35.0% | 35.0% |
| | Ramp Rate (MW/min) | 30 | 30 |
| | Startup Time (RR Hot†, Minutes) | 30 | 30 |
| **2X CC PLANT PERFORMANCE** | CC Net Output (MW) | 99.9/103.9†† | 96.5/95.8†† |
| | CC Net Heat Rate (Btu/kWh, LHV) | 6776/6640†† | 6160/6124†† |
| | CC Net Heat Rate (kJ/kWh, LHV) | 7149/7006†† | 6499/6461†† |
| | CC Net Efficiency (%, LHV) | 50.4%/51.4%†† | 55.4%/55.7%†† |
| | Plant Turndown – Minimum Load (%) | 35.0% | 35.0% |
| | Ramp Rate (MW/min) | 60 | 60 |
| | Startup Time (RR Hot†, Minutes) | 30 | 30 |

NOTE: Net Plant ratings are based on ISO conditions, natural gas, inlet and exhaust losses included and balance of plant equipment excluded. Actual performance will vary with project specific conditions, fuel and ambient conditions. 2PNRH = Two pressure, non-reheat.
† Rapid Response/Hot Start
†† 50 Hz/60 Hz

**~37 MW**
SIMPLE CYCLE OUTPUT

**~40%**
SIMPLE CYCLE EFFICIENCY

**50/60**
HZ

The TM2500 package is ideal for providing a baseload bridge to permanent power installations or for generating backup power in the wake of emergencies like natural disasters, plant shutdowns, or grid instability. Our complete solutions, including a trailer-mounted gas turbine generator set and containerized balance-of-plant, can put power on the grid within as little as 30 days of the contract signature. This fast power provides the greatest power density among gas turbine trailer-mounted offerings.

TO LEARN MORE ABOUT THIS OFFERING, CONTACT YOUR SALES REPRESENTATIVE OR VISIT

## gevernova.com



© 2025 GE Vernova and/or its affiliates. All rights reserved.

GE and the GE Monogram are trademarks of General Electric Company used under trademark license.

Information contained in this document is indicative. No representation or warranty is given or should be relied on. Information provided is subject to change without notice.

The TM2500 is a registered product of GE Vernova.

GEA35745  (09/2025)



Up to **35%** Hydrogen ($H_2$) Capability

FROM PIPELINE TO POWERLINE. WE DELIVER.





**MOBILE TURBINE**

# LCP M35

**The LCP M35 Turbine** is an extremely versatile turbine package capable of delivering 35MW of power. With dual fuel (liquid or gaseous) capabilities, 50/60Hz operable and with a water injection ring fitted as standard it can meet multiple applications. Additionally, it has quick setup times, allowing it to be a good fit for frequent move applications.

| PERFORMANCE INFO-ELECTRICAL* | | YES | NO |
|---|---|---|---|
| Exhaust Water Injection | | YES | NO |
| Frequency Options | Hz | 60 | 60 |
| Power Output (Standby) | kW | 35,020 | 34,500 |
| Power Output (Prime) | kW | 35,020 | 34,500 |
| Power Output (Continuous) | kW | 35,020 | 34,500 |
| Voltages(s) Output | V | 13,800 +/- 10% | 13,800 +/- 10% |
| Maximum Amps/Phase | Amps | 1,400 | 1,400 |
| Black Start Power Requirement | kW(V) | 1,000kW (480V) | 1,000kW (480V) |
| Max Transient Load (Load Step) | kW | 25,000 | 25,000 |
| Startup Time (From Ready to Start) | mins | 5 | 5 |
| Cool Down Time Before Restart | mins | 15 Controlled | 4 Hrs. Uncontrolled |
| Max Altitude | ft | 8,000 | 8,000 |
| Max Ambient Temperature | deg F | 130 | 130 |
| Min Ambient Temp W/O Winterization | deg F | -40 | -40 |
| **PERFORMANCE INFO-FUEL**\*\* | | | |
| Specific Energy Consumption (Heat Rate) | btu/kW-hr | 9,105 | 8,877 |
| Specific Fuel Consumption – NG | scf/kW-hr | 9.1 | 8.9 |
| Ng Fuel Pressure Range (Limits) | psi | 385-575 | 385-575 |
| Ng Fuel Pressure Range (Preferred) | psi | 480-520 | 480-520 |

*Power output is based on iso conditions (sea level and 59°F), 60Hz, for actual performance, refer to derate tables below or contact Lifecycle Power, 50Hz performance (if available) are provided on request

**Fuel consumptions are based on 100% loading at ISO conditions utilizing commercial spec fuels, for detailed performance refer to derate table below or contact Life Cycle Power

## Key Features of the M35

- GE LM2500+G4 turbine
- Capability of installation in less than 24hrs from arrival on site
- 60Hz, 13.8kV generator (Auxiliary transformer to run at 12.47kV or 13.8kV). Oversized for future insertion of the LM2500+G5
- 99.9% GE LM2500+G4 reliability, Thousands of gas turbine installations globally
- Transported as four trailers (Turbine, Generator, Air inlet. Exhaust)
- Integrated ATS and low Voltage transformer for control power. Allows Black start to be switched off once turbine is operational
- Integrated control room on trailer
- Hydraulic turbine starter
- Dual frequency available (50/60Hz)
- Optional water injection provided for reduced emissions
- Accepts Diesel, LNG, CNG, pipeline, hydrogen blends or field gas as fuel
- Can be paralleled with all other LCP models to give microgrids capable of 100's of MW
- Proven capabilities operating on high BTU gas fuels- 1,400btu/ft3 standard, 1,900 btu/ft3 with treatment
- No oil or spark plug changes required (unlike engines) means no shutdown requirements until annual borescope and inspection
- No concrete pad required

**LifeCyclePower.com** | **361-551-6023**

FROM PIPELINE TO POWERLINE. WE DELIVER.

## MOBILE TURBINE
# LCP M35



### PERFORMANCE INFO-NOISE

| | | |
|---|---|---|
| Noise Level (3ft) | dBa | 87 |
| Noise Level (100) | dBa | 84 |

### PERFORMANCE INFO-EMISSIONS***

| | | YES | NO |
|---|---|---|---|
| Specific Water Consumption | Gal/kW-hr | 0.052 | 0 |
| Emission - NOX | g/kW-hr (g/bhp-hr) | 0.4 (0.3) | 3.72 (2.77) |
| Emission - CO | g/kW-hr (g/bhp-hr) | 0.77 (0.57 | 0.04 (0.03) |
| Emission - THC | g/kW-hr (g/bhp-hr) | 0.12 (0.09) | 0.01 (0.01) |
| Emission - NMHC | g/kW-hr (g/bhp-hr) | 0 (0) | 0 (0) |
| Emission - PM | g/kW-hr (g/bhp-hr) | 0.05 (0) | 0.05 (0) |
| Emission - SO | g/kW-hr (g/bhp-hr) | 0 (0) | 0 (0) |
| Emission – CO2 | g/kW-hr (g/bhp-hr) | 522 (389) | 509 (379) |

### PHYSICAL INFORMATION

| | | |
|---|---|---|
| Qty Of Trailers Required | | 4 |
| Weight (Trailer 1) Generator | lbs. | 224,000 |
| Weight (Trailer 2) Turbine | lbs. | 107,000 |
| Weight (Trailer 3) Air Inlet | lbs. | 80,000 |
| Weight (Trailer 2) Exhaust *(Transport)* | lbs. | 73,000 |
| Total Weight | lbs. | 484,000 |
| Ground Preparation Requirements | | Compacted Base |
| Dimensions (Trailer 1) | LxWxH (ft) | 71x8.5x13.5 |
| Dimensions (Trailer 2) Liquid Fuel Skid | LxWxH (ft) | 59 x 2 x 23 |
| Dimensions (Trailer 3) | LxWxH (ft) | 24 x 8.5 x 14 |
| Dimensions (Trailer 4) | LxWxH (ft) | 24 x 8.5 x 14 |
| Total Installed Footprint | LxW (ft) | 90 x 40 |
| Average Install Man Hours | hrs | 12 |

### ONSITE CONNECTIONS**

| | |
|---|---|
| Fuel NG | 3" 600lb ANSI Flange |
| Fuel Diesel | 1.5" 600lb ANSI Flange |
| Electrical Load Out | Dead Break Connections 2 Run/Phase 750mcm |
| Grounding | High Resistance Grounding System |
| Black Start | MELTERIC DR400 |
| Water Exhaust Injection (If installed) | 1" 600lb Ansi Flange |

*** Emissions based on pipeline quality NG fueled & iso conditions. For site-specific emissions performance contact Life Cycle Power

### LCP M35 FUEL CONSUMPTION VS. LOAD



### M35 MAX AVAILABLE POWER



### MAJOR COMPONENTS



Case: 3:26-cv-00074-DMB-JMV Doc #: 49-10 Filed: 06/10/26 11 of 17 PageID #: 977



Home    Company    Products & Power Services    Intelligent Power Solution    Lifecycle Support

# Gas Turbine Genset

## Product Overview

The Power2Go JT35 is a 35MW mobile gas turbine generator set independently developed by Jereh. It features a complete LM2500+G4 turbine system and delivers up to 35MW of output. Designed for rapid deployment and relocation, the unit can be fully installed and operational within 8 hours. It offers high integration, adaptability, reliability, and ease of use. The JT35 is ideal for large-scale temporary power needs such as oilfield fracturing, microgrids, grid peak shaving, municipal emergency power, as well as long-term power for peak shaving and data center. Its performance has been proven through 10,000+ hours of stable operation in the U.S.



**Product Model**

**JT 35**

Case: 3:26-cv-00074-DMB-JMV Doc #: 49-10 Filed: 06/10/26 12 of 17 PageID #: 978

**Low Noise**

**Multi-Mode and Grid Parellel**

**Strong Adaptability**

**High Expandability**



## Specifications

| Model | JT35 |
|---|---|
| Power | 33.8 MW |
| Fuel Type | Natural Gas/Liquid Fuel/Dual-Fuel/Other Fuels |
| Efficiency | 39.50% |
| Heat Rate | 9,104 kJ/kWh |
| Voltage | 13.8/11 kV |
| Frequency | 60/50 Hz |
| NOx Emission | ≤ 25 ppmv 15% $O_2$(DLE) |
| Dimension | Main Trailer | 21,057 × 2,998 × 4,293 mm |
| | Inlet Trailer | 13,919 × 2,997 × 4,267 mm |
| | Exhaust Silencer | 2,769 × 2,997 × 4,216 mm |
| Weight | Main Trailer | ~87,000 kg |
| | Inlet Trailer | ~22,000 kg |

Case: 3:26-cv-00074-DMB-JMV Doc #: 49-10 Filed: 06/10/26 13 of 17 PageID #: 979



Language

Home    Company    Products & Power Services    Intelligent Power Solution    Lifecycle Support

· Relative Humidity:60%. Inlet Exhaust Losses:None.

3) For detailed information, please consult Jereh's engineers.

Jereh Agile Power Energy is a global leader in integrated power solutions. We have pioneered technologies in power generation, energy storage, and power transmission, driving efficient, agile, and low-carbon energy applications.

Jereh Group  →        Gensystems  →

**INTELLIGENT POWER SOLUTION**

Data Center              Oil & Gas                Industrial

Municipal Emergency      Case Studies

**Yantai,China**
Address: No. 27 Jereh Road, Laishan District, Yantai, China 264003
Telephone: +86-535-676 5653
E-Mail: jerehglobal@jereh.com

**Houston,America**
Address: No. 7501 Miller Road2, Houston, TX, USA 77049
Telephone: +1-281-860 0488
E-Mail: jerehglobal@jereh.com

**Dubai,Emirates**
Address: PLOT No. 20121, Jebel Ali Free Zone, Dubai, UAE
Telephone: +86-535-676 5653
E-Mail: jerehglobal@jereh.com

**Drop Us a Message**

Name*                    Company*

Phone*                   E-mail*

Demands*

I have read and agree to the Terms and Conditions of Use and Privacy Policy*

Submit



# FT8® MOBILEPAC®
# Gas Turbine Package

The MOBILEPAC® gas turbine package utilizes the proven FT8® aero-derivative engine to deliver 31 MW of fast, flexible, and mobile power, ideal for your most demanding applications. The MOBILEPAC® gas turbine package design includes two trailers. The first contains the gas turbine, electric generator, exhaust collector, diffuser, and engine lube oil system. The second trailer carries the 15-kilovolt switchgear, control system, operation panel, protective relays, batteries and charger, and the motor control center. A pre-commissioned MOBILEPAC® gas turbine package can be driven to a prepared site and begin generating power within one day.



| POWER | EFFICIENCY |
|-------|------------|
|  31 MW | 36.7% |

## AERO-DERIVATIVE ADVANTAGE:

✓ Flexible, mobile solutions customized to meet demanding customer requirements

✓ Reliable peaking or baseload power within a compact footprint

✓ Superior fault-ride-through and grid stability characteristics

✓ Fast-track deployment/installation

✓ Multiple gas and liquid fuel options

✓ High availability, low O&M costs

## PACKAGE, INSTALL, COMMISSION:

Modular, mobile design

Maximum factory assembly

Optimized shipping sizes

Prefabricated field piping

Interconnecting quick-disconnect cables

Reduced transportation time and cost

Minimal installation time

Efficient commissioning

Compact Power trailer and Controls trailer

Power Trailer weighs 94,495 lbs; 42,862 kg

Control Trailer weighs 48,823 lbs; 22,146 kg

## OPERATE AND MAINTAIN:

Proven mobile gas turbine packaging

Integrated ancillary systems

Limited on-site inventory

Ease of operation and maintenance

Quick engine changeout



## Mitsubishi Power Aero LLC

Mitsubishi Power is a power solutions brand of Mitsubishi Heavy Industries.

MOVE THE WORLD FORW>RD   MITSUBISHI HEAVY INDUSTRIES GROUP



**MITSUBISHI POWER**

The FT8® MOBILEPAC® gas turbine package has the most flexible layout in the industry, either in-line or parallel, using a minimum 80 X 54 square foot area. Very little advanced site preparation is required, and no foundation or concrete pad is necessary for installation of the unit. The unit is transportable by land, sea, or air, allowing worldwide delivery of the MOBILEPAC® gas turbine package.

| PERFORMANCE: | (50Hz) | (60Hz) |
|---|---|---|
| ISO Base Rating | 28,528 kW | 30,941 kW |
| Efficiency | 34.7% | 36.7% |
| LHV Heat Rate | 9,834 Btu/kWh | 9,312 Btu/kWh |
| | 10,386 kJ/kWh | 9,825 kJ/kWh |
| Exhaust Flow | 203 lb/s | 202 lb/s |
| | 92 kg/s | 92 kg/s |
| Exhaust Temp. | 924°F | 916°F |
| | 496°C | 491°C |
| Start-up Time (cold iron to full power) | 10 minutes | 10 minutes |

| SPECIFICATIONS: | |
|---|---|
| Fuel | Natural Gas/Liquid Fuel |
| Type of Generator | Open-ventilated Air Cooling/ 15kV |
| NOx Control | Water Injection |
| NOx | 25 ppm or 50 mg/m$^3$ |
| Min. Turndown | 50% (while maintaining emissions) |
| Min. Stable Load | 5% (dry) |
| Starting Method | Hydraulic |

## BENEFITS:

Ready for emergency power within one day (site-ready and pre-commissioned)

Dual fuel/dual frequency

Optional black start capability

Flexible trailer siting

Highway compatible

Three-point support and structural rigidity to maintain generator alignment

Remote operation



| ADDITIONAL SPECS: | |
|---|---|
| Gas fuel hot section inspection hours | 25,000 |
| Major shop inspection hours | 50,000 |
| Sound level, near field  (dBA, average) | 95 |
| Parallel Configuration (ft) | 80 X 54 |
| Parallel Configuration (m) | 24.5 X 16.5 |
| In-line Configuration (ft) | 126 X 35.5 |
| In-line Configuration (m) | 39 X 11 |

FT8MP-FS-0525

© 2025 Mitsubishi Power Aero LLC

FT8® and MOBILEPAC® are registered trademarks of Mitsubishi Power Aero LLC

628 Hebron Avenue, Suite 400
Glastonbury, CT 06033
**+1-860-368-5900**

# Mitsubishi Power Aero LLC

Mitsubishi Power is a power solutions brand of Mitsubishi Heavy Industries.

MOVE THE WORLD FORW>RD

# GE Power & Water
# Aeroderivative Gas Turbines

## TM2500® Mobile Gas Turbine Generator
### 50/60Hz Applications

# fact sheet



## Quickly Installed Mobile Power

The TM2500® Mobile Power Unit is a perfect fit for temporary power applications including:

- Base load bridge to a permanent power installation/maintenance
- Peak shaving
- Emergency or backup power

The TM2500 is GE's proven LM2500® gas turbine mounted on wheels…literally, a power plant contained on a mobile, four-trailer assembly. After minimal site and/or foundation preparation, it can reach full power within as few as three days from arrival on site and has less than a ten-minute start cycle to full power. The units are extremely flexible and have been transported via land, sea, and air to some of the most remote places in the world by an extremely experienced project management team.

GE offers the TM2500 for both rental and sale.

## What does it come with?

The TM2500 mobile power plant kit includes four trailers assembled together to create the power station:

1. Main Trailer – Includes LM2500 Power Turbine and Brush Generator
2. Air Inlet Trailer – Provides air for cooling and combustion
3. Exhaust Trailer – Provides exhaust discharge and noise control
4. Control Trailer – Contains all operating controls and interface skids

The TM2500 is manufactured with new or fully OEM-qualified overhauled LM2500 engines and new components. A project includes the appropriate services and consumables associated with the units:

- Installation
- Commissioning
- Project management
- Decommissioning
- Consumable parts kit (filters/lubricants for operation needs)

In addition, GE offers many other services associated with the project including, but not limited to:

- Operation and maintenance
- Operation and maintenance training
- Transportation
- Transportation advisory services
- Fuel treatment
- Performance testing
- Various levels of support for the balance of plant scope



## Customer's Scope

At the start of the project, GE and the customer will discuss and complete a detailed division of responsibilities matrix. Prior to this agreement, GE's assumption is that the customer is responsible for:

- Providing sufficient space for unit assembly

- Obtaining appropriate permits

- Providing fuel to TM2500 specification to the TM2500 flange

- Providing balance of plant requirements per desired scope

## Key Product Features and Specifications

- Output: 22.5 MW @ 60 Hz (ISO), 21.5 MW @ 50 Hz

- Dual Frequency – 50/60 Hz quick conversion (no reduction gear)

- Heat Rate: 9800 Btu/kW-hr @ 50 Hz; 9500 Btu/kW-hr @ 60 Hz (ISO)

- Voltage: 11.0kV (50Hz); 13.8 kV (60Hz)

- Liquid or natural gas fuel capability

- Brush Air-cooled 2-pole generator with brushless excitation

- Multiple units started/controlled through a single desktop PC

- Low emissions with demineralized water injection 25 ppm (gas); 42 ppm (liquid)

- Woodward Micronet® control system

- Inlet air heating/cooling provisions

- Electro-hydraulic starting system

- Single unit footprint ~110' × 70'

- Sound level at 3 ft. 90 dBA



For more information, contact your GE representative or visit www.ge-energy.com.

Micronet is a registered trademark of the Woodward Company.

Copyright © 2011 General Electric Company. All rights reserved.

GEA18664 (04/2011)