# EXHIBIT D

| From: | Eli Quinn |
|---|---|
| Sent: | Wednesday, May 27, 2026 11:10 AM |
| To: | Traylor, Patrick |
| Cc: | Ryan Beckett; Ben Grillot; Mary Rock; crhode |
| Subject: | RE: NAACP v. xAI - Request for Basic Construction Planning |

Patrick,

Appreciate your note, and I hope you had a good weekend as well.

Regarding our request for notice, you're right that we can seek communications between your clients and MDEQ through public records requests. However, as the most recent communications we received reveal, MSX and X.AI have often notified MDEQ of new turbines only after they've been installed. A May 6th email to MDEQ (Dkt. No. 31-1) appears to be Defendants' first disclosure of turbines that had been on site more than a month, and it omitted as many as 13 additional turbines that were being installed that same week. These belated (and internally-inconsistent) notices to the Agency, combined with any delays in processing any public records request, frustrate our ability to evaluate the changing situation—and any additional pollution threats—*before* they burden the surrounding communities. As such, we ask that you reconsider your position on providing us the notice we've requested.

Cheers,
Eli

_____

**Elias L. Quinn, Senior Attorney**
Washington, DC | 202.864.0430



*Because the earth needs a good lawyer*

---

**From:** Traylor, Patrick <ptraylor@velaw.com>
**Sent:** Tuesday, May 26, 2026 11:07 AM
**To:** Eli Quinn <equinn@earthjustice.org>
**Subject:** RE: NAACP v. xAI - Request for Basic Construction Planning

**External Sender**

Eli:

I hope that you had a refreshing long weekend. I'm writing in response to your email from Friday.

While our client has no current plans to increase the number of temporary gas combustion turbines at Southaven, in the unplanned event that we do so, we are obliged to report any such

1

change to MDEQ. We understand that plaintiffs will receive those reports–if any–very quickly from MDEQ. This process will ensure that plaintiffs will remain timely apprised of any activities at Southaven.

Warm regards,
Patrick

**Patrick Traylor**
**Partner**



E   ptraylor@velaw.com
W  +1.202.639.6734
M  +1.202.669.3896
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
**Vcard** | **Bio** | **velaw.com**

**From:** Eli Quinn <equinn@earthjustice.org>
**Sent:** Friday, May 22, 2026 11:05 AM
**To:** Traylor, Patrick <ptraylor@velaw.com>
**Cc:** Ryan Beckett <ryan.beckett@butlersnow.com>; Ben Grillot <bgrillot@selc.org>; Mary Rock <mrock@earthjustice.org>; crhode <crhode@bellsouth.net>
**Subject:** RE: NAACP v. xAI - Request for Basic Construction Planning

[EXTERNAL]

Patrick:

Thank you for your email.  We understand from your note that MZX Tech and X.AI have "no current plans" to add turbines to the Southaven Plant that are not covered by Defendants' PSD permit, but we recognize those plans may change.

We ask that Defendants commit in writing to providing Plaintiffs with at least 15 days' notice before changing the number or character of the turbines at the site (whether additions or removals).  Such notice will allow Plaintiffs the opportunity to assess the additional pollution burden any new turbines would impose, and will also ensure the Parties—and the Court—have a common understanding of the facility during the coming briefing and through the August hearing.

Cheers,
Eli

---

**Elias L. Quinn, Senior Attorney**
Washington, DC | 202.864.0430



*Because the earth needs a good lawyer*

**From:** Traylor, Patrick <ptraylor@velaw.com>
**Sent:** Wednesday, May 20, 2026 5:58 PM
**To:** Eli Quinn <equinn@earthjustice.org>
**Subject:** RE: NAACP v. xAI - Request for Basic Construction Planning

**External Sender**

Eli:

On behalf of our clients MZX Tech LLC and X.AI Corp. (together, "MZX"), we write in response to your email below.

Without waiving or abrogating its authorization from the Mississippi Department of Environmental Quality ("MDEQ") to utilize temporary gas combustion turbines at MZX's Southaven facility, MZX can offer the following. First, MZX has no current plans to increase the number of temporary gas combustion turbines at Southaven above the 59 most recently reported to MDEQ. Second, in accordance with MDEQ's instructions, no individual turbine will remain at Southaven for more than twelve months after it was brought onsite. Third, beginning on August 1, 2026, MZX will begin removing temporary turbines from the facility as PSD-permitted permanent turbines begin to come online. We expect to remove at least 18 temporary turbines in August.

Warm regards,
Patrick

**Patrick Traylor**
**Partner**



**E** ptraylor@velaw.com
**W** +1.202.639.6734
**M** +1.202.669.3896
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
**Vcard** | **Bio** | **velaw.com**

**From:** Eli Quinn <equinn@earthjustice.org>
**Sent:** Tuesday, May 19, 2026 5:48 PM
**To:** Traylor, Patrick <ptraylor@velaw.com>; Ryan Beckett <ryan.beckett@butlersnow.com>; Danny Van Horn <danny.vanhorn@butlersnow.com>; Marwell, Jeremy <jmarwell@velaw.com>
**Cc:** Laura Thoms <lthoms@earthjustice.org>; Ben Grillot <bgrillot@selc.org>; Mary Rock <mrock@earthjustice.org>; Patrick Anderson <panderson@selc.org>; Rebecca Ramirez <rramirez@earthjustice.org>; Lauren Godshall <lgodshall@earthjustice.org>; Elizabeth Putfark <eputfark@selc.org>
**Subject:** NAACP v. xAI - Request for Basic Construction Planning

[EXTERNAL]

Counsel,

Plaintiffs are extremely concerned about the continued expansion of the turbine capacity at Defendants' Southaven site. Just yesterday, we received a current list of turbines either already located at the facility or planned for the very near future, which Defendants' consultants had provided to MDEQ. The evident

explosion of development at the site—and the pollution threat it poses to frontline communities—is frankly astonishing. Here's a visual of Defendants' own data, which shows the history of turbine installations at the Colossus Gas Plant.



The first orange line indicates our Notice of Intent to Sue in this case. The second is the Motion for Preliminary Injunction. At the time Plaintiffs noticed their concerns, the turbine count at the facility was relatively stable. But—as is now apparent—Defendants have more than *doubled* both the size of the Gas Plant and the rate of pollution pouring out of the site since then. Moreover, as the communication obtained through a public records request with MDEQ lays bare, Defendants are only telling the State of their development plans as or after new turbines are installed.

We would like to avoid unnecessary briefing battles if we can, especially in light of the negotiated preliminary injunction schedule briefing schedule we have proposed to the Court. But please understand: there is no "status quo" with this kind of constant growth, and these new turbines further exacerbate harms to the local community.

To that end, we ask again that you either:

1. Confirm in writing that the attached schedule of turbine installations is complete, and that Defendants will not add any turbines to the site that are not covered by MZX's PSD permit between now and September 1, 2026 (or the date of any PI hearing scheduled by the Court), or

2. Provide Defendants' schedule for additional turbine installations (and any retirements or removals) at the site from now through September 1, including the turbines' make, model, generating capacity, and emissions rates. This would involve simply extending the work Defendant's consultants have already completed into the future to match Defendants' construction plans.

This information will allow Plaintiffs to better evaluate the need for further interim relief, if any.

Please confirm receipt of this email and get us an answer as soon as you can. If we have not heard from you on this issue by the end of the day, Thursday, May 21, we will consider other options.

Cheers,
Eli

_____

**Elias L. Quinn, Senior Attorney**
Washington, DC | 202.864.0430



*Because the earth needs a good lawyer*

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.