# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR** | **PLAINTIFFS** |
| **THE ADVANCEMENT OF COLORED** | |
| **PEOPLE; and MISSISSIPPI STATE** | |
| **CONFERENCE OF THE NAACP** | |
| | |
| **V.** | **NO. 3:26-CV-74-DMB-JMV** |
| | |
| **X.AI CORP.; and MZX TECH LLC** | **DEFENDANTS** |

## ORDER

On June 10, 2026, the plaintiffs filed a motion for leave to file amended and supplemental declarations in support of their May 6 motion for a preliminary injunction—specifically, "declarations to present (1) additional public records, (2) an amended engineering analysis, and (3) a supplemental public health review."[1]  Doc. #49 at 1.  As cause, they represent that the "recent expansion of Defendants' Colossus Gas Plant—and its potential emissions—necessitates updates to [their] engineering and public health analyses to ensure this Court has an accurate accounting of the conditions at the facility."[2]  *Id*. at 2–3.  The plaintiffs also represent that the defendants do not object to the relief requested.  *Id*. at 3.

Since the plaintiffs' motion for leave is unopposed, the motion for leave [49] is **GRANTED**.  However, because (1) thirty-nine exhibits are attached to the preliminary injunction motion and, according to the exhibits attached to the motion for leave, the amended/supplemental

---

[1] Such declarations are attached to the motion as "Ex. A (Supplemental Declaration of Sarah Al-Zhyri), which supplements Dkt. No. 20-2;" "Ex. B (Amended Declaration of Kim Laufenberg), which updates Dkt. No. 20-38;" and "Ex. C (Supplemental Declaration of Dr. Helen Suh), which supplements Dkt. No. 20-39."  Doc. #49 at 3.

[2] According to the plaintiffs, they "filed their Motion for Preliminary Injunction based on information indicating that the facility contained 33 turbines;" "[t]hat same day, Defendants' engineering firm, Trinity Consultants, informed Mississippi's Department of Environmental Quality that Defendants had in fact increased the facility's turbine count to 46;" and "[t]he next week … Trinity Consultants sent a new list of turbines at the site—now totaling 57."  *Id*. at 1–2.

declarations are comprised of ten separate documents;[3] (2) each amended/supplemental declaration attached to the motion for leave must be filed as a separate docket item linked to the preliminary injunction motion;[4] (3) the plaintiffs' memorandum in support of the preliminary injunction motion contains citations to the contents of exhibits which will be amended, supplemented, or possibly superseded in whole or part by the amended/supplemental declarations; (4) the plaintiffs' memorandum does not cite or address the amended/supplemental declarations; (5) the Court prefers all exhibits to a motion to be filed as attachments to that motion; (6) the Court further prefers to avoid confusion and the need to look beyond the preliminary injunction motion's current exhibits to determine what documents should be considered in addressing the motion; (7) the defendants have not yet responded to the preliminary injunction motion; and (8) the interests of clarity, efficiency, and preserving the time and resources of the Court and the parties is paramount, the motion for preliminary injunction [20] is **DENIED without prejudice**. No later than June 12, 2026, at 10:00 p.m., the plaintiffs may refile the motion for preliminary injunction[5] with all exhibits attached (including the amended/supplemental declarations),[6] along with an updated memorandum brief that includes citations to all exhibits, including the amended/supplemental declarations.

      **SO ORDERED**, this 12th day of June, 2026.

           **/s/Debra M. Brown**
           **UNITED STATES DISTRICT JUDGE**

---

[3] There are twelve attachments to the motion for leave filed as documents 49-1 through 49-12. Exhibits A, B, and C and their corresponding attachments are filed as documents 49-2 through 49-11.

[4] The parties should consult the Court's "Administrative Procedures for Electronic Case Filing," which is accessible through the Court's public website.

[5] The refiling of the motion for preliminary injunction does not alter the briefing schedule established by the Court's May 20 order. Since the defendants did not object to the plaintiffs filing amended/supplemental declarations, the Court presumes they will not be hindered in preparing their response to the refiled motion and memorandum.

[6] As to each original declaration that is amended and/or supplemented, the plaintiffs may also consolidate its contents with the contents of the amended/supplemental declaration and file such as a single exhibit.