ATTACHMENT 3

7/18/2025 8:09:51 AM
DK W BK 1025 PG 13703-13706
DESOTO COUNTY, MS
Misty Heffner
CHANCERY CLERK

This Document Was eRecorded

(Top 3 inches reserved for recording data)

| | |
|---|---|
| **PREPARED BY:** | **RETURN TO:** |
| Austin Armistead Law, LLC | Fidelity National Financial |
| Kimberly S. Jones, Esq., MSB #99235 | 6060 Poplar Ave., Suite LL-37 |
| 6928 Cobblestone Blvd., Suite 100 | Memphis, TN 38119 |
| Southaven, MS 38672 | (901) 821-0303 |
| (662) 895-7575 | |

## SPECIAL WARRANTY DEED

This Special Warranty Deed, dated July _16th_, 2025, is by **JULIE M. JAMES**, having a mailing address and telephone number of 1880 McIngvale Road, Hernando, MS 38632, (901) 604-3285 ("Grantor") in favor of **MZX TECH LLC, a Wyoming limited liability company**, having a mailing address and telephone number of 1450 Page Mill Road, Palo Alto, California, 94304, (312) 724-9006 ("Grantee").

Grantor, for and in consideration of the sum of TEN DOLLARS AND NO/100 ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby SELL, CONVEY AND WARRANT SPECIALLY to said Grantee, all that certain land, situated, lying and being in DeSoto County, Mississippi (the "Property"), to-wit:

**Lot 2, Tulane-Stanton Industrial Subdivision, located in Section 22, Township 1 South, Range 8 West, DeSoto County, Mississippi, as recorded in Plat Book 73, Page 47, in the Chancery Clerk's Office of DeSoto County, Mississippi and being more particularly described as follows:**

**A tract of land situated in the Southwest Quarter of Section 22, Township 1 South, Range 8 West, Desoto County, Mississippi and being more particularly described as follows:**

**Commencing at a found nail at the Northwest Corner of said Southwest Quarter of Section 22, Township 1 South, Range 8 West, said point of commencement being in the intersection of the physical centerline of Stanton Road South, also known as Patti Road (public, paved road - 35 feet to centerline per Plat Book 13 page 21) and the physical centerline of Tulane**

DK W BK 1025 PG 13704

Road (public, paved road - 80 feet wide); thence North 89 degrees 18 minutes 35 seconds East along said centerline of Stanton Road South - 73.84 feet; thence South 00 degrees 41 minutes 25 seconds East (perpendicular to said centerline) - 35.00 feet to a set iron pin at the true point of beginning, said point of beginning lying in the present Southerly right of way line of said Stanton Road South; thence North 89 degrees 18 minutes 35 seconds East along said present Southerly right of way line and along the right of way of Stanton Road South (35 feet to centerline), as shown on said final plan, Tulane-Stanton Industrial Subdivision (recorded in Plat Book 73 - page 47) - 1916.31 feet to a set iron pin in the Westerly line of the Mrs. Clara Roberson Property (Book 116 - page 005); thence South 00 degrees 10 minutes 50 seconds West along said Westerly line of Roberson Property - 2551.31 feet to a found 2 inch pipe in the Northerly line of the City of Horn Lake, Mississippi Property (Book 241 - page 448), said Northerly line being the South line of Section 22; thence South 89 degrees 16 minutes 30 seconds West along the South line of said Section 22 and along the Northerly line of said City of Horn Lake Property - 1954.44 feet to a set iron pin in the Easterly right-of-way line of Tulane Road, said right of way as shown on said final plan, Tulane-Stanton Industrial Subdivision (recorded in Plat Book 73 - page 47); thence North 00 degrees 15 minutes 50 seconds East along said Easterly right of way line - 2518.12 feet to a set iron pin at a point of curve to the right having a radius of 35.00 feet; thence Norheastwardly along said curve an arc distance of 54.39 feet (central angle of 89 degrees 02 minutes 45 seconds - chord of North 44 degrees 47 minutes 12 seconds East - 49.08 feet) to the point of beginning.

Being the same property conveyed to Julie M. James by Warranty Deed from Advantage Companies, LLC of record in Book 743, Page 314, in the Chancery Clerk's Office for DeSoto County, Mississippi, dated August 29, 2014 recorded on September 2, 2014.

TOGETHER WITH all improvements, tenements, hereditaments, and appurtenances, with every privilege, right, title, interest and estate, reversion, remainder, and easement thereto belonging or in any way appertaining, to have and to hold the same in fee simple forever.

Grantor hereby covenants with Grantee, that SUBJECT TO and except for those matters shown on Exhibit "A" attached hereto and made a part hereof (the "Permitted Exceptions"), the Grantor is lawfully seized of the Property in fee simple; that the Grantor has good right and lawful authority to sell and convey the Property; that except for the Permitted Exceptions, the Property is free from all encumbrances made by Grantor, and Grantor will warrant and forever defend the same against every party whomsoever lawfully claiming the same or any part thereof by, through or under Grantor, but not otherwise.

Ad valorem taxes on the Property for the current year have been prorated between the parties and shall be paid by the Grantee.

The terms "Grantor" and "Grantee" are used for singular or plural, as context requires, and include the respective heirs, personal representatives, successors and assigns of the parties hereto.

The Grantor herein states that this none of this Property constitutes any part of her homestead.

IN WITNESS WHEREOF, the Grantor has signed and delivered this Special Warranty Deed on the date of the acknowledgment below but made effective for all purposes as of the date first above written.

**GRANTOR:**

_____
**JULIE M. JAMES**

STATE OF MISSISSIPPI
COUNTY OF DESOTO

This record was acknowledged before me on the __16th__ day of July, 2025, by Julie M. James.

_____
NOTARY PUBLIC

My Commission Expires:

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 70342
KIMBERLY S. JONES
Commission Expires
Aug 15, 2027
DESOTO COUNTY

## EXHIBIT "A"

### Permitted Exceptions

1. City of Southaven, DeSoto County and School Taxes for the year 2025, liens not yet due and payable.

2. Subdivision restrictions, building lines and easements of record in Plat Book 73, at Page 47, in the Office of the Chancery Clerk of DeSoto County, Mississippi.

3. Matters shown on that certain ALTA/NSPS Land Title Survey prepared by Piroschka "Lynn" Spencer, PS, MS PS No. 3273 of Pickering Firm, Inc., dated June 20, 2025, last revised July 15, 2025, Project # 27194.

4. RR Spur Easement of record in Book 110, Page 515 in the aforesaid Chancery Clerk's Office.

5. 30' MP&L Easement in Right of Way Instrument of record in Book 110, Page 616 in the aforesaid Chancery Clerk's Office, as shown on said Survey.

6. 30' MP&L Easement in Right of Way Instrument of record in Book 110, Page 617 in the aforesaid Chancery Clerk's Office, as shown on said Survey.

7. 10' MP&L Easement in Right of Way Instrument of record in Book 120, Page 55 in the aforesaid Chancery Clerk's Office, as shown on said Survey.

8. 30' Sewer Easement of record in Book 120, Page 386 in the aforesaid Chancery Clerk's Office, as shown on said Survey.

9. Texas Gas Transmission Corp. 50' Easement in Right of Way Agreement of record in Book 388, Page 717 in the aforesaid Chancery Clerk's Office, as shown on said Survey.

10. 50' Texas Gas Transmission Easement in Valve Site, Pipeline and Meter Line Easement Agreement of record in Book 411, Page 767 in the aforesaid Chancery Clerk's Office, as shown on said Survey.

11. 30' Right of Way Instrument of record in Book 627, Page 500 in the aforesaid Chancery Clerk's Office, as shown on said Survey.