# ATTACHMENT 5



# State of Mississippi

**TATE REEVES**
GOVERNOR

**MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY**

CHRIS WELLS, EXECUTIVE DIRECTOR

July 29, 2025

Mr. Brent Mayo, Vice President of Operations
xAI

Re: Determination on Portable Gas-Fired Combustion Turbines

Dear Mr. Mayo:

In reference to your e-mail received on July 25, 2025, the Mississippi Department of Environmental Quality (MDEQ) has reviewed your request regarding the temporary use of portable natural gas-fired combustion turbines during construction of the separate standalone "MZX Tech, LLC" project. Based on the information provided in the e-mail and at the associated meeting, MDEQ understands that the referenced turbines will be "mobile" as each will remain affixed to a portable unit (i.e., a flatbed trailer) and "temporary" as it is intended for each to remain on-site (2875 Stanton Road South; Southaven, MS) for less than twelve (12) months. Therefore, contingent upon the two (2) denoted criteria remaining valid, MDEQ acknowledges that the referenced turbines are exempt from permitting requirements pursuant to 11 Mississippi Administrative Code Part 2, Chapter 2, Rule 2.13.D.

However, with consideration to the existing air quality of Desoto County [which is part of the Memphis Metropolitan Statistical Area (MSA)], MDEQ implores you to operate the portable combustion turbines in a manner that minimizes the emission of nitrogen oxides ($NO_X$) and particulate matter less than 2.5 microns in diameter ($PM_{2.5}$). This may include the implementation of additional emission control technology available and applicable to portable combustion turbines. Accordingly, it is requested that you advise MDEQ of any additional emission control technology that will be utilized during their operation.

If you have any questions or concerns regarding this determination, please feel free to contact me at (601) 961-5303 or jwhitlock@mdeq.ms.gov.

Sincerely,

Jaricus Whitlock
Digitally signed by Jaricus Whitlock
Date: 2025.07.29 12:32:53 -05'00'

Jaricus Whitlock, P.E.
Chief, Air Division
Mississippi Department of Environmental Quality

Electronic cc:   Mr. Chris Wells, Executive Director, MDEQ
                Mr. Chris Sanders, Chief of Staff, MDEQ
                Mr. Mike Freiman, Office of Pollution Control Director, MDEQ
                Mrs. Becky Simonson, Environmental Permits Division Chief, MDEQ

OFFICE OF POLLUTION CONTROL
PO BOX 2261 • JACKSON, MISSISSIPPI 39225-2261 • TEL: (601) 961-5171 • FAX: (601) 354-6612 • www.mdeq.ms.gov
Facebook: @mdeq.ms • Twitter: @MDEQ • Instagram: @MDEQ
AN EQUAL OPPORTUNITY EMPLOYER