# ATTACHMENT 7

**Jaricus Whitlock**

| | |
|---|---|
| **From:** | Shannon Lynn <slynn@trinityconsultants.com> |
| **Sent:** | Saturday, August 23, 2025 10:57 AM |
| **To:** | Jaricus Whitlock; mrao@trinityconsultants.com |
| **Subject:** | MZX Tech LLC - Revised DAR & Signed RO Form |
| **Attachments:** | 2025-08110 Appendix G - Duly Authorized Representative Form (AIR) EXECUTED.pdf; Duke Major Permit Application Signature Page (Executed) 8-22-25 .pdf |

**This Message Is From an External Sender**
This message came from outside your organization.

Please find executed DAR and RO forms attached. If these need to be uploaded to the portal, just let us know.

Thank you!
Shannon

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com



Connect with us: LinkedIn [linkedin.com] / YouTube [youtube.com] / breeze-software.com [breeze-software.com]

Stay current on EHS issues. Subscribe [trinityconsultants.com] today to receive Trinity's free *EHS Quarterly [trinityconsultants.com]*. *View our capabilities in the Environmental Consulting [trinityconsultants.com], Built Environment [trinityconsultants.com], Life Sciences [trinityconsultants.com], and Water & Ecology [trinityconsultants.com] markets.*

Connect with us: LinkedIn [linkedin.com] / Facebook [facebook.com] / Twitter [twitter.com] / YouTube [youtube.com] / trinityconsultants.com [trinityconsultants.com]

Stay current on environmental issues. Subscribe [trinityconsultants.com] today to receive Trinity's free *EHS Quarterly*.



| FORM 5 | MDEQ | MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY APPLICATION FOR AIR POLLUTION CONTROL PERMIT |
|---|---|---|

| Facility (Agency Interest) Information | Section A |
|---|---|

**13.  Certification**

*Note: If approved by the MDEQ, a duly authorized representative (DAR) may sign the air permit application. The DAR must be listed in Section 4 of this application.*

*I certify to the best of knowledge and belief formed after reasonable inquiry; the statements and information in this application are true, complete, and accurate, and that as a responsible official, my signature shall constitute an agreement that the applicant assumes the responsibility for any alteration, additions, or changes in operation that may be necessary to achieve and maintain compliance with all applicable Rules and Regulations. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.*

Signed by:

E516ED1271204AF...

_____
**Signature of Responsible Official/DAR**

8/22/2025
_____
**Date**

Brent Mayo
_____
**Printed Name**

Authorized Signatory
_____
**Title**

**Jaricus Whitlock**

| | |
|---|---|
| **From:** | Shannon Lynn <slynn@trinityconsultants.com> |
| **Sent:** | Thursday, August 21, 2025 11:34 PM |
| **To:** | Jaricus Whitlock |
| **Cc:** | Katherine Mertes; Preston Bradley; Rodney Cuevas; Jeffrey Bland; mrao@trinityconsultants.com; Jon Hill; Brian Ketchum; Slater Smith; James Jech |
| **Subject:** | MZX Tech LLC Southaven, MS PSD Air Permit Application |
| **Attachments:** | 2025-0821 MZX Tech MS PSD Application.pdf |

Mr. Whitlock,

Attached is an electronic copy of the MZX Tech LLC PSD Air Permit Application. It is noted that electronic copies are preferred by the Department. However, per Form 5 instructions it is also stated that four (4) copies of a PSD application should be submitted. With an electronic copy provided, would the Department also like the additional four (4) hardcopies? If so, we can arrange for our Jackson office to deliver those.

Thank you so much in advance for your review. The accompanying ambient air quality analysis report will be submitted early next week.

Best regards,

Shannon

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

1

# PSD PERMIT APPLICATION
## Volume I - Air Construction Permit Application

## Greenfield Simple Cycle Combustion Turbine Project

**MZX Tech LLC**
**Southaven, MS**

**Prepared by:**

**TRINITY CONSULTANTS**
1701 Centerview Drive
Suite 109
Little Rock, AR 72211
(501) 225-6400

141 Township Ave, Suite 302
Ridgeland, Mississippi 39157
(601) 775-6540

July 2025

Project 250401.5102



# TABLE OF CONTENTS

**1. INTRODUCTION** ......................................................................................................... **1-1**
**1.1 Summary of Permit Request** ................................................................................ 1-1
**1.2 Permitting and Regulatory Requirements** .......................................................... 1-2
**1.3 BACT Determination** ............................................................................................ 1-2
**1.4 Application Contents** ........................................................................................... 1-2

**2. DESCRIPTION OF FACILITY** .......................................................................................... **2-1**
**2.1 Process Description** ............................................................................................. 2-1
    2.1.1 Equipment to Be Utilized ................................................................................ 2-1
    2.1.2 General Description of Power Demand ........................................................... 2-1
**2.2 Process Flow Diagram** ......................................................................................... 2-2

**3. PSD APPLICABILITY ANALYSIS** .................................................................................... **3-1**

**4. REGULATORY REVIEW** ................................................................................................. **4-1**
**4.1 MDEQ Air Construction Permit Program** ............................................................ 4-1
**4.2 New Source Review Applicability** ....................................................................... 4-1
**4.3 Title V Operating Permits** .................................................................................... 4-2
**4.4 Section 504(f) Permit Shield Request** ................................................................. 4-2
**4.5 Mississippi Air Emission Regulations for the Prevention, Abatement, and Control of Air Contaminants** ........................................................................................................ 4-2
    4.5.1 Visible Emissions Standards: 11 Miss. Admin. Code Pt. 2, R. 1.3. A & B ....................... 4-3
    4.5.2 General Nuisance: 11 Miss. Admin. Code Pt. 2, R. 1.3. C ........................................ 4-3
    4.5.3 Particulate Matter Emissions from Fuel Burning: 11 Miss. Admin. Code Pt. 2, R. 1.3. D(1)(b) ........................................................................................................................ 4-3
    4.5.4 $SO_2$ Emissions from Fuel Burning: 11 Miss. Admin. Code Pt. 2, R. 1.4. A.(1) ................. 4-3
**4.6 Mississippi Ambient Air Quality Standards** ....................................................... 4-3
**4.7 New Source Performance Standards (NSPS)** ...................................................... 4-4
    4.7.1 40 CFR Part 60 Subpart A – General Provisions ......................................................... 4-4
    4.7.2 40 CFR Part 60 Subpart Dc – Standards of Performance for Small Industrial-Commercial-Institutional Steam Generating Units ...................................................... 4-4
    4.7.3 40 CFR Part 60 Subpart GG – Standards of Performance for Stationary Gas Turbines ..... 4-4
    4.7.4 40 CFR Part 60 Subpart KKKK – Standards of Performance for Stationary Combustion Turbines (EU01 – EU15) ............................................................................................ 4-5
    4.7.5 40 CFR 60 Subpart TTTT – Greenhouse Gas Emissions for Electric Generating Units .... 4-17
    4.7.6 40 CFR 60 Subpart TTTTa – Greenhouse Gas Emissions for Modified Coal-Fired Steam Electric Generating Units and New Construction and Reconstruction Stationary Combustion Turbine Electric Generating Units ............................................................ 4-17
    4.7.7 Non-Applicability of All Other NSPS ............................................................................ 4-17
**4.8 National Emissions Standards for Hazardous Air Pollutants (NESHAP)** ................... 4-17
    4.8.1 40 CFR 63 Subpart A – General Provisions ................................................................. 4-18
    4.8.2 40 CFR 63 Subpart YYYY – National Emission Standards for Hazardous Air Pollutants for Stationary Combustion Turbines ........................................................................... 4-18
    4.8.3 Non-Applicability of All Other NESHAP ....................................................................... 4-18
**4.9 Compliance Assurance Monitoring** .................................................................... 4-18
**4.10 Risk Management Plan** ........................................................................................ 4-18
**4.11 Acid Rain Program** .............................................................................................. 4-19

**5.  BACT ANALYSIS**                                                                                                    **5-1**
   **5.1  BACT for Solar PGM130 and Solar Titan 350 Combustion Turbines**............................**5-2**
      5.1.1  Step 1 – Identify Applicable Controls..................................................................5-2
      5.1.2  Step 2 – Technical Feasibility .......................................................................5-4
      5.1.3  Step 3 – Ranking of Remaining Options.......................................................5-4
      5.1.4  Step 4 – Eliminate Options Based on Economic, Energy, and Secondary Environmental Impacts ...................................................................................................................5-4
      5.1.5  Step 5 – Select BACT ..................................................................................5-5
   **5.2  BACT for ProEnergy 6000PE Combustion Turbines**........................................................**5-5**
      5.2.1  Step 1 – Identify Applicable Controls..................................................................5-5
      5.2.2  Step 2 – Technical Feasibility .......................................................................5-7
      5.2.3  Step 3 – Ranking of Remaining Options.......................................................5-7
      5.2.4  Step 4 – Eliminate Options Based on Economic, Energy, and Secondary Environmental Impacts ...................................................................................................................5-8
      5.2.5  Step 5 – Select BACT ..................................................................................5-8
   **5.3  BACT for PLUM Pressure Reduction System** ................................................................**5-9**
      5.3.1  Step 1 – Identify Applicable Controls..................................................................5-9
      5.3.2  Step 2 – Technical Feasibility .....................................................................5-10
      5.3.3  Step 3 – Ranking of Remaining Options.....................................................5-11
      5.3.4  Step 4 – Eliminate Options Based on Economic, Energy, and Secondary Environmental Impacts ...................................................................................................................5-11
      5.3.5  Step 5 – Select BACT ................................................................................5-11

**6.  AIR QUALITY ANALYSIS**                                                                                           **6-13**

**7.  EMISSION CALCULATION METHODOLOGY**                                                                  **7-1**
   **7.1  NSR Permitting Evaluation Methodology**........................................................................**7-1**
      7.1.1  Potential Emissions ......................................................................................7-1
   **7.2  Potential Emissions Calculations** ..................................................................................**7-1**
      7.2.1  Solar PGM-130 and Titan 350 Turbines – Criteria Pollutant Emissions ...........................7-2
      7.2.2  ProEnergy 6000PE Turbines – Criteria Pollutant Emissions ..........................................7-2
      7.2.3  Combustion Turbines – HAP Emissions ......................................................7-3
      7.2.4  PLUM PRS Units..........................................................................................7-3

**APPENDIX A. SUMMARY OF APPLICABLE REGULATIONS**                                                **A-1**

**APPENDIX B. AREA MAP**                                                                                              **B-1**

**APPENDIX C. SITE MAP**                                                                                              **C-1**

**APPENDIX D. EMISSION CALCULATIONS**                                                                       **D-1**

**APPENDIX E. BACT SUPPORTING DOCUMENTATION**                                                     **E-1**

**APPENDIX F. MDEQ FORMS**                                                                                          **F-1**

**APPENDIX G. MISSISSIPPI SECRETARY OF STATE CERTIFICATE OF GOOD STANDING**      **G-1**

# LIST OF TABLES

Table 1-1. Project Potential Emissions     1-2

Table 5-1. Solar PGM130 and Solar Titan 350 Combustion Turbines BACT (or LAER) Summary     5-1

Table 5-2. ProEnergy 6000PE Combustion Turbines BACT (or LAER) Summary     5-2

Table 5-3. PLUM Pressure Reduction System BACT Summary     5-2

Table 5-4. Step 1 Control Techniques Evaluated     5-3

Table 5-5. Step 3 Rankings (Proposed Options Highlighted)     5-4

Table 5-6. Proposed BACT (or LAER) Limits for Solar PGM130 and Solar Titan 350 Combustion Turbines     5-5

Table 5-7. Step 1 Control Techniques Evaluated     5-6

Table 5-8. Step 3 Rankings (Proposed Options Highlighted)     5-7

Table 5-9. Proposed BACT (or LAER) Limits for ProEnergy 6000PE     5-9

Table 5-10. Proposed BACT Limits for PLUM Pressure Reduction System     5-12

Table 7-1. Criteria Pollutant Emission Factors for Solar PGM-130 and Titan 350 Turbines Firing of Natural Gas     7-2

# LIST OF FIGURES

Figure 2-1. Process Flow Diagram   2-2

Figure B-1. Area Map   B-2

Figure C-2. Site Map   C-2

# 1. INTRODUCTION

MZX Tech LLC "MZX" is proposing to construct and operate a generation facility that will be located in DeSoto County, Southaven, Mississippi. This will be a greenfield facility. The proposed facility will produce electricity for its own use and will include simple cycle combustion turbines (CT) and supporting equipment. Three (3) turbine models will be used for the site:

- ► Solar PGM-130
- ► Solar Titan 350
- ► ProEnergy 6000PE

The CT units will fire natural gas as the only fuel. The combination of turbines will generate a base load electricity rating of approximately 1.2 gigawatts (GW).

The initial configuration will consist of (16) Solar Titan 350 units rated at 35 megawatts (MW) each, (17) Solar PGM-130 units rated at 16.5 MW each and (8) ProEnergy 6000PE units rated at 50 MW each. MZX is proposing for each CT to operate for a maximum of 8,760 hours per year.

As proposed, the project will require a Prevention of Significant Deterioration (PSD) construction permit as a new major source since project-related emissions of at least one PSD regulated pollutant exceeds the major source threshold of 250 tons per year (tpy). Project-related emissions are anticipated to exceed the PSD significant emission rate (SER) thresholds for total particulate matter with an aerodynamic diameter of 10 microns or less ($PM_{10}$), total particulate matter with an aerodynamic diameter of 2.5 microns or less ($PM_{2.5}$), nitrogen oxides ($NO_X$), volatile organic compounds (VOC), sulfur dioxide ($SO_2$), carbon monoxide (CO), and greenhouse gases (GHG) in terms of carbon dioxide equivalents ($CO_2e$).

The site will be an area source of hazardous air pollutants (HAP) emissions with total HAPs less than 25 tpy and each individual HAP less than 10 tpy.

This application package contains the necessary state air construction permit application for the proposed project, included in two (2) separate application volumes. Volume I of the application details the required emissions analyses, regulatory review, and control technology analyses. Volume II of the application package includes all the required air quality assessments necessary as part of this PSD permit application.

## 1.1 Summary of Permit Request

MZX has identified the regulatory requirements pertaining to PSD major sources applicable to the facility. These requirements are summarized below:

1. Permitting construction of Solar PGM-130, Solar Titan 350 and ProEnergy 6000PE turbines equipped with selective catalytic reduction (SCR) and oxidation catalyst.
2. Permitting construction of natural gas-fired PLUM pressure reduction system (PRS) units.
3. Applicable requirements under 40 CFR 60 Subpart KKKK, *Standards of Performance for Stationary Combustion Turbines (NSPS KKKK).*

With this application, MZX requests the issuance of a PSD permit-to-construct under 11 Mississippi Administrative Code, Part 2, Chapter 5.

## Duly Authorized Representative (DAR) Designation Form (AIR Only)

Corporate Responsible Officials (RO's) have the option to designate a Duly Authorized Representative (DAR) to sign air regulatory documents (e.g., applications, routine reports, certifications, etc.) in accordance with the provisions of 11 Miss. Admin. Code Pt. 2, R. 2.1.C(24). and/or 11 Miss. Admin. Code Pt. 2, R. 6.1.A(26). To make such a designation, the DAR must meet the criteria outlined below and this form must be executed by the Corporate Official making the designation.

Facility Name: **MZX Tech LLC**          Agency Interest No.: _____

*I hereby certify that I meet the criteria of a Responsible Official for the subject facility in accordance with the above referenced regulations. Specifically, I* **Lily Lim** :

*(print name of Corporate Responsible Official)*

**Check One**

☐ am an officer of the Corporation. My title is: _____

☑ perform policy or decision-making functions similar to that of an officer of the corporation.

Describe: **Head of Legal Affairs**

*I hereby designate the following individual as a DAR to act in my stead in matters pertaining to air permitting:*

Name: **Dan Rowland**          Title: **Authorized Signatory**

Address: **1450 Page Mill Road**

Phone: **(415) 580-6277**          Email: **rowland@x.ai**

### DAR Criteria Questions

☑ Yes  ☐ No  Is the above-named DAR responsible for overall operation of one or more manufacturing, production, or operating facilities employing more than 250 persons or having gross annual sales or expenditures exceeding $25 million (in 1980 dollars)?

☑ Yes  ☐ No  Has authority to sign documents been assigned or delegated to the above named DAR in accordance with corporate procedures?

*Please note that if you answered "No" to **both** of the above questions, the individual does not meet the criteria to be a DAR.*

Signed by:

*Lily Lim*

E12F4688AFDC481...

*(signature of Corporate Responsible Official)*

8/16/2025

*(Date)*

Mail Form To:    Environmental Permits Division
Mississippi Department of Environmental Quality
P.O. Box 2261, Jackson, MS 39225

Last Revised: 12/12/2019

| FORM 5 | MDEQ | MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY APPLICATION FOR AIR POLLUTION CONTROL PERMIT |
|---|---|---|

| **Facility (Agency Interest) Information** | **Section A** |
|---|---|

**1.      Name, Address, and Location of Facility**

A.   Owner/Company Name:        MZX Tech LLC

B.   Facility Name (if different than A. above):

C.   Facility Air Permit No. (if known):

D.   Agency Interest No. (if known):

E.   Physical Address
1.   Street Address:      2875 Stanton Road S
2.   City:   Southaven        3.   State:   Mississippi
4.   County:   DeSoto        5.   Zip Code:   38671
6.   Telephone No.:        7.   Fax No.:

F.   Mailing Address *(if different from physical address)*
1.   Street Address or P.O. Box:      1450 Page Mill Road
2.   City:   Palo Alto
3.   State:   CA        4.   Zip Code:   94304

G.   Latitude/Longitude Data
1.   Collection Point *(check one)*
[X]   Plant Entrance        [ ]   Other:
2.   Method of Collection *(check one)*
[ ]   GPS      Specify coordinate system (NAD 83, etc.)
[X]   Map Interpolation (Google Earth etc.)        [ ]   Other:
3.   Latitude (degrees/minutes/seconds):      34 / 59 / 03.67 N
4.   Longitude (degrees/minutes/seconds):      90 / 02 / 24.82 W
5.   Elevation:      284      feet

H.   SIC/NAICS Codes *(primary code listed first)*
SIC:      7374
NAICS:      518210
*(NAICS Code should correspond with the SIC Code directly above.)*

**2.      Name and Address of Facility Contact**

A.   Name   Brent Mayo        Title:   Manager

B.   Mailing Address
1.   Street Address:      1450 Page Mill Road
2.   City:   Palo Alto        3.   State:   CA
4.   Zip Code:   94304        5.   Email:   brent@colossusx.com
6.   Telephone No.:   (281) 928-3123        7.   Fax No.:

| FORM 5 | MDEQ | MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY APPLICATION FOR AIR POLLUTION CONTROL PERMIT |
|--------|------|--------|

| **Facility (Agency Interest) Information** | **Section A** |
|---|---|

**3.     Name and Address of Air Contact** *(if different from Facility Contact)*

A.   Name      Shannon G. Lynn, PE                Title:      Prinicipal Consultant

B.   Mailing Address
    1.   Street Address:      1701 Centerview Drive, Suite 109
    2.   City:      Little Rock                3.   State:      Arkansas
    4.   Zip Code:      72211                5.   Email:      slynn@trinityconsultants.com
    6.   Telephone No.:      (501) 454-6264                7.   Fax No.:

**4.     Name and Address of the Responsible Official for the Facility**

The Responsible Official is defined as one of the following:

a.   For a corporation, a president, secretary, treasurer, or vice-president of the corporation in charge of a principal business function, or any other person who performs similar policy or decision-making functions for the corporation, or a duly authorized representative of such person if the representative is responsible for the overall operation of one or more manufacturing, production, or operating facilities applying for or subject to a permit and the facilities employ more than 250 persons or have gross annual sales or expenditures exceeding $ 25 million (in second quarter 1980 dollars), if authority to sign documents has been assigned or delegated in accordance with corporate procedures.

b.   For a partnership or sole proprietorship: a general partner or the proprietor, respectively.

c.   For a municipality, state, federal, or other public agency: either a principal executive officer or ranking elected official. For purposes of these regulations, a principal executive officer of a Federal agency includes the chief executive officer having responsibility for the overall operations of a principal geographic unit of the agency (e.g., a Regional Administrator of EPA).  A principal executive officer of a military facility includes the facility commander, chief executive officer, or any other similar person who performs similar policy or decision-making functions for the institution.

A.   Name      Dan Rowland                Title:      Authorized Signatory

B.   Mailing Address
    1.   Street Address:      1450 Page Mill Road
    2.   City:      Palo Alto                3.   State:      CA
    4.   Zip Code:      94304                5.   Email:      rowland@x.ai
    6.   Telephone No.:      (415) 580-6277                7.   Fax No.:

C.   Is the person above a duly authorized representative      [ X ] Yes          [ ] No
    and not a corporate officer?
    If yes, has written notification of such authorization been submitted to MDEQ?
    [ ] Yes          [ ] No          [ X ] Request for authorization is attached

| FORM 5 | MDEQ | MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY APPLICATION FOR AIR POLLUTION CONTROL PERMIT |
|---|---|---|

| Facility (Agency Interest) Information | Section A |
|---|---|

**5.  Type of Permit Application** *(Check all that apply)*

**State Permit to Construct (i.e., non-PSD or PSD avoidance)**

☐ Initial Application  ☐ Modification

**New Source Review (NSR) Permit to Construct (includes both Prevention of Significant Deterioration (PSD) and Nonattainment)**

☒ Initial Application  ☐ Modification

**Title V Operating Permit**

☐ Initial Application

☐ Re-issuance: *Are any modification to the permit/facility being requested?*  ☐ Yes  ☐ No

*(If yes, provide a separate sheet identifying the modification(s) and resulting change to emissions.)*

☐ Modification (*Specify type*):  ☐ Significant  ☐ Minor  ☐ Administrative

**Synthetic Minor Operating Permit** *(Appendix B must be completed and attached.)*

☐ Initial Application

☐ Re-issuance: *Are any modification to the permit/facility being requested? If yes, address such on a separate sheet.*  ☐ Yes  ☐ No

☐ Modification

**State Permit to Operate a Significant Minor Source** *(defined in 11 Miss. Admin. Code Pt. 2, R.2.1.C(25).)*

☐ Initial Application

☐ Re-issuance: *Are any modification to the permit/facility being requested? If yes, address such on a separate sheet.*  ☐ Yes  ☐ No

☐ Modification

**True Minor Determination**

☐ Uncontrolled potential to emit air pollutants is below the Title V thresholds

**6.  Process/Product Details**

A.  List Significant Raw Materials (*if applicable*):

_____

B.  List All Products (*if applicable*):

_____

C.  Brief Description of Principal Process(es):

_____

_____

| FORM 5 | MDEQ | MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY APPLICATION FOR AIR POLLUTION CONTROL PERMIT |
|---|---|---|

| **Facility (Agency Interest) Information** | **Section A** |
|---|---|

**6.        Process/Product Details (continued)**

D.    Maximum Throughput for Raw Material(s) (*if applicable*):

| Raw Materials | Throughput | Units |
|---|---|---|
| Natural Gas | 110,246.26 | MMscf/yr |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

E.    Maximum Throughput for Principal Product(s) (*if applicable*):

| Product | Throughput | Units |
|---|---|---|
| Electrical Power | 1.2 | GW |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**7.        Facility Operating Information**

A.    Number of employees at the facility: _____

| | Average Actual | Maximum Potential |
|---|---|---|
| B.    Hours per day the facility will operate: | | 24 |
| C.    Days per week the facility will operate: | | 7 |
| D.    Weeks per year the facility will operate: | | 52 |
| E.    Months the facility will operate: | | 12 |

**8.    Maps**

A.    Attach a topographical map of the area extending to at least 1/2 mile beyond the property boundaries.  The map must show the outline of the property boundaries.

B.    Attach a site map/diagram showing the outline of the property, an outline of all buildings and roadways on the site, and the location of each significant air emission source.

| FORM 5 | MDEQ | MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY APPLICATION FOR AIR POLLUTION CONTROL PERMIT |
|---|---|---|

| **Facility (Agency Interest) Information** | **Section A** |
|---|---|

**9. Zoning**

A. Is the facility (either existing or proposed) located in accordance with any applicable city and/or county zoning ordinances? If no, please explain.

Yes

B. Is the facility (either existing or proposed) required to obtain any zoning variance to locate/ expand the facility at this site? If yes, please explain.

No

**10. Risk Management Plan (RMP)**

A. Is the facility required to develop and register a risk management plan pursuant to Section 112(r), regulated under 40 CFR Part 68?   ☐ Yes   ☒ No

B. If "yes", submit the plan to EPA via https://www.epa.gov/rmp/rmpesubmit.
Date Submitted: _____

**11. *Is confidential information being submitted with this application?*** ☐ Yes   ☒ No

*If so, please follow the procedures outlined in the Mississippi Code Ann. Sections 49-17-39 and 17-17-27(6), as outlined in MCEQ-2-"Regulation regarding the review and reproduction of public records".*

**12. MS Secretary of State Registration / Certificate of Good Standing**

*No permit will be issued to a company that is not authorized to conduct business in Mississippi. If the company applying for the permit is a corporation, limited liability company, a partnership or a business trust, the application package should include proof of registration with the Mississippi Secretary of State and/or a copy of the company's Certificate of Good Standing. The name listed on the permit will include the company name as it is registered with the Mississippi Secretary of State.*

*It should be noted that for an application submitted in accordance with 11 Miss. Admin. Code Pt. 2, R. 2.8.B. to renew a State Permit to Operate or in accordance with 11 Miss. Admin. Code Pt. 2, R. 6.2.A(1)(c). to renew a Title V Permit to be considered timely and complete, the applicant shall be registered and in good standing with the Mississippi Secretary of State to conduct business in Mississippi.*

| FORM 5 | MDEQ | MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY APPLICATION FOR AIR POLLUTION CONTROL PERMIT |
|---|---|---|

| Facility (Agency Interest) Information | Section A |
|---|---|

**13.     Certification**

*Note: If approved by the MDEQ, a duly authorized representative (DAR) may sign the air permit application.  The DAR must be listed in Section 4 of this application.*

*I certify to the best of knowledge and belief formed after reasonable inquiry; the statements and information in this application are true, complete, and accurate, and that as a responsible official, my signature shall constitute an agreement that the applicant assumes the responsibility for any alteration, additions, or changes in operation that may be necessary to achieve and maintain compliance with all applicable Rules and Regulations. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment.*

| **Signature of Responsible Official/DAR** | **Date** |
|---|---|

| Dan Rowland | Authorized Signatory |
|---|---|
| **Printed Name** | **Title** |