# ATTACHMENT 10

## Jaricus Whitlock

| | |
|---|---|
| **From:** | Shannon Lynn <slynn@trinityconsultants.com> |
| **Sent:** | Wednesday, November 5, 2025 12:06 AM |
| **To:** | Jaricus Whitlock |
| **Subject:** | RE: Request for Update - Portable Turbines |

**This Message Is From an External Sender**
This message came from outside your organization.

To close out the loop….

All Solar units are operating with SCR and oxidation catalyst
All TM2500's are operating with demin water

Thus, all units are operating with controls. For comparison, the Solar units meet the emission levels as proposed for the stationary units in our air permit application which is significantly compliant with NSPS KKKK requirements. The TM2500's, with de min water, I believe meets 25 ppm NOx.

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Shannon Lynn
**Sent:** Tuesday, November 04, 2025 2:02 AM
**To:** 'Jaricus Whitlock' <jwhitlock@mdeq.ms.gov>
**Subject:** RE: Request for Update - Portable Turbines
**Importance:** High

Jaricus,

Here is what I have been able to obtain so far that answers the majority of your questions.

Below is what I was able to get from the Team

(1) 18 portable / temporary turbines are currently operational generating power for the datacenter, broken out by type below:

| Unit Type | Total Number on Site |
|---|---|
| SMT130 | 7 |
| TM 2500 Gen8 | 2 |
| TM 2500 Gen7 | 4 |
| TM 2500 Gen6 | 4 |
| M35 | 1 |
| **Total** | 18 |

1

(2) Here is the running average for the past 31 days including the daily runtime hours:

.

| Unit Number | Unit Type | Total Power Output | Daily Runtime Hours |
|---|---|---|---|
| Unit 1 | SMT130 | 13 MW | 16.31 |
| Unit 2 | SMT130 | 13 MW | 17.09 |
| Unit 3 | SMT130 | 13 MW | 17.2 |
| Unit 4 | SMT130 | 13 MW | 16.33 |
| Unit 5 | SMT130 | 13 MW | 16.63 |
| Unit 6 | SMT130 | 13 MW | 19.86 |
| Unit 7 | SMT130 | 13 MW | 17 |
| Unit 8 | Gen 8 TM2500 | 25 MW | 2.6 |
| Unit 9 | M35 | 25 MW | 15.17 |
| Unit 10 | Gen 7 TM2500 | 25 MW | 15.57 |
| Unit 11 | Gen 7 TM2500 | 25 MW | 24 |
| Unit 12 | Gen 6 TM2500 | 22 MW | 12.58 |
| Unit 13 | Gen 6 TM2500 | 22 MW | 19.71 |
| Unit 14 | Gen 6 TM2500 | 22 MW | 4.47 |
| Unit 15 | Gen 6 TM2500 | 22 MW | 3.06 |
| Unit 16 | Gen 7 TM2500 | 25 MW | 16.28 |
| Unit 17 | Gen 7 TM2500 | 25 MW | 19.21 |
| Unit 18 | Gen 8 TM2500 | 25 MW | 11.07 |

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

---

**From:** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Sent:** Thursday, October 30, 2025 9:26 AM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Subject:** Request for Update - Portable Turbines

Good Morning Shannon!

At your convenience, I kindly request an update on the status of the portable turbines on-site at the MZX Tech location.  Specifically, I am seeking the following information:

- How many of the proposed eighteen (18) portable turbines are currently operational (i.e., generating power for the datacenter)? (please include the total from each sub-group)

- If there any portable turbines currently operational, what are their typical operational time (e.g., 24 hours / day; 8 hours / day)?

- If available, any documentation that outlines the projected emissions from portable turbines post-control technology (e.g., a manufacturer's guarantee, an established emissions profile, etc.)

If you have any questions or concerns regarding the requested information, please feel free to contact me.

Best Regards,

Jaricus Whitlock, P.E.
Chief, Air Division
Office of Pollution Control
Mississippi Dept. of Environmental Quality
P.O. Box 2261
Jackson, MS 39225

Office: (601) 961-5303