# ATTACHMENT 12

## Sarah Al-Zhyri

| | |
|---|---|
| **From:** | MDEQ <mdeqweb@mdeq.ms.gov> |
| **Sent:** | Thursday, December 4, 2025 10:27 AM |
| **To:** | mdeqpublicrecords@mdeq.ms.gov; mdeqweb@mdeq.ms.gov; Sarah Al-Zhyri |
| **Subject:** | Public Records Request - "MZX Tech LLC Air Permit Application and Communications" |

[You don't often get email from mdeqweb@mdeq.ms.gov. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Name: Sarah Al-Zhyri
Email: salzhyri@selc.org
Number:6159219470
Company Name: Southern Environmental Law Center Company Address: 1033 Demonbreun St., Ste. 205
City: Nashville
State: TN
Zip:37203
Subject: MZX Tech LLC Air Permit Application and Communications Detail Records Request: We are requesting all communications between MDEQ and MZX Tech LLC, its associated entities, and consultants related to the operations at 2875 Stanton Road, Southaven, MS 38671, including all documents associated with the air permit application submitted by MZX Tech LLC, referenced on MDEQ's enSearch as "Air Air-Construction PSD" permit no. 0680-00119, with a status date of 11/9/2025 and a status of "Additional Information Requested from Applicant."

In particular, I am requesting all documents associated with the PSD air permit application, including any air modeling documents and other correspondence with MZX Tech LLC or its representatives (minus documents already produced to SELC and Patrick Anderson in our prior records request).

I am happy to help coordinate or narrow this request to expedite production.

Sincerely,
Sarah


-- The information above has been received. --

--
This e-mail was sent from a Public Records Request contact form on the MDEQ Website.