# ATTACHMENT 18

 Outlook

## RE: MZX Tech LLC Draft Air PSD Construction Permit

**From** Slater Smith <Slater.Smith@trinityconsultants.com>

**Date** Wed 1/14/2026 9:56 PM

**To** Jeffrey Bland <JBland@mdeq.ms.gov>; Jaricus Whitlock <jwhitlock@mdeq.ms.gov>

**Cc** Shannon Lynn <slynn@trinityconsultants.com>; mrao@trinityconsultants.com <mrao@trinityconsultants.com>; Brian Ketchum <Brian.Ketchum@trinityconsultants.com>; cwinter@fce-engineering.com <cwinter@fce-engineering.com>; Brent Mayo <brent@colossusx.com>; Kathryn Jordan <Kathryn.Jordan@trinityconsultants.com>

📎 1 attachment (5 MB)

2026-0114 MZX Tech MS PSD Application.pdf;

---

**This Message Is From an External Sender**
This message came from outside your organization.

Jaricus and Jeffrey,

On behalf of our client, MZX Tech LLC, Trinity Consultants respectfully submits the attached revision to the previously submitted application. In addition to this email, we will upload the application through MDEQ's EPD Electronic Application Submittal Portal.

The attached revised application reflects the discussions from our recent phone and email communications regarding the ammonia emission requirements. Please feel free to contact me if you have any questions or need further information.

Sincerely,

**Slater Smith, P.E.**
Senior Consultant
M 662.415.6196
Email: slater.smith@trinityconsultants.com
141 Township Avenue, Suite 304, Ridgeland, MS 39157



Connect with us: LinkedIn [linkedin.com] / YouTube [youtube.com] / trinityconsultants.com [trinityconsultants.com]

---

**From:** Chad Winter <cwinter@fce-engineering.com>
**Sent:** Wednesday, January 14, 2026 5:47 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>
**Cc:** Jeffrey Bland <jbland@mdeq.ms.gov>; Jaricus Whitlock <jwhitlock@mdeq.ms.gov>; Maya Rao <mrao@trinityconsultants.com>; Brian Ketchum <Brian.Ketchum@trinityconsultants.com>; Slater Smith <Slater.Smith@trinityconsultants.com>
**Subject:** RE: MZX Tech LLC Draft Air PSD Construction Permit

Mr. Lynn,

Attached please find a copy of the proposed, revised draft Air PSD Construction Permit for the referenced facility.  The attached draft permit contains conditions that we intend to incorporate as part of the final permit.

If you have any comments concerning the contents of the draft permit, please notify the MDEQ Office of Pollution Control in writing, or via email, no later than 15 days from this transmittal date.  If you would like to contact me to discuss any of these concerns, please email me, or call me at (601) 540-3966.

Sincerely,

Chad Winter, P.E.
MDEQ Air Permit/Compliance Contractor
mobile: (601) 540-3966

---

**From:** Shannon Lynn <slynn@trinityconsultants.com>
**Sent:** Wednesday, January 14, 2026 6:55 AM
**To:** Chad Winter <cwinter@fce-engineering.com>
**Cc:** Jeffrey Bland <jbland@mdeq.ms.gov>; Jaricus Whitlock <jwhitlock@mdeq.ms.gov>; Maya Rao <mrao@trinityconsultants.com>; Brian Ketchum <Brian.Ketchum@trinityconsultants.com>; Slater Smith <Slater.Smith@trinityconsultants.com>
**Subject:** RE: MZX Tech LLC Draft Air PSD Construction Permit
**Importance:** High

Dear Chad and MDEQ Staff,

Thank you so much for the opportunity to review the draft permit for MZX Tech LLC. Attached are our comments based on a review of the draft.

1. p. 8, Section 2.0 - Technically AA-001 through AA-017 are 16.48 MW
2. p. 11, Section 3.0 - AA-000 BACT numerical limits for $CO_2$, $PM_{10}$, $PM_{2.5}$, $SO_2$, ammonia and opacity. As presented in the BACT analysis, BACT for the $PM_{10}/PM_{2.5}$ species was presented as use of natural gas and good combustion practice with 5% opacity. The argument against a numerical limit is that it can be difficult to test PM species at the levels emitted by gas-fired units because PM is so low and the potential for inaccurate results is relatively high. $PM_{10}/PM_{2.5}$ did not exceed their respective Class II Significant Impact Levels (SILs). In a similar argument, BACT for $SO_2$ was presented as use of pipeline quality natural gas.
3. p. 11 AA-000 - $SO_2$ tpy should be 2.20 tpy
4. p. 12 AB-000 - BACT same comments as #2
5. p. 12 AB-000 - $SO_2$ tpy should be 4.61, $NO_x$ tpy should be 11.38
6. p. 13 AB-000 - formaldehyde emissions should be 0.06 lbs/hr and 0.24 tpy
7. p. 13 AC-000 - BACT same comments as #2
8. p. 16 Condition 3.9 - $SO_2$ tpy 2.20
9. p. 18 Condition 3.12 - $SO_2$ tpy 4.61, $NO_x$ tpy 11.38 and formaldehyde 0.06 lbs/hr & 0.24 tpy
10. P. 22 Table 4 - Is this table required? If so, pollutant/parameters should be $SO_2/NO_x$
11. p. 26 Condition 5.8 – Refer to comment #2. MZX would respectfully request removal of exhaustive performance testing for $SO_2$ and $PM_{10}/PM_{2.5}$ per the discussion under Comment 2. However, a testing a representative sample is understood. In addition, MZX respectfully requests a portion of turbines be tested for CO, VOC and formaldehyde periodically until all turbines are cycled through.
12. p. 26 Condition 5.8 – $SO_2$ tpy 2.20
13. p. 27 Condition 5.9 - same comment as #11
14. p. 27 Condition 5.9 - $SO_2$ tpy 4.61, $NO_x$ tpy 11.38 and formaldehyde 0.06 lbs/hr & 0.24 tpy
15. p. 28-29, Condition 5.10 - same comment as #11
16. Section 3 - For BACT limits from the table, can we remove the long term numbers for startup and shut down from the table as those are not BACT limits. Those can be mentioned as facility totals as it has been done in 3.9 and 5.8. Having it in the table is confusing for someone looking at it as it appears to be BACT.
17. Section 2.0 - Can you please add the MMBtu/hr value to the emission point descriptions of each unit since Subpart KKKK emissions for $NO_x$ are dependent on the rated capacity.
18. Is it possible to add some clarity to Condition 6.1(f) to make sure certification of construction should be submitted for each unit.
19. P. 25 - Condition 5.5 , Please delete GWF row for SF6
20. Conditions 3.10, 3.13, 3.15 –  We  think the conditions limiting SU/SD to 10 or 30 minutes are unnecessary.  The SU/SD calculations we presented were "per event" from the manufacturer.  We were conservative and added regular operating emissions to the per event emissions to get a "worst-case" 1-hour emission rate for the modeling. Plus, we are showing compliance with the ton/year limit.

Thank you again for your time and efforts on this significant project for the state of Mississippi. Do not hesitate to reach out if you have any questions.

Shannon

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

**From:** Chad Winter <cwinter@fce-engineering.com>
**Sent:** Friday, January 09, 2026 1:39 PM
**To:** Shannon Lynn <slynn@trinityconsultants.com>; brent@colossusx.com
**Cc:** Jeffrey Bland <jbland@mdeq.ms.gov>; Jaricus Whitlock <jwhitlock@mdeq.ms.gov>
**Subject:** MZX Tech LLC Draft Air PSD Construction Permit

Mr. Lynn,

Attached please find a copy of the proposed draft Air PSD Construction Permit for the referenced facility. The attached draft permit contains conditions that we intend to incorporate as part of the final permit.

If you have any comments concerning the contents of the draft permit, please notify the MDEQ Office of Pollution Control in writing, or via email, no later than 15 days from this transmittal date. If you would like to contact me to discuss any of these concerns, please email me, or call me at (601) 540-3966.

Sincerely,

Chad Winter, P.E.
MDEQ Air Permit/Compliance Contractor
mobile: (601) 540-3966

# PSD PERMIT APPLICATION
## Volume I - Air Construction Permit Application

## Greenfield Simple Cycle Combustion Turbine Project

**MZX Tech LLC**
**Southaven, MS**

**Prepared by:**

**TRINITY CONSULTANTS**
1701 Centerview Drive
Suite 109
Little Rock, AR 72211
(501) 225-6400

141 Township Ave, Suite 302
Ridgeland, Mississippi 39157
(601) 775-6540

January 2026

Project 250401.5102



# TABLE OF CONTENTS

**1. INTRODUCTION** ........................................................................................ **1-1**
    **1.1 Summary of Permit Request** ............................................................ 1-1
    **1.2 Permitting and Regulatory Requirements** .................................... 1-2
    **1.3 BACT Determination** ......................................................................... 1-2
    **1.4 Application Contents** ........................................................................ 1-2

**2. DESCRIPTION OF FACILITY** ................................................................ **2-1**
    **2.1 Process Description** ......................................................................... 2-1
        2.1.1 Equipment to Be Utilized .......................................................... 2-1
        2.1.2 General Description of Power Demand .................................. 2-1
    **2.2 Process Flow Diagram** ..................................................................... 2-2

**3. PSD APPLICABILITY ANALYSIS** ......................................................... **3-1**

**4. REGULATORY REVIEW** ........................................................................ **4-1**
    **4.1 MDEQ Air Construction Permit Program** ..................................... 4-1
    **4.2 New Source Review Applicability** .................................................. 4-1
    **4.3 Title V Operating Permits** ............................................................... 4-2
    **4.4 Section 504(f) Permit Shield Request** ........................................... 4-2
    **4.5 Mississippi Air Emission Regulations for the Prevention, Abatement, and Control of Air Contaminants** ......................................................................................................... 4-2
        4.5.1 Visible Emissions Standards: 11 Miss. Admin. Code Pt. 2, R. 1.3. A & B ........................ 4-3
        4.5.2 General Nuisance: 11 Miss. Admin. Code Pt. 2, R. 1.3. C ........................................... 4-3
        4.5.3 Particulate Matter Emissions from Fuel Burning: 11 Miss. Admin. Code Pt. 2, R. 1.3. D(1)(b) .............................................................................................................................. 4-3
        4.5.4 $SO_2$ Emissions from Fuel Burning: 11 Miss. Admin. Code Pt. 2, R. 1.4. A.(1) ............... 4-3
        4.5.5 General Provisions: 11 Miss. Admin. Code Pt. 2, R. 2.2.B.(10). .................................. 4-3
    **4.6 Mississippi Ambient Air Quality Standards** ................................ 4-4
    **4.7 New Source Performance Standards (NSPS)** ............................ 4-4
        4.7.1 40 CFR Part 60 Subpart A – General Provisions ....................................................... 4-4
        4.7.2 40 CFR Part 60 Subpart Dc – Standards of Performance for Small Industrial-Commercial-Institutional Steam Generating Units ............................................................ 4-5
        4.7.3 40 CFR Part 60 Subpart GG – Standards of Performance for Stationary Gas Turbines ..... 4-5
        4.7.4 40 CFR Part 60 Subpart KKKK – Standards of Performance for Stationary Combustion Turbines (EU01 – EU15) ............................................................................................ 4-5
        4.7.5 40 CFR 60 Subpart TTTT – Greenhouse Gas Emissions for Electric Generating Units .... 4-17
        4.7.6 40 CFR 60 Subpart TTTTa – Greenhouse Gas Emissions for Modified Coal-Fired Steam Electric Generating Units and New Construction and Reconstruction Stationary Combustion Turbine Electric Generating Units ............................................................................. 4-17
        4.7.7 Non-Applicability of All Other NSPS ....................................................................... 4-18
    **4.8 National Emissions Standards for Hazardous Air Pollutants (NESHAP)** ................... 4-18
        4.8.1 40 CFR 63 Subpart A – General Provisions ............................................................ 4-18
        4.8.2 40 CFR 63 Subpart YYYY – National Emission Standards for Hazardous Air Pollutants for Stationary Combustion Turbines ................................................................................... 4-18
        4.8.3 Non-Applicability of All Other NESHAP ................................................................... 4-18
    **4.9 Compliance Assurance Monitoring** .............................................. 4-18
    **4.10 Risk Management Plan** ................................................................... 4-19

**4.11 Acid Rain Program** ...................................................................... 4-19

**5. BACT ANALYSIS** **5-1**
    **5.1 BACT for Solar PGM130 and Solar Titan 350 Combustion Turbines**............................ **5-2**
        5.1.1   Step 1 – Identify Applicable Controls.................................................5-2
        5.1.2   Step 2 – Technical Feasibility .......................................................5-4
        5.1.3   Step 3 – Ranking of Remaining Options.............................................5-4
        5.1.4   Step 4 – Eliminate Options Based on Economic, Energy, and Secondary Environmental Impacts..............................................................................................5-4
        5.1.5   Step 5 – Select BACT..................................................................5-5
    **5.2 BACT for ProEnergy 6000PE Combustion Turbines**.......................................... **5-5**
        5.2.1   Step 1 – Identify Applicable Controls.................................................5-5
        5.2.2   Step 2 – Technical Feasibility .......................................................5-7
        5.2.3   Step 3 – Ranking of Remaining Options.............................................5-7
        5.2.4   Step 4 – Eliminate Options Based on Economic, Energy, and Secondary Environmental Impacts..............................................................................................5-8
        5.2.5   Step 5 – Select BACT..................................................................5-8
    **5.3 BACT for PLUM Pressure Reduction System** .............................................. **5-9**
        5.3.1   Step 1 – Identify Applicable Controls.................................................5-9
        5.3.2   Step 2 – Technical Feasibility .......................................................5-10
        5.3.3   Step 3 – Ranking of Remaining Options.............................................5-11
        5.3.4   Step 4 – Eliminate Options Based on Economic, Energy, and Secondary Environmental Impacts..............................................................................................5-11
        5.3.5   Step 5 – Select BACT..................................................................5-11

**6. AIR QUALITY ANALYSIS** **6-13**

**7. EMISSION CALCULATION METHODOLOGY** **7-1**
    **7.1 NSR Permitting Evaluation Methodology** ................................................. **7-1**
        7.1.1   Potential Emissions.....................................................................7-1
    **7.2 Potential Emissions Calculations**........................................................... **7-1**
        7.2.1   Solar PGM-130 and Titan 350 Turbines – Criteria Pollutant Emissions...........................7-2
        7.2.2   ProEnergy 6000PE Turbines – Criteria Pollutant Emissions.............................................7-2
        7.2.3   Combustion Turbines – HAP Emissions.................................................7-3
        7.2.4   PLUM PRS Units........................................................................7-3

**APPENDIX A. SUMMARY OF APPLICABLE REGULATIONS** **A-1**

**APPENDIX B. AREA MAP** **B-1**

**APPENDIX C. SITE MAP** **C-1**

**APPENDIX D. EMISSION CALCULATIONS** **D-1**

**APPENDIX E. BACT SUPPORTING DOCUMENTATION** **E-1**

**APPENDIX F. MDEQ FORMS** **F-1**

**APPENDIX G. MISSISSIPPI SECRETARY OF STATE CERTIFICATE OF GOOD STANDING** **G-1**

# LIST OF TABLES

Table 1-1. Project Potential Emissions — 1-2

Table 4-1. Proposed Mississippi State Limitations — 4-4

Table 5-1. Solar PGM130 and Solar Titan 350 Combustion Turbines BACT (or LAER) Summary — 5-1

Table 5-2. ProEnergy 6000PE Combustion Turbines BACT (or LAER) Summary — 5-2

Table 5-3. PLUM Pressure Reduction System BACT Summary — 5-2

Table 5-4. Step 1 Control Techniques Evaluated — 5-3

Table 5-5. Step 3 Rankings (Proposed Options Highlighted) — 5-4

Table 5-6. Proposed BACT (or LAER) Limits for Solar PGM130 and Solar Titan 350 Combustion Turbines — 5-5

Table 5-7. Step 1 Control Techniques Evaluated — 5-6

Table 5-8. Step 3 Rankings (Proposed Options Highlighted) — 5-7

Table 5-9. Proposed BACT (or LAER) Limits for ProEnergy 6000PE — 5-9

Table 5-10. Proposed BACT Limits for PLUM Pressure Reduction System — 5-12

Table 7-1. Criteria Pollutant Emission Factors for Solar PGM-130 and Titan 350 Turbines Firing of Natural Gas — 7-2

# LIST OF FIGURES

Figure 2-1. Process Flow Diagram                                          2-2

Figure B-1. Area Map                                                      B-2

Figure C-2. Site Map                                                      C-2

# 1.   INTRODUCTION

MZX Tech LLC "MZX" is proposing to construct and operate a generation facility that will be located in DeSoto County, Southaven, Mississippi. This will be a greenfield facility. The proposed facility will produce electricity for its own use and will include simple cycle combustion turbines (CT) and supporting equipment. Three (3) turbine models will be used for the site:

► Solar PGM-130
► Solar Titan 350
► ProEnergy 6000PE

The CT units will fire natural gas as the only fuel. The combination of turbines will generate a base load electricity rating of approximately 1.2 gigawatts (GW).

The initial configuration will consist of (16) Solar Titan 350 units rated at 35 megawatts (MW) each, (17) Solar PGM-130 units rated at 16.5 MW each and (8) ProEnergy 6000PE units rated at 50 MW each. MZX is proposing for each CT to operate for a maximum of 8,760 hours per year.

As proposed, the project will require a Prevention of Significant Deterioration (PSD) construction permit as a new major source since project-related emissions of at least one PSD regulated pollutant exceeds the major source threshold of 250 tons per year (tpy). Project-related emissions are anticipated to exceed the PSD significant emission rate (SER) thresholds for total particulate matter with an aerodynamic diameter of 10 microns or less ($PM_{10}$), total particulate matter with an aerodynamic diameter of 2.5 microns or less ($PM_{2.5}$), nitrogen oxides ($NO_X$), volatile organic compounds (VOC), sulfur dioxide ($SO_2$), carbon monoxide (CO), and greenhouse gases (GHG) in terms of carbon dioxide equivalents ($CO_2e$).

The site will be an area source of hazardous air pollutants (HAP) emissions with total HAPs less than 25 tpy and each individual HAP less than 10 tpy.

This application package contains the necessary state air construction permit application for the proposed project, included in two (2) separate application volumes. Volume I of the application details the required emissions analyses, regulatory review, and control technology analyses. Volume II of the application package includes all the required air quality assessments necessary as part of this PSD permit application.

## 1.1   Summary of Permit Request

MZX has identified the regulatory requirements pertaining to PSD major sources applicable to the facility. These requirements are summarized below:

1.  Permitting construction of Solar PGM-130, Solar Titan 350 and ProEnergy 6000PE turbines equipped with selective catalytic reduction (SCR) and oxidation catalyst.
2.  Permitting construction of natural gas-fired PLUM pressure reduction system (PRS) units.
3.  Applicable requirements under 40 CFR 60 Subpart KKKK, *Standards of Performance for Stationary Combustion Turbines (NSPS KKKK).*

With this application, MZX requests the issuance of a PSD permit-to-construct under 11 Mississippi Administrative Code, Part 2, Chapter 5.

## 1.2    Permitting and Regulatory Requirements

MZX is submitting this construction permit application, in accordance with the PSD permitting requirements, to request authorization to construct an assortment of simple-cycle combustion turbines and supporting equipment. Since the proposed facility will be a major source under the PSD permitting program (i.e., the potential to emit for at least one regulated NSR pollutant exceeds 250 tpy), substantive PSD requirements apply with respect to each regulated NSR pollutant whose potential to emit exceeds the applicable SER thresholds. MZX has evaluated emissions increases of CO, $NO_X$, filterable PM, total $PM_{10}$, total $PM_{2.5}$, $CO_2e$, $SO_2$, and VOC resulting from the proposed project for comparison to their respective PSD SER to determine whether PSD permitting is required, as identified in Table 1-1. Project Potential Emissions.

**Table 1-1. Project Potential Emissions**

| Pollutant | Project Emissions (tpy) | PSD Significant Emission Rate (tpy) | PSD Triggered? (Yes/No) |
|---|---|---|---|
| Filterable PM | 19.56 | 25 | No |
| Total $PM_{10}$ | 19.56 | 15 | Yes |
| Total $PM_{2.5}$ | 19.53 | 10 | Yes |
| $SO_2$ | 156.53 | 40 | Yes |
| $NO_X$ | 423.39 | 40 | Yes |
| VOC | 417.40 | 40 | Yes |
| CO | 364.16 | 100 | Yes |
| $H_2SO_4$ | 0.18 | 7 | No |
| $CO_2e$ | 6,410,729 | 75,000 | Yes |

Since the project potential emissions of total $PM_{10}$, total $PM_{2.5}$, $NO_X$, VOC, $SO_2$ and CO exceed their respective SERs, the proposed project is required to undergo PSD review for those pollutants. Because these pollutants trigger PSD permitting, PSD Best Available Control Technology (BACT) review is also required for greenhouse gases (GHG, as $CO_2e$) because the calculated $CO_2e$ project emission increases exceed the threshold above which GHG are subject to evaluation. Emission calculations are described in Section 7 of this application, and PSD permitting requirements are detailed in Section 3.

MZX is submitting this construction permit application package in accordance with all federal and state requirements. The proposed project will be subject to applicable federal New Source Performance Standards (NSPS) and Mississippi Department of Environmental Quality (MDEQ)'s state regulations. Applicability of these programs is discussed in Section 4 of this application.

## 1.3    BACT Determination

The project will satisfy PSD BACT requirements for all regulated NSR pollutants (including greenhouse gases). This includes, inter alia, use of SCR to achieve a $NO_X$ emission limit of 2 ppm. Refer to Section 5 for a complete control technology analysis.

## 1.4    Application Contents

Volume I of this permit application is organized as follows: