# ATTACHMENT 30

# ATTACHMENT 30

The list below contains the file names of documents provided by the Mississippi Department of Environmental Quality on May 11 through May 18, 2026 in response to the public records requests submitted on May 6 and May 7, 2026 by the Southern Environmental Law Center:

- (2026.03.05) MDEQ Notification of Permit Board Meeting
- (2026.03.07) MDEQ Notification of Response to Comments Document
- (2026.03.11) 0680-00119 Final Permit
- (2026.03.23) SELC Request for EPA Documents
- (2026.04.13) 0680-00119 Final Determination
- (2026.04.14) Federal Complaint from NAACP
- (2026.04.23) Start of Construction Notices [AA-001, AA-002, AC-001, AC-002, AC-003]
- (2026.05.06) Start of Construction Notice [AB-001]
- (2026.05.06) Notification of Additional Portable Turbines - Request for Additional Info
- (2026.05.15) Emissions Information for Portable Turbines

1