# ATTACHMENT 33

