# ATTACHMENT 34

 Outlook

---

## Updated Count & Emission Profiles

---

**From** Shannon Lynn <slynn@trinityconsultants.com>

**Date** Fri 5/15/2026 5:03 PM

**To** Jaricus Whitlock <jwhitlock@mdeq.ms.gov>

**Cc** Slater Smith <Slater.Smith@trinityconsultants.com>; Kathryn Jordan <Kathryn.Jordan@trinityconsultants.com>

📎 1 attachment (151 KB)

2026-0514 Temporary Turbine Emissions.pdf;

---

**This Message Is From an External Sender**
This message came from outside your organization.

Jaricus,

Attached is the current inventory of portable turbines and emission profiles.

| Unit | Unit Type | Control | Total Power Output | Date Added |
|------|-----------|---------|--------------------|------------|
| 1 | SMT-130 | SCR | 13 | 8/1/2025 |
| 2 | SMT-130 | SCR | 13 | 8/1/2025 |
| 3 | SMT-130 | SCR | 13 | 8/1/2025 |
| 4 | SMT-130 | SCR | 13 | 8/18/2025 |
| 5 | SMT-130 | SCR | 13 | 8/19/2025 |
| 6 | SMT-130 | SCR | 13 | 8/20/2025 |
| 7 | SMT-130 | SCR | 13 | 8/21/2025 |
| 8 | Gen 8 TM2500 | Demin Water | 35 | 8/19/2025 |
| 9 | Gen 8 TM2500 | Demin Water | 35 | 8/23/2025 |
| 10 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 11 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 12 | Gen 6 TM2500 | Demin Water | 22 | 8/26/2025 |
| 13 | Gen 6 TM2500 | Demin Water | 22 | 8/26/2025 |
| 14 | Gen 6 TM2500 | Demin Water | 22 | 8/27/2025 |
| 15 | Gen 6 TM2500 | Demin Water | 22 | 8/28/2025 |
| 16 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 17 | Gen 7 TM2500 | Demin Water | 25 | 8/29/2025 |
| 18 | Gen 8 TM2500 | Demin Water | 25 | 8/25/2025 |
| 19 | Gen 8 TM2500 | Demin Water | 25 | 12/18/2025 |
| 20 | Gen 7 TM2500 | Demin Water | 25 | 12/18/2025 |
| 21 | SMT-130 | SCR | 13 | 11/30/2025 |
| 22 | SMT-130 | SCR | 13 | 11/30/2025 |
| 23 | SMT-130 | SCR | 13 | 11/30/25 |

| 24 | SMT-130 | SCR | 13 | 12/3/2025 |
| 25 | SMT-130 | SCR | 13 | 12/5/2025 |
| 26 | SMT-130 | SCR | 13 | 12/7/2025 |
| 27 | SMT-130 | SCR | 13 | 1/6/2026 |
| 28 | Gen 8 TM2500 | Demin Water | 30 | 3/25/2026 |
| 29 | Gen 8 TM2500 | Demin Water | 30 | 5/2/26 |
| 30 | Gen 8 TM2500 | Demin Water | 30 | 4/3/2026 |
| 31 | Gen 8 TM2500 | Demin Water | 30 | 3/25/2026 |
| 32 | Gen 8 TM2500 | Demin Water | 30 | 4/27/2026 |
| 33 | Gen 8 TM2500 | Demin Water | 30 | 3/27/2026 |
| 34 | Mitsubishi FT8 | Demin Water | 30 | 3/24/2026 |
| 35 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 36 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 37 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 38 | Mitsubishi FT8 | Demin Water | 30 | 4/3/2026 |
| 39 | Mitsubishi FT8 | Demin Water | 30 | 4/3/2026 |
| 40 | Mitsubishi FT8 | Demin Water | 30 | 4/23/2026 |
| 41 | Mitsubishi FT8 | Demin Water | 30 | 4/23/2026 |
| 42 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 43 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 44 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 45 | Gen 4 TM2500 | Demin Water | 20 | 5/1/2026 |
| 46 | Gen 4 TM2500 | Demin Water | 20 | not on site |
| 47 | Gen 4 TM2500 | Demin Water | 20 | 5/1/2026 |
| 48 | Gen 8 TM2500 | Demin Water | 30 | 5/6/2026 |
| 49 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 50 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 51 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 52 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 53 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 54 | Gen 6 TM2500 | Demin Water | 25 | 5/3/2026 |
| 55 | Gen 6 TM2500 | Demin Water | 25 | not on site |
| 56 | Mitsubishi FT8 | Demin Water | 30 | 5/7/2026 |
| 57 | Mitsubishi FT8 | Demin Water | 30 | 5/6/2026 |
| 58 | Mitsubishi FT8 | Demin Water | 30 | 5/9/2026 |
| 59 | Mitsubishi FT8 | Demin Water | 30 | 5/9/2026 |

**Shannon G. Lynn, P.E., C.M.**
Principal Consultant

P 501.225.6400 x5404  M 501.454.6264
1701 Centerview Drive Suite 109 Little Rock, AR 72211
Email: slynn@trinityconsultants.com

*MZX Tech LLC - Southaven, MS*

## Gen 8 TM2500 Turbines (30 MW)

| | |
|---|---|
| Portable Unit #: | 28 - 33 & 48 - 53 |
| Unit Type: | Gen 8 TM2500 |
| Control: | Demineralized Water Injection |
| Total Power Output per Unit (MW): | 30 |

**Fuel Consumption**

| | | | |
|---|---|---|---|
| Net Output Power | 30,000 | kW | Manufacturer Rating |
| Fuel Heat Value[1] | 1,054.60 | Btu/scf | Fuel Gas Analysis HHV |
| Net Heat Rate | 8,350.00 | Btu/kWh | Manufacturer Specs |
| Heat Input | 250.50 | MMBtu/hr | |
| Hourly Fuel Rate | 237.53 | Mscf/hr | |

**Emissions from Water-Injection Controlled Operations**

| | $NO_x$[2,3] | CO[2,3] | VOC[4] | $SO_2$[5] | PM[4,6] | Total HAPs | Units | Notes |
|---|---|---|---|---|---|---|---|---|
| Molecular Weight | 46.01 | 28.01 | | | | | lb/lbmol | |
| Emission Factors | 25.00 | 61.40 | | | | | ppmvd | Manufacturer expected emission performance |
| | 0.094 | 0.140 | | | | | lb/MMBtu | Calculated value[3] |
| | | | 2.10E-03 | | 6.60E-03 | 9.99E-04 | lb/MMBtu | AP-42 Tables 3.1-2a and AlphaGamma EFs; Table 19[4] |
| | | | | 0.01 | | | gr S/scf | Provided by client per MLP, same header as MLGW[1] |
| **Emissions** | **23.43** | **35.03** | **0.53** | **0.68** | **1.65** | **0.25** | lb/hr | |

**Speciated HAP Emissions**

| | Acetaldehyde | Acrolein | Benzene | Ethylbenzene | Formaldehyde | Toluene | Xylenes | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Emission Factors | 1.28E-04 | 5.11E-06 | 2.85E-06 | 4.67E-06 | 8.35E-04 | 1.32E-05 | 1.01E-05 | lb/MMBtu | AlphaGamma EFs; Table 19 |
| **Emissions** | **3.21E-02** | **1.28E-03** | **7.14E-04** | **1.17E-03** | **2.09E-01** | **3.31E-03** | **2.53E-03** | lb/hr | |

NOTES

[1] This value is based on the average HHV Btu/scf from the gas analysis received from Memphis Light, Gas and Water for 9/1/24 through 9/30/24. Mississippi Light & Power (MLP) natural gas from same header.

[2] $NO_x$ and CO emission factors are taken from the manufacturer expected performance report.

[3] Emission factors (lb/MMBtu) = ppmv / $10^6$ / molar volume * MW ($NO_x$/CO) * $F_d$ Factor * 20.9 / (20.9 - %$O_2$)

Molar Volume (dscf/lb-mol) = 379.5

MW (lb/lb-mol) = 46.01 $NO_x$ & 28.01 CO

$F_d$ (dscf/MMBtu) = 8710 (40 CFR 60 Appendix A Method 19 Table 19-2)

%O2 (Dry) = 15 %

[4] VOC and total PM emission factors obtained from AP-42, Table 3.1-2a. Total HAP emission factor is the sum of the speciated HAP emission factors obtained from AlphaGamma's *Revised HAP Emission Factors for Stationary Combustion Turbines*, Table 19.

[5] $SO_2$ emissions are based on fuel consumption and fuel sulfur content of 1 grain of sulfur per 100 scf.

1 gr S/100 scf * fuel scf/hr * 1 lb/7000 gr * 64 lb-mol $SO_2$/ 32 lb-mol S = lb/hr $SO_2$

[6] Assumes PM (Filterable + Condensable) = $PM_{10}$ = $PM_{2.5}$

*MZX Tech LLC - Southaven, MS*
## Mitsubishi FT8 Turbines (30 MW)

| | |
|---|---|
| Portable Unit #: | 34 - 41 & 56 - 59 |
| Unit Type: | Mitsubishi FT8 |
| Control: | Demineralized Water Injection |
| Total Power Output per Unit (MW): | 30 |

**Fuel Consumption**

| | | | |
|---|---|---|---|
| Net Output Power | 30,000 | kW | Manufacturer Rating |
| Fuel Heat Value[1] | 1,054.60 | Btu/scf | Fuel Gas Analysis HHV |
| Net Heat Rate | 9,376.00 | Btu/kWh | Manufacturer Specs |
| Heat Input | 281.28 | MMBtu/hr | |
| Hourly Fuel Rate | 266.72 | Mscf/hr | |

**Emissions from Water-Injection Controlled Operations**

| | $NO_x$[2,3] | CO[2,3] | VOC[2,3] | $SO_2$[5] | PM[4,6] | Total HAPs | Units | Notes |
|---|---|---|---|---|---|---|---|---|
| Molecular Weight | 46.01 | 28.01 | 44.10 | | | | lb/lbmol | VOC was conservatively set to the molecular weight of propane. |
| Emission Factors | 25.00 | 75.00 | 6.00 | | | | ppmvd | Manufacturer expected emission performance |
| | 0.094 | 0.171 | 0.022 | | | | lb/MMBtu | Calculated value[3] |
| | | | | | 6.60E-03 | 9.99E-04 | lb/MMBtu | AP-42 Tables 3.1-2a and AlphaGamma EFs; Table 19[4] |
| | | | | 0.01 | | | gr S/scf | Provided by client per MLP, same header as MLGW[1] |
| **Emissions** | **26.30** | **48.04** | **6.05** | **0.76** | **1.86** | **0.28** | lb/hr | |

**Speciated HAP Emissions**

| | Acetaldehyde | Acrolein | Benzene | Ethylbenzene | Formaldehyde | Toluene | Xylenes | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Emission Factors | 1.28E-04 | 5.11E-06 | 2.85E-06 | 4.67E-06 | 8.35E-04 | 1.32E-05 | 1.01E-05 | lb/MMBtu | AlphaGamma EFs; Table 19 |
| **Emissions** | 3.60E-02 | 1.44E-03 | 8.02E-04 | 1.31E-03 | 2.35E-01 | 3.71E-03 | 2.84E-03 | lb/hr | |

*NOTES*

[1] This value is based on the average HHV Btu/scf from the gas analysis received from Memphis Light, Gas and Water for 9/1/24 through 9/30/24. Mississippi Light & Power (MLP) natural gas from same header.

[2] $NO_x$, CO, and VOC emission factors are taken from the manufacturer expected performance report.

[3] Emission factors (lb/MMBtu) = ppmv / $10^6$ / molar volume * MW ($NO_x$/CO/VOC) * $F_d$ Factor * 20.9 / (20.9 - %$O_2$)

Molar Volume (dscf/lb-mol) = 379.5

MW (lb/lb-mol) = 46.01 $NO_x$ & 28.01 CO & 44.10 VOC

$F_d$ (dscf/MMBtu) = 8710 (40 CFR 60 Appendix A Method 19 Table 19-2)

%O2 (Dry) = 15 %

[4] Total PM emission factor is obtained from AP-42, Table 3.1-2a. Total HAP emission factor is the sum of the speciated HAP emission factors obtained from AlphaGamma's Revised HAP Emission Factors for Stationary Combustion Turbines, Table 19.

[5] $SO_2$ emissions are based on fuel consumption and fuel sulfur content of 1 grain of sulfur per 100 scf.

1 gr S/100 scf * fuel scf/hr * 1 lb/7000 gr * 64 lb-mol $SO_2$/ 32 lb-mol S = lb/hr $SO_2$

[6] Assumes PM (Filterable + Condensable) = $PM_{10}$ = $PM_{2.5}$

*MZX Tech LLC - Southaven, MS*

## Gen 4 & 6 TM2500 Turbines (25 MW)

| | |
|---|---|
| Portable Unit #: | 42 - 44, 54 & 55 |
| Unit Type: | TM2500 |
| Control: | Demineralized Water Injection |
| Total Power Output per Unit (MW): | 25 |

**Fuel Consumption**

| | | | |
|---|---|---|---|
| Net Output Power | 25,000 | kW | Manufacturer Rating |
| Fuel Heat Value[1] | 1,054.60 | Btu/scf | Fuel Gas Analysis HHV |
| Net Heat Rate | 8,350.00 | Btu/kWh | Manufacturer Specs |
| Heat Input | 208.75 | MMBtu/hr | |
| Hourly Fuel Rate | 197.94 | Mscf/hr | |

**Emissions from Water-Injection Controlled Operations**

| | $NO_x$[2,3] | CO[2,3] | VOC[4] | $SO_2$[5] | PM[4,6] | Total HAPs | Units | Notes |
|---|---|---|---|---|---|---|---|---|
| Molecular Weight | 46.01 | 28.01 | | | | | lb/lbmol | |
| Emission Factors | 25.00 | 61.40 | | | | | ppmvd | Manufacturer expected emission performance |
| | 0.094 | 0.140 | | | | | lb/MMBtu | Calculated value[3] |
| | | | 2.10E-03 | | 6.60E-03 | 9.99E-04 | lb/MMBtu | AP-42 Tables 3.1-2a and AlphaGamma EFs; Table 19[4] |
| | | | | 0.01 | | | gr S/scf | Provided by client per MLP, same header as MLGW[1] |
| **Emissions** | **19.52** | **29.19** | **0.44** | **0.57** | **1.38** | **0.21** | lb/hr | |

**Speciated HAP Emissions**

| | Acetaldehyde | Acrolein | Benzene | Ethylbenzene | Formaldehyde | Toluene | Xylenes | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Emission Factors | 1.28E-04 | 5.11E-06 | 2.85E-06 | 4.67E-06 | 8.35E-04 | 1.32E-05 | 1.01E-05 | lb/MMBtu | AlphaGamma EFs; Table 19 |
| **Emissions** | 2.67E-02 | 1.07E-03 | 5.95E-04 | 9.75E-04 | 1.74E-01 | 2.76E-03 | 2.11E-03 | lb/hr | |

NOTES

[1] This value is based on the average HHV Btu/scf from the gas analysis received from Memphis Light, Gas and Water for 9/1/24 through 9/30/24. Mississippi Light & Power (MLP) natural gas from same header.

[2] $NO_x$ and CO emission factors are taken from the manufacturer expected performance report.

[3] Emission factors (lb/MMBtu) = ppmv / $10^6$ / molar volume * MW ($NO_x$/CO) * $F_d$ Factor * 20.9 / (20.9 - %$O_2$)

Molar Volume (dscf/lb-mol) = 379.5

MW (lb/lb-mol) = 46.01 $NO_x$ & 28.01 CO

$F_d$ (dscf/MMBtu) = 8710 (40 CFR 60 Appendix A Method 19 Table 19-2)

%O2 (Dry) = 15 %

[4] VOC and total PM emission factors obtained from AP-42, Table 3.1-2a. Total HAP emission factor is the sum of the speciated HAP emission factors obtained from AlphaGamma's *Revised HAP Emission Factors for Stationary Combustion Turbines*, Table 19.

[5] $SO_2$ emissions are based on fuel consumption and fuel sulfur content of 1 grain of sulfur per 100 scf.

1 gr S/100 scf * fuel scf/hr * 1 lb/7000 gr * 64 lb-mol $SO_2$/ 32 lb-mol S = lb/hr $SO_2$

[6] Assumes PM (Filterable + Condensable) = $PM_{10}$ = $PM_{2.5}$

*MZX Tech LLC - Southaven, MS*
## Gen 4 TM2500 Turbines (20 MW)

| | |
|---|---|
| Portable Unit #: | 45 - 47 |
| Unit Type: | TM2500 |
| Control: | Demineralized Water Injection |
| Total Power Output per Unit (MW): | 20 |

**Fuel Consumption**

| | | | |
|---|---|---|---|
| Net Output Power | 20,000 | kW | Manufacturer Rating |
| Fuel Heat Value[1] | 1,054.60 | Btu/scf | Fuel Gas Analysis HHV |
| Net Heat Rate | 8,350.00 | Btu/kWh | Manufacturer Specs |
| Heat Input | 167.00 | MMBtu/hr | |
| Hourly Fuel Rate | 158.35 | Mscf/hr | |

**Emissions from Water-Injection Controlled Operations**

| | $NO_x^{2,3}$ | $CO^{2,3}$ | $VOC^4$ | $SO_2^5$ | $PM^{4,6}$ | Total HAPs | Units | Notes |
|---|---|---|---|---|---|---|---|---|
| Molecular Weight | 46.01 | 28.01 | | | | | lb/lbmol | |
| Emission Factors | 25.00 | 61.40 | | | | | ppmvd | Manufacturer expected emission performance |
| | 0.094 | 0.140 | | | | | lb/MMBtu | Calculated value[3] |
| | | | 2.10E-03 | | 6.60E-03 | 9.99E-04 | lb/MMBtu | AP-42 Tables 3.1-2a and AlphaGamma EFs; Table 19[4] |
| | | | | 0.01 | | | gr S/scf | Provided by client per MLP, same header as MLGW[1] |
| **Emissions** | **15.62** | **23.35** | **0.35** | **0.45** | **1.10** | **0.17** | lb/hr | |

**Speciated HAP Emissions**

| | Acetaldehyde | Acrolein | Benzene | Ethylbenzene | Formaldehyde | Toluene | Xylenes | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Emission Factors | 1.28E-04 | 5.11E-06 | 2.85E-06 | 4.67E-06 | 8.35E-04 | 1.32E-05 | 1.01E-05 | lb/MMBtu | AlphaGamma EFs; Table 19 |
| **Emissions** | 2.14E-02 | 8.53E-04 | 4.76E-04 | 7.80E-04 | 1.39E-01 | 2.20E-03 | 1.69E-03 | lb/hr | |

*NOTES*

[1] This value is based on the average HHV Btu/scf from the gas analysis received from Memphis Light, Gas and Water for 9/1/24 through 9/30/24. Mississippi Light & Power (MLP) natural gas from same header.

[2] $NO_x$ and CO emission factors are taken from the manufacturer expected performance report.

[3] Emission factors (lb/MMBtu) = ppmv / $10^6$ / molar volume * MW ($NO_x$/CO) * $F_d$ Factor * 20.9 / (20.9 - %$O_2$)

$\quad\quad\quad$ Molar Volume (dscf/lb-mol) = 379.5

$\quad\quad\quad$ MW (lb/lb-mol) = 46.01 $NO_x$ & 28.01 CO

$\quad\quad\quad$ $F_d$ (dscf/MMBtu) = 8710 (40 CFR 60 Appendix A Method 19 Table 19-2)

$\quad\quad\quad$ %O2 (Dry) = $\quad\quad$ 15 %

[4] VOC and total PM emission factors obtained from AP-42, Table 3.1-2a. Total HAP emission factor is the sum of the speciated HAP emission factors obtained from AlphaGamma's *Revised HAP Emission Factors for Stationary Combustion Turbines*, Table 19.

[5] $SO_2$ emissions are based on fuel consumption and fuel sulfur content of 1 grain of sulfur per 100 scf.

$\quad\quad\quad$ 1 gr S/100 scf * fuel scf/hr * 1 lb/7000 gr * 64 lb-mol $SO_2$/ 32 lb-mol S = lb/hr $SO_2$

[6] Assumes PM (Filterable + Condensable) = $PM_{10}$ = $PM_{2.5}$