# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE | |
| Plaintiffs, | No. 3:26-cv-00074-DMB-JMV |
| v. | |
| X.AI CORP. and MZX TECH LLC | |
| Defendants. | |

## DECLARATION OF ADRIAN MILLSAP

I, Adrian Millsap, hereby declare and state as follows:

1. This declaration is based on my personal knowledge, information, and belief. I am over the age of eighteen and am competent to testify.

2. I live at ███████████ Southaven, Mississippi. My wife, Tiffany Millsap and I own our home, and I have lived there for the past 22 years.

3. Our home is about five and a half miles from xAI and MZX Tech's gas turbines in Southaven.

4. I attended the University of Illinois, Champagne-Urbana, then took a job working for a motor company. I moved to Mississippi after my parents moved to the area, because they were getting older, and I wanted to be nearby.

5. After I moved here, other family members started to follow. My sister lives near me in DeSoto County. I have two cousins and two nieces on the Memphis side of the border—one of my nieces lives right off of ███████ My wife has 93 cousins spread all over Mississippi.

1

Docusign Envelope ID: FE029D19-7A9D-8A37-8307-4F2555FF132A

6.      I work for a labor union as field staff. I travel as many as three weeks out of the month, all across the country. When I'm not traveling for work, I work from home. My wife also travels some for work, but she is home most of the time.

7.      At home, my wife and I spend a lot of our time outside. Our house sits on a close to one-acre lot, and we have invested a lot in our outdoor living spaces. I built a 12-by-20 gazebo where we like to spend time. We have six grills because we like to cook out so much. I also enjoy gardening. We grow tomatoes, peppers, onions, cucumbers, and string beans. And I work on our cars outside.

8.      For exercise, I walk about a mile to four miles a day in our neighborhood, often with our two dogs. I also like to visit the parks nearby, like Silo and Snowden Grove, which are both in Southaven.

9.      We like to host events, and when we do, we usually host outside. We host Thanksgiving outside. We also host an Easter Egg hunt in the yard for our co-workers, church kids, and our great nieces and nephews.

10.     In general, I would say DeSoto County has outdoor living as a lifestyle. That's a big part of why I like living here.

11.     My wife and I attend church in South Memphis.

12.     I became a member of the Mississippi State Conference of the NAACP in the spring of 2025, after members of my church encouraged me to join. I had been a member of the NAACP a while back, but my membership had lapsed. As a member of the state conference, I am also a member of the national NAACP.

13.     NAACP represents my interests in looking out for my community. There are a lot of connections between NAACP's work, labor, and the church. I've been informed through the

2

Docusign Envelope ID: FE029D19-7A9D-8A37-8307-4F2555FF432A

NAACP about local issues that are relevant to me and to my community—issues that you don't always hear about from news sources. When the NAACP speaks out about a local issue, I know it's representing the whole community, including my family and me.

14.     I first learned about xAI coming to Memphis on the news in the summer of 2024. The people in the community started talking about the turbines that had been installed, and how they impact air quality.

15.     After that, we kept an eye on what xAI was doing and talked about what we knew with community groups. All our information has come from NAACP and the community—not from xAI.

16.     When I learned that xAI was coming to Southaven around October of last year, I became concerned about air quality at our home and in our community. We've had pollution problems in the Black areas of Mississippi and Memphis for a long time. We have poor air quality ratings already, and we don't have air quality sensors yet. I wanted to know more about the turbines, what they were doing with them, and what they would do to local air quality.

17.     Since learning that xAI was operating turbines here, I've been concerned about spending time outside. My wife and I both worry about what it means to walk the dog or go outside to spend time. We worry about hosting people outside, and worry that some guests may be too vulnerable to go outside. We now keep over the counter medicine for allergies and for sinus and asthma symptoms on hand because, when family comes in from out of town, they often have those types of symptoms, even if they don't usually have those symptoms at their homes. That's very worrying to us—that everyone seems to have these symptoms when they visit our house.

18.     I'm also worried about my family in the area being exposed. Two of my nieces moved to the area in September of last year, and they've got little kids—my grand niece and nephew. They came here from Chicago because they wanted a better quality of life, and a better environment. That's been shattered. I feel so bad that they're exposed to all this now—that they have this young family that's now growing up with this pollution in their environment. I wonder, how old will they be before we know just how harmful it's been, how harmful it's going to be?

19.     Even though I've lived here 22 years, I've been thinking about whether we should move because of air pollution concerns. We discuss it a few times a month.

20.     I'm also concerned that our property value is going to go down because of the air pollution, including from xAI. Our neighbor next door can't sell their house, and I'm concerned the reason is partly because of the air quality.

21.     I would also like to have more information directly from the company about its plans and impacts. Overall, we would have liked more engagement with the community so we know what's going on.

22.     I have learned that there are a lot of people affected by these turbines. I have heard stories about people whose children are developing asthma problems—healthy children, all of a sudden having health problems. I've heard about how the decibel count—the noise from the turbines—is keeping people awake. I think xAI has been getting away with a lot of things by starting to run its turbines without a permit. But I've seen all these groups, this very diverse community, come out as a whole and say what they're doing is wrong, and it's causing real harm.

23.     We're a rural community—not a big city. We shouldn't have dumping, or air pollution that gets us an F rating with the American Lung Association. Nobody should be proud of that.

4

Docusign Envelope ID: EE029D19-7A9D-8A37-8307-4F2555EF132A

24.    A court order requiring xAI to get an air permit for the turbines, install pollution controls, and engage in monitoring and reporting, would address some of my concerns. Frankly, I would be concerned about xAI complying with those requirements, but I would feel better knowing that a court was closely watching the company. If no one else is going to step in, a court certainly should.

Executed on ___5/6/2026___, 2026

Signed by:

01C64D7A504642F...

Adrian Millsap