# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>                    **Plaintiffs,**<br>          **v.**<br><br>**X.AI CORP. and MZX TECH LLC**<br><br>                    **Defendants.** | **No. 3:26-cv-00074-DMB-JMV** |

## DECLARATION OF TIFFANY MILLSAP

I, Tiffany Millsap, hereby declare and state as follows:

1.      This declaration is based on my personal knowledge, information, and belief. I am over the age of eighteen and am competent to testify.

2.      I live at ████████████, Southaven, Mississippi. I have lived there with my husband, Adrian Millsap, for the past six years.

3.      Our home is about five and a half miles from xAI and MZX Tech's gas turbines in Southaven.

4.      I have a big family, and a lot of them live in the area. My mother lives nearby in the ████████████████████, which is on the ████████████████. I also have 93 cousins spread all over Mississippi.

5.      I joined the Mississippi State Conference of the NAACP last summer in 2025 after members of my church in South Memphis encouraged me to join. NAACP helps me participate in my community and represents my interests in keeping my community strong, healthy, and informed about what's happening in our direct area in DeSoto County. I had actually

1

Docusign Envelope ID: C4B6EFEB-604A-87EF-83D5-590A1830BC37

been hearing about xAI in the Memphis area, and NAACP's involvement in speaking up for the community there. It was a no brainer for me to join. As a member of the state conference, I am also a member of the national NAACP.

6. When I was growing up, one of my family members was an environmental lawyer. I'm always interested in pollution to the environment and how pollution impacts water and air, because I've heard about it all my life.

7. I earned my bachelor's degree from Michigan State University, and I currently work for a labor union as field staff. I travel for three to four days twice a month to give trainings, but otherwise I work from home.

8. I spend a lot of my time outdoors. My husband built us a gazebo where we like to spend time together. I also like working out there on my laptop. We actually strengthened our Wi-Fi so that I could work outside all day. Adrian also built me a "she-shed" where I can work on projects, and where I can store items I don't want him to see all the time—clothes, decorations, things like that. We also keep a vegetable garden.

9. I love going for walks outside. We have two dogs, and I often take them walking in our neighborhood. I also like to visit parks in the area, like Silo and Snowden Grove.

10. I also love to host outdoors. We regularly invite co-workers and family members over for cookouts and get-togethers. Every spring, we host an Easter Egg hunt in our yard for co-workers, church kids, and all our nieces and nephews. We even host Thanksgiving dinner outside.

11. I first learned about xAI coming to the area on the news last October. After that, people in the community started talking about the turbines, and talking about what they could do to air quality.

12. I was confused at first. I'd been hearing about xAI in Memphis, which is also near us. When I learned they were coming to Mississippi, too, it felt like we really were suddenly right in the middle of these massive facilities.

13. Knowing what I do about air pollution, I was immediately concerned about the impacts on my health and my family's health. I have had more respiratory problems since moving to the Memphis area than I ever had in Michigan or Texas. I have had really bad sinus attacks, strep throat, and respiratory infections. I have even had to go to the ER because of it. When I learned about xAI in Mississippi, I thought, I can't imagine how bad it will be if my symptoms get even worse because of more pollution.

14. Now that xAI is here, I have to second guess everything I should be doing. I can't sit under the gazebo or work outside as much as I would like to, even though my husband put so much work into building it and making it a place where I could work, because I am concerned about the air pollution from xAI's turbines. I'm worried about what it means to walk to the dogs or go outside. I'm also worried about hosting people outside. Some guests, like my little nieces and nephews, may be too vulnerable to go outside.

15. For example, after a recent death in the family, my cousin came to stay with me to help make arrangements. She immediately started having respiratory and sinus issues. We had to give her medicine, and we couldn't spend any time outside. As many people as we had over for different events, I would have loved to be outdoors. But we couldn't because my cousin and other family members were so affected by breathing the air outside. I worry my cousin and other family members were harmed by the air pollution from the turbines. This made our family gathering after the death even worse.

3

Docusign Envelope ID: C4B6EFEB-604A-87EF-83D5-500A1836BC37

16. I'm also worried about my family. My mom is asthmatic and has been all her life. And she has other health problems. I'm afraid of what the added pollution from xAI's turbines will do to her health. I try to limit her time with us, but that's really hard. When she does come over, I definitely don't spend any time outside with her at all, the way I otherwise would. I don't let her go out to the gazebo or spend any time on the patio. I'm too worried about how the air pollution will affect her health.

17. The only information I've gotten has come from NAACP and the community, or from my husband attending meetings. I would have liked to know more from the company about its plans and impacts, and would definitely have liked to see more engagement with the community, before it started operating turbines here.

18. A decision requiring xAI to get an air permit with appropriate pollution controls, and to show through modeling that what they want to do isn't going to harm our health, would address some of my concerns. It would be really important to me to know that those controls were required by the permit and that the permit would be enforceable if they tried not to comply.

Executed on _____5/6/2026_____, 2026

Tiffany Millsap

4