# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**NAACP and NAACP MISSISSIPPI STATE CONFERENCE**

                  **Plaintiffs,**

      **v.**

**X.AI CORP. and MZX TECH LLC**

            **Defendants.**

**No. 3:26-cv-00074-DMB-JMV**

## DECLARATION OF STEPHANIE NORVELL

I, Stephanie Norvell, hereby declare and state as follows:

1.      This declaration is based on my personal knowledge, information, and belief. I am over the age of eighteen and am competent to testify.

2.      I am a member of the NAACP and the NAACP Mississippi State Conference.

3.      I became a member in 2026. I was inspired to join NAACP because I know the organization is actively fighting to protect the health of the Black community in Southaven from pollution caused by xAI. My mother was a very active and prominent member of the NAACP, and it means a lot to me to be a part of an organization that does great work in Mississippi. NAACP and the Mississippi State Conference represent my interests by fighting racism and working to ensure my voice and the voice of members in my community are heard.

4.      I am deeply concerned about air pollution from the gas turbines. I worry about my health as well as the health of my family and community. I am especially concerned about the impacts of air pollution on vulnerable individuals and the impacts on the elderly and children in

1

my neighborhood. I am close with my neighbors, and I care deeply about the health and quality of life of the people in the Southaven community.

5. I live at ███████████, Southaven, Mississippi 38671.

6. I live with my husband and we own our home. We have lived in our home since 2009.

7. I live approximately 0.78 miles from the gas turbines located at 2875 Stanton Road South, Southaven, Mississippi.

8. My daughter, son-in-law, and grandchildren also live in Southaven about seven minutes' drive away and I visit them often.

9. I am 64 years old. I am diabetic, have a heart condition, and have survived cancer twice. I am worried that more pollution near my home will worsen my health conditions or lead to new conditions.

10. My husband is 73 years old. He is diabetic, had open heart surgery last year, survived prostate cancer, and has limited mobility; he has two defibrillators and a pacemaker. My husband's health and body cannot tolerate any more contamination. I am worried that additional air pollution will worsen his health.

11. I am a seamstress and have done alterations for forty years. I was previously a commercial driver for thirty-one years. I also worked as a teacher's assistant for children with special needs for eight years where I helped children develop life and independence skills.

12. I am an active member of Brown Missionary Baptist Church. I go to church twice on Sundays at both the main campus (███████████ Southaven, Mississippi 38671) and at the south campus (███████████ Southaven, Mississippi 38671). At church I sing in the sanctuary choir, attend Sunday school, and am a member of the singing ministry and council

2

Docusign Envelope ID: 81AD34A5-2257-8491-9054-CDCF188F26FF

ministry discipleship. I also occasionally assist with catering and with driving members to and from church on Sundays. On Mondays, Tuesdays, and Thursdays, I attend exercises classes at the church too. A portion of that exercise class includes walks outdoors around the church and the church parking lot.

13. I spend a lot of time outside doing yardwork, tending to my lawn, watering the flowerbeds, and going on walks around the neighborhood. I also enjoy grilling in my backyard and sharing meals with company outside on my deck. About 50-60% of my days are spent outdoors and I enjoy that time very much. My husband is unable to do chores outside, so I take care of tending to the flowerbeds and mowing the grass myself.

14. I am very nervous about how the increased pollution from the turbines will impact my life and health. I spend a lot of time outdoors at home and at church, so I worry about the harmful effects of breathing air contaminated by the turbines.

15. Additionally, the gas turbines are extremely noisy. They are so loud and disruptive that sometimes I can only hear the turbines and nothing else. The noise is especially bad at night, which makes it difficult for me to fall and stay asleep. The quality of my sleep has declined significantly because of the turbines' noise. This neighborhood was not loud before the turbines started operating.

16. In the past few months there has been a huge increase in the amount of truck traffic on my street traveling to the power plant. The truck traffic and associated noise and dirt are disruptive to my daily life because I now avoid driving and walking on certain roads in my neighborhood near the turbines.

17. In addition to my concerns about my health and the health of my husband, I am also very worried about the noise and air pollution impacts on vulnerable people in my

3

Docusign Envelope ID: 81AD34A5-2257-8491-9054-CDC5188F26FF

community, namely the elderly and children. There are lots of elderly people in my neighborhood and I fear that any additional air pollution will harm their health and negatively affect their quality of life. My next-door neighbor has two young children, and I worry about their exposure to air pollution when they play outside. Recently I attended a meeting at City Hall and a woman in my community spoke about how the noise from the turbines is disturbing to her autistic child. I previously worked with special needs children and know firsthand that annoying sounds can be very disruptive to certain populations.

18.     I am upset by the lack of transparency our community received about the turbines and data center. Around August 2025, Mayor Musselwhite claimed that information was publicized locally in a Southaven newspaper about these projects before construction began, but I could not find that information when I searched for it. Our community deserves to know about the development that is coming into Southaven.

19.     I never received any information from xAI or MZX Tech about the turbine project in Southaven.

20.     I would like to have been made aware of exactly what the companies were planning on building and for the opportunity to voice my opinion about their plans.

21.     My community does not need a polluting data center in our neighborhood. I do not want any more pollution in my neighborhood. It is simply not fair for rich companies to get away with breaking the law. I do not believe the turbines or the data center will bring benefits to the Southaven community that are worth the cost of the pollution and threats to our health.

22.     I want my community to be safe and protected, free from air pollution, toxic chemicals, and contamination.

4

23.     An order from the court requiring xAI to get an air permit with pollution monitoring requirements and enforceable air pollution limits would address some of my concerns because at least then, the companies would be subject to the law.

I declare under penalty of perjury the foregoing is true and correct.

Executed on __5/1/2026_____.

X

Stephanie Norvell

5