# EXHIBIT F

Docusign Envelope ID: B29A5F5D-7E44-884D-8189-2DF6AFBB082D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

NAACP and NAACP MISSISSIPPI
STATE CONFERENCE

                  **Plaintiffs,**

        **v.**

X.AI CORP. and MZX TECH LLC

                  **Defendants.**

No. 3:26-cv-00074-DMB-JMV

## DECLARATION OF TRACY THORNTON

I, Tracy Thornton, hereby declare and state as follows:

1.      This declaration is based on my personal knowledge, information, and belief. I am over the age of eighteen and am competent to testify.

2.      I live at ▮▮▮▮▮▮▮▮▮▮▮, Southaven, Mississippi with my fiancé. I'm originally from Mississippi, and I have lived at my current address in DeSoto County for nine years.

3.      My home is less than one mile from xAI and MZX Tech's gas turbines in Southaven.

4.      I can hear the turbines operating almost constantly from my home. At first, I thought I was just hearing a train or airplane coming through. But the noise never ceased. I asked a neighbor, and she said no, that's those turbines they're putting up for xAI. I hear the turbines all the time—day and night. It seems loudest at night.

1

5.      I moved to Southaven nine years ago to be closer to my family and for the peace and quiet. My mom lives near me on ███████ and is even closer to the gas turbines than I am. I also have other family members that live off of ███████.

6.      I work for a roofing manufacturer in Mississippi. I work long, 12 hour days.

7.      When I'm not working, I love to be outside. At night and on the weekends, my favorite spot has always been in my garage with the door open, breathing in the fresh air. I've made it into a kind of man cave. I bought two high quality wooden rocking chairs and put in a television and a radio. I spend a lot of time out there, either watching television or listening to the radio, or just relaxing, period. I go out there to get peace of mind.

8.      When I'm not spending time in the garage, I'm usually working in the yard. I mow and try to keep things clean. And I keep a garden. I grow tomatoes, watermelons, peas, squash, and cucumbers. I like to live off the land where I can. I also like to spend time sitting on my front porch.

9.      Sometimes I visit Swinnea Park in Southaven to relax and just be outdoors.

10.     On Sundays, I attend church at New Hope Baptist in Southaven, and after church I go to my mom's house to spend time with her.

11.     I became a member of the NAACP and the NAACP Mississippi State Conference in 2026. Growing up, I heard a lot about how NAACP supports different things by working with communities—helping people stand together. I heard from a neighbor about everything NAACP has been doing in Mississippi and South Memphis in the past several years to try and help people stand together as a community, to keep our air clean and keep our neighborhoods healthy and safe. I'm all for coming together for what's right, and so I wanted to be a part of that.

2

Docusign Envelope ID: B29A5F5D-7E44-884D-8189-2DF6AFBB082D

12.     I didn't learn about xAI and MZX Tech coming to Southaven until I saw a sign at Tulane and Stateline Road—once they had already started operating. I hadn't gotten any information from the county or the companies.

13.     I didn't know what the companies were doing at first, but once I found out, the air pollution from burning gas became my main concern. I know that pollution can harm your health, especially your respiratory system. And from what I heard, the companies just kept adding more turbines and generating more and more pollution near my house.

14.     I have sinus trouble year-round. It's very easy for me to get stopped up, and sometimes I just sneeze all day. Since learning about the turbines, I've been concerned that my sinus problems will get worse because of breathing in the additional air pollution. And I'm worried about how exposure to the pollution could harm my health in other ways.

15.     Because of the turbines, I do not spend time outside the same way that I normally would. Now I keep my garage door closed when I spend time there in the evenings and on the weekends, even though I'd rather have it open to enjoy the breeze. I know that if I have the garage door open, I'm breathing in more of that pollution. So now, I keep it shut when I watch television or listen to the radio. I don't sit on the front porch as much as I used to. And when I'm working in the yard, I worry about how I'm exposing myself to the added pollution.

16.     I'm also worried about how pollution is affecting my garden. We're taking in so much added pollution already when we breathe, but then it's also landing on my plants and vegetables. I'm wondering, can I harvest a healthy crop?

17.     Since at least the start of April, the noise has been nonstop. I hear it all the time unless I'm tuning it out with something else, like the television. I sleep with the television on now, just to drown out the sound. But I'm getting way less sleep than I used to—about four hours

3

of sleep a night, where I used to get eight. People even closer than me—I can't imagine how they're sleeping at all.

18. I'm worried about how this is going to affect other people in my community, especially vulnerable people, like people that have to be on oxygen. This pollution must be making it really hard for them. If you have any kind of breathing condition and then you have to breathe this pollution from the turbines in as well, that's really hard.

19. I would have liked to have information from the company. It seems like they should have had something sent out saying hey, what do you think about this? Or provide some opportunity for the people who live here to weigh in. It's important that if something like this comes to your community, it goes through the proper steps and channels to make sure it's something people want or are OK with at least, and that it's not going to harm anyone living nearby.

20. A court order requiring xAI and MZX Tech to stop operating until they get an air permit with enforceable pollution limits and air monitoring requirements would alleviate some of my concerns. I would feel better about opening my garage door again and would enjoy my time outside more knowing that they're doing everything that's required to limit their pollution, and that there's something in place to check and monitor that they're doing everything up to standard.

Executed on 5/5/2026 _____, 2026

DocuSigned by:

CBEE8C415D1E437...

Tracy Thornton

4