# EXHIBIT I

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE<br><br>          **Plaintiffs,**<br>     **v.**<br><br>X.AI CORP. and MZX TECH LLC<br><br>        **Defendants.** | No. 3:26-cv-00074-DMB-JMV |

## DECLARATION OF DR. HELEN SUH

I, Dr. Helen Suh, declare under penalty of perjury that the following is true and correct.

### QUALIFICATIONS

1. I am a Professor in the Department of Civil and Environmental Engineering at Tufts University in Medford, Massachusetts and a Senior Fellow in the Department of Public Health at NORC at the University of Chicago.

2. I hold a Doctorate and Master of Science in Environmental Health from the Harvard T.H. Chan School of Public Health and a Bachelor of Science from the Massachusetts Institute of Technology.

3. I have over 30 years of experience characterizing exposures to air pollutants, including fine particulate matter ($PM_{2.5}$), nitrogen dioxide, ozone, volatile organic compounds (VOCs), carbon monoxide, and sulfur dioxide, and their effect on human health.

1

4.      My research integrates rigorous exposure assessment and epidemiological methods, including the development of GIS-based spatiotemporal exposure models, methods to quantify and correct for exposure measurement error, and epidemiological analyses of the health impacts of air pollutants and extreme weather.

5.      I currently serve as Principal Investigator on two National Institute of Health (NIH)-funded R01 research grants examining: (1) associations between long-term $PM_{2.5}$ and associated metal exposures and dementia-related outcomes, including incident dementia, cognitive decline, and dementia-associated neuropathology, in a large prospective cohort of older adults; and (2) the health impacts of extreme weather events and community-level determinants of vulnerability.

6.      I have led exposure assessment studies that characterize outdoor, indoor and personal air pollutant exposures and that develop monthly GIS-based spatio-temporal models to predict $PM_{2.5}$ and their component concentrations at any location in the conterminous United States.

7.      I have also previously led epidemiological studies investigating the impact of short- and long-term air pollutant exposures on cause-specific mortality and hospital admissions, as well as cardiovascular, respiratory, and cognitive outcomes.

8.      In addition to NIH, my research has been funded by the US Environmental Protection Agency, the Health Effects Institute, the US Department of Energy, and the Electric Power Research Institute. My findings are described in 158 articles published in leading peer-reviewed journals.

9.      My expertise is widely recognized at the highest levels of scientific and regulatory oversight. I served as a charter member of the EPA Clean Air Scientific Advisory Committee (CASAC), a seven-member committee appointed by the EPA Administrator to provide independent scientific advice on the National Ambient Air Quality Standards—the federal

standards governing permissible levels of air pollutants in the United States. I have also served on CASAC panels for specific pollutants including PM, nitrogen dioxide, and ozone, on the US EPA Human Studies Review Board, on numerous NIH study sections, and on several National Academies of Sciences committees, including those reviewing the EPA Integrated Risk Information System (IRIS) Assessment on Formaldehyde and estimating mortality risk reduction from tropospheric ozone exposure. I previously served as Associate Editor of the Journal of Exposure Science and Environmental Epidemiology.

**BACKGROUND AND METHODOLOGY**

10. I submit this Declaration in support of the plaintiffs in the case *NAACP and NAACP Mississippi State Conference v. X.AI and MZX Tech LLC*, No. 3:26-cv-00074-MPM-JMV. I understand that the NAACP and NAACP Mississippi State Conference brought this action to remedy Defendants' alleged failure to apply for or receive air permits required by the federal Clean Air Act and Mississippi State Implementation Plan prior to constructing and operating gas combustion turbines located at 2875 Stanton Road in Southaven, Mississippi. Given my expertise in air pollution exposure science and epidemiology, I have been asked to provide a scientific assessment of the potential public health risks posed by emissions from these unpermitted turbines.

11. To do so, I reviewed relevant peer-reviewed and gray literature addressing the health effects associated with $PM_{2.5}$ and nitrogen oxide (NOx) exposures. The Plant emits additional pollutants of public health concern, including sulfur dioxide, carbon monoxide, and volatile organic compounds, such as formaldehyde, whose health implications may be addressed through a subsequent expert analysis or report for this litigation.

3

12.     I also reviewed maps of the communities residing within a six-mile radius of the gas

turbines to characterize the communities living near the gas turbines, including the presence of

parks, schools and other areas where people may congregate, and their percentage of children

and minority and low income populations.[1]

13.     In preparing this Declaration, I drew upon my education, training, and experience in

environmental health science, including my expertise in epidemiology, exposure science, and air

pollution.

14.     This opinion is based upon the available information as of this date and subject to change

or refinement as additional information is made available. All opinions expressed in this

Declaration are held to a reasonable degree of scientific certainty.

15.     Appended to this Declaration are a list of documents that I considered and relied upon

during my preparation of this Declaration: my curriculum vitae (Attachment 1); a list of my

publications from the past ten years (Attachment 2); and a list of my expert testimony from the

prior four years (Attachment 3).

**FINDINGS**

16.     According to engineering analysis conducted for this case, the Colossus Gas Plant has the

potential to emit 2,508 tons of NOx, 236 tons of PM, 837 tons of carbon monoxide (CO), and

115 tons of sulfur dioxide ($SO_2$) annually, as well as emissions of formaldehyde, toluene, and

other volatile organic compounds.[2]

---

[1] The demographic and socioeconomic information was drawn from EPA's EJScreen tool. EPA removed
public access to the tool on February 5, 2025, so I used a Reconstruction of Version 2.3 EJScreen that is
available at: https://pedp-ejscreen.azurewebsites.net [https://perma.cc/574Z-TBNE].

[2] The referenced engineering analysis is included in a separate declaration of Kim Laufenberg.

4

17. The pollutants emitted by the Colossus Gas Plant are associated with serious adverse health effects. Critically, the scientific evidence demonstrates that for $PM_{2.5}$ and $NO_2$, there is no safe level of exposure. Any increase in ambient concentrations above background levels carries the potential for adverse public health consequences, particularly for vulnerable populations including children, older adults, and individuals with pre-existing cardiovascular and respiratory disease. The scientific basis for my conclusions is reviewed in detail below.

18. The communities surrounding the Colossus Gas Plant include precisely the populations that EPA and the broader scientific literature have identified as facing elevated risk from $PM_{2.5}$ and $NO_2$ exposure. Approximately 158,685 people live within 6 miles of the Plant, of whom roughly 77% are persons of color and 13.7% of households have annual incomes below $15,000. Children and older adults, populations that EPA has identified as at increased risk based on adequate evidence, together comprise more than 22% of the near-Plant population. The 6-mile radius also encompasses 66 parks and 24 elementary schools, where children and other vulnerable individuals regularly congregate. Several census tracts surrounding the Plant have amongst the highest percent of people of color and children, higher than approximately 95% of US census tracts.

19. The emissions profile of the Colossus Gas Plant and the demographic profile of the surrounding communities raise important public health concerns. The Plant's emissions of PM and NOx, pollutants which have been shown to have no safe level of exposure, will increase ambient concentrations of $PM_{2.5}$ and $NO_2$ in nearby communities that already include disproportionately high percentages of populations identified by EPA as facing elevated risks from these pollutants.

20.    Based on the above, it is my opinion that emissions from the Colossus Gas Plant are likely to cause foreseeable adverse public health impacts on the surrounding population, with the burden of those impacts falling disproportionately on the most vulnerable members of the community, including children, older adults, persons of color, and low-income households living near the Plant.

**$PM_{2.5}$**

21.    $PM_{2.5}$ refers to airborne particles with an aerodynamic diameter of 2.5 micrometers or less. Due to their small size, these particles can penetrate deep into the lungs and can translocate into the bloodstream, reaching distal organs including the heart and brain. The adverse health effects of $PM_{2.5}$ exposure are among the most extensively documented in the environmental health literature.

22.    EPA's 2019 Integrated Science Assessment (ISA) for Particulate Matter[3], the most current comprehensive synthesis of the $PM_{2.5}$ health effects literature, concluded that causal relationships exist between $PM_{2.5}$ exposure and cardiovascular effects and mortality for both short- and long-term exposures, and between long-term $PM_{2.5}$ exposure and lung cancer (U.S. EPA, 2019).

23.    Likely causal relationships were additionally identified between short- and long-term exposure and respiratory effects, including asthma exacerbation, combined respiratory-related diseases, and impaired lung function growth, and between long-term exposure and nervous system effects (U.S. EPA, 2019).

---

[3] U.S. EPA. (2019). Integrated Science Assessment (ISA) for Particulate Matter (Final Report). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-19/188, 2019.

24. Short-term $PM_{2.5}$ exposure, occurring over hours to days, has been associated with a range of acute cardiovascular and respiratory effects. Epidemiological time-series and panel studies conducted across multiple cities and countries have documented associations between day-to-day increases in $PM_{2.5}$ and increased rates of emergency department visits and hospital admissions for conditions including ischemic heart disease, heart failure, stroke, arrhythmia, and respiratory disease, as well as increased all-cause and cause-specific mortality.[4,5,6,7] These effects have been observed at $PM_{2.5}$ concentrations well below the current 24-hour NAAQS of 35 $\mu g/m^3$, and at concentrations representative of typical ambient air quality in US cities.

25. The evidence for long-term $PM_{2.5}$ health effects is equally robust, grounded in a large and consistent body of epidemiologic evidence, including that from the landmark Harvard Six Cities Study[8] and the American Cancer Society Cancer Prevention Study II.[9] More recent analyses have extended and reinforced these findings, with studies, including the NIH-AARP Diet and

---

[4] Fan, J., Li, S., Fan, C. et al. The impact of PM2.5 on asthma emergency department visits: a systematic review and meta-analysis. Environ Sci Pollut Res 23, 843–850 (2016). https://doi.org/10.1007/s11356-015-5321-x

[5] Dominici F, Peng RD, Bell ML, et al. Fine Particulate Air Pollution and Hospital Admission for Cardiovascular and Respiratory Diseases. JAMA. 2006;295(10):1127–1134. doi:10.1001/jama.295.10.1127

[6] Kloog I, Ridgway B, Koutrakis P, Coull BA, Schwartz JD. Long- and short-term exposure to PM2.5 and mortality: using novel exposure models. Epidemiology. 2013 Jul;24(4):555-61.

[7] Di Q, Dai L, Wang Y, et al. Association of Short-term Exposure to Air Pollution With Mortality in Older Adults. JAMA. 2017;318(24):2446–2456. doi:10.1001/jama.2017.17923

[8] Dockery DW, Pope CA 3rd, Xu X, Spengler JD, Ware JH, Fay ME, Ferris BG Jr, Speizer FE. An association between air pollution and mortality in six U.S. cities. N Engl J Med. 1993 Dec 9;329(24):1753-9.

[9] Pope CA, Ezzati M, Dockery DW. Fine-Particulate Air Pollution and Life Expectancy in the United States. N Engl J Med 2009;360:376-386.

Health Study[10] and the US Medicare population,[7,11,12] demonstrating significant associations between short- and long-term $PM_{2.5}$ exposure and cause-specific mortality at lower, post-2000 $PM_{2.5}$ exposure levels, even at concentrations below the then-current US National Ambient Air Quality Standard (NAAQS).

26.     The biological mechanisms underlying the observed associations between short- and long-term $PM_{2.5}$ exposure and adverse health effects include oxidative stress, systemic inflammation, autonomic nervous system dysfunction, and DNA damage, pathways supported by convergent toxicological and epidemiological evidence.

27.     The NAAQS are designed to protect public health with an adequate margin of safety, but they do not represent a zero-risk level (e.g., a concentration below which no adverse effects would occur in any member of the population). As EPA has stated: "The Act does not require the Administrator to establish a primary NAAQS at a zero-risk level, but rather at a level that reduces risk sufficiently so as to protect public health with an adequate margin of safety."[13]

28.     The NAAQS are also not static; they are continually revised as new health evidence is provided.  For $PM_{2.5}$, this is particularly significant: the epidemiological literature supports a linear, no-threshold concentration-response relationship for both short- and long-term exposures, meaning there is no concentration at which an increase in $PM_{2.5}$ does not result in an increase in

---

[10] Thurston GD, Ahn J, Cromar KR, Shao Y, Reynolds HR, Jerrett M, Lim CC, Shanley R, Park Y, Hayes RB. Ambient Particulate Matter Air Pollution Exposure and Mortality in the NIH-AARP Diet and Health Cohort. Environ Health Perspect. 2016 Apr;124(4):484-90.

[11] Wang B, Eum K, Kazemiparkouhi F, Li C, Manjourides J, Pavlu V, Suh HH. The impact of long-term $PM_{2.5}$ exposure on specific causes of death: exposure-response curves and effect modification among 53 million U.S. Medicare beneficiaries. *Environ Health* 2020; 19: 20.

[12] Di Q, Wang Y, Zanobetti A, Wang Y, Koutrakis P, Choirat C, Dominici F, Schwartz JD. Air Pollution and Mortality in the Medicare Population. N Engl J Med. 2017 Jun 29;376(26):2513-2522.

[13] Federal Register Volume 62, Number 138 (Friday, July 18, 1997), pg. 38652-38760.

adverse health outcomes.[3,14] As a result, even incremental increases in $PM_{2.5}$ concentrations below the NAAQS carry quantifiable public health consequences.

29.     Consistent with this, large-scale epidemiological studies, including analyses of tens of millions of Medicare beneficiaries, have documented significant associations between short-[15] and long-term[12] $PM_{2.5}$ exposure and mortality at annual average concentrations below the current 24-h and annual NAAQS of 35 and 9 $\mu g/m^3$, respectively, with effect estimates per unit increase in $PM_{2.5}$ that are at least as large, and in some analyses larger, at lower concentrations than across the full exposure range.

30.     In recognition of this evidence, and after considering the best available science, CASAC recommendations, and ~700,000 public comments, EPA strengthened the annual $PM_{2.5}$ NAAQS on February 7, 2024, lowering the standard from 12.0 to 9.0 $\mu g/m^3$.[16] This downward revision of the NAAQS, which was driven by documented health effects at concentrations previously considered acceptable, is itself compelling evidence that compliance with the NAAQS does not constitute a guarantee of safety.

31.     It should be noted that in November 2025, the current EPA administration requested that the D.C. Circuit vacate the 2024 revision, and in March 2025 announced its intention to reconsider the standard.

32.     However, this request to vacate the 2024 revision does not alter the underlying scientific evidence on which the 2024 revision was based.  That evidence supports the conclusion that any

---

[14] Dominici F, Zanobetti A, Schwartz J, Braun D, Sabath B, Wu X. Assessing Adverse Health Effects of Long-Term Exposure to Low Levels of Ambient Air Pollution: Implementation of Causal Inference Methods. Res Rep Health Eff Inst. 2022 Jan;2022(211):1-56. PMID: 36193708; PMCID: PMC9530797.

[15] Shi L, Zanobetti A, Kloog I, Coull BA, Koutrakis P, Melly SJ, Schwartz JD. Low-Concentration $PM_{2.5}$ and Mortality: Estimating Acute and Chronic Effects in a Population-Based Study. Environ Health Perspect. 2016 Jan;124(1):46-52.

[16] https://www.epa.gov/pm-pollution/national-ambient-air-quality-standards-naaqs-pm

incremental increase in ambient $PM_{2.5}$ concentrations, including those associated with the Colossus Gas Plant, carries quantifiable public health consequences, regardless of whether the area remains in compliance with the NAAQS.

*NOx and Nitrogen Dioxide (NO$_2$)*

33.     Nitrogen oxides are a class of highly reactive gases that are produced primarily through high-temperature combustion processes, including the operation of gas-fired turbines. The two most important members of this group are nitric oxide (NO) and $NO_2$. NO is initially emitted in the largest quantities during combustion but rapidly oxidizes in the atmosphere to form $NO_2$.

34.     $NO_2$ is the component of NOx that poses the greatest public health concern and is the regulatory indicator under the Clean Air Act for NOx. In addition to its direct toxic effects, $NO_2$ is a key precursor to ground-level ozone and $PM_{2.5}$.  As a result, $NO_2$ also contributes to the health burdens of multiple pollutants, including $PM_{2.5}$.

35.     $NO_2$ is a potent oxidizing agent.  Upon inhalation, it is absorbed in the respiratory tract, where it generates reactive oxygen species that trigger oxidative stress and inflammation in airway tissues, impairing mucociliary clearance, increasing airway hyperresponsiveness, and enhancing susceptibility to respiratory infections and allergens.[17]

36.      With chronic exposure, $NO_2$-induced oxidative damage extends beyond the respiratory tract to include systemic vascular inflammation and endothelial dysfunction, contributing to cardiovascular disease.

37.     EPA's 2016 Integrated Science Assessment (ISA) for Oxides of Nitrogen,[17] the most recent comprehensive synthesis of the $PM_{2.5}$ health effects literature, concluded that a causal

---

[17]U.S. EPA. Integrated Science Assessment (ISA) for Oxides of Nitrogen - Health Criteria (Final Report, Jan 2016). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-15/068, 2016.

10

relationship exists between short-term[18] $NO_2$ exposure and respiratory effects, with this determination based primarily on multiple lines of evidence linking $NO_2$ exposure to asthma attacks.

38.     In the ISA, short-term $NO_2$ exposure was also associated with respiratory infection, respiratory effects in healthy populations, and respiratory mortality, although uncertainty remained as to whether these effects were due to $NO_2$ itself or to other correlated traffic-related pollutants.

39.     The ISA also found likely causal relationships for long-term $NO_2$ exposure with respiratory effects, particularly asthma development in children.  Observed associations with cardiovascular effects, diabetes, reproductive and developmental effects, total mortality, and cancer were deemed to be suggestive, due again to concerns regarding whether observed effects were independent of other co-emitted traffic-related pollutants.

40.     Since the 2016 ISA, new epidemiological evidence has been published that demonstrate health impacts from $NO_2$ exposure, supporting previous findings and providing new evidence of health effects resulting from $NO_2$ exposures below current EPA standards.

41.     For example, a meta-analysis by Meng et al.[19] examined the short-term health effects of $NO_2$ across 398 cities in 18 countries, providing some of the most comprehensive global evidence to date on the relationship between $NO_2$ exposure and mortality.

42.     The study found that for each 10 $\mu g/m^3$ increase in daily $NO_2$ concentration, the risk of total mortality increased by 0.46%, with significant associations also observed for cardiovascular

---

[18] Short-term exposure defined as minutes up to a month-long exposures.

[19] Meng X, Liu C, Chen R, et al.  Short term associations of ambient nitrogen dioxide with daily total, cardiovascular, and respiratory mortality: multilocation analysis in 398 cities.  BMJ 2021; 372: n534. doi: https://doi.org/10.1136/bmj.n534

and respiratory mortality. Importantly, these associations remained statistically significant even after adjusting for exposures to inhalable particles ($PM_{10}$) and to $PM_{2.5}$, providing evidence that $NO_2$ has adverse health effects independent of particulate matter.

43.     Further, the association between short-term $NO_2$ exposure and mortality was almost linear across the range of ambient concentrations studied, with no discernible threshold below which health effects were absent. This finding indicates that health risks associated with $NO_2$ were present even at concentrations below current regulatory standards and World Health Organization air quality guidelines.

44.     Together, these findings suggest that any increase in ambient $NO_2$ concentrations is harmful to health, even when concentrations remain within current regulatory limits.

### *Vulnerable Populations*

45.     Scientific evidence indicates that the health burdens of $PM_{2.5}$ and $NO_2$ are not borne equally across the population. As discussed in their most recent ISAs, EPA found adequate scientific evidence that both children and non-white populations are at increased risk for $PM_{2.5}$-related health effects, and that both children and older adults (65+ years) are at increased risk for $NO_2$-related health effects.[20]

### *Children*

---

[20] EPA's ISAs for $PM_{2.5}$ and $NO_2$ classified evidence on whether specific populations or life stages face increased risk for pollution-related health effects as: "adequate," "suggestive," "inadequate," or "evidence of no effect." Adequate evidence was defined as there being "substantial, consistent evidence within a discipline to conclude that a factor results in a population or lifestage being at increased risk of air pollutant-related health effect(s) relative to some reference population or lifestage. Where applicable, this evidence includes coherence across disciplines. Evidence includes multiple high-quality studies."

46.     Children were identified as a population at increased risk of adverse health effects from both $PM_{2.5}$ and $NO_2$ exposure, reflecting their developing respiratory systems, higher ventilation rates relative to body mass, greater proportion of oral breathing, and tendency to spend more time outdoors, factors which together contribute to higher effective doses of inhaled pollution and greater vulnerability to its effects.[3,17]

47.     For $PM_{2.5}$, exposures have been associated with several adverse health effects in children, including impaired lung function growth, decrements in lung function, and asthma development, with the magnitude of associations generally similar to those observed for adults.

48.     A study conducted in 2015 of air quality and lung development in children found that declines in both long-term $PM_{2.5}$ and $NO_2$ exposures were associated with statistically and clinically significant improvements in forced expiratory volume in one second (FEV1)[21] and forced vital capacity (FVC) in both sexes and in children with and without asthma..[22]

49.     Further, the percentage of children with clinically low FEV1 at age 15 declined significantly with lower $PM_{2.5}$ and $NO_2$ levels, proving evidence of meaningful improvements in lung growth associated with declining exposures.

50.     The epidemiological evidence for $NO_2$ similarly shows greater susceptibility to respiratory effects in children compared to adults. The most robust evidence comes from studies of asthma hospital admissions and emergency department visits, where comparisons between

---

[21] Defined as <80% of the predicted value

[22] Gauderman WJ, Urman R, Avol E, Berhane K, McConnell R, Rappaport E, Chang R, Lurmann F, Gilliland F.  Association of Improved Air Quality with Lung Development in Children.  N Engl J Med 2015; 372:905-913

children aged 0–14 years and older age groups show larger associations with short-term $NO_2$ exposure in children, particularly for asthma exacerbation requiring acute medical care.[23]

51.    A systematic review and meta-analysis of 67 studies, 48 of which included data specifically on children, found a pooled relative risk of 1.014 (95% CI: 1.008–1.020) per 10 $\mu g/m^3$ increase in 24-hour $NO_2$ concentration for asthma-related emergency room visits and hospitalizations, with high certainty of evidence and with the association strength found to be greater in children than in adults.[24]

52.    In addition, a recent prospective cohort study of generally healthy children in metropolitan Boston[25] found that long-term $NO_2$ exposure, both during the first year of life and from birth through early adolescence, was associated with lower lung function, with results suggesting that the effects of early life $NO_2$ exposure persist throughout the life course. Notably, adverse effects were observed at $NO_2$ concentrations well below the current US annual standard.


*Older Adults[26]*

53.    The 2016 ISA also concluded that older adults are at increased risk for $NO_2$-related health effects.  This conclusion was based primarily on epidemiological evidence of larger effects from short-term $NO_2$ exposures in this age group relative to younger adults.[17]

---

[23] While a small number of studies found no age-related difference for $NO_2$-associated asthma outpatient visits and medication use, outcomes that reflect less severe disease, these findings do not undermine the overall conclusion, as the evidence for more serious outcomes requiring acute medical care were found to be sufficiently consistent.

[24] Zheng XY, Orellano P, Lin HL, Jiang M, Guan WJ.  Short-term exposure to ozone, nitrogen dioxide, and sulphur dioxide and emergency department visits and hospital admissions due to asthma: A systematic review and meta-analysis.  Environment International 2021; 150, 106435.

[25] Zetlen HL, Rifas-Shiman SL, Gibson H, Oken E, Gold DR, Rice MB. Long-Term Exposure to Nitrogen Dioxide and Ozone and Respiratory Health in Children. Ann Am Thorac Soc. 2025 Feb;22(2):226-234.

[26] 65 years and older.

54. Older adults may be particularly susceptible to $NO_2$ due to age-related declines in lung function, reduced mucociliary clearance, and the deterioration of immune function with age, which may increase susceptibility to $NO_2$-triggered airway inflammation and respiratory infections.[17] Older adults also have a higher prevalence of underlying cardiovascular and respiratory disease, which can lower the threshold at which $NO_2$ exposure produces clinically significant effects.[17]

55. Epidemiological studies of short-term $NO_2$ exposure generally show one- to threefold larger associations between short-term $NO_2$ exposure and asthma hospital admissions and emergency department visits in adults aged 65 years and older compared to those aged 15-64 years, although a small number of studies found no increased risk in older adults.[17] Results for all respiratory hospital admissions similarly showed larger associations with $NO_2$ for older adults.

56. For non-respiratory effects, associations between short-term $NO_2$ and total mortality are also generally larger in older adults, with evidence pointing to particularly elevated risk among the oldest adults, those over 75 or 85 years of age.

57. While the evidence for long-term $NO_2$ exposure and health effects in older adults has been less consistent, a study of the US Medicare population found significant associations between long-term $NO_2$ exposure and mortality from all causes, cardiovascular disease, respiratory disease, and cancer, with no evidence of a threshold across the full range of $NO_2$ exposures.[27]

---

[27] Eum KD, Honda TJ, Wang B, Kazemiparkouhi F, Manjourides J, Pun VC, Pavlu V, Suh H. Long-term nitrogen dioxide exposure and cause-specific mortality in the U.S. Medicare population. Environ Res., 2022. 1;207:112154. doi: 10.1016/j.envres.2021.112154.

*Race and Ethnicity*

58.      EPA concluded that there was adequate scientific evidence that non-white populations, particularly Black populations, face increased risk for $PM_{2.5}$-related health effects, reflecting both higher exposures[28] and consistent evidence of elevated health risks across multiple studies. Consistent with this conclusion, a recent study by Josey et al.[29] found that Black and low-income Americans face significantly higher $PM_{2.5}$-associated mortality risk than other demographic groups and benefit more when $PM_{2.5}$ levels decrease.

59.      These elevated health risk risks reflect, in part, the substantially higher $PM_{2.5}$ exposures experienced by non-white as compared to white populations.  Liu et al.[30] showed that racial and ethnic minority groups consistently face higher exposures to multiple air pollutants, including $PM_{2.5}$, compared to their white counterparts. Although absolute exposure disparities declined as overall air pollution levels fell between 1990 and 2010, racial and ethnic disparities in $PM_{2.5}$ exposure persisted across income levels, in both urban and rural areas, and in all states.

60.      While EPA's 2016 ISA did not find adequate evidence that race and ethnicity modify $NO_2$-related health risks, the same patterns of disproportionate exposure documented for $PM_{2.5}$ have also been observed for $NO_2$. In 2010, the disparity between the racial and ethnic group with the highest versus lowest national average $NO_2$ exposure was 54%, larger than disparities observed for any other pollutant studied.[30]  Given the well-documented higher $NO_2$ exposures experienced by non-white and low-income communities, and the adverse health effects of $NO^2$

---

[28] Jbaily A, Zhou X, Liu J, Lee TH, Kamareddine L, Verguet S, Dominici F. Air pollution exposure disparities across US population and income groups. Nature. 2022; 601(7892): 228-233.

[29] Josey KP, Delaney SW, Wu X, Nethery RC, DeSouza P, Braun D, Dominici F.  Air Pollution and Mortality at the Intersection of Race and Social Class.  N Engl J Med 2023; 388: 1396-1404.

[30] Liu J, Clark LP, Bechle MJ, Hajat A, Kim SY, Robinson AL, Sheppard L, Szpiro AA, Marshall JD. Disparities in Air Pollution Exposure in the United States by Race/Ethnicity and Income, 1990-2010. Environ Health Perspect. 2021 Dec;129(12):127005. doi: 10.1289/EHP8584.

16

described above, these populations warrant particular consideration in assessing the public health implications of the unpermitted turbines.

*Vulnerable Populations Near the Plant*

61.     The scientific evidence reviewed above demonstrates that children, older adults, and non-white and low-income populations may face elevated health risks from $PM_{2.5}$ and $NO_2$ exposure.

62.     For children and older adults, biological factors, including developing or declining respiratory systems and immune function, may contribute to greater susceptibility to the health effects of these pollutants.

63.     For non-white and low-income populations, disproportionately higher exposures to $PM_{2.5}$ and $NO_2$, combined with higher burdens of underlying disease and reduced access to healthcare, may further compound their risk.

64.     As described below, the communities surrounding the unpermitted turbines include precisely these populations (Figure 1.B-E), as well as locations where they congregate, such as schools and parks (Figure 1.A), raising particular concern about the public health implications of emissions from the Colossus Gas Plant. 65.Approximately 158,685 people in 61,328 households live within a 6-mile radius of the Plant.[31]

65.     A large fraction of these individuals are persons of color (Figure 1.B); approximately 77% of the population within the 6-mile radius of the Plant are persons of color.[32] Within Mississippi alone, approximately 41,798 persons of color live within 6 miles of the Plant. As

---

[31] Population and household counts are derived from the American Community Survey (ACS) 5-year estimates, 2020–2024, at the census tract level.

[32] Percentages reported in the body text (e.g., 77%, 13.7%) are calculated as the count within the 6-mile radius divided by the total population (or total households) within that radius.

17

shown in Figure 1.B, many of the census tracts surrounding the Plant fall in the highest national category for percent people of color (73.8%–100%), meaning these tracts have a higher share of people of color than approximately 95% of all census tracts nationwide.[33]

66.    Households located near the Plant are poor, with 8,376 households (or 13.7% of all households) within the 6-mile radius having incomes less than $15,000 per year (Figure 1.C).[32] The areas immediately surrounding the Plant include census tracts that have among the highest percentages of poor households.

67.    Children and older adults also live near the Plant, comprising 7% and 15.5% of the near - Plant population, respectively (Figures 1.D–E). Several census tracts within 6 miles of the Plant have a higher fraction of children than approximately 95% of all census tracts nationwide. In addition, 66 parks and 24 elementary schools, locations where children and families often congregate, lie within 6 miles of the Plant, of which 40 parks and 9 elementary schools are in Mississippi.

**CONCLUSIONS**

68.    As presented above, the Plant emits pollutants for which no safe exposure threshold has been established, and the surrounding population includes high concentrations of individuals with heightened vulnerability to those pollutants. Together, these factors support a reasonable scientific conclusion that the Plant's operations pose meaningful public health risks to local communities. Accordingly, it is my opinion that emissions from the Colossus Gas Plant are likely to increase public health risks for the surrounding population, with these risks falling

---

[33] Shading categories in Figure 1.B-E reflect each census tract's value relative to the national distribution of US census tracts. For example, the highest bin for percent people of color (73.8%–100%) identifies tracts in which the share of people of color exceeds that of approximately 95% of US census tracts.

disproportionately on its most vulnerable members, including children, older adults, persons of

color, and low-income households.

**Figure 1. Community Characteristics Within Six Miles of the Colossus Gas Plant, Southaven, Mississippi.[1]**



<sup>1</sup> Maps show a six-mile radius around the Colossus Gas Plant located at 2875 Stanton Road, Southaven, Mississippi. The red circle indicates the six-mile radius. Map A depicts public K-12 Schools. Maps B-E feature Census Tracts. The state line delineating Tennessee from Mississippi is shown. All maps drawn at a 1:350,000 scale.

Last updated: May 05, 2026
Sources: American Community Survey 5-Year Estimates (2020-2024), National Center for Education Statistics, DeSoto County GIS, Memphis Open Data, the Trust for Public Land, ESRI Living Atlas

20

Executed on May 5, 2026

_____

Dr. Helen Suh