**Attachment 2.  Publications from Last Ten Years**

**Publications from Last Ten Years**

- Ajmani GS, **Suh HH**, Pinto JM. Effects of ambient air pollution exposure on olfaction: A Review. *Environ Health Perspect* 2016; 124(11):1683-1693. Epub 2016 Jun 10.. DOI: 10.1289/EHP136

- Adams DR, Ajmani GS, Pun VC, Wroblewski KE, Kern DW, Schumm LP, McClintock MK, **Suh HH**, Pinto JM. Nitrogen dioxide pollution exposure is associated with olfactory dysfunction in older US adults. *International Forum Allergy Rhinology* 2016; 6(12):1245-1252. doi: 10.1002/alr.21829. PMID:27620703

- Ajmani G, **Suh H**, Yanosky J, Pinto J. Fine particulate matter exposure and olfactory dysfunction among urban-dwelling older US adults. *Environmental Research* 2016; 151:797-803. doi: 10.1016/j.envres.2016.09.012.

- Cantuaria ML, **Suh H**, Lofstrom P, Blanes-Vidal V. Characterization of exposure in epidemiological studies on air pollution from biodegradable wastes: Misclassification and comparison of exposure assessment strategies. *International Journal of Hygiene and Environmental Health* 2016; 219(8): 770-779.

- Pun VC, Manjourides J, **Suh H**. Association of ambient air pollution with depressive and anxiety symptoms in older adults: results from the NSHAP study. *Environ Health Perspect* 2017; 125(3); 342-348. DOI:10.1289/EHP494 *

- Pun VC, Kazemiparkouhi F, Manjourides J, **Suh HH**. Long-Term $PM_{2.5}$ Exposures and Respiratory, Cancer and Cardiovascular Mortality in American Older Adults. *American Journal of Epidemiology* 2017; 186(8):961-969. PMID: 28541385 doi: 10.1093/aje/kwx166. https://doi.org/10.1093/aje/kwx166. *

- Honda T, Pun VC, Manjourides J, **Suh HH**. Anemia Prevalence and Hemoglobin Levels are Associated with Long-Term Exposure to Air Pollution in an Older Population. *Environmental International* 2017; 101:125-132. doi: 10.1016/j.envint.2017.01.017. *

- Tallon LA, Manjourides J, Pun VC, Mittleman MA, Kioumourtzoglou MA, Coull B, **Suh HH**. Erectile Dysfunction and Exposure to Ambient Air Pollution in a Nationally Representative Cohort of Older Men. *Environmental Health* 2017; 16:12. DOI: 10.1186/s12940-017-0216. *

- Ajmani G, **Suh H**, Wroblewski H, Pinto J. Smoking and Olfactory Dysfunction: a Systematic Literature Review and Meta-Analysis. *The Laryngoscope* 2017; 127(8):1753-1761. doi: 10.1002/lary.26558.

- Tallon LA, Pun VC, Manjourides J, Salhi C, **Suh HH**. Cognitive Impacts of Ambient Air Pollution in the National Social Health and Aging Project (NSHAP) Cohort. *Environment International* 2017; 104-102-109. https://doi.org/10.1016/j.envint.2017.03.019 PMC6022397 *

- Honda T, Eliot M, Eaton CB, Mu L, **Suh H**, Szpiro A, Kaufman J, Vedal S, Wellenius GA. Long-term exposure to residential ambient fine and coarse particulate matter and incident hypertension in post-menopausal women. *Environment International* 2017; 105:79-85. doi: 10.1016/j.envint.2017.05.009.

- Honda T, Pun V, Manjourides J, **Suh H**. Associations between long-term exposure to air

50

pollution, glycosylated hemoglobin and diabetes. *International Journal of Hygiene and Environmental Health* 2017; 220: 1124-1132. doi: 10.1016/j.ijheh.2017.06.004. PMC5580354 *

- Weinberger KR, Kirwa K, Eliot MN, Gold J, **Suh HH**, Wellenius GA. Projected changes in temperature-related morbidity and mortality in Southern New England. *Epidemiology* 2018; 29(4): 473-481.

- Eum K, **Suh HH**, Pun VC, Manjourides J. Impact of long-term temporal trends in fine particulate matter ($PM_{2.5}$) on associations of annual $PM_{2.5}$ exposure and mortality: An analysis of over 20 million Medicare beneficiaries. *Environmental Epidemiology* 2018; 2(2); e009. doi: 10.1097/EE9.0000000000000009 *

- Honda T, Pun V, Manjourides J, **Suh H**. Associations of long-term fine particulate matter exposure with prevalent hypertension and increased blood pressure in older Americans. *Environmental Research* 2018; 164: 1-8. PMC5911215 *

- Pun VC, Manjourides J, **Suh HH**. Association of neighborhood greenness with self-perceived stress, depression and anxiety symptoms in older U.S. adults. *Environmental Health* 2018; 17:39. https://doi.org/10.1186/s12940-018-0381-2 *

- Wurth R, Kioumourtzoglou MA, Tucker KL, Griffith J, Manjourides J, **Suh H**. Fine particle sources and cognitive function in an older Puerto Rican cohort in greater Boston. *Environmental Epidemiology* 2018; 2(3): e022. doi: 10.1097/EE9.0000000000000022 *

- Jhun I, Kim J, Cho B, Gold DR, Schwartz J, Coull BA, Zanobetti Z, Rice MB, Mittleman MA, Garshick E, Vokonas P, Bind MA, Wilker E, Dominici F, **Suh H**, Koutrakis P. Synthesis of Harvard EPA Center Studies on Traffic-Related Cardiovascular Outcomes in New England. *Journal of the Air & Waste Management Association* 2019; 69(8): 900-917. PMID: 30888266.

- Pun VC, Manjourides J, **Suh HH**. Close proximity to roadway and urbanicity associated with mental ill-health in older adults. *Science of the Total Environment* 2019; 658: 854-860. PMC7004241*

- Eum KD, Kazemiparkouhi F, Wang, B, Manjourides J, **Suh HH**. Long-Term $NO_2$ Exposures and Cause-specific Mortality in American Older Adults. *Environmental International* 2019 124:10-15. doi: 10.1016/j.envint.2018.12.060. *

- Kazemiparkouhi F, Eum KD, Wang B, Manjourides J, **Suh HH**. Long-term ozone exposures and cause-specific mortality in a US Medicare cohort. *Journal of Exposure Science Environmental Epidemiology* 2019. PMID: 30992518; https://doi.org/10.1038/s41370-019-0135-4 *

- Kirwa K, McConnell-Rios R, Manjourides J, Cordero J, Alshawabekeh A, **Suh HH**. Low birth weight and $PM_{2.5}$ in Puerto Rico. *Environmental Epidemiology* 2019; 3(4):2474-7882. PMC7039618 *

- Honda T, Manjourides J, **Suh H**. Daily ambient temperature is associated with biomarkers of kidney injury in older Americans. *Environmental Research* 2019; 179(Pt A):108790. doi: 10.1016/j.envres.2019.108790. PMC6893879 *

- Wang B, Eum K, Kazemiparkouhi F, Li C, Manjourides J, Pavlu V, **Suh HH**. The impact of

long-term PM$_{2.5}$ exposure on specific causes of death: exposure-response curves and effect modification among 53 million U.S. Medicare beneficiaries. *Environ Health* 2020; 19: 20. https://doi.org/10.1186/s12940-020-00575-0 *

- Manjourides J, Zimmerman E, Watkins D, Carpenito T, Velez-Vega C, Huerta-Montanez G, Rosario Z, Ayala I, Vergara C, Feric Z, Ondras M, **Suh HH**, Gu AZ, Brown P, Cordero JF, Meeker JD, Alshawabkeh A. Cohort profile: Center for Research on Early Childhood Exposures in Puerto Rico (CRECE). *BMJ Open* 2020;10: e036389. doi:10.1136/bmjopen-2019-036389.

- **Suh HH**, Meehan J, Blaisdell L, Browne L. Effectiveness of Non-Pharmaceutical Interventions on Child and Staff COVID-19 Cases in US Summer Camps. *medXriv* 2021. https://doi.org/10.1101/2021.02.18.21250271 *

- Kirwa K, Feric Z, Manjourides J, Alshawabekeh A, Velez Vega CM, Cordero JF, Meeker JD, **Suh HH**. Preterm birth and PM$_{2.5}$ in Puerto Rico: Evidence from the PROTECT birth cohort. *Environmental Health* 2021; 20(1):69. PMC8196435. *

- Morton S, Honda T, Zimmerman E, Kirwa K, Huerta-Montanez G, Martens A, Hines M, Ondras M, Eum KD, Cordero JF, Alshawabekeh A, **Suh HH**. Non-Nutritive Suck and Airborne Metal Exposures Among Puerto Rican Infants. *Science of Total Environment* 2021; 789:148008. PMC34082200. *

- **Suh HH**, Meehan J, Blaisdell L, Browne L. Non-Pharmaceutical Interventions and COVID-19 Cases in US Summer Camps: Results from an American Camp Association Survey. *J Epidemiology & Community Health* 2022; 76(4):327-334. doi: 10.1136/jech-2021-216711. *

- Eum KD, Honda TJ, Wang B, Kazemiparkouhi F, Manjourides J, Pun VC, Pavlu V, **Suh H**. Long-Term Nitrogen Dioxide Exposure and Cause-Specific Mortality in the U.S. Medicare Population. *Environmental Research* 2022; 207:112154. doi: 10.1016/j.envres.2021.112154. *

- Honda T, Kazemiparkouhi F, Henry T, **Suh H**. Long-term PM$_{2.5}$ Exposure and Sepsis Mortality in a US Medicare Cohort. *BMJ Public Health* 2022; 22(1):1214. doi: 10.1186/s12889-022-13628-5. PMID: 35717154; PMCID: PMC9206363. *

- Honda T, Kazemiparkouhi F, **Suh H**. The Impact of Long-Term Air Pollution Exposure on Type 1 Diabetes Mellitus-Related Mortality among U.S. Medicare Beneficiaries. *Toxics* 2023; 11(4): 336. doi: 10.3390/toxics11040336. *

- Ochoa Scussiatto H, Wroblewski K, Pagel K, Schumm P, McClintock M, Ramanathan M, **Suh H**, Pinto J. Air pollution exposure is associated with rhinitis in older US adults via specific immune mechanisms. *International Forum of Allergy & Rhinology* 2023; doi: 10.1002/alr.23225. PMID: 37357822.

- Xua G, Zhou X, Wang M, Zhang B, Jiang W, Laden F, **Suh HH**, Szpiro AA, Spiegelman D, Wang Z. Causal Inference with Double/Debiased Machine Learning for Evaluating the Health Effects of Multiple Mismeasured Pollutants. arXiv:2410.07135; 2024.

- Leaffer DJ, **Suh H**, Durant JL, Tracey B, Roof C, Gute DM. Long-term measurement study of urban environmental low frequency noise. *J Expo Sci Environ Epidemiol* 2025; 35(1): 37-49. https://doi.org/10.1038/s41370-023-00599-x

52

- Khanizadeh M, Naddafi K, Yunesian M, Hoek G, Nabizadeh R, **Suh H**, Niazi S, Bayat R, Momeniha F, Hassanvand MS, Faridi S. Comparison of $PM_{2.5}$ around 1893 elementary schools and kindergartens in Tehran over different time windows. *Urban Climate* 2025; 59: 102249.

- Honda T, Henry T, Corlin L, Kirwa K, Alshawabkeh A, Varshavsky J, Kennedy W, Cordero JF, Velez Vega CM, Rosario Pabon ZY, Meeker JD, **Suh H**. Associations Between Ambient $PM_{2.5}$ and Thyroid Hormones in Pregnant Persons in Puerto Rico. *Toxics* 2025; 13(1), 58; https://doi.org/10.3390/toxics13010058 *

- Honda T, Henry T, Porucznik CA, Corlin L, Kirwa K, Alshawabkeh A, Cordero JF, Velez Vega CM, Rosario Pabon ZY, Meeker J, **Suh H**. Associations Among $PM_{2.5}$, Corticotropin Releasing Hormone, Estriol, and Progesterone in Pregnant Persons in Puerto Rico. *Environ Research Communications* 2025; 1;7(3):031008. doi: 10.1088/2515-7620/adc0f1. *

- Zhang B, Eum KD, Szpiro A, Zhang N, Hernandez-Ramirez RU, Spiegelman D, Wang M, **Suh H**. Exposure measurement error in air pollution health effect studies: A pooled analysis of personal exposure validation studies in 17 communities across the United States. *International J Environ Health Research* 2025, 35(11), 3473-3483. https://doi.org/10.1080/09603123.2025.2488481.

- Zhang B, Hart JE, Laden F, Wang M, Wang Z, Xu G, Zhou X, Spiegelman D, **Suh H**, James P. The association between $PM_{2.5}$ components and cognitive decline: the impact of measurement error correction. *Environ Research* in press.