**Attachment 3.  Expert Testimony from Prior Four Years**

**Expert Testimony from Prior Four Years**

- Expert Witness, NAACP and NAACP Mississippi State Conference v. X.AI and MZX Tech LLC (No. 3:26-cv-00074-MPM-JMV), retained by the Southern Environmental Law Center, 2026-

- Expert Witness, retained by Kelley, Drye Warren for the Office of the Attorney General, State of Maryland, 2025-2026

- Expert Witness, The State of Ohio, et al. v. Norfolk Southern Corporation and Norfolk Southern Railway Company, Civil Action No. 4:23CV517, retained by Kelley, Drye Warren for the State of Ohio, 2023-

- Expert Witness, The United States of America v. Denka Performance Elastomers, Inc. (DJ# 90-5-2-1-11611), retained by the US Department of Justice, 2022-2025