# EXHIBIT J

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE<br><br>　　　　　　　**Plaintiffs,**<br>**v.**<br><br>X.AI CORP. and MZX TECH LLC<br><br>　　　　　　　**Defendants.** | **No. 3:26-cv-00074-DMB-JMV** |

**SUPPLEMENTAL DECLARATION OF DR. HELEN SUH**

I, Dr. Helen Suh, declare under penalty of perjury that the following is true and correct.

**INTRODUCTION**

1.　　　I have been asked to update my expert opinion on the potential public health risks posed by emissions from unpermitted gas combustion turbines operating at the Colossus Gas Plant at 2875 Stanton Road in Southaven, Mississippi.

2.　　　This update was requested because additional gas turbines have recently been installed and operated at the Colossus Gas Plant, which now has a total of at least 57 unpermitted gas combustion turbines on site.[1]

3.　　　In my earlier Declaration,[2] I concluded that the unpermitted emissions from the Colossus Gas Plant, as then configured, were likely to increase public health risks for the surrounding

---

[1] Trinity Consultants email to MDEQ, May 15, 2026, "Updated Count and Emissions Profiles," attached to declaration of Sarah Al-Zhyri.

[2] Dkt. 20-39, Suh Declaration, May 6, 2026.

1

population.  These risks fell disproportionately on its most vulnerable members, including children, older adults, persons of color, and low-income households.

**METHODOLOGY**

4.      For this update, I obtained an updated engineering analysis of potential emissions (PTE) from the Colossus Gas Plant,[3] which now includes the additional gas turbines.

5.      I compared the updated PTE values to those from the earlier engineering analysis[4] and assessed the implications of the additional emissions for public health risks to the surrounding population.

**FINDINGS**

6.      According to the updated engineering analysis, the Colossus Gas Plant has the potential to emit over 5,300 tons of nitrogen oxides (NOx), over 430 tons of particulate matter (PM), 1,700 tons of carbon monoxide (CO), over 170 tons of sulfur dioxide ($SO_2$), and over 46 tons of formaldehyde annually.  The Plant also has the potential to emit other pollutants, including toluene and other volatile organic compounds.

7.      As shown on Table 1, the additional turbines has the potential to increase pollutant emissions substantially.  Potential NOx and CO emissions more than double, while those for PM increase by 83%, $SO_2$ by 55%, and formaldehyde by 88%.

---

[3] The referenced engineering analysis is included in a separate declaration of Kim Laufenberg.

[4] Exhibit H, Declaration of Kim Laufenberg, Dkt. No. 20-38.

**Table 1**. PTEs Before and After the Installation of Additional Gas Turbines[4]

| Time Period | No. of Turbines | PTEs (tons) | | | | |
|---|---|---|---|---|---|---|
| | | NOx | PM | CO | SO$_2$ | Formaldehyde |
| April 2026 | 33 | 2,508 | 236 | 837 | 115 | 25 |
| June 2026 | 57 | 5,301 | 433 | 1,731 | 178 | 47 |

8.      These increased emissions will likely result in higher ambient concentrations of these pollutants and through this, higher exposures for populations living in the surrounding areas. While each of these pollutants pose public health risks, my Declaration reviewed only the scientific literature on PM$_{2.5}$ and NO$_2$.[5]

9.      For PM$_{2.5}$ and NO$_2$ in particular, no safe level of exposure has been identified. Any increase in ambient concentrations therefore increases the potential for adverse public health consequences, including increased risks of cardiovascular and respiratory effects.

**CONCLUSIONS**

10.     My initial findings and conclusions are consistent with and not changed by this additional information.

11.     The increased PTEs include pollutants for which no safe exposure threshold has been identified. Further, the surrounding population includes individuals with heightened vulnerability to those pollutants.[6] Together, these factors support a reasonable scientific

---

[5] As noted in my previous analysis, health effects associated with additional pollutants, including sulfur dioxide, carbon monoxide, volatile organic compounds, and formaldehyde may be addressed through a subsequent expert analysis or report for this litigation. Dkt. 20-39, Suh Decl. ¶ 11.

[6] Dkt. 20-39, Suh Decl. at ¶¶ 61-67 and Figure 1.

conclusion that the operation of additional gas turbines at the Colossus Gas Plant increases the public health risks to the surrounding population.

Executed on June 9, 2026

_____

Dr. Helen Suh

4