# EXHIBIT L

| | |
|---|---|
| **From:** | Traylor, Patrick <ptraylor@velaw.com> |
| **Sent:** | Friday, June 12, 2026 11:45 AM |
| **To:** | Eli Quinn; Ben Grillot |
| **Cc:** | Danny Van Horn; Ryan Beckett |
| **Subject:** | RE: Refiled PI |
| **Attachments:** | MZX Tech LLC Temporary Turbine List (June 12, 2026).pdf |
| **Importance:** | High |

**External Sender**

Eli:

Your approach to the revised PI materials sounds reasonable; thank you.

We also wanted to update you with some additional information that might be relevant to your revisions. Just yesterday, we learned that that the company had planned to install 60 total temporary turbines at the Southaven facility, but that the 60th turbine was unavailable until just now. Accordingly, the company plans to bring the 60th turbine onsite on or about June 19 as a part of that most recent tranche of temporary turbines that the company reported to MDEQ on May 12, 2026. The turbine is a GE TM-2500 (Gen 6) and will be controlled with water injection. We plan to provide this update to MDEQ today and also had planned to let you know today. The full turbine list is attached.

It occurred to us that we should get this information to you as quickly as practicable today—even before updating the state—because of the pending deadline for plaintiffs to refile their PI papers. While we are fully prepared to file our papers on Monday, it also occurred to us that plaintiffs may wish to further revise their declarations and other papers to reference the 60th turbine. If that is the case, we would be open to jointly proposing to the court later today a revised briefing schedule that would allow plaintiffs sufficient time to file a comprehensive revised set of PI papers, with our response and MTD (and the United States' papers) being due some reasonable time thereafter. This shift might well cause the hearing date to be delayed somewhat but given the possibility that Judge Brown's criminal trial might delay the hearing anyway, perhaps settling on a new hearing date now would be more efficient.

I would be happy to chat with you by phone about these moving parts.

Warm regards,
Patrick

**Patrick Traylor**
**Partner**



**E**  ptraylor@velaw.com
**W**  +1.202.639.6734
**M**  +1.202.669.3896

1

2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
**Vcard** | **Bio** | **velaw.com**

---

**From:** Eli Quinn <equinn@earthjustice.org>
**Sent:** Friday, June 12, 2026 11:13 AM
**To:** Traylor, Patrick <ptraylor@velaw.com>; Ben Grillot <bgrillot@selc.org>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Ryan Beckett <ryan.beckett@butlersnow.com>
**Subject:** RE: Refiled PI

<mark>[EXTERNAL]</mark>

Hi Patrick,

We'll work expeditiously to follow the Court's order.  In addition to filing as the Court directed, we plan to provide you with a redline of the filings so you can easily pinpoint any changes.  I'll flag now that I expect to swap out the old graph based on old facts for the new graph based current facts (already filed in the motion to amend) in the body of the motion itself, but again that's nothing you haven't seen or been able to ground-check already.  Of course, going forward, filing delays and the need for amendments would be mitigated if Defendants provide pre-construction notice (to the State and to Plaintiffs) of changes to the site and its pollution threat, as we've requested.

Cheers,
Eli

---

**Elias L. Quinn, Senior Attorney**
Washington, DC | 202.864.0430



*Because the earth needs a good lawyer*

---

**From:** Traylor, Patrick <ptraylor@velaw.com>
**Sent:** Friday, June 12, 2026 10:33 AM
**To:** Eli Quinn <equinn@earthjustice.org>; Ben Grillot <bgrillot@selc.org>
**Cc:** Danny Van Horn <danny.vanhorn@butlersnow.com>; Ryan Beckett <ryan.beckett@butlersnow.com>
**Subject:** Refiled PI

**External Sender**

Eli:

We just saw the court's order. It will, of course, be challenging for us to process revised citations in your revised motion, memorandum, and exhibits over the weekend in time for our Monday filing. This is one reason why we urged plaintiffs to file (unopposed) its supplemental papers as early this week as

possible, yet the papers were not filed until COB Wednesday, just three business days before our filing deadline. Nevertheless, we will follow the court's briefing schedule.

We will say, however, that if plaintiffs' revised filings include new or expanded substantive arguments that are not clearly connected to the supplemental declarations, we reserve the right to seek an extension of time in which to file our motion to dismiss and our response to the motion for preliminary injunction.

Warm regards,
Patrick

**Patrick Traylor**
**Partner**



**E**  ptraylor@velaw.com
**W**  +1.202.639.6734
**M**  +1.202.669.3896
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
**Vcard** | **Bio** | **velaw.com**

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system.

Thank You.

**MZX Tech LLC Temporary Turbine List**
June 12, 2026

| Unit | Unit Type | Control | Total Power Output | Date Added |
|------|-----------|---------|--------------------|------------|
| 1 | SMT-130 | SCR | 13 | 8/1/2025 |
| 2 | SMT-130 | SCR | 13 | 8/1/2025 |
| 3 | SMT-130 | SCR | 13 | 8/1/2025 |
| 4 | SMT-130 | SCR | 13 | 8/18/2025 |
| 5 | SMT-130 | SCR | 13 | 8/19/2025 |
| 6 | SMT-130 | SCR | 13 | 8/20/2025 |
| 7 | SMT-130 | SCR | 13 | 8/21/2025 |
| 8 | Gen 8 TM2500 | Demin Water | 35 | 8/19/2025 |
| 9 | Gen 8 TM2500 | Demin Water | 35 | 8/23/2025 |
| 10 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 11 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 12 | Gen 6 TM2500 | Demin Water | 22 | 8/26/2025 |
| 13 | Gen 6 TM2500 | Demin Water | 22 | 8/26/2025 |
| 14 | Gen 6 TM2500 | Demin Water | 22 | 8/27/2025 |
| 15 | Gen 6 TM2500 | Demin Water | 22 | 8/28/2025 |
| 16 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 17 | Gen 7 TM2500 | Demin Water | 25 | 8/29/2025 |
| 18 | Gen 8 TM2500 | Demin Water | 25 | 8/25/2025 |
| 19 | Gen 8 TM2500 | Demin Water | 25 | 12/18/2025 |
| 20 | Gen 7 TM2500 | Demin Water | 25 | 12/18/2025 |
| 21 | SMT-130 | SCR | 13 | 11/30/2025 |
| 22 | SMT-130 | SCR | 13 | 11/30/2025 |
| 23 | SMT-130 | SCR | 13 | 11/30/25 |
| 24 | SMT-130 | SCR | 13 | 12/3/2025 |
| 25 | SMT-130 | SCR | 13 | 12/5/2025 |
| 26 | SMT-130 | SCR | 13 | 12/7/2025 |
| 27 | SMT-130 | SCR | 13 | 1/6/2026 |
| 28 | Gen 8 TM2500 | Demin Water | 30 | 3/25/2026 |
| 29 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 30 | Gen 8 TM2500 | Demin Water | 30 | 4/3/2026 |
| 31 | Gen 8 TM2500 | Demin Water | 30 | 3/25/2026 |
| 32 | Gen 8 TM2500 | Demin Water | 30 | 4/27/2026 |

| Unit | Unit Type | Control | Total Power Output | Date Added |
|---|---|---|---|---|
| 33 | Gen 8 TM2500 | Demin Water | 30 | 3/27/2026 |
| 34 | Mitsubishi FT8 | Demin Water | 30 | 3/24/2026 |
| 35 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 36 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 37 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 38 | Mitsubishi FT8 | Demin Water | 30 | 4/3/2026 |
| 39 | Mitsubishi FT8 | Demin Water | 30 | 4/3/2026 |
| 40 | Mitsubishi FT8 | Demin Water | 30 | 4/23/2026 |
| 41 | Mitsubishi FT8 | Demin Water | 30 | 4/23/2026 |
| 42 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 43 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 44 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 45 | Gen 4 TM2500 | Demin Water | 20 | 5/1/2026 |
| 46 | Gen 4 TM2500 | Demin Water | 20 | 6/10/2026 |
| 47 | Gen 4 TM2500 | Demin Water | 20 | 5/1/2026 |
| 48 | Gen 8 TM2500 | Demin Water | 30 | 5/6/2026 |
| 49 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 50 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 51 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 52 | Gen 8 TM2501 | Demin Water | 30 | 5/2/2026 |
| 53 | Gen 8 TM2502 | Demin Water | 30 | 5/2/2026 |
| 54 | Gen 6 TM2500 | Demin Water | 25 | 5/3/2026 |
| 55 | Gen 6 TM2500 | Demin Water | 25 | 6/9/2026 |
| 56 | Mitsubishi FT8 | Demin Water | 30 | 5/7/2026 |
| 57 | Mitsubishi FT8 | Demin Water | 30 | 5/6/2026 |
| 58 | Mitsubishi FT8 | Demin Water | 30 | 5/9/2026 |
| 59 | Mitsubishi FT8 | Demin Water | 30 | 5/9/2026 |
| 60 | Gen 6 TM2500 | Demin Water | 25 | 6/19/2026 |