**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**NATIONAL ASSOCIATION FOR THE**
**ADVANCEMENT OF COLORED PEOPLE**
**and MISSISSIPPI STATE CONFERENCE OF**
**THE NAACP**                                                                                    **PLAINTIFFS**

**VS.**                                                                    **CIVIL ACTION NO.: 3:26-cv-74-DMB-JMV**

**X.AI CORP. and MZX TECH LLC**                                                      **DEFENDANTS**

**ORDER GRANTING MOTIONS TO APPEAR PRO HAC VICE [Docs. 44, 45, 46, 48]**

The court has considered the motions for admission of attorneys **Walker Fortenberry,**
**Taylor M. Myers, Micheal B. Buschbacher, and James W. Beers, Jr.** as counsel *pro hac vice*
on behalf of the Defendants X.AI Corp. and MZX Tech LLC. Upon due consideration of these
motions and review of the record in this cause, the court finds that the requirements of L. U. Civ.
R. 83.1(d) have been met, and the motions should be **GRANTED**.

However, admission *pro hac vice* **shall be conditioned** upon the completion of the process
of registration to be served electronically with orders and notices from the court and electronically
filing a Notice of Attorney Appearance.

**Failure to comply with these additional requirements will result in revocation of**
**admission *pro hac vice***. If counsel has not already completed the registration process, counsel
shall do so **within five (5) business days** of the date of this order. Finally, prior to the completion
of electronic registration, it remains the responsibility of **local counsel** to notify counsel admitted
by this order of all filings with the court in this action including this order.

**SO ORDERED** this the 15th day of June, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**