## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE,** | § § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **Case No. 3:26-cv-0074-DMB-JMV** |
| **X.AI Corp. and MZX Tech LLC,** | § § § | |
| *Defendants.* | § § § § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Uniform Civil Rule 7(c), Defendants X.AI Corp. and MZX Tech LLC, by and through their undersigned counsel, hereby make the following disclosures.

**X.AI Corp.** is a privately held corporation. X.AI Corp. is wholly owned by X.AI Holdings LLC. X.AI Holdings LLC is wholly owned by Space Exploration Technologies Corp. ("SpaceX"), a publicly traded company (NASDAQ: SPCX). No publicly held company owns 10% or more of SpaceX.

**MZX Tech LLC** is a privately held limited liability company. MZX Tech LLC is a wholly owned subsidiary of X.AI Corp. X.AI Corp. is wholly owned by X.AI Holdings LLC. X.AI Holdings LLC is wholly owned by SpaceX (NASDAQ: SPCX), a publicly traded company. No publicly held company owns 10% or more of SpaceX.

1

Dated: June 15, 2026       Respectfully submitted,


                 */s/ Daniel W. Van Horn*

Patrick D. Traylor*        Daniel W. Van Horn (MS Bar No. 102105)

Jeremy C. Marwell*        BUTLER SNOW LLP

VINSON & ELKINS LLP       6075 Poplar Ave., Suite 500

2200 Pennsylvania Ave. NW     Memphis, TN 38187

Suite 500 West         (901) 680-7331

Washington, D.C. 20037      danny.vanhorn@butlersnow.com

(202) 639-6500

ptraylor@velaw.com        P. Ryan Beckett (MS Bar No. 99524)

jmarwell@velaw.com        Keri E. Herrington (MS Bar No. 106815)

                 BUTLER SNOW LLP

Michael B. Buschbacher*      1020 Highland Colony Pkwy., Suite 1400

BOYDEN GRAY PLLC       Ridgeland, MS 39157

800 Connecticut Ave. NW, Suite 900  (601) 948-5711

Washington, D.C. 20006      (601) 948-5177

(202) 955-0620         keri.herrington@butlersnow.com

mbuschbacher@boydengray.com   ryan.beckett@butlersnow.com


*\*Pro Hac Vice*

      *Attorneys for X.AI Corp. and MZX Tech LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I filed the foregoing document with the Clerk of the

U.S. District Court for the Northern District of Mississippi through the Court's CM/ECF system,

which shall send notification of such filing to all parties of record in this case.

*/s/ Daniel W. Van Horn*
Daniel W. Van Horn

101237809.v1