# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE,<br><br>             Plaintiff,<br><br>    v.<br><br>X.AI and MZX TECH LLC,<br><br>             Defendants. | Case No. 3:26-cv-00074-DMB-JMV |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney in good standing and admitted to this Court hereby enters his appearance as lead counsel for the United States of America in this case and, further, that copies of all pleadings, notices and orders entered in this case be sent to him as follows:

> Andrew M. Darlington
> U. S. Department of Justice
> Environment and Natural Resources Division
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530
> Phone: 202-532-3365
> Email: Andrew.Darlington2@usdoj.gov

This 15th day of June, 2026.

Respectfully submitted,

/s/ Andrew M. Darlington
Andrew M. Darlington (FL Bar No. 1018895)
U. S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Phone: 202-532-3365
Email: Andrew.Darlington2@usdoj.gov