**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

|  |  |
|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE, <br><br> Plaintiff, <br><br> v. <br><br><br> X.AI and MZX TECH LLC, <br><br> Defendants. | Case No. 3:26-cv-00074-DMB-JMV |

**THE UNITED STATES' MOTION
FOR INTERVENTION AND DISMISSAL**

The United States of America respectfully moves to intervene as of right as a plaintiff and to dismiss this case. For the reasons explained in the accompanying Memorandum in Support, the Court should grant intervention to the United States and dismiss this private citizen lawsuit in full with prejudice.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

JOHN K. ADAMS
Deputy Associate Attorney General
U.S. Department of Justice

ROBERT N. STANDER
Deputy Assistant Attorney General
Environment and Natural Resources Division

JUSTIN D. HEMINGER
Acting Deputy Assistant Attorney General
Environment and Natural Resources Division

MICHAEL WEISBUCH
Senior Counsel to the Associate Attorney General

/s/ Andrew M. Darlington
ANDREW M. DARLINGTON, Lead Counsel
Counsel to the Assistant Attorney General
Florida Bar No. 1018895
KYLE GLYNN
Attorney
D.C. Bar No. 90005572
U.S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 532-3365 (Darlington)
Andrew.Darlington2@usdoj.gov
(202) 598-9568  (Glynn)
Kyle.Glynn@usdoj.gov

*Counsel for the United States*

June 15, 2026
DJ 90-5-2-1-13350