# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **NAACP AND NAACP MISSISSIPPI STATE CONFERENCE,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **Case No. 3:26-cv-00074-DMB-JMV** |
| **X.AI Corp. and MZX Tech LLC,** | § § § | |
| *Defendants.* | § § § § | |

**RESPONSE IN OPPOSITION
TO PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION**

**EXHIBIT INDEX**

| EXHIBIT | ATTACHMENT | DESCRIPTION |
|---|---|---|
| 1 | | Exhibit Index |
| 2 | | Declaration of Steve Worthington (June 15, 2026) |
| | A | Schedule of Temporary Turbines |
| 3 | | Declaration of Andree Jacobson (June 15, 2026) |
| 4 | | Declaration of Roberto Gasparini, PhD (June 15, 2026) |
| | 1 | CV of Roberto Gasparini, PhD |
| | 2 | List of Testimony Within Last 4 Years |
| | 3 | Materials Reviewed in Preparation |
| 5 | | Declaration of Riley Trettel (June 15, 2026) |
| 6 | | Shelby County Health Department Response to Public Comments (July 2, 2025) |
| 7 | | U.S. EPA Letter to Michelle Taylor, Shelby County Health Department (Nov. 1, 2024) |