# Exhibit 7



**REGION 4**

ATLANTA, GA 30303

November 1, 2024

Michelle Taylor, MD, DrPH, MPA
Director-Health Officer
Shelby County Health Department
814 Jefferson Avenue
Memphis, Tennessee 38105

Dear Director Taylor:

Thank you for your August 16, 2024 and August 30, 2024, letters to the U.S. Environmental Protection Agency (EPA), Region 4 Air and Radiation Division with respect to the public inquiries the Shelby County Health Department (SCHD) has received regarding xAI's temporary gas-burning turbines in use at 3231 Paul R. Lowry Road, Memphis, TN, 38109. Please find the EPA Region 4's responses to your questions and requests for assistance below.

Regarding your first request that the EPA provide a health study of the impacts expected from the temporary emissions from the deployed portable turbines, the EPA notes that **at present, the Agency does not have enough information to make any assessment of potential local health impacts of emissions**. In 2020, the EPA conducted a Clean Air Act (CAA) section 112 residual risk review for the stationary combustion turbines source category. This review included a risk assessment based on air toxics emissions modeling of 253 combustion turbine facilities, including facilities many times larger than the combined capacity of the four 16 megawatt turbine units reportedly in use at xAI. The EPA determined that the air toxics risks for the sources reviewed were acceptable, and the current CAA section 112 standards applying to regulated turbines provide an ample margin of safety to protect public health.[1] While the EPA's risk review of the combustion turbine source category may be illustrative, only a risk assessment based on site-specific information could confirm that the same conclusions would apply to operations at xAI. A risk assessment is best supported with monitoring or emissions modeling information, but no relevant monitoring data or emissions modeling information for this specific situation has been provided to the EPA at this time.

One path SCHD could take would be to require that the facility conduct ambient air modeling to generate information for a risk screening. The EPA's Office of Air Quality Planning and Standards (OAQPS) has developed a set of health-protective limits for long-term (chronic) and short-term (acute) inhalation exposures[2] that are used to support dose-response and hazard identification for estimating

---

[1] See https://www.govinfo.gov/content/pkg/FR-2020-03-09/pdf/2020-02714.pdf
[2] See https://www.epa.gov/fera/dose-response-assessment-assessing-health-risks-associated-exposure-hazardous-air-pollutants

the risk of short- and long-term health effects. Given that these emissions are temporary, it would be most appropriate to compare modeled concentrations of anticipated hazardous air pollutants (HAPs) with the dose-response values for acute (short-term) effects. It is the EPA's understanding that the ongoing infrastructure project to provide long-term power supply to this facility is expected to be completed, and that the turbines are expected to cease operations, in the next few months. Please let us know if you have any updated information on the timeline for the deployment of these turbines.

Regarding your request that the EPA Region 4 confirm that the portable combustion turbines are mobile sources and that no stationary source permits are required, the Agency acknowledges that the EPA Region 4 permitting staff previously consulted with SCHD permitting staff on this situation. Per SCHD staff's request, the EPA staff provided informal feedback during this brief consultation. The regulatory requests in your August 16, and August 30, 2024, letters, trigger a formal review process by which the EPA will conduct a Regulatory Interpretation. The EPA processes formal requests for Regulatory Interpretation in accordance with the Process Manual for requests under CAA section 111(b), 111(d), 112, and 129.[3] The conclusions of this review process will be detailed in a formal response letter to you that outlines the Regulatory Interpretation. To proceed with this review, the EPA will need more specific information about the generator units operating at the xAI site. We will be following up with your staff about the information that the Agency needs.

We will work closely with EPA Headquarters and keep you apprised of the status of the formal Regulatory Interpretation. If you have any additional questions, please contact Brad Akers of my staff at (404) 562-9089 or by email at akers.brad@epa.gov, or Ryan Brown at (404) 562-9147 or by email at brown.ryan@epa.gov.

Sincerely,

DENISSE DIAZ
Digitally signed by DENISSE DIAZ
Date: 2024.11.01 15:48:47 -04'00'

Denisse D. Diaz
Director
Air and Radiation Division

---

[3] See https://www.epa.gov/title-v-operating-permits/epa-process-manual-caa-requests-under-111b-111d-112-and-129