**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **Case No. 3:26-cv-00074-DMB-JMV** |
| **X.AI Corp. and MZX Tech LLC,** | § § § | |
| *Defendants.* | § § § | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN
DOCUMENTS IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Uniform Civil Rule 79(e), Defendants X.AI Corp. ("xAI") and MZX Tech LLC (collectively, "Defendants") respectfully request that the Court grant this Motion for Leave to File Under Seal Certain Documents in Support of Defendants' Response in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction (the "Motion to Seal") due to the confidential nature of the information contained therein. Specifically, Defendants request that the Court accept the filed redacted versions of Defendants' Memorandum in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction and Exhibits 2, 3, and 5 to Defendants' Response in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction, and allow the unredacted versions to be filed permanently under seal, with CM/ECF access limited to the litigants' counsel.

As there is not yet a Protective Order entered in this matter, Defendants respectfully request that the Court grant leave to file under seal the specific documents listed below, and that such documents be sealed from public access only, with CM/ECF access permitted to the following counsel of record: Elias L. Quinn, Mary Rock, Lauren Godshall, Rebecca Ramirez, Carroll

1

Rhodes, Benjamin Grillot, Patrick Anderson, Elizabeth Putfark, and counsel for Defendants. The documents sought to be filed under seal are as follows:

1. An Unredacted Version of Defendants' Memorandum in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction.

2. An Unredacted Version of Exhibit 2 to Defendants' Response in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction, which contains the Declaration of **Steve Worthington**, a Power Generation Manager for MZX Tech LLC.

3. An Unredacted Version of Exhibit 3 to Defendants' Response in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction, which contains the Declaration of **Andree Jacobson**, a member of the technical staff supporting the datacenter engineering team at xAI.

4. An Unredacted Version of Exhibit 5 to Defendants' Response in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction, which contains the Declaration of **Riley Trettel**, a member of the datacenter development team at xAI.

In support of this Motion, Defendants are filing concurrently a non-confidential memorandum brief, which contains citations to relevant authorities and an explanation as to why the aforementioned documents should be filed under seal. Defendants have filed redacted versions of the aforementioned documents on the public docket.

Defendants have conferred with Plaintiffs' counsel regarding this Motion to Seal, and are authorized to represent Plaintiffs' position as follows: "Plaintiffs take no position on Defendant's motion to seal, and reserve the right to challenge the proposed sealing of specific materials once they've had an opportunity to review them following their filing." Defendants will serve a copy of the instant Motion to Seal and unredacted copies of the aforementioned documents on all counsel of record.

**WHEREFORE, PREMISES CONSIDERED,** Defendants respectfully request that the Court **GRANT** Defendants' Motion for Leave to File Under Seal Certain Documents in Support of Defendants' Response in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction.

Respectfully submitted this 15th day of June, 2026.

By:

/s/ Daniel W. Van Horn
Daniel W. Van Horn (MS Bar No. 102105)
BUTLER SNOW LLP
6075 Poplar Ave., Suite 500
Memphis, TN 38187
(901) 680-7331
danny.vanhorn@butlersnow.com

P. Ryan Beckett (MS Bar No. 99524)
Keri E. Herrington (MS Bar No. 106815)
BUTLER SNOW LLP
1020 Highland Colony Pkwy., Suite 1400
Ridgeland, MS 39157
(601) 948-5711
(601) 948-5177
ryan.beckett@butlersnow.com
keri.herrington@butlersnow.com

Patrick D. Traylor* (D.C. Bar No. 449350)
Jeremy C. Marwell* (D.C. Bar No.1000299)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6500
ptraylor@velaw.com
jmarwell@velaw.com

Michael B. Buschbacher*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com

Attorneys for X.AI Corp. and MZX Tech
LLC

*Pro Hac Vice

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I filed the foregoing document with the Clerk of the

U.S. District Court for the Northern District of Mississippi through the Court's CM/ECF system,

which shall send notification of such filing to all parties of record in this case.

/s/ Daniel W. Van Horn
Daniel W. Van Horn