# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE,** | § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | **Case No. 3:26-cv-00074-DMB-JMV** |
| **X.AI Corp. and MZX Tech LLC,** | § § § | |
| *Defendants.* | § § § § | |

**DEFENDANTS' NOTICE OF FILING MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION**

In accordance with Local Uniform Civil Rule 79, Defendants X.AI Corp. and MZX Tech LLC (collectively, "Defendants") submit this Notice of Filing their Motion for Leave to File Under Seal Certain Documents in Support of Defendants' Response in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction (the "Motion to Seal").[1] For reasons set forth in Defendants' Memorandum in Support of their Motion to Seal, which Defendants incorporate fully herein, Defendants request that the Court accept the filed redacted public versions of Defendants' Memorandum in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction and Exhibits 2, 3, and 5 to Defendants' Response in Opposition to Plaintiffs' Amended Motion for Preliminary Injunction, and allow the unredacted versions to be filed permanently under seal, with CM/ECF access limited to the litigants' counsel.

---

[1] Defendants have conferred with Plaintiffs' counsel regarding this Motion to Seal, and are authorized to represent as follows: "Plaintiffs take no position on Defendant's motion to seal, and reserve the right to challenge the proposed sealing of specific materials once they've had an opportunity to review them following their filing."

Defendants' Motion to Seal and the unredacted documents sought to be sealed will be emailed to the Chambers of the Judges and all counsel of record. Defendants will also submit a proposed order granting the motion.

Respectfully submitted this 15th day of June, 2026.

By:

/s/ Daniel W. Van Horn
Daniel W. Van Horn (MS Bar No. 102105)
BUTLER SNOW LLP
6075 Poplar Ave., Suite 500
Memphis, TN 38187
(901) 680-7331
danny.vanhorn@butlersnow.com

P. Ryan Beckett (MS Bar No. 99524)
Keri E. Herrington (MS Bar No. 106815)
BUTLER SNOW LLP
1020 Highland Colony Pkwy., Suite 1400
Ridgeland, MS 39157
(601) 948-5711
(601) 948-5177
ryan.beckett@butlersnow.com
keri.herrington@butlersnow.com

Patrick D. Traylor* (D.C. Bar No. 449350)
Jeremy C. Marwell* (D.C. Bar No.1000299)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6500
ptraylor@velaw.com
jmarwell@velaw.com

Michael B. Buschbacher*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com

*Attorneys for X.AI Corp. and MZX Tech LLC*

*Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I filed the foregoing document with the Clerk of the U.S. District Court for the Northern District of Mississippi through the Court's CM/ECF system, which shall send notification of such filing to all parties of record in this case.

/s/ Daniel W. Van Horn
Daniel W. Van Horn