**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE and MISSISSIPPI STATE CONFERENCE OF THE NAACP, | § § § § § | |
| *Plaintiffs*, | § | Case No. 3:26-cv-00074-DMB-JMV |
| **v.** | § § | |
| **X.AI CORP. and MZX TECH LLC,** | § § | |
| *Defendants*. | § § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS
BY WALKER FORTENBERRY**

Comes now Attorney Walker Fortenberry and provides notice to the Court and to all parties that she represents Defendants X.AI Corp. and MZX Tech LLC. Ms. Fortenberry is admitted as counsel *pro hac vice* on behalf of Defendants X.AI Corp. and MZX Tech LLC and may be contacted at:

Walker Fortenberry
BOYDEN GRAY PLLC
800 Connecticut Avenue NW
 Suite 900
Washington, DC 20006
wfortenberry@boydengray.com
Tel.: (202) 955-0620

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2026, I filed the foregoing document with the Clerk of the

U.S. District Court for the Northern District of Mississippi through the Court's CM/ECF system,

which shall send notification of such filing to all parties of record in this case.

*/s/ Walker Fortenberry*
Walker Fortenberry