## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

NATIONAL ASSOCIATION FOR THE                                 PLAINTIFFS
THE ADVANCEMENT OF COLORED
PEOPLE; and MISSISSIPPI STATE
CONFERENCE OF THE NAACP

V.                                                           NO. 3:26-CV-74-DMB-JMV

X.AI CORP.; and MZX TECH LLC                                 DEFENDANTS

### NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

Date and Time

**June 29, 2026**
**1:30 p.m.**

Type of Proceeding

**TELEPHONIC STATUS CONFERENCE**
**BEFORE CHIEF U. S. DISTRICT JUDGE DEBRA M. BROWN**

**CALL-IN INFORMATION WILL BE PROVIDED TO COUNSEL BY E-MAIL**

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
LaToya L. Davis, Courtroom Deputy

Date:   June 24, 2026

Electronic notice only to:
All Counsel of Record

Questions should be directed to Judge_Brown@msnd.uscourts.gov