**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
and MISSISSIPPI STATE CONFERENCE OF
THE NAACP**                                                                    **PLAINTIFFS**

**VS.**                                        **CIVIL ACTION NO.: 3:26-cv-74-DMB-JMV**

**X.AI CORP. and MZX TECH LLC**                                    **DEFENDANTS**

**ORDER CANCELLING CASE MANAGEMENT CONFERENCE**

This matter is before the Court, *sua sponte*, for the purpose of cancelling the Case

Management Conference noticed for July 14, 2026, at 10:00 a.m. and terminating today's deadline

for submission of the confidential memos and jointly proposed case management order. The Case

Management Conference will be reset by separate notice at a future date.

**SO ORDERED** this the 30th day of June, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**