IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CIVIL MINUTES - GENERAL**

No. 3:26-cv-74

National Association for the Advancement of Colored People, et al. v. X.AI Corp., et al.

Place Held: Greenville, Mississippi

Date & Time Began:  June 29, 2026, 1:32 p.m.
Date & Time Ended:  June 29, 2026, 3:15 p.m.

TOTAL TIME: 1 hour, 43 minutes

---

HONORABLE DEBRA M. BROWN, CHIEF U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| LaToya L. Davis | Brenda Blackburn |
| Courtroom Deputy | Official Court Reporter |

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
|---|---|
| Elias Quinn | Daniel Van Horn |
| Benjamin Grillot | Keri Herrington |
| Carroll Rhodes | Patrick Traylor |
| Rebecca Ramirez | Michael Buschbacher |
| Patrick Anderson | Jeremy Marwell |
| Elizabeth Putfark | |
| Mary Rock | |

---

Proceedings:   Telephonic Status Conference

Remarks:   Conference held. Plaintiffs' deadline to respond to motion to seal extended to July 2. Parties must determine no later than July 1 if agreement can be reached regarding documents sought to be sealed and notify Court of such on July 2. State's motion to file amicus brief to be granted without opposition. Plaintiffs may raise their procedural concerns regarding United States' motion to intervene/dismiss by filing motion to strike no later than July 1; United States may respond no later than July 7. Using August 7 as potential date for pre-hearing status conference, parties must propose deadline for their prior exchange of witness lists, exhibit lists, and all exhibits; and deadline for submitting to Court their witness lists, exhibit lists, exhibits, and any objections to same. Parties must advise Court if September 4, 10, 11, and 18 are feasible optional hearing dates.

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
    LaToya L. Davis, Courtroom Deputy