# Exhibit 1

Email to Plaintiffs from DOJ

Outlook

## RE: NAACP v. xAI - United States' Intervention Effort

**From** Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>
**Date** Thu 6/25/2026 8:35 AM
**To** Eli Quinn <equinn@earthjustice.org>
**Cc** Traylor, Patrick <ptraylor@velaw.com>; Danny Van Horn <danny.vanhorn@butlersnow.com>; Ryan Beckett <ryan.beckett@butlersnow.com>; Ben Grillot <bgrillot@selc.org>; 'crhode@bellsouth.net' <crhode@bellsouth.net>

**External Sender**

Good morning,

Thank you for your email. I was out yesterday.

We stand by our filings.

Thanks,

**Andrew Darlington**

Counsel

Environment and Natural Resources Division

U.S. Department of Justice

950 Pennsylvania Ave., NW

Washington, DC 20530

Work cell (no texts): (202) 532-3365

Andrew.Darlington2@usdoj.gov

---

**From:** Eli Quinn <equinn@earthjustice.org >
**Sent:** Monday, June 22, 2026 3:56 PM
**To:** Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov >; Glynn, Kyle (ENRD) <Kyle.Glynn@usdoj.gov >
**Cc:** Traylor, Patrick <ptraylor@velaw.com >; Danny Van Horn <danny.vanhorn@butlersnow.com >; Ryan Beckett

<ryan.beckett@butlersnow.com >; Ben Grillot <bgrillot@selc.org >; 'crhode@bellsouth.net' <crhode@bellsouth.net >
**Subject:** [EXTERNAL] NAACP v. xAI - United States' Intervention Effort

Counsel,

I write on behalf of Plaintiffs in the matter NAACP et al. v. xAI at al, No. 26-cv-74 (N.D. Miss.).

We've reviewed the United States' Motion for Intervention and Dismissal and it's supporting memorandum (Dkt. Nos. 58 & 59). It looks to us like the motion is procedurally deficient. The United States' papers do not indicate that the Administrator of EPA sought intervention here or that you are representing that agency (a prerequisite for intervention by right 42 U.S.C. § 7604(c)(2)). Nor do the United States pleadings set forth any claim against the Defendant for the Court's adjudication (as required by Federal Rules of Civil Procedure 8 and 24). These failures prejudice Plaintiffs ability to assess and respond to the United States' arguments.

Please let us know in writing if you intend to correct these errors and file any corrections by the end of the day on Wednesday, June 25.

Cheers,

Eli Quinn

---

**Elias L. Quinn, Senior Attorney**

Washington, DC | 202.864.0430

EARTHJUSTICE

*Because the earth needs a good lawyer*