**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; and MISSISSIPPI STATE CONFERENCE OF THE NAACP** — **PLAINTIFFS**

**V.** — **NO. 3:26-CV-74-DMB-JMV**

**X.AI CORP.; and MZX TECH LLC** — **DEFENDANTS**

# ORDER

On June 15, 2026, "The United States' Motion for Intervention and Dismissal" along with a memorandum in support were filed. Docs. #58, #59. On July 1, the plaintiffs filed a motion "to strike the United States' motion and associated memorandum in support … as procedurally deficient" "pursuant to Federal Rule of Civil Procedure 12(f)(2)." Doc. #82 at 1. No later than July 7, 2026, the United States may respond to the motion to strike. No separate reply will be allowed.

**SO ORDERED**, this 1st day of July, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**