# EXHIBIT B

Letter from Governor Tate Reeves, State of Mississippi (May 29, 2026)

# State of Mississippi

### TATE REEVES
Governor

May 29, 2026

The Honorable Todd Blanche
Acting Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

The Honorable Lee M. Zeldin
Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue NW
Washington, DC 20460

Dear Acting Attorney General Blanche and Administrator Zeldin:

I write on behalf of the State of Mississippi to express the State's deep concerns relating to litigation recently commenced by the National Association for the Advancement of Colored People ("NAACP") against xAI. The NAACP is seeking judicial intervention to force xAI to immediately shut down temporary gas turbines currently powering its data center located on the border of Mississippi and Tennessee. This litigation threatens both a landmark private investment in the State and cooperative Federalism, as well as endangers national security and America's leadership in the emerging frontier of artificial intelligence ("AI"). The State urges you to take immediate action to intervene and protect these vital state and national interests.

By way of background, xAI is building in Southaven, Mississippi, one of the largest and most powerful AI training clusters in the world, which is pivotal to national security and advancing the frontier of AI. The project represents a $20 billion investment in Mississippi and has created thousands of construction jobs and will create hundreds of high-paying permanent jobs. To power the site, xAI is constructing a self-generating power facility in Southaven. This will ensure that those living in the area do not face electricity rate hikes from surging demand, consistent with xAI's Rate Reduction Pledge. In March 2026, the Mississippi Department of Environmental Quality ("MDEQ") approved xAI's permits under the Clean Air Act to construct several permanent gas turbines at the site. Until the permanent turbines can be constructed, MDEQ has provided written authorization for xAI to use of a number of trailer-mounted gas turbines to temporarily power the facility. MDEQ has determined that such temporary gas turbines are "mobile sources" not subject to the Clean Air Act's permitting requirements.

Through the subject litigation, the NAACP is seeking to materially slow or outright stop the largest private investment in Mississippi's history--an investment that already has created thousands of construction jobs and will create hundreds of long-term high paying jobs. Any injunctive relief granted by the Court would create an immediate and substantial disruption to the State's economy, particularly in North Mississippi.

The Honorable Todd Blanche
The Honorable Lee M. Zeldin
May 29, 2026
Page 2

Moreover, the litigation attempts to disrupt the Clean Air Act's delicate balance of cooperative Federalism. One of the Clean Air Act's defining features is that states have primary authority for implementing and enforcing the national ambient air quality standards established by the Environmental Protection Agency ("EPA"). Pursuant to this authority, MDEQ—the agency that administers Mississippi's air quality plan—exercised its discretion and advised xAI that the temporary, trailer-mounted gas turbines are exempt from the permitting requirements for stationary sources. The subject litigation seeks to improperly substitute the judgement of the NAACP in place of the judgement of MDEQ, the expert agency.

Finally, the lawsuit poses a serious threat to both America's national security and global leadership in the frontier of AI models. As has been recently reported, the xAI data center in question has vital contracts with the War Department. Moreover, as President Trump has repeatedly recognized, ensuring that the United States remains at the forefront of AI development is essential to countering America's strategic competitors and protecting our economic and security interests. Facilities like the one that xAI is developing in Mississippi play a critical role in sustaining America's global leadership and preventing our adversaries—particularly China—from closing the technology gap.

Given these considerations, I strongly urge you to take all necessary steps to intervene in this litigation to support xAI and oppose the NAACP's request for injunctive relief that threatens the continued operation of the data center. Prompt intervention will not only protect national security interests and support the President's policy on advancing AI but also reaffirm cooperative Federalism and protect a transformative $20 billion investment in Mississippi. Thank you for your consideration of this request.

Sincerely,

Tate Reeves
Governor