# EXHIBIT 1

Survey of State Implementation Plan
Definitions of "Mobile Source"

## TABLE 1: STATE MOBILE SOURCE DEFINITIONS

| 1.   Arizona | "Mobile source" means any combustion engine, device, machine or equipment that operates during transport and that emits or generates air contaminants whether in motion or at rest. . . |
|---|---|
| ARIZ. ADMIN. CODE R18-2-101(79) (2026). https://www.epa.gov/system/files/documents/2022-04/arizona-administrative-code-title-18-articles-1-6-compilation.pdf | |

| 2.   Arkansas | "Secondary emissions" do not include any emissions which come directly from a mobile source such as emissions from the tailpipe of a motor vehicle, from a train, or from a vessel. . . |
|---|---|
| 8-43-104 ARK. CODE R. § 104(b)(36)(D) (2026). https://www.epa.gov/air-quality-implementation-plans/arkansas-sip-approved-air-quality-control-rules-now-arkansas-code | |

| 3.   California (San Diego) | MOBILE SOURCES (i) Any engine mounted on, within, or incorporated into any vehicle, train, ship, boat, or barge, that is used primarily to provide propulsion, but which may also supply heat, mechanical, hydraulic, or electrical power to that same vehicle, train, ship, boat, or barge. This exemption does not apply to equipment located onboard floating dry docks or equipment used for dredging operations. |
|---|---|
| SAN DIEGO AIR POLLUTION CONTROL DIST., Reg. II, R. 11(d)(1)(i) (2024). https://www.epa.gov/system/files/documents/2022-08/san-diego-county-apcd-sip-compilation.pdf | |

| 4.   Colorado | Mobile Source Motor vehicles and other sources of air pollution that emit pollutants while moving and that are capable of moving, and that commonly do not remain at one site (one or more contiguous or adjacent properties owned or operated by the same person or by persons under common control). |
|---|---|
| 5 COLO. CODE REGS. § 1001-2(I.G.) (2026). https://www.epa.gov/system/files/documents/2023-08/CO%20SIP%20Table%20C.pdf#1001-02 | |

1

| | |
|---|---|
| **5. Connecticut**<br>CONN. AGENCIES REGS. § 22a-174-1(62) (2024).<br>https://www.epa.gov/system/files/documents/2024-06/ct-22a-174-1.pdf | "Mobile source" means a source designed or constructed to move from one location to another during normal operation except portable equipment and includes, but is not limited to, automobiles, buses, trucks, tractors, earth moving equipment, hoists, cranes, aircraft, locomotives operating on rails, vessels for transportation on water, lawnmowers, and other small home appliances. |
| **6. Georgia**<br>GA. COMP. R. & REGS. 391-3-1-.03(6)(a) (2022).<br>https://www.epa.gov/system/files/documents/2026-06/391-3-1-03-clean.pdf | EXEMPTIONS. . . (a) Mobile Sources. Mobile sources, such as automobiles, trucks, buses, locomotives, airplanes, boats and ships. . . |
| **7. Hawaii**<br>HAW. CODE R. § 11-60.1-82(d)(4) (2021).<br>https://www.epa.gov/system/files/documents/2021-12/hawaii-air-regulation-compilation.pdf | The following are exempt from the requirements of subsection (a). . .Internal combustion engines propelling mobile sources such as automobiles, trucks, cranes, forklifts, front-end loaders, graders, trains, helicopters, and airplanes. . . |
| **8. Indiana**<br>326 IND. ADMIN. CODE 2-2-1(1)(vv) (2011).<br>https://www.epa.gov/system/files/documents/2021-12/article2_11-2021.pdf | "Secondary emissions". . .do[es] not include any emissions that come directly from a mobile source, such as emissions from:<br>(1) the tailpipe of a motor vehicle;<br>(2) a train; or<br>(3) a vessel. |
| **9. Kansas**<br>KAN. ADMIN. REGS. § 28-19-200(ddd) (2025).<br>https://www.epa.gov/sites/default/files/2017-09/documents/2819-200.pdf | Secondary emissions shall not include any emissions that come directly from a mobile source, such as emissions from the tailpipe of a motor vehicle, from a train, or from a vessel. |
| **10. Kentucky**<br>401 KY. ADMIN. REGS. 50:010 § 1(48) (2007).<br>https://www.epa.gov/system/files/documents/2025-04/chapter-50.pdf | Secondary emissions do not include emissions that come directly from a mobile source, such as the emissions from the tailpipe of a motor vehicle, from a train, or from a vessel. |

2

| 11. Massachusetts | MOBILE EQUIPMENT means, for the purposes of 310 CMR 7.18(28), any equipment that is physically capable of being driven or drawn upon a highway including but not limited to construction vehicles (such as mobile cranes, bulldozers and concrete mixers); farming equipment (such as tractors and plows); hauling equipment (such as truck trailers, utility bodies and camper shells) and miscellaneous equipment (such as street sweepers and golf carts). |
|---|---|
| 310 MASS. CODE REGS. 7.00 (2020). https://www.epa.gov/system/files/documents/2021-12/cmr-7.pdf | |

| 12. Minnesota | Insignificant activities not required to be listed. . . "vehicle exhaust emissions from the operation of mobile sources at a stationary source. . ." |
|---|---|
| MINN. R. 7007.1300(2)(J)(3) (2020). https://www.epa.gov/system/files/documents/2021-12/minnesota-chapter-7007.pdf | |

| 13. Missouri | Mobile equipment—Any equipment that is physically capable of being driven or drawn on a roadway, including but not limited to the following types of equipment: A. Construction vehicles such as mobile cranes, bulldozers, concrete mixers, etc.; B. Farming equipment such as a wheel tractor, plow, pesticide sprayer, etc.; C. Hauling equipment such as truck trailers, utility bodies, etc.; and D. Miscellaneous equipment such as street cleaners, golf carts, etc. |
|---|---|
| MO. CODE REGS. ANN. tit. 10 § 10-6.020(2)(M)(30) (2025). https://www.epa.gov/system/files/documents/2025-11/10-csr-10-6.020-definitions-and-common-reference-tables.pdf | |

| 14. Montana | . . .GENERAL EXCLUSIONS (1) A Montana air quality permit is not required under ARM 17.8.743 for the following: (a) residential fireplaces, barbecues, and similar devices for recreational, cooking, or heating use; (b) mobile emitting units, including motor vehicles, trains, aircraft, and other such self-propelled vehicles. . . |
|---|---|
| MONT. ADMIN. R. 17.8.744(1) (2011). https://www.epa.gov/system/files/documents/2021-12/mt-table-c.pdf#subchapter01 | |

3

| 15. Nevada | In determining whether a stationary source is a major source, the Director shall not consider the emissions from mobile sources subject to regulation under Title II [Emission Standards for Moving Sources] of the federal Clean Air Act, 42 U.S.C. §§ 7521 to 7590, inclusive, or from nonroad engines. |
|---|---|
| NEV. ADMIN. CODE § 445B.094(2) (2024). https://www.epa.gov/system/files/documents/2024-05/nevada-administrative-code-chapter-445b-definitions.pdf | |

| 16. New Hampshire | "Mobile source" means any source involving motor vehicular activity. |
|---|---|
| N.H. CODE ADMIN. R. ANN. Env-A 101 § 65 (2023). https://www.epa.gov/system/files/documents/2025-08/env-a-100-09-06-2023.pdf | |

| 17. New Mexico | Secondary emissions do not include any emissions which come directly from a mobile source, such as emissions from the tailpipe of a motor vehicle, from a train, or from a vessel. |
|---|---|
| N.M. CODE R. § 20.2.72.300(F) (2026). https://www.epa.gov/air-quality-implementation-plans/new-mexico-sip-nm-except-bernalillo-county-part-72-construction | |

| 18. Pennsylvania | Mobile air contamination source—An air contamination source, including, but not limited to, automobiles, trucks, tractors, buses and other motor vehicles; railroad locomotives; ships, boats and other waterborne craft. |
|---|---|
| 25 PA. CODE § 121.1 (2026). https://www.epa.gov/sites/default/files/2019-06/documents/pa_sip_chap_121.1_definitions_as_of_6-18-19_62_pgs_1.pdf | |

| 19. Rhode Island | Secondary emissions do not include emissions from any mobile source regulated under Title II of the Clean Air Act. |
|---|---|
| 250-120 R.I. CODE R. § 05-0(A)(44) (2020). https://www.epa.gov/system/files/documents/2021-12/ri-reg0.pdf | |

4

| 20. South Dakota | Emission unit exemptions. The following emission units are exempt from inclusion in a minor source operating permit unless the source has requested federally enforceable permit conditions related to the emission unit to avoid needing a Part 70 operating permit, PSD preconstruction permit, or NSR preconstruction permit, or the emission unit is applicable to a standard in chapter 74:36:07 or 74:36:08: (1) One or more incinerators of less than 100 pounds per hour combined burning capacity that combust municipal or household waste; (2) A mobile internal combustion engine, including those in autos, trucks, tractors, airplanes, locomotives, and boats. . . |
|---|---|
| S.D. ADMIN. R. 74:36:04:03 (2014). https://www.epa.gov/system/files/documents/2021-12/sd-table-c.pdf#74_36_01 | |

| 21. Tennessee | Secondary emissions do not include any emissions which come directly from a mobile source, such as emissions from the tailpipe of a motor vehicle, from a train, or from a vessel. |
|---|---|
| TENN. COMP. R. & REGS. 1200-03-09-.01(19) (2022). https://www.epa.gov/system/files/documents/2025-05/chapter-1200-3-9.pdf | |

| 22. Texas | Secondary emissions do not include any emissions that come directly from a mobile source such as emissions from the tail pipe of a motor vehicle, from a train, or from a vessel. |
|---|---|
| 30 TEX. ADMIN. CODE § 116.12(34) (2025). https://www.epa.gov/air-quality-implementation-plans/texas-sip-30-tac-11612-nonattainment-and-prevention-significant-2 | |

| 23. Utah | Secondary emissions do not include any emissions which come directly from a mobile source such as emissions from the tailpipe of a motor vehicle, from a train, or from a vessel. |
|---|---|
| UTAH ADMIN. CODE r. R307-101-2 (2019). https://www.epa.gov/system/files/documents/2025-12/table-c-ut.pdf#R307-101 | |

| 24. Virginia | Secondary emissions do not include any emissions which come directly from a mobile source, such as emissions from the tailpipe of a motor vehicle, from a train, or from a vessel. |
|---|---|
| 9 VA. ADMIN. CODE § 5-80-810(C) (2025). https://www.epa.gov/sites/default/files/2017-08/documents/va_9_vac_5_chapter_80_art_5.pdf | |

5

| 25. Washington | Secondary emissions do not include any emissions which come directly from a mobile source such as emissions from the tailpipe of a motor vehicle, from a train, or from a vessel. |
|---|---|
| WASH. ADMIN. CODE § 173-400-030(82) (2023). https://www.epa.gov/system/files/documents/2024-03/sip-wa-approved-regulations-ecology-table2.pdf | |

| 26. West Virginia | DE MINIMIS SOURCES. . .Combustion emissions from propulsion of mobile sources. |
|---|---|
| W. VA. CODE R. § 45-13 tbl. 45-13B(12) (2018). https://www.epa.gov/sites/default/files/2018-11/documents/45_csr_13_26_pages.pdf | |

| 27. Wisconsin | "Mobile source" means any motor vehicle, vessel, aircraft or equipment other than a semistationary source which is capable of emitting any air contaminant while moving or idling on the ground or in the water. Mobile sources include automobiles, motorcycles, trucks, buses, snowmobiles, motorboats, steamships, earthmoving equipment, locomotives and aircraft. |
|---|---|
| WIS. ADMIN. CODE § NR 400.02(98) (2024). https://www.epa.gov/system/files/documents/2025-04/wi-nr-400.pdf | |

| 28. Wyoming | Secondary emissions do not include any emissions which come directly from a mobile source, such as emissions from the tailpipe of a motor vehicle or from a train. |
|---|---|
| 020-6 WYO. CODE R. § 6-4 (2018). https://www.epa.gov/system/files/documents/2025-11/wy-table-c.pdf#chap01 | |

6