# Amended Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE, | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Case No. 3:26-cv-00074-DMB-JMV |
| X.AI CORP. and MZX TECH LLC, | § § | |
| *Defendants.* | § § § § | |

**DECLARATION OF STEVE WORTHINGTON**

I, Steve Worthington, declare as follows:

1. I am over the age of 18 and am in all respects competent and qualified to make this declaration.

2. All facts stated herein are based on my personal knowledge, information, and belief and the records and information reasonably available to me as part of my employment.

3. I am a Power Generation Manager for MZX Tech LLC. I have worked in this capacity since November 2025. My professional responsibilities include managing and overseeing power generation at a facility operated by MZX located at 2875 Stanton Road S., Southaven, Mississippi 38671, which is the site of a former power plant operated by Duke Energy (the "Stanton Road site"). Those responsibilities include managing the commissioning of turbines used at the site, overseeing the technical aspects of how the site is run, and ensuring that the site is operating in a safe, reliable, and environmentally protective manner.

4. I have 43 years of professional experience in the utility industry and managing a variety of power plants (simple-cycle, combined-cycle, etc.). This includes 12 years in the United

States Navy, where I achieved the rank of Chief Petty Officer and oversaw the operation and maintenance of high-pressure boilers, propulsion steam turbines, and other equipment.

5.      MZX acquired the Stanton Road site in July 2025, with the intention of energizing nearby high-performance computing facilities: one located at 5420 Tulane Road, Whitehaven, Tennessee 38109; and a second at 2400 Stateline Road W., Southaven, Mississippi 38671. Around the time that it acquired the property, MZX met with the Mississippi Department of Environmental Quality ("MDEQ") to discuss plans for building a 1.2 gigawatt ("GW") simple-cycle combustion turbine power plant at the site. MZX informed MDEQ that it would be applying for a Prevention and Significant Deterioration ("PSD") permit for that purpose.

6.      As the company was finalizing its application, MZX wrote to MDEQ to inquire whether a permit would be required to use mobile gas-fired turbines at the Stanton Road site on a temporary basis. These trailer-mounted temporary turbines would be used to supply power to the nearby computing facilities while MDEQ evaluated the permit application and before MZX could install the permanent power-generation equipment.

7.      On July 29, 2025, MDEQ responded in a formal letter that use of temporary, mobile turbines would be "exempt from permitting requirements pursuant to 11 Mississippi Administrative Code Part 2, Chapter 2, Rule 2.13.D." Letter from MDEQ to Brent Mayo (July 29, 2025), Doc. 51-7, Pls. Att. 5. MDEQ explained that its determination was based on the understanding that: (1) the turbines in question are "mobile," and (2) "temporary," meaning they are "intended … to remain on-site (2875 Stanton Road South; Southaven, MS) for less than twelve (12) months." Although no permit would be required, MDEQ urged MZX to use such emission control technology that may be "available and applicable to portable combustion turbines" to reduce emissions of nitrogen oxides and particulate matter less than 2.5 microns. MDEQ further

2

requested that MZX advise the agency of "any additional emission control technology that will be utilized during [the temporary turbines'] operation." As I explain below, MZX has at all times adhered to MDEQ's instructions.

8. On August 1, 2025, relying on MDEQ's express advice that no permit was necessary, MZX began bringing temporary, mobile turbines to the Stanton Road site. These temporary turbines have been supplying power to xAI's high-performance computing facilities since that time. And the temporary turbines are currently the only power source for the computing facilities.

9. MZX submitted its application for a PSD permit with MDEQ three weeks later, on August 21, 2025. The proposed power plant would consist of 41 permanent turbines that would collectively generate approximately 1.2 GW. MZX Tech LLC, PSD Permit Application, Doc. 51-9, Pls. Att. 7. MDEQ approved the application on March 10, 2026, and the final effective permit was issued on March 11, 2026. MZX Tech LLC, PSD Permit (Mar. 11, 2026), Doc. 51-27, Pls. Att. 25.

10. In practice, only approximately 80-90% of the permanent turbines will need to be operated at any given time to meet demand. The other units will either be in ready reserve (but shut down) or in planned, forced, or maintenance outages. As discussed below, it is typical and prudent practice to design power-generation facilities to include an incremental power surplus.

11. Most of the permanent turbines are already under construction. Three of the turbines are currently expected to be operational and supplying power to the computing facilities by July 30, 2026. Others are expected to come online soon after that. By the end of August 2026, I anticipate that 14 additional permanent turbines will be operational. █████████████████

████████████████████████████████████████████████████

12. ███████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████

13.     Manufacturer-driven construction delays have affected the timing of installation of certain permanent turbines. As a result, additional temporary turbines have been brought to the Stanton Road site, as reflected in Exhibit A to this declaration, consistent with MDEQ's prior approval. MZX notified MDEQ of all the additional turbines at the Stanton Road site, all of which comply with the conditions outlined by MDEQ in its July 29, 2025, letter.

14.     Exhibit A to this declaration provides a complete list of temporary turbines deployed at the Stanton Road site, including when they arrived on site, their total power output, and the type of emission controls systems they are outfitted with (either Selective Catalytic Reduction ("SCR") or "Demin Water," which stands for demineralized water).

15.     Currently, the total number of temporary turbines at the Stanton Road site is 59. MZX plans to bring 1 additional temporary turbine to the site by the end of June, for a total of 60 temporary turbines.

16.     MZX has kept MDEQ informed about the status of temporary turbines at the Stanton Road site, and MDEQ has stated publicly that the agency is continuing to monitor the site and will inform MZX "when it can no longer bring additional portable/temporary turbines on-site." Mississippi Today, https://mississippitoday.org/2026/05/11/xai-46-gas-turbines-no-air-permits/. MDEQ has consistently maintained its position that MZX does not need a permit to use mobile, temporary turbines, so long as the turbines comply with the conditions in the July 29, 2025 letter.

4

17.    All of the temporary turbines arrived at the Stanton Road site mounted on flatbed trailers. Standard semi-trucks are capable of hauling the trailer-mounted temporary turbines—that is how the turbines arrived at the Stanton Road site and that is how they will leave it. Because each turbine is mounted on a trailer, they can be deployed on any compact surface capable of supporting the weight (a concrete foundation is not necessary). For this reason, the turbines are remarkably quick to deploy. Our team can set one up in less than 12 hours. When a temporary turbine is no longer needed, it can simply be disconnected from the fuel source and the generator unit (which is what the turbine drives to create electricity) and then towed away. This takes about 48 hours. In short, the turbines arrived on wheels, remain on wheels, and will leave on wheels.

18.    The permanent turbines, on the other hand, take much longer to bring online. Each permanent turbine will be bolted onto an engineered foundation and tied into emissions-control equipment, gas-handling skids, battery backup, vertical exhaust stacks, and more. Installing one of these turbines takes months, not hours. The removal process is even more involved; it takes months to properly disassemble and store this machinery. The permanent turbines are also much more complicated to move. Bringing these turbines to the site is a logistical challenge that involves specialized trucks and heavy-duty cranes.

19.    Many of the temporary turbines are parked on concrete pads at the Stanton Road site. All of the temporary turbines remain mounted on their trailers. While the concrete pads are not strictly necessary to support the temporary turbines, they serve two purposes. First, they reduce the amount of dust ingested into the turbines' air filtration systems, which allows for more efficient combustion and therefore lower emissions for the same useful power output. Second, the concrete pads make it easier and more efficient to align the temporary turbine with its generator unit. This speeds up the process for bringing the turbines online (and taking them offline).

20. No individual temporary turbine will remain at the Stanton Road site longer than 12 months. That means, for example, that the first set of temporary turbines will be taken offline and removed from the Stanton Road site by August 1, 2026 (i.e., units 1-3 listed in Exhibit A to this declaration). Units 4-18 listed in Exhibit A to this declaration will likewise be taken offline and removed before each unit hits its respective 12-month mark of being located at the Stanton Road site; units 19-27 will be taken offline and removed over the course of November 2026 to early-January 2027, again before each unit hits its respective 12-month mark of being located at the Stanton Road site; and so on. MZX will provide reports to MDEQ regarding when the temporary turbines are removed from the Stanton Road site.

21. Not all of the temporary turbines are running at the same time. In the aggregate, the temporary turbines have a maximum power generation capacity approximately 10-20% in excess of the site's electricity needs. This practice of having a power surplus is standard and reflects the reality that individual turbines must from time to time be taken offline for maintenance (preventative or corrective), or due to unanticipated outages, and the like. When that occurs, other turbines continue to provide power.

22. All of the temporary turbines are equipped with sophisticated emissions control technology. Fourteen of them have selective catalytic reduction ("SCR") systems, which reduce emissions by injecting ammonia into the exhaust gas upstream of a catalyst bed to trigger a reaction that transforms nitrogen oxides into harmless nitrogen gas and water vapor. The other turbines are equipped with demineralized water controls, which use high-purity demineralized water injected into the combustion chamber to lower the peak flame temperature and thereby decrease nitrogen oxide emissions. Both SCR systems and demineralized water controls are highly effective at reducing nitrogen oxide emissions and are standard in the industry.

23.     The current estimate is that, by the end of 2026, the large majority of the permanent, permitted turbines will be operational and providing power to the Tulane Road and Stateline computing facilities.

24.     As the permanent turbines begin operating and providing power at the Stanton Road site, temporary turbines will be progressively taken offline and removed from the site. For certain units, this is likely to occur well before they reach their 12-month mark of being located on site. The current expectation is that most of temporary turbines will be disconnected and removed from the Stanton Road site by the end of 2026, and that the remainder will be removed by mid-2027. The exact number and timing of when specific temporary turbines are taken offline will depend on the ongoing construction schedule for the remaining permanent turbines, as well as ███████

████████████████████████████████████

[*Signature page to follow.*]

7

Docusign Envelope ID: 0C6EA16F-F295-84BE-805C-C9770341DB15

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at    Southaven    ,    Mississippi    on June 15, 2026.

Signed by:

*Steve Worthington*

A7D5508F1027460...

Steve Worthington

Power Generation Manager
MZX Tech LLC

8

**Exhibit A**

**Stanton Road Site Temporary Turbines**

| Unit | Unit Type | Control | Total Power Output (MW) | Date Added |
|---|---|---|---|---|
| 1 | SMT-130 | SCR | 13 | 8/1/2025 |
| 2 | SMT-130 | SCR | 13 | 8/1/2025 |
| 3 | SMT-130 | SCR | 13 | 8/1/2025 |
| 4 | SMT-130 | SCR | 13 | 8/18/2025 |
| 5 | SMT-130 | SCR | 13 | 8/19/2025 |
| 6 | SMT-130 | SCR | 13 | 8/20/2025 |
| 7 | SMT-130 | SCR | 13 | 8/21/2025 |
| 8 | Gen 8 TM2500 | Demin Water | 35 | 8/19/2025 |
| 9 | Gen 8 TM2500 | Demin Water | 35 | 8/23/2025 |
| 10 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 11 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 12 | Gen 6 TM2500 | Demin Water | 22 | 8/26/2025 |
| 13 | Gen 6 TM2500 | Demin Water | 22 | 8/26/2025 |
| 14 | Gen 6 TM2500 | Demin Water | 22 | 8/27/2025 |
| 15 | Gen 6 TM2500 | Demin Water | 22 | 8/28/2025 |
| 16 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 17 | Gen 7 TM2500 | Demin Water | 25 | 8/29/2025 |
| 18 | Gen 8 TM2500 | Demin Water | 25 | 8/25/2025 |
| 19 | Gen 8 TM2500 | Demin Water | 25 | 12/18/2025 |
| 20 | Gen 7 TM2500 | Demin Water | 25 | 12/18/2025 |

9

| 21 | SMT-130 | SCR | 13 | 11/30/2025 |
|---|---|---|---|---|
| 22 | SMT-130 | SCR | 13 | 11/30/2025 |
| 23 | SMT-130 | SCR | 13 | 11/30/2025 |
| 24 | SMT-130 | SCR | 13 | 12/3/2025 |
| 25 | SMT-130 | SCR | 13 | 12/5/2025 |
| 26 | SMT-130 | SCR | 13 | 12/7/2025 |
| 27 | SMT-130 | SCR | 13 | 1/6/2026 |
| 28 | Gen 8 TM2500 | Demin Water | 30 | 3/25/2026 |
| 29 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 30 | Gen 8 TM2500 | Demin Water | 30 | 4/3/2026 |
| 31 | Gen 8 TM2500 | Demin Water | 30 | 3/25/2026 |
| 32 | Gen 8 TM2500 | Demin Water | 30 | 4/27/2026 |
| 33 | Gen 8 TM2500 | Demin Water | 30 | 3/27/2026 |
| 34 | Mitsubishi FT8 | Demin Water | 30 | 3/24/2026 |
| 35 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 36 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 37 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 38 | Mitsubishi FT8 | Demin Water | 30 | 4/3/2026 |
| 39 | Mitsubishi FT8 | Demin Water | 30 | 4/3/2026 |
| 40 | Mitsubishi FT8 | Demin Water | 30 | 4/23/2026 |
| 41 | Mitsubishi FT8 | Demin Water | 30 | 4/23/2026 |
| 42 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 43 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |

| 44 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 45 | Gen 4 TM2500 | Demin Water | 20 | 5/1/2026 |
| 46 | Gen 4 TM2500 | Demin Water | 20 | 6/10/2026 |
| 47 | Gen 4 TM2500 | Demin Water | 20 | 5/1/2026 |
| 48 | Gen 8 TM2500 | Demin Water | 30 | 5/6/2026 |
| 49 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 50 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 51 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 52 | Gen 8 TM2501 | Demin Water | 30 | 5/2/2026 |
| 53 | Gen 8 TM2502 | Demin Water | 30 | 5/2/2026 |
| 54 | Gen 6 TM2500 | Demin Water | 25 | 5/3/2026 |
| 55 | Gen 6 TM2500 | Demin Water | 25 | 6/9/2026 |
| 56 | Mitsubishi FT8 | Demin Water | 30 | 5/7/2026 |
| 57 | Mitsubishi FT8 | Demin Water | 30 | 5/6/2026 |
| 58 | Mitsubishi FT8 | Demin Water | 30 | 5/9/2026 |
| 59 | Mitsubishi FT8 | Demin Water | 30 | 5/9/2026 |
| 60 | Gen 6 TM2500 | Demin Water | 25 | Expected 6/19/2026 |