# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE,<br><br>*Plaintiffs,*<br><br>v.<br><br>X.AI CORP. and MZX TECH LLC,<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:26-cv-00074-DMB-JMV |

**DECLARATION OF ANDREE JACOBSON**

I, Andree Jacobson, declare as follows:

1. I am over the age of 18 and am in all respects competent and qualified to make this declaration.

2. All facts stated herein are based on my personal knowledge, information, and belief and the records and information reasonably available to me as part of my employment.

**Professional Background**

3. I am a member of the technical staff supporting the datacenter engineering team at xAI, a position I have held since February 2025. My work focuses on designing, optimizing, and deploying the large-scale Graphics Processing Unit ("GPU") clusters that support xAI's training and inference workloads. In other words, I build and operate the massive computing systems that enable xAI to develop and operate its artificial intelligence ("AI") model known as Grok. My role gives me hands-on involvement with each component of the computing systems' broader architecture—including, for example, the power delivery systems, cooling infrastructure, high-bandwidth networking connections, and data storage subsystems.

4. For much of my professional career, I have focused on the design, construction, and operation of large-scale computing systems. Before joining xAI, for example, I led the supercomputing team at X. In that role, I oversaw the supercomputing resources that support the platform's global services and machine learning systems. I also spent four and a half years at Tesla working as an infrastructure cluster engineer and global datacenter manager. My work at Tesla focused on the hardware, facilities, networking, and operational systems that supported the development of the company's Autopilot and Full Self-Driving products.

5. I have a Master of Science degree in Computer Science and Electric Engineering from Luleå University of Technology. I also have a Master of Science degree in Computer Science from the University of Arizona.

**Background on Artificial Intelligence**

6. xAI's flagship AI model Grok is what is known as a fundamental multimodal model. The most powerful multimodal models available today are the basis for almost all AI development in industry (medicine, autonomous vehicles, robotics, support, retail, defense, and much more). They are trained on diverse datasets and designed to distill the patterns and structures of natural language, sound, images, and video. They interpret and respond to user queries in an intelligent, human-like way. For example, if a user prompts a model with "We saw the Golden Gate Bridge on our trip to," then it may produce "San Francisco" as an output. But such models are also able to distill if the user would like to learn about the history of the bridge, understand traffic patterns during rush hour, or know how much a toll payment is.

7. Building (*i.e.*, training) and operating a multimodal model like Grok requires an incredible amount of computing power. These extreme computational demands are a byproduct of both the process for training such models and the scale at which they must serve users.

8. Broadly speaking, there are two phases in the training process: pretraining and fine-tuning. Pretraining is the initial phase in which the model is trained to recognize general patterns in knowledge, including language, sounds, images, and video. What the model learns in pretraining is reflected in a matrix of numerical values called "weights." These weights map the relationship among words and concepts, which enables the model to understand, for example, how strongly the concept "dog" is associated with "puppy" or "mutt" rather than "cat."

9. The model learns to recognize patterns through an iterative, multi-step process in which it attempts to predict the next "token" (i.e., a numerical representation that corresponds to, for example, a word, part of a word, or particular character) in a sequence. At each step, the model takes a sequence of text from its training data, removes the last token, and then predicts the hidden token. As the model makes its prediction, each weight is tracked to compute its effect on the outcome. The prediction is then compared to the actual deleted token. If correct, the weights are adjusted to reinforce the prediction; if incorrect, the weights are updated to minimize error. This process repeats until the LLM has made predictions for all tokens in the training data. This yields a multidimensional matrix of weights reflecting the information gleaned from the training data. These weights capture nuances in meaning, word relationships, grammatical properties, and essentially all characteristics of language necessary to approximate human language use.

10. To continue with the example I gave above, suppose the sequence "We saw the Golden Gate Bridge on our trip to San Francisco" appears in the training data. During pretraining, all tokens except the final one ("We saw the Golden Gate Bridge on our trip to San") are fed into the model. The model might incorrectly predict "Jose" as the next token. That prediction is compared to the true token, "Francisco," and the weights are adjusted to improve subsequent predictions.

11. Pretraining requires a significant amount of computing power. No single processor can complete that work in any practical amount of time. The only workable approach is to distribute the computation across thousands, or even hundreds of thousands, specialized GPUs operating continuously in parallel for weeks or months at a time. A GPU is a specialized computer chip that excels at concurrent processing. This allows GPUs to perform an enormous number of mathematical operations simultaneously, which makes them especially well-suited for training and running AI models. Pretraining a frontier model today typically costs tens to hundreds of millions of dollars in compute — a massive investment that underscores why GPUs are so critical for this work.

12. A pretrained model's output quality can be improved through "fine-tuning," a secondary training phase in which the model is refined for specific tasks, domains, or performance goals. Two common fine-tuning techniques are supervised learning and reinforcement learning. In supervised learning, the model is further trained on datasets of prompts paired with a high-quality response created or validated by humans or expert systems. In reinforcement learning, the model generates multiple candidate responses for different prompts, scores those responses against preference data or a reward model, and then optimizes the weights based on the feedback.

13. Fine-tuning also requires a substantial amount of computing power, even though it generally operates on relatively smaller datasets than pretraining. Engineering teams will run dozens, or even hundreds, of fine-tuning jobs and related experiments concurrently, testing different data mixtures, training parameters, reward functions, and capability improvements. Each job can occupy thousands of GPUs for days or weeks. And because each model is continually refined until the next generation is released, these fine-tuning workloads are oftentimes proceeding in parallel with pretraining.

14. Once a model has finished pretraining and fine-tuning, it can be deployed to users for "inference." Inference is simply the process for generating a response to user prompts. Although each inference step requires far less computing power than training or fine-tuning, the system must maintain low latency for millions of concurrent users. Grok, for example, serves [redacted] Satisfying that demand at scale requires significant computing resources.

15. In short, the entire process for developing and deploying a frontier AI model depends on having an extraordinary amount of computing power. Only purpose-built high-performance computing facilities that house hundreds of thousands of specialized GPUs in a single "cluster" (i.e., a collection of interconnected computers which allows the GPUs to work in parallel as a single system) are capable of supplying the requisite computing power needed to satisfy the ever-increasing user demands for better models and faster responses.

**xAI's High-Performance Computing Facilities**

16. As part of my employment, I am directly familiar with the high-performance computing facilities at 5420 Tulane Road in Whitehaven, Tennessee, and 2400 Stateline Road in Southaven, Mississippi. I am also directly familiar with the power generation assets at 2875 Stanton Road in Southaven, Mississippi, which are currently the only available power source for the Tulane and Stateline computing facilities.

17. Together the Tulane and Stateline facilities house over 550,000 GPUs in an integrated network. These GPUs are connected with thousands of miles of high-bandwidth fiber cables, which allows them to work together as an integrated cluster. This single-cluster design allows xAI to conduct training jobs across hundreds of thousands of GPUs without the communication bottlenecks that appear in geographically dispersed systems. The GPUs xAI has

deployed at these facilities are state of the art and include some of the most advanced superchips in the world, i.e., the NVIDIA GB300.

18. To the best of my knowledge, the Tulane and Stateline facilities form the largest and most powerful AI training cluster in the United States, and as far as we know, in the world. I am not aware of any other site with a comparable deployment of GPUs, and no other company can offer this much computing power on a single geographically integrated network. This operational set up and infrastructure thus provide xAI with important benefits, such as the ability to perform computing tasks at an immense scale, including larger-scale training of AI models.

19. xAI conducts AI model development and training activities using the GPUs deployed at the Tulane and Stateline facilities. [redacted]

20. Like every frontier intelligence company, xAI releases major updates to its latest model every few weeks (if not more frequently). The pretraining and fine-tuning work being done at the Tulane and Stateline facilities is critical, indeed necessary, to maintaining that cadence.

21. [redacted]

22. Other AI companies also use the Tulane and Stateline facilities. xAI has an agreement to provide computing power to Cursor, a company developing an advanced coding model known as Composer. [redacted] xAI also has an agreement to provide a significant amount of computing power to Anthropic, another frontier AI company that is developing the AI model known as "Claude." To the best of my understanding, Anthropic likely uses this computing power to support Claude and improve the customer use experience. In addition, xAI recently entered into an agreement with Google to provide computing power to support its AI platform, Gemini.

23. The temporary gas turbines at the Stanton Road site are currently the only available power source for the Tulane and Stateline computing facilities. If those temporary turbines were taken offline, then the computing facilities at the Tulane and Stateline Road sites would have to be shut down. And if the computing facilities were shut down, then all the training and inference workloads that I described above would have to be stopped. This would have debilitating effects.

**Consequences of a Shutdown at the Stanton Road Site**

24. Shutting down the temporary turbines at the Stanton Road site would produce immediate and cascading effects across every aspect of xAI's operations and would also affect its partners and customers. A loss of power would essentially stop model training and development at xAI, disrupt xAI's ability to serve existing users, and make it difficult to retain the highly specialized engineering teams, and local construction workforce, needed to support the business, most of which are new jobs created in the region. Anthropic's and Cursor's access to computing power at the facilities would likewise be heavily impacted, as well as Google in its forthcoming use of this infrastructure and computational resources in just a few months. Losing the temporary

turbine power at the Stanton Road site before permanent power sources are online would deprive the United States of critical computing resources that support its position and leadership in the global artificial intelligence race.

***User Access, Model Training, and Product Refinement and Development***

25. A shutdown at the Stanton Road site would halt model development and training at xAI and impair the company's ability to serve millions of users. This would impact the full range of products that xAI offers to its enterprise and consumer customers. Moreover, xAI would be unable to meet its obligations to provide computing power to Anthropic, Google, and Cursor, which, in turn, could affect those companies' ability to develop new models and serve users.

26. Without the Tulane and Stateline computing facilities, essentially all research and development activities at xAI would grind to a halt within hours. As I explained, [redacted] Some training jobs require tens of thousands of GPUs, and others even require over a hundred thousand GPUs. These training runs involve many thousands of chips communicating and performing a massive number of tasks simultaneously. That capability is enabled by the GPU deployment at the data centers powered by the Stanton Road site, and I am not aware of any other location in the United States where it is possible to run training jobs at this scale. All of this important work would cease if the Stanton Road facility were unable to provide enough power for the computational resources (i.e., the GPUs) deployed at the Tulane and Stateline computing facilities.

27. Once the computing facilities are shut off, the storage cannot be accessed, the data cannot be accessed, and the training runs cannot be accessed. The longer the shutdown, the more likely it is that the AI training models, and their underlying data, becomes stale and would need to

be restarted, resulting in lost work. Many billions of dollars of GPU computing infrastructure would be stranded and unusable.

28. The harm caused by pausing all training and development activities would continue long after power was restored to the computing facilities. Restarting training jobs distributed across hundreds of thousands of GPUs after a prolonged outage is not a simple process — it may not even be possible. Indeed, to my knowledge, this type of full and prolonged shutdown would be unprecedented; the data center industry's standard for uptime is 99.999% (which allows for only 5.25 minutes of downtime per year). To bring a cluster back online after a complete shutdown, engineers must first revalidate the integrity of the hardware, networking fabric, and storage systems across the entire facility. They must then confirm that stored checkpoints remain usable and reestablish the complex data pipelines that stream data to the GPUs. This takes time and would therefore greatly amplify the total period of lost progress. In many cases, the most efficient course would be to simply abandon the interrupted run entirely and restart from scratch, which converts a temporary interruption to permanent lost work.

29. The state of xAI's existing datasets and partially trained model would also likely grow stale and lose their value for continued advancement. An AI model trained on stale data cannot, for example, learn about recent coding trends, scientific findings, real-world events, and user behavior. While xAI's datasets aged, competitors with uninterrupted access to computing power would continue refining their models and pull steadily ahead in the areas dependent on up-to-date knowledge. The longer the outage persisted, the wider that gap would become. This would create a lasting — and potentially permanent — disadvantage in terms of xAI's models behind competitors.

30. Moreover, an abrupt loss of power would create additional risks of data corruption and hardware damage that could further impair xAI's ability to resume productive work. Large-scale storage systems and high-performance computing hardware are sensitive to outages. Even with protective measures in place, an extended outage would increase the likelihood of file system corruption, drive failures, or damage to power supply components supporting the GPUs. These types of failures would further complicate any efforts to resume training jobs after power was restored. For example, corrupted storage drives could render partially trained models unusable, forcing xAI to restart the run from an earlier checkpoint or abandon it entirely.

31. [redacted] Shutting down the temporary turbines at the Stanton Road site before permanent power sources are online would therefore compromise xAI's ability to serve its users. [redacted]

32. Finally, the harms from a shutdown of the Stanton Road site would extend beyond just xAI. The density of GPU deployment at the Tulane and Stateline computing facilities are extremely valuable because this infrastructure is helping the United States (including domestic companies and platforms other than xAI) in the global artificial intelligence race. [redacted] Anthropic likewise currently uses a significant

allocation of computing power at those same facilities for its Claude models. By October 2026, Google will also be using these facilities for its Gemini Enterprise platform and to help meet its customers' demands. Shutting down the Stanton Road site would make it difficult for xAI to provide computing power to Cursor, Anthropic, and Google, leaving them with less computing power to service their respective workloads. The resulting disruption could not only impair development timelines and the ability to serve users, but would also slow the progress of three other leading domestic AI companies at a critical time in the global artificial intelligence race.

33. [redacted] That is far less than needed for the overall computing cluster. Being limited to that amount of power would not only negatively impact xAI, but the other domestic companies who use xAI's infrastructure would no longer be able to do so. For xAI, being limited to such power would also effectively leave the company with two, unworkable options: either run existing products and models but at an extremely diminished capacity, [redacted] or shutting down [redacted] Users may still technically be able to ask questions and give prompts to Grok, but the model would take so long to answer users that it would become effectively useless. xAI would predictably lose customers. Moreover, [redacted] that xAI's competitiveness in the market would be diminished compared to other leading AI companies. And other domestic companies would also lose the ability to use xAI's infrastructure. All of this is a function of the fact that the computing power available at the Tulane and Stateline facilities, and which is the backbone of these AI products and services, cannot be run without sufficient electric power.

34. In short, shutting down the temporary turbines at the Stanton Road site before permanent power sources are online would bring xAI's core operations to a standstill and inflict lasting damage that could not be readily repaired.

***Effects on xAI's Highly-Specialized Workforce***

35. The engineers who train and refine xAI's artificial intelligence models would be at a substantial risk of attrition if the temporary turbines at the Stanton Road site were taken offline before the permanent power sources are available. AI engineering is largely built around iterative empirical work — i.e., the training and fine-tuning I described above — that demands huge amounts of parallel computing power. A shutdown would leave these individuals without much productive work to perform. At the same time, the skills these engineers have developed are in strong demand elsewhere. Engineers facing the possibility of not using those skills and resources for months would have both the incentive and opportunity to go elsewhere.

36. The same would be true for the highly specialized engineers needed to keep the high-performance computing clusters running. Only a handful of individuals have the expertise needed to orchestrate parallel computing across hundreds of thousands of interconnected GPUs, and those skills are in high demand. These individuals also have irreplaceable knowledge about how the specific computing clusters at the Tulane and Stateline facilities behave. That accumulated, site-specific insight cannot be quickly learned by engineers who have worked only on smaller systems or systems with different configurations. A prolonged shutdown would therefore create both an immediate loss of operational capacity and a longer-term difficulty in reassembling a team capable of returning the computing facilities to full performance. Many of these engineers have also relocated to the Southaven area, specifically to support these facilities; if the facilities shut down, there is a significant risk of an exodus of this workforce given the lack

of any similar facilities in the geographic area that could provide alternate employment opportunities.

37. This substantial risk also applies to the thousands of highly-specialized, local construction contractors who perform maintenance and repair work on the infrastructure and technology needed to run the Stanton Road site and computing cluster it powers.

38. One of xAI's greatest strategic advantages is its human talent, and providing this talent with actual work to do is critical to retention. If workers had nothing to do and left during a shutdown, that would impact not only the success of the business in the medium-to-long term, but it would also have a significant negative impact on xAI even being able to bring this cluster back online.

[*Signature page to follow.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Memphis, Tennessee on June 15, 2026.

Signed by:
1168DA2A30424FC...

Andree Jacobson
Technical Staff
xAI Corp.