# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE,**<br>*Plaintiffs,*<br>v.<br>**X.AI Corp. and MZX Tech LLC,**<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:26-cv-00074-DMB-JMV |

**DECLARATION OF DR. ROBERTO GASPARINI**

I, Roberto Gasparini, declare under penalty of perjury that the following is true and correct.

**INTRODUCTION**

1. I have been retained by counsel for Defendants X.AI Corp. and MZX Tech LLC as an expert in the above-captioned litigation. I understand that the NAACP and the NAACP Mississippi State Conference brought this action to remedy Defendants' alleged failure to apply for or receive air permits prior to constructing and operating temporary gas combustion turbines located at 2875 Stanton Road in Southaven, Mississippi. These mobile units are currently staged at the site to generate electricity. Given my expertise in air quality matters including monitoring, permitting, and dispersion modeling, I have been asked to provide a scientific assessment of the air quality surrounding the development.

2. The bases for my opinions include the documents and other materials cited in this report, my examination of the facts at issue in this case, my education, and my experience in this field. In reaching my opinions in this matter, I have reviewed and considered a number of written materials. A full listing of the materials considered may be found in Attachment 3 of this report.

3. My opinions are subject to amendment, supplementation, or modification based on information made available to the parties in the case as discovery proceeds, or to respond to or rebut issues, statements, and opinions advanced by defendants or their witnesses at any time in this action.

4. At hearings and/or trial, I may rely on materials and documents publicly available or produced in this litigation by the parties, as well as discovery conducted in this matter. I also may rely on visual aids and demonstrative exhibits that I may prepare or have prepared based on these materials.

5. I reserve the right to supplement or amend this report as appropriate. I am also willing to offer additional opinions in this matter if requested.

## QUALIFICATIONS

6. I am a Senior Principal at Onterris USA, Inc., a multidisciplinary environmental consulting firm specializing in air-quality evaluations. I specialize in air quality evaluations. As part of my work responsibilities, I provide air quality consulting support to a variety of industries, including chemical/petrochemical, refining, oil & gas, utilities, mining/aggregate handling, landfills, and manufacturing facilities. My duties include quantifying the amounts of emissions from industrial processes, characterizing their release to the atmosphere, and using air dispersion models in various contexts such as permitting support and regulatory compliance. I have been invited to speak on several topics at numerous conferences and meetings hosted by trade associations such as the Air & Waste Management Association (A&WMA), Texas Chemistry Council (TCC)/Louisiana Chemical Association (LCA), International Liquid Terminals Association (ILTA), and the Greater Houston Partnership (GHP).

7. I hold a Bachelor of Science in Meteorology, a Master of Science in Atmospheric Sciences, and a PhD in Atmospheric Sciences—all from Texas A&M University. During graduate school, I operated and maintained ambient air quality instruments in the Houston area as part of the Texas Air Quality Study 2000 (TexAQS 2000) and the Houston Supersite project. I also operated and maintained ambient air quality instruments measuring particulate matter in rural Oklahoma as part of the US Department of Energy's Atmospheric Radiation Measurement Program May 2003 Intensive Operations Period.

8. I have earned distinction by the American Meteorological Society (AMS) as a Certified Consulting Meteorologist (CCM, No. 741), recognizing my expertise in the application of principles of atmospheric chemistry and meteorology in order to solve air quality problems.[1] According to the AMS website, CCMs, like me, "are considered experts in the application of weather information to a host of practical challenges ranging from specialized forecasts to engineering design support and expert testimony on weather-related court cases."[2] In addition, I am a member of the Air & Waste Management Association, which is an international professional association that facilitates the exchange of knowledge among various environmental practitioners including regulators, industrial stakeholders, consultants, and academic researchers. My Curriculum Vitae is provided as Attachment 1 to this Declaration.

---

[1] *See* https://www.ametsoc.org/index.cfm/ams/education-careers/careers/ams-professional-certification-programs/directories-of-ams-certified-individuals/list-of-ams-certified-consulting-meteorologists-ccm/.

[2] *See* https://www.ametsoc.org/index.cfm/ams/education-careers/careers/ams-professional-certification-programs/certified-consulting-meteorologist-program-ccm/.

9. I have performed air quality consulting work since 2005 and have been with Onterris since January 2012.[3] Over the course of my consulting career, I have been deposed and have testified numerous times as an expert witness on air quality matters.

10. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to them.

11. Although I am being compensated for my time while working on this matter, the opinions herein are my own and I have no stake in the outcome of the lawsuit. My compensation does not depend in any way on the outcome of the lawsuit or my opinions.

## BACKGROUND AND METHODOLOGY

12. In preparing this Declaration, I drew upon my education, training, and experience in air quality, including my expertise in meteorology and atmospheric chemistry.

13. These opinions are based upon the information available to me as of this date and are subject to change or refinement as additional information is made available. All opinions expressed in this Declaration are held to a reasonable degree of scientific certainty.

14. Appended to this Declaration are my Curriculum Vitae (Attachment 1); a list of my expert testimony from the prior four years (Attachment 2); and a list of documents that I considered and relied upon during my preparation of this Declaration (Attachment 3). I have not authored any articles published in peer-reviewed scientific journals within the last 10 years.

## FINDINGS

15. Kim Laufenberg, on behalf of the Plaintiffs, has provided two Declarations in this matter: an Initial Declaration dated May 6, 2026, and a Supplemental Declaration dated June 10,

[3] Montrose Environmental Solutions, which acquired my employer Spirit Environmental, LLC, in July 2024, rebranded to Onterris in April 2026.

2026. In those Declarations, Laufenberg offered estimates of the potential to emit (PTE) from the mobile units, updating those calculations in that most recent Supplemental Declaration.

16. In ¶ 51 of that Supplemental Declaration, Laufenberg provided a tabular summary of her proffered PTE calculations for a total of 57 mobile unit turbines located at 2875 Stanton Rd. S., Southaven, MS, as of May 15, 2026. In the table, she listed the results of her emissions calculations for various components, including oxides of nitrogen ($NO_X$), carbon monoxide (CO), sulfur dioxide ($SO_2$), volatile organic compounds (VOC), particulate matter (PM), formaldehyde, and toluene.

17. $NO_X$ includes nitrogen oxide (NO) and nitrogen dioxide ($NO_2$).

18. PM considers particulate matter of all sizes. As the effects of PM are dependent on its size, PM is often subdivided into two subsets that consider the smallest size fractions: particulate matter with aerodynamic diameter less than 10 micrometers or microns ($PM_{10}$) and particulate matter with aerodynamic diameter less than 2.5 micrometers or microns ($PM_{2.5}$).[4]

19. I was provided with an updated list of mobile units at the site on June 11, 2026.[5] This list includes 60 mobile units: 14 Solar SMT-130s; 34 General Electric TM2500s (three 20-MW Gen 4s, three 25-MW Gen 4s, seven 25-MW Gen 6s, five 25-MW Gen 7s, and sixteen 30-MW Gen 8s); and 12 Mitsubishi FT8s. Using this list along with the power output reported for each unit by Trinity Consultants, I recreated the emission calculations for those compounds evaluated by Laufenberg and calculated the total PTE for these units and the site as a whole.

20. I calculated the maximum $NO_X$ and CO PTE using emission guarantees provided by the manufacturer per unit of fuel input. Vendor guarantees are conservatively high and represent

---

[4] *See* US EPA Particulate Matter (PM) Basics, https://www.epa.gov/pm-pollution/particulate-matter-pm-basics.

[5] *See* MZX Tech LLC Temporary Turbine List, dated June 11, 2026.

the maximum amount of emissions possible; emissions from actual operations are likely to be even less. Similarly, I considered the fuel usage based on the turbine running at full load every hour of the year with zero downtime. This is also conservative because a complicated machine such as a turbine is unlikely to operate at full load without ever requiring any sort of maintenance.

21. I calculated the maximum $SO_2$ PTE considering a conservatively high sulfur content of 1 grain per 100 standard cubic feet (scf) of natural gas and the same conservative full load fuel usage.

22. I calculated the maximum VOC and PM PTE by using conservative emission factors provided by the U.S. Environmental Protection Agency (EPA) in its AP-42 *Compilation of Air Emissions Factors from Stationary Sources*[6] and the same conservative full load fuel usage.

23. I calculated the maximum formaldehyde and toluene PTE by using emission factors provided to the EPA by Alpha-Gamma Technologies in a memorandum with emission factors of speciated compounds for stationary gas turbines[7] and the same conservative full load fuel usage.

24. The following table includes my PTE calculations, listed in tons per year (tpy) for the total number of mobile units of that particular make and model.

---

[6] *See* US EPA AP-42, Fifth Edition, Volume I, Chapter 3 (Stationary Internal Combustion Sources), Section 3.1 (Stationary Gas Turbines), (dated April 2000), Table 3.1-2a.

[7] *See* Alpha-Gamma Technologies, Inc., Memorandum to EPA (OAR-2002-0060), Subject: Revised HAP Emission Factors for Stationary Combustion Turbines (dated August 22, 2003), Table 19.

| **Table 1: Potential to Emit for 60 Mobile Units (as of June 11, 2026)** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Turbine Make & Model** | **Power Output (MW)** | **Number of Units** | **Potential to Emit (tpy, total for all units of that make/model)** | | | | | | |
| | | | $NO_X$ | CO | $SO_2$ | VOC | PM | Formal-dehyde | Toluene |
| Solar SMT-130 | 16.48 | 14 | 78.40 | 47.73 | 28.39 | 27.26 | 62.88 | 1.63 | 0.14 |
| GE TM2500 (Gen 8) | 30 | 16 | 1,641.70 | 2,454.62 | 47.56 | 36.87 | 115.86 | 14.66 | 0.23 |
| GE TM2500 (Gen 7) | 25 | 5 | 427.53 | 639.22 | 12.39 | 9.60 | 30.17 | 3.82 | 0.06 |
| GE TM2500 (Gen 6) | 25 | 7 | 598.54 | 894.91 | 17.34 | 13.44 | 42.24 | 5.34 | 0.08 |
| GE TM2500 (Gen 4) | 25 | 3 | 256.52 | 383.53 | 7.43 | 5.76 | 18.10 | 2.29 | 0.04 |
| GE TM2500 (Gen 4) | 20 | 3 | 205.21 | 306.83 | 5.95 | 4.61 | 14.48 | 1.83 | 0.03 |
| Mitsubishi FT8 | 30 | 12 | 1,382.57 | 2,525.05 | 40.05 | 318.04 | 97.57 | 12.34 | 0.20 |
| **TOTAL** | **1,506** | **60** | **4,590.47** | **7,251.89** | **159.11** | **415.58** | **381.32** | **41.92** | **0.78** |

25. For many of the compounds, Laufenberg overestimated the PTE by at least 10% despite including a number of mobile units at the site that is 5% lower than reality (57 as opposed to 60). The following table includes a comparison of Laufenberg's PTE calculations versus mine from Table 1 above. Ratios greater than one indicate compounds where Laufenberg's estimates are higher than mine, while ratios less than one indicate compounds where Laufenberg's estimates are lower than mine.

| **Table 2: Comparison of Potential to Emit (tpy) - Laufenberg & Gasparini** | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Source/Data** | $NO_X$ | CO | $SO_2$ | VOC | PM | Formaldehyde | Toluene |
| Gasparini Table 1 | 4,590.47 | 7,251.89 | 159.11 | 415.58 | 381.32 | 41.92 | 0.78 |
| Laufenberg (6/10/26, ¶ 51) | 5,300.54 | 1,730.82 | 177.73 | 187.23 | 432.98 | 46.58 | 8.53 |
| Ratio: Laufenberg/Gasparini | 1.15 | 0.24 | 1.12 | 0.45 | 1.14 | 1.11 | 11.00 |

26. Dr. Helen Suh, on behalf of the Plaintiffs, has also provided two Declarations in this matter: an Initial Declaration dated May 6, 2026, and a Supplemental Declaration dated June 10, 2026. In those Declarations, Dr. Suh offered an opinion on what she alleges is a potential public health risk posed by emissions from unpermitted gas combustion turbines operating at "the Colossus Gas Plant" at 2875 Stanton Road in Southaven, Mississippi. In her Supplemental Declaration, she found that the 57 mobile unit turbines will "likely result in higher ambient

concentrations of those pollutants" than if there were 33 mobile unit turbines,[8] and opined that any increase in $PM_{2.5}$ and $NO_2$ is unacceptable as it increases public health risks for compounds for which "no safe level of exposure has been identified."[9]

27. For federally regulated criteria pollutants such as $NO_2$, CO, $SO_2$, $PM_{10}$, and $PM_{2.5}$, EPA has established National Ambient Air Quality Standards (NAAQS). Primary NAAQS are set at the level that is requisite to protect public health with an adequate margin of safety,[10] and Secondary NAAQS are set to protect public welfare from adverse effects of air pollution.[11] These NAAQS are compound-specific, specify an averaging period such as 1 hour or 1 year, and they are set at or below concentrations which the air is deemed protective of public health (primary) and welfare (secondary). None of the NAAQS are set at zero,[12] meaning that there are acceptable concentrations of these compounds in the air that we breathe.

28. $PM_{2.5}$ and $NO_2$ are generated by numerous different sources, including natural, non-industrial processes such as wildfires and lightning strikes. Additionally, everyday human activities such as landscaping and outdoor cooking can generate emissions of these compounds. Increases in emissions that result in total concentrations that still satisfy regulatory standards such

---

[8] *See* Suh Supplemental Declaration (June 10, 2026), ¶¶ 6-8.

[9] *See* Suh Supplemental Declaration (June 10, 2026), ¶ 9.

[10] *See* US Code Title 42 Chapter 85 Section 7409(b)(1): "National primary ambient air quality standards, prescribed under subsection (a) shall be ambient air quality standards the attainment and maintenance of which in the judgment of the Administrator, based on such criteria and allowing an adequate margin of safety, are requisite to protect the public health. Such primary standards may be revised in the same manner as promulgated."

[11] *See* US Code Title 42 Chapter 85 Section 7409(b)(2): "Any national secondary ambient air quality standard prescribed under subsection (a) shall specify a level of air quality the attainment and maintenance of which in the judgment of the Administrator, based on such criteria, is requisite to protect the public welfare from any known or anticipated adverse effects associated with the presence of such air pollutant in the ambient air. Such secondary standards may be revised in the same manner as promulgated."

[12] *See* Title 40 Code of Federal Regulations (40 CFR) Part 50, National Primary and Secondary Ambient Air Quality Standards, https://www.ecfr.gov/current/title-40/chapter-I/subchapter-C/part-50.

as the NAAQS are routinely permitted by regulatory agencies and certainly do not rise to the level of irreparable harm.

29. To ensure that the public has clean air, meaning that all of the NAAQS are satisfied, regulatory agencies operate a network of ambient air quality monitors that measure concentrations of various compounds across the United States. If the air quality in an area does not satisfy the NAAQS, meaning ambient air concentrations of one or more compounds are higher than the NAAQS for that particular compound, then an area can be designated as “nonattainment” for that compound. This triggers additional permitting requirements of regulated entities in the area as well as the potential promulgation of more stringent local regulations in order to improve the air quality in the region with the goal of attaining the NAAQS.

30. The subject site is located in Southaven, which is in the northwest corner of Mississippi. Arkansas is only a few miles to the west and Tennessee is immediately to the north.

31. The entire State of Mississippi satisfies the NAAQS. There are no nonattainment areas in the State of Mississippi.[13]

32. The entire State of Arkansas satisfies the NAAQS. There are no nonattainment areas in the State of Arkansas.[14]

33. Sullivan County is the only county in Tennessee that is currently designated as a nonattainment area (for $SO_2$),[15] but it is located on the opposite side of Tennessee over 400 miles away from Southaven.

---

[13] *See* US EPA Green Book, Current Nonattainment Area Counties for All Criteria Pollutants, https://www3.epa.gov/airquality/greenbook/astate.html.

[14] *Ibid.*

[15] *See* US EPA Green Book, Current Nonattainment Area Counties for All Criteria Pollutants, Tennessee, https://www3.epa.gov/airquality/greenbook/ancl.html#TN.

34. The nearest nonattainment area to Southaven is New Madrid County in southeastern Missouri, located over 100 miles north of the subject area. See the following figure from EPA showing nonattainment areas across the country.[16]

**Figure 1: Current Nonattainment Areas**




[16] *See* US EPA Green Book, National Multi-Pollutant County Maps, Map of Number of NAAQS by County Designated Nonattainment - U.S. Map, https://www3.epa.gov/airquality/greenbook/mapnpoll.html.

35. Specifically focusing on $NO_2$, $PM_{2.5}$, and ozone, I retrieved data from the 7 air quality monitors nearest to the subject site that currently measure ambient air concentrations of these compounds. These monitors are in Hernando, Mississippi (AQS ID 28-033-0002, located 11.6 mi from the subject site); Memphis, Tennessee (4 total: AQS ID 47-157-0024 located 11.7 mi away, AQS ID 47-157-0100 located 15.7 mi away, AQS ID 47-157-0075 located 15.9 mi away, and AQS ID 47-157-0021 located 16.3 mi away); Marion, Arkansas (AQS ID 05-035-0005, located 17.2 mi away); and Millington, Tennessee (AQS ID 47-157-1004, located 29.7 mi from the subject site). The locations of these monitors relative to the subject site in Southaven are shown in the following figure generated from EPA's website.[17]

[17] *See* US EPA, Interactive Map of Air Quality Monitors, https://www.epa.gov/outdoor-air-quality-data/interactive-map-air-quality-monitors.

**Figure 2: Regulatory Air Quality Monitors in Region of Southaven, Mississippi**




36. As shown in Figure 2 above, 5 of the 7 monitors measure $PM_{2.5}$, 2 of the 7 monitors measure $NO_2$, and 5 of the 7 monitors measure ozone. Some monitors may measure more than one compound.

37. The location of the monitors in different directions from Southaven increases the likelihood of a monitor being downwind of the subject site, and consequently measuring the quality of the air affected by the site, at any given time.

38. The general wind pattern at a location can be established and plotted in a graph referred to as a "wind rose." In a wind rose, the frequency and strength of wind observations from various directions are plotted. Wind roses look like a hub surrounded by spokes. Each spoke

represents the direction the wind is coming from, and the length of the spoke represents the frequency of observed winds from that direction. Each spoke can be segmented to further show various wind speed ranges, with low wind speeds near the hub and increasing wind speed ranges going outward. A wind rose can be used to show short-term meteorological conditions (for example, the conditions on a single day) or long-term climatological conditions (for example, a compilation of multiple years of data). Thus, the prevailing wind direction(s) and speeds in a given geographical location can be helpfully depicted in wind roses, providing insight to the local climatology and consequently expected dispersion patterns.

39. The wind rose for Memphis International Airport is shown in the following figure.[18]

[18] *See* Iowa State University, Iowa Environmental Mesonet, Station Data & Metadata for Tennessee ASOS, Memphis International Airport, https://mesonet.agron.iastate.edu/sites/windrose.phtml?station=MEM&network=TN_ASOS.

**Figure 3: Wind Rose for Memphis International Airport**




40. The wind rose shows that winds most commonly blow *from* the quadrant spanning southwest-south-southeast *toward* the quadrant spanning northwest-north-northeast. As was shown in Figure 2, 6 of the 7 monitors are situated in this quadrant that is commonly downwind of Southaven.

41. I retrieved data from each of these monitors going back to January 1, 2020. Since the first mobile unit began operating on or near August 1, 2025,[19] I separated the monitoring data to evaluate the time period through July 31, 2025 (prior to mobile units operating) and since August 1, 2025 (since the mobile units began operating).

42. The local air quality monitoring data for $NO_2$ are shown in the following table. For reference, I also list the NAAQS associated with that particular averaging period.

**Table 3: Air Quality Monitoring Data – $NO_2$**

| Avg Period | AQS ID | City | Before Mobile Units | | | Since Mobile Units | | | NAAQS |
|---|---|---|---|---|---|---|---|---|---|
| | | | No. of Data Points | Notable Concentration | | No. of Data Points | Notable Concentration | | |
| 1-Hour | 47-157-0100 | Memphis | 31,783 | 52.2 | ppb (highest single hour) | 2,874 | 31.4 | ppb (highest single hour) | 100 ppb |
| | 05-035-0005 | Marion | 43,767 | 57.2 | ppb (highest single hour) | 5,570 | 51.7 | ppb (highest single hour) | |
| Annual | 47-157-0100 | Memphis | 31,783 | 9.08 | ppb (average, all hours) | 2,874 | 8.63 | ppb (average, all hours) | 53 ppb |
| | 05-035-0005 | Marion | 43,767 | 6.00 | ppb (average, all hours) | 5,570 | 7.14 | ppb (average, all hours) | |

43. As shown in Table 3, the highest single 1-hour $NO_2$ concentration measured at either of these 2 monitors since 2020 is 57.2 parts per billion (ppb), which is well below the 1-hour NAAQS of 100 ppb. The highest 1-hour concentrations were observed at both monitors before the mobile units began operating.

44. As shown in Table 3, the long-term average $NO_2$ concentrations measured at these 2 monitors since 2020 are approximately 6 to 9 ppb, which is less than 20% of the annual NAAQS (both primary and secondary) of 53 ppb. While the mobile units have not been online for an entire year, the long-term average $NO_2$ concentrations observed at these monitors since August 2025 fall within that 6- to 9-ppb range.

[19] *See* MZX Tech LLC Temporary Turbine List, dated June 11, 2026.

45. The local air quality monitoring data for $PM_{2.5}$ are shown in the following table. For reference, I also list the NAAQS associated with that particular averaging period.

**Table 4: Air Quality Monitoring Data – $PM_{2.5}$**

| **Avg Period** | **AQS ID** | **City** | **Before Mobile Units** | | | **Since Mobile Units** | | | **NAAQS** |
|---|---|---|---|---|---|---|---|---|---|
| | | | No. of Data Points | Notable Concentration | | No. of Data Points | Notable Concentration | | |
| 24-Hour | 28-033-0002 | Hernando | 1,970 | 42.9 | $\mu g/m^3$ (highest single day) | 260 | 24.6 | $\mu g/m^3$ (highest single day) | 35 $\mu g/m^3$ (98th percentile, averaged over 3 years) |
| | 47-157-0024 | Memphis | 416 | 25.3 | $\mu g/m^3$ (highest single day) | 21 | 14.2 | $\mu g/m^3$ (highest single day) | |
| | 47-157-0100 | Memphis | 797 | 28.5 | $\mu g/m^3$ (highest single day) | 48 | 15.8 | $\mu g/m^3$ (highest single day) | |
| | 47-157-0075 | Memphis | 1,147 | 30.1 | $\mu g/m^3$ (highest single day) | 147 | 20.1 | $\mu g/m^3$ (highest single day) | |
| | 05-035-0005 | Marion | 673 | 33.9 | $\mu g/m^3$ (highest single day) | 81 | 24.6 | $\mu g/m^3$ (highest single day) | |
| Annual | 28-033-0002 | Hernando | 79,942 | 8.4 | $\mu g/m^3$ (avg, all hours) | 6,204 | 7.9 | $\mu g/m^3$ (avg, all hours) | 9 $\mu g/m^3$ (primary); 15 $\mu g/m^3$ (secondary) |
| | 47-157-0024 | Memphis | 474 | 8.0 | $\mu g/m^3$ (avg, all hours) | 22 | 8.5 | $\mu g/m^3$ (avg, all hours) | |
| | 47-157-0100 | Memphis | 17,233 | 8.6 | $\mu g/m^3$ (avg, all hours) | 48 | 8.0 | $\mu g/m^3$ (avg, all hours) | |
| | 47-157-0075 | Memphis | 37,812 | 7.9 | $\mu g/m^3$ (avg, all hours) | 3,419 | 8.7 | $\mu g/m^3$ (avg, all hours) | |
| | 05-035-0005 | Marion | 673 | 8.0 | $\mu g/m^3$ (avg, all hours) | 81 | 8.7 | $\mu g/m^3$ (avg, all hours) | |

46. As shown in Table 4, the absolute maximum 24-hour $PM_{2.5}$ concentrations measured at these 5 monitors since 2020 but prior to the mobile units operating ranged from 25 to 43 micrograms per cubic meter ($\mu g/m^3$). Since commencing operation of mobile units, the maximum 24-hour $PM_{2.5}$ concentrations have not exceeded 25 $\mu g/m^3$. Note that the 24-hour $PM_{2.5}$ NAAQS of 35 $\mu g/m^3$ is not based on the maximum 24-hour concentration for a single year, but rather the 3-year average of the 98th percentile, meaning that the 8th highest 24-hour average concentrations must be averaged together over a 3-year span with the result compared to the NAAQS to determine whether an exceedance may have occurred. Therefore, the observation of a

24-hour $PM_{2.5}$ concentration of 42.9 µg/m³ at the Hernando monitor does not mean that the area does not meet the NAAQS.

47. As shown in Table 4, the long-term average $PM_{2.5}$ concentrations measured at these 5 monitors since 2020 satisfy both the primary NAAQS (9 µg/m³) and the secondary NAAQS (15 µg/m³) for $PM_{2.5}$. Average $PM_{2.5}$ concentrations have decreased at 2 of the 5 monitors and have increased at the other 3, but all still satisfy the annual $PM_{2.5}$ NAAQS. The Hernando monitor, located south of Southaven and more frequently downwind of Southaven during the wintertime when the winds more frequently blow north-to-south, is one of the 2 monitors that observed a decrease in long-term $PM_{2.5}$ concentrations. Since the mobile units began coming online in August 2025, they operated during the winter months and would have been more frequently upwind of the Hernando monitor.

48. For ozone, the NAAQS is based on the three-year average of the fourth highest 8-hour average in each of the three years. Specifically, the maximum 8-hour average is computed for each day, and then the 4th highest daily maximum 8-hour average concentration is determined for a calendar year. The average of these 4th highest daily maximum 8-hour average concentrations for 3 consecutive years—referred to as the "design value"—must be compared to the primary and secondary ozone NAAQS, both of which are set at 0.070 parts per million (ppm).[20]

49. The local air quality monitoring data for ozone are shown in the following table.

[20] See 40 CFR 50, Appendix U— Interpretation of the Primary and Secondary National Ambient Air Quality Standards for Ozone, https://www.ecfr.gov/current/title-40/chapter-I/subchapter-C/part-50/appendix-Appendix%20U%20to%20Part%2050.

| Table 5: Air Quality Monitoring Data – Ozone (4th Highest Daily Maximum 8-Hour Average, ppm) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AQS ID | City | Before Mobile Units | | | | | | | Since Mobile Units | | |
| | | No. of Data Points | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | No. of Data Points | 2025 | 2026 |
| 28-033-0002 | Hernando | 1,355 | 0.062 | 0.066 | 0.075 | 0.071 | 0.069 | 0.060 | 152 | 0.063 | 0.055 |
| 47-157-0075 | Memphis | 1,976 | 0.063 | 0.072 | 0.074 | 0.072 | 0.075 | 0.065 | 149 | 0.074 | -- |
| 47-157-0021 | Memphis | 1,316 | 0.061 | 0.067 | 0.069 | 0.071 | 0.074 | 0.061 | 88 | 0.066 | -- |
| 05-035-0005 | Marion | 2,037 | 0.069 | 0.073 | 0.072 | 0.074 | 0.072 | 0.061 | 242 | 0.066 | 0.051 |
| 47-157-1004 | Millington | 1,300 | 0.062 | 0.063 | 0.070 | 0.070 | 0.068 | 0.062 | 76 | 0.062 | -- |

50. The 4th highest daily maximum ozone concentrations prior to the mobile units operating ranged between 0.060 ppm to 0.075 ppm. Since commencing operation of the mobile units, the 5 monitors measured 4th highest daily maximum 8-hour average concentrations that are within or below that range. The monitor with the highest concentration is AQS ID 47-157-0075 (Memphis Shelby Farms NCore). This monitor, however, is not representative of the Southaven area. Per the Shelby County Health Department, "[t]he placement of the NCore site is east of the urban core and provides the best location for measuring transport and secondary pollutant formation from that area. The site is located downwind of most of the industrialized areas and major transportation arteries."[21] Noting from Figure 3 that the prevailing wind direction in the area is from the southern quadrant toward the northern quadrant, and noting that Southaven is located south (and generally upwind) of Memphis, the NCore monitor measures the air quality resulting from the urban Memphis area, including the contributions of elevated vehicular traffic. Because this monitor is downwind of an urban area, it is not representative of the conditions near suburban Southaven.

51. Although some exceedances of the ozone NAAQS occurred in the years prior to the mobile turbines being brought on site, the overall ozone concentration trend has been generally

[21] *See* Shelby County, 2026 Ambient Air Monitoring Network Plan, Shelby County Health Department Air Pollution Control Program Including the Metropolitan Statistical Area (Memphis, TN-MS-AR), (May 22, 2026).

downward. Air quality monitoring data at representative monitors after the mobile units began operating show that the air in the region is safe and attains federal air quality standards.

52. The mobile units have not been required to secure a preconstruction permit for the air emissions resulting from their operation. Air permits are intended to evaluate the potential emissions from a proposed source and to ensure that proper control technologies are being implemented and that the air quality will be protected despite the additional emissions being authorized. This is commonly done by calculating the PTE from the proposed operations, entering those emissions into a computerized air dispersion model, and then comparing the predicted maximum possible model output concentration against a regulatory standard (e.g., NAAQS) or some other regulatory level (e.g., Effects Screening Levels, or ESLs, listed by the Texas Commission on Environmental Quality, or TCEQ[22]).

53. Although an air permit has not been required, I undertook the steps that would be taken if the subject site would have been required to secure an air permit. Using EPA's preferred/recommended air dispersion model AERMOD (v24142),[23] I entered the PTE emissions calculated in Table 1, applying them to each turbine as located on a plot plan. Using 5 years of surface-based meteorological data from Memphis International Airport (Station ID 13893) and upper air data from Little Rock/Adams Field (Station ID 72340), I modeled the maximum possible air quality impacts resulting from the operation of the 60 mobile units at the subject site. The results are presented in the following table.

[22] *See* TCEQ, Toxicology, About Effects Screening Levels (ESLs), https://www.tceq.texas.gov/toxicology/esl.

[23] *See* Guideline on Air Quality Models, 40 CFR Part 51, Appendix W (November 2024). 89 Federal Register 95034.

| Table 6: Air Dispersion Modeling Results | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Com-pound** | **Avg Period** | **Model Result** | **Background** | | **Total** | **Standard** | | **Permissible?** | |
| | | (µg/m³) | (µg/m³) | Monitor[a] | (µg/m³) | (µg/m³) | Reference | Y/N? | Why? |
| $NO_2$ | 1-Hr | 86.42[b] (H8H) | 62.04 | Marion | 148.46 | 188 | NAAQS | Yes | Model + Monitor at/below NAAQS; site insignificant at NAAQS exceedances[c] |
| | Annual | 6.13 | 16.92 | Memphis | 23.05 | 100 | NAAQS | Yes | Model + Monitor at/below NAAQS |
| CO | 1-Hr | 493.86 | -- | -- | -- | 2,000 | Significant Impact Level | Yes | Insignificant Impact |
| | 8-Hr | 126.24 | -- | -- | -- | 500 | Significant Impact Level | Yes | Insignificant Impact |
| $SO_2$ | 1-Hr | 14.99 | 3.92 | Memphis | 18.91 | 196 | NAAQS | Yes | Model + Monitor at/below NAAQS |
| | 3-Hr | 5.00 | -- | -- | -- | 25 | Significant Impact Level | Yes | Insignificant Impact |
| | 24-Hr | 1.44 | -- | -- | -- | 5 | Significant Impact Level | Yes | Insignificant Impact |
| | Annual | 0.19 | -- | -- | -- | 1 | Significant Impact Level | Yes | Insignificant Impact |
| $PM_{10}$ | 24-Hr | 3.37 | -- | -- | -- | 5 | Significant Impact Level | Yes | Insignificant Impact |
| | Annual | 0.43 | -- | -- | -- | 1 | Significant Impact Level | Yes | Insignificant Impact |
| $PM_{2.5}$ | 24-Hr | 1.95 (H8H) | 17 | Memphis | 20.37 | 35 | NAAQS | Yes | Model + Monitor at/below NAAQS |
| | Annual | 0.43 | 8.2 | Memphis | 8.63 | 9 | NAAQS | Yes | Model + Monitor at/below NAAQS |
| Formal-dehyde | 1-Hr | 3.20 | -- | -- | -- | 15 | TCEQ Effects Screening Level | Yes | Below ESL; no Tox review |
| | Annual | 0.04 | -- | -- | -- | 3.3 | TCEQ Effects Screening Level | Yes | Below ESL; no Tox review |
| Toluene | 1-Hr | 0.07 | -- | -- | -- | 4,500 | TCEQ Effects Screening Level | Yes | Below ESL; no Tox review |
| | Annual | 0.0009 | -- | -- | -- | 1,200 | TCEQ Effects Screening Level | Yes | Below ESL; no Tox review |

*[a] - For $NO_2$, AQS ID 05-035-0005 (LH Polk and Colonial Drive in Marion, Arkansas) was used. For $SO_2$, AQS ID 47-157-0075 (Shelby Farms NCore) is the only $SO_2$ monitor in the local Core-Based Statistical Area (CBSA). For $PM_{2.5}$, AQS ID 47-157-0100 (near-road monitor at Southwest Tennessee Community College in Memphis) was used.*
*[b] – The $NO_2$ 1-hour concentration listed is the 98th percentile of the 1-hour daily maximum concentration, consistent with the NAAQS, from mobile units only. This is the highest 8th high, or H8H. Higher concentrations were modeled elsewhere, but near offsite sources and at times and locations where the mobile units' contribution was insignificant.*
*[c] – There are 2 receptors over 25 miles north of the subject site and near the Covoro Mining Solutions sources that each have a single hour where the modeled contribution from all sources plus the background monitoring concentration exceed the NAAQS and the subject site has a contribution slightly above the SIL. These two results are 188.2 and 189.9 µg/m³, just barely over the 188-µg/m³ NAAQS. The total $NO_X$ emissions from the 12 Covoro*

*sources in the point source database add up to 4,232 tpy. According to their Title V Permit*[24]*, Covoro is authorized to emit 1,086 tpy* $NO_X$*. The emissions in the point source database are* ***overestimated by a factor of four****. In my professional opinion, if the database were corrected to reflect the correct emissions from the site, the contribution of offsite sources would decrease dramatically from the approximately 120 µg/m³ modeled, and these two isolated NAAQS exceedances that are within ~1% of the NAAQS would no longer be modeled at these receptors.*

54. Before discussing these results in detail in subsequent paragraphs, I emphasize that **the modeled concentrations listed in the above table are neither actual impacts nor are they expected impacts**. Rather, they are highly conservative results of computer modeling that assumes worst-case emissions of each unit operated at maximum capacity at its maximum emission rate. Models like AERMOD are commonly deployed as a key part of the air quality permitting process, whereby proposed industrial sources are often required to assess prospective impacts of their emissions to ensure that their proposed operations will not cause or contribute to a violation of an air quality standard. Such modeling is designed to determine the highest possible impacts, so it typically includes a conservative worst-case scenario when operations are at their peak. This is done so that even if the potential worst-case scenario is permissible (i.e., predicted to meet the relevant and applicable standards), then the actual realistic operating scenario would by extension be permitted since it would yield an even lower impact than what was already demonstrated to be safe and acceptable. As such, the modeling results presented here reflect a high-water mark or maximum possible impact; actual impacts would in all likelihood be lower.

55. For most compounds and averaging periods (1-hour CO, 8-hour CO, 3-hour $SO_2$, 24-hour $SO_2$, annual $SO_2$, 24-hour $PM_{10}$, and annual $PM_{10}$), maximum modeled impacts were below the EPA's respective Significant Impact Level (SIL) and are therefore deemed insignificant, no further modeling review would be required, and an air permit could be issued. EPA developed

[24] *See* Title V Permit 00097-PAI-082222 (Public Version - 01TV Renewal & Mod.), Covoro Mining Solutions, LLC, (December 2024), https://www.epa.gov/system/files/documents/2025-02/00097-pae-052824-public-version-01tv-amendments.pdf.

the SILs using statistical theory and methods to model the intrinsic variability of emissions and meteorology controlling transport and formation of pollutants. The SILs reflect a level of change in ambient concentrations that is acceptably similar to the measured ambient concentrations, thereby representing a statistically insignificant change in air quality.

56. For formaldehyde and toluene, these compounds do not have compound-specific NAAQS. While Mississippi does not have any state-specific requirements for compounds like formaldehyde and toluene, the State of Texas has developed and listed toxicological Effects Screening Levels (ESLs) for over 7,000 compounds, including formaldehyde and toluene. I listed both the short-term (1-hour) and long-term (annual) ESLs in Table 6. For both compounds and both averaging periods, maximum modeled impacts were below the respective ESL. In Texas, if modeled emissions are below the ESL, then no further modeling or toxicological review would be required.

57. For some compounds and averaging periods (1-hour $SO_2$, 24-hour $PM_{2.5}$, and annual $PM_{2.5}$), maximum modeled impacts were above the EPA's SIL and therefore would be required to be evaluated in combination with background monitoring to see if the combined impacts would satisfy the NAAQS. Using the EPA's 2025 Design Value Interactive Tool,[25] I obtained valid background concentration from ambient air quality monitors in Memphis, Tennessee, and included them in the table above. For these compounds and averaging periods, the sum of the maximum modeled impact and the respective background concentration was still below the NAAQS, so an air permit could be issued.

[25] *See* US EPA, Air Quality Design Values, 2025 Design Value Interactive Tool, https://awsedap.epa.gov/public/single/?appid=3dbf71f9-b3ee-4699-b976-d948b9f98e73&sheet=6564b795-974d-4406-903a-d8f34099d3a5&theme=colorStylerTheme&opt=ctxmenu,currsel&identity=preview.

58. For $NO_2$ (both 1-hour and annual averaging periods), the maximum modeled impacts were also above the EPA's SIL and therefore would be required to be evaluated in combination with background monitoring to see if the combined impacts would satisfy the NAAQS. Additionally, I included offsite $NO_2$ sources in the model, utilizing a database of sources included in a recent air permit application for MZX Tech LLC[26] submitted to MDEQ. To calculate the subset of $NO_X$ that is $NO_2$, I incorporated the default AERMOD Ambient Ratio Method (ARM2) option with default minimum (0.50) and maximum (0.90) ratios.[27] The mobile units are temporary and are each limited to run for only one year, but the air dispersion model simulates 5 years of operation and the NAAQS are often based on multi-year averages or calculations. Therefore, to not model the impossible situation of all mobile units running simultaneously for 5 years, I modeled units that came online in 2025 as only emitting from January 1 until the day before their commencement date (for example, July 31 for Unit 1, which commenced August 1), and I modeled units that came online in 2026 as only emitting from their online date through December 31. For receptors where the model-predicted concentrations from the onsite mobile units were above the SIL, the total modeled concentrations from both the mobile units and offsite sources *plus* the background concentration all satisfied the NAAQS. While the model did predict some concentrations in excess of the NAAQS, those occurred at receptors far from the subject site and the contributions from the mobile units were below the SIL at those times and locations. In a situation like this, where a NAAQS exceedance is modeled but clearly being caused by offsite sources, the modeling is deemed acceptable and the permit can be issued.

[26] *See* PSD Permit Application, Volume II – Modeling Report, MZX Tech LLC, prepared by Trinity Consultants (December 2025), Table C.6.

[27] *See* US EPA, User's Guide for the AMS EPA Regulatory Model (AERMOD), EPA-454/B-24-007 (November 2024), Section 3.3.6.3.

59. Acknowledging that the mobile units are not required to obtain an air permit, the results of air dispersion modeling considering the PTE of these mobile units all satisfy the requirements that would be imposed during the air permitting process. In other words, the operation of the mobile units at the subject site would be permissible.

60. In summary, the air quality in the area is not being irreparably harmed by the mobile units at the subject site. Representative local air quality monitors have not observed notable increases in concentrations since the mobile units began operating, and all are measuring concentrations that satisfy federally promulgated NAAQS that are established to be protective of public health and welfare. Though an air permit is not required of the mobile units, air dispersion modeling of emissions from the site would satisfy relevant regulatory requirements and would be permissible.

I declare under penalty of perjury that everything I have stated in this document is true and correct. Executed this 15th day of June, 2026.

Roberto Gasparini

**Attachment 1**

**Curriculum Vitae**

# Roberto Gasparini, PhD, CCM

Senior Principal

T: +1.713.657.5400
E: rgasparini@onterris.com

Roberto Gasparini is a Senior Principal with 25 years of experience in air quality consulting, environmental compliance, and atmospheric science. Since beginning his consulting career in 2005, he has supported clients and legal counsel with technical evaluations, environmental auditing, due diligence, enforcement negotiations, litigation support, and expert witness testimony. His areas of expertise include air permitting, regulatory applicability assessments, air dispersion modeling, emissions inventories, compliance reporting, and environmental auditing for industrial, oil and gas, manufacturing, terminal, and food production facilities. Roberto has led permitting efforts across multiple states for PBR, NSR, NNSR, Title V, and other air authorizations, and has developed streamlined approaches for complex modeling and emissions analysis.

## Education

PhD | Atmospheric Sciences | Texas A&M University | 2005

MS | Atmospheric Sciences | Texas A&M University | 2002

BS | Meteorology | Texas A&M University | 1999

## Professional Affiliations, Licenses, and Certifications

Certified Consulting Meteorologist (CCM) | American Meteorological Society | No. 741

Member | American Meteorological Society

Member | Air & Waste Management Association

## Project Experience

### Legal and Enforcement Support

**Power Generation | Expert Witness on Dispersion of Air Emissions | Pennsylvania**
Provided an expert report on behalf of a power generation facility in Pennsylvania subject to litigation related to the dispersion of air emissions that led to the denial of a motion for class certification. Report was directly quoted in the judge’s final order.

**Solid Waste Landfill | Expert Witness on Dispersion of Air Emissions | Pennsylvania**
Testified as an expert witness on behalf of a solid waste landfill in Pennsylvania subject to class action litigation. Work included an expert report, a rebuttal report of plaintiff's expert, and supplemental expert reports.

**Industrial Sites | Expert Witness on Dispersion of Air Emissions | Nationwide (FL, IL, ME, NJ, PA)**
Testified as an expert witness on behalf of several nationwide industrial sites that were targeted in class action litigation. Wrote expert reports and had depositions taken.



© 2026 Onterris, Inc.

**Oil and Gas Company | Expert Witness on Air Permitting | New Mexico**
Testified as an expert witness on behalf of an oil and gas gathering facility regarding air permitting, associated modeling, and environmental justice issues in a public hearing in New Mexico. Testimony was cited in hearing officer's report and recommended final order, where the permit was issued.

**Zinc Smelter | Expert Witness on Dispersion of Air Emissions | Oklahoma**
Deposed and testified as an expert witness in Federal Court for air dispersion modeling in a financial claim related to historical impacts from zinc smelting operations at an EPA Superfund site. Client won a judgement of over $14 million USD.

**Industrial Sites | Expert Witness on Air Permitting and Air Dispersion Modeling | Texas**
Deposed and testified as an expert witness before the Texas State Office of Administrative Hearings numerous times, including (1) the only defeat of a concrete batch plant standard permit in Texas and (2) the modeling conducted for a PSD permit that would authorize a major petroleum coke-fired power plant.

**Energy Company | Expert Witness on Air Dispersion Modeling | Texas**
Testified as an expert witness in a Travis County District Court for air dispersion modeling for a permit that would authorize a major petroleum coke-fired power plant.

**Refinery | Consulting Expert for an Air Permit Application | Texas**
Provided consulting expert support to counsel for a refinery involved in a contentious contested case hearing over a New Source Review permit application.

**Coffee Roasting Plant | Air Permit Amendment Application | Texas**
Compiled and submitted an air permit amendment application that was central to an indemnity claim against the facility's previous owner while working with that facility's staff and both their internal & external counsel.

## Air Dispersion Modeling and Impact Analyses

**Air Dispersion Modeling from Emissions Events and Impact Analyses**
Modeled impacts from emissions events (e.g., accidental releases at a refinery, explosions at a chemical plant) in the context of enforcement proceedings.

**Air Dispersion Modeling at Terminals**
Conducted air dispersion modeling for Tank-For-Hire Chemical/Petroleum Storage Terminals to evaluate permissibility of projects.

**Proprietary Process Model Outputs to Increase Efficiencies**
Developed proprietary computer programs to process model output for numerous facilities to make demonstrations to regulators without having to conduct countless modeling runs.

**Nuances for Air Dispersion Modeling and Impact Analyses**
Addressed site-specific nuances such as Single Property Line Designations.

**Modeling for APARs**
Conducted groundwater modeling to evaluate the potential for measured concentrations of contaminants at the surface to attenuate to the groundwater below that was included in Affected Property Assessment Reports (APARs).

## Environmental Auditing

**Storage Terminals | Air Quality Audits**
Conducted several air quality audits at for-hire storage terminals covering state and federal regulations, including coordinating complementary water and waste audits.


© 2026 Onterris, Inc.

**Refinery | Third-Party Compliance Audit | US Virgin Islands**
Qualified by EPA and led an independent third-party environmental compliance audit at a refinery in EPA Region 2.

**Chemical Facility | Air Permit in Response to Audit | Texas**
Secured an air permit for a Texas chemical facility as a corrective action to an audit that had been going on for years when previous consultant had been unable to do so.

**Chemical Plant | Audit Management | Texas**
Managed an audit at a complex chemical plant in Texas and generated disclosures, determined corrective actions, and managed chemical process simulations.

**Oil and Gas Site | Environmental Audit Management | Oklahoma**
Oversaw an audit of air emissions from 60+ oil and gas sites in Oklahoma along with the associated self-disclosure to the Oklahoma Dept. on Env. Quality (ODEQ).

**Addressed Corrective Actions Resulting from Audits | Texas**
Satisfied deficiencies identified during audits conducted under the State of Texas EHS Audit Privilege Act while working with several facilities' legal counsel.

## Air Permitting

**Storage Terminals Air Permitting | Texas**
Obtained and updated authorizations for multiple for-hire storage terminals, including providing strategy ahead of the project, compiling the necessary documentation, and securing the ultimate approval, in both nonattainment and attainment areas.

**Onshore Crude Terminal Air Permitting | Texas**
Strategized, secured, and modified the authorization for an onshore crude terminal in an ozone nonattainment area in Texas associated with a deepwater marine loading operation.

**NSR Air Permit/Amendment/Title V Operating Permit Applications | Nationwide**
Prepared NSR air permit/amendment/Title V operating permit applications for various chemical, agricultural, aggregate handling, and manufacturing facilities across the US.

**Barge Cleaning and Repair Facility | Air Permitting Management | Texas**
Directed all air permitting matters for a Barge Cleaning and Repair Facility, including: managing and updating state (NSR) and federal (CAA Title V) permits, conducting air emissions recordkeeping (including annual air emissions inventory), fulfilling state and federal reporting obligations including semi-annual Title 40 Code of Federal Regulations (40 CFR) 63 MACT reports, ensuring compliance with applicable environmental regulations including onsite inspections and training, support during regulatory investigations, and Notice of Violation/Enforcement-related matters.

**PBRs and Recordkeeping Summaries | Texas**
Evaluated and prepared a variety of PBRs as well as Title 30 Texas Administrative Code (30 TAC) §106.8 recordkeeping summaries for various chemical, agricultural, aggregate handling, and manufacturing facilities.

## Compliance and Reporting

**Air EI Submissions | Texas**
Prepared Air EI submissions for a university physical plant, a carbon black manufacturer, a cement plant, a municipal wastewater treatment plant, electricity generators, and chemical facilities in Texas. Preparation included automation of calculation spreadsheets to generate real examples for supporting documentation.


© 2026 Onterris, Inc.

**Compliance and Reporting**

Conducted special projects for Tank-For-Hire Chemical/Petroleum Storage Terminals, including Pollution Control Property Tax Relief applications, air emissions sampling, and spreadsheet development for compliance and marketing evaluations.

**Multiple USEPA Risk Management Plans**

Developed multiple United States Environmental Protection Agency (EPA) Risk Management Plans, including conducting 5-year updates, 5-year hazard reviews, 3-year compliance audits, and additional updates as necessary based on changes in chemical inventory.

**MACT and SOP Compliance and Reporting**

Prepared and assisted in the preparation of MACT, as well as Site Operating Permit (SOP) semiannual compliance and deviation reporting for several chemical facilities, including the development of a comprehensive compliance evaluation checklist to identify compliance with permits, as well as state and federal regulations.

## Publications and Presentations

### Presentations

"Where Perception and Proof Intersect: Quantifying the Qualitative in Odor Nuisance Enforcement", Air & Waste Management Association (A&WMA) Odor Management Conference, May 2026. Panel discussion with Megan Brillault (Beveridge & Diamond), Megan Morgan (Beveridge & Diamond), and Richard Pleus (Intertox).

"Air Quality Issues in Oil and Gas Transactions: Beyond Due Diligence", The Foundation for Natural Resources and Energy Law (FNREL) Special Institute on the Air Quality Regulation of the Oil & Gas Industry, March 2026.

"Anticipating & Preventing Odor and Toxic Exposure Litigation", WasteExpo, May 2025. Panel discussion with Michael Mims (Liskow & Lewis), John Paul (Beveridge & Diamond), and Tom Ramsey (Geosyntec).

"PM2.5 Monitoring: 2024 Data, Trends, Exceptional Events, & Calcasieu Parish", A&WMA Southwest Louisiana Chapter Spring Conference, February 2025.

"PM2.5: How Can We Fix This?", A&WMA Louisiana Section Annual Conference, October 2024.

"PM2.5 Science Background and Regulatory Landscape", Texas Chemical Council (TCC)/Louisiana Chemical Association (LCA) 35th Annual Environmental, Health, & Safety Seminar, June 2024.

"Environmental Litigation and Trends Update", Saul Ewing Biennial CLE Symposium: Energy & the Environment, March 2024. Panel discussion with Adam Goldberg (Langan Engineering & Environmental Services) and Melissa Clarke (Saul Ewing).

"PM2.5 Science Background and Regulatory Landscape", A&WMA Louisiana Section Annual Conference, October 2023.

"PM2.5 Overview, Greater Houston Partnership", Energy & Sustainability Committee Meeting, July 2023.

"Environmental Justice & Sustainability: Overview, Guidance, Trends, and Implications", Texas Chemical Council (TCC)/Louisiana Chemical Association (LCA) 35th Annual Environmental, Health, & Safety Seminar, June 2023.

"What Can We Use from The Guideline on Air Quality Models When Conducting Historical Air Dispersion Modeling Studies?", A&WMA Guideline on Air Quality Models Conference, March 2019.

"Nonattainment Issues in Other Exploration & Production Areas", Colorado Oil & Gas Association (COGA) Air Summit, October 2018.


© 2026 Onterris, Inc.

Environmental Due Diligence: Five Questions Every Terminal Company Should Be Asking", International Liquid Terminals Association (ILTA) 38th Annual International Operating Conference & Trade Show, June 2018. Joint presentation with Cory Thornton, Crain Caton & James, PC.

"Environmental Due Diligence: Answering the 5 Main Questions", A&WMA Gulf Coast Chapter Monthly Luncheon, June 2018. Joint presentation with Cory Thornton, Crain Caton & James, PC.

"Environmental Due Diligence: Answering the 5 Main Questions", Texas Association of Environmental Professionals (TAEP) Environmental Challenges and Innovations Conference, October 2017. Joint presentation with Cory Thornton, Crain Caton & James, PC.

"Successfully Navigating Common Pitfalls in RMP Audits and Inspections", Texas Chemical Council (TCC)/Louisiana Chemical Association (LCA) 29th Annual Environmental, Health, & Safety Seminar, June 2016.

"The Environmental Path of Least Resistance: Successfully Permitting New Projects", International Liquid Terminals Association (ILTA) 36th Annual International Operating Conference & Trade Show, May 2016.

## Publications

Gasparini, R., D. R. Collins, E. Andrews, P. J. Sheridan, J. A. Ogren, and J. G. Hudson (2006), "Coupling aerosol size distributions and size-resolved hygroscopicity to predict humidity-dependent optical properties and cloud condensation nuclei spectra", Journal of Geophysical Research – Atmospheres, 111, D05S13, doi:10.1029/2005JD006092.

Gasparini, R., R. Li, D. R. Collins, R. A. Ferrare, and V. G. Brackett (2006), "Application of aerosol hygroscopicity measured at the Atmospheric Radiation Measurement Program's Southern Great Plains site to examine composition and evolution", Journal of Geophysical Research – Atmospheres, 111, D05S12, doi:10.1029/2004JD005448.

Wang, J., D. R. Collins, D. Covert, R. Elleman, R. A. Ferrare, R. Gasparini, H. H. Jonsson, J. A. Ogren, P. J. Sheridan, and S.-C. Tsay (2006), "Temporal variation of aerosol properties at a rural continental site and study of aerosol evolution through growth law analysis", Journal of Geophysical Research – Atmospheres, 111, D18203, doi:10.1029/2005JD006704.

Andrews, E., P. J. Sheridan, M. Fiebig, A. McComiskey, J. A. Ogren, P. Arnott, D. Covert, R. Elleman, R. Gasparini, D. R. Collins, H. Jonsson, B. Schmid, and J. Wang (2006), "Comparison of methods for deriving aerosol asymmetry parameter", Journal of Geophysical Research – Atmospheres, 111, D05S04, doi:10.1029/2004JD005734.

Rissman, T. A., T. M. VanReken, J. Wang, R. Gasparini, D. R. Collins, H. H. Jonsson, F. J. Brechtel, R. C. Flagan, and J. H. Seinfeld (2006), "Characterization of ambient aerosol from measurements of cloud condensation nuclei (CCN) during the 2003 Atmospheric Radiation Measurement (ARM) Aerosol Intensive Observational Period (IOP) at the Southern Great Plains (SGP) site in Oklahoma", Journal of Geophysical Research – Atmospheres, 111, D05S11, doi:10.1029/2004JD005695.

Gasparini, R., R. Li, and D. R. Collins (2004), "Integration of size distributions and size-resolved hygroscopicity measured during the Houston Supersite for compositional categorization of the aerosol", Atmospheric Environment, 38(20), 3285-3303.

Santarpia, J. L., R. Gasparini, R. Li, and D. R. Collins (2004), "Diurnal variations in the hygroscopic growth cycles of ambient aerosol populations", Journal of Geophysical Research – Atmospheres, 110, D03206, doi:10.1029/2004JD005279.

Lawrence, J. R., S. D. Gedzelman, D. Dexheimer, H. K. Cho, G. Carrie, R. Gasparini, C. Anderson, K. P. Bowman, and M. I. Biggerstaff (2004), "Stable isotopic composition of water vapor in the tropics", Journal of Geophysical Research – Atmospheres, 109, D06115, doi:10.1029/2003JD004046.


© 2026 Onterris, Inc.

**Attachment 2:**

**List of Testimony Within Last 4 Years**

| Year | Case/Venue Information | Action |
|---|---|---|
| 2025 | Kimberly Bond, et al., v. Solvay Specialty Polymers USA, LLC, et al.<br>Civil Action No. 1:20-cv-08487-ESK-AMD<br>Theresa Slusser, et al., v. Solvay Specialty Polymers USA, LLC, et al.<br>Civil Action No. 1:20-cv-11393-ESK-AMD<br>Tammy O'Leary, et al., v. Solvay Specialty Polymers USA, LLC, et al.<br>Civil Action No. 1:21-cv-00217-ESK-AMD<br>Carly Corrar, et al., v. Solvay Specialty Polymers USA, LLC, et al.<br>Civil Action No. 1:21-cv-00452-ESK-AMD<br>Shirley Bond, et al., v. Solvay Specialty Polymers USA, LLC, et al.<br>Civil Action No. 1:21-cv-11203-ESK-AMD<br>Nicole Bond, et al., v. Solvay Specialty Polymers USA, LLC, et al.<br>Civil Action No. 1:21-cv-20755-ESK-AMD<br>Kimberly Bond, et al., v. Solvay Specialty Polymers USA, LLC, et al.<br>Civil Action No. 1:22-cv-01115-ESK-AMD<br>(US District Court for the District of New Jersey) | Deposed |
| 2025 | Rasol Dela Cruz and Carrie Oberts, on behalf of themselves and all others similarly situated v. Smithfield Packaged Meats Corp.<br>Case No. 1:23-cv-17032<br>(US District Court for the Northern District of Illinois, Eastern Division) | Deposed |
| 2024 | Jenny Wright, Natalie Soud, and James Cobb, on behalf of themselves and all others similarly situated v. IFF Chemical Holdings, Inc.<br>Case No. 16-2022-CA-000478<br>(Circuit Court for the Fourth Judicial Circuit In and For Duval County, Florida) | Deposed |
| 2024 | Walter Demmons and Kirk Ramsey, on behalf of themselves and all others similarly situated v. ND OTM LLC<br>Case No. 1:22-cv-00305-NT<br>(US District Court for the District of Maine) | Deposed |
| 2024 | Estate of Kenneth M. Thompson<br>Cause No. CC-P202124484<br>(County Court at Law No. 1, Johnson County, Texas) | Testified |
| 2022 | Luther Bond & David Flyte, et al. v. Waste Management of Pennsylvania, Inc. and Grand Central Sanitary Landfill, Inc.<br>Case No. C-48-CV-2019-02017, consolidated with C-48-CV-2019-00978<br>(Court of Common Pleas of Northampton County, Pennsylvania) | Testified |
| 2022 | Lester Antoine, et al. v. Norfolk Southern Railway Company, Celanese LTD, et al.<br>Case Nos. 00-54887, 01-51516, 01-52850, 01-53080, 01-53291, 01-53371, 01-53372, 01-53373, 01-53402, 01-53447, & 01-53485<br>(First City Court, City of New Orleans) | Testified |

**Attachment 3**

**Materials reviewed in the preparation of this declaration**

| Exhibit | Description |
| --- | --- |
| 3A | Layout of turbines at the Stanton Road site |
| 3B | Roster of mobile units at the Stanton Road site, including makes and models of the mobile units |
| 3C | A compilation of stack latitude-longitude coordinates for the mobile units |
| 3D | Emission calculations provided on behalf of MZX Tech LLC to the Mississippi Department of Environmental Quality |
| 3E | Technical specifications for the mobile units |
| 3F | Technical specifications for the selective catalytic reduction system used to control emissions |
| 3G | Satellite imagery of the site |
| 3H | Declarations submitted on behalf of the plaintiffs in this matter, including both original submissions from May 2026 and supplemental submissions from June 2026 |
| N/A | Publicly available information such as air quality monitoring data, regulatory standards, and toxicological information from federal, state, and local regulatory agencies (relevant references in body of declaration) |

**Gasparini Declaration Exhibit 3A**


Duke Site Map
W
S
N
E
FOXTROT
43 44 45 46 47 48 49 50 51 52 53 54 55 56 57 58 59 60
T42 T41 T40 T39 T38 T37 T36 T35 T34 T33 T32 T31 T30 T29 T28
TEMP EH5
TEMP EH6
PERM EH2
101 102 103 104 105 106 107 108
109 110 111 112 113 114 115 116 117
PERM EH1
201 202 203 204 205 206 207 208
209 210 211 212 213 214 215 216
301 302 303 304 305 306 307 308
CONTROL BUILDING
ALPHA
1 2 3 4 5 6 7 8 9
T1 T2 T3 T4 T5
T6 T7 T8 T9 T10 T11
10 11 12 13 14 15 16 17 18 19 20
BRAVO
TEMP EH1
TEMP EH2
CHARLIE
33 32 31 30 29 28 27 26 25 24 23 22 21
T18 T17 T16 T15 T14 T13 T12
TEMP EH4
DELTA
37 36 35 34
T22 T21 T20 T19
TEMP EH3
ECHO
42 41 40 39 38
T27 T26 T25 T24 T23

**Gasparini Declaration Exhibit 3B**

**MZX Tech LLC Temporary Turbine List**
June 12, 2026

| Unit | Unit Type | Control | Total Power Output | Date Added |
|---|---|---|---|---|
| 1 | SMT-130 | SCR | 13 | 8/1/2025 |
| 2 | SMT-130 | SCR | 13 | 8/1/2025 |
| 3 | SMT-130 | SCR | 13 | 8/1/2025 |
| 4 | SMT-130 | SCR | 13 | 8/18/2025 |
| 5 | SMT-130 | SCR | 13 | 8/19/2025 |
| 6 | SMT-130 | SCR | 13 | 8/20/2025 |
| 7 | SMT-130 | SCR | 13 | 8/21/2025 |
| 8 | Gen 8 TM2500 | Demin Water | 35 | 8/19/2025 |
| 9 | Gen 8 TM2500 | Demin Water | 35 | 8/23/2025 |
| 10 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 11 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 12 | Gen 6 TM2500 | Demin Water | 22 | 8/26/2025 |
| 13 | Gen 6 TM2500 | Demin Water | 22 | 8/26/2025 |
| 14 | Gen 6 TM2500 | Demin Water | 22 | 8/27/2025 |
| 15 | Gen 6 TM2500 | Demin Water | 22 | 8/28/2025 |
| 16 | Gen 7 TM2500 | Demin Water | 25 | 8/28/2025 |
| 17 | Gen 7 TM2500 | Demin Water | 25 | 8/29/2025 |
| 18 | Gen 8 TM2500 | Demin Water | 25 | 8/25/2025 |
| 19 | Gen 8 TM2500 | Demin Water | 25 | 12/18/2025 |
| 20 | Gen 7 TM2500 | Demin Water | 25 | 12/18/2025 |
| 21 | SMT-130 | SCR | 13 | 11/30/2025 |
| 22 | SMT-130 | SCR | 13 | 11/30/2025 |
| 23 | SMT-130 | SCR | 13 | 11/30/25 |
| 24 | SMT-130 | SCR | 13 | 12/3/2025 |
| 25 | SMT-130 | SCR | 13 | 12/5/2025 |
| 26 | SMT-130 | SCR | 13 | 12/7/2025 |
| 27 | SMT-130 | SCR | 13 | 1/6/2026 |
| 28 | Gen 8 TM2500 | Demin Water | 30 | 3/25/2026 |
| 29 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 30 | Gen 8 TM2500 | Demin Water | 30 | 4/3/2026 |
| 31 | Gen 8 TM2500 | Demin Water | 30 | 3/25/2026 |
| 32 | Gen 8 TM2500 | Demin Water | 30 | 4/27/2026 |

| Unit | Unit Type | Control | Total Power Output | Date Added |
|---|---|---|---|---|
| 33 | Gen 8 TM2500 | Demin Water | 30 | 3/27/2026 |
| 34 | Mitsubishi FT8 | Demin Water | 30 | 3/24/2026 |
| 35 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 36 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 37 | Mitsubishi FT8 | Demin Water | 30 | 3/25/2026 |
| 38 | Mitsubishi FT8 | Demin Water | 30 | 4/3/2026 |
| 39 | Mitsubishi FT8 | Demin Water | 30 | 4/3/2026 |
| 40 | Mitsubishi FT8 | Demin Water | 30 | 4/23/2026 |
| 41 | Mitsubishi FT8 | Demin Water | 30 | 4/23/2026 |
| 42 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 43 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 44 | Gen 4 TM2500 | Demin Water | 25 | 4/28/2026 |
| 45 | Gen 4 TM2500 | Demin Water | 20 | 5/1/2026 |
| 46 | Gen 4 TM2500 | Demin Water | 20 | 6/10/2026 |
| 47 | Gen 4 TM2500 | Demin Water | 20 | 5/1/2026 |
| 48 | Gen 8 TM2500 | Demin Water | 30 | 5/6/2026 |
| 49 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 50 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 51 | Gen 8 TM2500 | Demin Water | 30 | 5/2/2026 |
| 52 | Gen 8 TM2501 | Demin Water | 30 | 5/2/2026 |
| 53 | Gen 8 TM2502 | Demin Water | 30 | 5/2/2026 |
| 54 | Gen 6 TM2500 | Demin Water | 25 | 5/3/2026 |
| 55 | Gen 6 TM2500 | Demin Water | 25 | 6/9/2026 |
| 56 | Mitsubishi FT8 | Demin Water | 30 | 5/7/2026 |
| 57 | Mitsubishi FT8 | Demin Water | 30 | 5/6/2026 |
| 58 | Mitsubishi FT8 | Demin Water | 30 | 5/9/2026 |
| 59 | Mitsubishi FT8 | Demin Water | 30 | 5/9/2026 |
| 60 | Gen 6 TM2500 | Demin Water | 25 | 6/19/2026 |

**Gasparini Declaration Exhibit 3C**

| Unit Numbers | Latitude | Longitude |
|---|---|---|
| 1 | 34°58'53.77036"N | 90°02'19.71546"W |
| 2 | 34°58'54.13881"N | 90°02'19.69504"W |
| 3 | 34°58'54.53630"N | 90°02'19.68924"W |
| 4 | 34°58'54.93249"N | 90°02'19.68751"W |
| 5 | 34°58'55.32542"N | 90°02'19.68163"W |
| 6 | 34°58'55.69323"N | 90°02'19.68028"W |
| 7 | 34°58'56.05550"N | 90°02'19.69097"W |
| 8 | 34°58'56.57845"N | 90°02'19.65877"W |
| 9 | 34°58'57.02559"N | 90°02'19.57030"W |
| 10 | 34°58'53.71545"N | 90°02'16.20883"W |
| 11 | 34°58'54.01260"N | 90°02'16.18118"W |
| 12 | 34°58'54.29812"N | 90°02'16.17414"W |
| 13 | 34°58'54.60521"N | 90°02'16.18283"W |
| 14 | 34°58'54.88515"N | 90°02'16.17591"W |
| 15 | 34°58'55.19071"N | 90°02'16.17066"W |
| 16 | 34°58'55.47881"N | 90°02'16.15679"W |
| 17 | 34°58'55.77723"N | 90°02'16.15431"W |
| 18 | 34°58'56.10259"N | 90°02'16.02560"W |
| 19 | 34°58'56.51603"N | 90°02'16.02558"W |
| 20 | 34°58'56.90580"N | 90°02'16.15625"W |
| 21 | 34°58'57.04547"N | 90°02'15.02394"W |
| 22 | 34°58'56.50600"N | 90°02'15.03968"W |
| 23 | 34°58'55.95930"N | 90°02'15.03765"W |
| 24 | 34°58'55.15352"N | 90°02'15.17818"W |
| 25 | 34°58'54.74881"N | 90°02'15.21672"W |
| 26 | 34°58'54.32545"N | 90°02'15.08945"W |
| 27 | 34°58'53.78116"N | 90°02'15.07285"W |
| 28 | 34°58'53.05451"N | 90°02'15.20346"W |
| 29 | 34°58'52.63176"N | 90°02'14.98444"W |
| 30 | 34°58'52.21036"N | 90°02'15.20471"W |
| 31 | 34°58'51.79385"N | 90°02'15.28570"W |
| 32 | 34°58'51.53727"N | 90°02'15.27872"W |
| 33 | 34°58'51.28406"N | 90°02'15.28409"W |
| 34 | 34°58'49.56699"NN | 90°02'15.79929"W |
| 35 | 34°58'49.09655"NN | 90°02'15.82815"W |
| 36 | 34°58'48.65254"NN | 90°02'15.85456"W |
| 37 | 34°58'45.34673"NN | 90°02'14.22807"W |
| 38 | 34°58'44.89841"NN | 90°02'14.11906"W |
| 39 | 34°58'44.44204"NN | 90°02'14.01577"W |
| 40 | 34°58'44.00002"NN | 90°02'13.90327"W |
| 41 | 34°58'43.54474"NN | 90°02'13.79772"W |
| 42 | 34°59'02.11157"N | 90°02'32.60530"W |
| 43 | 34°59'02.00393"N | 90°02'31.72426"W |

| | | |
|---|---|---|
| 44 | 34°59'00.86311"N | 90°02'32.60751"W |
| 45 | 34°59'00.74397"N | 90°02'31.73102"W |
| 47 | 34°58'59.52834"N | 90°02'31.96716"W |
| 48 | 34°58'58.68483"N | 90°02'32.47594"W |
| 49 | 34°58'58.21266"N | 90°02'32.45985"W |
| 50 | 34°58'57.83887"N | 90°02'32.48168"W |
| 51 | 34°58'57.43309"N | 90°02'32.47190"W |
| 52 | 34°58'57.00811"N | 90°02'32.48425"W |
| 53 | 34°58'56.57021"N | 90°02'32.48627"W |
| 54 | 34°58'56.12590"N | 90°02'32.09681"W |
| 56 | 34°58'55.26321"N | 90°02'31.20372"W |
| 57 | 34°58'54.95400"N | 90°02'31.20501"W |
| 58 | 34°58'54.62949"N | 90°02'31.19610"W |
| 59 | 34°58'54.31310"N | 90°02'31.21360"W |

**Gasparini Declaration Exhibit 3D**

## SMT-130 Turbine (16480 kW)

Emission Unit:
Source Description: Solar SMT-130
Manufacturer: Solar Turbine
Model:
Type: Natural Gas

**Fuel Consumption @ Worst Case Hourly 20 °F**

| | | | |
|---|---|---|---|
| Net Output Power | 16,480 | kW | Manufacturer Rating |
| Fuel Heat Value | 1,054.60 | Btu/scf | Fuel Gas Analysis HHV |
| Fuel Rate | 2,926.00 | scfm | Manufacturer Specs |
| Heat Input | 185.15 | MMBtu/hr | |
| Hourly Fuel Rate | 175.56 | Mscf/hr | |
| Hours of Operation | 8,760 | hr/yr | |

**Fuel Consumption @ Annual Average 60 °F**

| | | | |
|---|---|---|---|
| Net Output Power | 14,974 | kW | Manufacturer Rating |
| Fuel Heat Value | 1,054.60 | Btu/scf | Fuel Gas Analysis HHV |
| Fuel Rate | 2,700.83 | scfm | Manufacturer Specs |
| Heat Input | 170.90 | MMBtu/hr | |
| Hourly Fuel Rate | 162.05 | Mscf/hr | |
| Hours of Operation | 8,760 | hr/yr | |
| Annual Fuel Rate | 1,419.56 | MMscf/yr | |

**Uncontrolled Emissions**

| | $NO_x$[2,3] | CO[2,3] | VOC[2,3,4] | $SO_2$[5] | $H_2SO_4$[5] | PM[6,7] | Formaldehyde[3,8] | Total HAPs | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Molecular Weight | 46.01 | 28.01 | 16.00 | | | | 30.03 | | lb/lbmol | VOC was conservatively set to the molecular weight of propane. |
| Emission Factors | 9.00 | 15.00 | 15.00 | | | | 0.091 | | ppm | Solar PIL 168 |
| | 0.034 | 0.034 | 0.020 | | | | 2.22E-04 | | lb/MMBtu | Calculated value[3] |
| | | | | | | 3.60E-04 | | | lb/MMBtu | Brewer et al |
| | | | | 0.01 | | | | | gr S/scf | Provided by client per MLGW |
| Emissions | 6.55 | 6.64 | 3.79 | 0.50 | 3.00E-04 | 0.07 | 0.04 | 0.07 | lb/hr | |
| | 25.20 | 25.57 | 14.61 | 2.20 | 1.31E-03 | 0.27 | 0.17 | 0.29 | tpy | |

**Controlled Emissions**

| | $NO_x$[3,8] | CO[3,8] | VOC[2,3,4] | $SO_2$[5] | $H_2SO_4$[5] | PM[6,7] | Formaldehyde[3,8] | Ammonia[3,9] | Total HAPs | Units | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Molecular Weight | 46.01 | 28.01 | 16.00 | | | | 30.03 | 17.03 | | lb/lbmol | VOC was conservatively set to the molecular weight of propane. |
| Emission Factors | 2.00 | 2.00 | 2.00 | | | | 0.0637 | 5.00 | | ppm | |
| | 7.48E-03 | 4.55E-03 | 2.60E-03 | | | | 1.56E-04 | 6.92E-03 | | lb/MMBtu | Calculated value[3] |
| | 78% | 87% | 87% | | | | 30% | - | | % | % Reduction |
| | | | | | | 6.00E-03 | | | | lb/MMBtu | Solar PIL 171 |
| Emissions | 1.45 | 0.89 | 0.51 | 0.50 | 3.00E-04 | 1.11 | 0.03 | 1.28 | 0.06 | lb/hr | |
| | 5.60 | 3.41 | 1.95 | 2.20 | 1.31E-03 | 4.49 | 0.12 | 5.18 | 0.24 | tpy | |

**Speciated HAP Emission Calculations**

| | Acetaldehyde[10] | Acrolein[10] | Benzene[10] | Ethylbenzene[10] | Xylenes[10] | Toluene[10] | Units | Notes |
|---|---|---|---|---|---|---|---|---|
| Emission Factors | 1.28E-04 | 5.11E-06 | 2.85E-06 | 4.67E-06 | 1.01E-05 | 1.32E-05 | lb/MMBtu | AlphaGamma EFs |
| Emissions | 2.37E-02 | 9.46E-04 | 5.28E-04 | 8.65E-04 | 1.87E-03 | 2.44E-03 | lb/hr | AlphaGamma EFs |
| | 0.10 | 3.82E-03 | 2.13E-03 | 3.50E-03 | 7.56E-03 | 9.88E-03 | tpy | AlphaGamma EFs |

*NOTES*

[1] This value is based on the average HHV Btu/scf from the gas analysis received from Memphis Light, Gas and Water for 9/1/24 through 9/30/24. Mississippi Light & Power (MPL) natural gas from same header.

[2] Inlet $NO_x$ and CO emission factors are taken from the manufacturer expected performance report (September 26, 2024). Updated outlet emission factors are taken from EnLink guarantee design. A safety factor of 5% is applied for emissions.

VOC: Non-ethane and methane are less than 50% saturated.

[3] Emission factors (lb/MMBtu) = ppmv / $10^6$ / molar volume * MW ($NO_x$ /CO/VOC/HCHO/$NH_3$) * $F_d$ Factor * 20.9 / (20.9 - %$O_2$)

Molar Volume (dscf/lb-mol) = 379.5

MW (lb/lb-mol) = 46.01 $NO_x$ & 28.01 CO & 44.10 VOC & 30.031 HCHO & 17.03 $NH_3$

$F_d$ (dscf/MMBtu) = 8710 (40 CFR 60 Appendix A Method 19 Table 19-2)

%O2 (Dry) = 15 %

[4] The manufacturer specification sheet contains an emission factor for UHCs (unburned hydrocarbons) which includes Methane and Ethane. It is conservatively assumed that all UHCs are propane, with the molecular weight being set to 44.10 lb/lb-mol.

[5] $SO_2$ emissions are based on fuel consumption and fuel sulfur content of 1 grain of sulfur per 100 scf.

$H_2SO_4$ emissions are based on Equation 6-1 in Section 6 of the 2012 EPRI document "Estimating Total Sulfuric Acid Emissions from Stationary Power Plants" conservatively using exhaust temp of 900 °F.

1 gr S/100 scf * fuel scf/hr * 1 lb/7000 gr * 64 lb-mol $SO_2$/ 32 lb-mol S = lb/hr $SO_2$

lb/hr $SO_2$ * 98 lb-mol $H_2SO_4$ / 64 lb-mol $SO_2$ * 0.00039 = lb/hr $H_2SO_4$

[6] PM emissions are based on Solar PIL 171.

[7] Assumes PM (Filterable + Condensable) = $PM_{10}$ = $PM_{2.5}$

[8] Formaldehyde is calculated using the emission factor of 91 ppb @15% O2 provided by Solar Turbines Incorporated within PIL 168 Revision 9.1.

[9] $NO_X$, CO, and Ammonia ($NH_3$) emission factors taken from the SCR manufacturer guarantee. Ammonia emissions are a result of ammonia slip with the SCR.

[10] HAP emissions factors are referenced from Alpha-Gamma Study for EPA, Table 19.

[11] AP-42 Table 3.1-3 & adjusted for 1054.60 Btu/scf

Solar Turbines
A Caterpillar Company

PIL 168
Product Information Letter

# Volatile Organic Compound, Sulfur Dioxide, and Formaldehyde Emission Estimates

Leslie Witherspoon

## PURPOSE

This Product Information Letter (PIL) summarizes emission factors commonly utilized to estimate emissions of volatile organic compounds (VOC), sulfur dioxide ($SO_2$), and formaldehyde from gas turbines.

### Volatile Organic Compounds

Many permitting agencies require gas turbine users to include emissions of VOC, a subpart of the unburned hydrocarbon (UHC) emissions, during the air permitting process. Volatile organic compounds, non-methane hydrocarbons (NMHC), and reactive organic gases (ROG) are different ways of referring to the non-methane (and non-ethane) portion of an "unburned hydrocarbon" emission estimate.

For natural gas fuel, Solar's customers often use 10-20% of the UHC emission rate to conservatively estimate VOC emissions. Solar can offer a 5 ppm VOC warranty level upon request. For liquid fuel, it is appropriate to estimate that 100% of the UHC estimate is VOC. The emissions estimates are assumed valid for natural gas at ambient temperatures >-4°F (-20C) from 50-100% load (80-100% load for the Saturn® 20 and >-20°F (-29C) and 40-100% for the Titan™ 250) and for liquid fuel from 65-100% load (80-100% for the Saturn 20 and Centaur® 40).

Environmental Protection Agency (EPA's) AP-42[1] document and WebFIRE[2] database also contain VOC emission estimates for gas turbines. These sources are not commonly used by Solar's customers.

### Sulfur Dioxide

Sulfur dioxide emissions are produced by conversion of any sulfur in the fuel to $SO_2$. Solar customers usually either use a mass balance calculation or reference AP-42 to estimate $SO_2$ emissions. Because Solar does not control the amount of sulfur in the fuel, no $SO_2$ emissions warranty is available.

The mass balance method assumes that any sulfur in the fuel converts to $SO_2$. For reference, the typical mass balance equation is shown below.

$$\frac{\text{lb SO2}}{\text{hr}} = \left(\frac{\text{wt\% Sulfur}}{100}\right)\left(\frac{\text{lb fuel}}{\text{Btu}}\right)\left(\frac{10^6\ \text{Btu}}{\text{MMBtu}}\right)\left(\frac{\text{MMBtu fuel}}{\text{hr}}\right)\left(\frac{\text{MW SO2}}{\text{MW Sulfur}}\right)$$

Variables: wt% of sulfur in fuel
Btu/lb fuel (LHV)
MMBtu/hr fuel flow (LHV)

As an alternative to the mass balance calculation, EPA's AP-42 document can be used. AP-42 (Table 3.1-2a, April 2000) suggests emission factors of 0.94S lb/MMBtu (HHV) (where S=Sulfur % in fuel) or 0.0034 lb/MMBtu (HHV) for gas fuel and 1.01S lb/MMBtu (HHV) (where S=Sulfur% in fuel) or 0.33 lb/MMBtu (HHV) for liquid fuel.

[1] AP-42 is an EPA document containing a compilation of air pollutant emission factors by source category.
[2] WebFIRE is an EPA electronic based repository and retrieval tool for emission factors.



Caterpillar Non-Confidential

## Formaldehyde

For gas turbines, formaldehyde emissions are a result of incomplete combustion and are unstable in the exhaust stream. In this section, regulatory background, recommended emission factors, and testing considerations are discussed.

### Regulatory Background and Emissions Factors – U.S. and EU

In 2004 the U.S. EPA published a Maximum Achievable Control Technology (MACT) standard (40 CFR 63 Subpart YYYY) for natural gas fired combustion turbines with a formaldehyde limit of 91 ppb (15% O2). The standard was stayed a few months later for the natural gas subcategories essentially rendering the regulation "on hold". The stay was lifted on March 9, 2022. After ~18 years of not having to comply with the MACT standard, natural gas fired combustion turbines located **at major sources of hazardous air pollutants** need to comply with the standard. The initial compliance date is September 4, 2022. With the lifting of the stay, four of the eight subcategories outlined in the Subpart YYYY must comply with the MACT standard. They are:

- stationary lean premix combustion turbines when firing gas and when firing oil at sites where all turbines fire oil no more than an aggregate total of 1,000 hours annually
- stationary lean premix combustion turbines when firing oil at sites where all turbines fire oil more than an aggregate total of 1,000 hours annually
- stationary diffusion flame combustion turbines when firing gas and when firing oil at sites where all turbines fire oil no more than an aggregate total of 1,000 hours annually
- stationary diffusion flame combustion turbines when firing oil at sites where all turbines fire oil more than an aggregate total of 1,000 hours annually

For U.S. customers with a combustion turbine that must comply with Subpart YYYY, an emission factor of 91 ppb @ 15% O2 (~0.00021 lb/MMBtu HHV) is recommended.

The formaldehyde emissions estimate of 91 ppb @15%O2 (~0.00021 lb/MMbtu HHV) can be used for all new, current production, SoLoNOx models and ratings when firing pipeline quality natural gas or ultra-low sulfur (ULSD) diesel fuel. The emissions estimate is valid for natural gas from 50-100% load (40-100% load for Titan 250) or for liquid fuel from 65-100% load (80-100% load for the Centaur 40) and at ambient temperatures >-4°F (-20C) [> -20 °F (-29C) for Titan 250].

Alternative emission factors for combustion turbines **not** affected by Subpart YYYY (or non-U.S. based combustion turbines) are from U.S. EPA's AP-42 document and are 0.00071 lb/MMBtu (HHV) for natural gas and 0.00028 lb/MMBtu (HHV) for distillate oil[3]. Note that both of the aforementioned formaldehyde emission factors are higher than the MACT standard. Since ~2003 many gas turbine users have used the emission factors found in an EPA memo Revised HAP Emission Factors for Stationary Combustion Turbines[4] for estimating hazardous air pollutant emissions. The memo presents hazardous air pollutant emission factor data in several categories. While the memo presents several formaldehyde emissions factors, the most common formaldehyde emission factor used to estimate emissions from gas turbines from this document is 0.00288 lb/MMBtu HHV (Table 16). Note that this emission factor is an order of magnitude higher than the MACT standard.

In the EU, Germany has established a formaldehyde limit of 5 mg/Nm3 for combustion turbines (13.BlmSchV Section 33). This limit applies for operation at 70-100% load and it is anticipated that something similar will be adopted in other EU member states. The 5 mg/Nm3 limit is equivalent to ~0.0038 kg/GJ or ~3.7 ppm.

### Formaldehyde Emissions Testing Considerations

Actual emissions of formaldehyde from Solar's gas turbines, in the SoLoNOx operating range, are predicted to be less than 91 ppb @15%O2. However, **the 91 ppb level can only be verified if the proper testing equipment is utilized.** To properly measure formaldehyde emissions, Fourier Transform Infrared (FTIR) instrumentation with limits of detection well below the standard must be utilized. Most "traditional" FTIR systems have formaldehyde

[3] AP-42, Table 3.1-3 for Natural Gas and Table 3.1-4 for Distillate Oil, 4/00.
[4] Revised HAP Emission Factors for Stationary Combustion Turbines, OAR-2002-0060, IV-B-09,8/22/03.

limits of detection in the 120-150 ppb range and are not suitable to measure formaldehyde from combustion turbines.

**Solar recommends the MKS Multi Gas 2030 FTIR with StarBoost™ System, the Spectrum WaveRunIR-EXT or an equivalent system with similar path lengths and detection levels.**

EPA Method 320 (or equivalent method for non-U.S. testing) should be used to measure formaldehyde. Testing should include three – 120-minute test runs. To ensure accurate formaldehyde measurements, the testing company, in addition to following the requirements of Method 320 (or equivalent method), should take necessary steps to optimize signal-to-noise, verify the FTIR is fully temperature stabilized and purged, ensure the FTIR signal is optimized before testing by maximizing alignment and cleanliness of optics, minimize sampling line bias by using clean sample lines at 250°F to prevent off-gassing and minimize contamination with other compounds, verify absence of sampling system bias via system zero measurements, measure a source specific moisture spectrum while at the test site using a water/N2 delivery systems at +/-10% of turbine moisture content, and use the source specific water spectrum as an interferent in the analysis.

Neither Solar Turbines Incorporated nor its affiliates shall be held liable for any improper, unauthorized, or incorrect use of the information described and/or contained herein and assumes no responsibility for anyone's use of the information contained herein. No warranty, express or implied, is made regarding accuracy, adequacy, completeness, legality, reliability or usefulness of any information. Solar Turbines Incorporated provides this information on an "as is" basis. Any and all warranties of any kind, express or implied, including but not limited to the implied warranties of merchantability, fitness for a particular purpose, and non-infringement of proprietary rights are disclaimed.

Caterpillar is a registered trademark of Caterpillar Inc. Solar, Titan, Mars, Taurus, Mercury, Centaur, Saturn, SoLoNOx, InSight Platform and Turbotronic are trademarks of Solar Turbines Incorporated. All other trademarks are the intellectual property of their respective companies.

© 2022 Solar Turbines Incorporated. Specifications subject to change without notice. All rights reserved.

OAR-2002-0060
IV-B-09

**ALPHA-GAMMA**
TECHNOLOGIES, INC.

MEMORANDUM

DATE: August 22, 2003

SUBJECT: Revised HAP Emission Factors for Stationary Combustion Turbines

FROM: Melanie Taylor, Alpha-Gamma Technologies, Inc.

TO: Sims Roy, EPA OAQPS ESD Combustion Group

---

The purpose of this memorandum is to present hazardous air pollutants (HAP) emission factors emitted from stationary combustion turbines that are not equipped with add-on HAP control (oxidation catalyst). Emission factors have been developed for different segments based on load, fuel, combustor type, and size because there appear to be differences in emissions based on these factors. Emission factors were also developed for all loads and all sizes for general use. A previous version of this memorandum was entered into the docket at the time that the Stationary Combustion Turbine NESHAP was proposed. The HAP emission factors were updated to include new emissions data received during the public comment period for the proposed rule.

These HAP emission factors can be used as a screen to determine the total turbine capacity in megawatts that corresponds to the tons per year limit that classifies a source as major. To calculate "worst case" HAP emission factors, the minimum of the maximum and the upper value for the 95 percent confidence interval of the mean emission factor was determined for each pollutant. The minimum for each pollutant was then summed to obtain the total HAP emission factor. If only one test was available for a pollutant, the emission factor from the one test was used in this summation. A summary of HAP emission factors for all turbines are presented in Table 1.

Table 1. HAP Emission Factors (lb/MMBtu)

| Turbine | Load | Fuel | Size | Emission Factor |
|---|---|---|---|---|
| Diffusion Flame | All loads | Natural gas | All Sizes | 0.00690 |
| Diffusion Flame | All loads | Natural gas | ≤50MW | 0.00687 |
| Diffusion Flame | All loads | Natural gas | >50MW | 0.00208 |



AUG 29 2003

| Turbine | Load | Fuel | Size | Emission Factor |
|---|---|---|---|---|
| Diffusion Flame | >90% | Natural gas | All Sizes | 0.00676 |
| Diffusion Flame | >90% | Natural gas | ≤50MW | 0.00678 |
| Diffusion Flame | >90% | Natural gas | >50MW | 0.00208 |
| Diffusion Flame | All loads | Diesel | All Sizes | 0.00813 |
| Diffusion Flame | All loads | Diesel | ≤50MW | 0.00122 |
| Diffusion Flame | All loads | Diesel | >50MW | 0.00705 |
| Diffusion Flame | >90% | Diesel | All Sizes | 0.00806 |
| Diffusion Flame | >90% | Diesel | ≤50MW | 0.00114 |
| Diffusion Flame | >90% | Diesel | >50MW | 0.00705 |
| Lean Premix | All loads | Natural gas | All Sizes | 0.00147 |
| Lean Premix | All loads | Natural gas | ≤50MW | 0.00160 |
| Lean Premix | All loads | Natural gas | >50MW | 0.00122 |
| Lean Premix | >90% | Natural gas | All Sizes | 0.00126 |
| Lean Premix | >90% | Natural gas | ≤50MW | 0.00145 |
| Lean Premix | >90% | Natural gas | >50MW | 0.000252 |

Emission factors for diffusion flame turbines firing natural gas or diesel fuel are shown in Tables 2 through 13 for all loads and for greater than 90 percent load. Emission factors for lean premix turbines are given in Tables 14 through 27 for all loads and for greater than 90 percent load, with and/or without duct firing. Note that all of the lean premix turbines were fired with natural gas. Emission factors for diffusion flame and lean premix turbines less than or equal to 50 MW and greater to 50 MW are also provided. Note also that there are no data for lean premix turbines with duct firing less than or equal to 50 MW. The mean, median, maximum, and minimum emission factors are presented for each pollutant. Also presented are the values of the upper 95 percent confidence interval for the data and the mean, assuming a normally distributed data set.

These emission factors were calculated from source test reports in the Stationary Combustion Turbines Emissions Database and from source test reports recently received by EPA. The test reports in the Emissions Database were reviewed by the Combustion Turbine Work Group (CTWG) and test reports that did not meet

acceptance criteria established by the CTWG were not used in the calculations. Additionally, the EPA's Source Measurement Technology Group reviewed some of the test reports for lean premix turbines and determined that the formaldehyde data from one test report were of insufficient quality, therefore, that test was also not used in the calculations. The EPA recently received additional test reports for formaldehyde testing for both diffusion flame and lean premix combustion turbines. These test reports have been entered into the Emissions Database and were reviewed using the same acceptance criteria established by the CTWG.

Test reports in which the load was not specified in the test report or could not be estimated from fuel use data were excluded. Tests where the pollutant was not detected in any of the sampling runs were excluded, except in cases where those tests were the only data available for a particular pollutant; these are indicated by a "<" symbol. For tests where the pollutant was not detected, half the detection limit was used to represent the mean, median, maximum, and minimum emission factor.

**Formaldehyde and Acetaldehyde**

Formaldehyde and acetaldehyde tests conducted on diffusion flame turbines using the CARB 430 test method were scrutinized due to the CARB advisory issued on April 28, 2000, in which CARB advised that formaldehyde and acetaldehyde data based on the use of CARB 430 in emissions containing greater than 50 ppmvd of $NO_x$ are suspect and should be flagged as non-quantitative. As a result of the CARB advisory, formaldehyde and acetaldehyde tests for diffusion flame turbines were excluded if the $NO_x$ emissions were unknown or were greater than 50 ppmvd.

In addition, formaldehyde and acetaldehyde emissions measured by CARB 430 appear to be biased low as compared to formaldehyde and acetaldehyde emission levels measured by FTIR. It was therefore necessary to establish a correlation between CARB 430 and FTIR formaldehyde emissions. In order to establish a correlation, recent test reports received containing side-by-side results of formaldehyde emissions measured by CARB 430 and FTIR were reviewed and analyzed. Based on these test reports, CARB 430 formaldehyde emissions were on average 1.7 times lower than FTIR formaldehyde emissions. A correction factor of 1.7 was therefore applied to the CARB 430 formaldehyde results to adjust the formaldehyde concentrations. It is expected that CARB 430 has similar effects on acetaldehyde emissions. As a result, a correction factor of 1.7 was also applied to the acetaldehyde results to adjust the concentrations. Additional information regarding the development of the correction factor is presented in the memorandum entitled "Review of Test Methods and Data used to Quantify Formaldehyde Concentrations from Combustion Turbines."

**Arsenic**

The arsenic emission factors from distillate oil fired turbines presented in this memorandum are based on information on arsenic emissions from the burning of distillate oil documented in the memorandum entitled "Arsenic Emission Factor for Stationary Combustion Turbines Burning No. 2 Distillate Oil," which can be found in

Docket Number OAR-2003-0189. The memo contains a much larger data set of arsenic emissions than can be found in the Stationary Combustion Turbines Emissions Database and therefore EPA felt that it was a better source of information and should serve as the basis for the arsenic emission factors presented in this memo.

Table 2. HAP Emission Factors for Diffusion Flame Turbines Firing Natural Gas - All Loads
All Sizes

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | |
| Acetaldehyde | 7 | 7.67E-05 | 6.14E-05 | 1.46E-04 | 1.87E-05 | 1.67E-04 | 1.11E-04 | 4.62E-05 |
| Acrolein | 3 | 1.01E-05 | 6.08E-06 | 2.00E-05 | 4.10E-06 | 2.70E-05 | 1.99E-05 | 8.67E-06 |
| Benzene | 19 | 1.41E-04 | 5.71E-06 | 2.36E-03 | 6.78E-07 | 1.19E-03 | 3.83E-04 | 5.38E-04 |
| Ethylbenzene | 1 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | |
| Formaldehyde | 4 | 3.60E-03 | 3.65E-03 | 5.89E-03 | 1.19E-03 | 8.47E-03 | 6.04E-03 | 2.49E-03 |
| Naphthalene | 4 | 1.54E-06 | 1.17E-06 | 3.31E-06 | 5.03E-07 | 4.13E-06 | 2.83E-06 | 1.32E-06 |
| PAH | 4 | 1.24E-06 | 4.02E-07 | 4.01E-06 | 1.47E-07 | 4.88E-06 | 3.06E-06 | 1.86E-06 |
| Propylene Oxide | 1 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | |
| Toluene | 7 | 1.40E-04 | 3.60E-05 | 7.10E-04 | 1.50E-05 | 6.37E-04 | 3.28E-04 | 2.54E-04 |
| Xylene | 4 | 5.41E-05 | 3.57E-05 | 1.20E-04 | 2.50E-05 | 1.41E-04 | 9.75E-05 | 4.43E-05 |
| **Total HAP** | | **4.09E-03** | **3.87E-03** | **9.32E-03** | **1.32E-03** | **1.07E-02** | **7.05E-03** | |

Note: The $NO_x$ emissions for the acetaldehyde tests in this table were not available. Therefore, the acetaldehyde emission factors in this table should be considered non-quantitative due to the CARB advisory.

Table 3. HAP Emission Factors for Diffusion Flame Turbines Firing Natural Gas - All Loads >50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 0 | | | | | | | |
| Acetaldehyde | 1 | 1.87E-05 | 1.87E-05 | 1.87E-05 | 1.87E-05 | 1.87E-05 | 1.87E-05 | |
| Acrolein | 1 | 6.08E-06 | 6.08E-06 | 6.08E-06 | 6.08E-06 | 6.08E-06 | 6.08E-06 | |
| Benzene | 2 | 1.70E-05 | 1.70E-05 | 3.20E-05 | 2.00E-06 | 5.86E-05 | 4.64E-05 | 2.12E-05 |
| Ethylbenzene | 1 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | |
| Formaldehyde | 1 | 1.71E-03 | 1.71E-03 | 1.71E-03 | 1.71E-03 | 1.71E-03 | 1.71E-03 | |
| Naphthalene | 1 | 5.54E-07 | 5.54E-07 | 5.54E-07 | 5.54E-07 | 5.54E-07 | 5.54E-07 | |
| PAH | 1 | 2.43E-07 | 2.43E-07 | 2.43E-07 | 2.43E-07 | 2.43E-07 | 2.43E-07 | |
| Propylene Oxide | 1 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | |
| Toluene | 1 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | |
| Xylene | 1 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | |
| **Total HAP** | | **2.07E-03** | **2.07E-03** | **2.08E-03** | **2.05E-03** | **2.11E-03** | **2.10E-03** | |

Note: The $NO_x$ emissions for the acetaldehyde tests in this table were not available. Therefore, the acetaldehyde emission factors in this table should be considered non-quantitative due to the CARB advisory.

Table 4. HAP Emission Factors for Diffusion Flame Turbines Firing Natural Gas - All Loads ≤50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | |
| Acetaldehyde | 6 | 8.64E-05 | 6.43E-05 | 1.46E-04 | 5.46E-05 | 1.69E-04 | 1.20E-04 | 4.22E-05 |
| Acrolein | 2 | 1.21E-05 | 1.21E-05 | 2.00E-05 | 4.10E-06 | 3.41E-05 | 2.76E-05 | 1.12E-05 |
| Benzene | 17 | 1.55E-04 | 5.71E-06 | 2.36E-03 | 6.78E-07 | 1.27E-03 | 4.26E-04 | 5.69E-04 |
| Ethylbenzene | 0 | | | | | | | |
| Formaldehyde | 3 | 4.22E-03 | 5.59E-03 | 5.89E-03 | 1.19E-03 | 9.38E-03 | 7.20E-03 | 2.63E-03 |
| Naphthalene | 3 | 1.86E-06 | 1.78E-06 | 3.31E-06 | 5.03E-07 | 4.62E-06 | 3.46E-06 | 1.41E-06 |
| PAH | 3 | 1.57E-06 | 5.60E-06 | 4.01E-06 | 1.47E-07 | 5.73E-06 | 3.97E-06 | 2.12E-06 |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 6 | 1.43E-04 | 3.45E-05 | 7.10E-04 | 1.50E-05 | 6.88E-04 | 3.65E-04 | 2.78E-04 |
| Xylene | 3 | 3.21E-05 | 3.30E-05 | 3.84E-05 | 2.50E-05 | 4.53E-05 | 3.98E-05 | 6.74E-06 |
| **Total HAP** | | **4.66E-03** | **5.75E-03** | **9.17E-03** | **1.29E-03** | **1.16E-02** | **8.19E-03** | |

Note: The $NO_x$ emissions for the acetaldehyde tests in this table were not available. Therefore, the acetaldehyde emission factors in this table should be considered non-quantitative due to the CARB advisory.

Table 5. HAP Emission Factors for Diffusion Flame Turbines Firing Natural Gas - > 90% Load
All Sizes

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | |
| Acetaldehyde | 5 | 6.95E-05 | 6.14E-05 | 1.46E-04 | 1.87E-05 | 1.61E-04 | 1.11E-04 | 4.68E-05 |
| Acrolein | 2 | 5.09E-06 | 5.09E-06 | 6.08E-06 | 4.10E-06 | 7.83E-06 | 7.03E-06 | 1.40E-06 |
| Benzene | 11 | 1.00E-05 | 3.36E-06 | 3.91E-05 | 6.78E-07 | 3.62E-05 | 1.79E-05 | 1.34E-05 |
| Ethylbenzene | 1 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | |
| Formaldehyde | 4 | 3.60E-03 | 3.65E-03 | 5.89E-03 | 1.19E-03 | 8.47E-03 | 6.04E-03 | 2.49E-03 |
| Naphthalene | 2 | 1.93E-06 | 1.93E-06 | 3.31E-06 | 5.54E-07 | 5.75E-06 | 4.63E-06 | 1.95E-06 |
| PAH | 2 | 2.13E-06 | 2.13E-06 | 4.01E-06 | 2.43E-07 | 7.35E-06 | 5.82E-06 | 2.66E-06 |
| Propylene Oxide | 1 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | |
| Toluene | 4 | 2.25E-04 | 7.80E-05 | 7.10E-04 | 3.30E-05 | 8.64E-04 | 5.44E-04 | 3.26E-04 |
| Xylene | 3 | 6.38E-06 | 3.84E-05 | 1.20E-04 | 3.30E-05 | 1.59E-04 | 1.19E-04 | 4.87E-05 |
| **Total HAP** | | **3.99E-03** | **3.91E-03** | **6.99E-03** | **1.35E-03** | **9.79E-03** | **6.91E-03** | |

Note: The $NO_x$ emissions for the acetaldehyde tests in this table were not available. Therefore, the acetaldehyde emission factors in this table should be considered non-quantitative due to the CARB advisory.

Table 6. HAP Emission Factors for Diffusion Flame Turbines Firing Natural Gas - >90% Load >50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 0 | | | | | | | |
| Acetaldehyde | 1 | 1.87E-05 | 1.87E-05 | 1.87E-05 | 1.87E-05 | 1.87E-05 | 1.87E-05 | |
| Acrolein | 1 | 6.08E-06 | 6.08E-06 | 6.08E-06 | 6.08E-06 | 6.08E-06 | 6.08E-06 | |
| Benzene | 2 | 1.70E-05 | 1.70E-05 | 3.20E-05 | 2.00E-06 | 5.86E-05 | 4.64E-05 | 2.12E-05 |
| Ethylbenzene | 1 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | 4.10E-05 | |
| Formaldehyde | 1 | 1.71E-03 | 1.71E-03 | 1.71E-03 | 1.71E-03 | 1.71E-03 | 1.71E-03 | |
| Naphthalene | 1 | 5.54E-07 | 5.54E-07 | 5.54E-07 | 5.54E-07 | 5.54E-07 | 5.54E-07 | |
| PAH | 1 | 2.43E-07 | 2.43E-07 | 2.43E-07 | 2.43E-07 | 2.43E-07 | 2.43E-07 | |
| Propylene Oxide | 1 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | <2.86E-05 | |
| Toluene | 1 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | |
| Xylene | 1 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | 1.20E-04 | |
| **Total HAP** | | **2.07E-03** | **2.07E-03** | **2.08E-03** | **2.05E-03** | **2.11E-03** | **2.10E-03** | |

Note: The $NO_x$ emissions for the acetaldehyde tests in this table were not available. Therefore, the acetaldehyde emission factors in this table should be considered non-quantitative due to the CARB advisory.

Table 7. HAP Emission Factors for Diffusion Flame Turbines Firing Natural Gas - >90% Load ≤50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | <7.97E-07 | |
| Acetaldehyde | 4 | 8.23E-05 | 6.43E-05 | 1.46E-04 | 5.47E-05 | 1.66E-04 | 1.24E-04 | 4.28E-05 |
| Acrolein | 1 | 4.10E-06 | 4.10E-06 | 4.10E-06 | 4.10E-06 | 4.10E-06 | 4.10E-06 | |
| Benzene | 9 | 8.50E-06 | 3.36E-06 | 3.91E-05 | 6.78E-07 | 3.27E-05 | 1.66E-05 | 1.23E-05 |
| Ethylbenzene | 0 | | | | | | | |
| Formaldehyde | 3 | 4.22E-03 | 5.59E-03 | 5.89E-03 | 1.19E-03 | 9.38E-03 | 7.20E-03 | 2.63E-03 |
| Naphthalene | 1 | 3.31E-06 | 3.31E-06 | 3.31E-06 | 3.31E-06 | 3.31E-06 | 3.31E-06 | |
| PAH | 1 | 4.01E-06 | 4.01E-06 | 4.01E-06 | 4.01E-06 | 4.01E-06 | 4.01E-06 | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 3 | 2.60E-04 | 3.60E-05 | 7.10E-04 | 3.30E-05 | 1.02E-03 | 7.01E-04 | 3.90E-04 |
| Xylene | 2 | 3.57E-05 | 3.57E-05 | 3.84E-05 | 3.30E-05 | 4.32E-05 | 3.33E-05 | 3.82E-06 |
| **Total HAP** | | **4.62E-03** | **5.74E-03** | **6.83E-03** | **1.32E-03** | **1.07E-02** | **8.09E-03** | |

Note: The $NO_x$ emissions for the acetaldehyde tests in this table were not available. Therefore, the acetaldehyde emission factors in this table should be considered non-quantitative due to the CARB advisory.

Table 8. HAP Emission Factors for Diffusion Flame Turbines Firing Diesel Fuel - All Loads
All Sizes

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 4 | <1.66E-05 | <1.36E-05 | <2.79E-05 | <1.12E-05 | <3.20E-05 | <2.43E-05 | 7.86E-06 |
| Benzene | 3 | 8.30E-05 | 1.10E-04 | 1.25E-04 | 1.40E-05 | 2.01E-04 | 1.51E-04 | 6.02E-05 |
| Formaldehyde | 2 | 4.14E-03 | 4.14E-03 | 6.90E-03 | 1.38E-03 | 1.18E-02 | 9.55E-03 | 3.90E-03 |
| Naphthalene | 3 | 6.79E-05 | 3.90E-05 | 1.53E-04 | 1.18E-05 | 2.15E-04 | 1.53E-04 | 7.49E-05 |
| PAH | 5 | 3.01E-06 | 5.51E-07 | 1.01E-05 | 7.58E-08 | 1.14E-05 | 6.76E-06 | 4.28E-06 |
| Arsenic* | 23 | 4.35E-06 | 3.02E-06 | 1.06E-05 | 1.44E-06 | 9.38E-06 | 5.40E-06 | 2.57E-06 |
| Beryllium* | 1 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | |
| Cadmium* | 1 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | |
| Chromium* | 3 | 8.00E-06 | 1.02E-05 | 1.15E-05 | 2.30E-06 | 1.78E-05 | 1.36E-05 | 4.98E-06 |
| Lead* | 2 | 1.42E-05 | 1.42E-05 | 1.93E-05 | 9.04E-06 | 2.84E-05 | 2.42E-05 | 7.25E-06 |
| Manganese* | 1 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | |
| Mercury* | 1 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | |
| Nickel* | 5 | 1.35E-05 | 4.33E-06 | 5.20E-05 | 2.80E-06 | 5.57E-05 | 3.24E-05 | 2.15E-05 |
| Selenium* | 4 | <2.88E-05 | <1.98E-05 | <7.42E-05 | <1.33E-06 | <9.11E-05 | <6.00E-05 | 3.18E-05 |
| **Total HAP** | | **5.17E-03** | **5.15E-03** | **8.18E-03** | **2.23E-03** | **1.32E-02** | **1.08E-02** | |

*Metallic HAP

Table 9. HAP Emission Factors for Diffusion Flame Turbines Firing Diesel Fuel - All Loads >50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 0 | | | | | | | |
| Benzene | 1 | 1.25E-04 | 1.25E-04 | 1.25E-04 | 1.25E-04 | 1.25E-04 | 1.25E-04 | |
| Formaldehyde | 2 | 4.14E-03 | 4.14E-03 | 6.90E-03 | 1.38E-03 | 1.18E-02 | 9.55E-03 | 3.90E-03 |
| Naphthalene | 1 | 1.18E-05 | 1.18E-05 | 1.18E-05 | 1.18E-05 | 1.18E-05 | 1.18E-05 | |
| PAH | 3 | 3.50E-06 | 3.20E-07 | 1.01E-05 | 7.58E-08 | 1.47E-05 | 9.97E-06 | 5.72E-06 |
| Arsenic* | 23 | 4.35E-06 | 3.02E-06 | 1.06E-05 | 1.44E-06 | 9.38E-06 | 5.46E-06 | 2.57E-06 |
| Beryllium* | 0 | | | | | | | |
| Cadmium* | 0 | | | | | | | |
| Chromium* | 1 | 2.30E-06 | 2.30E-06 | 2.30E-06 | 2.30E-06 | 2.30E-06 | 2.30E-06 | |
| Lead* | 0 | | | | | | | |
| Manganese* | 0 | | | | | | | |
| Mercury* | 0 | | | | | | | |
| Nickel* | 1 | 2.80E-06 | 2.80E-06 | 2.80E-06 | 2.80E-06 | 2.80E-06 | 2.80E-06 | |
| Selenium* | 0 | | | | | | | |
| **Total HAP** | | **4.28E-03** | **4.28E-03** | **7.06E-03** | **1.52E-03** | **1.20E-02** | **9.70E-03** | |

*Metallic HAP

Table 10. HAP Emission Factors for Diffusion Flame Turbines Firing Diesel Fuel - All Loads ≤50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 4 | <1.66E-05 | <1.36E-05 | <2.79E-05 | <1.12E-05 | <3.20E-05 | <2.43E-05 | 7.86E-06 |
| Benzene | 2 | 6.20E-05 | 6.20E-05 | 1.10E-04 | 1.40E-05 | 1.95E-04 | 1.56E-04 | 6.79E-05 |
| Formaldehyde | 0 | | | | | | | |
| Naphthalene | 2 | 9.60E-05 | 9.60E-05 | 1.53E-04 | 3.90E-05 | 2.54E-04 | 2.08E-04 | 8.06E-05 |
| PAH | 2 | 2.28E-06 | 2.28E-06 | 4.00E-06 | 5.51E-07 | 7.06E-06 | 5.66E-06 | 2.44E-06 |
| Arsenic* | 23 | 4.35E-06 | 3.02E-06 | 1.06E-05 | 1.44E-06 | 9.38E-06 | 5.46E-06 | 2.57E-06 |
| Beryllium* | 1 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | |
| Cadmium* | 1 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | |
| Chromium* | 2 | 1.09E-05 | 1.09E-05 | 1.15E-05 | 1.02E-05 | 1.27E-05 | 1.21E-05 | 9.19E-07 |
| Lead* | 2 | 1.42E-05 | 1.42E-05 | 1.93E-05 | 9.04E-06 | 2.84E-05 | 2.42E-05 | 7.25E-06 |
| Manganese* | 1 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | |
| Mercury* | 1 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | |
| Nickel* | 4 | 1.62E-05 | 4.47E-06 | 5.20E-05 | 3.98E-06 | 6.30E-05 | 3.96E-05 | 2.38E-05 |
| Selenium* | 4 | <2.88E-05 | <1.98E-05 | <7.42E-05 | <1.33E-06 | <9.11E-05 | <6.00E-05 | 3.18E-05 |
| **Total HAP** | | **1.05E-03** | **1.02E-03** | **1.26E-03** | **8.86E-04** | **1.49E-03** | **1.33E-03** | |

*Metallic HAP

Table 11. HAP Emission Factors for Diffusion Flame Turbines Firing Diesel Fuel - > 90% Load
All Sizes

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <1.58E-05 | <1.58E-05 | <1.58E-05 | <1.58E-05 | <1.58E-05 | <1.58E-05 | |
| Benzene | 3 | 8.30E-05 | 1.10E-04 | 1.25E-04 | 1.40E-05 | 2.01E-04 | 1.51E-04 | 6.02E-05 |
| Formaldehyde | 2 | 4.14E-03 | 4.14E-03 | 6.90E-03 | 1.38E-03 | 1.18E-02 | 9.55E-03 | 3.90E-03 |
| Naphthalene | 3 | 6.79E-05 | 3.90E-05 | 1.53E-04 | 1.18E-05 | 2.15E-04 | 1.53E-04 | 7.49E-05 |
| PAH | 5 | 3.01E-06 | 5.51E-07 | 1.01E-05 | 7.58E-08 | 1.14E-05 | 6.76E-06 | 4.28E-06 |
| Arsenic* | 23 | 4.35E-06 | 3.02E-06 | 1.06E-05 | 1.44E-06 | 9.38E-06 | 5.46E-06 | 2.57E-06 |
| Beryllium* | 1 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | |
| Cadmium* | 1 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | |
| Chromium* | 3 | 8.00E-06 | 1.02E-05 | 1.15E-05 | 2.30E-06 | 1.78E-05 | 1.36E-05 | 4.98E-06 |
| Lead* | 2 | 1.42E-05 | 1.42E-05 | 1.93E-05 | 9.04E-06 | 2.84E-05 | 2.42E-05 | 7.25E-06 |
| Manganese* | 1 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | |
| Mercury* | 1 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | |
| Nickel* | 2 | <3.71E-06 | <3.71E-06 | <4.61E-06 | <2.80E-06 | <6.21E-06 | <5.48E-06 | 1.28E-06 |
| Selenium* | 1 | <2.52E-05 | <2.52E-05 | <2.52E-05 | <2.52E-05 | <2.52E-05 | <2.52E-05 | |
| **Total HAP** | | **5.16E-03** | **5.16E-03** | **8.07E-03** | **2.26E-03** | **1.31E-02** | **1.07E-02** | |

*Metallic HAP

Table 12. HAP Emission Factors for Diffusion Flame Turbines Firing Diesel Fuel - > 90% Load >50MW

| **Pollutant** | **Number of Tests** | **Mean EF (lb/MMBtu)** | **Median EF (lb/MMBtu)** | **Max EF (lb/MMBtu)** | **Min EF (lb/MMBtu)** | **95% Upper Confidence of data (lb/MMBtu)** | **95% Upper Confidence of mean (lb/MMBtu)** | **Standard Deviation** |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 0 | | | | | | | |
| Benzene | 1 | 1.25E-04 | 1.25E-04 | 1.25E-04 | 1.25E-04 | 1.25E-04 | 1.25E-04 | |
| Formaldehyde | 2 | 4.14E-03 | 4.14E-03 | 6.90E-03 | 1.38E-03 | 1.18E-02 | 9.55E-03 | 3.90E-03 |
| Naphthalene | 1 | 1.18E-05 | 1.18E-05 | 1.18E-05 | 1.18E-05 | 1.18E-05 | 1.18E-05 | |
| PAH | 3 | 3.50E-06 | 3.20E-07 | 1.01E-05 | 7.58E-08 | 1.47E-05 | 9.97E-06 | 5.72E-06 |
| Arsenic* | 23 | 4.35E-06 | 3.02E-06 | 1.06E-05 | 1.44E-06 | 9.38E-06 | 5.46E-06 | 2.57E-06 |
| Beryllium* | 0 | | | | | | | |
| Cadmium* | 0 | | | | | | | |
| Chromium* | 1 | 2.30E-06 | 2.30E-06 | 2.30E-06 | 2.30E-06 | 2.30E-06 | 2.30E-06 | |
| Lead* | 0 | | | | | | | |
| Manganese* | 0 | | | | | | | |
| Mercury* | 0 | | | | | | | |
| Nickel* | 1 | 2.80E-06 | 2.80E-06 | 2.80E-06 | 2.80E-06 | 2.80E-06 | 2.80E-06 | |
| Selenium* | 0 | | | | | | | |
| **Total HAP** | | **4.28E-03** | **4.28E-03** | **7.06E-03** | **1.52E-03** | **1.19E-02** | **9.70E-03** | |

*Metallic HAP

Table 13. HAP Emission Factors for Diffusion Flame Turbines Firing Diesel Fuel - > 90% Load ≤50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <1.58E-05 | <1.58E-05 | <1.58E-05 | <1.58E-05 | <1.58E-05 | <1.58E-05 | |
| Benzene | 2 | 6.20E-05 | 6.20E-05 | 1.10E-04 | 1.40E-05 | 1.95E-04 | 1.56E-04 | 6.79E-05 |
| Formaldehyde | 0 | | | | | | | |
| Naphthalene | 2 | 9.60E-05 | 9.60E-05 | 1.53E-04 | 3.90E-05 | 2.54E-04 | 2.08E-04 | 8.06E-05 |
| PAH | 2 | 2.28E-06 | 2.28E-06 | 4.00E-06 | 5.51E-07 | 7.06E-06 | 5.66E-06 | 2.44E-06 |
| Arsenic* | 23 | 4.35E-06 | 3.02E-06 | 1.06E-05 | 1.44E-06 | 9.38E-06 | 5.46E-06 | 2.57E-06 |
| Beryllium* | 1 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | <3.07E-07 | |
| Cadmium* | 1 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | 4.80E-06 | |
| Chromium* | 2 | 1.09E-05 | 1.09E-05 | 1.15E-05 | 1.02E-05 | 1.27E-05 | 1.21E-05 | 9.19E-07 |
| Lead* | 2 | 1.42E-05 | 1.42E-05 | 1.93E-05 | 9.04E-06 | 2.84E-05 | 2.42E-05 | 7.25E-06 |
| Manganese* | 1 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | 7.89E-04 | |
| Mercury* | 1 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | 1.20E-06 | |
| Nickel* | 1 | <4.61E-06 | <4.61E-06 | <4.61E-06 | <4.61E-06 | <4.61E-06 | <4.61E-06 | |
| Selenium* | 1 | <2.52E-05 | <2.52E-05 | <2.52E-05 | <2.52E-05 | <2.52E-05 | <2.52E-05 | |
| **Total HAP** | | **1.03E-03** | **1.03E-03** | **1.15E-03** | **9.15E-04** | **1.35E-03** | **1.25E-03** | |

*Metallic HAP

Table 14. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - All Loads - with and without Duct Firing
All Sizes

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | |
| Acetaldehyde | 2 | 9.34E-05 | 9.34E-05 | 1.28E-04 | 5.92E-05 | 1.88E-04 | 1.60E-04 | 4.84E-05 |
| Acrolein | 1 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | |
| Benzene | 3 | 3.63E-06 | 2.85E-06 | 5.70E-06 | 2.34E-06 | 7.18E-06 | 5.68E-06 | 1.81E-06 |
| Ethylbenzene | 1 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | |
| Formaldehyde | 32 | 9.63E-04 | 8.00E-04 | 3.82E-03 | 1.05E-04 | 2.64E-03 | 1.26E-03 | 8.56E-04 |
| Naphthalene | 1 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | |
| PAH | 1 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 4 | 1.36E-05 | 1.39E-05 | 1.63E-05 | 1.05E-05 | 1.93E-05 | 1.65E-05 | 2.91E-06 |
| Xylene | 1 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | |
| **Total HAP** | | **1.09E-03** | **9.31E-04** | **3.99E-03** | **1.98E-04** | **2.88E-03** | **1.46E-03** | |

Table 15. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - All Loads - with and without Duct Firing >50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 0 | | | | | | | |
| Acetaldehyde | 1 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | |
| Acrolein | 0 | | | | | | | |
| Benzene | 0 | | | | | | | |
| Ethylbenzene | 0 | | | | | | | |
| Formaldehyde | 8 | 6.85E-04 | 5.81E-04 | 1.52E-03 | 1.05E-04 | 1.75E-03 | 1.06E-03 | 5.41E-04 |
| Naphthalene | 0 | | | | | | | |
| PAH | 0 | | | | | | | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 0 | | | | | | | |
| Xylene | 0 | | | | | | | |
| **Total HAP** | | **7.44E-04** | **6.40E-04** | **1.58E-03** | **1.64E-04** | **1.80E-03** | **1.12E-03** | |

Table 16. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - All Loads - with and without Duct Firing ≤50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | |
| Acetaldehyde | 1 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | |
| Acrolein | 1 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | |
| Benzene | 3 | 3.63E-06 | 2.85E-06 | 5.70E-06 | 2.34E-06 | 7.18E-06 | 5.68E-06 | 1.81E-06 |
| Ethylbenzene | 1 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | |
| Formaldehyde | 24 | 1.06E-03 | 8.24E-04 | 3.82E-03 | 1.54E-04 | 2.88E-03 | 1.43E-03 | 9.29E-04 |
| Naphthalene | 1 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | |
| PAH | 1 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 4 | 1.36E-05 | 1.39E-05 | 1.63E-05 | 1.05E-05 | 1.93E-05 | 1.65E-05 | 2.91E-06 |
| Xylene | 1 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | |
| **Total HAP** | | **1.22E-03** | **9.89E-04** | **3.99E-03** | **3.15E-04** | **3.05E-03** | **1.60E-03** | |

Table 17. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - > 90% Load - with and without Duct Firing All Sizes

| **Pollutant** | **Number of Tests** | **Mean EF (lb/MMBtu)** | **Median EF (lb/MMBtu)** | **Max EF (lb/MMBtu)** | **Min EF (lb/MMBtu)** | **95% Upper Confidence of data (lb/MMBtu)** | **95% Upper Confidence of mean (lb/MMBtu)** | **Standard Deviation** |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | |
| Acetaldehyde | 2 | 9.34E-05 | 9.34E-05 | 1.28E-04 | 5.92E-05 | 1.88E-04 | 1.60E-04 | 4.84E-05 |
| Acrolein | 1 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | |
| Benzene | 1 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | |
| Ethylbenzene | 1 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | |
| Formaldehyde | 18 | 7.01E-04 | 4.06E-04 | 2.99E-03 | 1.05E-04 | 2.12E-03 | 1.04E-03 | 7.24E-04 |
| Naphthalene | 1 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | |
| PAH | 1 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 2 | 1.32E-05 | 1.32E-05 | 1.59E-05 | 1.05E-05 | 2.07E-05 | 1.85E-05 | 3.82E-06 |
| Xylene | 1 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | |
| **Total HAP** | | **8.31E-04** | **5.36E-04** | **3.16E-03** | **1.98E-04** | **2.35E-03** | **1.24E-03** | |

Table 18. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - > 90% Load - with and without Duct Firing >50MW

| **Pollutant** | **Number of Tests** | **Mean EF (lb/MMBtu)** | **Median EF (lb/MMBtu)** | **Max EF (lb/MMBtu)** | **Min EF (lb/MMBtu)** | **95% Upper Confidence of data (lb/MMBtu)** | **95% Upper Confidence of mean (lb/MMBtu)** | **Standard Deviation** |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 0 | | | | | | | |
| Acetaldehyde | 1 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | |
| Acrolein | 0 | | | | | | | |
| Benzene | 0 | | | | | | | |
| Ethylbenzene | 0 | | | | | | | |
| Formaldehyde | 5 | 3.53E-04 | 2.52E-04 | 8.18E-04 | 1.05E-04 | 8.92E-04 | 5.94E-04 | 2.75E-04 |
| Naphthalene | 0 | | | | | | | |
| PAH | 0 | | | | | | | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 0 | | | | | | | |
| Xylene | 0 | | | | | | | |
| **Total HAP** | | **4.12E-04** | **3.11E-04** | **8.77E-04** | **1.64E-04** | **9.51E-04** | **6.53E-04** | |

Table 19. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - > 90% Load - with and without Duct Firing ≤50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | |
| Acetaldehyde | 1 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | |
| Acrolein | 1 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | |
| Benzene | 1 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | |
| Ethylbenzene | 1 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | |
| Formaldehyde | 13 | 8.35E-04 | 4.64E-04 | 2.99E-03 | 1.64E-04 | 2.41E-03 | 1.27E-03 | 8.04E-04 |
| Naphthalene | 1 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | |
| PAH | 1 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 2 | 1.32E-05 | 1.32E-05 | 1.59E-05 | 1.05E-05 | 2.07E-05 | 1.85E-05 | 3.82E-06 |
| Xylene | 1 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | |
| **Total HAP** | | **1.00E-03** | **6.37E-04** | **3.16E-03** | **3.26E-04** | **2.58E-03** | **1.44E-03** | |

Table 20. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - All Loads - without Duct Firing
All Sizes

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | |
| Acetaldehyde | 1 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | |
| Acrolein | 1 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | |
| Benzene | 3 | 3.63E-06 | 2.85E-06 | 5.70E-06 | 2.34E-06 | 7.18E-06 | 5.68E-06 | 1.81E-06 |
| Ethylbenzene | 1 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | |
| Formaldehyde | 30 | 9.88E-04 | 8.00E-04 | 3.82E-03 | 1.05E-04 | 2.71E-03 | 1.30E-03 | 8.77E-04 |
| Naphthalene | 1 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | |
| PAH | 1 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 4 | 1.36E-05 | 1.39E-05 | 1.63E-05 | 1.05E-05 | 1.93E-05 | 1.65E-05 | 2.91E-06 |
| Xylene | 1 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | |
| **Total HAP** | | **1.15E-03** | **9.65E-04** | **3.99E-03** | **2.66E-04** | **2.88E-03** | **1.47E-03** | |

Table 21. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - All Loads - without Duct Firing >50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 0 | | | | | | | |
| Acetaldehyde | 0 | | | | | | | |
| Acrolein | 0 | | | | | | | |
| Benzene | 0 | | | | | | | |
| Ethylbenzene | 0 | | | | | | | |
| Formaldehyde | 6 | 7.17E-04 | 5.30E-04 | 1.52E-03 | 1.05E-04 | 1.93E-03 | 1.21E-03 | 6.19E-04 |
| Naphthalene | 0 | | | | | | | |
| PAH | 0 | | | | | | | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 0 | | | | | | | |
| Xylene | 0 | | | | | | | |
| **Total HAP** | | **7.17E-04** | **5.30E-04** | **1.52E-03** | **1.05E-04** | **1.93E-03** | **1.21E-03** | |

Table 22. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - All Loads - without Duct Firing ≤50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | |
| Acetaldehyde | 1 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | |
| Acrolein | 1 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | |
| Benzene | 3 | 3.63E-06 | 2.85E-06 | 5.70E-06 | 2.34E-06 | 7.18E-06 | 5.68E-06 | 1.81E-06 |
| Ethylbenzene | 1 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | |
| Formaldehyde | 24 | 1.06E-03 | 8.24E-04 | 3.82E-03 | 1.54E-04 | 2.88E-03 | 1.43E-03 | 9.29E-04 |
| Naphthalene | 1 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | |
| PAH | 1 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 4 | 1.36E-05 | 1.39E-05 | 1.63E-05 | 1.05E-05 | 1.93E-05 | 1.65E-05 | 2.91E-06 |
| Xylene | 1 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | |
| **Total HAP** | | **1.22E-03** | **9.89E-04** | **3.99E-03** | **3.15E-04** | **3.05E-03** | **1.60E-03** | |

Table 23. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - > 90% Load - without Duct Firing
All Sizes

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | |
| Acetaldehyde | 1 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | |
| Acrolein | 1 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | |
| Benzene | 1 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | |
| Ethylbenzene | 1 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | |
| Formaldehyde | 16 | 7.16E-04 | 4.06E-04 | 2.99E-03 | 1.05E-04 | 2.21E-03 | 1.09E-03 | 7.64E-04 |
| Naphthalene | 1 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | |
| PAH | 1 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 2 | 1.32E-05 | 1.32E-05 | 1.59E-05 | 1.05E-05 | 2.07E-05 | 1.85E-05 | 3.82E-06 |
| Xylene | 1 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | |
| **Total HAP** | | **8.81E-04** | **5.71E-04** | **3.16E-03** | **2.67E-04** | **2.39E-03** | **1.26E-03** | |

Table 24. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - > 90% Load - without Duct Firing >50MW

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 0 | | | | | | | |
| Acetaldehyde | 0 | | | | | | | |
| Acrolein | 0 | | | | | | | |
| Benzene | 0 | | | | | | | |
| Ethylbenzene | 0 | | | | | | | |
| Formaldehyde | 3 | 1.98E-04 | 2.37E-04 | 2.52E-04 | 1.05E-04 | 3.56E-04 | 2.89E-04 | 8.07E-05 |
| Naphthalene | 0 | | | | | | | |
| PAH | 0 | | | | | | | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 0 | | | | | | | |
| Xylene | 0 | | | | | | | |
| **Total HAP** | | **1.98E-04** | **2.37E-04** | **2.52E-04** | **1.05E-04** | **3.56E-04** | **2.89E-04** | **8.07E-05** |

Table 25. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - > 90% Load - without Duct Firing ≤50MW

| **Pollutant** | **Number of Tests** | **Mean EF (lb/MMBtu)** | **Median EF (lb/MMBtu)** | **Max EF (lb/MMBtu)** | **Min EF (lb/MMBtu)** | **95% Upper Confidence of data (lb/MMBtu)** | **95% Upper Confidence of mean (lb/MMBtu)** | **Standard Deviation** |
|---|---|---|---|---|---|---|---|---|
| 1,3-Butadiene | 1 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | <6.05E-08 | |
| Acetaldehyde | 1 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | 1.28E-04 | |
| Acrolein | 1 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | <5.11E-06 | |
| Benzene | 1 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | 2.85E-06 | |
| Ethylbenzene | 1 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | <4.67E-06 | |
| Formaldehyde | 13 | 8.35E-04 | 4.64E-04 | 2.99E-03 | 1.64E-04 | 2.41E-03 | 1.27E-03 | 8.04E-04 |
| Naphthalene | 1 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | <7.12E-07 | |
| PAH | 1 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | 1.44E-07 | |
| Propylene Oxide | 0 | | | | | | | |
| Toluene | 2 | 1.32E-05 | 1.32E-05 | 1.59E-05 | 1.05E-05 | 2.07E-05 | 1.85E-05 | 3.82E-06 |
| Xylene | 1 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | 1.01E-05 | |
| **Total HAP** | | **1.01E-03** | **6.43E-04** | **3.16E-03** | **3.32E-04** | **2.59E-03** | **8.08E-04** | **8.90E-04** |

Table 26. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - All Loads - with Duct Firing
All Sizes

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| Acetaldehyde | 1 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | |
| Formaldehyde | 2 | 5.86E-04 | 5.86E-04 | 8.20E-04 | 3.54E-04 | 1.23E-03 | 1.04E-03 | 3.29E-04 |

Table 27. HAP Emission Factors for Lean Premix Turbines Firing Natural Gas - > 90% Load - with Duct Firing
All Sizes

| Pollutant | Number of Tests | Mean EF (lb/MMBtu) | Median EF (lb/MMBtu) | Max EF (lb/MMBtu) | Min EF (lb/MMBtu) | 95% Upper Confidence of data (lb/MMBtu) | 95% Upper Confidence of mean (lb/MMBtu) | Standard Deviation |
|---|---|---|---|---|---|---|---|---|
| Acetaldehyde | 1 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | 5.92E-05 | |
| Formaldehyde | 2 | 5.86E-04 | 5.86E-04 | 8.18E-04 | 3.54E-04 | 1.23E-03 | 1.04E-03 | 3.28E-04 |

Table 28. Additional Metals Emission Factors for Diffusion Flame Turbines Firing Diesel Fuel - > 90% Load - All Sizes

| Pollutant | Number of Sources | Recom-mended Value (lb/MMBtu) | Max (lb/MMBtu) | Min (lb/MMBtu) |
|---|---|---|---|---|
| Chromium (hex)* | 3 | 1.40E-06 | <5.00E-05 | 7.00E-07 |
| Copper* | 6 | 2.90E-05 | 7.60E-05 | 5.04E-06 |
| Iron* | 2 | 2.00E-04 | 2.00E-04 | 1.50E-04 |
| Magnesium* | 2 | 2.50E-05 | 2.50E-05 | 1.31E-05 |
| Vanadium* | 4 | 3.00E-05 | 2.36E-04 | 3.00E-06 |
| Zinc* | 5 | 2.40E-04 | 3.00E-05 | 3.84E-04 |

*Metallic HAP

Note: There were no emissions data in the database for the metals below. Emission factors were obtained from other sources for these metals. Please refer to the memorandum entitled “Metal Emissions from Gas Turbines” which is included as Attachment 1 to this memo for a discussion regarding these metal emission factors.

**Attachment 1**

ALPHA-GAMMA
TECHNOLOGIES, INC.

Phone: (919) 954-0033
Fax: (919) 954-0379

4700 Falls of Neuse Road, Suite 350
Raleigh, NC 27609

MEMORANDUM

DATE: June 13, 2003

SUBJECT: Metal Emissions from Gas Turbines

FROM: Can Kuterdem
Alpha-Gamma Technologies, Inc.

TO: Sims Roy
Environmental Protection Agency

---

## 1.0 INTRODUCTION

In the Gas Turbine Association (GTA) Petition to Delist Two Subcategories of Stationary Combustion Turbines, they have suggested there are no detectable concentrations of metals in any of the liquid fuels classified for gas turbine use in the U.S.[1] In section 6.1.4, they state:

> "Our conclusion is rooted in the fuel specification requirements, and the analysis of fuel specimens collected from gas turbines around the United States. GTA members surveyed a number of fuel testing firms, and concluded that there are no detectable concentrations of residual metals in any of the liquid fuels classified for gas turbine use in the continental U.S."

There are no data on the fuel specification requirements or analysis of fuel specimens provided in the petition to delist. However, portions of a National Park Service document entitled "Environmental Contaminants Encyclopedia, Fuel Oil Number 2 - Heating Oil Entry" are attached to the petition in support of their claim.

The purpose of this memorandum is to provide results of our investigation into their claim. Specifically, the original source of data for the National Park Service Publication was investigated, and all metal content data available were collected and are summarized in this memorandum. Emphasis was placed on collecting more recent trace metal data.

## 2.0 National Park Service Document

The National Park Service document, Environmental Contaminants Encyclopedia, is authored by Roy J. Irwin with assistance from the Colorado State University Student Assistant Contaminants Specialists group.[2] This entry of the encyclopedia is intended to provide information about chemical and physical characteristics of Number 2 fuel oil. The metal content section in this document lists the trace element concentrations for a number of metals in ppm. The reference identified for the metal concentrations is reference 560. Since the encyclopedia entry provided by GTA does not contain the references section, the author was contacted to identify the reference. The author, Mr. Roy Irwin indicates the metal content numbers are taken from:

> Whiticar, S., M. Bobra, M. Fingas, P. Jokuty, P.Liuzzo, S. Callaghan, F. Ackerman and J. Cao. 1993. A catalogue of crude oil and oil product properties (1992 Edition). EE-144. An unpublished report of Environment Canada, Environmental Protection Directorate, Ottowa, Ontario.

The online version of this "unpublished" report can be accessed through the Canada Environmental Protection Directorate's web site at:

> http://www.etcentre.org/main/e/db/oil_intr.htm.

However, the metal content section of this reference only provides the test methods utilized in the analysis. In response to this finding, Mr. Irwin indicates the online version of the document is not complete and he does not have a copy of the original source. He was unable to confirm the values reported or provide any means for obtaining the supporting reference. The only option left is to contact the Environment Canada. The e-mail correspondence with Mr. Irwin is included in Appendix A of this memorandum.

## 3.0 Comparison of Emission Factors

Metal emissions factors available in various references are summarized in Table 1 in Appendix B for comparison. All metal contents in the fuel (e.g., ppm) were converted to lb/MMBtu emission factor using the heat content of distillate fuel. Similarly, emission factors provided in lb/Mgal and mg/kg have all been converted to lb/MMBtu for a comparison in common units.

As demonstrated in Table 1, the values reported in the National Park Service Environmental Contaminants Encyclopedia are generally consistent with other sources. With the exception of Magnesium, all of the values reported in the Environmental Contaminants Encyclopedia were proceeded by a "<" symbol. Most of the emission factors provided in other sources are in fact less than the values reported in the Environmental Contaminants Encyclopedia.

## 4.0 Test Data Used to Develop AP-42 and Emission Memorandum Factors

Table 2 in Appendix B presents the source test data used in determining the AP-42 emission factors and the HAP Emission Factors for Stationary Combustion Turbines memorandum prepared by Alpha-Gamma factors.[4] The exact same data were used to determine emission factors in both sources. However, there are differences in the way non-detects were addressed and, as a result, some of the derived factors differ. In the emission memorandum, detection limits were considered only when there were no measured values. If there were measured values and non-detects, the average emission factor was computed as the average of the quantified values. Where no measured values were available, half of the detection limit was used to compute an average and a "<" symbol appears in front of the value. In AP-42, half of the detection limit was used in the calculation of all averages. Also, where all values are less than the detection limit, a "<" symbol appears in front of the value.

## 5.0 Other Available Data on Metal Content in Fuel Oil

Table 3 in Appendix B provides a summary of metals content in distillate fuel. As indicated in Table 3, this includes three recent fuel analyses conducted between 1996 and 2001.

Alpha-Gamma attempted to obtain other more recent sources of metals data by identifying facilities with metal emission limitations. The RACT-BACT-LAER Clearinghouse database was queried for SCC code 20100101, turbines burning diesel or number 2 fuel oil. Eight facilities were identified that have metal emission limitations in their permit. Table 4 in Appendix B summarizes the facility and process information as well as the metal limits for those facilities. The respective regulatory agencies were contacted in an attempt to obtain compliance test reports for these facilities. One unit, AES Ironwood has not been commissioned. We may receive fuel analysis data for the Lake Road Generating Company. The respective regulatory agencies have not responded to voice messages on the remaining facilities.

## 6.0 References


1. Jeff Abboud, Executive Director, Gas Turbine Association, to Christine Todd Whitman, Administrator, U.S. Environmental Protection Agency. Letter and Attached Petition to Delist Two Subcategories of Stationary Combustion Turbines. February 28, 2003.
2. Irwin, Roy J., National Park Service, With Assistance from Colorado State University Student Assistant Contaminants Specialists. Environmental Contaminants Encyclopedia, Fuel Oil Number 2 - Heating Oil Entry.
3. Compilation of Air Pollutant Emission Factors, AP-42, Fifth Edition, Volume I, Chapter 3, Section 3.1: Stationary Gas Turbines. April 2000.
4. M. Taylor, AGTI to S. Roy, EPA:ESD. Memorandum. HAP Emission Factors for Stationary Combustion Turbines. October 23, 2002.
5. California Air Toxics Emission Factors (CATEF) II Database, General Electric Energy and Environmental Research for the Air Resources Board (ARB), December 7, 2000.
6. A. S. Feitelberg, et. al., "Survey of Gas Turbine Hazardous Air Pollutant Emission Factors", Air & Waste Management Association's 90th Annual Meeting & Exhibition, June 8 - 13, 1997, Toronto, Ontario, Canada.
7. AB 2588 Combustion Emission Factors, Ventura County Air Pollution Control District, May 17, 2001.
8. Combustion - Liquid Fuels. Web document link: http://www.sdapcd.co.san-diego.ca.us/emission/combliq/t01.htm, March 27, 2003.
9. A. Miller, J. Ryan and T. Lombardo, "Characterization of Air Toxics from an Oil-Fired Firetube Boiler", Journal of Air & Waste Management Association, v 46, August 1996.
10. Acurex Project 6581, "Gas Turbine Emission Testing for McClure Generating Station", Acurex Corporation, December 18, 1989.
11. Caterpillar final report 3508 EUI, September 2001, Table 2.11: Summary of Fuel Oil Analysis, page 2-17.
12. Standard Specification for Gas Turbine Fuel Oils. ASTM Designation: D 2880 - 00.
13. Acurex Corporation Environmental Systems Division, #2 Fuel Oil Analysis, Analysis Report No: 71-51537-ADD, September 15, 1997.
14. R. Heathcote, D. Simmons, S. Bernholtz, "Analysis of Motor-Vehicle Fuels for Metals by Inductively Coupled Plasma-Mass Spectrometry", Iowa Ground Water Quarterly, v 39, No. 4, Winter 2000.

# APPENDIX A

E-Mail Correspondence with Mr. Roy Irwin,
the author of the Environmental Contaminants Encyclopedia

From: Roy_Irwin@nps.gov
Sent: Friday, April 11, 2003 11:02 AM
To: Can Kuterdem
Subject: Re: Reference [560] of the Fuel Oil Number 2 - Heating Oil Entry

Hi Can, all the references, including that one, are listed in www.nature.nps.gov/toxic/referenc.pdf.

Including

560. Whiticar, S., M. Bobra, M. Fingas, P. Jokuty, P. Liuzzo, S. Callaghan, F. Ackerman and J. Cao. 1993. A catalogue of crude oil and oil product properties (1992 Edition). EE-144. An unpublished report of Environment Canada, Environmental Protection Directorate, Ottawa, Ontario.

Hope this helps. Cheers. Roy

Roy Irwin
Water Resources Division
National Park Service
1201 Oakridge Dr., Suite 250
Fort Collins, Colorado, 80525
roy_irwin@nps.gov

From: Roy_Irwin@nps.gov
Sent: Friday, April 11, 2003 4:35 PM
To: Can Kuterdem
Subject: RE: Reference [560] of the Fuel Oil Number 2 - Heating Oil Entry

The internet version is not complete, The only hard copy section I seem to have hand7 is for Bunker c, which is Fuel oil 6, on page 118, and the concentrations are listed correctly for no. 6 but are different for no. 2, and I don't seem to still have a hard copy for the other fuel oils, but assume we must have copied them from a hard copy since 2 has different
numbers from 6. That is all I have handy. Sorry. Roy

Roy Irwin
Water Resources Division
National Park Service
1201 Oakridge Dr., Suite 250
Fort Collins, Colorado, 80525
roy_irwin@nps.gov

From: Roy_Irwin@nps.gov
Sent: Monday, April 14, 2003 2:46 PM
To: Can Kuterdem
Subject: RE: Reference [560] of the Fuel Oil Number 2 - Heating Oil Entry

It doesn't say, just lists the concentrations. If you have a fax, I can fax you the page for Bunker C (fuel oil 6) and maybe Env. Canada can do the
same for the rest? Hope this helps. Cheers. Roy

Roy Irwin
Water Resources Division
National Park Service
1201 Oakridge Dr., Suite 250
Fort Collins, Colorado, 80525
roy_irwin@nps.gov

# APPENDIX B

Memorandum Tables

Table 1: Comparison of Metal Emission Factors

| Metal [a] | Emission Factors based on Environmental Contaminants Encyclopedia [2] | AP-42 Emission Factors (Mean Value at All Loads) [3] | Emission Memo Factors (Mean Value at All Loads) [4] | AP-42 Emission Factors (Mean Value at greater than 80% Load) [3] |
|---|---|---|---|---|
| | lb/MMBtu [d] | lb/MMBtu | lb/MMBtu | lb/MMBtu |
| **Arsenic** | NS | < 1.10E-05 | < 1.10E-05 | < 1.06E-05 |
| Barium | < 1.5E-05 | NS | NS | NS |
| **Beryllium** | NS | < 3.07E-07 | < 3.07E-07 | < 3.07E-07 |
| **Cadmium** | NS | < 3.75E-06 | 4.80E-06 | 4.80E-06 |
| **Chromium** [b] | < 7.6E-05 | 8.43E-06 | 1.09E-05 | 1.09E-05 |
| **Chromium (hex)** | NS | NS | NS | NS |
| Copper | < 3.0E-05 | NS | NS | NS |
| Iron | < 1.5E-04 | NS | NS | NS |
| **Lead** | < 1.5E-04 | 1.34E-05 | 1.42E-05 | 1.42E-05 |
| Magnesium | 2.5E-05 | NS | NS | NS |
| Manganese | NS | 7.89E-04 | 7.89E-04 | 7.89E-04 |
| Mercury | NS | 1.20E-06 | 1.20E-06 | 1.20E-06 |
| Molybdenum | < 1.5E-05 | NS | NS | NS |
| **Nickel** [c] | < 5.0E-06 | 1.62E-05 | 5.20E-05 | < 4.61E-06 |
| Potassium | < 7.6E-05 | NS | NS | NS |
| Selenium | NS | < 2.88E-05 | < 2.88E-05 | < 2.52E-05 |
| Titanium | < 3.0E-05 | NS | NS | NS |
| Vanadium | < 3.0E-05 | NS | NS | NS |
| Zinc | < 3.0E-05 | NS | NS | NS |

NS - Not Specified
a) Metals that are in bold have unit risk estimates in the Roy Smith table.
b) Chromium III is listed as a carcinogen in the Roy Smith table.
c) Nickel refinery dust is listed as a carcinogen in the Roy Smith table.
d) Original values are provided in ppm or ppb. Unit conversion is based on distillate oil heating value of 140,000 BTU/gal and density of 7.05 lb/gal.
e) Original values are provided in lb/Mgal. Unit conversion is based on distillate oil heating value of 140,000 BTU/gal.
f) The reported values are the maximum of the 4 tests conducted on the No. 2 diesel fuel.

Table 1: Comparison of Metal Emission Factors (cont.)

| Metal [a] | California Air Toxics Emissions Factors (Mean Value) [5] | Survey of Gas Turbine HAP Emission Factors (Mean HAP data for Liquid Fueled Turbines) [6] | AB 2588 Combustion Emission Factors (Internal Combustion Factors for Diesel) [7] | Liquid Fuel Combustion (Turbine, Diesel Fired, > 15,000 BHP, Uncontrolled [8] | Analysis of Motor-Vehicle Fuels for Metals by Inductive Coupled Plasma-Mass Spectrometry [14] |
|---|---|---|---|---|---|
| | **lb/MMBtu [e]** | **lb/MMBtu [d]** | **lb/MMBtu [e]** | **lb/MMBtu [e]** | **lb/MMBtu [d,f]** |
| **Arsenic** | 1.44E-06 | NS | 1.1E-05 | 5.6E-05 | NS |
| Barium | NS | NS | NS | NS | NS |
| **Beryllium** | 3.88E-07 | 2E-07 | NS | NS | NS |
| **Cadmium** | 2.32E-06 | 3E-06 | 1.1E-05 | 8.6E-06 | NS |
| **Chromium [b]** | 3.03E-06 | 3E-05 | 4.3E-06 | 2.3E-05 | 2E-06 |
| **Chromium (hex)** | NS | NS | 7E-07 | 1.4E-06 | NS |
| Copper | 7.13E-06 | NS | 2.9E-05 | 2.6E-05 | NS |
| Iron | NS | NS | NS | NS | NS |
| **Lead** | 4.34E-06 | 4E-05 | 5.9E-05 | 3.4E-05 | 2.7E-07 |
| Magnesium | NS | NS | NS | NS | NS |
| Manganese | 7.36E-05 | 2E-04 | 2.2E-05 | 1.0E-05 | 9.6E-08 |
| Mercury | 1.94E-08 | 4E-06 | 1.4E-05 | 1.6E-05 | NS |
| Molybdenum | NS | NS | NS | NS | NS |
| **Nickel [c]** | 3.49E-04 | 6.5E-04 | 2.8E-05 | 1.6E-05 | 1E-07 |
| Potassium | NS | NS | NS | NS | NS |
| Selenium | 5.99E-08 | 3E-06 | 1.6E-05 | 7.0E-05 | 7.1E-08 |
| Titanium | NS | NS | NS | NS | NS |
| Vanadium | NS | NS | NS | NS | NS |
| Zinc | 3.84E-04 | NS | 1.6E-04 | 1.0E-04 | NS |

NS - Not Specified
a) Metals that are in bold have unit risk estimates in the Roy Smith table.
b) Chromium III is listed as a carcinogen in the Roy Smith table.
c) Nickel refinery dust is listed as a carcinogen in the Roy Smith table.
d) Original values are provided in ppm or ppb. Unit conversion is based on distillate oil heating value of 140,000 BTU/gal and density of 7.05 lb/gal.
e) Original values are provided in lb/Mgal. Unit conversion is based on distillate oil heating value of 140,000 BTU/gal.
f) The reported values are the maximum of the 4 tests conducted on the No. 2 diesel fuel.

Table 2: Source Test Data Used in Determining the AP-42 and Emission Memorandum Factors

| Metal | Test ID | Manufacturer | Model | Rating (MW) | Load (%) | Emission Factor (lb/MMBtu) |
|---|---|---|---|---|---|---|
| Arsenic | 6.1 | General Electric | NS5000P | 46.3 | 100 | < 1.06E-05 |
| | 301.1 | Solar Mars | NR | 7.2 | 20.83 | < 2.23E-05 |
| | 300.3 | Solar Mars | NR | 7.2 | 20.83 | < 5.29E-06 |
| | 300.1 | Solar Mars | NR | 7.2 | 20.83 | < 5.77E-06 |
| Beryllium | 6.1 | General Electric | NS5000P | 46.3 | 100 | < 3.07E-07 |
| Cadmium | 6.1 | General Electric | NS5000P | 46.3 | 100 | < 4.80E-06 |
| | 301.1 | Solar Mars | NR | 7.2 | 20.83 | < 7.43E-06 |
| | 300.3 | Solar Mars | NR | 7.2 | 20.83 | < 1.33E-06 |
| | 300.1 | Solar Mars | NR | 7.2 | 20.83 | < 1.44E-06 |
| Chromium | 6.1 | General Electric | NS5000P | 46.3 | 100 | 1.02E-05 |
| | 6.1 | General Electric | NS5000P | 46.3 | 100 | 1.15E-05 |
| | 301.1 | Solar Mars | NR | 7.2 | 20.83 | < 1.49E-05 |
| | 300.3 | Solar Mars | NR | 7.2 | 20.83 | < 2.65E-06 |
| | 300.1 | Solar Mars | NR | 7.2 | 20.83 | < 2.89E-06 |
| Lead | 6.1 | General Electric | NS5000P | 46.3 | 100 | 9.04E-06 |
| | 6.1 | General Electric | NS5000P | 46.3 | 100 | 1.93E-05 |
| | 301.1 | Solar Mars | NR | 7.2 | 20.83 | < 2.23E-05 |
| | 300.3 | Solar Mars | NR | 7.2 | 20.83 | < 7.95E-06 |
| | 300.1 | Solar Mars | NR | 7.2 | 20.83 | < 8.66E-06 |
| Manganese | 6.1 | General Electric | NS5000P | 46.3 | 100 | 7.89E-04 |
| Mercury | 6.1 | General Electric | NS5000P | 46.3 | 100 | < 1.20E-06 |
| Nickel | 6.1 | General Electric | NS5000P | 46.3 | 100 | < 4.61E-06 |
| | 301.1 | Solar Mars | NR | 7.2 | 20.83 | 5.20E-05 |
| | 300.3 | Solar Mars | NR | 7.2 | 20.83 | < 3.98E-06 |
| | 300.1 | Solar Mars | NR | 7.2 | 20.83 | < 4.33E-06 |
| Selenium | 6.1 | General Electric | NS5000P | 46.3 | 100 | < 2.52E-05 |
| | 301.1 | Solar Mars | NR | 7.2 | 20.83 | < 7.42E-05 |
| | 300.3 | Solar Mars | NR | 7.2 | 20.83 | < 1.33E-06 |
| | 300.1 | Solar Mars | NR | 7.2 | 20.83 | < 1.44E-05 |

Table 3: Source Test Data on the Trace Element Content of the Distillate Oil

| Metal [a] | Air Toxics from an Oil-Fired Firetube Boiler (#2 Oil Trace Element Content) [9, e] | Modesto Irrigation [10] | | Caterpillar 3508 EUI (Average of 8/31/99, 9/1/99, and 9/2/99 Tests) | ASTM D 2880 (Trace Metal Limits of Fuel Entering Turbine Combustors) [12] | Acurex #2 Fuel Oil Test [13, f] | Puget Sound Energy's Fredonia Generation Station Turbine Test (Aveage Value) |
|---|---|---|---|---|---|---|---|
| | lb/MMBtu [d] | lb/MMBtu [d] | Method | lb/MMBtu [d] | lb/MMBtu [d] | lb/MMBtu [d] | lb/MMBtu |
| **Year** | **1996** | **1989** | | **2001** | **2000** | **1997** | **2001** |
| **Data Source** | Fuel Analysis | Fuel Analysis | | Fuel Analysis | Fuel Analysis | Fuel Analysis | NS |
| **Arsenic** | < 5E-05 | < 3E-05 | EPA 7060 | NS | NS | < 5.0E-06 | NS |
| Barium | NS | NS | NS | NS | NS | NS | NS |
| **Beryllium** | < 3E-05 | < 3E-05 | EPA 6010 | < 5E-05 | NS | < 2.5E-05 | NS |
| **Cadmium** | 5E-07 | < 3E-05 | EPA 6010 | < 5E-05 | NS | 2.52E-05 | NS |
| **Chromium** [b] | 3E-06 | 1.9E-04 | EPA 6010 | < 5E-06 | NS | 1.5E-05 | 2.3E-06 |
| **Chromium (hex)** | NS | < 5E-05 | EPA 7196 | NS | NS | NS | NS |
| Copper | NS | 7.6E-05 | EPA 6010 | NS | NS | 5.04E-06 | NS |
| Iron | NS | NS | NS | NS | NS | 2E-04 | NS |
| **Lead** | 2E-06 | 3.7E-05 | EPA 7421 | < 3E-05 | 3E-05 | 1.0E-05 | NS |
| Magnesium | NS | NS | NS | NS | NS | 1.31E-05 | NS |
| Manganese | 5E-07 | 1.0E-04 | EPA 6010 | < 5E-05 | NS | NS | NS |
| Mercury | 5.5E-06 | < 1.0E-06 | EPA 7470 | < 3E-05 | NS | 5.04E-06 | NS |
| Molybdenum | NS | NS | NS | NS | NS | NS | NS |
| **Nickel** [c] | 3E-06 | 2.6E-03 | EPA 6010 | < 5E-05 | NS | 4.13E-05 | 2.8E-06 |
| Potassium | NS | NS | NS | NS | NS | NS | NS |
| Selenium | < 5E-05 | < 2.5E-07 | EPA 7740 | < 3E-05 | NS | < 5.0E-06 | NS |
| Titanium | NS | NS | NS | NS | NS | NS | NS |
| Vanadium | 3E-06 | NS | NS | NS | 3E-05 | 2.36E-04 | NS |
| Zinc | NS | 1.6E-04 | EPA 6010 | NS | NS | 2.4E-04 | NS |

NS - Not Specified

a) Metals that are in bold have unit risk estimates in the Roy Smith table.

b) Chromium III is listed as a carcinogen in the Roy Smith table.

c) Nickel refinery dust is listed as a carcinogen in the Roy Smith table.

d) Original values are provided in ppm. Unit conversion is based on distillate oil heating value of 140,000 BTU/gal and density of 7.05 lb/gal.

e) Samples are prepared and analyzed by EPA's 40 CFR Part 60 Method 29.
f) Samples were prepared according to ASTM, Part 05.05, D 3683 and analyzed for trace elements by ICP Emission Spectroscopy; Arsenic, Antimony, Selenium: Graphite Furnace Atomic Adsorption.

Table 4: RBLC Facilities with Metal Emission Limits for Diesel or Number 2 Fuel Oil Fired Turbines

| **RBLC ID** | **CT-0148** | | **KY-0057** | | **PA-0166** | | **VA-0206** | | **VA-0238** | | **VI-0010** | | **WI-0086** | | **WI-0177** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Facility Name** | Lake Road Generating Company | | East Kentucky Power Cooperative | | AES Ironwood | | Patowmack Power Partners | | Commonwealth Chesapeake Corporation | | Virgin Islands Water and Power Authority | | Wisconsin Public Service Corporation | | Wisconsin Electric Company - Germantown | |
| **State** | CT | | KY | | PA | | VA | | VA | | VI | | WI | | WI | |
| **Permit Date** | 6/22/1999 | | 3/24/1993 | | 3/29/1999 | | 9/15/1993 | | 5/21/1996 | | 12/22/1992 | | 1/19/2000 | | 6/26/2000 | |
| **Process** | Turbine, Backup | | Turbines (5), Fuel Oil | | Turbine, Oil Fired | | Turbine (3), Combustion, Fuel Oil | | Turbine (3), Simple Cycle, Oil Fired | | Turbine (2), Oil Fired | | Turbine, Fuel Oil | | Turbine (2), Simple Cycle, Generator (Oil) | |
| **Fuel** | Distillate Oil | | #2 Fuel Oil | | #2 Fuel Oil | | Fuel Oil | | Distillate Oil | | #2 Fuel Oil | | Distillate Fuel Oil | | Distillate Fuel Oil | |
| **Throughput** | 2276 MMBtu/h | | 1492 MMBtu/h | | 235 MW | | 18.2 MMgal/yr | | 380 MMBtu/h | | 23 MW | | 1095 MMBtu/h | | 371 MMBtu/h | |
| **As** | 6.03E-03 | lb/h | 3.80E-03 | lb/h | 4.90E-06 | lb/MMBtu | 6.00E-03 | lb/h | | | | | | | | |
| **Be** | 1.71E-04 | lb/h | | | 3.30E-07 | lb/MMBtu | 3.00E-03 | lb/h | 1.00E-04 | lb/h | 1.00E-04 | lb/h | | | | |
| **Cd** | 2.37E-02 | lb/h | | | | | 1.40E-02 | lb/h | | | | | | | | |
| **Cr** | 1.14E-02 | lb/h | | | | | 6.70E-02 | lb/h | | | | | | | | |
| **Cu** | 3.00E-02 | lb/h | | | | | 4.00E-01 | lb/h | | | | | | | | |
| **Hg** | 6.78E-02 | lb/h | | | | | 5.00E-03 | lb/h | 5.00E-04 | lb/h | | | | | | |
| **Ni** | 2.09E-01 | lb/h | | | | | 2.40E-01 | lb/h | | | | | | | | |
| **Pb** | 2.80E-03 | lb/h | | | | | 1.00E-02 | lb/h | 6.00E-03 | lb/h | | | 2.50E-02 | lb/h | 3.20E-01 | lb/h |

## 3.1 Stationary Gas Turbines

### 3.1.1 General[1]

Gas turbines, also called "combustion turbines", are used in a broad scope of applications including electric power generation, cogeneration, natural gas transmission, and various process applications. Gas turbines are available with power outputs ranging in size from 300 horsepower (hp) to over 268,000 hp, with an average size of 40,200 hp.[2] The primary fuels used in gas turbines are natural gas and distillate (No. 2) fuel oil.[3]

### 3.1.2 Process Description[1,2]

A gas turbine is an internal combustion engine that operates with rotary rather than reciprocating motion. Gas turbines are essentially composed of three major components: compressor, combustor, and power turbine. In the compressor section, ambient air is drawn in and compressed up to 30 times ambient pressure and directed to the combustor section where fuel is introduced, ignited, and burned. Combustors can either be annular, can-annular, or silo. An annular combustor is a doughnut-shaped, single, continuous chamber that encircles the turbine in a plane perpendicular to the air flow. Can-annular combustors are similar to the annular; however, they incorporate several can-shaped combustion chambers rather than a single continuous chamber. Annular and can-annular combustors are based on aircraft turbine technology and are typically used for smaller scale applications. A silo (frame-type) combustor has one or more combustion chambers mounted external to the gas turbine body. Silo combustors are typically larger than annular or can-annular combustors and are used for larger scale applications.

The combustion process in a gas turbine can be classified as diffusion flame combustion, or lean-premix staged combustion. In the diffusion flame combustion, the fuel/air mixing and combustion take place simultaneously in the primary combustion zone. This generates regions of near-stoichiometric fuel/air mixtures where the temperatures are very high. For lean-premix combustors, fuel and air are thoroughly mixed in an initial stage resulting in a uniform, lean, unburned fuel/air mixture which is delivered to a secondary stage where the combustion reaction takes place. Manufacturers use different types of fuel/air staging, including fuel staging, air staging, or both; however, the same staged, lean-premix principle is applied. Gas turbines using staged combustion are also referred to as Dry Low $NO_X$ combustors. The majority of gas turbines currently manufactured are lean-premix staged combustion turbines.

Hot gases from the combustion section are diluted with additional air from the compressor section and directed to the power turbine section at temperatures up to 2600$^oF$. Energy from the hot exhaust gases, which expand in the power turbine section, are recovered in the form of shaft horsepower. More than 50 percent of the shaft horsepower is needed to drive the internal compressor and the balance of recovered shaft horsepower is available to drive an external load.[2] Gas turbines may have one, two, or three shafts to transmit power between the inlet air compression turbine, the power turbine, and the exhaust turbine. The heat content of the exhaust gases exiting the turbine can either be discarded without heat recovery (simple cycle); recovered with a heat exchanger to preheat combustion air entering the combustor (regenerative cycle); recovered in a heat recovery steam generator to raise process steam, with or without supplementary firing (cogeneration); or recovered, with or without supplementary firing, to raise steam for a steam turbine Rankine cycle (combined cycle or repowering).

The simple cycle is the most basic operating cycle of gas turbines with a thermal efficiency ranging from 15 to 42 percent. The cycle thermal efficiency is defined as the ratio of useful shaft energy to fuel energy input. Simple cycle gas turbines are typically used for shaft horsepower applications without recovery of exhaust heat. For example, simple cycle gas turbines are used by electric utilities for generation of electricity during emergencies or during peak demand periods.

A regenerative cycle is a simple cycle gas turbine with an added heat exchanger. The heat exchanger uses the turbine exhaust gases to heat the combustion air which reduces the amount of fuel required to reach combustor temperatures. The thermal efficiency of a regenerative cycle is approximately 35 percent. However, the amount of fuel efficiency and saving may not be sufficient to justify the capital cost of the heat exchanger, rendering the process unattractive.

A cogeneration cycle consists of a simple cycle gas turbine with a heat recovery steam generator (HRSG). The cycle thermal efficiency can be as high as 84 percent. In a cogeneration cycle, the steam generated by the HRSG can be delivered at a variety of pressures and temperatures to other thermal processes at the site. For situations where additional steam is required, a supplementary burner, or duct burner, can be placed in the exhaust duct stream of the HRSG to meet the site's steam requirements.

A combined cycle gas turbine is a gas turbine with a HRSG applied at electric utility sites. The gas turbine drives an electric generator, and the steam from the HRSG drives a steam turbine which also drives an electric generator. A supplementary-fired boiler can be used to increase the steam production. The thermal efficiency of a combined cycle gas turbine is between 38 percent and 60 percent.

Gas turbine applications include gas and oil industry, emergency power generation facilities, independent electric power producers (IPP), electric utilities, and other industrial applications. The petroleum industry typically uses simple cycle gas turbines with a size range from 300 hp to 20,000 hp. The gas turbine is used to provide shaft horsepower for oil and gas production and transmission. Emergency power generation sites also utilize simple cycle gas turbines. Here the gas turbine is used to provide backup or emergency power to critical networks or equipment. Usually, gas turbines under 5,000 hp are used at emergency power generation sites.

Independent electrical power producers generate electricity for resale to larger electric utilities. Simple, regenerative, or combined cycle gas turbines are used at IPP; however, most installations use combined cycle gas turbines. The gas turbines used at IPP can range from 1,000 hp to over 100,000 hp. The larger electric utilities use gas turbines mostly as peaking units for meeting power demand peaks imposed by large commercial and industrial users on a daily or seasonal basis. Simple cycle gas turbines ranging from 20,000 hp to over 200,000 hp are used at these installations. Other industrial applications for gas turbines include pulp and paper, chemical, and food processing. Here, combined cycle gas turbines are used for cogeneration.

### 3.1.3 Emissions

The primary pollutants from gas turbine engines are nitrogen oxides ($NO_X$), carbon monoxide (CO), and to a lesser extent, volatile organic compounds (VOC). Particulate matter (PM) is also a primary pollutant for gas turbines using liquid fuels. Nitrogen oxide formation is strongly dependent on the high temperatures developed in the combustor. Carbon monoxide, VOC, hazardous air pollutants (HAP), and PM are primarily the result of incomplete combustion. Trace to low amounts of HAP and sulfur dioxide ($SO_2$) are emitted from gas turbines. Ash and metallic additives in the fuel may also contribute to PM in the exhaust. Oxides of sulfur ($SO_X$) will only appear in a significant quantity if heavy oils are fired

in the turbine. Emissions of sulfur compounds, mainly $SO_2$, are directly related to the sulfur content of the fuel.

Available emissions data indicate that the turbine's operating load has a considerable effect on the resulting emission levels. Gas turbines are typically operated at high loads (greater than or equal to 80 percent of rated capacity) to achieve maximum thermal efficiency and peak combustor zone flame temperatures. With reduced loads (lower than 80 percent), or during periods of frequent load changes, the combustor zone flame temperatures are expected to be lower than the high load temperatures, yielding lower thermal efficiencies and more incomplete combustion. The emission factors for this sections are presented for gas turbines operating under high load conditions. Section 3.1 background information document and emissions database contain additional emissions data for gas turbines operating under various load conditions.

Gas turbines firing distillate oil may emit trace metals carried over from the metals content of the fuel. If the fuel analysis is known, the metals content of the fuel ash should be used for flue gas emission factors assuming all metals pass through the turbine.

If the HRSG is not supplementary fuel fired, the simple cycle input-specific emission factors (pounds per million British thermal units [lb/MMBtu]) will also apply to cogeneration/combined cycle systems. If the HRSG is supplementary fired, the emissions attributable to the supplementary firing must also be considered to estimate total stack emissions.

3.1.3.1 Nitrogen Oxides -

Nitrogen oxides formation occurs by three fundamentally different mechanisms. The principal mechanism with turbines firing gas or distillate fuel is thermal $NO_X$, which arises from the thermal dissociation and subsequent reaction of nitrogen ($N_2$) and oxygen ($O_2$) molecules in the combustion air. Most thermal $NO_X$ is formed in high temperature stoichiometric flame pockets downstream of the fuel injectors where combustion air has mixed sufficiently with the fuel to produce the peak temperature fuel/air interface.

The second mechanism, called prompt $NO_X$, is formed from early reactions of nitrogen molecules in the combustion air and hydrocarbon radicals from the fuel. Prompt $NO_X$ forms within the flame and is usually negligible when compared to the amount of thermal $NO_X$ formed. The third mechanism, fuel $NO_X$, stems from the evolution and reaction of fuel-bound nitrogen compounds with oxygen. Natural gas has negligible chemically-bound fuel nitrogen (although some molecular nitrogen is present). Essentially all $NO_X$ formed from natural gas combustion is thermal $NO_X$. Distillate oils have low levels of fuel-bound nitrogen. Fuel $NO_X$ from distillate oil-fired turbines may become significant in turbines equipped with a high degree of thermal $NO_X$ controls. Otherwise, thermal $NO_X$ is the predominant $NO_X$ formation mechanism in distillate oil-fired turbines.

The maximum thermal $NO_X$ formation occurs at a slightly fuel-lean mixture because of excess oxygen available for reaction. The control of stoichiometry is critical in achieving reductions in thermal $NO_X$. Thermal $NO_X$ formation also decreases rapidly as the temperature drops below the adiabatic flame temperature, for a given stoichiometry. Maximum reduction of thermal $NO_X$ can be achieved by control of both the combustion temperature and the stoichiometry. Gas turbines operate with high overall levels of excess air, because turbines use combustion air dilution as the means to maintain the turbine inlet temperature below design limits. In older gas turbine models, where combustion is in the form of a diffusion flame, most of the dilution takes place downstream of the primary flame, which does not minimize peak temperature in the flame and suppress thermal $NO_X$ formation.

Diffusion flames are characterized by regions of near-stoichiometric fuel/air mixtures where temperatures are very high and significant thermal $NO_X$ is formed. Water vapor in the turbine inlet air contributes to the lowering of the peak temperature in the flame, and therefore to thermal $NO_X$ emissions. Thermal $NO_X$ can also be reduced in diffusion type turbines through water or steam injection. The injected water-steam acts as a heat sink lowering the combustion zone temperature, and therefore thermal $NO_X$. Newer model gas turbines use lean, premixed combustion where the fuel is typically premixed with more than 50 percent theoretical air which results in lower flame temperatures, thus suppressing thermal $NO_X$ formation.

Ambient conditions also affect emissions and power output from turbines more than from external combustion systems. The operation at high excess air levels and at high pressures increases the influence of inlet humidity, temperature, and pressure.[4] Variations of emissions of 30 percent or greater have been exhibited with changes in ambient humidity and temperature. Humidity acts to absorb heat in the primary flame zone due to the conversion of the water content to steam. As heat energy is used for water to steam conversion, the temperature is the flame zone will decrease resulting in a decrease of thermal $NO_X$ formation. For a given fuel firing rate, lower ambient temperatures lower the peak temperature in the flame, lowering thermal $NO_X$ significantly. Similarly, the gas turbine operating loads affect $NO_X$ emissions. Higher $NO_X$ emissions are expected for high operating loads due to the higher peak temperature in the flame zone resulting in higher thermal $NO_X$.

3.1.3.2 Carbon Monoxide and Volatile Organic Compounds -

CO and VOC emissions both result from incomplete combustion. CO results when there is insufficient residence time at high temperature or incomplete mixing to complete the final step in fuel carbon oxidation. The oxidation of CO to $CO_2$ at gas turbine temperatures is a slow reaction compared to most hydrocarbon oxidation reactions. In gas turbines, failure to achieve CO burnout may result from quenching by dilution air. With liquid fuels, this can be aggravated by carryover of larger droplets from the atomizer at the fuel injector. Carbon monoxide emissions are also dependent on the loading of the gas turbine. For example, a gas turbine operating under a full load will experience greater fuel efficiencies which will reduce the formation of carbon monoxide. The opposite is also true, a gas turbine operating under a light to medium load will experience reduced fuel efficiencies (incomplete combustion) which will increase the formation of carbon monoxide.

The pollutants commonly classified as VOC can encompass a wide spectrum of volatile organic compounds some of which are hazardous air pollutants. These compounds are discharged into the atmosphere when some of the fuel remains unburned or is only partially burned during the combustion process. With natural gas, some organics are carried over as unreacted, trace constituents of the gas, while others may be pyrolysis products of the heavier hydrocarbon constituents. With liquid fuels, large droplet carryover to the quench zone accounts for much of the unreacted and partially pyrolized volatile organic emissions.

Similar to CO emissions, VOC emissions are affected by the gas turbine operating load conditions. Volatile organic compounds emissions are higher for gas turbines operating at low loads as compared to similar gas turbines operating at higher loads.

3.1.3.3 Particulate Matter[13] -

PM emissions from turbines primarily result from carryover of noncombustible trace constituents in the fuel. PM emissions are negligible with natural gas firing and marginally significant with distillate oil firing because of the low ash content. PM emissions can be classified as "filterable" or "condensable" PM. Filterable PM is that portion of the total PM that exists in the stack in either the solid or liquid state and

can be measured on a EPA Method 5 filter. Condensable PM is that portion of the total PM that exists as a gas in the stack but condenses in the cooler ambient air to form particulate matter. Condensable PM exists as a gas in the stack, so it passes through the Method 5 filter and is typically measured by analyzing the impingers, or "back half" of the sampling train. The collection, recovery, and analysis of the impingers is described in EPA Method 202 of Appendix M, Part 51 of the Code of Federal Regulations. Condensable PM is composed of organic and inorganic compounds and is generally considered to be all less than 1.0 micrometers in aerodynamic diameter.

3.1.3.4 Greenhouse Gases[5-11] -

Carbon dioxide ($CO_2$) and nitrous oxide ($N_2O$) emissions are all produced during natural gas and distillate oil combustion in gas turbines. Nearly all of the fuel carbon is converted to $CO_2$ during the combustion process. This conversion is relatively independent of firing configuration. Methane ($CH_4$) is also present in the exhaust gas and is thought to be unburned fuel in the case of natural gas or a product of combustion in the case of distillate fuel oil.

Although the formation of CO acts to reduce $CO_2$ emissions, the amount of CO produced is insignificant compared to the amount of $CO_2$ produced. The majority of the fuel carbon not converted to $CO_2$ is due to incomplete combustion.

Formation of $N_2O$ during the combustion process is governed by a complex series of reactions and its formation is dependent upon many factors. However, the formation of $N_2O$ is minimized when combustion temperatures are kept high (above 1475$^oF$) and excess air is kept to a minimum (less than 1 percent).

3.1.3.5 HAP Emissions -

Available data indicate that emission levels of HAP are lower for gas turbines than for other combustion sources. This is due to the high combustion temperatures reached during normal operation. The emissions data also indicate that formaldehyde is the most significant HAP emitted from combustion turbines. For natural gas fired turbines, formaldehyde accounts for about two-thirds of the total HAP emissions. Polycyclic aromatic hydrocarbons (PAH), benzene, toluene, xylenes, and others account for the remaining one-third of HAP emissions. For No. 2 distillate oil-fired turbines, small amount of metallic HAP are present in the turbine's exhaust in addition to the gaseous HAP identified under gas fired turbines. These metallic HAP are carried over from the fuel constituents. The formation of carbon monoxide during the combustion process is a good indication of the expected levels of HAP emissions. Similar to CO emissions, HAP emissions increase with reduced operating loads. Typically, combustion turbines operate under full loads for greater fuel efficiency, thereby minimizing the amount of CO and HAP emissions.

3.1.4 Control Technologies[12]

There are three generic types of emission controls in use for gas turbines, wet controls using steam or water injection to reduce combustion temperatures for $NO_X$ control, dry controls using advanced combustor design to suppress $NO_X$ formation and/or promote CO burnout, and post-combustion catalytic control to selectively reduce $NO_X$ and/or oxidize CO emission from the turbine. Other recently developed technologies promise significantly lower levels of $NO_X$ and CO emissions from diffusion combustion type gas turbines. These technologies are currently being demonstrated in several installations.

Emission factors in this section have been determined from gas turbines with no add-on control devices (uncontrolled emissions). For $NO_X$ and CO emission factors for combustion controls, such as water-steam injection, and lean pre-mix units are presented. Additional information for controlled

emissions with various add-on controls can be obtained using the section 3.1 database. Uncontrolled, lean-premix, and water injection emission factors were presented for $NO_X$ and CO to show the effect of combustion modification on emissions.

3.1.4.1 Water Injection -

Water or steam injection is a technology that has been demonstrated to effectively suppress $NO_X$ emissions from gas turbines. The effect of steam and water injection is to increase the thermal mass by dilution and thereby reduce peak temperatures in the flame zone. With water injection, there is an additional benefit of absorbing the latent heat of vaporization from the flame zone. Water or steam is typically injected at a water-to-fuel weight ratio of less than one.

Depending on the initial $NO_X$ levels, such rates of injection may reduce $NO_X$ by 60 percent or higher. Water or steam injection is usually accompanied by an efficiency penalty (typically 2 to 3 percent) but an increase in power output (typically 5 to 6 percent). The increased power output results from the increased mass flow required to maintain turbine inlet temperature at manufacturer's specifications. Both CO and VOC emissions are increased by water injection, with the level of CO and VOC increases dependent on the amount of water injection.

3.1.4.2 Dry Controls -

Since thermal $NO_X$ is a function of both temperature (exponentially) and time (linearly), the basis of dry controls are to either lower the combustor temperature using lean mixtures of air and/or fuel staging, or decrease the residence time of the combustor. A combination of methods may be used to reduce $NO_X$ emissions such as lean combustion and staged combustion (two stage lean/lean combustion or two stage rich/lean combustion).

Lean combustion involves increasing the air-to-fuel ratio of the mixture so that the peak and average temperatures within the combustor will be less than that of the stoichiometric mixture, thus suppressing thermal $NO_X$ formation. Introducing excess air not only creates a leaner mixture but it also can reduce residence time at peak temperatures.

Two-stage lean/lean combustors are essentially fuel-staged, premixed combustors in which each stage burns lean. The two-stage lean/lean combustor allows the turbine to operate with an extremely lean mixture while ensuring a stable flame. A small stoichiometric pilot flame ignites the premixed gas and provides flame stability. The $NO_X$ emissions associated with the high temperature pilot flame are insignificant. Low $NO_X$ emission levels are achieved by this combustor design through cooler flame temperatures associated with lean combustion and avoidance of localized "hot spots" by premixing the fuel and air.

Two stage rich/lean combustors are essentially air-staged, premixed combustors in which the primary zone is operated fuel rich and the secondary zone is operated fuel lean. The rich mixture produces lower temperatures (compared to stoichiometric) and higher concentrations of CO and $H_2$, because of incomplete combustion. The rich mixture also decreases the amount of oxygen available for $NO_X$ generation. Before entering the secondary zone, the exhaust of the primary zone is quenched (to extinguish the flame) by large amounts of air and a lean mixture is created. The lean mixture is pre-ignited and the combustion completed in the secondary zone. $NO_X$ formation in the second stage are minimized through combustion in a fuel lean, lower temperature environment. Staged combustion is identified through a variety of names, including Dry-Low NOx (DLN), Dry-Low Emissions (DLE), or SoLoNOx.

3.1.4.3 Catalytic Reduction Systems -

Selective catalytic reduction (SCR) systems selectively reduce $NO_X$ emissions by injecting ammonium ($NH_3$) into the exhaust gas stream upstream of a catalyst. Nitrogen oxides, $NH_3$, and $O_2$ react on the surface of the catalyst to form $N_2$ and $H_2O$. The exhaust gas must contain a minimum amount of $O_2$ and be within a particular temperature range (typically 450$^o$F to 850$^o$F) in order for the SCR system to operate properly.

The temperature range is dictated by the catalyst material which is typically made from noble metals, including base metal oxides such as vanadium and titanium, or zeolite-based material. The removal efficiency of an SCR system in good working order is typically from 65 to 90 percent. Exhaust gas temperatures greater than the upper limit (850$^o$F) cause $NO_X$ and $NH_3$ to pass through the catalyst unreacted. Ammonia emissions, called $NH_3$ slip, may be a consideration when specifying an SCR system.

Ammonia, either in the form of liquid anhydrous ammonia, or aqueous ammonia hydroxide is stored on site and injected into the exhaust stream upstream of the catalyst. Although an SCR system can operate alone, it is typically used in conjunction with water-steam injection systems or lean-premix system to reduce $NO_X$ emissions to their lowest levels (less than 10 ppm at 15 percent oxygen for SCR and wet injection systems). The SCR system for landfill or digester gas-fired turbines requires a substantial fuel gas pretreatment to remove trace contaminants that can poison the catalyst. Therefore, SCR and other catalytic treatments may be inappropriate control technologies for landfill or digester gas-fired turbines.

The catalyst and catalyst housing used in SCR systems tend to be very large and dense (in terms of surface area to volume ratio) because of the high exhaust flow rates and long residence times required for $NO_X$, $O_2$, and $NH_3$, to react on the catalyst. Most catalysts are configured in a parallel-plate, "honeycomb" design to maximize the surface area-to-volume ratio of the catalyst. Some SCR installations incorporate CO catalytic oxidation modules along with the $NO_X$ reduction catalyst for simultaneous CO/$NO_X$ control.

Carbon monoxide oxidation catalysts are typically used on turbines to achieve control of CO emissions, especially turbines that use steam injection, which can increase the concentrations of CO and unburned hydrocarbons in the exhaust. CO catalysts are also being used to reduce VOC and organic HAPs emissions. The catalyst is usually made of a precious metal such as platinum, palladium, or rhodium. Other formulations, such as metal oxides for emission streams containing chlorinated compounds, are also used. The CO catalyst promotes the oxidation of CO and hydrocarbon compounds to carbon dioxide ($CO_2$) and water ($H_2O$) as the emission stream passes through the catalyst bed. The oxidation process takes place spontaneously, without the requirement for introducing reactants. The performance of these oxidation catalyst systems on combustion turbines results in 90-plus percent control of CO and about 85 to 90 percent control of formaldehyde. Similar emission reductions are expected on other HAP pollutants.

3.1.4.4 Other Catalytic Systems[14,15] -

New catalytic reduction technologies have been developed and are currently being commercially demonstrated for gas turbines. Such technologies include, but are not limited to, the SCONOX and the XONON systems, both of which are designed to reduce $NO_X$ and CO emissions. The SCONOX system is applicable to natural gas fired gas turbines. It is based on a unique integration of catalytic oxidation and absorption technology. CO and NO are catalytically oxidized to $CO_2$ and $NO_2$. The $NO_2$ molecules are subsequently absorbed on the treated surface of the SCONOX catalyst. The system manufacturer guarantees CO emissions of 1 ppm and $NO_X$ emissions of 2 ppm. The SCONOX system does not require the use of ammonia, eliminating the potential of ammonia slip conditions evident in existing SCR systems. Only limited emissions data were available for a gas turbine equipped with a SCONOX system. This data reflected HAP emissions and was not sufficient to verify the manufacturer’s claims.

The XONON system is applicable to diffusion and lean-premix combustors and is currently being demonstrated with the assistance of leading gas turbine manufacturers. The system utilizes a flameless combustion system where fuel and air reacts on a catalyst surface, preventing the formation of $NO_X$ while achieving low CO and unburned hydrocarbon emission levels. The overall combustion process consists of the partial combustion of the fuel in the catalyst module followed by completion of the combustion downstream of the catalyst. The partial combustion within the catalyst produces no $NO_X$, and the combustion downstream of the catalyst occurs in a flameless homogeneous reaction that produces almost no $NO_X$. The system is totally contained within the combustor of the gas turbine and is not a process for clean-up of the turbine exhaust. Note that this technology has not been fully demonstrated as of the drafting of this section. The catalyst manufacturer claims that gas turbines equipped with the XONON Catalyst emit $NO_X$ levels below 3 ppm and CO and unburned hydrocarbons levels below 10 ppm. Emissions data from gas turbines equipped with a XONON Catalyst were not available as of the drafting of this section.

### 3.1.5 Updates Since the Fifth Edition

The Fifth Edition was released in January 1995. Revisions to this section since that date are summarized below. For further detail, consult the memoranda describing each supplement or the background report for this section. These and other documents can be found on the new EFIG home page (http://www.epa.gov/ttn/chief).

Supplement A, February 1996

- For the PM factors, a footnote was added to clarify that condensables and all PM from oil- and gas-fired turbines are considered PM-10.

- In the table for large uncontrolled gas turbines, a sentence was added to footnote "e" to indicate that when sulfur content is not available, 0.6 lb/$10^6$ $ft^3$ (0.0006 lb/MMBtu) can be used.

Supplement B, October 1996

- Text was revised and updated for the general section.

- Text was added regarding firing practices and process description.

- Text was revised and updated for emissions and controls.

- All factors for turbines with SCR-water injection control were corrected.

- The $CO_2$ factor was revised and a new set of $N_2O$ factors were added.

Supplement F, April 2000

- Text was revised and updated for the general section.

- All emission factors were updated except for the $SO_2$ factor for natural gas and distillate oil turbines.

- Turbines using staged (lean-premix) combustors added to this section.
- Turbines used for natural gas transmission added to this section.
- Details for turbine operating configurations (operating cycles) added to this section.
- Information on new emissions control technologies added to this section (SCONOX and XONON).
- HAP emission factors added to this section based on over 400 data points taken from over 60 source tests.
- PM condensable and filterable emission factors for natural gas and distillate oil fired turbines were developed.
- NOx and CO emission factors for lean-premix turbines were added.
- Emission factors for landfill gas and digester gas were added.

Table 3.1-1. EMISSION FACTORS FOR NITROGEN OXIDES ($NO_X$) AND CARBON MONOXIDE (CO) FROM STATIONARY GAS TURBINES

| Emission Factors[a] | | | | |
|---|---|---|---|---|
| Turbine Type | Nitrogen Oxides | | Carbon Monoxide | |
| Natural Gas-Fired Turbines[b] | (lb/MMBtu)[c] (Fuel Input) | Emission Factor Rating | (lb/MMBtu)[c] (Fuel Input) | Emission Factor Rating |
| Uncontrolled | 3.2 E-01 | A | 8.2 E-02[d] | A |
| Water-Steam Injection | 1.3 E-01 | A | 3.0 E-02 | A |
| Lean-Premix | 9.9 E-02 | D | 1.5 E-02 | D |
| Distillate Oil-Fired Turbines[e] | (lb/MMBtu)[f] (Fuel Input) | Emission Factor Rating | (lb/MMBtu)[f] (Fuel Input) | Emission Factor Rating |
| Uncontrolled | 8.8 E-01 | C | 3.3 E-03 | C |
| Water-Steam Injection | 2.4 E-01 | B | 7.6 E-02 | C |
| Landfill Gas-Fired Turbines[g] | (lb/MMBtu)[h] (Fuel Input) | Emission Factor Rating | (lb/MMBtu)[h] (Fuel Input) | Emission Factor Rating |
| Uncontrolled | 1.4 E-01 | A | 4.4 E-01 | A |
| Digester Gas-Fired Turbines[j] | (lb/MMBtu)[k] (Fuel Input) | Emission Factor Rating | (lb/MMBtu)[k] (Fuel Input) | Emission Factor Rating |
| Uncontrolled | 1.6 E-01 | D | 1.7 E-02 | D |

[a] Factors are derived from units operating at high loads ($\geq$80 percent load) only. For information on units operating at other loads, consult the background report for this chapter (Reference 16), available at "www.epa.gov/ttn/chief".

[b] Source Classification Codes (SCCs) for natural gas-fired turbines include 2-01-002-01, 2-02-002-01, 2-02-002-03, 2-03-002-02, and 2-03-002-03. The emission factors in this table may be converted to other natural gas heating values by multiplying the given emission factor by the ratio of the specified heating value to this average heating value.

[c] Emission factors based on an average natural gas heating value (HHV) of 1020 Btu/scf at $60^oF$. To convert from (lb/MMBtu) to (lb/$10^6$ scf), multiply by 1020.

[d] It is recognized that the uncontrolled emission factor for CO is higher than the water-steam injection and lean-premix emission factors, which is contrary to expectation. The EPA could not identify the reason for this behavior, except that the data sets used for developing these factors are different.

[e] SCCs for distillate oil-fired turbines include 2-01-001-01, 2-02-001-01, 2-02-001-03, and 2-03-001-02.

[f] Emission factors based on an average distillate oil heating value of 139 MMBtu/$10^3$ gallons. To convert from (lb/MMBtu) to (lb/$10^3$ gallons), multiply by 139.

[g] SCC for landfill gas-fired turbines is 2-03-008-01.

[h] Emission factors based on an average landfill gas heating value of 400 Btu/scf at $60^oF$. To convert from (lb/MMBtu), to (lb/$10^6$ scf) multiply by 400.

[j] SCC for digester gas-fired turbine is 2-03-007-01.

[k] Emission factors based on an average digester gas heating value of 600 Btu/scf at $60^oF$. To convert from (lb/MMBtu) to (lb/$10^6$ scf) multiply by 600.

Table 3.1-2a. EMISSION FACTORS FOR CRITERIA POLLUTANTS AND GREENHOUSE GASES FROM STATIONARY GAS TURBINES

| Emission Factors[a] - Uncontrolled | | | | |
|---|---|---|---|---|
| Pollutant | Natural Gas-Fired Turbines[b] | | Distillate Oil-Fired Turbines[d] | |
| | (lb/MMBtu)[c] (Fuel Input) | Emission Factor Rating | (lb/MMBtu)[e] (Fuel Input) | Emission Factor Rating |
| $CO_2$[f] | 110 | A | 157 | A |
| $N_2O$ | 0.003[g] | E | ND | NA |
| Lead | ND | NA | 1.4 E-05 | C |
| $SO_2$ | 0.94S[h] | B | 1.01S[h] | B |
| Methane | 8.6 E-03 | C | ND | NA |
| VOC | 2.1 E-03 | D | 4.1 E-04[j] | E |
| TOC[k] | 1.1 E-02 | B | 4.0 E-03[l] | C |
| PM (condensible) | 4.7 E-03[l] | C | 7.2 E-03[l] | C |
| PM (filterable) | 1.9 E-03[l] | C | 4.3 E-03[l] | C |
| PM (total) | 6.6 E-03[l] | C | 1.2 E-02[l] | C |

[a] Factors are derived from units operating at high loads ($\geq$80 percent load) only. For information on units operating at other loads, consult the background report for this chapter (Reference 16), available at "www.epa.gov/ttn/chief". ND = No Data, NA = Not Applicable.

[b] SCCs for natural gas-fired turbines include 2-01-002-01, 2-02-002-01 & 03, and 2-03-002-02 & 03.

[c] Emission factors based on an average natural gas heating value (HHV) of 1020 Btu/scf at 60°F. To convert from (lb/MMBtu) to (lb/$10^6$ scf), multiply by 1020. Similarly, these emission factors can be converted to other natural gas heating values.

[d] SCCs for distillate oil-fired turbines are 2-01-001-01, 2-02-001-01, 2-02-001-03, and 2-03-001-02.

[e] Emission factors based on an average distillate oil heating value of 139 MMBtu/$10^3$ gallons. To convert from (lb/MMBtu) to (lb/$10^3$ gallons), multiply by 139.

[f] Based on 99.5% conversion of fuel carbon to $CO_2$ for natural gas and 99% conversion of fuel carbon to $CO_2$ for distillate oil. $CO_2$ (Natural Gas) [lb/MMBtu] = (0.0036 scf/Btu)(%CON)(C)(D), where %CON = weight percent conversion of fuel carbon to $CO_2$, C = carbon content of fuel by weight, and D = density of fuel. For natural gas, C is assumed at 75%, and D is assumed at 4.1 E+04 lb/$10^6$scf. For distillate oil, $CO_2$ (Distillate Oil) [lb/MMBtu] = (26.4 gal/MMBtu) (%CON)(C)(D), where C is assumed at 87%, and the D is assumed at 6.9 lb/gallon.

[g] Emission factor is carried over from the previous revision to AP-42 (Supplement B, October 1996) and is based on limited source tests on a single turbine with water-steam injection (Reference 5).

[h] All sulfur in the fuel is assumed to be converted to $SO_2$. S = percent sulfur in fuel. Example, if sulfur content in the fuel is 3.4 percent, then S = 3.4. If S is not available, use 3.4 E-03 lb/MMBtu for natural gas turbines, and 3.3 E-02 lb/MMBtu for distillate oil turbines (the equations are more accurate).

[j] VOC emissions are assumed equal to the sum of organic emissions.

[k] Pollutant referenced as THC in the gathered emission tests. It is assumed as TOC, because it is based on EPA Test Method 25A.

[l] Emission factors are based on combustion turbines using water-steam injection.

Table 3.1-2b. EMISSION FACTORS FOR CRITERIA POLLUTANTS AND GREENHOUSE GASES FROM STATIONARY GAS TURBINES

| Emission Factors[a] - Uncontrolled | | | | |
|---|---|---|---|---|
| Pollutants | Landfill Gas-Fired Turbines[b] | | Digester Gas-Fired Turbines[d] | |
| | (lb/MMBtu)[c] | Emission Factor Rating | (lb/MMBtu)[e] | Emission Factor Rating |
| $CO_2$[f] | 50 | D | 27 | C |
| Lead | ND | NA | < 3.4 E-06[g] | D |
| PM-10 | 2.3 E-02 | B | 1.2 E-02 | C |
| $SO_2$ | 4.5 E-02 | C | 6.5 E-03 | D |
| VOC[h] | 1.3 E-02 | B | 5.8 E-03 | D |

[a] Factors are derived from units operating at high loads ($\geq$80 percent load) only. For information on units operating at other loads, consult the background report for this chapter (Reference 16), available at "www.epa.gov/ttn/chief". ND = No Data, NA = Not Applicable.
[b] SCC for landfill gas-fired turbines is 2-03-008-01.
[c] Emission factors based on an average landfill gas heating value (HHV) of 400 Btu/scf at 60$^{o}$F. To convert from (lb/MMBtu) to (lb/$10^6$ scf), multiply by 400.
[d] SCC for digester gas-fired turbine include 2-03-007-01.
[e] Emission factors based on an average digester gas heating value of 600 Btu/scf at 60$^{o}$F. To convert from (lb/MMBtu) to (lb/$10^6$ scf), multiply by 600.
[f] For landfill gas and digester gas, $CO_2$ is presented in test data as volume percent of the exhaust stream (4.0 percent to 4.5 percent).
[g] Compound was not detected. The presented emission value is based on one-half of the detection limit.
[h] Based on adding the formaldehyde emissions to the NMHC.

Table 3.1-3. EMISSION FACTORS FOR HAZARDOUS AIR POLLUTANTS FROM NATURAL GAS-FIRED STATIONARY GAS TURBINES[a]

| Emission Factors[b] - Uncontrolled | | |
|---|---|---|
| Pollutant | Emission Factor (lb/MMBtu)[c] | Emission Factor Rating |
| 1,3-Butadiene[d] | < 4.3 E-07 | D |
| Acetaldehyde | 4.0 E-05 | C |
| Acrolein | 6.4 E-06 | C |
| Benzene[e] | 1.2 E-05 | A |
| Ethylbenzene | 3.2 E-05 | C |
| Formaldehyde[f] | 7.1 E-04 | A |
| Naphthalene | 1.3 E-06 | C |
| PAH | 2.2 E-06 | C |
| Propylene Oxide[d] | < 2.9 E-05 | D |
| Toluene | 1.3 E-04 | C |
| Xylenes | 6.4 E-05 | C |

[a] SCC for natural gas-fired turbines include 2-01-002-01, 2-02-002-01, 2-02-002-03, 2-03-002-02, and 2-03-002-03. Hazardous Air Pollutants as defined in Section 112 (b) of the *Clean Air Act*.
[b] Factors are derived from units operating at high loads ($\geq$80 percent load) only. For information on units operating at other loads, consult the background report for this chapter (Reference 16), available at "www.epa.gov/ttn/chief".
[c] Emission factors based on an average natural gas heating value (HHV) of 1020 Btu/scf at 60$^{o}$F. To convert from (lb/MMBtu) to (lb/$10^6$ scf), multiply by 1020. These emission factors can be converted to other natural gas heating values by multiplying the given emission factor by the ratio of the specified heating value to this heating value.
[d] Compound was not detected. The presented emission value is based on one-half of the detection limit.
[e] Benzene with SCONOX catalyst is 9.1 E-07, rating of D.
[f] Formaldehyde with SCONOX catalyst is 2.0 E-05, rating of D.

Table 3.1-4. EMISSION FACTORS FOR HAZARDOUS AIR POLLUTANTS FROM DISTILLATE OIL-FIRED STATIONARY GAS TURBINES[a]

| Emission Factors[b] - Uncontrolled | | |
|---|---|---|
| Pollutant | Emission Factor (lb/MMBtu)[c] | Emission Factor Rating |
| 1,3-Butadiene[d] | < 1.6 E-05 | D |
| Benzene | 5.5 E-05 | C |
| Formaldehyde | 2.8 E-04 | B |
| Naphthalene | 3.5 E-05 | C |
| PAH | 4.0 E-05 | C |

[a] SCCs for distillate oil-fired turbines include 2-01-001-01, 2-02-001-01, 2-02-001-03, and 2-03-001-02. Hazardous Air Pollutants as defined in Section 112 (b) of the *Clean Air Act*.

[b] Factors are derived from units operating at high loads ($\geq$80 percent load) only. For information on units operating at other loads, consult the background report for this chapter (Reference 16), available at "www.epa.gov/ttn/chief".

[c] Emission factors based on an average distillate oil heating value (HHV) of 139 MMBtu/$10^3$ gallons. To convert from (lb/MMBtu) to (lb/$10^3$ gallons), multiply by 139.

[d] Compound was not detected. The presented emission value is based on one-half of the detection limit.

Table 3.1-5. EMISSION FACTORS FOR METALLIC HAZARDOUS AIR POLLUTANTS FROM DISTILLATE OIL-FIRED STATIONARY GAS TURBINES[a]

| Emission Factors[b] - Uncontrolled | | |
|---|---|---|
| Pollutant | Emission Factor (lb/MMBtu)[c] | Emission Factor Rating |
| Arsenic[d] | < 1.1 E-05 | D |
| Beryllium[d] | < 3.1 E-07 | D |
| Cadmium | 4.8 E-06 | D |
| Chromium | 1.1 E-05 | D |
| Lead | 1.4 E-05 | D |
| Manganese | 7.9 E-04 | D |
| Mercury | 1.2 E-06 | D |
| Nickel[d] | < 4.6 E-06 | D |
| Selenium[d] | < 2.5 E-05 | D |

[a] SCCs for distillate oil-fired turbines include 2-01-001-01, 2-02-001-01, 2-02-001-03, and 2-03-001-02. Hazardous Air Pollutants as defined in Section 112 (b) of the *Clean Air Act*.

[b] Factors are derived from units operating at high loads ($\geq$80 percent load) only. For information on units operating at other loads, consult the background report for this chapter (Reference 16), available at "www.epa.gov/ttn/chief".

[c] Emission factors based on an average distillate oil heating value (HHV) of 139 MMBtu/$10^3$ gallons. To convert from (lb/MMBtu) to (lb/$10^3$ gallons), multiply by 139.

[d] Compound was not detected. The presented emission value is based on one-half of the detection limit.

Table 3.1-6. EMISSION FACTORS FOR HAZARDOUS AIR POLLUTANTS FROM LANDFILL GAS-FIRED STATIONARY GAS TURBINES[a]

| Emission Factors[b] - Uncontrolled | | |
|---|---|---|
| Pollutant | Emission Factor (lb/MMBtu)[c] | Emission Factor Rating |
| Acetonitrile[d] | < 1.2E-05 | D |
| Benzene | 2.1E-05 | B |
| Benzyl Chloride[d] | < 1.2 E-05 | D |
| Carbon Tetrachloride[d] | < 1.8 E-06 | D |
| Chlorobenzene[d] | < 2.9 E-06 | D |
| Chloroform[d] | < 1.4 E-06 | D |
| Methylene Chloride | 2.3 E-06 | D |
| Tetrachloroethylene[d] | < 2.5 E-06 | D |
| Toluene | 1.1 E-04 | B |
| Trichloroethylene[d] | < 1.9 E-06 | D |
| Vinyl Chloride[d] | < 1.6 E-06 | D |
| Xylenes | 3.1 E-05 | B |

[a] SCC for landfill gas-fired turbines is 2-03-008-01. Hazardous Air Pollutants as defined in Section 112 (b) of the *Clean Air Act*.
[b] Factors are derived from units operating at high loads ($\geq$80 percent load) only. For information on units operating at other loads, consult the background report for this chapter (Reference 16), available at "www.epa.gov/ttn/chief".
[c] Emission factors based on an average landfill gas heating value (HHV) of 400 Btu/scf at 60$^{o}$F. To convert from (lb/MMBtu) to (lb/$10^6$ scf), multiply by 400.
[d] Compound was not detected. The presented emission value is based on one-half of the detection limit.

Table 3.1-7. EMISSION FACTORS FOR HAZARDOUS AIR POLLUTANTS FROM DIGESTER GAS-FIRED STATIONARY GAS TURBINES[a]

| Emission Factors[b] - Uncontrolled | | |
|---|---|---|
| Pollutant | Emission Factor (lb/MMBtu)[c] | Emission Factor Ratings |
| 1,3-Butadiene[d] | < 9.8 E-06 | D |
| 1,4-Dichlorobenzene[d] | < 2.0 E-05 | D |
| Acetaldehyde | 5.3 E-05 | D |
| Carbon Tetrachloride[d] | < 2.0 E-05 | D |
| Chlorobenzene[d] | < 1.6 E-05 | D |
| Chloroform[d] | < 1.7 E-05 | D |
| Ethylene Dichloride[d] | < 1.5 E-05 | D |
| Formaldehyde | 1.9 E-04 | D |
| Methylene Chloride[d] | < 1.3 E-05 | D |
| Tetrachloroethylene[d] | < 2.1 E-05 | D |
| Trichloroethylene[d] | < 1.8 E-05 | D |
| Vinyl Chloride[d] | < 3.6 E-05 | D |
| Vinylidene Chloride[d] | < 1.5 E-05 | D |

[a] SCC for digester gas-fired turbines is 2-03-007-01. Hazardous Air Pollutants as defined in Section 112 (b) of the *Clean Air Act*.

[b] Factors are derived from units operating at high loads ($\geq$80 percent load) only. For information on units operating at other loads, consult the background report for this chapter (Reference 16), available at "www.epa.gov/ttn/chief".

[c] Emission factors based on an average digester gas heating value (HHV) of 600 Btu/scf at $60^oF$. To convert from (lb/MMBtu) to (lb/$10^6$ scf), multiply by 600.

[d] Compound was not detected. The presented emission value is based on one-half of the detection limit.

Table 3.1-8. EMISSION FACTORS FOR METALLIC HAZARDOUS AIR POLLUTANTS FROM DIGESTER GAS-FIRED STATIONARY GAS TURBINES[a]

| Emission Factors[b] - Uncontrolled | | |
|---|---|---|
| Pollutant | Emission Factor (lb/MMBtu)[c] | Emission Factor Rating |
| Arsenic[d] | < 2.3 E-06 | D |
| Cadmium[d] | < 5.8 E-07 | D |
| Chromium[d] | < 1.2 E-06 | D |
| Lead[d] | < 3.4 E-06 | D |
| Nickel | 2.0 E-06 | D |
| Selenium | 1.1 E-05 | D |

[a] SCC for digester gas-fired turbines is 2-03-007-01. Hazardous Air Pollutants as defined in Section 112 (b) of the *Clean Air Act*.

[b] Factors are derived from units operating at high loads ($\geq$80 percent load) only. For information on units operating at other loads, consult the background report for this chapter (Reference 16), available at "www.epa.gov/ttn/chief".

[c] Emission factor based on an average digester gas heating value (HHV) of 600 Btu/scf at 60$^{o}$F. To convert from (lb/MMBtu) to (lb/$10^6$ scf), multiply by 600.

[d] Compound was not detected. The presented emission value is based on one-half of the detection limit.

References For Section 3.1

1. *Alternative Control Techniques Document - $NO_X$ Emissions from Stationary Gas Turbines*, EPA 453/R-93-007, January 1993.

2. C. C. Shih, *et al.*, *Emissions Assessment Of Conventional Stationary Combustion Systems, Vol. II: Internal Combustion Sources*, EPA-600/7-79-029c, U. S. Environmental Protection Agency, Cincinnati, OH, February 1979.

3. *Final Report - Gas Turbine Emission Measurement Program*, GASLTR787, General Applied Science Laboratories, Westbury, NY, August 1974.

4. *Standards Support And Environmental Impact Statement, Volume 1: Proposed Standards Of Performance For Stationary Gas Turbines*, EPA-450/2-77-017a, U. S. Environmental Protection Agency, Research Triangle Park, NC, September 1977.

5. L. P. Nelson, *et al.*, *Global Combustion Sources Of Nitrous Oxide Emissions*, Research Project 2333-4 Interim Report, Sacramento: Radian Corporation, 1991.

6. R. L. Peer, *et al.*, *Characterization Of Nitrous Oxide Emission Sources*, U. S. Environmental Protection Agency, Office of Research and Development, Research Triangle Park, NC, 1995.

7. S. D. Piccot, *et al.*, *Emissions And Cost Estimates For Globally Significant Anthropogenic Combustion Sources Of $NO_X$, $N_2O$, $CH_4$, CO, And $CO_2$*, U. S. Environmental Protection Agency, Office of Research and Development, Research Triangle Park, NC, 1990.

8. G. Marland and R. M. Rotty, *Carbon Dioxide Emissions From Fossil Fuels: A Procedure For Estimation And Results For 1951-1981*, DOE/NBB-0036 TR-003, Carbon Dioxide Research Division, Office of Energy Research, U. S. Department of Energy, Oak Ridge, TN, 1983.

9. G. Marland and R. M. Rotty, *Carbon Dioxide Emissions From Fossil Fuels: A Procedure For Estimation And Results For 1950-1982*, Tellus 36B:232-261, 1984.

10. *Inventory Of U. S. Greenhouse Gas Emissions And Sinks: 1990-1991*, EPA-230-R-96-006, U. S. Environmental Protection Agency, Washington, DC, November 1995.

11. *IPCC Guidelines For National Greenhouse Gas Inventories Workbook*, Intergovernmental Panel on Climate Change/Organization for Economic Cooperation and Development, Paris, France, 1995.

12. L. M. Campbell and G. S. Shareef, *Sourcebook: $NO_x$ Control Technology Data*, Radian Corp., EPA-600/2-91-029, Air and Energy Engineering Research Laboratory, U. S. Environmental Protection Agency, Research Triangle Park, July 1991.

13. *In-stack Condensible Particulate Matter Measurement and Permitting Issues for Maryland Power Plants*, Maryland Department of Natural Resource, Prepared by Versar, INC, January 1998.

14. *Catalysts for Power Generation, The $_{SCONOX}$ System*. Goal Line Environmental Technologies, www.glet.com/gl_prod_SCONOX.htm, March 1998.

15. Information form Chuck Solt of Catalytica Combustion Systems, Inc., to EPA, XONON Flameless Combustion, January 1996.

16. *Emission Factor Documentation of AP-42 Section 3.1, Stationary Combustion Turbines*, EPA Contract No. 68-D7-0070, Alpha-Gamma Technologies Inc., Raleigh, North Carolina, April 2000.

Atmospheric Environment 131 (2016) 141–149

Contents lists available at ScienceDirect

Atmospheric Environment

journal homepage: www.elsevier.com/locate/atmosenv

# $PM_{2.5}$ and ultrafine particulate matter emissions from natural gas-fired turbine for power generation☆

Eli Brewer [a], Yang Li [a], Bob Finken [b], Greg Quartucy [c], Lawrence Muzio [c], Al Baez [d], Mike Garibay [d], Heejung S. Jung [a, *]

[a] University of California Riverside (UCR), Department of Mechanical Engineering, Riverside, CA 92521, USA
[b] Delta Air Quality Services, Inc., 1845 North Case Street, Orange, CA 92865, USA
[c] Fossil Energy Research Corporation (FERCo), 23342-C South Pointe Dr., Laguna Hills, CA 92653, USA
[d] South Coast Air Quality Management District (SCAQMD), 21865 Copley Dr., Diamond Bar, CA 91765, USA

## HIGHLIGHTS

- Emissions from the latest natural gas-fired turbine technologies.
- Tests include $PM_{2.5}$, wet chemical tests for $SO_2$/$SO_3$ & $NH_3$, and ultrafine PM.
- Strong presence of high concentrations of nanoparticles.
- Two orders of magnitude higher turbine particle emissions than background.

## ARTICLE INFO

*Article history:*
Received 7 January 2015
Received in revised form
19 October 2015
Accepted 23 November 2015
Available online 2 December 2015

*Keywords:*
Atmospheric nanoparticle
Method 201A
Method 5.1
Emission

## ABSTRACT

The generation of electricity from natural gas-fired turbines has increased more than 200% since 2003. In 2007 the South Coast Air Quality Management District (SCAQMD) funded a project to identify control strategies and technologies for $PM_{2.5}$ and ultrafine emissions from natural gas-fired turbine power plants and test at pilot scale advanced $PM_{2.5}$ technologies to reduce emissions from these gas turbine-based power plants. This prompted a study of the exhaust from new facilities to better understand air pollution in California. To characterize the emissions from new natural gas turbines, a series of tests were performed on a GE LMS100 gas turbine located at the Walnut Creek Energy Park in August 2013. These tests included particulate matter less than 2.5 μm in diameter ($PM_{2.5}$) and wet chemical tests for $SO_2$/$SO_3$ and $NH_3$, as well as ultrafine (less than 100 nm in diameter) particulate matter measurements. After turbine exhaust was diluted sevenfold with filtered air, particle concentrations in the 10–300 nm size range were approximately two orders of magnitude higher than those in the ambient air and those in the 2–3 nm size range were up to four orders of magnitude higher. This study also found that ammonia emissions were higher than expected, but in compliance with permit conditions. This was possibly due to an ammonia imbalance entering the catalyst, some flue gas bypassing the catalyst, or not enough catalyst volume. $SO_3$ accounted for an average of 23% of the total sulfur oxides emissions measured. While some of the $SO_3$ is formed in the combustion process, it is likely that the majority formed as the $SO_2$ in the combustion products passed across the oxidizing CO catalyst and SCR catalyst.

The 100 MW turbine sampled in this study emitted particle loadings of 3.63E-04 lb/MMBtu based on Methods 5.1/201A and 1.07E-04 lb/MMBtu based on SMPS method, which are similar to those previously measured from turbines in the SCAQMD area (FERCo et al., 2014), however, the turbine exhaust contained orders of magnitude higher particles than ambient air.

© 2015 Elsevier Ltd. All rights reserved.

☆ This report was prepared as a result of work sponsored, paid for, in whole or in part, by the South Coast Air Quality Management District (SCAQMD). The opinions, findings, conclusions, and recommendations are those of the author and do not necessarily represent the views of SCAQMD. SCAQMD, its officers, employees, contractors, and subcontractors make no warranty, expressed or implied, and assume no legal liability for the information in this report. SCAQMD has not approved or disapproved this report, nor has SCAQMD passed upon the accuracy or adequacy of the information contained herein.

* Corresponding author.
*E-mail address:* heejung@engr.ucr.edu (H.S. Jung).

http://dx.doi.org/10.1016/j.atmosenv.2015.11.048
1352-2310/© 2015 Elsevier Ltd. All rights reserved.

## 1. Introduction

Natural gas turbines (NGTs) are critical for meeting the demand of U.S. electrical power generation because they are uniquely suited to fulfill the energy gap left by hydroelectric, nuclear, and renewable energy sources. NGTs have a relatively quick start-up and shutdown time compared to other sources of electricity, making them ideal for supplying energy to the grid when the demand changes rapidly. New shale gas mining techniques have lowered the price of natural gas and allowed greater access to the United States' shale gas resources. The overnight capital cost (the cost of the project if no interest were accrued during its construction) of a NGT is low compared to other electrical generating sources (EIA, 2013b) and can be rapidly installed to cover unexpected situations like the shutdown of the San Onofre Nuclear Generating Station (Sewell, 2013).

Since 2003 California has seen an increase of over 200% in electrical generation from natural gas (CEC, 2014). The decreasing price and stable domestic supply of natural gas have strongly influenced its increased use, and the use of NGTs has been projected to increase until at least 2040 (EIA, 2013a). Studying the exhaust from these new facilities is critical to our understanding of air pollution in California.

Particulate Matter (PM) emissions from NGTs have been studied by several groups. England et al. (2007) investigated a compact dilution sampler (CDS) methodology to characterize fine particle emissions from stationary sources including three turbines. They found that the CDS method had lower detection limits compared to the regulatory methods for PM emissions. Tamura (2013) recently conducted a gap analysis of the filterable and condensable PM emission factors from stationary external and internal combustion sources fired by gaseous and liquid fuel to evaluate the accuracy of the sampling methodology. PM emission studies have covered many of the power plant combustors, however, there is still only limited research on emissions from aeroderivative turbines burning natural gas. Each fuel type emits a distinct chemical composition and particle range, based on combustion characteristics and the chemical nature of the fuel (Klippel et al., 2002; Mohr et al., 1995; Schmatloch, 2000). NGTs emit a wide range of particles, however PM is regulated on a mass concentration basis (SCAQMD, 2002) and the vast majority of particles from combustion sources are in the nanometer range. Ultrafine PM (particles < 100 nm in diameter) has not been regulated separately by the EPA.

Ultrafine particles have recently become a cause for concern, as our understanding of their effect on the human body has improved. They were hypothesized to have potentially increased health risks from those of larger particles due to their higher lung deposition rate, clearance mechanism, and ability to translocate to extrapulmonary locations e.g. lymph, and blood circulation (Elder and Oberdörster, 2005). Current knowledge on the health effects of ultrafine PM are uncertain. A Health Effects Institute review in 2013 concluded that the state of science was inconclusive regarding the toxicity of ultrafine PM due to inconsistencies and limitations in the findings from both short- and long-term studies (HEI, 2013). Current U.S. EPA regulations measure $PM_{2.5}$ emissions using mass based methods, however larger particles, which are usually generated by incomplete combustion, make up a much higher mass fraction than ultrafine particles.

SCAQMD funded a two stage project to technically and economically assess a variety of control strategies and technologies that could potentially be used to reduce $PM_{2.5}$ and ultrafine emissions from NGT power plants. In 2007 SCAQMD amended rule 1309.1 to allow prospective gas turbine-based power plants conditional access to its Priority Reserve account to procure reduction credits to offset $PM_{2.5}$ emissions. At the same time, SCAQMD initiated a project to identify and test at pilot scale advanced $PM_{2.5}$ technologies to reduce emissions from these gas turbine-based power plants. The first phase (FERCo et al., 2009) of this project entailed an assessment of technologies to reduce $PM_{2.5}$ and ultrafine particles from gas turbine engines; the second phase (FERCo et al., 2014) of the project entailed pilot scale evaluations of technologies recommended from the first phase. This paper reports part of the results from the second phase of the project with the main objective of characterizing and quantifying $PM_{2.5}$ and ultrafine particles that are emitted by modern aeroderivative NGTs during daily operation. The $PM_{2.5}$ test methods selected for this project were chosen from currently available methods. SCAQMD Method 5.1 (1989) combined with EPA Method 201A (2010) were chosen as the test methods because recent projects in the SCAQMD jurisdiction have utilized this combination of methods for the determination of $PM_{2.5}$ including condensable PM. Methods 5.1/201A are detailed in section 2.2.2.

## 2. Experimental

### 2.1. Test site, turbine, fuel, and lubricant

Tests were conducted at the Walnut Creek Energy Park (WCEP) in the City of Industry, CA in August 2013. The test site was selected because it was representative of new aeroderivative turbines and had the newest commercial $NO_x$ control system. WCEP was designed as a peaking plant to provide electrical generation during high demand periods i.e. Southern California's hot summer months.

WCEP consists of five GE LMS100 combustion turbines in simple cycle operation. The LMS100 is an aeroderivative gas turbine rated nominally at 100 MW (GE, 2015). The LMS100 derives its high efficiency and increased power output from its innovative intercooling system between the low-pressure and high-pressure compressors. WCEP uses reclaimed water for cooling; each LMS100 employs Selective Catalytic Reduction (SCR) system (from Haldor-Topsoe), using aqueous ammonia as the reagent, and water injection for $NO_x$ control. They are also equipped with a CO catalyst (from BASF). The test unit for this study was WCEP Unit 2 and its exhaust layout is shown in Fig. 1.

Specific fuel analysis was not performed for this study. In general, the average Wobbe number for California pipeline natural gas is in the range of 1335–1340 Btu/scf with sulfur content in the range of 0.25–1 grain/100scf (CEC, 2008). The LMS 100s at WCEP uses two types of oil: Mobil DTE Light lubrication oil and Mobil Jet Oil II.

The ultrafine PM tests were conducted before turbine operation, during plant warm-up, and during normal operation. A record was kept of which turbines were running to track how ambient conditions changed with energy park operation. WCEP is located adjacent to a train yard and the associated diesel locomotive traffic influenced the ambient conditions. Energy park operation is controlled by Southern California Edison (SCE) and is dictated by the demand on the electrical grid.

### 2.2. Measurement setup

#### 2.2.1. Ultrafine particle measurement setup

Samples were pulled from the middle of the stack through an unheated, uninsulated, 73″ long, 3/8″ stainless steel tube inserted into a sample port that was located on the side of the stack above the platform. The sample probe was connected via silicon conductive tubing to a critical orifice upstream of an ejector pump (Air-Vac, model TD110H). A mixing tunnel was connected downstream of the ejector pump to mix the dilution air with the sample maintaining a dilution ratio of 7.1:1. Dimensions and details of the




**Fig. 1.** WCEP unit 2 stack diagram.

mixing tunnel can be found at the reference (Abdul-Khalek, 1996). Compressed air (maintained at 30 *psi*) was supplied by the power plant and filtered to particle free air by a clean air system (TSI model 3074). The ultrafine particle measurement setup (seen in Fig. 2) had the sample passing through the dilution tunnel to the SMPS (TSI model 3936), EAD (TSI model 3070A), Transmission Electron Microscope (TEM) sampler, and Catalytic Stripper (CS). The thermophoretic TEM sampler separately directly sampled the turbine exhaust. The CS was connected in-line, before the SMPS, during part of the tests to determine a portion of the sample that was made of Volatile Organic Compounds (VOCs).

Two types of classifiers were used for the SMPS: the long column DMA (model 3081) sampled over a range of 7–290 nm, and the Nano DMA (model 3085) sampled over a range of 2.5–80 nm. The SMPS used an ultrafine Condensation Particle Counter (TSI, CPC 3776), which has a cut point of 2.5 nm. Due to the warm ambient temperatures during the test, the CPC was placed in a small cardboard box where a portable air conditioner supplied cool air. This was necessary to keep the CPC's condenser temperature below its operating maximum.

Case: 3:26-cv-00074-DMB-JMV Doc #: 94-4 Filed: 07/13/26 118 of 323 PageID #: 2577






**Fig. 2.** Experimental setup diagram, the Catalytic Stripper was used only on certain tests, and when it was not used the SMPS received a direct line from the diluted sample. It should be noted that a thermophoretic TEM sampler was used to directly sample stack flow.

Two types of samplers were used to collect particles on TEM grids. The thermophoretic sampler was inserted into the stack with a residence time of a fraction of a second. A guiding tube was used so that the TEM grids were only exposed to particles in the stack. This is the same thermophoretic sampler used by Murphy et al. (2009). The electrostatic particle sampler (FHNW TEM Sampler, Switzerland) was also used to collect particle samples after the sample flow was diluted. Typical sampling time ranged from 30 to 120 min for the electrostatic particle sampler. Both Silicon Oxide (SiO) and Carbon coated 200 mesh copper grids were used.

A custom built CS (similar in design to Abdul-Khalek and Kittelson (1995), and Stenitzer (2003)) was used in-line upstream of the SMPS to measure the fraction of the PM that were Volatile Organic Compounds (VOCs). The CS has two catalysts that are heated to 300 °C: the first oxidizes hydrocarbon components (Oxicat), and the second removes sulfur components (S-trap) from the sample flow. The sample flow passes through a cooling coil to decrease the flow to ambient temperature before exiting the CS. A flow rate of 1.5 lpm was used to match the flow rate of the SMPS, and thermophoretic and diffusion losses were accounted for.

The EAD detects diameter concentration load using the principle of diffusion charging. It then calculates the concentration based on a TSI propriety linear relationship. Diameter concentration is correlated with the degree that tracheobronchial and alveolar regions have been covered by ultrafine particles (TSI, 2012; Wilson et al., 2007).

### 2.2.2. $PM_{2.5}$ measurement setup

$PM_{2.5}$ was measured using both U.S. EPA method 201A/SCAQMD method 5.1 and U.S. EPA methods 201A/202 for the SCAQMD project. This paper mainly reports results by method 201A/5.1, however, the full report (FERCo et al., 2014) contains results by the other method that are outside the scope of this paper. For more details see the full report. Method 201A/5.1 was further explained in the supplemental document along with Fig. S1.

Sampling times for the Method 201A/5.1 tests ranged from 4.04 to 8.38 h, and averaged 6.23 h. Meter sampling volumes averaged 161.7 scf and varied from 106.4 to 219.5 scf. Sample times for the Method 201A/202 tests ranged from 4.09 to 8.27 h and averaged 6.01 h. Corresponding sample volumes varied from 108.2 to 223.5 scf and averaged 160.4 scf. One field blank was collected and daily reagent blanks were collected with each $PM_{2.5}$ sample. Average $PM_{2.5}$ mass was 3–10 times larger than field and reagent blanks for Method 201A/5.1.

### 2.2.3. Gas measurement setup

$NO_x$, CO, $O_2$ and $CO_2$ concentrations were measured using SCAQMD Method 100.1 and a dry extractive continuous emissions monitoring (CEM) system. The CEM has a heated probe, a heat traced Teflon sample line connected to a thermo-electrically cooled sample dryer to minimize loss of $NO_2$. The gas analysis portion is composed of a chemiluminescent $NO_x$ analyzer (CAI Model 600), a gas filter correlation CO analyzer (Thermo-Fisher Model 48i), an electrochemical $O_2$ analyzer (AMI Model 201), and a non-dispersive infrared $CO_2$ analyzer (Horiba Model PIR-2000). A low temperature carbon converter was used to convert $NO_2$ to NO for measurement of total $NO_x$ and converter efficiency was tested daily.

The ammonia slip (the amount of ammonia that escapes the SCR system unreacted) was measured using SCAQMD Method 207.1 (shown and detailed in Fig. S2). NCASI Method 8A was used to measure the concentrations of $SO_2$ and $SO_3$ (see and detailed in Fig. S3).

## 3. Results and discussion

### 3.1. Particle size distributions and morphology

Fig. 3 shows the average SMPS results using both the Long and Nano DMA columns. Ambient particle size distributions are shown as averages of five test days and turbine exhaust particle size distributions are averages of two test days. Due to the relatively low dilution ratio, the sampling condition was close to the ion depletion condition of the bipolar neutralizer on the SMPS. The data were screened to ensure that the measurements presented in this paper were not conducted under the ion depletion condition, averaged data are also provided in Fig. S4. The SMPS data shows good agreement over the range of overlap between 7 nm and 80 nm. The particle size distribution of the exhaust showed a bimodal distribution, with peaks around 2.8 and 17 nm. The ultrafine particle emissions from the stack were at least an order of magnitude higher than ambient air over the entire size range. At the 100 nm size, stack particle concentrations were 20 times higher than ambient particle concentrations. This increased to an average of $3.9 \times 10^4$ times higher in the 2.5–3 nm range. Overall, dilution ratio corrected stack particle concentrations were over $6.9 \times 10^2$ times higher than ambient particle concentrations. Total ambient particle concentrations were in the range of $3.5 \times 10^4$ particles/cm$^3$, which is higher than typical background particle concentration in the region. It should be noted that England et al. (2007) reported particle size distribution and total concentration were affected by dilution ratio when it was lower than 20:1. In general this dependence is source specific and further investigation at higher dilution ratio will warrant representativeness of the particle size distribution presented in this study.

Nguyen and Jung (2015) has reported total ambient particle concentrations of $8 \times 10^3$–$10^4$particles/cm$^3$ for a background location in Riverside California, while others have reported higher total ambient particle concentrations of ~$10^4$–$10^5$ particles/cm$^3$ for measurements taken near a major highway (Grady et al., 2013; Zhu et al., 2007). Total ambient particle concentrations are higher than expected for an urban area and this is attributed to the close




**Fig. 3.** Particle size distributions from the stack of the turbine engine in comparison to those from ambient air. Particle concentrations were corrected for dilution ratio. Total stack and ambient concentrations are 2.4 × $10^7$ and 3.5 × $10^4$particles/$cm^3$ respectively.

proximity (less than a kilometer) to a major highway (California State Route 60) and the adjacent train yard. The results of our study contradict what Klippel et al. (2002, 2004) reported that gas-fired turbine exhaust particle concentrations were lower than those of ambient air. They found similar results for both 260 MW and 7.9 MW turbines. The 260 MW turbine has water injection for $NO_x$ control, similar to the turbine sampled in this study. They did not measure particles below 10 *nm*, therefore the presence of nanoparticles in the exhaust of their turbines cannot be ruled out. Their particle size distributions show significantly lower accumulation mode (>30 nm in diameter) particle concentrations than those in this study. We speculate that the post combustion temperatures of their turbines were much higher than those of the turbine sampled in this study, leading to further oxidation or gasification of accumulation mode particles. Information on the sulfur content of the fuel could provide an improved explanation of nucleation mode particles (<30 nm in diameter), however, neither of the studies measured fuel sulfur content. It should be noted that the dilution ratio of the Klippel (2002, 2004)'s study was 75 which was 10 times higher than this study.

The CS was inserted between the dilution tunnel and the SMPS to remove semi-volatiles and sulfur compounds from the aerosol sample streams in order to quantify the amount of VOCs in the exhaust. The fraction of particles that were semi-volatile can be determined from the difference between cold and hot particle counts (accounting for thermophoretic and diffusion losses). Thermophoretic losses are less dependent on particle size than diffusion losses (for particle sizes between 10 and 100 nm). Size independent thermophoretic losses were not observed in our measurements for particles between 10 and 40 nm. We assume that a fraction of the 100 nm particles were semi-volatile because of the lower particle counts measured downstream of the hot CS in that size range (see Fig. S5). Further study is required to confirm this observation due to a lack of robust CS test data and high diffusion losses within the CS.

Researches have investigated particle size distributions from combustion sources and have found a variety of factors that impact the shape of the distribution. Gysel et al. (2015) varied the dilution conditions (temperature, humidity, and residence time) of nucleation mode particles from a NGT and showed that they were highly hygroscopic, and sulfur compounds in the exhaust combined with the various dilution conditions could significantly affect the peak diameter of the particles. Wey et al. (2007) reported that particle size distributions from aircraft turbine burning jet fuels. Their particle size distributions were different compared to our study. Lobo et al. (2011) reported unimodal particle size distributions with the mode diameters ranging from 20 to 30 *nm*, while Herndon et al. (2008) reported bimodal particle size distributions with the mode of the nucleation mode around 10 *nm* and the larger peak in the 40–70 nm range. England and McGrath (2004) showed particle size distributions measured by SMPS from a 48 MW aeroderivative cogeneration turbine burning refinery fuel. They reported bimodal particle size distributions which are similar to the current study. However the concentrations of their particle size distributions were much lower. They reported 1.8 × $10^5$ to 3.5 × $10^5$ particles/$cm^3$ in total particle concentration. Nucleation mode diameters were around 20 nm and nucleation mode concentrations accounted for ~98% of total number count. Chang and England (2004) showed particle size distribution measured by SMPS, and PM measured by Method 201A/202 for a 234 kW pilot scale combustion facility, which is significantly different from the aeroderivative turbine in this study. Wien et al. (2004), and England et al. (2004) measured PM with methods 201A/202 on a 240 and 554 MW, respectively, cogenerative supplementary-fired natural gas combined cycle power plants, which is a different type of turbine. England et al. (2007) found that both residence time and dilution ratio affect the particle distribution from burning natural gas, however these changes were all within the same order of magnitude. These papers have distinct differences from this study and cannot be directly compared with the result of this study.

This study found significant concentrations of nanoparticles with smaller peak diameter than those found in the emissions from jet fuels. Despite the relatively short lifetime (minutes to hours) of nanoparticles in the atmosphere, they can become a concern for public health when they coagulate onto accumulation mode particles, which have lifetimes on the order of days (Buseck and Adachi, 2008; Friedlander, 2000).

TEM samples were taken to study the morphology and chemical composition of particles emitted from the turbine. These grids were analyzed on a Philips CM300 TEM at UCR's Central Facility for Advanced Microscopy and Microanalysis (CFAMM). Four TEM images of the particles are shown in Fig. 4. There is a consistently dominant presence of 2–3 nm diameter particles due to the significantly higher concentration (four orders of magnitude) of nanoparticles in the turbine exhaust. Although a few larger particles were observed, they were not photographed due to our interest in the smaller particles. Energy-dispersive X-ray spectroscopy (EDX) analysis was inconclusive because the volume of nanoparticles was small and the signal to noise ratio was low. The low contrast particles shown in Fig. 4 are assumed to be non-metallic because metal particles typically have high contrast in TEM images. It is unlikely that the particles seen on the TEM grids were semi-volatile due to the presence of a CO catalyst in the turbine (the CO catalyst is designed to remove hydrocarbons, much like our CS). Further testing is necessary to determine their exact chemical composition and formation process.

The particle mass concentration was estimated based on the particle size distribution. Two different effective density profiles for particles were used and results are shown in Fig. S6. Initially, a constant density of 1 g/$cm^3$ was used (assuming a spherical particle shape). Most organic aerosols have densities in the range from 1.22 to 1.43 g/$cm^3$ (Kuwata et al., 2011; Nakao et al., 2013), while representative particle phase inorganics (e.g. ammonium nitrate and ammonium sulfate) have densities of 1.72 and 1.77 g/$cm^3$ respectively. The effective density distribution from Maricq and Xu (2004) was utilized for accumulation mode particles as shown in Equation (1). A density of 1.46 g/$cm^3$ (equal to that of hydrated sulfuric acid) was assumed following Zheng et al.'s (2012) calculation for nucleation mode particles.

Case: 3:26-cv-00074-DMB-JMV Doc #: 94-4 Filed: 07/13/26 120 of 323 PageID #: 2579






**Fig. 4.** TEM images of sampled particles from unit 2 by thermophoretic TEM sampler (a) Day 6 (b) Day 7 (c) Day 8 (d) Day 9.

$$\rho_{eff} = 1.2378 * e^{-0.048 D_p} \ (D_p > 30 \text{ nm}) \quad \text{Equation 1}$$

Integration of the particle mass, obtained from each size bin, yielded an ambient PM mass of 5.7 μg/m$^3$ (for a constant density of 1 g/cc), and 4.0 μg/m$^3$ (for the complex density profile). Our calculation was approximately in the similar range with the air quality index (AQI) reported during the test days (49 ± 2.7, or 11.75 ± 0.57 μg/m$^3$).

The CPC and EAD were used to monitor changes in particle number and diameter concentration during the load variations (see Table S1 for operating data summary and details). The CPC periodically counted sample flow (bypassing the SMPS), however the sample flow often surpassed the instrument's concentration limit because of the high particle concentration of the turbine exhaust and useful monitoring data could not be obtained. The EAD recorded the transient response of particle emissions from the stack during the load variations (Fig. 5). While particle emissions decreased with no time-delay when the load decreased from 100 to 50 MW, there was a 10–15 min time-delay when the load was increased from 50 to 100 MW. There were spikes in the particle concentration when the turbine operated at either 50 MW or 100 MW. It should be noted that the EAD has low penetration and charging efficiencies for particles below 10 nm, however we speculate that the EAD may have responded to sub-10 nm particles because of the high concentrations recorded.

### 3.2. $PM_{2.5}$ measured by the method 201A/5.1

The loading of $PM_{2.5}$ in the exhaust, measured using Method 201A/5.1 (Table 1), was 0.000296 grain/dscf (677 μg/m$^3$). Of the total $PM_{2.5}$: 8.1% (55 μg/m$^3$) was condensable organic PM, 84.8% (574 μg/m$^3$) was condensable inorganic PM, and 7.1% (48 μg/m$^3$) was solid $PM_{2.5}$ (Fig. 6). The PM mass estimated from particle size distributions (assuming a unit density) was 200 μg/m$^3$, and is on the same order of magnitude to the 654 μg/m$^3$ of PM measured by the Method 201A/5.1. It should be noted the difference may have come from uncertainties in particle effective density and condensable PM captured by the Method 201A/5.1. The SMPS-derived




**Fig. 5.** EAD aerosol diameter concentration vs varying turbine load.

Case: 3:26-cv-00074-DMB-JMV Doc #: 94-4 Filed: 07/13/26 121 of 323 PageID #: 2580



mass emission factor (200 μg/$m^3$ = 1.07E-04 lb/MMBtu) was comparable to the dilution sampling data of England (2004) (See their Tables 3 and 4) which were taken from several tests conducted on gas turbines equipped with SCR and oxidation catalysts. The impinger based data (677 μg/$m^3$ = 3.63E-04 lb/MMBtu and 654 μg/$m^3$ = 3.51E-04 lb/MMBtu) appear to agree with the impinger-based data summarized by Tamura (2013) in their Figs. 4-1. These values are much lower than those emission factors in AP-42 (EPA, 2015), which are still commonly used.

Ionic analyses were performed for seven anions (sulfate, chloride, fluoride, nitrite, nitrate, bromide, and phosphate) and six cations (ammonium, calcium, lithium, magnesium, potassium, and sodium) for the impinger catch solutions to examine chemical composition of condensable inorganic PM.

Sulfate was the largest fraction of the condensable inorganic $PM_{2.5}$ (averaging around 47%, Fig. 7), ammonium accounted for 12%, and sodium accounted for 4.4%. Chloride, nitrate, fluoride, bromide, potassium, calcium, lithium, and magnesium were present in small quantities. The remaining portion of the condensable inorganic PM (29%) could not be identified. The large contributions of ammonium and sulfate to the total $PM_{2.5}$ indicate that control of these two species could significantly reduce $PM_{2.5}$ emissions from NGT power plants. Further analysis gives insight to the nature of PM. The stack $SO_3$ concentration (0.017 ppmv) is equivalent to ~90 μg/$m^3$ as either $H_2SO_4(H_2O)_2$ or $(NH_4)_2SO_4$ as $SO_3$ reacts with $H_2O$ and converts to $H_2SO_4$ very quickly at these stack temperatures and moisture concentrations. This is about twice of the solid PM measured with Method 201A/5.1 suggesting half of the $SO_3$ was captured onto the filter while the rest ended up in the impingers. The proportion of ammonium and sulfate in the impinge catch shown in Fig. 7 suggests ammonium sulfate. Stack $SO_2$ concentration is equivalent to about 330 μg/$m^3$ as ammonium sulfate. Adding $SO_3$ in the impinger catch leads to total 370 μg/$m^3$ ammonium sulfate. This suggests that much of the inorganic condensable PM measured with Method 201A/5.1 could be explained by capture of $SO_2$ and conversion to ammonium sulfate within the impinger.

The water in the exhaust was also analyzed to determine whether water injected into the system affected PM. Water condensed in the impingers included the injected water, the water formed when natural gas was burned, and a small amount (about 0.1%) of dilution water from the aqueous ammonia. On average, the injected water accounted for 22% of the total water in the combustion products. Anion analysis of the injection water indicated concentrations of sulfate, chloride, and total nitrogen (i.e. nitrites and nitrates) were 0.099, 0.068, and 0.30 ppm respectively. No fluoride, bromide, or phosphate was found.

Total organic carbon (TOC) was measured from the impinger catch solution using a GE Sievers 900 portable TOC analyzer. TOC was obtained by subtracting total inorganic carbon (TIC) from total carbon. TOC averaged 5.4 ppm while TIC was much lower, averaging 0.18 ppm.

The result from Method 201A/202 showed a similar trend to those from the Method 201A/5.1. Detailed comparison of the results by the two methods are beyond the scope of this paper. Readers who are interested in this comparison should see our report (FERCo et al., 2014). Total $PM_{2.5}$ emissions measured using Methods 201A/202 were 20% lower than those measured using Methods 201A/5.1. For both methods, the condensable inorganic fraction was by far the largest fraction of the $PM_{2.5}$.




**Fig. 6.** $PM_{2.5}$ measured using SMPS, Methods 201A/5.1.




**Fig. 7.** Average contribution of ion to condensable inorganic $PM_{2.5}$ mass measured using Method 201A/5.1 from the AAC laboratory.

### 3.3. Gaseous emissions

We monitored $O_2$, $CO_2$, $NO_x$ and CO in the NGT exhaust (Summary data shown in Table 2). Measurements were taken from a stationary point in the stack throughout the $PM_{2.5}$ testing. The data shows that $O_2$ levels were generally between 13.0 and 13.1%, except during the two test days with the greatest number of turbine load changes on which it increased to 13.3%. As expected, $CO_2$ levels tracked $O_2$ levels. $NO_x$ emissions averaged 2.1 ppmc (ppmc = ppm, dry corrected to 15% $O_2$). CO emissions averaged 1.0 ppmc, with daily averages varying from 0.7 to 1.3 ppmc.

Ammonia ($NH_3$) slip tests were performed to determine whether the turbine was injecting the correct amount of $NH_3$ into the SCR unit. Measurements were made at each of the 12 sample

**Table 1**
Summary of $PM_{2.5}$ emissions measurements using Method 201A/5.1.

| PM | Avg, gr/dscf (μg/$m^3$) | Stdev | RMS | Uncertainty at 99% C.L. | Uncertainty, % | LOD | Percent of total PM |
|---|---|---|---|---|---|---|---|
| Solid>2.5 μm | 2.30E-05 (52.63) | 1.40E-05 | 60.1 | 1.60E-05 | 70.4 | 4.20E-05 | |
| Solid<2.5 μm | 2.10E-05 (48.06) | 1.00E-05 | 50.0 | 1.20E-05 | 58.6 | 3.10E-05 | 7.1 |
| Condensible inorganic<2.5 μm | 2.51E-04 (574.37) | 4.60E-05 | 18.5 | 5.40E-05 | 21.7 | 1.39E-04 | 84.8 |
| Condensible organic<2.5 μm | 2.40E-05 (54.92) | 1.40E-05 | 58.7 | 1.70E-05 | 68.8 | 4.20E-05 | 8.1 |
| Total <2.5 μm | 2.96E-04 (677.35) | 5.80E-05 | 19.5 | 6.80E-05 | 22.8 | 1.73E-04 | |

**Table 2**
Summary of gaseous emissions, ammonia slip measurements, & $SO_2/SO_3$ (Daily data can be seen in the supplementary file).

| $O_2$, % dry | $CO_2$, % dry | $NO_x$, ppm dry | CO, ppm dry | $NH_3$, ppm flue gas | $SO_2$, ppm dry | $SO_3$, ppm dry | $SO_3/SO_x$ ratio, % | Moisture fraction |
|---|---|---|---|---|---|---|---|---|
| | | $NO_x$, ppm @ 15% $O_2$ | CO, ppm @ 15% $O_2$ | $NH_3$, ppm @15% $O_2$ | $SO_2$, ppm dry @ 15% $O_2$ | $SO_3$ ppm dry @ 15% $O_2$ | | |
| 13.11 | 4.44 | 2.74 | 1.35 | 4.8 | 0.060 | 0.017 | 23 | 0.108 |
| | | 2.07 | 1.02 | 3.6 | 0.045 | 0.013 | | |

points, and samples were taken for 5 min at each point. $NH_3$ slip measured in the stack averaged 4.8 ppm, or 3.6 ppmc, in compliance with permit conditions. $NH_3$ slip for a GT SCR system with a 5 ppm slip end of life guarantee (like the one in the Walnut Creek facility) will be near zero (i.e., less than 0.1 ppm) at start-up, if the system was properly designed and the AIG (ammonia injection grid) has been tuned. The average measured slip of 3.6 ppmc would be expected at over 80% of the catalyst's life (i.e., greater than 80,000 operating hours). $NH_3$ slip higher than usual for a new combined cycle SCR system was possibly due to a $NH_3$ slip imbalance entering the catalyst, some flue gas bypassing the catalyst, or low catalyst volume.

$SO_x$ were measured because of their ability to form sulfuric acid in the atmosphere. The $SO_x$ triplicate tests were performed (one per day) on three days with target run times of 8 h. All of the $SO_x$ were created by the oxidation of sulfur compounds present in the natural gas when it was burned. Measured $SO_2$ emissions averaged 0.060 ppm. When corrected to 15% $O_2$, $SO_2$ emissions averaged 0.045 ppmc. Measured $SO_3$ emissions averaged 0.017 ppm at the stack. $SO_3$ emissions averaged 0.013 ppmc. $SO_3$ accounted for an average of 23% of the total $SO_x$ emissions. $SO_2$ is a dominant species under both fuel lean and even fuel rich combustion conditions. $SO_3$ concentrations are usually higher than equilibrium calculations (due to slow reaction to reduce $SO_3$ to $SO_2$), and are usually in the range of few percentages of $SO_x$ emissions (Glassman and Yetter, 2007). A report by GE (Pavri and Moore, 2001) shows about 95% of $SO_x$ is $SO_2$. While some of the $SO_3$ was formed in the combustion process, it is likely that more was formed as the $SO_2$ (a product of combustion) passed across the oxidizing CO and SCR catalysts. If we assume that all of the 0.060 ppm $SO_x$ (at STP $T = 298$ K) measured in the exhaust was converted from sulfur in the fuel then there is about 0.34 grain/100scf of sulfur in the fuel, this is within the average range of sulfur concentrations for California pipeline natural gas (0.25–1 grain/100scf).

## 4. Discussion and conclusion

NGTs currently supply over half of the electricity used in California and this percentage has been increasing due to a decrease of hydroelectric and nuclear power generation. This study furthers our understanding of particle size distributions and the nature of particles at different modes for this NGT and results may not apply to all NGTs.

After turbine exhaust was diluted sevenfold with filtered air, particle concentrations in the 10–300 nm size range were approximately two orders of magnitude higher than those in the ambient air and those in the 2–3 nm size range were up to four orders of magnitude higher. The ambient air PM mass calculated from the SMPS data was in the range of the AQI PM mass reported that day for the region. Ambient air particle concentrations were slightly higher than average urban Southern California levels due to the test site being located next to a train yard and near a major highway. The loading of $PM_{2.5}$ in the exhaust, measured using Method 201A/5.1, was 0.000296 grain/dscf (677 $\mu g/m^3$). Of the total $PM_{2.5}$: 8.1% was condensable organic PM, 84.8% was condensable inorganic PM, and 7.1% was solid PM, and PM mass calculated by the SMPS data was within a factor of three compared to the mass reported by Method 201A/5.1.

This study found that the exhaust from the turbine contained higher concentrations of nanoparticles than they were present in ambient air. Further research to determine the nature and volatility of the (sub-10 *nm*) ultrafine particles observed in this study is essential to understand their potential harm to human health.

## Acknowledgments

The SCAQMD funded the study to investigate potential technologies to reduce $PM_{2.5}$ from gas-fired turbine power plants. Ultrafine particle measurement was conducted by a UCR team while the rest of measurements were conducted by Delta. FERCo oversaw the project and coordinated the test in collaboration with UCR, Delta, WCEP and SCAQMD. HSJ would like to acknowledge Dr. Wayne Miller who led him to this interesting field. EB and HSJ would like to thank Dr. Jian Xue, and Maynard Havlicek for technical advice and references. Authors are grateful to Rick McPherson and his crew at WCEP for their cooperation. Authors are also thankful to anonymous reviewers for their constructive comments.

## Appendix A. Supplementary data

Supplementary data related to this article can be found at http://dx.doi.org/10.1016/j.atmosenv.2015.11.048.

## References

Abdul-Khalek, I., 1996. Online Measurement of Volatile and Solid Exhaust Particles Using a Catalytic Stripper System: Characterization and Application, Mechanical Engineering. Masters thesis. University of Minnesota.
Abdul-Khalek, I.S., Kittelson, D.B., 1995. Real Time Measurement of Volatile and Solid Exhaust Particles Using a Catalytic Stripper. SAE Technical Paper 950236. http://dx.doi.org/10.4271/950236.
Buseck, P.R., Adachi, K., 2008. Nanoparticles in the atmosphere. Elements 4, 389–394.
CEC, 2008. Walnut Creek Energy Park.
CEC, 2014. Calfornia Energy Commission Energy Alamanac, California Electrical Energy Generation, Total Production, by Resource Type (Gigawatt Hours).
Chang, M., England, G., 2004. Development of Fine Particulate Emission Factors and Speciation Profiles for Oil and Gas-fired Combustion Systems. Other Report: Pilot-Scale Dilution Sampler Design and Validation Tests (Laboratory Study). California Energy Commission.
EIA, 2013a. Annual Energy Outlook 2013 with Projections to 2040.
EIA, 2013b. Updated Capital Cost Estimates for Utility Scale Electricity Generating Plants.
Elder, A., Oberdörster, G., 2005. Translocation and effects of ultrafine particles outside of the lung. Clin. Occup. Environ. Med. 5, 785–796.
England, G., 2004. Development of Fine Particulate Emission Factors and Speciation Profiles for Oil and Gas-Fired Combustion Systems. Topical Report: Impact of Operating Parameters on Fine Particulate Emissions from Natural Gas-Fired Combined Cycle and Cogeneration Power Plants. California Energy Commission.
England, G., McGrath, T., 2004. Development of Fine Particulate Emission Factors and Speciation Profiles for Oil and Gas-Fired Combustion Systems. Topical Report: Test Results for a Cogeneration Plant with Supplementary Firing, Oxidation Catalyst, and SCR at Site Golf. California Energy Commission.
England, G., Wien, S., McGrath, T., Hernandez, D., 2004. Development of Fine Particulate Emission Factors and Speciation Profiles for Oil and Gas-Fired Combustion Systems. Topical Report: Test Results for a Cogeneration Plant with

Supplementary Firing, Oxidation Catalyst, and SCR at Site Echo. California Energy Commission.

England, G.C., Watson, J.G., Chow, J.C., Zielinska, B., Chang, M.-C.O., Loos, K.R., Hidy, G.M., 2007. Dilution-based emissions sampling from stationary sources: part 1-compact sampler methodology and performance. J. Air Waste Manag. Assoc. 57, 65–78.

EPA, 2010. Method 201A-determination of PM10 and PM2.5 emisssions from stationary sources (constant sampling rate procedure). In: EPA, U.S. (Ed.), 40 CFR Part 51 Appendix M.

EPA, 2015. AP-42, Compilation of Air Pollutant Emission Factors.

FERCo, UCI, UCR, Environ, AET, 2009. Control Strategies and Technologies for Particulate Matter under 2.5 Microns and Ultrafine Particulate Emissions from Natural Gas-Fired Turbine Power Plants. Phase 1-Technical Assessment. South Coast Air Quality Management District.

FERCo, Delta, UCR, 2014. Control Strategies and Technologies for Particulate Matter under 2.5 Microns and Ultrafine Particulate Emissions from Natural Gas-Fired Turbine Power Plants. Phase 2-GE LMS100 Test Results. South Coast Air Quality Management District.

Friedlander, S.K., 2000. Smoke, Dust, and Haze: Fundamentals of Aerosol Dynamics, second ed. Oxford University Press.

GE, 2015. General Electric Water and Power, Fast, Flexible Power. Aeroderivative Product and Services Solution.

Glassman, I., Yettter, R.A., 2007. Combustion, fourth ed. Academic Press. ISBN-10: 0120885735.

Grady, M., Jung, H., Kim, Y., Park, J., et al., 2013. Vehicle Cabin Air Quality with Fractional Air Recirculation. SAE Technical Paper 2013-01-1494. http://dx.doi.org/10.4271/2013-01-1494.

Gysel, N., Welch, W., Chen, C.-L., Miller, W., Cocker, D., 2015. Development of New PM Test Protocol and Characterization of PM Formation and Growth from Natural Gas Turbine Emissions (p. in preparation).

HEI, 2013. Understanding the Health Effects of Ambient Ultrafine Particles, HEI Perspectives 3. Health Effect Institute, Boston, MA.

Herndon, S.C., Jayne, J.T., Lobo, P., Onasch, T.B., Fleming, G., Hagen, D.E., Whitefield, P.D., Miake-Lye, R.C., 2008. Commercial aircraft engine emissions characterization of in-use aircraft at Hartsfield-Jackson Atlanta International Airport. Environ. Sci. Technol. 42, 1877–1883.

Klippel, N., Kasper, M., Bengtsson, K., 2002. Gas turbines-sources or sinks for ambient air aerosol?. In: 6th ETH Conference on Nanoparticle Measurement. Switzerland, Zurich.

Klippel, N., Wood, T., Pearce, B., Bengtsson, K., Kasper, M., Mosimann, T., 2004. Online Measurement of Ultrafine Particle Emissions from Gas Turbines (Technical report ALSTOM Power).

Kuwata, M., Zorn, S.R., Martin, S.T., 2011. Using elemental ratios to predict the density of organic material composed of carbon, hydrogen, and oxygen. Environ. Sci. Technol. 46, 787–794.

Lobo, P., Hagen, D.E., Whitefield, P.D., 2011. Comparison of PM emissions from a commercial jet engine burning conventional, biomass, and Fischer–Tropsch fuels. Environ. Sci. Technol. 45, 10744–10749.

Maricq, M.M., Xu, N., 2004. The effective density and fractal dimension of soot particles from premixed flames and motor vehicle exhaust. J. Aerosol Sci. 35, 1251–1274.

Mohr, M., Ylätalo, S., Riccius, O., Kauppinen, E.I., 1995. Formation of ultrafine particles inside an electrostatic precipitator caused by interaction of denitrification unit and corona discharge. J. Aerosol Sci. 26, S871–S872.

Murphy, S.M., Agrawal, H., Sorooshian, A., Padró, L.T., Gates, H., Hersey, S., Welch, W., Jung, H., Miller, J., Cocker III, D.R., 2009. Comprehensive simultaneous shipboard and airborne characterization of exhaust from a modern container ship at sea. Environ. Sci. Technol. 43, 4626–4640.

Nakao, S., Tang, P., Tang, X., Clark, C.H., Qi, L., Seo, E., Asa-Awuku, A., Cocker, D., 2013. Density and elemental ratios of secondary organic aerosol: application of a density prediction method. Atmos. Environ. 68, 273–277.

Nguyen, A., Jung, H., 2015. Influence of Wind and Driving Conditions on Self-polluting Tailpipe Emissions (p. in preparation).

Pavri, R., Moore, G., 2001. Gas Turbine Emissions and Control. GE Power Systems. URL: https://powergen.gepower.com/content/dam/gepower-pgdp/global/en_US/documents/technical/ger/ger-4211-gas-turbine-emissions-and-control.pdf.

SCAQMD, 1989. Method 5.1 determination of particulate matter emissions from stationary sources using a wet Impingement train. In: District, S.C.A.Q.M. (Ed.).

SCAQMD, 2002. Rule 1303. In: District, S.C.A.Q.M. (Ed.).

Schmatloch, V., 2000. Fine Particle Emissions from Wood and Oil Fired Furnaces, 4th ETH Conference on Nanoparticle Measurement. Switzerland, Zurich.

Sewell, A., 2013. Activists praise San Onofre closure, but 1,100 layoffs expected. LA Times.

Stenitzer, M., 2003. Nano Particle Formation in the Exhaust of Internal Combustion Engines. Masters thesis. Vienna Technical University.

Tamura, T., 2013. Gap analysis for the stationary combustion filterable and condensible particulate matter emission factors. Tetra Tech. Petrol. Technol. Alliance Can.

TSI, 2012. Electrical Aerosol Detector Model, 3070A.

Wey, C.C., Anderson, B.A., Wey, C., Miake-Lye, R.C., Whitefield, P., Howard, R., 2007. Overview on the aircraft particle emissions experiment (APEX). J. Propuls. Power 23, 898–905.

Wien, S., England, G., Chang, M., 2004. Development of Fine Particulate Emission Factors and Speciation Profiles for Oil and Gas-Fired Combustion Systems. Topical Report: Test Results for a Cogeneration Plant with Supplementary Firing, Oxidation Catalyst, and SCR at Site Bravo. California Energy Commission.

Wilson, W.E., Stanek, J., Han, H.-S., Johnson, T., Sakurai, H., Pui, D.Y., Chen, D.-R., Duthie, S., 2007. Use of the electrical aerosol detector as an indicator of the surface area of fine particles deposited in the lung. J. Air Waste Manag. Assoc. 57, 211–220.

Zheng, Z., Durbin, T.D., Karavalakis, G., Johnson, K.C., Chaudhary, A., Cocker III, D.R., Herner, J.D., Robertson, W.H., Huai, T., Ayala, A., 2012. Nature of Sub-23-nm particles downstream of the european particle measurement programme (PMP)-compliant system: a real-time data perspective. Aerosol Sci. Technol. 46, 886–896.

Zhu, Y., Eiguren-Fernandez, A., Hinds, W.C., Miguel, A.H., 2007. In-cabin commuter exposure to ultrafine particles on Los Angeles freeways. Environ. Sci. Technol. 41, 2138–2145.

**Gasparini Declaration Exhibit 3E**

**Solar® Turbines**
***A Caterpillar Company***

# SOLAR® MOBILE TURBOMACHINERY
## SMT130 – Powered by Titan™ 130

*Powering the Future Through Sustainable, Innovative Energy Solutions*

**The SMT130 is the economic and sustainable solution for mobile and rapid deployment power generation. The 16 MWe complete power plant is designed around the proven Titan™ 130 gas turbine for quick setup, global transportability and reliable operation. The SMT130 is ready to go anywhere, anytime.**



### COMPLETE SOLUTION

- Fully-Integrated Mobile Power Plant
- 13.8KV/12.47KV (60 Hz) Generator
- Dual Fuel System (Natural Gas and Diesel #2)
- Low Emissions SoLoNOx™ Combustion System
- Lightweight, Dual Frame Design with Separate Air Filtration Module
- Compact Footprint for High Power Density
- Low-Profile Modular Design to Minimize Installed Height
- Easily Relocatable via Highway or Rugged Terrain
- Transcontinental Transportability by Ocean Freight
- World-Class Global Customer Support Network

### PARK, PLUG AND POWER

- Quick and Innovative Setup – Less Than 12 Hours
- No Concrete Foundation Required
- No Crane Lifts Required at Site
- Hydraulic Leveling System
- Rapid Alignment Technology

### STANDARD FEATURES

- Wide Fuel Flexibility (Field Gas, CNG, LPG, etc.)
- Temperature Range from -18°C to 49°C (0°F to 120°F)
- Complete Electrical Equipment Compartment with Motor Control Center and HVAC
- Utility Grade Switchgear and Protective Relay Module
- Compact Medium Voltage Compartment
- Internal 120V Outlet
- Optional Sound Attenuation System
- Add-On Option for Multi-Unit Power Management and Microgrid Control with Solar® StationEdge
- InSight™ Platform Compatible
- Digital Load Sharing Capability Across Solar Fleet
- Standard Offering at 25 PPM NOx with Optional Configurations Down to 15 and 9 PPM NOx

**SMT 130**

**Solar® Turbines**
*A Caterpillar Company*

# SOLAR MOBILE TURBOMACHINERY
## SMT130 – Powered by Titan 130

*Powering the Future Through Sustainable, Innovative Energy Solutions*

| TYPICAL PERFORMANCE* | |
|---|---|
| Output Power | 16 000 kWe |
| Heat Rate | 10 160 kJ/kWe-hr<br>(9630 Btu/kWe-hr) |

*ISO: 15°C (59°F), sea level



## MOBILE POWER PLANT DIMENSIONS




Note: Displayed weights shown are estimated installed weights

Cat and Caterpillar are registered trademarks of Caterpillar Inc. Solar, Titan, SoLoNOx and InSight Platform are trademarks of Solar Turbines Incorporated.
© 2024 Solar Turbines Incorporated. All rights reserved. Specifications subject to change without notice.
DSSMT130/0724/EO

**Additional Information:**
Web: **www.solarturbines.com**
Email: **infocorp@solarturbines.com** Phone: **+1-619-544-5352**

# SOLARIS ENERGY INFRASTRUCTURE

## MOBILE ENERGY RENTALS LLC PO#: 1115R
## (19) SOLAR SMT130 SCR CATALYST SYSTEM
## BRADEN AMERICAS #25646

## GENERAL NOTES:

### 1.DESIGN CRITERIA

FLOW CONDITIONS:
- MASS FLOW RATE: 514,152 PPH
- NORMAL AVERAGE EXHAUST TEMPERATURE W/ TEMPERING AIR: 850°F

EMISSIONS AT STACK OUTLET:
- NOX: DESIGN 9.0 TO 2.0 PPMVD @ 15% OXYGEN
- CO: DESIGN 15.0 TO 2.5 PPMVD @ 15% OXYGEN
- NH3 SLIP: MAXIMUM 5.0 PPMVD @ 15% OXYGEN
- CATALYST DESIGN FOR 43,800 OPERATING HOURS NOT TO EXCEED 60 MONTHS OF OPERATION
- 20 MINUTES TO EMISSION COMPLIANCE

ACOUSTIC:
- 85 dBA @3 FT HORIZONTALLY FROM EQUIPMENT AND 5FT ABOVE GRADE WITH ONE UNIT IN OPERATION

INTERNAL PRESSURE:
- DESIGN PRESSURE DUCT - +20"/-2" w.g.
- DESIGN PRESSURE STACK - +6"/-2" w.g.
- TOTAL SYSTEM STATIC PRESSURE DROP: 12" w.g.

EXTERNAL CASING TEMP:
- NOT GREATER THAN 140°F AVERAGE AT 103°F AMBIENT WIND SPEED OF 1 MPH

### 2.COMPONENTS / CONSTRUCTION

INLET DUCT EXPANSION JOINT:
- FULL FRAME BELT WITH INTEGRATED LINER
- BELT - HIGH TEMPERATURE MATERIAL WITH WIRE-REINFORCED BACKING
- LINER - ASTM A240 409 STAINLESS STEEL

INLET & HORIZONTAL DUCTING:
- ASTM A36 CARBON STEEL CASING
- 8#/CF DENSITY THERMAL CERAMIC SUPERWOOL LINING INSULATION OR EQUAL
- 1/2" ASTM A240 TYPE 304 STAINLESS STEEL STUDS 11" CENTERS
- 3 mm ASTM A240 OR EQUIVALENT TYPE 409 STAINLESS STEEL LINER SHEETS
- LINER SHEETS OVERLAP IN DIRECTION OF EXHAUST AIR FLOW

STACK EXPANSION JOINT:
- BELT - HIGH TEMPERATURE MATERIAL WITH WIRE-REINFORCED BACKING
- CLAMPING BARS

STACK & BREECH:
- ASTM A36 CARBON STEEL CASING
- 4" 150# RFSO 304L SS DRAIN PIPE W/ BALL VALVE
- 8#/CF DENSITY THERMAL CERAMIC SUPERWOOL LINING INSULATION OR EQUAL
- 1/2" ASTM A240 TYPE 304 STAINLESS STEEL STUDS 11" CENTERS
- 3 mm ASTM A240 OR EQUIVALENT TYPE 409 STAINLESS STEEL LINER SHEETS
- LINER SHEETS OVERLAPPED FOR WEATHER

BAFFLES:
- 8#/CF BASALT WOOL INSULATION W/ SILICA NEEDLEMAT & WIRE MESH
- 12 GA ASTM A240 TYPE 409 STAINLESS STEEL PERF SHEETS

INSTRUMENT AIR SYSTEM:
- AMBIENT AIR COMPRESSOR W/ 240 GALLON RECEIVING VESSEL AND DRYING/FILTRATION SYSTEM
- INSTALLED SPARE COMPRESSOR 100% CAPACITY
- SKID CARBON STEEL PAINTED
- SEE DRAWING 25646-006

AMMONIA STORAGE TANK:
- AQUEOUS AMMONIA 19% BULK TANK
- 96" DIA. HORIZONTAL TANK, 328" STRAIGHT SHELL LENGTH, 2:1 ELLIPTICAL HEAD
- CAPACITY 11,000 GALLONS, WORKING CAPACITY 10,000 GALLONS
- DESIGN AND CONSTRUCTED IN ACCORDANCE WITH ASME CODE SECTION VIII DIVISION I
- DESIGN PRESSURE 50 PSI
- PAINTED CS TANK TOP PLATFORM W/ HANDRAIL AND SAFETY GATE PER OSHA
- SEE DRAWING 25646-007

AMMONIA TRUCK UNLOADING SKID:
- TANK FILL CONNECTION: 2" 304 SS MALE HOSE COUPLING
- VAPOR RETURN CONNECTION: 1" 304 SS FEMALE TWIST-CLAW HOSE COUPLING
- SKID CARBON STEEL PAINTED
- SEE DRAWING 25646-007

AMMONIA FORWARDING PUMP SKID:
- AMMONIA FORWARDING PUMP W/ DISCHARGE REGULATOR AND RECIRCULATION PIPE
- INSTALLED SPARE PUMP 100% CAPACITY
- SKID CARBON STEEL PAINTED
- SEE DRAWING 25646-007

AMMONIA FLOW CONTROL SKID:
- AMMONIA TUBING ASTM A213 316 SS
- SKID 304 STAINLESS STEEL
- SEE GENERAL ARRANGEMENT REF. DRAWING 25646-004

TEMPERING AIR SKID:
- TEMPERING AIR FAN W/ INLET CONTROL VANE, SILENCER & FILTER HOUSE MERV 8
- SKID CARBON STEEL W/ MANUFACTURERS' STANDARD PAINT SYSTEM
- TEMPERING AIR DUCTING ASTM A36 & ASTM A240 TYPE 304 SS
- SEE GENERAL ARRANGEMENT REF. DRAWING 25646-003

NOx EMISSIONS MONITORING SYSTEM:
- FULLY EXTRACTIVE NOx/O2 CHEMILUMINESCENT ANALYZER, SAMPLE PROBE & HEAT TRACED SAMPLE LINE
- LOCAL CONTROL ONLY
- NEMA 4 STEEL CABINET ENCLOSURE
- SEE DRAWING 25646-024

FINISH (DUCTING):
- SURFACE PREPARATION TO SSPC SP10 OUTSIDE CASING
- ONE COAT INORGANIC ZINC PRIMER OUTSIDE CASING
- ONE LAYER HIGH TEMPERATURE TOP COAT OUTSIDE CASING ONLY

FINISH (TA DUCTING):
- SURFACE PREPARATION TO SSPC SP10 OUTSIDE AND INSIDE CASING
- ONE COAT INORGANIC ZINC PRIMER OUTSIDE AND INSIDE CASING
- ONE TOP COAT OUTSIDE CASING ONLY

STRUCTURAL FASTENERS:
- QUANTITIES TO INCLUDE 10% SPARES

FIELD JOINTS:
- ALL DUCT, PIPING & EQUIPMENT CONNECTIONS ARE BOLTED JOINTS WITH OR WITHOUT GASKETS

| REV | DESCRIPTION | BY | DATE | CHECKED | ENGINEERING | APPROVED |
|---|---|---|---|---|---|---|
| C | REVISED TA FAN | CT | 29-Apr-25 | DC | DC | JL |
| B | REVISED TA DUCT, TEMPERING AIR SKID, RELOCATED AMMONIA INJECTION SKID | CT | 18-Feb-25 | DC | DC | JL |
| A | ISSUED FOR APPROVAL | CT | 10-Dec-24 | DC | DC | JL |

THIRD ANGLE PROJECTION

DO NOT SCALE DRAWING

THIS DRAWING AND DESIGN INCLUDING ALL NOVEL AND PATENTABLE FEATURES SEPARATELY OR COLLECTIVELY DISCLOSED AND INCLUDED THEREIN ARE THE PROPERTY OF BRADEN-AMERICAS, AND ACCEPTANCE OF THIS PRINT CONSTITUTES AN AGREEMENT THAT IT WILL BE TREATED AS A CONFIDENTIAL DOCUMENT AND WILL BE USED FOR NO PURPOSE OTHER THAN TO AID IN THE ASSEMBLY OR OPERATION OF EQUIPMENT FURNISHED BY BRADEN-AMERICAS. THIS DRAWING SHALL NOT BE REPRODUCED, COPIED, LENT, DISCLOSED, PUBLISHED OR DISPOSED OF DIRECTLY OR INDIRECTLY NOR USED FOR ANY PURPOSE OTHER THAN THAT FOR WHICH IT IS SPECIFICALLY FURNISHED, EXCEPT AS EXPRESSLY AUTHORIZED IN WRITING BY BRADEN-AMERICAS.

BRADEN-AMERICAS

**SOLARIS ENERGY INFRASTRUCTURE**

MOBILE ENERGY RENTALS LLC

**SOLAR SMT130 SCR CATALYST SYSTEM**
**GENERAL NOTES**

| | | | |
|---|---|---|---|
| DRAWN | CT | 10-Dec-24 | DRAWING No. 25646-001 |
| CHECKED | DC | 10-Dec-24 | REV C |
| APPROVED (ENG) | DC | 10-Dec-24 | |
| RELEASED (PM) | JL | 10-Dec-24 | SHEET 1 OF 5 |

NOZZLE SCHEDULE

| NUMBER | QTY | DESCRIPTION | MATERIAL | LOCATION |
|---|---|---|---|---|
| N1 | 4 | 6" 150# RFSO W/SLEEVE (SS) & BLIND/GSK | 304 SS | EPA PORTS |
| N2 | 2 | 4" 150# RFSO W/SLEEVE (SS) & BLIND/GSK | 304 SS | NOX/O2 SENSOR PORT |
| N3 | 2 | 2" 150# RFSO W/SLEEVE (SS) & BLIND/GSK | 304 SS | STACK TEST PORTS |
| N4 | 1 | 4" 150# RFSO W/SLEEVE (SS) & VALVE | 304 SS | STACK DRAIN PORT |
| N5 | 2 | 3" 150# RFSO W/SLEEVE (SS) & BLIND/GSK | 304 SS | RETRACTABLE THERMOCOUPLE ASSY |
| N6 | 6 | 3" PIPE (TOE) W/ THR'D CAP | 304 SS | TEST PORTS |
| N7 | 4 | 3/4" 150# THR'D CPLG W/PLUG & SLEEVE (SS) | 304 SS | PRESSURE INSTRUMENTS PORTS |
| N8 | 1 | 3/4" 150# THR'D CPLG W/PLUG & SLEEVE (SS) | 304 SS | SAMPLE PORT |
| N9 | 4 | 3" 150# RFSO W/SLEEVE (SS) & BLIND/GSK | 304 SS | AMMONIA INJECTION PORT |
| N10 | 1 | 3/4" 150# THR'D CPLG W/PLUG & SLEEVE (SS) | 304 SS | TA DUCT |




SECTION B-B
GT EXHAUST FLANGE DETAIL
(HOT FLANGE)







VIEW A-A

THIRD ANGLE PROJECTION

DO NOT SCALE DRAWING

THIS DRAWING AND DESIGN INCLUDING ALL NOVEL AND PATENTABLE FEATURES SEPARATELY OR COLLECTIVELY DISCLOSED AND INCLUDED THEREIN ARE THE PROPERTY OF BRADEN-AMERICAS, AND ACCEPTANCE OF THIS PRINT CONSTITUTES AN AGREEMENT THAT IT WILL BE TREATED AS A CONFIDENTIAL DOCUMENT AND WILL BE USED FOR NO PURPOSE OTHER THAN TO AID IN THE ASSEMBLY OR OPERATION OF EQUIPMENT FURNISHED BY BRADEN-AMERICAS. THIS DRAWING SHALL NOT BE REPRODUCED, COPIED, LENT, DISCLOSED, PUBLISHED OR DISPOSED OF DIRECTLY OR INDIRECTLY NOR USED FOR ANY PURPOSE OTHER THAN THAT FOR WHICH IT IS SPECIFICALLY FURNISHED, EXCEPT AS EXPRESSLY AUTHORIZED IN WRITING BY BRADEN-AMERICAS.

BRADEN-AMERICAS

SOLARIS ENERGY INFRASTRUCTURE
MOBILE ENERGY RENTALS LLC

SOLAR SMT130 SCR CATALYST SYSTEM
GENERAL ARRANGEMENT - ELEVATION VIEWS

| | | | | |
|---|---|---|---|---|
| DRAWN | CT | 10-Dec-24 | DRAWING No. | REV |
| CHECKED | DC | 10-Dec-24 | 25646-001 | C |
| APPROVED (ENG) | DC | 10-Dec-24 | | |
| RELEASED (PM) | JL | 10-Dec-24 | SHEET 2 OF 5 | |




BRADEN-AMERICAS

**SOLARIS ENERGY INFRASTRUCTURE**
MOBILE ENERGY RENTALS LLC

**SOLAR SMT130 SCR CATALYST SYSTEM**
**GENERAL ARRANGEMENT - PLAN VIEW**

THIRD ANGLE PROJECTION
DO NOT SCALE DRAWING

THIS DRAWING AND DESIGN INCLUDING ALL NOVEL AND PATENTABLE FEATURES SEPARATELY OR COLLECTIVELY DISCLOSED AND INCLUDED THEREIN ARE THE PROPERTY OF BRADEN-AMERICAS, AND ACCEPTANCE OF THIS PRINT CONSTITUTES AN AGREEMENT THAT IT WILL BE TREATED AS A CONFIDENTIAL DOCUMENT AND WILL BE USED FOR NO PURPOSE OTHER THAN TO AID IN THE ASSEMBLY OR OPERATION OF EQUIPMENT FURNISHED BY BRADEN-AMERICAS. THIS DRAWING SHALL NOT BE REPRODUCED, COPIED, LENT, DISCLOSED, PUBLISHED OR DISPOSED OF DIRECTLY OR INDIRECTLY NOR USED FOR ANY PURPOSE OTHER THAN THAT FOR WHICH IT IS SPECIFICALLY FURNISHED, EXCEPT AS EXPRESSLY AUTHORIZED IN WRITING BY BRADEN-AMERICAS.

| | | | | |
|---|---|---|---|---|
| DRAWN | CT | 10-Dec-24 | DRAWING No. | REV |
| CHECKED | DC | 10-Dec-24 | 25646-001 | C |
| APPROVED (ENG) | DC | 10-Dec-24 | | |
| RELEASED (PM) | JL | 10-Dec-24 | SHEET 3 OF 5 | |




SECTION D-D




ACCESS DOOR DETAIL
24" X 36"




DETAIL
STACK TOP END







DETAIL
TYPICAL LINER ATTACHMENT

TYP FIELD SPLICE DETAIL




STACK DRAIN DETAIL

THIRD ANGLE PROJECTION

DO NOT SCALE DRAWING

THIS DRAWING AND DESIGN INCLUDING ALL NOVEL AND PATENTABLE FEATURES SEPARATELY OR COLLECTIVELY DISCLOSED AND INCLUDED THEREIN ARE THE PROPERTY OF BRADEN-AMERICAS, AND ACCEPTANCE OF THIS PRINT CONSTITUTES AN AGREEMENT THAT IT WILL BE TREATED AS A CONFIDENTIAL DOCUMENT AND WILL BE USED FOR NO PURPOSE OTHER THAN TO AID IN THE ASSEMBLY OR OPERATION OF EQUIPMENT FURNISHED BY BRADEN-AMERICAS. THIS DRAWING SHALL NOT BE REPRODUCED, COPIED, LENT, DISCLOSED, PUBLISHED OR DISPOSED OF DIRECTLY OR INDIRECTLY NOR USED FOR ANY PURPOSE OTHER THAN THAT FOR WHICH IT IS SPECIFICALLY FURNISHED, EXCEPT AS EXPRESSLY AUTHORIZED IN WRITING BY BRADEN-AMERICAS.

BRADEN-AMERICAS

SOLARIS ENERGY INFRASTRUCTURE
MOBILE ENERGY RENTALS LLC

SOLAR SMT130 SCR CATALYST SYSTEM
TYPICAL DETAILS

| | | | |
|---|---|---|---|
| DRAWN | CT | 10-Dec-24 | DRAWING No. 25646-001 |
| CHECKED | DC | 10-Dec-24 | |
| APPROVED (ENG) | DC | 10-Dec-24 | REV C |
| RELEASED (PM) | JL | 10-Dec-24 | SHEET 4 OF 5 |




DETAIL
Ø6" PORT
(C/W INSULATED PLUG)




DETAIL
Ø4" PORT
(C/W INSULATED PLUG)




DETAIL
Ø3/4 " TEST PORT
(W/O INSULATED PLUG)




DETAIL
Ø2" PORT
(C/W INSULATED PLUG)




DETAIL
Ø3" TEST PORT
(W/O INSULATED PLUG)

THIRD ANGLE PROJECTION
DO NOT SCALE DRAWING

THIS DRAWING AND DESIGN INCLUDING ALL NOVEL AND PATENTABLE FEATURES SEPARATELY OR COLLECTIVELY DISCLOSED AND INCLUDED THEREIN ARE THE PROPERTY OF BRADEN-AMERICAS, AND ACCEPTANCE OF THIS PRINT CONSTITUTES AN AGREEMENT THAT IT WILL BE TREATED AS A CONFIDENTIAL DOCUMENT AND WILL BE USED FOR NO PURPOSE OTHER THAN TO AID IN THE ASSEMBLY OR OPERATION OF EQUIPMENT FURNISHED BY BRADEN-AMERICAS. THIS DRAWING SHALL NOT BE REPRODUCED, COPIED, LENT, DISCLOSED, PUBLISHED OR DISPOSED OF DIRECTLY OR INDIRECTLY NOR USED FOR ANY PURPOSE OTHER THAN THAT FOR WHICH IT IS SPECIFICALLY FURNISHED, EXCEPT AS EXPRESSLY AUTHORIZED IN WRITING BY BRADEN-AMERICAS.

BRADEN-AMERICAS

**SOLARIS ENERGY INFRASTRUCTURE**
MOBILE ENERGY RENTALS LLC

**SOLAR SMT130 SCR CATALYST SYSTEM**
**TYPICAL DETAILS**

| | | | | |
|---|---|---|---|---|
| DRAWN | CT | 10-Dec-24 | DRAWING No. | REV |
| CHECKED | DC | 10-Dec-24 | 25646-001 | C |
| APPROVED (ENG) | DC | 10-Dec-24 | | |
| RELEASED (PM) | JL | 10-Dec-24 | SHEET 5 OF 5 | |

USP&E

POWERING BUSINESS. EMPOWERING PEOPLE

## 31 MW
power potential on wheels

## 69 MILLION HOURS
accumulated hours of successful heritage operation

## ~1 MONTH
from contract signing to commissioning

## 11 DAYS
from parking first trailer to commissioning

## 10 MINUTES
full power production in less than 10 minutes



POWERING BUSINESS. EMPOWERING PEOPLE

# Features of the TM2500+ fast power solution

### Fuel flexibility
Can operate on gas and/or distillate liquid fuel

### Lower emissions
50 percent lower emissions than diesel generators when operating on gas

### Proven technology
More than 1,800 LM2500 gas turbines deployed with 69 million operational hours of experience

### Enhanced design
Two-trailer footprint for high power density

### Quick lead times
On-demand power plants delivered in weeks, not months

### Scalable, reliable power
Able to add 31 MW blocks of power as demand increases

### Distributed power
Localized power supply, eliminating the need for additional transmission and generation infrastructure

### Project experience
More than a decade of experience in providing emergency power

### Turnkey design
Delivery of complete energy solution

# Benefits of a TM2500+ solution

### Speed
The development of a new power plant could entail months of construction and commissioning. We can shorten that time from months to days under most conditions. Once on the ground, these mobile units can generate power in about 11 days.

### Reliability & availability
Due to our aviation legacy with the LM2500+ gas turbine, TM2500+ fast-power solution represents some of the most reliable units available. That means consumers will not face frequent interruptions and instabilities due to technical problems related to faulty equipment or an unstable electricity grid.

### Dual fuel capability
TM2500+ solutions are capable of running on both natural gas and/or diesel at an output of up to 31 MW with water injection for NOx abatement.

### Mobility
Mounted on a mobile, two-trailer assembly, TM2500+ generator sets can be transported via land, sea, and air to some of the most remote places in the world. Their mobile nature means that they can be swiftly deployed to other sites within days when they are no longer required at the original site.

### Flexibility
Extremely flexible, they have a sub 10-minute start cycle to full power.

### Scalability
The technology is also scalable, allowing you to buy the number of units you need with the option of adding more power quickly as demand increases.

POWERING BUSINESS. EMPOWERING PEOPLE

# The TM2500+ solution can be deployed more than 6 times faster than other technologies

Customers may immediately generate incremental electricity revenue.




*The TM2500+ can be in commercial operation approximately 30 days after an order is placed, but these times may vary based on project location, site readiness, permitting process, and other variables.*

# Multiple applications in a wide range of industries

The TM2500+ solution can solve a number of industry challenges. These include, but are not limited to, difficult access to the electric grid, an unstable grid, emergencies and natural disasters, rapid demand growth such as large construction projects, as well as escalating electricity prices and seasonal shortages. More details on applications of the TM2500+ mobile gas turbine generator are detailed below.

| The Challenge | Description | Potential Industries | TM2500+ as a solution |
|---|---|---|---|
| Limited or no access to the electric grid | Cases with challenging access to the electric grid include:<br>• Lack of robust transmission and distribution network<br>• Delayed grid access<br>• Remote, islanded and mobile operations | Oil and Gas<br>Mining<br>General industry<br>Power generation | **Speed, Mobility, and Reliability**<br>Can deliver power where and when it is needed and bring power online within 10 minutes to stabilize the grid |
| Rapid energy demand growth | High and rapid demand for electricity in cases with restricted power availability such as new, large off-grid construction projects | Government<br>Utilities<br>General industry | **Speed, Reliability**<br>Can fulfill power demand in the face of growing needs in a fast and reliable way |
| Lengthy buildout of electricity generation infrastructure | Construction lead times on new generation facilities as well as unanticipated delays, meaning pressing electricity needs are not met | Government<br>Utilities<br>General industry | **Speed, Reliability**<br>Can bridge power until new facilities are completed and go online |
| Escalating electricity prices | Escalating electricity rates during seasonal or peak periods requiring technologies that enable peak shaving | Government<br>Utilities<br>General industry | **Fuel flexibility**<br>Can be used as a peak shaving application to help transition off the grid during seasonal or peak periods |
| Natural disaster & emergencies | Cases of emergency where power generation sources are impacted and direly needed | Government<br>Utilities | **Speed, Mobility**<br>Can provide emergency power in a fast, reliable and mobile way |
| Flare gas | Natural gas flared in oil fields leading to billions of dollars wasted and millions of tons of greenhouse gas emissions | Oil and Gas | **Fuel flexibility, Mobility**<br>Can help monetize gas flaring for power generation and help reduce diesel consumption |

USP&E
POWERING BUSINESS. EMPOWERING PEOPLE

# Performance you can count on for mobile Power

## TM2500+ General Arrangement




## Auxiliary Trailer




| Model | Water Injection (NOx = 25 ppmvd @15% O2) | Output (MW) | Heat Rate (Btu/kWh) | Heat Rate (kJ/kWh) | Efficiency (%) | Pressure Ratio | Power Turbine Speed (RPM) | Exhaust Flow (lb/sec) | Exhaust Flow (kg/sec) | Exhaust Temp (F) | Exhaust Temp (C) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **60 HZ** | | | | | | | | | | | |
| TM2500+ | None | 30.688 | 8830 | 9316 | 39 | 22.5 | 3600 | 192.2 | 87.2 | 959.1 | 515 |
| TM2500+ | Yes | 30.988 | 9285 | 9796 | 37 | 22.8 | 3600 | 196.6 | 89.2 | 906.0 | 485.6 |
| **50 HZ** | | | | | | | | | | | |
| TM2500+ | None | 26.190 | 9246 | 9755 | 37 | 21.2 | 3000 | 184.5 | 83.7 | 925.0 | 496.1 |
| TM2500+ | Yes | 26.190 | 9705 | 10239 | 35 | 21.3 | 3000 | 187.2 | 84.9 | 879.0 | 470.6 |

**The performance data shown above is at standard ISO (International Organization for Standardization) conditions. The ISO has defined the following standard conditions for comparing gas turbine engines Ambient air: 59°F/15°C, 60% RH; Barometric pressure (14.696 psia / 101.4 kPa); Sea level altitude. 60 Hz based on a Brush air-cooled generator w/brushless excitation @ 0.90 PF; 59°F/15°C cooling air; 13.8 kV (50 Hz @ 11.5 kV)*

# The TM2500+ total solution and services support

GE VERNOVA

FACTSHEET



# TM2500

## AERODERIVATIVE PACKAGE

SWITCHING FROM A DIESEL ENGINE AND ELECTRIC GENERATOR (DIESEL GENSET) TO A TM2500 BURNING NATURAL GAS CAN SAVE UP TO $8 MILLION PER YEAR IN OPERATING COSTS.

| | | TM2500 SAC | TM2500 DLE |
|---|---|---|---|
| SC PLANT PERFORMANCE | SC Net Output (MW) | 34.6/36.9†† | 34.5/34.4†† |
| | SC Net Heat Rate (Btu/kWh, LHV) | 9814/9377†† | 8648/8557†† |
| | SC Net Heat Rate (kJ/kWh, LHV) | 10354/9893†† | 9124/9028†† |
| | SC Net Efficiency (%, LHV) | 34.8% 36.4%†† | 39.5%/39.9%†† |
| | Fast Start Capability (Minutes) | 5 | 5 |
| 1X CC PLANT PERFORMANCE | CC Net Output (MW) | 49.5/51.5†† | 47.9/47.5†† |
| | CC Net Heat Rate (Btu/kWh, LHV) | 6833/6701†† | 6209/6175†† |
| | CC Net Heat Rate (kJ/kWh, LHV) | 7209/7070†† | 6551/6515†† |
| | CC Net Efficiency (%, LHV) | 49.9%/50.9%†† | 55.0%/55.3%†† |
| | Plant Turndown – Minimum Load (%) | 35.0% | 35.0% |
| | Ramp Rate (MW/min) | 30 | 30 |
| | Startup Time (RR Hot†, Minutes) | 30 | 30 |
| 2X CC PLANT PERFORMANCE | CC Net Output (MW) | 99.9/103.9†† | 96.5/95.8†† |
| | CC Net Heat Rate (Btu/kWh, LHV) | 6776/6640†† | 6160/6124†† |
| | CC Net Heat Rate (kJ/kWh, LHV) | 7149/7006†† | 6499/6461†† |
| | CC Net Efficiency (%, LHV) | 50.4%/51.4%†† | 55.4%/55.7%†† |
| | Plant Turndown – Minimum Load (%) | 35.0% | 35.0% |
| | Ramp Rate (MW/min) | 60 | 60 |
| | Startup Time (RR Hot†, Minutes) | 30 | 30 |

NOTE: Net Plant ratings are based on ISO conditions, natural gas, inlet and exhaust losses included and balance of plant equipment excluded. Actual performance will vary with project specific conditions, fuel and ambient conditions. 2PNRH = Two pressure, non-reheat.
† Rapid Response/Hot Start
†† 50 Hz/60 Hz

**~37 MW**
SIMPLE CYCLE OUTPUT

**~40%**
SIMPLE CYCLE EFFICIENCY

**50/60**
HZ

The TM2500 package is ideal for providing a baseload bridge to permanent power installations or for generating backup power in the wake of emergencies like natural disasters, plant shutdowns, or grid instability. Our complete solutions, including a trailer-mounted gas turbine generator set and containerized balance-of-plant, can put power on the grid within as little as 30 days of the contract signature. This fast power provides the greatest power density among gas turbine trailer-mounted offerings.

TO LEARN MORE ABOUT THIS OFFERING, CONTACT YOUR SALES REPRESENTATIVE OR VISIT

**gevernova.com**

© 2025 GE Vernova and/or its affiliates. All rights reserved.
GE and the GE Monogram are trademarks of General Electric Company used under trademark license.
Information contained in this document is indicative. No representation or warranty is given or should be relied on. Information provided is subject to change without notice.
The TM2500 is a registered product of GE Vernova.

GEA35745 (09/2025)

HYDROGEN CAPABLE $H_2$

Up to **35%** Hydrogen ($H_2$) Capability

APR ENERGY
3600 Port Jacksonville Parkway
Jacksonville, FL 32226 USA
+1 904 223.8488
+1 904 223.8955
aprenergy.com
info@aprenergy.com

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Package: | *Gen 8* | | | | | | | | | |
| Engine: | *TM2500+ G4* | | | | | | | | | |
| Generator: | *BDAX 62-170ERT F* | | Frequency: | *60* | | Voltage: | *13.8 kV* | | PF: | *0.9* |
| Fuel: | *NG* | | LHV: | *44194* kJ/kg | | | | | | |
| **Estimated Average Unit Gross Performance NOT FOR GUARANTEE** | | | | | | | | | | |
| **Case #** | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 |
| **Ambient Conditions** | | | | | | | | | | |
| Dry Bulb Temperature, °F | 41 | 50 | 59 | 68 | 77 | 86 | 95 | 104 | 113 | 122 |
| Wet Bulb Temperature, °F | 35.8 | 43.7 | 51.5 | 59.3 | 67.0 | 74.9 | 82.7 | 90.6 | 98.5 | 106.5 |
| Relative Humidity, % | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Elevation, ft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ambient Pressure, psi | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 |
| **Engine Inlet Conditions** | | | | | | | | | | |
| Compressor Inlet Temperature, °F | 41 | 50 | 59 | 68 | 77 | 86 | 95 | 104 | 113 | 122 |
| Relative Humidity, % | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| **Pressure Losses** | | | | | | | | | | |
| Inlet Loss, in $H_2O$ | 5.80 | 5.80 | 5.80 | 5.80 | 5.80 | 5.80 | 5.80 | 5.80 | 5.80 | 5.80 |
| Exhaust Loss, in $H_2O$ | 6.20 | 6.20 | 6.20 | 6.20 | 6.20 | 6.20 | 6.20 | 6.20 | 6.20 | 6.20 |
| **Data Provided is GROSS OUTPUT. No auxiliary loads are included.** | | | | | | | | | | |
| **Package Data** | | | | | | | | | | |
| kW, Generator Terminals | 36,035 | 35,530 | 35,020 | 34,127 | 32,496 | 30,700 | 28,683 | 26,786 | 24,989 | 23,416 |
| Est. btu/kWh, LHV | 9,697 | 9,725 | 9,766 | 9,813 | 9,865 | 9,947 | 10,075 | 10,222 | 10,390 | 10,554 |
| Est. lb/kWh, LHV | 0.510 | 0.512 | 0.514 | 0.516 | 0.519 | 0.524 | 0.530 | 0.538 | 0.547 | 0.555 |
| Est. SCF/kWh, LHV | 10.251 | 10.280 | 10.324 | 10.373 | 10.428 | 10.515 | 10.651 | 10.805 | 10.983 | 11.157 |
| Gross Efficiency | 35.19% | 35.09% | 34.94% | 34.77% | 34.59% | 34.30% | 33.87% | 33.38% | 32.84% | 32.33% |
| **Fuel Flow** | | | | | | | | | | |
| MMBTU/hr, LHV | 349.4 | 345.5 | 342.0 | 334.9 | 320.6 | 305.4 | 289.0 | 273.8 | 259.6 | 247.1 |
| lbs/hr | 18,392 | 18,186 | 18,000 | 17,625 | 16,871 | 16,072 | 15,210 | 14,411 | 13,665 | 13,007 |
| SCFH | 369,392 | 365,262 | 361,529 | 353,998 | 338,857 | 322,810 | 305,494 | 289,432 | 274,457 | 261,246 |
| MMSCFD | 8.87 | 8.77 | 8.68 | 8.50 | 8.13 | 7.75 | 7.33 | 6.95 | 6.59 | 6.27 |
| **$NO_X$ Control (Water Injection)** | | | | | | | | | | |
| lbs/hr | 21,965 | 21,713 | 21,400 | 20,598 | 18,889 | 17,119 | 15,168 | 13,415 | 11,550 | 9,588 |
| Gallons/hr | 2,650 | 2,620 | 2,582 | 2,486 | 2,279 | 2,066 | 1,830 | 1,619 | 1,394 | 1,157 |
| Temperature, °F | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **Exhaust Parameters** | | | | | | | | | | |
| Temperature, °F | 923.8 | 935.4 | 950.1 | 961.0 | 963.9 | 969.1 | 978.5 | 989.7 | 1,003.8 | 1,019.4 |
| lb/sec | 215.8 | 212.5 | 209.0 | 204.6 | 198.6 | 191.6 | 183.2 | 174.8 | 166.7 | 159.4 |
| lb/hr | 776,997 | 765,092 | 752,394 | 736,520 | 715,091 | 689,694 | 659,535 | 629,376 | 600,010 | 573,819 |
| MMSCFH | 10.52 | 10.37 | 10.21 | 10.00 | 9.72 | 9.38 | 8.99 | 8.60 | 8.23 | 7.90 |
| Stack Exit Velocity, ft/s | 54.49 | 53.88 | 53.33 | 52.22 | 49.99 | 47.62 | 45.06 | 42.70 | 40.49 | 38.54 |
| **Estimated Emissions** | | | | | | | | | | |
| NOx, ppmvd Ref 15% $O_2$ | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| NOx as $NO_2$, lb/hr | 33.62 | 33.25 | 32.94 | 32.28 | 30.86 | 29.37 | 27.82 | 26.37 | 25.00 | 23.81 |
| CO, ppmvd Ref 15% $O_2$ | 206 | 180 | 148 | 119 | 93 | 73 | 55 | 44 | 34 | 26 |
| CO, lb/hr | 176.78 | 152.73 | 124.49 | 98.12 | 73.48 | 54.70 | 39.41 | 29.56 | 21.80 | 15.93 |
| UHC, ppmvd Ref 15% $O_2$ | 56 | 45 | 35 | 24 | 17 | 10 | 10 | 10 | 10 | 10 |
| UHC as $CH_4$, lb/hr | 27.43 | 22.06 | 16.82 | 11.54 | 7.90 | 4.52 | 4.28 | 3.90 | 3.71 | 3.56 |
| $SO_X$ as $SO_2$, ppmvd Ref 15% $O_2$ | 9.5 | 9.5 | 9.4 | 9.4 | 9.4 | 9.3 | 9.3 | 9.2 | 9.1 | 8.9 |
| $SO_X$ as $SO_2$, lb/hr | 16.6 | 16.4 | 16.3 | 15.9 | 15.2 | 14.5 | 13.7 | 13.0 | 12.3 | 11.7 |

**Notes:**
1. Data based on fuel supply meeting APR requirements
2. All data at 60 Hz and 0.9 Power Factor at temperature, elevation, and relative humidity indicated
3. Data provided is based on gas turbines with are new and clean
4. Data provided is Gross Output, no auxiliaries have been taken into account
5. Emissions data is estimated and not for use in permit applications

APR ENERGY®

7660 Centurion Parkway, Suite 100
Jacksonville, FL 32256, USA
P + 1 904 296 2807

aprenergy.com
info@newaprenergy.com

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Package: | *Gen 7* | | | | | | | | | |
| Engine: | *TM2500+* | | | | | | | | | |
| Generator: | *BDAX 62-170ER F* | | Frequency: | *60* | | Voltage: | *13.8 kV* | | PF: | *0.9* |
| Fuel: | *NG* | | LHV: | *44194* kJ/kg | | | | | | |
| Estimated Average Unit Gross Performance NOT FOR GUARANTEE | | | | | | | | | | |
| **Case #** | 101 | 102 | 103 | 104 | 105 | 106 | 107 | 108 | 109 | 110 |
| **Ambient Conditions** | | | | | | | | | | |
| Dry Bulb Temperature, °F | 41 | 50 | 59 | 68 | 77 | 86 | 95 | 104 | 113 | 122 |
| Wet Bulb Temperature, °F | 35.8 | 43.7 | 51.5 | 59.3 | 67.0 | 74.9 | 82.7 | 90.6 | 98.5 | 106.5 |
| Relative Humidity, % | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| Elevation, ft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ambient Pressure, psi | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 | 14.70 |
| **Engine Inlet Conditions** | | | | | | | | | | |
| Compressor Inlet Temperature, °F | 41 | 50 | 59 | 68 | 77 | 86 | 95 | 104 | 113 | 122 |
| Relative Humidity, % | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 |
| **Pressure Losses** | | | | | | | | | | |
| Inlet Loss, in $H_2O$ | 5.20 | 5.20 | 5.20 | 5.20 | 5.20 | 5.20 | 5.20 | 5.20 | 5.20 | 5.20 |
| Exhaust Loss, in $H_2O$ | 14.10 | 14.10 | 14.10 | 14.10 | 14.10 | 14.10 | 14.10 | 14.10 | 14.10 | 14.10 |
| Data Provided is GROSS OUTPUT. No auxiliary loads are included. | | | | | | | | | | |
| **Package Data** | | | | | | | | | | |
| Power Factor | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| kW, Generator Terminals | 33,404 | 32,027 | 30,347 | 28,700 | 26,851 | 24,886 | 23,021 | 21,362 | 19,872 | 18,541 |
| Est. btu/kWh, LHV | 9,797 | 9,847 | 9,922 | 9,993 | 10,114 | 10,281 | 10,480 | 10,681 | 10,889 | 11,102 |
| Est. lb/kWh, LHV | 0.516 | 0.518 | 0.522 | 0.526 | 0.532 | 0.541 | 0.552 | 0.562 | 0.573 | 0.584 |
| Est. SCF/kWh, LHV | 10.356 | 10.409 | 10.488 | 10.563 | 10.691 | 10.868 | 11.078 | 11.291 | 11.511 | 11.736 |
| Gross Efficiency | 34.83% | 34.65% | 34.39% | 34.15% | 33.74% | 33.19% | 32.56% | 31.95% | 31.34% | 30.73% |
| **Fuel Flow** | | | | | | | | | | |
| MMBTU/hr, LHV | 327.2 | 315.4 | 301.1 | 286.8 | 271.6 | 255.9 | 241.3 | 228.2 | 216.4 | 205.8 |
| lbs/hr | 17,224 | 16,599 | 15,847 | 15,094 | 14,293 | 13,466 | 12,698 | 12,009 | 11,389 | 10,834 |
| SCFH | 345,932 | 333,382 | 318,277 | 303,167 | 287,066 | 270,461 | 255,037 | 241,198 | 228,744 | 217,597 |
| MMSCFD | 8.30 | 8.00 | 7.64 | 7.28 | 6.89 | 6.49 | 6.12 | 5.79 | 5.49 | 5.22 |
| **$NO_x$ Control (Water Injection)** | | | | | | | | | | |
| lbs/hr | 20,662 | 19,520 | 18,113 | 16,601 | 15,128 | 13,512 | 12,059 | 10,565 | 9,021 | 7,423 |
| Gallons/hr | 2,493 | 2,355 | 2,186 | 2,003 | 1,826 | 1,631 | 1,455 | 1,275 | 1,089 | 896 |
| Temperature, °F | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **Exhaust Parameters** | | | | | | | | | | |
| Temperature, °F | 915.0 | 919.8 | 924.6 | 927.8 | 934.0 | 944.0 | 955.3 | 968.3 | 982.7 | 999.0 |
| lb/sec | 207.5 | 201.9 | 195.1 | 188.5 | 180.8 | 172.2 | 164.0 | 156.1 | 149.0 | 142.2 |
| lb/hr | 746,838 | 726,996 | 702,393 | 678,583 | 650,805 | 619,852 | 590,486 | 561,914 | 536,517 | 511,913 |
| MMSCFH | 10.11 | 9.84 | 9.51 | 9.19 | 8.82 | 8.41 | 8.03 | 7.66 | 7.34 | 7.04 |
| Stack Exit Velocity, ft/s | 51.28 | 49.41 | 47.18 | 44.94 | 42.55 | 40.09 | 37.80 | 35.75 | 33.91 | 32.25 |
| **Estimated Emissions** | | | | | | | | | | |
| NOx, ppmvd Ref 15% $O_2$ | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| NOx as $NO_2$, lb/hr | 31.59 | 30.49 | 29.10 | 27.73 | 26.28 | 24.74 | 23.32 | 22.07 | 20.92 | 19.91 |

**Notes:**

1. Data based on fuel supply meeting APR requirements
2. All data at 60 Hz and 0.9 Power Factor at temperature, elevation, and relative humidity indicated
3. Data provided not accounting the OEM degradation factors on the GT
4. Data provided is Gross Output, no auxiliaries have been taken into account
5. Emissions data is estimated and not for use in permit applications

Pratt & Whitney
A United Technologies Company

# FT8® MOBILEPAC® UNIT EQUIPMENT DESCRIPTION



Pratt & Whitney
A United Technologies Company

# Table of Contents

**1. Introduction ....... 4**
**2. Gas Turbine ....... 4**
2.1. Gas Generator ....... 4
2.1.1. Inlet Case Group ....... 5
2.1.2. Low Pressure Compressor ....... 5
2.1.3. High Pressure Compressor ....... 6
2.1.4. Diffuser Group ....... 6
2.1.5. Combustion Section ....... 6
2.1.6. Turbine Nozzle Group ....... 7
2.1.7. High Pressure Turbine ....... 7
2.1.8. Low Pressure Turbine ....... 8
2.1.9. Turbine Exhaust Case ....... 8
2.1.10. Bearings ....... 9
2.2. Power Turbine ....... 10
2.2.1. Inlet Section ....... 10
2.2.2. Turbine Case and Vane Assembly ....... 11
2.2.3. Rotor Assembly ....... 11
2.2.4. Exhaust Case Section ....... 12
2.2.5. Diffuser and Turning Vane Assembly ....... 12
2.2.6. Output Drive Shaft ....... 13
2.3. Collector Box ....... 13
2.4. Mounts ....... 13
2.5. Cooling Air and Thrust Balance System ....... 13
2.6. Bearings ....... 14
**3. Ancillary Systems ....... 14**
3.1. Lubrication/Hydraulic Control ....... 14
3.2. Gas Fuel System (when specified) ....... 15
3.3. Liquid Fuel System (when specified) ....... 15
3.4. Dual Fuel System (when specified) ....... 16
3.5. Water Injection System (when specified) ....... 16
3.6. Starting System ....... 16
3.7. Fire Protection System ....... 17
3.8. Gas Detection System ....... 18
3.9. Engine Heating (Dehumidification) System ....... 18
3.10. Offline Water Wash System ....... 18
**4. Electric Generator ....... 19**
4.1. Stator ....... 19
4.2. Rotor ....... 20
4.3. Bearings ....... 20
4.4. Ventilation ....... 20
4.5. Lubrication ....... 20
4.6. Excitation Systems ....... 20
4.7. Voltage Regulator ....... 20
4.8. Generator Data ....... 21
4.8.1. Manufacturer ....... 21
4.8.2. Type ....... 21

**5. Electrical Control Center Enclosure .......... 22**
5.1. Monitoring Cabinet (Main Operator Interface) .......... 23
5.2. Operator Cabinet .......... 24
5.3. Panel Back Wall Devices (Not Shown) .......... 24
5.4. Protective Relay Cabinet .......... 25
5.5. Panel Back Wall Devices (Not Shown) .......... 25
5.6. Instrument Cabinet .......... 26
5.7. Master Terminal Boards .......... 27
5.8. Motor Control Center (MCC) .......... 27
5.9. DC Power Supply .......... 27
5.10. 15 kV Class, Metal-Clad Switchgear Module .......... 28
**6. Control System .......... 28**
6.1. Integrated Gas Turbine and Unit Control .......... 28
6.2. Monitoring System .......... 30
**7. Gas Turbine Enclosure .......... 30**
7.1. Gas Turbine Enclosure Secondary Air System .......... 30
7.2. Inlet Air Filtration .......... 31
7.3. Inlet Air Silencer (when specified) .......... 32
7.4. Exhaust Silencer (when specified) .......... 32
**8. Estimated MOBILEPAC Weights and Sizes .......... 34**
**9. List of Typical Suppliers .......... 35**

# 1. Introduction

The FT8® MOBILEPAC® Unit configurations are completely self-contained; gas turbine powered electric generating units containing all the equipment necessary for local automatic operation. The configuration consists of four (4) primary units – two (2) gas turbines units, the electric generator unit, and the electrical/control unit. The MOBILEPAC turbine and generator units consist of one Industrial Gas Turbine directly connected through a diaphragm coupling to a single double-ended electric generator.

The MOBILEPAC power plants are designed to provide quick, reliable power. The plug and play packaging allows for reduced site setup time by delivering factory-assembled modules, quick disconnect cables and prefabricated field piping. Factory flushing and checkout is used where ever possible.

The electrical/control unit includes the 15 kV switchgear and all of the controls and instruments necessary for operation. The 15 kV switchgear is connected to the generator by prefabricated, totally enclosed, weatherproof, 15 kV class bus duct. The turbine/generator and electrical control units are housed in all weather, prime-painted steel enclosures including lighting and electrical services. Fire protection equipment is provided in the gas turbine enclosure.

The generating plant, as erected on a site, is ready for connection to the Customer's distribution system and water and fuel supply systems. The package concept of these type of power plants, coupled with their relatively small size, allow them to be readily installed in almost any location and conveniently relocated or combined with other units, or other equipment such as waste heat boilers, to meet changing load requirements.

# 2. Gas Turbine

The FT8 Industrial Gas Turbine consists of a GG8 gas generator and a PT8 power turbine (also referred to as a "free" turbine). The gas generator provides high energy gas to the power turbine, where this gas performs useful work when mechanically coupled to a driven load through a flexible coupling.

## 2.1. Gas Generator

The GG8 gas generator is based on the latest version of Pratt & Whitney's JT8D turbo fan aero engine, the JT8D-219. The JT8D is the most often used engine in the world's commercial aircraft fleet with more than 14,000 units accumulating over 400 million operating hours. The JT8D aero engine provides a total compression ratio of 20:1 and a thrust rating of 21,700 lbs. utilizing dual spool compressors and turbines.

The GG8 gas generator is an axial flow, gas turbine engine. The major components are two compressor modules, a combustion section, and two turbine modules. Inlet air passes through the low compressor and is then further compressed through the high compressor. The high pressure air is then diffused to a low mach number where it enters a large plenum consisting of nine fuel nozzles and combustion cans. Most of the air enters the combustion cans through the fuel nozzles and through the combustion can walls, which also cools the combustion chamber walls.

A small portion of the air bypasses the combustion cans and is used to cool the turbine section. Two independent spark igniters provide ignition for starting. Thereafter, combustion is self-sustaining. The hot gases pass through the single-stage high pressure turbine and the two-stage low pressure turbine, which extract energy to drive the two (2) compressor sections. The remainder of the hot gas energy is used for driving the power turbine. Controlling the flow of fuel to the combustion chambers regulates the output of hot gases.

The GG8 gas generator uses modulated cooling air to the Low Pressure Turbine (LPT) to maintain optimum clearances throughout the operating profile of the machine. This system includes cooling air valves on the gas generator that are controlled by signals from the electronic engine control.




**Figure 1: Major sections of the Gas Generator**

### 2.1.1. Inlet Case Group

This group includes the inlet case, Number 1 bearing, and the Number 1 bearing housing. The case incorporates variable inlet guide vanes for directing air into the Low Pressure Compressor (LPC). The case also provides support for the Number 1 bearing. The front accessory drive houses the NL speed sensors.

### 2.1.2. Low Pressure Compressor

In the GG8 LPC the fan stage used in the JT8D is replaced with three booster compressor stages at the GG8 inlet. The inlet guide vanes plus the first two stages have been fitted with variable geometry. Variable vane movement provides optimum efficiency for the compressor in the complete speed range, and excellent part-load efficiency.

The LPC has 8 blade stages and 7 stator vane stages. The first two stator vane stages are variable. The LPC gas path is connected to the High Pressure Compressor (HPC) by the intermediate case. The intermediate case also provides a structural connection between the two compressor sections, provides support for the Number 2 and Number 3 bearings, is the

location of the gas generator front mounts and is the stator vane stage for the last low compressor blade stage.

The LPC rotor is physically connected to the LPT rotor by a shaft that passes through the HPC and turbine.




**Figure 2: Gas Generator Cold Section Groups**

### 2.1.3. High Pressure Compressor

The HPC consists of seven blade stages and seven stator vane stages, and is driven by the High Pressure Turbine (HPT) through a connecting shaft. The HPC operates at a higher rotational speed than the LPC. The gearbox, attached to the intermediate case, is driven through gearing from the front of the HPC section.

### 2.1.4. Diffuser Group

The diffuser case houses the Number 4 bearing that support the HPC rotor. The case also houses the nine fuel nozzle and support assemblies that provide fuel to the combustion chambers. The flow path of the diffuser case reduces the velocity and increases the static pressure of the compressed air before entering the combustion chambers.

### 2.1.5. Combustion Section

The combustion section has nine chambers arranged in an annulus around the turbine shafts and positioned between the HPC and the HPT. The combustion chambers are enclosed by inner and outer cases. The outer case can be unbolted and moved rearward to allow for inspection or removal of the combustion chambers and fuel nozzles.

Combustion chambers Nos. 4 and 7 each accommodate an igniter plug. During initial ignition, flame is propagated from these two chambers to the remaining chambers through integral flame crossover tubes, which interconnect all nine chambers.

The combustion chambers and nozzles were modified to allow liquid fuel, gaseous fuel, or both simultaneously. Water injection can also be utilized with these combinations. The combustion chamber outlet duct consists of inner and outer annular burner liners with a front bulkhead for support of the nine cans. This outlet duct directs the hot air to the high turbine nozzle guide vanes.

### 2.1.6. Turbine Nozzle Group

This group includes the turbine inlet nozzle guide vanes that direct the hot gas flow from the combustion chambers to the HPT blades. Parts in this group also provide support for the outlet end of the combustion chambers.

The inner support for the nozzle guide vanes includes the tangential on-board injection (TOBI) system which provides 13th stage compressor air for cooling of the HPT blades and attachments.

### 2.1.7. High Pressure Turbine

The HPT is a single stage turbine with shroudless, air-cooled turbine blades. The HPT is supported by the Number 5 bearing. The HPT is physically connected to the HPC by the HPT shaft. The turbine blades are cooled by 13th stage compressor air that flows through passages within each blade. Air from the TOBI duct enters the blades at the root attachment area after passing through passages at the front of the 1st stage turbine rotor.

The HPT converts thermal and kinetic energy from the gas path into shaft horsepower to drive the HPC.

**Figure 3: GG8 Hot Section Groups**



### 2.1.8. Low Pressure Turbine

The LPT has two turbine rotor stages and two stages of turbine vanes. The front blade and vane rows are air cooled, and both blade rows utilize shrouded tips. These turbine stages use tip shrouded blades. The last stage vanes are clustered. Each vane cluster consists of three vane airfoils. The LPT shaft connects to the LPC. The LPT converts kinetic energy from the gas path into shaft horsepower to drive the LPC.

### 2.1.9. Turbine Exhaust Case

The Turbine Exhaust Case (TEC) forms the discharge path for the exhaust gas flow into the power turbine. The case also provides physical connection to the power turbine and houses the Number 6 bearing, which supports the rear of the LPT rotor.

Pressure oil supplied to the TEC provides lubrication for the Number 6 bearing and for the Number 4½ bearing.

### 2.1.10. Bearings

The FT8 lube oil system is a combined system, containing the gas generator lube oil system and the power turbine lube oil system, together with necessary filters, cooler, and reservoir.

Anti-friction ball and roller bearings are used throughout the gas turbine since they absorb about 50% less power than sleeve or hydrodynamic bearings and require a less expensive and less complex lubrication system. They can also withstand intermittent losses of lubricant flow for time periods that would be catastrophic to sleeve bearings. Main bearings carry the radial and axial thrust loads of the rotors.




**Figure 4: Gas Generator Bearing Locations**

| Bearing | Type | Support For |
|---|---|---|
| No. 1 | Oil damped roller | Front of LPC |
| No. 2 | Ball | Rear of LPC |
| No. 3 | Ball | Front of HPC |
| No. 4 | Duplex Ball | Rear of HPC |
| No. 4 ½ | Roller | mid |
| No. 5 | Oil damped roller | HPT |
| No. 6 | Oil damped roller | LPT |

The oil damped bearings have a layer of pressurized oil around the bearing outer diameter to absorb rotor-induced vibration during engine operation.

## 2.2. Power Turbine

The power turbine consists of an annular, transition duct connected to the gas generator; a single four-stage, axial flow, reaction turbine; and an exhaust casing consisting of exit guide vanes and rear bearing support that connects to the diffuser section and an exhaust collector. The power turbine is supported by two anti-friction roller-type journal bearings and one ball-type thrust bearing.

The turbines can rotate in either direction allowing for a MOBILEPAC configuration. As expected, the MOBILEPAC configuration has twice the power capacity of POWERPAC configuration. In MOBILEPAC configurations, the generator is driven from both sides.

The power turbine converts the thermal and kinetic energy of the gas generator exhaust into a rotational force. This force is transmitted to the driven equipment via two flexible couplings and drive shaft.

### 2.2.1. Inlet Section

The inlet case and inner and outer ducts of the power turbine form an annulus, which directs the gas generator hot gas exhausts to the power turbine. The inlet case, the only power turbine part physically attached to the gas generator, carries the structural load of the gas generator to the power turbine supports. The shaded section of the following figure depicts the inlet section.



**Figure 5: Inlet Section**

### 2.2.2. Turbine Case and Vane Assembly

The vanes direct the hot gases to the turbine blades at the proper angle for maximum rotor efficiency. They form an assembly with the split turbine case. The shaded section in the following figure depicts the turbine case and vane assembly.



**Figure 6: Turbine Case and Vane**

### 2.2.3. Rotor Assembly

The power turbine rotor is composed of a four-stage disk and blade assembly, supported by anti-friction bearings on each end. The hot gases directed against the blades turn the rotor, creating the mechanical energy to drive the output shaft. The shaded section in the following figure depicts the rotor assembly.



**Figure 7: Rotor Assembly**

### 2.2.4. Exhaust Case Section

The exhaust case section turns the exhaust gases via exit guide vanes to axial flow before entering the diffuser section. The case structure supports the rear bearings and rear engine mounts. The shaded area in the figure below depicts the exhaust case section.



**Figure 8: Exhaust Case Section**

### 2.2.5. Diffuser and Turning Vane Assembly

The diffuser and turning vane assembly reduces the velocity and increases the static pressure of the exhaust gas flow. The diffuser directs the gas flow from the power turbine through a conical annulus surrounding the power turbine shaft. The conical annulus ends in three annular, flared exit baffles, the diffuser turning vanes. The vanes redirect the gas flow 90 degrees from all circumferential locations into the collector box for exhaust, in simple cycle configurations, to the stack acoustical system and then to the atmosphere. In combined cycle configurations, the gas flow would be exhausted to the heat recovery steam generator inlet ducting rather than the stack acoustical system. The diffuser and turning vane design permits the smoothest possible movement of exhaust gas through the exhaust system, minimizing backpressure and maximizing efficiency.

### 2.2.6. Output Drive Shaft

The output drive shaft extends through a cavity in the exhaust diffuser, and exits through the rear of the collector box. It transmits mechanical energy to the driven equipment (such as an electrical generator). The front of the shaft is connected to the rotor with a flexible coupling. The rear of the shaft is connected to the driven equipment with a flexible coupling. The output drive shaft is shaded in the figure below.



**Figure 9: Output Drive Shaft**

## 2.3. Collector Box

The collector is suspended from the exhaust enclosure. It receives exhaust gases from the diffuser and turning vanes. The gases are then exhausted through the silencer sections to the atmosphere, or through an optional heat recovery system.

## 2.4. Mounts

The mounts, located at the 3 and 9 o'clock positions on the power turbine exhaust case, provide the rear support for the gas generator/power turbine system. The mounts are adjustable vertically and horizontally. There is also a bottom mount pin, which positions the gas generator/power turbine system in the axial and lateral directions. This allows radial thermal growth.

## 2.5. Cooling Air and Thrust Balance System

One cooling air tube from the gas generator HPC case and two tubes from the LPT exhaust case provide thrust balance and cooling air to the power turbine. The two tubes from the LPT provide cooling air to the first stage disk and blade attachment as well as providing cooling air to the No. 7 bearing support and first vane attachment. The air tube from the HPC provides thrust balancing air to the backside of the rotor to offset the gas path air loads and also provides cooling air to the rotor bore and stages 2-4 disk and blade attachments. This air is also providing cool buffer air to the Nos. 7, 8 and 9 bearing compartment seals.

### 2.6. Bearings

| Bearing | Type | Support For |
|---|---|---|
| No. 7 | Roller | Front of rotor |
| No. 8 | Ball | Rotor (axially) |
| No. 9 | Roller | Rear of rotor |

## 3. Ancillary Systems

### 3.1. Lubrication/Hydraulic Control

The FT8 lube oil system is a combined system, containing the gas generator lube oil system and the power turbine lube oil system. Components not integral to the gas turbine are mounted as a pre-engineered package inside the GT enclosure. This package contains the combined reservoir, duplex filters, chip detectors, air-to-oil cooler, and the power turbine supply and scavenger pumps.

The gas generator (GG)supply and return lines terminate at the accessory drive engine mounted gearbox. Since both the GG supply and scavenge pumps are hard coupled to the low-pressure and high-pressure compressor shafts, positive pressures are generated by shaft rotation. This system also supplies oil to the hydraulic control system pump suction port . The gearbox driven hydraulic high pressure pump and servo valve supply control oil to the IGV/VSV compressor actuators.

The power turbine lube oil system lubricates and cools the main bearings and bearing seal assemblies. Lubrication is provided by identical three-element pumps, which provide primary and auxiliary flow functions. The primary and auxiliary pumps are AC motor driven while the emergency pump is a DC motor driven.. The auxiliary pump automatically starts in case of trouble with the primary pump. The DC pump is used for emergency shutdown when AC power is lost.

## 3.2. Gas Fuel System (when specified)

Customer supplied fuel per PWPS FR-2 Gas Fuel Specification is delivered at a minimum of 475 psig (32.8 bars). First, the gas flows through a fire valve. Next, the gas flows through a simplex particulate filter, coriolis flowmeter , pressure safety valve to the fuel plate located on the GT base assembly. Gas flows through two shutoff valves and the modulating valve to the gas manifold, where it is injected through the nine gas fuel nozzles. The modulating valve meters fuel in response to signals from the electronic gas turbine control. See specific P&ID for all system components.




**Figure 10: Gas Fuel System**

## 3.3. Liquid Fuel System (when specified)

In the liquid system, fuel per PWPS FR-1, Liquid Fuel Specification in a flooded suction line from the fuel storage tanks is pumped by the Customer supplied fuel forwarding system to the PWPS filtering and metering skid which contains a duplex particulate filter and a coriolis meter to a downstream fire stop valve. Next, the fuel is boosted by the gas generator gearbox mounted fuel pump, and sent to the metering valve with an integral shutoff valve. The metering valve meters fuel in response to a signal from the electronic gas turbine control. The fuel then flows through another fuel shutoff valves and an engine mounted flow divider valve, into the manifold and through the nine liquid fuel nozzles. See specific P&ID for all system components.




**Figure 11: Liquid Fuel System**

### 3.4. Dual Fuel System (when specified)

The dual fuel system utilizes the same components as the gas and liquid fuel systems plus a liquid fuel pump clutch and additional valves to allow switching from one fuel to the other. At startup with liquid fuel selected, the fuel pump is engaged and liquid fuel flows through the liquid modulating valve and liquid shutoff valve into the liquid fuel manifold to the nozzles. At shutdown, the pump is disengaged, the liquid modulating valve and liquid shutoff valves are closed, the liquid drain valves are opened to prevent pressure buildup downstream of the shutoff, and the manifold drain valve is opened to drain the manifold.

When gas fuel operation is selected, gas flows from the supply through two shutoff valves, through the modulating valve to the gas manifold. A small amount is sent through the liquid system purge valve to the liquid fuel manifold for continuous purging of all liquid fuel from the manifold and nozzles cool and prevent choking of the liquid fuel section of the nozzles. At shutdown, the shutoff valves are closed and the vent line between shutoff valves is opened to relieve pressure.

The gas turbine has the capability to transfer from one fuel to the other during operation.

### 3.5. Water Injection System (when specified)

The water injection system introduces demineralized water with the fuel into the nozzles of the gas turbine to assist in achieving required exhaust gas emission levels. The system operation is automatically controlled by the electronic gas turbine control.

The demineralized water is Customer supplied to the water injection skid located just outside the gas turbine enclosure. The skid contains a particulate filter, VFD motor driven pump to boost the water to the required pressure, coriolis flow meter and necessary valving.

When operating on liquid fuel, the water is mixed with the fuel and sent through the liquid fuel nozzles. When running on gas fuel, the water is sent through the liquid fuel nozzles and the gas through the gas fuel nozzles. During fuel transfer, the water is mixed with the liquid fuel and injected through the nozzles via the liquid fuel manifold, while the gas flows through the gas fuel nozzles.

### 3.6. Starting System

The starting system consists of a hydraulic starter mounted on the gas turbine and a skid-mounted hydraulic start pac. When the operator initiates a start, the hydraulic start pac provides high-pressure fluid to the starter motor geared to the high compressor rotor shaft of the gas generator. The starter converts the fluid pressure to shaft torque and rotates the high-speed rotor to ignition speed in approximately 17 seconds.

After fuel is admitted to the gas turbine combustion section and ignition is achieved, the gas turbine accelerates to its self-sustaining speed and the starter is disengaged from the shaft. If any problems are detected during the start cycle, the control shuts off fuel flow and hydraulic fluid flow, causing the starter to disengage and the gas turbine to coast down.

The starting system is also used to rotate the gas turbine rotors for water wash and/or gas path purge. When water wash is selected, the hydraulic start system is used to motor the gas generator while water, with or without detergent, is sprayed into the bellmouth. During a purge operation, gases accumulated in the gas turbine are purged by motoring the gas

generator with the starting system to above 1500 rpm with the ignition and fuel systems off per requirements.

## 3.7. Fire Protection System

The fire protection system provides independent fire detection for the entire plant and $CO_2$ total flooding fire suppression for the gas turbine enclosure, CO2 suppression is strongly recommended as an option for the generator as well as FM200 suppression for the control enclosure.

Automatic fire detection is provided by rate compensated thermal detectors. Facilities for manual (electric and mechanical) initiation of the fire systems are also provided. The $CO_2$ tanks, solenoids, and manifold are located outside the enclosures, with the system's control module located in the control room.




**Figure 12: Fire Protection System**

The control system monitors and displays the status of all fire system inputs and provides outputs to activate audible and visual alarms, discharge $CO_2$, close fuel fire safety valves, and signal turbine and unit control systems for required responses. The system operates on 24 volts DC and contains its own internal power supply and battery backup.

Immediately upon actuation of the system, the turbine enclosure secondary air supply fans are deenergized and the fuel supply is shut off. A 20-second time delay permits rundown of the gas turbine and generator before a solenoid valve releases the pressurized $CO_2$ into its distribution manifold. A pneumatic cylinder, actuated by the pressurized $CO_2$, releases a pair of guillotine type dampers (just forward of the fan blades) closing off the secondary air path.

Simultaneously, a series of nozzles floods the enclosures to a 34% $CO_2$ concentration, sufficient for inerting the combustion process.

The $CO_2$ supply to the manifold is fed from pressurized tanks. The first tank is quick emptying, while the second slow-emptying tank maintains the 5% level required to overcome dilution from air leakage. This $CO_2$ concentration is maintained for approximately 30 minutes, sufficient time to allow combustibles to cool below their auto ignition temperatures. A $CO_2$ status display board is provided near each protected enclosure entry to visually indicate the status of the fire protection system (i.e. $CO_2$ armed or disarmed).

Disarming may be accomplished by disabling the $CO_2$ discharge system, either electronically by means of a key switch and/or blocking the flow of $CO_2$ by a manually activated safety block valve in the $CO_2$ piping discharge system. When disarmed the detection alarm system will remain active while the $CO_2$ discharge capability will be disabled. Continuous alarm signals are sent to the monitoring system notifying the operator while the system is disarmed.

Additional safety features include a suppressant release delay and audible and visual alarms inside and outside the enclosure.

## 3.8. Gas Detection System

A resistance type combustible gas sensor provides gas detection in the gas turbine enclosure. When the gas concentration reaches 20% lower flammable level (LFL), the gas hazard alarm will be displayed in the fire control panel and warning alarms will be activated at the enclosure. When a 60% LFL level is reached an automatic trip of the fuel and gas turbine will be initiated. The enclosures ventilation system will remain operational to reduce the gas hazard.

## 3.9. Engine Heating (Dehumidification) System

The engine heating system maintains the internal parts of the gas turbine at a temperature above the dew point of the ambient air during non-operation periods. Hot air forced into the compressor section and out through the exhaust and inlet ducts prevents condensation, which can cause corrosion. The system is fully automatic.

## 3.10. Offline Water Wash System

The gas turbine requires periodic washing of its aerodynamic components that have accumulated deposits which could affect performance.

A water wash circuit, when activated by the operator, energizes a solenoid valve in the water wash line. The water flows through a nozzle located inside the inlet air plenum, directed toward the gas turbine’s inlet. While the gas turbine is rotated on the starter, the sprayed water is pulled through the compressor section of the gas turbine and is drained through drain valves. After washing, the gas turbine is started to dry out any remaining water.

The water wash skid is optional.

# 4. Electric Generator

The electric generator is an open ventilated, two-pole, air-cooled unit rated to BS/IEC standards with Class "F" insulation but limited to Class "B" temperature rises on a total temperature basis. It includes shaft mounted overhung main and pilot brushless exciters complete with rotating fused diodes, and all required support auxiliaries, instrumentation, protective devices, and controls.




**Figure 13: Electric Generator**

## 4.1. Stator

The stator frame is fabricated from mild-steel plate, forming a rigid structure. The stator core is built up from laminations of low loss, high permeability, and high silicon content electrical steel. Radial ventilating ducts are formed at intervals along the core by "H" section steel spacers. The core is hydraulically pressed at several stages during the building operation to ensure uniform compaction. When finished it is clamped between heavy ribbed steel end plates split on the bearing lines. The stator winding is of the two-layer diamond type half coils being used for ease of handling during manufacture and winding.

The insulation system is based on a resin rich thermosetting mica glass tape which, when processed results in a dimensionally stable high performance insulation capable of continuous operation at temperatures up to 155ºC (Class F).

The half coils are placed in the stator slots in two layers, wedged securely in position by synthetic resin bonded wedges, and joined by brazing the copper laminations. The end winding is securely braced to insulated brackets supported from the stator frame. The

individual sub-conductors of all windings are fully transposed to ensure minimum circulating currents. "Nose" type or Roebel transpositions are used as appropriate.

## 4.2. Rotor

The rotor is an integral forging of nickel chromium molybdenum alloy steel. Axial slots are milled on the periphery of the body of the rotor to carry the winding and for ventilation. The rotor winding conductor material is conventional silver bearing copper. The conductor is in the form of a strip and each rotor coil is preformed to the shape required. All insulation materials are suitable for Class "F" operation.

The preformed coils are inserted into the slots, each turn being insulated from the next. After the completion of the winding, the conductors are heated electrically and pressed to the correct depth using pressing rings. A fully interconnected damper winding is then fitted into the tops of the slots and the retaining wedges are inserted. The rotor end winding is braced with packing blocks between the conductors, after which the non-magnetic manganese chromium steel end caps are shrink fitted to spigots at each end of the rotor body. All rotors are tested at 20% overspeed and balanced.

## 4.3. Bearings

The main bearings are conventional circular profile, white metal lined, hydrodynamic cylindrical bearings. Pressurized oil seals are fitted at each end of the bearings. Temperature detectors are provided for the bearing metal and oil drains. Non-contact vibration sensors are provided for both bearings.

## 4.4. Ventilation

The generator features integral axial flow fans which supply a large volume of filtered cool air flowing through the frame and over the stator and rotor coil ends and windings via inter slot ventilation ducts and discharging at the top of the frame. The exciter is self-ventilated.

## 4.5. Lubrication

A separate air cooled lubrication system is provided, including a storage tank with radiator and cooling fan, two AC motor driven lube oil pumps, and a DC motor driven emergency backup pump for emergency coastdown or black start.

## 4.6. Excitation Systems

The generators are fitted with a brushless excitation system, where the excitation power is derived from a small AC generator driven by the generator shaft. The AC power produced by this exciter is rectified to DC by a shaft mounted rotating rectifier assembly, which is connected to the main field via conductors inside the shaft, thus eliminating the need for slip rings.

## 4.7. Voltage Regulator

The generator has a Automatic Voltage Regulator (AVR) system with manual control, auto follower, and null balance indication. In the event of a fault in the excitation and voltage monitors automatically transfer to manual control.

The AVR, which controls the excitation of the generator, is housed in a 19-inch rack assembly that has the advantages of compact modular construction, enabling a wide range of optional features to be readily incorporated into the excitation system. Power to operate the unit is supplied from a permanent magnet pilot exciter mounted on the generator shaft.

The unit includes the following solid state plug-in modules and facilities:

- Hand control bridge
- Auto control bridge
- Voltage control card including over flux limiter
- Diode failure detector and fast acting current limiter
- Excitation limiter card including over and underexcitation limiters with ambient temperature compensation
- Falling frequency protection
- "Soft start" circuit to minimize voltage buildup overshoot
- Power factor card for constant power factor or constant reactive power control

The AVR has a voltage adjustment range of ± 10% and accuracy of regulation of no load to full load.

## 4.8. Generator Data

### 4.8.1. Manufacturer

Brush Electrical Machines, Ltd. ***or equivalent***

### 4.8.2. Type

Synchronous, direct air-cooled, cylindrical rotor, and two-bracket bearing AC generator with brushless exciter and permanent magnet pilot exciter. Class F insulated rotor stator.

**Note: Rating details and performance curves are found in the attached Manufacturer’s Data Sheets.**

# 5. Electrical Control Center Enclosure

The electrical/control center enclosure contains all of the equipment necessary for local control of the FT8, together with the switchgear and generator protective devices. The enclosure is temperature controlled per equipment requirements and is designed for global installation.

The enclosure contains the gas turbine and generator controls, motor control center, low voltage AC and DC distribution, station batteries, metal-clad switchgear, station auxiliary transformer, protective relaying, and master terminal board. These controls and instruments are mounted on the following cabinets:

- Monitoring Cabinet
- Operator Cabinet
- Master Terminal Cabinet
- Protective Relay Cabinet
- Instrument Cabinet
- Motor Control Center




**Figure 14: Typical Electrical/Control Unit Layout**

## 5.1. Monitoring Cabinet (Main Operator Interface)




**Figure 15: Monitoring Cabinet**

This cabinet houses equipment used by the operator to interface with the control system for data monitoring, trending and event history. It is located next to the operator cabinet for ease of access to the manual controls.

Housed in this cabinet is the Industrial Control Engine (ICE) monitoring system computer, which is utilized by the operator for gas turbine data acquisition and operating parameter adjustments. It consists of a 20" monitor, CPU, keyboard and trackball. The CPU interfaces with the controller via an Ethernet link.

A printer is also provided to print current screen information, event log, plots, and trends.

Static Inverter - The inverter converts DC power from the batteries into AC power to be used by the auxiliary AC instruments and equipment. It contains inputs from both the AC and DC buses and can provide 120 VAC output power from either source. The inverter monitors the AC bus at all times. If power supplied from the AC bus, the inverter will automatically transfer to the DC source upon loss of AC power.

## 5.2. Operator Cabinet




This cabinet contains panel-mounted switches and instruments used to manually control and monitor the generator performance. Manual voltage/VAR control, speed/load control, synchronization, and generating mode selection are all performed from this panel. Following is a list of components installed on the panel.

- Alarm Horn
- Synchronizing Lights
- Synchroscope and Syncroscope Switch
- Bus and Generator Voltmeters
- Generator Wattmeter
- Generator Var Meter
- Power Turbine/Generator Tachometer
- Generator Circuit Breaker Control Switch
- Speed/Load Control Switch
- Volts/Var Switch
- Lockout/Operate Switch Engine A&B
- Emergency Stop.
- 64F Test Switch

**Figure 16: Operator Cabinet**

- Timer – Running Hours, Liquid Hours, and Gas Hours
- Counters – Total Starts and Cycles
- Speed Relay Reset Button

## 5.3. Panel Back Wall Devices (Not Shown)

- Overspeed Switch
- SEL 2401 – Satellite Clock

## 5.4. Protective Relay Cabinet

The equipment in this cabinet provides hardwired protection for the gas turbine, generator and bus equipment. The panel contains nine (9) lockout relays that are used to trip the unit or a single gas turbine in response to signals from the various electrical protective devices and the unit control system. Each lockout is a high speed, multi-contact, hand-reset relay provided with a mechanical target. Health monitoring relays are also provided for each lockout and are mounted on the panel back wall.

31.5" (800 mm) W x 82.7" (2100 mm) H




- GEN WHM - Generator Watt-Hour Meter
- DBR – Dead Bus Relay
- 25SC - Sync Check Relay
- TSB-1, TSB-9 - Test Blocks
- 86BF – Breaker Failure Lockout Relay
- 86BF-R – Redundant Breaker Failure Lockout Relay
- 86G1 – Generator 52G Trip Lockout Relay
- 86G2 - Generator 52G Trip + Controlled Shutdown Lockout Relay
- 86E – Engine Lockout Relay
- 86AT – Auxiliary Transformer Lockout Relay
- 86EA – Engine A Trip Lockout Relay
- 86EB – Engine B Trip Lockout Relay
- 86BG – Generator Breaker Lockout Relay

## 5.5. Panel Back Wall Devices (Not Shown)

- WT3801, 3802 – Watt Transducers
- Speed Switch - Provides generator and power turbine overspeed protection.
- SCB1,SCB10 – Short Circuit Blocks

## 5.6. Instrument Cabinet

This cabinet holds the accessory controls such as voltage regulator, synchronizer, vibration monitors, and generator protection relay. Each piece of equipment operates independently to control a specific aspect of plant operation. The unit control system coordinates the activity of these controllers through both hardwired and communication signals.

23.6" (600 mm) W x 82.7" (2100 mm) H




- Auto Voltage Regulator (AVR) -Primarily designed to control the excitation of the generator. The AVR allows both manual and automatic control of generator excitation.
- Synchronizer – Consists of three rack mounted modules that determine the proper time to initiate closing of the breaker to parallel the generator to the bus.
- Generator Protective Relay – Beckwith M-3425A is a microprocessor based unit that uses digital signal processing technology to provide up to thirty four protective relaying functions for generator protection.
- Vibration Monitors - Bentley Nevada Vibration Monitoring System.
  - Electric Generator - The monitor interfaces with two embedded proximity probes on each generator bearing. Displays of each bearing vibration level amplitude are shown on the front of the monitor along with lamp indication of system malfunction, alarm and shutdown vibration levels.
  - Gas Turbine - The monitor interfaces with velocity transducers mounted on the GG8 inlet case (flange A) mid-engine case (flange K) and the PT8 exhaust case (flange S). Vibration amplitudes are displayed on the front of the monitor for each of the three channels. Lamps on the front of the monitor indicate a faulty transducer or monitor malfunction and vibration level alarm and vibration level shutdown. A reset button must be depressed to re-arm visual alarms after alarm indication.

## 5.7. Master Terminal Boards

These cabinets terminate the majority of field control wiring at one central location. They contain terminal strips that connect the instruments to monitor and control the gas turbine and support systems to the CPU. One cabinet also houses the unit control system.

The unit control is a Woodward Governor Company digital microprocessor. It uses data from instruments throughout the plant to control unit operation. This data is also passed on to the monitoring system where it is accessible to the operator. The system is composed of a main chassis and one expansion chassis. The cabinet holds the main chassis, which contains the CPU, communication hardware, and input/output cards for the generator and control house equipment.

## 5.8. Motor Control Center (MCC)

The Motor Control Center contains all the 3-phase motor starters and contactors and required 400V - 3-phase feeder circuit breakers for the plant. Additionally, the MCC contains the AC and DC distribution panels and the transfer switch. The front panel of each motor starter bucket has a red and green indicating light to identify motor ON/OFF operation.

Power to the MCC is supplied by the 300 kVA, 11.5 kV / 400 V, 3-phase, 3-wire auxiliary transformer that distributes the power to the MCC through a 400 V, 3-pole, 600 amp circuit breaker. The auxiliary transformer and circuit breaker are housed in a cubicle next to the main circuit breaker. The 125 VDC and 24 VDC distribution panels in the MCC are supplied power from the 125 VDC and 24 VDC batteries and associated 125 VDC and 24 VDC battery chargers that are located close to the MCC.

## 5.9. DC Power Supply

One hundred twenty five (125) VDC and 24 VDC batteries are rack mounted in a ventilated enclosure. They supply all necessary DC power for safe shutdown of the FT8 and Emergency blackout conditions. Battery chargers are furnished and properly rated to supply the FT8's DC loads and also have capacity to charge the batteries. Chargers are supplied power from the MCCs 400 VAC distribution panel that is fed from the 11.5 kV / 400 VAC, 3-phase, auxiliary transformer.

The auxiliary transformer is connected to the load side, not the generator side, of the 11.5 kV switchgear circuit breaker. Thus, when the FT8 is in the standby mode and not generating power, the auxiliary transformer derives its power via the back-energized main step-up transformer. Unless there is a blackout, this is a very reliable source of power. However, when the FT8 is started and synchronized to the 11.5 kV side of the main-step-up transformer and the main breaker is closed, the FT8 generator supplies power to the 11.5 kV / 400 VAC auxiliary transformer.

### 5.10. 15 kV Class, Metal-Clad Switchgear Module

The 15 kV class switchgear is installed in the control center enclosure, and is connected to the generator by a totally enclosed, non-segregated phase, 3-phase bus duct system rated at 3000 amp. The switchgear module is of the metal-clad construction and consists of three cubicles installed on one end of the electrical control center enclosure and described as follows:

- The first cubicle contains the dry-type, auxiliary transformer that is rated at 300 KVA,
  11.5 kV / 400 VAC, 3-phase, 3-wire, 50 Hz. The 11.5 kV primary side of the transformer is connected to the load side of the main circuit breaker located in the adjacent second cubicle. The auxiliary transformer supplies the necessary 400 VAC power to the FT8 MCC. A 400 VAC, 3-pole, 600 amp, 50 Hz, circuit breaker connected to the secondary side of the auxiliary transformer is also contained in this cubicle.
- The second cubicle contains the main circuit breaker and necessary current transformers for metering and relaying. The main switching and interrupting device (vacuum circuit breaker) is of the removable draw-out type arranged with a mechanism for moving it physically between connected and disconnected positions and equipped with self-aligning and self-coupling primary disconnecting devices and control wiring connections.
- The main generator circuit breaker is a 750 MVA interrupting, 3000 amp, 15 kV air circuit breaker featuring 125 VDC close and trip.
- The third cubicle contains the potential transformers, lightning arrestors, and the surge capacitors as required for metering and equipment protection.

## 6. Control System

The FT8 control system contains an integrated Woodward gas turbine and unit control. This integrated controller acts as a central processing point for all I/O, serial and Ethernet communications associated with the FT8. Data from this control is sent to a user-friendly operator interface to display pertinent information.

### 6.1. Integrated Gas Turbine and Unit Control

The Woodward MicroNet Control System performs both fuel control and sequencing functions. This system incorporates 32-bit microprocessor based digital controllers, which optimizes turbine safety and efficiency. The programmable features of this control enhance the ability of the end user to incorporate the latest features in gas turbine technology. The MicroNet provides a flexible system to control associated processes such as high speed control functions, system sequencing, auxiliary system control, surge control, monitoring and alarming, and station control. Communications with the MicroNet platform are available to program and service the control as well as to interface with other systems (Plant DCS, HMI, etc.). A service interface allows the user to view and tune system variables.

This integrated control performs all of the gas turbine control functions including:

- Speed Control
- Temperature Protection and Control
- Acceleration and Deceleration Limiting
- Fuel Valve Control
- Inlet Guide Vane Control
- Variable Stator Vane Control
- Water Injection
- Gas Turbine Operational Monitoring
- Start Sequencing
- Unit Synchronization
- Alarm and Shutdown Protection




**Figure 16: FT8 MOBILEPAC Control**

### 6.2. Monitoring System

The monitoring system package operates on an industrial PC and serves as the operator interface for the FT8. This system interfaces to the gas turbine and unit control via an Ethernet local area network (LAN). The monitoring system performs such functions as:

- Data Logging and Trending
- Alarm Monitoring
- Alarm and Event Logging
- Sequence-of-Events Recording
- First-Out Alarm Indication
- X-Y Plotting
- Calculation Functions
- Event Storage, Archiving, and Redisplay
- Operator Control Functions
- Process Animation
- Control System Diagnostics

## 7. Gas Turbine Enclosure

The gas turbine enclosure protects the gas turbine and other ancillaries from the environment and provides noise attenuation. When the unit is operating the enclosure protects outside workers from the high component temperatures. When the unit is not operating it provides a protected working environment and inside lighting for maintenance.

The gas turbine enclosure includes the inlet plenum and the exhaust enclosure. The inlet plenum channels the air from the inlet air silencer to the gas turbine bellmouth to minimize the inlet air pressure loss. The exhaust enclosure houses the exhaust diffuser/collector, which delivers the power turbine exhaust gases to the exhaust transition duct and silencer. The enclosure serves as a mounting structure for the inlet and exhaust air systems, and as a duct for passing secondary air over the gas turbine for cooling. The enclosure also provides a limited containment volume for the fire protection system.

### 7.1. Gas Turbine Enclosure Secondary Air System

The gas turbine enclosure secondary air system provides cooling air flow throughout the length of the enclosure. Air is drawn into the intake assembly, through the silencer chamber, and blown into the gas turbine enclosure. It passes along the length of the gas generator and power turbine, around the exhaust collector and up into the exhaust air silencer, where it joins with the gas turbine exhaust.

A pair of AC motor driven fans, rated at 22,000 scfm (10.3 $m^3$/sec), are mounted low on the front bulkhead of the enclosure to take in atmospheric air through a louvered opening with a 2 x 2-inch (5 x 5 cm) mesh screen and a silencer module.

If a gas turbine enclosure fire is detected, the fans are de-energized and a pair of guillotine-type gates are released to block the inlet air supply ports.

## 7.2. Inlet Air Filtration

The primary inlet filtration system has a filtration efficiency of 99.7% for particles down to 5 microns, and 95% for particles down to 2 microns. Clean elements flow about 190 pounds (86 kg) of air per second with a maximum pressure drop of approximately one inch (2.54 cm) of water.

The filter house weighs approximately 32,500 lbs (14,800 Kg) and is 20 feet (6.1 m) long, 12 feet (3.6 m) wide and 13 feet (4.0 m) high. It is constructed of mild steel and rests atop (with its flange bolted to) the inlet air silencer module. Air enters both end walls of the filter house. Each end wall is configured to have 30 two $ft^2$ filter elements and 6000 half-sized elements in individual galvanized frames.

The high efficiency, replaceable fiberglass filters are preceded by a pre-filter. The two filters are held together by a pair of extended spring clips. Filter elements can be replaced from inside the filter house. The doors can be accessed from a full-length external catwalk with safety railing and fixed-end ladder.




**Figure 17: Filter House**

## 7.3. Inlet Air Silencer (when specified)

The inlet air silencer module attenuates noise over a broad band of frequencies. It is 10 feet (3 m) wide by 11.5 feet (3.5 m) long. The box configuration housing is four feet high and flange-bolted on top of the forward end of the gas turbine enclosure. Air flows through this module directly into the contoured inlet plenum.

A similar flange ringing the top of the housing is bolted to a mating flange in the floor of the inlet air filter house. The silencer outer wall is 3/16-inch (4.75 mm) steel plate and the inner wall is 16 gauge perforated galvanized steel, with four inches of mineral wool fill between them.

Module walls, configured for sound attenuation, consist of 17 equally spaced, transversely mounted vertical acoustic baffles. The baffles, which have a 16-gauge perforated galvanized steel shell and are filled with three inches of mineral wool, may be removed for servicing.




Figure 18: Top View of Inlet Silencer




Figure 19: Wall Construction of Inlet Silencer

## 7.4. Exhaust Silencer (when specified)

The exhaust silencer is composed of two major modules, the transition module and the silencer module. The transition module provides a transition for the gas turbine exhaust gases and surrounding secondary cooling air. The silencer module is flange-mounted to the exhaust silencer transition-housing module. The number of the exhaust silencer modules is shown on the general arrangement drawings, and is also indicated in the Scope of Supply.

Construction of the transition module and the silencer module is similar; both employ double wall construction. Mineral wool is used in the outer wall for sound absorption and fiberglass wool is used in the inner wall for heat insulation and sound absorption. Four sound attenuating baffles are contained in the silencer module.

Each consists of perforated stainless steel channel shapes filled with fiberglass wrapped by stainless steel wire mesh. The baffles slide into module sidewall channels. The exhaust silencer modules are stacked for maximum sound attenuation. Surfaces exposed to hot exhaust gas are made from 409 stainless steel.







**Figure 20: Top View of Exhaust**

**Figure 21: Top View of Exhaust**

## 8. Estimated MOBILEPAC Weights and Sizes

| Quantity | Description | Weight, lb/kg (ea) | Length, ft/m | Width, ft/m | Height, ft/m |
|---|---|---|---|---|---|
| 1 | Gas turbine trailer contains: | 185,000/83,914 | 61/18.5 | 12/3.7 | 13.6/4.1 |
| | Enclosure | | | | |
| | Secondary inlet silencer<br>Engine | | | | |
| | Diffuser inner/outer cylinder, tunnel and turning vanes | | | | |
| | Engine lube oil system<br>Generator with lube oil module | | | | |
| 1 | Control/switchgear trailer contains: | 80,000/36,370 | 49/12.8 | 11.5/3.5 | 13.5/4.1 |
| | Control system/monitor | | | | |
| | Batteries/remote panel | | | | |
| | MCC | | | | |
| | Start pac | | | | |
| 1 | Accessory trailer contains: | 40,000/18,100 | 48/6.0 | 12/3.6 | 13.5/4.1 |
| 1 | Inlet air filter | 6500 | 15/5.5 | 12/3.6 | 12/3.6 |
| 1 | Inlet silencer | 9,900/4500 | 11.5/3.5 | 10/3.1 | 5/1.6 |
| 1 | Exhaust transition piece | 9,900/4,500 | 15/4.6 | 10/3.1 | 5/1.6 |
| 2 | Exhaust silencer | 16,000/7,300 | 15/4.6 | 10/3.1 | 9/2.7 |

# 9. List of Typical Suppliers

## Standard Design

### Structural

| | |
|---|---|
| Enclosures | BECON, Sound, SMT, |
| Inlet Silencer | VAW, Sound |
| Inlet Plenum | Sound |
| Exhaust Silencer | Sound, SMT |
| Exhaust Stacks | Braden, Sound, SMT, VAW |
| Gas Turbine Base and Mounts | Industrial Technologies, Edward King, American Design |
| Collector Box | Northern Manufacturing |
| Inlet Air Filter House | VAW, Farr, |
| Inlet Air Filter Elements | VAW, Farr, |
| Secondary Air Fans | Hartzell |
| Coupling | Goodrich, Ameri-Drive |

### Mechanical

| | |
|---|---|
| Pump, Water Injection | HS Sundyne |
| Pump, Miscellaneous | Hayes, Gould, Hamilton Sundstrand, Cascon |
| Lube Oil Cooler | Hayden |
| GG Starter | Eaton Aerospace |
| Valves, Miscellaneous | Jordan, Woodward, Atkomatic, Hamilton Sundstrand, |
| Fire Valve | Lawrence (Leslie) |
| Heat Exchanger | HS Marstson, |
| Clutch, Fuel Pump | Carlyle Johnson, ARGO Tech |
| Gas Turbine Heater | American Design |
| Fuel Heater | Wattlow |
| Gauges, Pressure | Ashcroft, Omega, Orange Research |
| Gauges, Temperature | Ashcroft, Omega, Orange Research |
| Fire Protection | Associated Fire Protection |
| Filters, Fuel | FCS/Nelson, , Pall Trinicor |
| Filters, Lube Oil | Pall Trinicor |
| Hoses | Faxon, Industrial Technologies, Titeflex, Aeroquip, Tube Bends |
| Hydraulic Start System | Berendsen |
| SCR's | Peerless, Deltak, Hitachi, Mitsubishi, EnviroKinetics |

### Electrical

| | |
|---|---|
| Electric Generator | Brush Electrical Machines, Electrical Machinery |
| Auxiliary Transformer | Westinghouse, National, Hevi-Duty, Hawker-Siddley, ABB, Hitachi, Hammond Power Solutions |
| Synchronizer | Woodward, Westinghouse, Basler |
| Bus Duct | Powell, UNIBUS |
| Vibration Monitor | Bentley Nevada |
| Turbine Control | Woodward |
| Batteries | Powell, Alcad |
| Battery Charger | CPI |

| | |
|---|---|
| Motor Control Center | Cutler Hammer |
| Motors | Baldor, U.S., Westinghouse, G.E. |
| Protectives | G.E., ABB, Beckwith, Schweitzer |
| Switchgear | Powell, |
| CRT Monitor | Adek |
| Gas Detectors | General Monitors |
| Pressure Transducers | Barksdale, Statham, Sensotec |
| Pressure Switches | Custom Components |
| Level Switches | Gems |
| Differential Pressure Switches | Custom Components |
| Resistive Temperature Detectors | Pro-Temp |
| Flowmeter, Fuel | Yokogawa, IMT Corp, Flow Technology |

Pratt & Whitney Power Systems, Inc. (PWPS) provides the Typical Suppliers list as a service to potential Customers interested in knowing generally the typical suppliers of PWPS products. The Typical Suppliers list is not intended to limit or restrict the supplier(s) that PWPS may use for any part or parts. PWPS retains the right to use other suppliers for the parts described. Upon request, PWPS can provide specific supplier information to any Customer wishing to know the exact supplier for any or all parts.

APR ENERGY®

7660 Centurion Parkway, Suite 100
Jacksonville, FL 32256, USA
P + 1 904 296 2807

aprenergy.com
info@newaprenergy.com

**Package:** *MP*
**Engine:** *MobilePac*
**Generator:** *BDAX 62-170ER F* **Frequency:** *60* *Hz* **Voltage:** *13.8* *kV* **PF:** *0.9*
**Fuel:** *NG* **LHV:** *48080* **kJ/kg**

**Estimated Average Unit Gross Performance NOT FOR GUARANTEE**

| **Case #** | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ambient Conditions** | | | | | | | | | | | | |
| Dry Bulb Temperature, °F | 32 | 41 | 50 | 59 | 68 | 77 | 86 | 95 | 104 | 122 | | |
| Relative Humidity, % | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | | |
| Elevation, ft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Ambient Pressure, psi | 14.696 | 14.696 | 14.696 | 14.696 | 14.696 | 14.696 | 14.696 | 14.696 | 14.696 | 14.696 | | |
| **Engine Inlet Conditions** | | | | | | | | | | | | |
| Compressor Inlet Temperature, °F | 32 | 41 | 50 | 59 | 68 | 77 | 86 | 95 | 104 | 122 | | |
| Relative Humidity, % | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | | |
| **Pressure Losses** | | | | | | | | | | | | |
| Inlet Loss, in $H_2O$ | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | 2.50 | | |
| Exhaust Loss, in $H_2O$ | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | | |
| **Data Provided is GROSS OUTPUT. No auxiliary loads are included.** | | | | | | | | | | | | |
| **Package Data** | | | | | | | | | | | | |
| kW, Generator Terminals | 31,352 | 31,354 | 31,336 | 30,536 | 29,467 | 28,460 | 27,412 | 26,334 | 25,325 | 23,510 | | |
| Est. btu/kWh, LHV | 9,242 | 9,285 | 9,330 | 9,366 | 9,429 | 9,508 | 9,603 | 9,716 | 9,837 | 10,104 | | |
| Est. lb/kWh, LHV | 0.447 | 0.449 | 0.451 | 0.453 | 0.456 | 0.460 | 0.465 | 0.470 | 0.476 | 0.489 | | |
| Est. SCF/kWh, LHV | 9.447 | 9.492 | 9.538 | 9.574 | 9.639 | 9.719 | 9.817 | 9.933 | 10.056 | 10.329 | | |
| Gross Efficiency | 36.92% | 36.75% | 36.57% | 36.43% | 36.19% | 35.89% | 35.53% | 35.12% | 34.69% | 33.77% | | |
| **Fuel Flow** | | | | | | | | | | | | |
| MMBTU/hr, LHV | 289.7 | 291.1 | 292.4 | 286.0 | 277.8 | 270.6 | 263.2 | 255.9 | 249.1 | 237.5 | | |
| lbs/hr | 14,017 | 14,084 | 14,144 | 13,836 | 13,442 | 13,090 | 12,735 | 12,379 | 12,052 | 11,492 | | |
| SCFH | 296,197 | 297,615 | 298,882 | 292,356 | 284,034 | 276,611 | 269,090 | 261,573 | 254,664 | 242,839 | | |
| MMSCFD | 7.11 | 7.14 | 7.17 | 7.02 | 6.82 | 6.64 | 6.46 | 6.28 | 6.11 | 5.83 | | |
| **$NO_X$ Control (Water Injection)** | | | | | | | | | | | | |
| lbs/hr | 15,336 | 15,638 | 15,927 | 15,585 | 15,135 | 14,760 | 14,382 | 14,014 | 13,674 | 13,109 | | |
| Gallons/hr | 1,825 | 1,861 | 1,895 | 1,854 | 1,801 | 1,756 | 1,711 | 1,668 | 1,627 | 1,560 | | |
| **Exhaust Parameters** | | | | | | | | | | | | |
| Temperature, °F | 723.7 | 741.6 | 759.2 | 765.2 | 771.0 | 778.7 | 786.8 | 795.4 | 804.3 | 823.2 | | |
| lb/sec | 268.3 | 265.1 | 262.0 | 257.3 | 251.5 | 245.8 | 239.7 | 233.5 | 227.4 | 215.8 | | |
| lb/hr | 965,701 | 954,434 | 943,270 | 926,373 | 905,541 | 884,716 | 862,996 | 840,499 | 818,696 | 776,949 | | |
| MMSCFH | 12.89 | 12.74 | 12.60 | 12.39 | 12.12 | 11.86 | 11.60 | 11.32 | 11.07 | 10.62 | | |
| Stack Exit Velocity, ft/s | 163.72 | 164.34 | 164.91 | 162.88 | 160.15 | 157.68 | 155.14 | 152.55 | 150.19 | 146.18 | | |
| **Estimated Emissions** | | | | | | | | | | | | |
| NOX, ppmvd Ref 15% O2 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | | |
| NOx as $NO_2$, lb/hr | 32.08 | 32.24 | 32.38 | 31.67 | 30.77 | 29.97 | 29.15 | 28.34 | 27.59 | 26.32 | | |

**Notes:**

1. Data based on fuel supply meeting APR requirements
2. All data at 60 Hz and 0.9 Power Factor at temperature, elevation, and relative humidity indicated
3. Data provided is based on not accounting OEM GT degradation factor
4. Data provided is Gross Output, no auxiliaries have been taken into account
5. Emissions data is estimated and not for use in permit applications

**Gasparini Declaration Exhibit 3F**

# SOLARIS ENERGY INFRASTRUCTURE

## MOBILE ENERGY RENTALS LLC PO#: 1115R
## (19) SOLAR SMT130 SCR CATALYST SYSTEM
## BRADEN AMERICAS #25646

## GENERAL NOTES:

### 1.DESIGN CRITERIA

FLOW CONDITIONS:
- MASS FLOW RATE: 514,152 PPH
- NORMAL AVERAGE EXHAUST TEMPERATURE W/ TEMPERING AIR: 850°F

EMISSIONS AT STACK OUTLET:
- NOX: DESIGN 9.0 TO 2.0 PPMVD @ 15% OXYGEN
- CO: DESIGN 15.0 TO 2.5 PPMVD @ 15% OXYGEN
- NH3 SLIP: MAXIMUM 5.0 PPMVD @ 15% OXYGEN
- CATALYST DESIGN FOR 43,800 OPERATING HOURS NOT TO EXCEED 60 MONTHS OF OPERATION
- 20 MINUTES TO EMISSION COMPLIANCE

ACOUSTIC:
- 85 dBA @3 FT HORIZONTALLY FROM EQUIPMENT AND 5FT ABOVE GRADE WITH ONE UNIT IN OPERATION

INTERNAL PRESSURE:
- DESIGN PRESSURE DUCT - +20"/-2" w.g.
- DESIGN PRESSURE STACK - +6"/-2" w.g.
- TOTAL SYSTEM STATIC PRESSURE DROP: 12" w.g.

EXTERNAL CASING TEMP:
- NOT GREATER THAN 140°F AVERAGE AT 103°F AMBIENT WIND SPEED OF 1 MPH

### 2.COMPONENTS / CONSTRUCTION

INLET DUCT EXPANSION JOINT:
- FULL FRAME BELT WITH INTEGRATED LINER
- BELT - HIGH TEMPERATURE MATERIAL WITH WIRE-REINFORCED BACKING
- LINER - ASTM A240 409 STAINLESS STEEL

INLET & HORIZONTAL DUCTING:
- ASTM A36 CARBON STEEL CASING
- 8#/CF DENSITY THERMAL CERAMIC SUPERWOOL LINING INSULATION OR EQUAL
- 1/2" ASTM A240 TYPE 304 STAINLESS STEEL STUDS 11" CENTERS
- 3 mm ASTM A240 OR EQUIVALENT TYPE 409 STAINLESS STEEL LINER SHEETS
- LINER SHEETS OVERLAP IN DIRECTION OF EXHAUST AIR FLOW

STACK EXPANSION JOINT:
- BELT - HIGH TEMPERATURE MATERIAL WITH WIRE-REINFORCED BACKING
- CLAMPING BARS

STACK & BREECH:
- ASTM A36 CARBON STEEL CASING
- 4" 150# RFSO 304L SS DRAIN PIPE W/ BALL VALVE
- 8#/CF DENSITY THERMAL CERAMIC SUPERWOOL LINING INSULATION OR EQUAL
- 1/2" ASTM A240 TYPE 304 STAINLESS STEEL STUDS 11" CENTERS
- 3 mm ASTM A240 OR EQUIVALENT TYPE 409 STAINLESS STEEL LINER SHEETS
- LINER SHEETS OVERLAPPED FOR WEATHER

BAFFLES:
- 8#/CF BASALT WOOL INSULATION W/ SILICA NEEDLEMAT & WIRE MESH
- 12 GA ASTM A240 TYPE 409 STAINLESS STEEL PERF SHEETS

INSTRUMENT AIR SYSTEM:
- AMBIENT AIR COMPRESSOR W/ 240 GALLON RECEIVING VESSEL AND DRYING/FILTRATION SYSTEM
- INSTALLED SPARE COMPRESSOR 100% CAPACITY
- SKID CARBON STEEL PAINTED
- SEE DRAWING 25646-006

AMMONIA STORAGE TANK:
- AQUEOUS AMMONIA 19% BULK TANK
- 96" DIA. HORIZONTAL TANK, 328" STRAIGHT SHELL LENGTH, 2:1 ELLIPTICAL HEAD
- CAPACITY 11,000 GALLONS, WORKING CAPACITY 10,000 GALLONS
- DESIGN AND CONSTRUCTED IN ACCORDANCE WITH ASME CODE SECTION VIII DIVISION I
- DESIGN PRESSURE 50 PSI
- PAINTED CS TANK TOP PLATFORM W/ HANDRAIL AND SAFETY GATE PER OSHA
- SEE DRAWING 25646-007

AMMONIA TRUCK UNLOADING SKID:
- TANK FILL CONNECTION: 2" 304 SS MALE HOSE COUPLING
- VAPOR RETURN CONNECTION: 1" 304 SS FEMALE TWIST-CLAW HOSE COUPLING
- SKID CARBON STEEL PAINTED
- SEE DRAWING 25646-007

AMMONIA FORWARDING PUMP SKID:
- AMMONIA FORWARDING PUMP W/ DISCHARGE REGULATOR AND RECIRCULATION PIPE
- INSTALLED SPARE PUMP 100% CAPACITY
- SKID CARBON STEEL PAINTED
- SEE DRAWING 25646-007

AMMONIA FLOW CONTROL SKID:
- AMMONIA TUBING ASTM A213 316 SS
- SKID 304 STAINLESS STEEL
- SEE GENERAL ARRANGEMENT REF. DRAWING 25646-004

TEMPERING AIR SKID:
- TEMPERING AIR FAN W/ INLET CONTROL VANE, SILENCER & FILTER HOUSE MERV 8
- SKID CARBON STEEL W/ MANUFACTURERS' STANDARD PAINT SYSTEM
- TEMPERING AIR DUCTING ASTM A36 & ASTM A240 TYPE 304 SS
- SEE GENERAL ARRANGEMENT REF. DRAWING 25646-003

NOx EMISSIONS MONITORING SYSTEM:
- FULLY EXTRACTIVE NOx/O2 CHEMILUMINESCENT ANALYZER, SAMPLE PROBE & HEAT TRACED SAMPLE LINE
- LOCAL CONTROL ONLY
- NEMA 4 STEEL CABINET ENCLOSURE
- SEE DRAWING 25646-024

FINISH (DUCTING):
- SURFACE PREPARATION TO SSPC SP10 OUTSIDE CASING
- ONE COAT INORGANIC ZINC PRIMER OUTSIDE CASING
- ONE LAYER HIGH TEMPERATURE TOP COAT OUTSIDE CASING ONLY

FINISH (TA DUCTING):
- SURFACE PREPARATION TO SSPC SP10 OUTSIDE AND INSIDE CASING
- ONE COAT INORGANIC ZINC PRIMER OUTSIDE AND INSIDE CASING
- ONE TOP COAT OUTSIDE CASING ONLY

STRUCTURAL FASTENERS:
- QUANTITIES TO INCLUDE 10% SPARES

FIELD JOINTS:
- ALL DUCT, PIPING & EQUIPMENT CONNECTIONS ARE BOLTED JOINTS WITH OR WITHOUT GASKETS

| REV | DESCRIPTION | BY | DATE | CHECKED | ENGINEERING | APPROVED |
|---|---|---|---|---|---|---|
| C | REVISED TA FAN | CT | 29-Apr-25 | DC | DC | JL |
| B | REVISED TA DUCT, TEMPERING AIR SKID, RELOCATED AMMONIA INJECTION SKID | CT | 18-Feb-25 | DC | DC | JL |
| A | ISSUED FOR APPROVAL | CT | 10-Dec-24 | DC | DC | JL |

THIRD ANGLE PROJECTION

DO NOT SCALE DRAWING

THIS DRAWING AND DESIGN INCLUDING ALL NOVEL AND PATENTABLE FEATURES SEPARATELY OR COLLECTIVELY DISCLOSED AND INCLUDED THEREIN ARE THE PROPERTY OF BRADEN-AMERICAS, AND ACCEPTANCE OF THIS PRINT CONSTITUTES AN AGREEMENT THAT IT WILL BE TREATED AS A CONFIDENTIAL DOCUMENT AND WILL BE USED FOR NO PURPOSE OTHER THAN TO AID IN THE ASSEMBLY OR OPERATION OF EQUIPMENT FURNISHED BY BRADEN-AMERICAS. THIS DRAWING SHALL NOT BE REPRODUCED, COPIED, LENT, DISCLOSED, PUBLISHED OR DISPOSED OF DIRECTLY OR INDIRECTLY NOR USED FOR ANY PURPOSE OTHER THAN THAT FOR WHICH IT IS SPECIFICALLY FURNISHED, EXCEPT AS EXPRESSLY AUTHORIZED IN WRITING BY BRADEN-AMERICAS.

BRADEN-AMERICAS

SOLARIS ENERGY INFRASTRUCTURE
MOBILE ENERGY RENTALS LLC

SOLAR SMT130 SCR CATALYST SYSTEM
GENERAL NOTES

| | | | |
|---|---|---|---|
| DRAWN | CT | 10-Dec-24 | DRAWING No. 25646-001 |
| CHECKED | DC | 10-Dec-24 | REV C |
| APPROVED (ENG) | DC | 10-Dec-24 | |
| RELEASED (PM) | JL | 10-Dec-24 | SHEET 1 OF 5 |

NOZZLE SCHEDULE

| NUMBER | QTY | DESCRIPTION | MATERIAL | LOCATION |
|---|---|---|---|---|
| N1 | 4 | 6" 150# RFSO W/SLEEVE (SS) & BLIND/GSK | 304 SS | EPA PORTS |
| N2 | 2 | 4" 150# RFSO W/SLEEVE (SS) & BLIND/GSK | 304 SS | NOX/O2 SENSOR PORT |
| N3 | 2 | 2" 150# RFSO W/SLEEVE (SS) & BLIND/GSK | 304 SS | STACK TEST PORTS |
| N4 | 1 | 4" 150# RFSO W/SLEEVE (SS) & VALVE | 304 SS | STACK DRAIN PORT |
| N5 | 2 | 3" 150# RFSO W/SLEEVE (SS) & BLIND/GSK | 304 SS | RETRACTABLE THERMOCOUPLE ASSY |
| N6 | 6 | 3" PIPE (TOE) W/ THR'D CAP | 304 SS | TEST PORTS |
| N7 | 4 | 3/4" 150# THR'D CPLG W/PLUG & SLEEVE (SS) | 304 SS | PRESSURE INSTRUMENTS PORTS |
| N8 | 1 | 3/4" 150# THR'D CPLG W/PLUG & SLEEVE (SS) | 304 SS | SAMPLE PORT |
| N9 | 4 | 3" 150# RFSO W/SLEEVE (SS) & BLIND/GSK | 304 SS | AMMONIA INJECTION PORT |
| N10 | 1 | 3/4" 150# THR'D CPLG W/PLUG & SLEEVE (SS) | 304 SS | TA DUCT |




SECTION B-B
GT EXHAUST FLANGE DETAIL
(HOT FLANGE)







VIEW A-A

BRADEN-AMERICAS

SOLARIS ENERGY INFRASTRUCTURE
MOBILE ENERGY RENTALS LLC

SOLAR SMT130 SCR CATALYST SYSTEM
GENERAL ARRANGEMENT - ELEVATION VIEWS

THIRD ANGLE PROJECTION

DO NOT SCALE DRAWING

THIS DRAWING AND DESIGN INCLUDING ALL NOVEL AND PATENTABLE FEATURES SEPARATELY OR COLLECTIVELY DISCLOSED AND INCLUDED THEREIN ARE THE PROPERTY OF BRADEN-AMERICAS, AND ACCEPTANCE OF THIS PRINT CONSTITUTES AN AGREEMENT THAT IT WILL BE TREATED AS A CONFIDENTIAL DOCUMENT AND WILL BE USED FOR NO PURPOSE OTHER THAN TO AID IN THE ASSEMBLY OR OPERATION OF EQUIPMENT FURNISHED BY BRADEN-AMERICAS. THIS DRAWING SHALL NOT BE REPRODUCED, COPIED, LENT, DISCLOSED, PUBLISHED OR DISPOSED OF DIRECTLY OR INDIRECTLY NOR USED FOR ANY PURPOSE OTHER THAN THAT FOR WHICH IT IS SPECIFICALLY FURNISHED, EXCEPT AS EXPRESSLY AUTHORIZED IN WRITING BY BRADEN-AMERICAS.

| | | | | |
|---|---|---|---|---|
| DRAWN | CT | 10-Dec-24 | DRAWING No. | REV |
| CHECKED | DC | 10-Dec-24 | 25646-001 | C |
| APPROVED (ENG) | DC | 10-Dec-24 | | |
| RELEASED (PM) | JL | 10-Dec-24 | SHEET 2 OF 5 | |




THIRD ANGLE PROJECTION

DO NOT SCALE DRAWING

THIS DRAWING AND DESIGN INCLUDING ALL NOVEL AND PATENTABLE FEATURES SEPARATELY OR COLLECTIVELY DISCLOSED AND INCLUDED THEREIN ARE THE PROPERTY OF BRADEN-AMERICAS, AND ACCEPTANCE OF THIS PRINT CONSTITUTES AN AGREEMENT THAT IT WILL BE TREATED AS A CONFIDENTIAL DOCUMENT AND WILL BE USED FOR NO PURPOSE OTHER THAN TO AID IN THE ASSEMBLY OR OPERATION OF EQUIPMENT FURNISHED BY BRADEN-AMERICAS. THIS DRAWING SHALL NOT BE REPRODUCED, COPIED, LENT, DISCLOSED, PUBLISHED OR DISPOSED OF DIRECTLY OR INDIRECTLY NOR USED FOR ANY PURPOSE OTHER THAN THAT FOR WHICH IT IS SPECIFICALLY FURNISHED, EXCEPT AS EXPRESSLY AUTHORIZED IN WRITING BY BRADEN-AMERICAS.

BRADEN-AMERICAS

SOLARIS ENERGY INFRASTRUCTURE

MOBILE ENERGY RENTALS LLC

SOLAR SMT130 SCR CATALYST SYSTEM

GENERAL ARRANGEMENT - PLAN VIEW

| | | | | |
|---|---|---|---|---|
| DRAWN | CT | 10-Dec-24 | DRAWING No. | REV |
| CHECKED | DC | 10-Dec-24 | 25646-001 | C |
| APPROVED (ENG) | DC | 10-Dec-24 | | |
| RELEASED (PM) | JL | 10-Dec-24 | SHEET 3 OF 5 | |




SECTION D-D




ACCESS DOOR DETAIL
24" X 36"




DETAIL
STACK TOP END




TYP FIELD SPLICE DETAIL




DETAIL
TYPICAL LINER ATTACHMENT




STACK DRAIN DETAIL

THIRD ANGLE PROJECTION
DO NOT SCALE DRAWING

THIS DRAWING AND DESIGN INCLUDING ALL NOVEL AND PATENTABLE FEATURES SEPARATELY OR COLLECTIVELY DISCLOSED AND INCLUDED THEREIN ARE THE PROPERTY OF BRADEN-AMERICAS, AND ACCEPTANCE OF THIS PRINT CONSTITUTES AN AGREEMENT THAT IT WILL BE TREATED AS A CONFIDENTIAL DOCUMENT AND WILL BE USED FOR NO PURPOSE OTHER THAN TO AID IN THE ASSEMBLY OR OPERATION OF EQUIPMENT FURNISHED BY BRADEN-AMERICAS. THIS DRAWING SHALL NOT BE REPRODUCED, COPIED, LENT, DISCLOSED, PUBLISHED OR DISPOSED OF DIRECTLY OR INDIRECTLY NOR USED FOR ANY PURPOSE OTHER THAN THAT FOR WHICH IT IS SPECIFICALLY FURNISHED, EXCEPT AS EXPRESSLY AUTHORIZED IN WRITING BY BRADEN-AMERICAS.

BRADEN-AMERICAS

**SOLARIS ENERGY INFRASTRUCTURE**
MOBILE ENERGY RENTALS LLC

**SOLAR SMT130 SCR CATALYST SYSTEM**
**TYPICAL DETAILS**

| | | | | |
|---|---|---|---|---|
| DRAWN | CT | 10-Dec-24 | DRAWING No. | REV |
| CHECKED | DC | 10-Dec-24 | 25646-001 | C |
| APPROVED (ENG) | DC | 10-Dec-24 | | |
| RELEASED (PM) | JL | 10-Dec-24 | SHEET 4 OF 5 | |




DETAIL
Ø6" PORT
(C/W INSULATED PLUG)




DETAIL
Ø4" PORT
(C/W INSULATED PLUG)




DETAIL
Ø3/4 " TEST PORT
(W/O INSULATED PLUG)




DETAIL
Ø2" PORT
(C/W INSULATED PLUG)




DETAIL
Ø3" TEST PORT
(W/O INSULATED PLUG)

THIRD ANGLE PROJECTION
DO NOT SCALE DRAWING

THIS DRAWING AND DESIGN INCLUDING ALL NOVEL AND PATENTABLE FEATURES SEPARATELY OR COLLECTIVELY DISCLOSED AND INCLUDED THEREIN ARE THE PROPERTY OF BRADEN-AMERICAS, AND ACCEPTANCE OF THIS PRINT CONSTITUTES AN AGREEMENT THAT IT WILL BE TREATED AS A CONFIDENTIAL DOCUMENT AND WILL BE USED FOR NO PURPOSE OTHER THAN TO AID IN THE ASSEMBLY OR OPERATION OF EQUIPMENT FURNISHED BY BRADEN-AMERICAS. THIS DRAWING SHALL NOT BE REPRODUCED, COPIED, LENT, DISCLOSED, PUBLISHED OR DISPOSED OF DIRECTLY OR INDIRECTLY NOR USED FOR ANY PURPOSE OTHER THAN FOR WHICH IT IS SPECIFICALLY FURNISHED, EXCEPT AS EXPRESSLY AUTHORIZED IN WRITING BY BRADEN-AMERICAS.

BRADEN-AMERICAS

**SOLARIS ENERGY INFRASTRUCTURE**
MOBILE ENERGY RENTALS LLC

**SOLAR SMT130 SCR CATALYST SYSTEM TYPICAL DETAILS**

| | | | | |
|---|---|---|---|---|
| DRAWN | CT | 10-Dec-24 | DRAWING No. | REV |
| CHECKED | DC | 10-Dec-24 | 25646-001 | C |
| APPROVED (ENG) | DC | 10-Dec-24 | | |
| RELEASED (PM) | JL | 10-Dec-24 | SHEET 5 OF 5 | |

**Gasparini Declaration Exhibit 3G**



Powered by Vantor © 2026. Delivered by SkyFi.

**Gasparini Declaration Exhibit 3H**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>**Plaintiffs,**<br>**v.**<br><br>**xAI and MZX TECH LLC**<br><br>**Defendants.** | **Civil Case No. 3:26-cv-00074-MPM-JMV** |

**DECLARATION OF KIM LAUFENBERG**

I, Kim Laufenberg, hereby declare and state as follows:

1. I am an engineering analyst with Environmental Integrity Project ("EIP"). Before joining EIP in November 2025, I worked for the U.S. Environmental Protection Agency ("U.S. EPA") for almost nine years. My resume is attached as Attachment 1.

2. I have significant experience inspecting facilities, analyzing air permits, reviewing engineering reports, studying the Clean Air Act ("CAA"), and examining other data, along with the calculation of a facility's potential to emit. While at the U.S. EPA, I served as the scientific and technical authority in over 50 inspections, reviewing facility data, ensuring compliance with the CAA, and assisting EPA colleagues and state inspectors with the development of cases where there was noncompliance. With the U.S. EPA, I drafted enforcement documents for every stage of a case (from inspection reports and seizure letters to settlement agreements and consent decrees).

3. On behalf of NAACP, Earthjustice and Southern Environmental Law Center have requested that I develop potential-to-emit ("PTE") calculations of the turbines at 2875 Stanton

Road S., Southaven, Mississippi (the “site”). My conclusions are still being developed and could be affected by information or analysis that has yet to be produced. Thus, these conclusions do not represent my final opinions, but rather a reasonable preliminary description of my opinions in this case.

4. To calculate the site’s PTE, I identified the turbines on-site and what pollution controls would likely be installed on the turbines. I did this by analyzing photographs of the turbines (both satellite and flyover imagery), identifying, and analyzing turbine specification sheets, and reviewing correspondence between Trinity Consultants and the Mississippi Department of Environmental Quality (“MDEQ”).

5. Based on available data, I concluded that there were 27 turbines on-site as of March 3, 2026 (see Figure 1). The 27 turbines were the following: fourteen SMT-130 turbines (see, for example, Figures 2 and 3); five Generation 6 TM2500; four Generation 7 TM-2500 turbines; three Generation 8 TM-2500 turbines (see, for example, Figures 4 and 5); and one M35 turbine (see, for example, Figures 6 and 7). The manufacturer specification sheets for these turbines are attached as Attachment 2. The red arrows I annotated in Figures 2-7 reflect identifiable features of the turbines that match up between the pictures of the turbines and their corresponding specification sheets.




*Figure 1. March 3, 2026 satellite photo of site with annotations by Kim Laufenberg*






*Figures 2 and 3. October 31, 2025 flyover photo zoomed to turbine (top) and Solaris SMT-130 turbine from spec sheet (bottom) with arrow annotations by Kim Laufenberg*





*Figures 4 and 5. October 31, 2025 flyover photo zoomed to turbine (left) and Gen-8 TM2500 turbine from spec sheet (right) with arrow annotations by Kim Laufenberg*





*Figures 6 and 7. October 31, 2025 flyover photo zoomed to turbine (left) and M35 turbine from spec sheet (right) with arrow annotations by Kim Laufenberg*

6. Each of these turbines has a heat input greater than 10 one million British thermal units per hour (MMBtu/hr). Specifically, their calculated heat input values are approximately:

a. 159.18 MMBtu/hr for the SMT-130 turbines;

b. 301.84 MMBtu/hr for the Generation 6 TM2500 turbines;

c. 301.84 MMBtu/hr for the Generation 7 TM-2500 turbines;

d. 339.56 MMBtu/hr for the Generation 8 TM-2500 turbines;

e. and 318.86 MMBtu/hr for the M35 turbine.

7. Collectively, the 27 turbines have a generating capacity of at least 495 megawatts (MW), according to a December 10, 2025 email from Trinity Consultants to MDEQ. A generating capacity of 495 MW is comparable to a medium-sized, base-load power plant which could power 350,000 – 400,000 homes. The total power outputs provided in the referenced email vary from that of the manufacturer specification sheets utilized in my PTE calculation (see paragraph 9). Manufacturer specification sheets provide a theoretical maximum power under strict conditions (e.g., 15°C air temperature, located at sea level, and 60% humidity).

8. As there is no permit application or permit for any of these 27 turbines limiting the hours of operation, my PTE calculations assume 8,760 hours of operation per year for each turbine to calculate maximum potential emissions.

9. My PTE calculations incorporate the following information from the collected manufacturer specification sheets for:

a. the SMT-130 turbines: engine power (16,530 kilowatts (kW)) and heat rate (9,630 Btu/kW-hr);

b. the Generation 6 TM2500 turbines: engine power (30,700 kW) and heat rate (9,832 Btu/kW-hr);

c. the Generation 7 TM-2500 turbines: engine power (30,700 kW) and heat rate (9,832 Btu/kW-hr);

d. the Generation 8 TM-2500 turbines: engine power (34,600 kW) and heat rate (9,814 Btu/kW-hr);

e. and the M35 turbine: engine power (35,020 kW) and heat rate (9,105 Btu/kW-hr).

10. I calculated the PTE of nitrogen oxides (NOx), carbon monoxide (CO), sulfur dioxide (SO2), volatile organic compounds (VOC), particulate matter (PM), formaldehyde, and toluene.

11. All PM (both filterable and condensable) from natural gas-fired turbines is < 1.0 micrometer in diameter, meaning all the emitted PM is PM2.5, as PM2.5 is <2.5 micrometers in diameter or smaller.

12. I calculated the PTE for this set of pollutants to evaluate if the major source thresholds would be surpassed for criteria pollutants and if hazardous air pollutants ("HAP"), both formaldehyde and toluene, would trigger additional requirements. The area surrounding the site (Desoto County) is not formally designated nonattainment, and the major source threshold for each criteria pollutant is 250 tons per year (tpy). For HAPs, if one HAP is greater than 10 tpy OR if a combination of HAPs are greater than 25 tpy, more stringent standards apply.

13. AP-42 served as the basis for emission factors for my PTE calculations, in the absence of additional information. Published by EPA, AP-42 is a compilation of air emission factors from over 200 air pollution source categories. It is extensively used for compiling emission inventories, calculating emissions for operating permits, and determining control

technology requirements. While not the only method, AP-42 is an industry standard for estimating air emissions for regulatory compliance.

14. Where there was additional information to suggest a different emission rate than in AP-42, such as the installation of an emission control on the turbine, my PTE calculations incorporate it.

15. Based on visual observations and correspondence between MDEQ and Trinity (email dated August 18, 2025), I concluded that the SMT-130 turbines have selective catalytic reduction ("SCR") pollution controls installed on them.

16. SCR is a common emission control device for coal- and natural gas-fired boilers, process heaters, gas-turbines, and reciprocating internal combustion engines. SCR achieves NOx reductions by using ammonia or urea which is injected into the ductwork downstream of the combustion unit. It can be used separately or in combination with other combustion control technologies.

17. For the SMT-130 turbines, I used the permit from the Colossus 1 facility in Shelby County, Tennessee for all emission factors because that permitted facility also had SMT-130 turbines with SCR controls. The Colossus I permit refers to SCR as "best available control technology" or "BACT" for the turbines, as that term is used under the Clean Air Act.

18. The emission factors for PM, formaldehyde, and toluene for the SMT-130 turbines in the Colossus I permit align with AP-42 uncontrolled emission factors.

19. Without SCR, the SMT-130 turbines would have a NOx emissions rate of 0.32 lb/MMBtu (taken from AP-42, Table 3.1-1); whereas with SCR, I have applied a NOx emissions rate of 0.00748 lb/MMBtu (from the Colossus 1 permit, converting 2 parts per million (PPM)) for the SMT-130 turbines.

20. The TM-2500 turbines and the M35 turbine do not have SCR. It is possible to install and operate these turbines with SCR, and doing so would reduce their NOx emissions. Based on the November 5, 2025 email from Trinity to MDEQ, my PTE calculations assume water injection is installed achieving a 25 PPM emission rate for NOx on these turbines. A 25 PPM emission rate is an emission rate of 0.09347 lb/MMBtu.

21. By incorporating an emission factor of 2 PPM for an SCR versus only 25 PPM for water injection, the control efficiency increases to a 92% reduction of NOx emissions.

22. It is also possible to operate the TM-2500 turbines and the M-35 turbine with water injection. My PTE calculations assume they are being operated with water injection (as noted in communication between Trinity and MDEQ, dated August 18, 2025); however, I cannot confirm whether the turbines are in fact being operated with or without the water injection control. I have incorporated the assumption of water injection into the emission factors for CO and PM on these turbines. Water injection does not control SO2, VOC, formaldehyde, or toluene.

23. I concluded that, as of March 3, 2026 with the above-described 27 turbines on-site, the site has the potential to emit: 1,732.71 tons per year (tpy) of NOx; 588.26 tpy of CO; 181.62 tpy of PM; 107.25 tpy of VOCs; 86.50 tpy of SO2, 19.54 tpy of formaldehyde; and 3.58 tpy of toluene.

| PTE (tpy) - xAI's 27 Turbines at 2875 Stanton Rd S, Southaven, MS as of March 3, 2026 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | #Units | NOx | CO | SO2 | VOC | PM | Formaldehyde | Toluene |
| SMT-130 | 14 | 72.99 | 55.54 | 26.12 | 69.96 | 64.42 | 6.93 | 1.27 |
| TM-2500 | 12 | 1,529.19 | 490.82 | 55.63 | 34.36 | 107.98 | 11.62 | 2.13 |
| M35 | 1 | 130.54 | 41.90 | 4.75 | 2.93 | 9.22 | 0.99 | 0.18 |
| TOTAL | 27 | 1,732.71 | 588.26 | 86.50 | 107.25 | 181.62 | 19.54 | 3.58 |

24. The TM-2500 turbines are responsible for the majority of NOx, CO, PM, SO2, formaldehyde, and toluene emissions.

25. High resolution aerial images of the site that were taken on April 14, 2026, from SouthWings, showed 33 total turbines at the site (see Figure 8). The 27 turbines described above remain at the site, and six new turbines have been constructed (see Figure 9).




*Figure 8. Aerial photo of the turbines with annotations by Kim Laufenberg (April 14, 2026).*

26. I identified three of the new turbines as Generation 8 TM-2500 turbines based in part on the units' exhaust silencers, the layout of the control house to the side of the turbines, and the large air filters on the sides of the units – the same as that of the previously identified Generation 8 TM-2500 turbines. This brings the total number of Generation 8 TM-2500 turbines on-site to six.

27. I identified three other new turbines as Jereh JT35 natural gas-fired turbines (due to the logos, stack exhaust location, air intakes, and general unit coloring). The manufacturer specification sheet for the Jereh JT35 turbines is attached as Attachment 3.



*Figure 9. Aerial photo of the six new turbines (April 14, 2026).*

28. Jereh manufacturer has two units of similar layout (JT35 & JT25). For my PTE calculation, I selected the JT35 turbine over the JT25 turbine due to the engine (LM2500+G4, same as that of the Generation 8 TM-2500) and a manufacturer citation on its website that provides that the JT35 is ideal for fulfilling long-term power needs for data centers.

29. The Jereh JT35 turbines have a calculated heat input of 291.66 MMBtu/hr.

30. To incorporate the new turbines in my PTE calculations, I applied the same assumptions regarding Generation 8 TM-2500 turbines as in the earlier calculation to the three new turbines of that make and model. For the Jereh turbines, I used the power and heat rate values from the manufacturer specifications (33,8000 kW and 9,104 kJ/kW-hr respectively), and utilized AP-42 emissions factors, except for NOx. Water injection was assumed as the infrastructure would already be in place at the site for the TM-2500 turbines and M25 turbines, the JT35 turbine has the

same engine as the Generation 8 TM-2500 turbine which was noted to have water injection, and the same NOx emissions factor (25 PPM) is noted in the manufacturer specifications.

31. I updated my PTE calculations to reflect all 33 turbines:

| PTE (tpy) - xAI's 33 Turbines at 2875 Stanton Rd S, Southaven, MS as of 4/14/2026 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | #Units | NOx | CO | SO2 | VOC | PM | Formaldehyde | Toluene |
| **SMT-130** | 14 | 72.99 | 55.54 | 26.12 | 69.96 | 64.42 | 6.93 | 1.27 |
| **TM-2500** | 15 | 1,946.23 | 624.67 | 70.80 | 43.73 | 137.43 | 14.78 | 2.71 |
| **M35** | 1 | 130.54 | 41.90 | 4.75 | 2.93 | 9.22 | 0.99 | 0.18 |
| **JT35** | 3 | 358.21 | 114.97 | 13.03 | 8.05 | 25.29 | 2.72 | 0.50 |
| **TOTAL** | 33 | 2,507.96 | 837.08 | 114.70 | 124.67 | 236.36 | 25.43 | 4.66 |

32. I compared the 33 turbines at the site to the 41 turbines in the permit that MDEQ issued to MZX Tech LLC for 2875 Stanton Rd S, Southaven, Mississippi on March 11, 2026. None of the 33 turbines currently observed on-site are included in that permit.

33. Aerial photographs show that a significant amount of construction work has occurred at the site. Concrete pads were poured to support the turbines; electrical lines, gas supply lines, and water injection lines were installed; three white buildings, which appear to be switch houses, were erected; at least 17 transformers were installed; and, as mentioned above, SCR was installed on several units (including exhaust stacks and ammonia tanks).

34. Though the concrete pads are currently being used to support the turbines, that kind of foundation is not necessary for the make and model of turbines currently in use, especially if they are used short term. The turbines currently in use could instead be supported by alternative materials, such as gravel mats or timber mats. Compared to alternatives, concrete pads are more expensive, are intended for longer term use, and are less prone to weather damage.

35. There are significant building and decommissioning times associated with the type of infrastructure at the project site. The type of work implemented at the site indicates that the materials, equipment, and structures are likely not for temporary use. For example,

equipment like natural gas supply lines, electrical connections, and the concrete slab foundations both support these turbines and could be repurposed and adapted for future turbines.

36. The extent of construction already implemented at the site indicates that the infrastructure will be part of the power source long term.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/4/2026.

Signed by:

Kim Laufenberg

947641BD46E947E...

Kim Laufenberg

# ATTACHMENT 1

# KIM M. LAUFENBERG

2416 Tillett Rd SW
Roanoke, VA 24015
(608) 438-7575
laufenbergkim@gmail.com

## QUALIFICATIONS SUMMARY

Energetic engineer with practical knowledge in the engineering field through air inspections & water infrastructure project coordination (for the Environmental Protection Agency - EPA), Society of Automotive Engineers (SAE), applying & interpreting federal regulations, and multiple engineering design courses. Hard work ethic and time management skills demonstrated by balancing both jobs and clubs throughout college and spearheading multiple secondary projects through Peace Corps service and at the EPA. Able to apply strong communication, planning, and analytical skills to find the best course of action to accomplish projects in cross-cultural settings to adapt to situations with limited resources. Operate confidently with a strong passion to gain further knowledge and succeed in an open, collaborative learning environment.

## WORK EXPERIENCE

**Engineering Analyst**
Environmental Integrity Project (EIP)
888 17th St NW, #810
Washington, DC 20006

November 2025-Present
40hrs/wk; 93,000/yr
S: Abel Russ, may contact
P: (802) 482-5379

Primary role of analyzing facility permits, annual reports, applicable regulations (both state & federal), stack tests, engineering reports, and other data for violations to hold industrial polluters accountable for noncompliance, focusing mainly within the Clean Air Act. Request additional information (via FOIA) needed for further evidence to strengthen cases, while also compiling supporting data from publicly accessible databases. Draft documentation of findings and additional reports to build the case foundation. Aid in acquiring experts and obtaining standing witnesses. Maintain ongoing communication with lawyers, researchers, and other engineers to reduce pollution through case litigation. Collaborate with other NGOs on CAA subject matter expertise.

**Air Compliance Officer, GS-12**
Environmental Protection Agency (EPA)
1600 John F Kennedy Blvd
Philadelphia, PA 19103

January 2017-August 2023
40 hrs/wk; $83,397/yr
S: Kristen Hall, may contact
P: (215) 814-2168

Served as the scientific and technical authority by leading over 50 inspections, drafting 18 information request letters, and interpreting complex air quality regulations to develop cases against facilities throughout the Mid-Atlantic region to ensure compliance with the Clean Air Act (CAA) while coordinating with fellow EPA colleagues and state inspectors. Acted as the case project leader working with regional counsel through obtaining, compiling, and organizing facility data, then providing expert advice and guidance to bring a case against the facility. Drafted enforcement documents including inspection reports, notice of violation (NOV), expedited settlement agreement (ESA), consent order and final agreement (CAFO), consent decree (CD), and similar. When cases dictated, collaborated with Customs and Border Protection (CBP), EPA headquarters, and the Department of Justice (DOJ) on enforcement matters maintaining open lines of communication in addition to preparing and disseminating technical case briefings with supportive written documents (including seizure letters for CBP). Led the targeting for EPA Region III (R3) of import inspections coordinating with EPA headquarters, CBP, and Office of Transportation and Air Quality (OTAQ). Held primary responsibility for continued navigation of branch information within a

tracking system of EPA Region 3 air enforcement data (over 1,000 inspections and cases). Created, updated, and maintained branch templates for uniformity and consistency of agency documents while incorporating newly proposed policy/regulatory language. Worked closely with Office of Air Quality Planning and Standards (OAQPS) when additional scientific expertise was needed on analytic methods and techniques regarding air quality issues.

The core part of the work included interpreting information responses, analyzing data, and performing inspections for Clean Air Act applicability utilizing factual, technical, and scientific skills. The knowledge acquired in learning parts of the Clean Air Act was taught to national workgroups, states, municipalities, and new EPA R3 inspectors. Every case was unique as every facility has its own specialized process in turn creating flexibility and ad hoc experiences which included negotiations, mitigation projects/ grants, and site-specific compliance agreements. Continued management of these various agreements (cooperative, interagency, close-outs, etc.) were also maintained. The position required continued project management, customer service, teamwork, and communication skills.

Additionally, oversaw 4 colleagues to create an inventorying and filing system for air enforcement documents reorganizing the existing file room. Problem solved and generated ideas for innovative approaches in records management issues including space requirements prior to moving to a new building. Spearheaded training for newly hired employees both at a branch and divisional level. Coordinated multiple events to facilitate an open work atmosphere including a cultural coffeehouse, several yoga classes, a dozen blood drives and collaborating with new employees to create events to ease their transition into the agency especially during the pandemic.

**Water Infrastructure Coordinator & Project Officer, GS-13**
Environmental Protection Agency (EPA)
1600 John F Kennedy Blvd
Philadelphia, PA 19103

August 2023-September 2025
40 hrs/wk; $106,856/yr
S: Jeffrey Boylan, may contact
P: (215) 814-2094

Oversaw 253 earmarks/community grants appropriated in FY22-FY24 coordinating with 17 project officers (POs). Awarded over 50 community grants (CGs), reviewing and approving supporting documentation. Uploaded over 30 environmental determination (NEPA) documents to the national database (CDX), in addition to other revisions and cover letters to comply with executive orders. Attended weekly national workgroup as the regional representative in addition to divisional management meetings providing updates on project award progress and program challenges. Spearheaded community interaction as the regional national contact and outreach through the R3CommunityProject@epa.gov general inbox (fielding various questions). Held individual introductory meetings with 71 communities to understand the status of their project(s), relay the regulations & requirements of their federal grant, and field any questions, then prioritized PO assigned when needed.

Led on the regional tracking spreadsheet for CGs on commonly requested metrics from management and quick status updates to minimize disturbances to POs while highlighting program accomplishments. Created both Word and email templates for the program for consistency and ensure the most up-to-date documents are utilized. Developed additional resources for the earmark program restructuring the Teams database which involved PO buy-in and input. Established weekly office hours with the team to update everyone on added resources and guidance along with creating an open forum for questions and discussion. Scheduled monthly one-on-one status meetings with each PO to help get project status updates needed for HQ as well as giving them an opportunity to ask questions. Created OneNote/WIKI resources for both POs and grant coordinators for SOP guidance and alignment on outstanding priority items. Spearheaded a training plan for new hires (along with co-coordinator, JJ Deignan) which included both NEPA and procurement workshops. Stayed current on issues and laws, problem solving to limit disruption to the program and PO work.

Primarily lead on 17 earmarks/projects being the first line of communication with the Recipient as their project officer. Completed 7 awards, 11 NEPA determinations, 3 cost share waivers, 1 technical correction, 14 procurement reviews, 6 payment requests, and 2 site evaluations.

**Mathematics & Science Teacher**
Peace Corps Namibia
19 Nachtigal St
Windhoek, Namibia

July 2014-August 2016
40 hrs/wk; $6500/service
S: Karen Mappin, may contact
E: kmappin@peacecorps.gov

Planned, facilitated, and assessed lessons for mathematics and science to 5th and 6th grade learners (roughly 50 kids) in a rural setting using limited media resources. Evaluated best practices for Mathematics and Science instruction and advised school management. The position required the ability to adapt to cross-cultural environments. Incorporated critical thinking and learner centered strategies into the classroom. Developed a continuous assessment system through Excel for recording grades. Created a school library with over 1200 books by coordinating with book aid services in the country and overseas to promote learners' achievement in English. Applied for and received a PEPFAR (President's Emergency Plan for AIDS Relief) Grant through Peace Corps to paint the upper primary classrooms of Gunkwe Primary School using both the children and local community to create a more conducive learning environment. Established a school orchard with 35 mango and lemon trees as well as installed a water pipeline. Involved the students in both processes to promote agricultural skills and food sustainability practices collaborating with the Director of the Ministry of Forestry to acquire required materials.

Instructed a Pre-Service Training for 54 Peace Corps Response Volunteers for 9 days including 10 hours of technical and cultural awareness training sessions as well as assisting with adjustment and cultural shock. Achieved exceptional learner performance in Namibia's National Examination for 6th grade Mathematics with 75% proficiency, ten points above the national average.

**Thermal, Sustainability & Strategic Planning Engineer**
Alliant Energy General Office
4902 North Biltmore Lane
Madison, WI 53707

May 2012-July 2014 (3 internships)
40 hrs/wk; $21/hr
S: Ben Lipari, may contact
P: (608) 458-4478

Gained field experience in a power plant in conjunction with work in the general office. Enhanced communication and project development skills and gained knowledge in a variety of fields within the organization. Collaborated with the Environmental Department to generate statistics on current gas emissions. Spearheaded communication with landfills to set up agreements to use ash as daily cover to both reduce expenses and promote environmental sustainability. Analyzed thermal performance data and designed an electrostatic precipitator rapping program in an effort to find areas of improvement within the power plant to reduce energy losses.

## EDUCATION

May 2014: Bachelor of Science, Environmental Engineering major
minors in Mathematics & Renewable Energy, 3.1/4.0 GPA
University of Wisconsin - Platteville
Platteville, WI 53818

Spring 2013 University of Canterbury, Christchurch, New Zealand: Study abroad program. Completed coursework in environmental engineering. Experienced New Zealand culture through travel, clubs, and friendships. Learned valuable lessons in time management, adaptability, and cross-culture awareness.

**Society of Automotive Engineers (SAE)**
University of Wisconsin - Platteville
1000 Southwest Road
Platteville, WI 53818

January 2010-December 2013
Variable 5 hrs/wk
S: Curtis Schneider, may contact
P: (920) 379-9074

Applied engineering knowledge through the design and building of a baja vehicle. Worked alongside a diverse group of men to construct a vehicle for competition. Managed time between class studies and club activities. Held a position as social coordinator for a year recruiting new members through a variety of marketing and social events on campus. Directed the recreation of the vehicle seat through carbon fiber molding and design.

**Resident Assistant** — August 2012-December 2013
University of Wisconsin - Platteville — 20 hrs/wk; $100/month + housing
1 University Plaza — S: Chris Hein, may contact
Platteville, WI 53818 — P: (402) 270-0967

Balanced residential hall responsibilities while excelling in engineering studies. Organized multiple wing and hall activities for residents which conveyed a variety of knowledge including diversity, female empowerment, healthy living, and campus involvement. Enforced hall policies while building relationships with residents to create a comfortable living environment. Gained experience in leadership while creating strong friendships with staff and residents.

## PROFESSIONAL TRAINING

Grant Project Officer Certification (2023), Order 3500.1 Stationary and Mobile Source Training for Inspector Credentials (2017 – 2023, fully credentialed in 2018), Financial Ability to Pay Modeling (2019), NACT 299 Theory & Application (2019), Stack Testing for Particulate Matter Emissions (2018), Environmental Remediation Technologies (2018), Groundwater High-Resolution Site Characterization (2018), Incremental Sampling (2018), NACT 355 Advanced Inspector Training (2018), CPR & First Aid (2018 & 2025), NACT 334 Training (2017), Smoke School (2022-2017), 24-Hour Health & Safety (2017, annual refresher training 2018-2025), Peace Corps Volunteer Support Network (2014 – 2016), Peace Corps Pre-Service Training (2014), Resident Hall Association (2010)

## AWARDS/HONORS

Bronze Medal for Commendable Service - Tadano CAA Settlement Team: Winter 2024
Enforcement Division - Unsung Hero Award: Fall 2022
Bronze Medal for Commendable Service - R3 Records Team: Fall 2021
Mobile Source Initiative: Fall 2018
Study Abroad Scholarship, Spring 2013
Excellence in Leadership Award, Spring 2012
Executive Board Member of the Year, Spring 2012
RA Master Communicator, Fall 2011, Spring 2012 & Fall 2012
Staff Member of the Year, Fall 2011 & Fall 2012
GLACURH & WURHA Delegate, Fall 2009, Spring 2010, & Fall 2011

## ADDITIONAL INFORMATION

Advanced in Microsoft Office Suite: Excel, Word, Teams, PowerPoint, Outlook, PowerBI, SharePoint, OneNote
Proficient in: ArcGIS, Prezi, SolidWorks, AutoCAD, Civil3D, SewerCAD, WaterCAD, StormCAD, Grants Management Systems, Skype for Business, Avaya

## REFERENCES

Abel Russ, CAES Director
888 17th St NW, #810
Washington, DC 20006
(802) 482-5379

Jeffrey Boylan, Clean Water IAS Manager
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2094

JJ Deignan, Co-Coordinator
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2316

Kristen Hall, Air Enforcement Section Chief
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2168

Erin Malone, Fellow Air Inspector
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2190

Karen Mappin, Management & Operations
Peace Corps Namibia
19 Nachtigal St
Windhoek, Namibia
kmappin@peacecorps.gov

Paulina Kakuva, Associate Peace Corps Director
Peace Corps Namibia
19 Nachtigal St
Windhoek, Namibia
pkakuva@peacecorps.gov

Ben Lipari, Manager of Strategic Planning
Alliant Energy General Office
4902 North Biltmore Lane
Madison, WI 53707
BenLipari@alliantenergy.com
(608) 458-4478

Curtis Schneider, SAE Baja Captain
1000 Southwest Road
Platteville, WI 53818
schneidercu@gmail.com
(920) 379-9074

Chris Hein, Resident Director
University of Wisconsin – Platteville
1 University Plaza
Platteville, WI 53818
chris.m.hein@gmail.com
(402) 270-0967

# ATTACHMENT 2

**Solar® Turbines**
*A Caterpillar Company*

# SOLAR® MOBILE TURBOMACHINERY
## SMT130 – Powered by Titan™ 130

*Powering the Future Through Sustainable, Innovative Energy Solutions*

**The SMT130 is the economic and sustainable solution for mobile and rapid deployment power generation. The 16 MWe complete power plant is designed around the proven Titan™ 130 gas turbine for quick setup, global transportability and reliable operation. The SMT130 is ready to go anywhere, anytime.**




### COMPLETE SOLUTION

- Fully-Integrated Mobile Power Plant
- 13.8KV/12.47KV (60 Hz) Generator
- Dual Fuel System (Natural Gas and Diesel #2)
- Low Emissions SoLoNOx™ Combustion System
- Lightweight, Dual Frame Design with Separate Air Filtration Module
- Compact Footprint for High Power Density
- Low-Profile Modular Design to Minimize Installed Height
- Easily Relocatable via Highway or Rugged Terrain
- Transcontinental Transportability by Ocean Freight
- World-Class Global Customer Support Network

### PARK, PLUG AND POWER

- Quick and Innovative Setup – Less Than 12 Hours
- No Concrete Foundation Required
- No Crane Lifts Required at Site
- Hydraulic Leveling System
- Rapid Alignment Technology

### STANDARD FEATURES

- Wide Fuel Flexibility (Field Gas, CNG, LPG, etc.)
- Temperature Range from -18°C to 49°C (0°F to 120°F)
- Complete Electrical Equipment Compartment with Motor Control Center and HVAC
- Utility Grade Switchgear and Protective Relay Module
- Compact Medium Voltage Compartment
- Internal 120V Outlet
- Optional Sound Attenuation System
- Add-On Option for Multi-Unit Power Management and Microgrid Control with Solar® StationEdge
- InSight™ Platform Compatible
- Digital Load Sharing Capability Across Solar Fleet
- Standard Offering at 25 PPM NOx with Optional Configurations Down to 15 and 9 PPM NOx

**SMT 130**

**Solar® Turbines**
*A Caterpillar Company*

# SOLAR MOBILE TURBOMACHINERY
## SMT130 – Powered by Titan 130

*Powering the Future Through Sustainable, Innovative Energy Solutions*

| TYPICAL PERFORMANCE* | |
|---|---|
| Output Power | 16 000 kWe |
| Heat Rate | 10 160 kJ/kWe-hr<br>(9630 Btu/kWe-hr) |

*ISO: 15°C (59°F), sea level



## MOBILE POWER PLANT DIMENSIONS




Turbine Mobile Unit Weight:
48 500 kg (107,000 lbs)

Generator Mobile Unit Weight:
55 500 kg (122,000 lbs)




Note: Displayed weights shown are estimated installed weights

Cat and Caterpillar are registered trademarks of Caterpillar Inc. Solar, Titan, SoLoNOx and InSight Platform are trademarks of Solar Turbines Incorporated.
© 2024 Solar Turbines Incorporated. All rights reserved. Specifications subject to change without notice.
DSSMT130/0724/EO

**Additional Information:**
Web: **www.solarturbines.com**
Email: **infocorp@solarturbines.com** Phone: **+1-619-544-5352**

GE Power

# GE's TM2500 solution offers fast, mobile and flexible power




a product of

**eco**magination

**35** **MW**
power potential on wheels

**79** **MILLION HOURS**
accumulated hours of successful heritage operation

**~1** **MONTH**
from contract signing to commissioning

**11** **DAYS**
from parking first trailer to commissioning

**10** **MINUTES**
full power production in less than 10 minutes

## The ultimate solution for fast power needs in the 21st century

Currently, more than 1.3 billion people globally lack access to electricity. GE, whose technologies already help deliver a quarter of the world's electricity, is working to bridge the gap through a portfolio of distributed power solutions. These technologies enable industrial businesses, developing communities and governments to meet their energy needs by positioning power at, or near, the point of use. The TM2500* fast power solution from GE Power's Gas Power Systems business enables governments, utilities, and businesses around the world to fulfill their generation requirements within days. Thanks to their modular concept, fast installation features and quick production schedules, these units typically can be ready to enter into commercial operation approximately 30 days after your order is placed.

The TM2500 fast power solution harnesses the highly successful LM2500* aeroderivative gas turbine with more than 2,196 units deployed worldwide and more than 79 million hours of operation.

## Features of the TM2500 fast power solution

### Quick lead times
On-demand power plants delivered in weeks, not months

### Fuel flexibility
Can operate on gas and/or distillate liquid fuel

### Lower emissions
50 percent lower emissions than diesel generators when operating on gas

### Proven technology
More than 2,196 LM2500 gas turbines deployed with 79 million operational hours of experience

### Enhanced design
Two-trailer footprint for high power density

### Scalable, reliable power
Able to add 35 MW blocks of power as demand increases

### Distributed power
Localized power supply, eliminating the need for additional transmission and generation infrastructure

### Project experience
More than 15 years of experience in providing fast and emergency power

### Turnkey design
Delivery of complete energy solution

## Benefits of a TM2500 solution

### Speed
The development of a new power plant could entail months of construction and commissioning. We can shorten that time from months to days under most conditions. Once on the ground, these mobile units can generate power in about 11 days.

### Reliability and availability
Due to our aviation legacy with the LM2500+G4 gas turbine, GE's TM2500 fast power solution represents some of the most reliable distributed power units available. That means consumers will not face frequent interruptions and instabilities due to technical problems related to faulty equipment or an unstable electricity grid.

### Dual fuel capability
TM2500 solutions are capable of running on both natural gas and/or distillate or condensate liquid fuel at an output of up to 35 MW with water injection for NOx abatement.

### Mobility
Mounted on a mobile, two-trailer assembly, TM2500 generator sets can be transported via land, sea, and air to some of the most remote places in the world. Their mobile nature means that they can be swiftly deployed to other sites within days when they are no longer required at the original site.

### Flexibility
Extremely flexible, they have a sub 10-minute start cycle to full power.

### Scalability
The technology is also scalable, allowing the purchase of the number of units needed with the option of adding more power quickly as demand increases.

### Gradual financing
Because large capital expenditure costs can be a barrier for some projects, these units can be purchased gradually for financing ease. In addition, they can be deployed where ever demand exists without the need to invest in capital-intensive transmission and distribution infrastructure.

### Rental
For rental solutions, contact our partner APR Energy at +1 904 223 2278 or visit www.aprenergy.com.

# The TM2500 solution can be deployed more than six times faster than other technologies

Customers may immediately generate incremental electricity revenue.




*The TM2500 can be in commercial operation approximately 30 days after an order is placed, but these times may vary based on project location, site readiness, permitting process, and other variables.*

# Multiple applications in a wide range of industries

The TM2500 solution can solve a number of industry challenges. These include, but are not limited to, difficult access to the electric grid, an unstable grid, emergencies and natural disasters, rapid demand growth such as large construction projects, as well as escalating electricity prices and seasonal shortages.

| The Challenge | Description | Potential Industries | TM2500 as a solution |
|---|---|---|---|
| Limited or no access to the electric grid | Cases with challenging access to the electric grid include:<br>• Lack of robust transmission and distribution network<br>• Delayed grid access<br>• Remote, islanded and mobile operations | Oil and gas<br>Mining<br>General industry<br>Power generation | **Speed, mobility, and reliability**<br>Can deliver power where and when it is needed and bring power online within 10 minutes to stabilize the grid |
| Rapid energy demand growth | High and rapid demand for electricity in cases with restricted power availability such as new, large off-grid construction projects | Government<br>Utilities<br>General industry | **Speed, reliability**<br>Can fulfill power demand in the face of growing needs in a fast and reliable way |
| Lengthy buildout of electricity generation infrastructure | Construction lead times on new generation facilities as well as unanticipated delays—meaning pressing electricity needs are not met | Government<br>Utilities<br>General industry | **Speed, reliability**<br>Can bridge power until new facilities are completed and go online |
| Escalating electricity prices | Escalating electricity rates during seasonal or peak periods requiring technologies that enable peak shaving | Government<br>Utilities<br>General industry | **Fuel flexibility**<br>Can be used as a peak shaving application to help transition off the grid during seasonal or peak periods |
| Natural disaster and emergencies | Cases of emergency where power generation sources are impacted and direly needed | Government<br>Utilities | **Speed, mobility**<br>Can provide emergency power in a fast, reliable and mobile way |
| Flare gas | Natural gas flared in oil fields leading to billions of dollars wasted and millions of tons of greenhouse gas emissions | Oil and gas | **Fuel flexibility, mobility**<br>Can help monetize gas flaring for power generation and help reduce diesel consumption |

# Performance you can count on for mobile power

## TM2500 Configuration






| Model | Frequency (Hz) | Output (MW) | Heat Rate (Btu/kWh) | Heat Rate (kJ/kWh) | Efficiency (%) | Pressure Ratio | Exhaust Temp (F) | Exhaust Temp (C) | Exhaust Energy (MMBtu/hr) | Exhaust Energy (MMkJ/hr) |
|---|---|---|---|---|---|---|---|---|---|---|
| TM2500 | 50 | 30.7 | 9,832 | 10,374 | 34.7 | 24.5 | 963.0 | 517.0 | 187 | 191 |
| TM2500 | 60 | 34.9 | 9,341 | 9,856 | 36.5 | 24.7 | 950.0 | 510.0 | 185 | 195 |

**NOTE:** The performance data shown above is at standard ISO (International Organization for Standardization) conditions. The ISO has defined the following standard conditions for comparing gas turbine engines Ambient air: 59°F/15°C, 60% RH; Barometric pressure (14.696 psia / 101.4 kPa); Sea level altitude

**ASSUMPTIONS:** Expected inlet/exhaust losses, ISO conditions, Air-cooled generator, with brushless excitation @ 0.90 PF (60 Hz @13.8 kV, 50 Hz @ 11.5 kV)
Gas fuel, 100% $CH_4$ @ 80F, Water injection to 25 ppm $NO_X$ @ 15% $O_2$

# The TM2500 total solution and services support

**A TM2500 fast power solution project may include:**

- Installation
- Commissioning
- Project management
- Decommissioning
- Consumable parts kit (filters/lubricants for operation needs)

**In addition, GE offers many services to support the ongoing operation and performance of the units including, but not limited to the following:**

- On-call technical advisory services
- Maintenance planning and training
- On-site hot section, combustor, and other modular exchanges
- Depot Repair Services for scheduled overhauls and unscheduled repairs
- Performance testing

# Cases in point



## Egypt

### 500 MW of power, delivered in six months

**With rapid economic growth and an expanding population, Egypt is a country in transition. Its desert climate necessitates a massive amount of power generation, and while GE's products currently generate nearly 30% of the country's total installed capacity, its electricity demand is expected to grow at 4.1% per year.**

Beginning in December 2014, GE and the Egyptian government took vital steps towards meeting the sharp increase in the country's electricity demand. GE provided 20 TM2500 generator sets – totaling 500 MW of total power – and promised to install and commission all units within six months in order to meet 2015's hot summer months.

The mobile, flexible power provided by the TM2500, combined with the rapid installation and support provided by GE in the region, allows Egypt to meet the challenge of new energy frontiers and support its growing economy. Each unit was able to be delivered to where it needed to be, quickly and safely, saving the Egyptian government tremendous costs and time before power was available to be added to the grid.

By working quickly to get the TM2500 generator sets up and running byJune 2015, GE predicts that Egypt will avoid $24.7 million in economic losses per day—which will add up to $4.1 billion over the course of the demanding summer season.







# Algeria

## 480 MW† of on-demand power for Algeria

**Algeria faces a drastic need for more power, particularly during the hot summer months when there is close to ten percent annual growth in electricity demand.**

GE delivered 24 TM2500 mobile gas turbine generators that provided more than 480 MW of power. The units were commissioned, delivered and operational in time to meet the northern districts of M'Sila and Fkirina's 2013 summer peak electricity demand. After the seasonal peaks, some of the units were deployed to other cities in the south of the country to serve as permanent power.



# Greece

## 23 MW† for peak shaving in ten days for Greece

**The Greek island of Rhodes is a prime tourist destination. During the summer months, an influx of more than two million people from all over the world swells demand for power to the breaking point.**

To avert blackouts, the island purchased a TM2500 generator set, which was delivered before the summer season and commissioned within a few days of arrival onsite. This provided 23 MW of power generation in tandem with water injection to lower NOx levels to below 25 ppm.



# Angola

## 120 MW for bridging power for Angola

**Only 26 percent of Angola's population of 19 million have access to power. Rich in natural resources, the country is engaged in a priority program to create a modern energy infrastructure.**

The government of Angola ordered five TM2500 mobile gas turbine generator sets. 120 MW of onsite power is bridging the energy gap during ongoing plant construction, improving grid reliability and countering the rising cost of diesel fuel.

†Power output is based in site conditions.

"GE's TM2500 systems offer the right combination of efficiency and reliability needed to help the Angolan state utility, Empresa Nacional Electricidade-E.P. (ENE), reduce its fuel costs and increase the reliability of grid service in order to support continued economic growth in Angola."

— NYEMBO ILUNGA
PRESIDENT, LS ENERGIA AFRICA

## GAS POWER SYSTEMS

GE Power's Gas Power Systems is the global industry leader in efficient, reliable, and cost-effective conversion of a broad range of gas and liquid fuels to power—serving diverse applications from small, mobile power to highly efficient, utility-scale power plants. With a rich heritage of innovation and technology leadership—and the world's largest delivered fleet of gas and steam turbines serving the power needs of more than 130 countries—our specialized plant solutions can provide the increased performance, fuel efficiency, lower emissions and operational flexibility that our customers depend on for their success.

For rental solutions, contact our partner,
**APR Energy at +1 904 223 2278.**

**powergen.gepower.com**

*Trademark of General Electric Company
Copyright © 2015 General Electric Company. All rights reserved.

GEA31885 (11/2015)

GE VERNOVA

FACTSHEET



# TM2500

## AERODERIVATIVE PACKAGE

SWITCHING FROM A DIESEL ENGINE AND ELECTRIC GENERATOR (DIESEL GENSET) TO A TM2500 BURNING NATURAL GAS CAN SAVE UP TO $8 MILLION PER YEAR IN OPERATING COSTS.

| | | TM2500 SAC | TM2500 DLE |
|---|---|---|---|
| SC PLANT PERFORMANCE | SC Net Output (MW) | 34.6/36.9†† | 34.5/34.4†† |
| | SC Net Heat Rate (Btu/kWh, LHV) | 9814/9377†† | 8648/8557†† |
| | SC Net Heat Rate (kJ/kWh, LHV) | 10354/9893†† | 9124/9028†† |
| | SC Net Efficiency (%, LHV) | 34.8% 36.4%†† | 39.5%/39.9%†† |
| | Fast Start Capability (Minutes) | 5 | 5 |
| 1X CC PLANT PERFORMANCE | CC Net Output (MW) | 49.5/51.5†† | 47.9/47.5†† |
| | CC Net Heat Rate (Btu/kWh, LHV) | 6833/6701†† | 6209/6175†† |
| | CC Net Heat Rate (kJ/kWh, LHV) | 7209/7070†† | 6551/6515†† |
| | CC Net Efficiency (%, LHV) | 49.9%/50.9%†† | 55.0%/55.3%†† |
| | Plant Turndown – Minimum Load (%) | 35.0% | 35.0% |
| | Ramp Rate (MW/min) | 30 | 30 |
| | Startup Time (RR Hot†, Minutes) | 30 | 30 |
| 2X CC PLANT PERFORMANCE | CC Net Output (MW) | 99.9/103.9†† | 96.5/95.8†† |
| | CC Net Heat Rate (Btu/kWh, LHV) | 6776/6640†† | 6160/6124†† |
| | CC Net Heat Rate (kJ/kWh, LHV) | 7149/7006†† | 6499/6461†† |
| | CC Net Efficiency (%, LHV) | 50.4%/51.4%†† | 55.4%/55.7%†† |
| | Plant Turndown – Minimum Load (%) | 35.0% | 35.0% |
| | Ramp Rate (MW/min) | 60 | 60 |
| | Startup Time (RR Hot†, Minutes) | 30 | 30 |

NOTE: Net Plant ratings are based on ISO conditions, natural gas, inlet and exhaust losses included and balance of plant equipment excluded. Actual performance will vary with project specific conditions, fuel and ambient conditions. 2PNRH = Two pressure, non-reheat.

† Rapid Response/Hot Start

†† 50 Hz/60 Hz

**~37 MW**
SIMPLE CYCLE OUTPUT

**~40%**
SIMPLE CYCLE EFFICIENCY

**50/60**
HZ

The TM2500 package is ideal for providing a baseload bridge to permanent power installations or for generating backup power in the wake of emergencies like natural disasters, plant shutdowns, or grid instability. Our complete solutions, including a trailer-mounted gas turbine generator set and containerized balance-of-plant, can put power on the grid within as little as 30 days of the contract signature. This fast power provides the greatest power density among gas turbine trailer-mounted offerings.

Up to **35%** Hydrogen ($H_2$) Capability

TO LEARN MORE ABOUT THIS OFFERING, CONTACT YOUR SALES REPRESENTATIVE OR VISIT

**gevernova.com**

© 2025 GE Vernova and/or its affiliates. All rights reserved.

GE and the GE Monogram are trademarks of General Electric Company used under trademark license.

Information contained in this document is indicative. No representation or warranty is given or should be relied on. Information provided is subject to change without notice.

The TM2500 is a registered product of GE Vernova.

GEA35745 (09/2025)

LIFE CYCLE POWER



**MOBILE TURBINE**

# LCP M35

**The LCP M35 Turbine** is an extremely versatile turbine package capable of delivering 35MW of power. With dual fuel (liquid or gaseous) capabilities, 50/60Hz operable and with a water injection ring fitted as standard it can meet multiple applications. Additionally, it has quick setup times, allowing it to be a good fit for frequent move applications.

| PERFORMANCE INFO-ELECTRICAL* | | | |
|---|---|---|---|
| Exhaust Water Injection | | YES | NO |
| Frequency Options | Hz | 60 | 60 |
| Power Output (Standby) | kW | 35,020 | 34,500 |
| Power Output (Prime) | kW | 35,020 | 34,500 |
| Power Output (Continuous) | kW | 35,020 | 34,500 |
| Voltages(s) Output | V | 13,800 +/- 10% | 13,800 +/- 10% |
| Maximum Amps/Phase | Amps | 1,400 | 1,400 |
| Black Start Power Requirement | kW(V) | 1,000kW (480V) | 1,000kW (480V) |
| Max Transient Load (Load Step) | kW | 25,000 | 25,000 |
| Startup Time (From Ready to Start) | mins | 5 | 5 |
| Cool Down Time Before Restart | mins | 15 Controlled | 4 Hrs. Uncontrolled |
| Max Altitude | ft | 8,000 | 8,000 |
| Max Ambient Temperature | deg F | 130 | 130 |
| Min Ambient Temp W/O Winterization | deg F | -40 | -40 |
| **PERFORMANCE INFO-FUEL**** | | | |
| Specific Energy Consumption (Heat Rate) | btu/kW-hr | 9,105 | 8,877 |
| Specific Fuel Consumption – NG | scf/kW-hr | 9.1 | 8.9 |
| Ng Fuel Pressure Range (Limits) | psi | 385-575 | 385-575 |
| Ng Fuel Pressure Range (Preferred) | psi | 480-520 | 480-520 |

** Power output is based on iso conditions (sea level and 59°F), 60Hz, for actual performance, refer to derate tables below or contact Lifecycle Power, 50Hz performance (if available) are provided on request*

*** Fuel consumptions are based on 100% loading at ISO conditions utilizing commercial spec fuels, for detailed performance refer to derate table below or contact Life Cycle Power*

## Key Features of the M35

- GE LM2500+G4 turbine
- Capability of installation in less than 24hrs from arrival on site
- 60Hz, 13.8kV generator (Auxiliary transformer to run at 12.47kV or 13.8kV). Oversized for future insertion of the LM2500+G5
- 99.9% GE LM2500+G4 reliability, Thousands of gas turbine installations globally
- Transported as four trailers (Turbine, Generator, Air inlet. Exhaust)
- Integrated ATS and low Voltage transformer for control power. Allows Black start to be switched off once turbine is operational
- Integrated control room on trailer
- Hydraulic turbine starter
- Dual frequency available (50/60Hz)
- Optional water injection provided for reduced emissions
- Accepts Diesel, LNG, CNG, pipeline, hydrogen blends or field gas as fuel
- Can be paralleled with all other LCP models to give microgrids capable of 100's of MW
- Proven capabilities operating on high BTU gas fuels- 1,400btu/ft3 standard, 1,900 btu/ft3 with treatment
- No oil or spark plug changes required (unlike engines) means no shutdown requirements until annual borescope and inspection
- No concrete pad required

FROM PIPELINE TO POWERLINE. WE DELIVER.

**MOBILE TURBINE**

# LCP M35

LIFE CYCLE POWER

## PERFORMANCE INFO-NOISE

| | | |
|---|---|---|
| Noise Level (3ft) | dBa | 87 |
| Noise Level (100) | dBa | 84 |

## PERFORMANCE INFO-EMISSIONS***

| | | YES | NO |
|---|---|---|---|
| Specific Water Consumption | Gal/kW-hr | 0.052 | 0 |
| Emission - NOX | g/kW-hr (g/bhp-hr) | 0.4 (0.3) | 3.72 (2.77) |
| Emission - CO | g/kW-hr (g/bhp-hr) | 0.77 (0.57 | 0.04 (0.03) |
| Emission - THC | g/kW-hr (g/bhp-hr) | 0.12 (0.09) | 0.01 (0.01) |
| Emission - NMHC | g/kW-hr (g/bhp-hr) | 0 (0) | 0 (0) |
| Emission - PM | g/kW-hr (g/bhp-hr) | 0.05 (0) | 0.05 (0) |
| Emission - SO | g/kW-hr (g/bhp-hr) | 0 (0) | 0 (0) |
| Emission – CO2 | g/kW-hr (g/bhp-hr) | 522 (389) | 509 (379) |

## PHYSICAL INFORMATION

| | | |
|---|---|---|
| Qty Of Trailers Required | | 4 |
| **Weight (Trailer 1) Generator** | lbs. | 224,000 |
| **Weight (Trailer 2) Turbine** | lbs. | 107,000 |
| **Weight (Trailer 3) Air Inlet** | lbs. | 80,000 |
| **Weight (Trailer 2) Exhaust** *(Transport)* | lbs. | 73,000 |
| **Total Weight** | lbs. | 484,000 |
| **Ground Preparation Requirements** | Compacted Base | |
| **Dimensions (Trailer 1)** | LxWxH (ft) | 71x8.5x13.5 |
| **Dimensions (Trailer 2)** Liquid Fuel Skid | LxWxH (ft) | 59 x 2 x 23 |
| **Dimensions (Trailer 3)** | LxWxH (ft) | 24 x 8.5 x 14 |
| **Dimensions (Trailer 4)** | LxWxH (ft) | 24 x 8.5 x 14 |
| **Total Installed Footprint** | LxW (ft) | 90 x 40 |
| **Average Install Man Hours** | hrs | 12 |

## ONSITE CONNECTIONS**

| | |
|---|---|
| **Fuel NG** | 3" 600lb ANSI Flange |
| **Fuel Diesel** | 1.5" 600lb ANSI Flange |
| **Electrical Load Out** | Dead Break Connections 2 Run/Phase 750mcm |
| **Grounding** | High Resistance Grounding System |
| **Black Start** | MELTERIC DR400 |
| **Water Exhaust Injection** (If installed) | 1" 600lb Ansi Flange |

**** Emissions based on pipeline quality NG fueled & iso conditions. For site-specific emissions performance contact Life Cycle Power*

## LCP M35 FUEL CONSUMPTION VS. LOAD




## M35 MAX AVAILABLE POWER




## MAJOR COMPONENTS



# ATTACHMENT 3

# Gas Turbine Genset

## Product Overview

The Power2Go JT35 is a 35MW mobile gas turbine generator set independently developed by Jereh. It features a complete LM2500+G4 turbine system and delivers up to 35MW of output. Designed for rapid deployment and relocation, the unit can be fully installed and operational within 8 hours. It offers high integration, adaptability, reliability, and ease of use. The JT35 is ideal for large-scale temporary power needs such as oilfield fracturing, microgrids, grid peak shaving, municipal emergency power, as well as long-term power for peak shaving and data center. Its performance has been proven through 10,000+ hours of stable operation in the U.S.




**Product Model**

**JT 35**

Home Company Products & Power Services Intelligent Power Solution Lifecycle Support

**Low Noise**

**Multi-Mode and Grid Parellel**

**Strong Adaptability**

**High Expandability**



## Specifications

| Model | | JT35 |
|---|---|---|
| Power | | 33.8 MW |
| Fuel Type | | Natural Gas/Liquid Fuel/Dual-Fuel/Other Fuels |
| Efficiency | | 39.50% |
| Heat Rate | | 9,104 kJ/kWh |
| Voltage | | 13.8/11 kV |
| Frequency | | 60/50 Hz |
| NOx Emission | | ≤ 25 ppmv 15% $O_2$(DLE) |
| Dimension | Main Trailer | 21,057 × 2,998 × 4,293 mm |
| | Inlet Trailer | 13,919 × 2,997 × 4,267 mm |
| | Exhaust Silencer | 2,769 × 2,997 × 4,216 mm |
| Weight | Main Trailer | ~87,000 kg |
| | Inlet Trailer | ~22,000 kg |

· Relative Humidity:60%. Inlet Exhaust Losses:None.
3) For detailed information, please consult Jereh's engineers.

Jereh Agile Power Energy is a global leader in integrated power solutions. We have pioneered technologies in power generation, energy storage, and power transmission, driving efficient, agile, and low-carbon energy applications.

Jereh Group → Gensystems →

INTELLIGENT POWER SOLUTION

Data Center Oil & Gas Industrial
Municipal Emergency Case Studies

Yantai,China
Address: No. 27 Jereh Road, Laishan District, Yantai, China 264003
Telephone: +86-535-676 5653
E-Mail: jerehglobal@jereh.com

Dubai,Emirates
Address: PLOT No. 20121, Jebel Ali Free Zone, Dubai, UAE
Telephone: +86-535-676 5653
E-Mail: jerehglobal@jereh.com

Houston,America
Address: No. 7501 Miller Road2, Houston, TX, USA 77049
Telephone: +1-281-860 0488
E-Mail: jerehglobal@jereh.com

Drop Us a Message

Name* Company*

Phone* E-mail*

Demands*

I have read and agree to the Terms and Conditions of Use and Privacy Policy*

Submit

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>**Plaintiffs,**<br>**v.**<br><br>**X.AI CORP. and MZX TECH LLC**<br><br>**Defendants.** | **No. 3:26-cv-00074-DMB-JMV** |

**AMENDED DECLARATION OF KIM LAUFENBERG**

I, Kim Laufenberg, hereby declare and state as follows:

1. I am an engineering analyst with Environmental Integrity Project ("EIP"). Before joining EIP in November 2025, I worked for the U.S. Environmental Protection Agency ("U.S. EPA") for almost nine years. My resume is attached as Attachment 1.

2. I have significant experience inspecting facilities, analyzing air permits, reviewing engineering reports, studying the Clean Air Act ("CAA"), and examining other air emissions data, along with the calculation of a facility's potential to emit. While at the U.S. EPA, I served as the scientific and technical authority in over 50 inspections, reviewing facility data, ensuring compliance with the CAA, and assisting EPA colleagues and state inspectors with the development of cases where there was noncompliance. With the U.S. EPA, I drafted enforcement documents for every stage of a case (from inspection reports and seizure letters to settlement agreements and consent decrees).

3. On behalf of NAACP, Earthjustice and Southern Environmental Law Center have requested that I develop potential-to-emit ("PTE") calculations of the turbines at 2875 Stanton

Road S., Southaven, Mississippi (the "site"). My conclusions are still being developed and could be affected by information or analysis that has yet to be produced. Thus, these conclusions do not represent my final opinions, but rather a reasonable preliminary description of my opinions in this case.

4. To calculate the site's PTE, I identified the turbines on-site and what pollution controls would likely be installed on the turbines. I did this by analyzing photographs of the turbines (both satellite and flyover imagery), identifying and analyzing turbine specification sheets, and reviewing correspondence between Trinity Consultants and the Mississippi Department of Environmental Quality ("MDEQ").

**PTE Analysis of Evidence as of March 3, 2026**

5. Based on available data, I concluded that there were 27 turbines on-site as of March 3, 2026 (see Figure 1). The 27 turbines were the following: fourteen SMT-130 turbines (see, for example, Figures 2 and 3); five Generation 6 TM-2500; four Generation 7 TM-2500 turbines; three Generation 8 TM-2500 turbines (see, for example, Figures 4 and 5); and one M35 turbine (see, for example, Figures 6 and 7). The manufacturer specification sheets for these turbines (and all others later constructed on the site) are collected in Attachment 2. The red arrows I annotated in Figures 2-7 reflect identifiable features of the turbines that matchup between the pictures of the turbines and their corresponding specification sheets.




***Figure 1**: Satellite photo of site with annotations by Kim Laufenberg (March 3, 2026)*



***Figures 2 and 3****: October 31, 2025 Flyover photo zoomed to turbine (top) and Solaris SMT-130 turbine from spec sheet (bottom) with arrow annotations by Kim Laufenberg*



***Figures 4 and 5****: October 31, 2025 Flyover photo zoomed to turbine (left) and Generation 8 TM-2500 turbine from spec sheet (right) with arrow annotations by Kim Laufenberg*



***Figures 6 and 7****: October 31, 2025 Flyover photo zoomed to turbine (left) and M35 turbine from spec sheet (right) with arrow annotations by Kim Laufenberg*

6. Each of these turbines has a heat input greater than 10 one million British thermal units per hour (MMBtu/hr). Specifically, their calculated heat input values are approximately:

a. 159.18 MMBtu/hr for the SMT-130 turbines;

b. 301.84 MMBtu/hr for the Generation 6 TM-2500 turbines;

c. 301.84 MMBtu/hr for the Generation 7 TM-2500 turbines;

d. 339.56 MMBtu/hr for the Generation 8 TM-2500 turbines;

e. and 318.86 MMBtu/hr for the M35 turbine.

7. Collectively, the 27 turbines have a generating capacity of at least 495 megawatts (MW), according to a December 10, 2025 email from Trinity Consultants to MDEQ. A generating capacity of 495 MW is comparable to a medium-sized, base-load power plant which could power 350,000–400,000 homes. The total power outputs provided in the referenced email vary from that of the manufacturer specification sheets utilized in my PTE calculation (see paragraph 9). Manufacturer specification sheets provide a theoretical maximum power under strict conditions (e.g., 15°C air temperature, located at sea level, and 60% humidity).

8. As there is no permit application or permit for any of these 27 turbines limiting the hours of operation, my PTE calculations assume 8,760 hours of operation per year for each turbine to calculate maximum potential emissions.

9. My PTE calculations incorporate the following information from the collected manufacturer specification sheets for:

a. the SMT-130 turbines: engine power (16,530 kilowatts (kW)) and heat rate (9,630 Btu/kW-hr);

b. the Generation 6 TM-2500 turbines: engine power (30,700 kW) and heat rate (9,832 Btu/kW-hr);

c. the Generation 7 TM-2500 turbines: engine power (30,700 kW) and heat rate (9,832 Btu/kW-hr);

d. the Generation 8 TM-2500 turbines: engine power (34,600 kW) and heat rate (9,814 Btu/kW-hr);

e. and the M35 turbine: engine power (35,020 kW) and heat rate (9,105 Btu/kW-hr).

10. I calculated the PTE of nitrogen oxides (NOx), carbon monoxide (CO), sulfur dioxide (SO2), volatile organic compounds (VOC), particulate matter (PM), formaldehyde, and toluene.

11. All PM (both filterable and condensable) from natural gas-fired turbines is < 1.0 micrometer in diameter, meaning all the emitted PM is PM2.5, as PM2.5 is <2.5 micrometers in diameter or smaller.

12. I calculated the PTE for this set of pollutants to evaluate if the major source thresholds would be surpassed for criteria pollutants and if hazardous air pollutants ("HAP"), both formaldehyde and toluene, would trigger additional requirements. The area surrounding the site (DeSoto County) is not formally designated nonattainment, and the major source threshold for each criteria pollutant is 250 tons per year (tpy). For HAPs, if one HAP is greater than 10 tpy OR if a combination of HAPs are greater than 25 tpy, more stringent standards apply.

13. AP-42 served as the basis for emission factors for my PTE calculations, in the absence of additional information. Published by U.S. EPA, AP-42 is a compilation of air emission factors from over 200 air pollution source categories. It is extensively used for compiling emission inventories, calculating emissions for operating permits, and determining

control technology requirements. While not the only method, AP-42 is an industry standard for estimating air emissions for regulatory compliance.

14. Where there was additional information to suggest a different emission rate than in AP-42, such as the installation of an emission control on the turbine, my PTE calculations incorporate it.

15. Based on visual observations and correspondence between MDEQ and Trinity Consultants (email dated August 18, 2025), I concluded that the SMT-130 turbines have selective catalytic reduction ("SCR") pollution controls installed on them.

16. SCR is a common emission control device for coal- and natural gas-fired boilers, process heaters, gas-turbines, and reciprocating internal combustion engines. SCR achieves NOx reductions by using ammonia or urea which is injected into the ductwork downstream of the combustion unit. It can be used separately or in combination with other combustion control technologies.

17. For the SMT-130 turbines, I used the permit from the Colossus I facility in Shelby County, Tennessee for all emission factors because that permitted facility also had SMT-130 turbines with SCR controls. The Colossus I permit refers to SCR as "best available control technology" or "BACT" for the turbines, as that term is used under the Clean Air Act.

18. The emission factors for PM, formaldehyde, and toluene for the SMT-130 turbines in the Colossus I permit align with AP-42 uncontrolled emission factors.

19. Without SCR, the SMT-130 turbines would have a NOx emissions rate of 0.32 lb/MMBtu (taken from AP-42, Table 3.1-1); whereas with SCR, I have applied a NOx emissions rate of 0.00748 lb/MMBtu (from the Colossus I permit, converting 2 parts per million (PPM)) for the SMT-130 turbines.

20. The TM-2500 turbines and the M35 turbine do not have SCR. It is possible to install and operate these turbines with SCR, and doing so would reduce their NOx emissions. Based on the November 5, 2025 email from Trinity Consultants to MDEQ, my PTE calculations assume water injection is installed achieving a 25 PPM emission rate for NOx on these turbines. A 25 PPM emission rate is an emission rate of 0.09347 lb/MMBtu.

21. By incorporating an emission factor of 2 PPM for an SCR versus only 25 PPM for water injection, the control efficiency increases to a 92% reduction of NOx emissions.

22. It is also possible to operate the TM-2500 turbines and the M-35 turbine with water injection. My PTE calculations assume they are being operated with water injection (as noted in communication between Trinity and MDEQ, dated August 18, 2025); however, I cannot confirm whether the turbines are in fact being operated with or without the water injection control. I have incorporated the assumption of water injection into the emission factors for CO and PM on these turbines. Water injection does not control SO2, VOC, formaldehyde, or toluene.

23. I concluded that, as of March 3, 2026 with the above-described 27 turbines on-site, the site has the potential to emit: 1,732.71 tons per year (tpy) of NOx; 588.26 tpy of CO; 181.62 tpy of PM; 107.25 tpy of VOCs; 86.50 tpy of SO2, 19.54 tpy of formaldehyde; and 3.58 tpy of toluene.

| PTE (tpy) - xAI's 27 Turbines at 2875 Stanton Rd S, Southaven, MS as of March 3, 2026 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | #Units | NOx | CO | SO2 | VOC | PM | Formaldehyde | Toluene |
| **SMT-130** | 14 | 72.99 | 55.54 | 26.12 | 69.96 | 64.42 | 6.93 | 1.27 |
| **TM-2500** | 12 | 1,529.19 | 490.82 | 55.63 | 34.36 | 107.98 | 11.62 | 2.13 |
| **M35** | 1 | 130.54 | 41.90 | 4.75 | 2.93 | 9.22 | 0.99 | 0.18 |
| **TOTAL** | 27 | 1,732.71 | 588.26 | 86.50 | 107.25 | 181.62 | 19.54 | 3.58 |

24. The TM-2500 turbines are responsible for the majority of NOx, CO, PM, SO2, formaldehyde, and toluene emissions.

**PTE Analysis of Evidence as of April 14, 2026**

25. High resolution aerial images of the site that were taken on April 14, 2026, from SouthWings, showed 33 total turbines at the site (see Figure 8[1]). The 27 turbines described previously remain at the site, and six new turbines have been constructed (see Figure 9).




***Figure 8***: *Flyover photo of the turbines with annotations by Kim Laufenberg (April 14, 2026)*

26. I identified three of the new turbines as Generation 8 TM-2500 turbines based on the units' exhaust silencers, the layout of the control house to the side of the turbines, and the large air filters on the sides of the units – the same as that of the previously identified Generation 8 TM-2500 turbines. This brings the total number of Generation 8 TM-2500 turbines on-site to six.

[1] Note, the red numbering in Figure 8 varies slightly from Figure 1. Turbines #21-27 were numbered left to right as the six newly added turbines then continued this number convention.

27. I identified three other new turbines as Jereh JT35 natural gas-fired turbines (due to the logos, stack exhaust location, air intakes, and general unit coloring). The manufacturer specification sheet for the Jereh JT35 turbines is included in Attachment 2.



***Figure 9***: *Flyover photo of the six new turbines (April 14, 2026)*

28. Jereh manufacturer has two units of similar layout (JT35 and JT25). For my PTE calculation, I selected the JT35 turbine over the JT25 turbine due to the engine (LM2500+G4, same as that of the Generation 8 TM-2500) and a manufacturer citation on its website that provides that the JT35 is ideal for fulfilling long-term power needs for data centers.

29. The Jereh JT35 turbines have a calculated heat input of 291.66 MMBtu/hr.

30. To incorporate these six new turbines in my PTE calculations, I applied the same assumptions regarding Generation 8 TM-2500 turbines as in the earlier calculation to the three new turbines of that make and model. For the Jereh turbines, I used the power and heat rate values from the manufacturer specifications (33,800 kW and 9,104 kJ/kW-hr respectively), and utilized AP-42 emissions factors, except for NOx. Water injection was assumed as the infrastructure would

already be in place at the site for the TM-2500 turbines and M35 turbine. The JT35 turbine has the same engine as the Generation 8 TM-2500 turbine which was noted to have water injection, and the same NOx emissions factor (25 PPM) is noted in the manufacturer specifications.

31. I updated my PTE calculations to reflect the 33 turbines on-site as of April 14:

| PTE (tpy) - xAI's 33 Turbines at 2875 Stanton Rd S, Southaven, MS as of 4/14/2026 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | #Units | NOx | CO | SO2 | VOC | PM | Formaldehyde | Toluene |
| SMT-130 | 14 | 72.99 | 55.54 | 26.12 | 69.96 | 64.42 | 6.93 | 1.27 |
| TM-2500 | 15 | 1,946.23 | 624.67 | 70.80 | 43.73 | 137.43 | 14.78 | 2.71 |
| M35 | 1 | 130.54 | 41.90 | 4.75 | 2.93 | 9.22 | 0.99 | 0.18 |
| JT35 | 3 | 358.21 | 114.97 | 13.03 | 8.05 | 25.29 | 2.72 | 0.50 |
| TOTAL | 33 | 2,507.96 | 837.08 | 114.70 | 124.67 | 236.36 | 25.43 | 4.66 |

32. I compared the 33 turbines at the site to the 41 turbines in the permit that MDEQ issued to MZX Tech LLC for 2875 Stanton Rd S, Southaven, Mississippi on March 11, 2026. None of the 33 turbines currently observed on-site are included in that permit.

**PTE Analysis of Evidence Through May 15, 2026**

33. On May 6, 2026, Trinity Consultants sent MDEQ what was described as "the current inventory of portable turbines." That email indicated 46 turbines were on-site.

34. On May 12, 2026, a satellite image of the Southaven site revealed there to be 57 turbines on site at the facility. The most recent additions to the facility are circled in red in Figure 10 below:



***Figure 10****: Satellite photo revealing additional turbine installations with annotations by Kim Laufenberg (May 12, 2026)*

35. On May 15, 2026, Trinity Consultants sent MDEQ another list itemizing the turbines at the Southaven site, and providing the unit types, emissions controls, total power outputs, and installation dates for each. According to that list, there were 57 turbines on-site, and two more that would be installed sometime later. This number aligns with my review of the May 12, 2026 satellite photo.

36. Figure 11 zooms in on the top right corner of the May 12, 2026 satellite photo, and labels the new turbines in line with the May 15, 2026 email list disclosed by Trinity Consultants to MDEQ:




***Figure 11****: Satellite photo – East Side of Southaven Site, Turbines #34-41 with annotations by Kim Laufenberg (May 12, 2026)*

37. Figure 12 zooms in on the bottom left corner of the May 14, 2026 satellite photo, and labels the new turbines in line with the May 12, 2026 email list disclosed by Trinity Consultants to MDEQ:




***Figure 12****: Satellite photo – West Side of Southaven Site, Turbines #42–59 with annotations by Kim Laufenberg (May 12, 2026)*

38. Based on my review of this new information and the manufacturer specifications for the types of turbines identified as on-site by Trinity Consultants, I identified two new types of turbines being utilized at the site. The manufacturer specification sheets for these turbines are also now included in Attachment 2.

39. Trinity Consultants' May 15, 2026 email list identifies turbines #34-41 as Mitsubishi FT8 turbines. This comports with my observations that this is a new type of turbine and has a different layout than the previously identified turbines. The images in Figure 13 and 14 below with my annotated red arrows highlight the identifying features of this turbine discernible in the zoomed-in portion of the May 12, 2026, satellite image:






***Figure 13 and 14***: *Comparison of FT8 specification image (left) to May 12, 2026 satellite image (right) with arrow annotations by Kim Laufenberg*

40. Turbines #55-59 were also noted to be Mitsubishi FT8 turbines in the May 15, 2026 email list. In the May 12, 2026 satellite photo, these turbines appear to be under construction.

41. The Mitsubishi FT8 turbines have a calculated heat input of 288.12 MMBtu/hr.

42. Trinity Consultants' May 15, 2026 email list identifies turbines #42–45 and #47 as TM-2500, Generation 4 turbines. This comports with my observations that this is a new type of turbine and has a different layout than the previous identified turbines. The images in Figure 15

and 16 with my annotated red arrows highlight the identifying features of this turbine discernible in the zoomed-in portion of the May 12, 2026 satellite image:





***Figure 15 and 16****: Comparison of Generation 4 TM-2500 specifications (top) May 15, 2026 satellite image (bottom) with arrow annotations by Kim Laufenberg*

43. The Generation 4 TM-2500 turbines have a calculated heat input of 213.75 MMBtu/hr.

44. Seven turbines (#48-54) had layouts comparable to turbines identified in previous satellite imagery (see Figures 1 and 12 for comparison), primarily the Generation 8 TM-2500 turbines. Turbine #54's layout doesn't fully align with the Generation 8 yet instead mimicked that of the Generation 6 TM-2500 turbine.

45. Turbines #46 and #55 were noted to be "not on site" in the May 15, 2026 email list between Trinity Consultants and MDEQ. This aligns with what was observed in the May 12, 2026 satellite photo (empty areas could be seen where these turbines may be installed, see Figure 12).

46. To incorporate these twenty-four new turbines in my PTE calculations, I applied the same assumptions regarding Generation 6 and 8 TM-2500 turbines as in earlier calculations to the seven new turbines of those makes and models (turbines #48-54). For the twelve Mitsubishi FT8 turbines (#34–41 and #56–59), I used the engine power and heat rate values from the manufacturer specifications (30,941 kW and 9,312 Btu/kW-hr respectively). For the five Generation 4 TM-2500 turbines, I again used the engine power and heat rate values from the manufacturer specifications (22,500 kW and 9,500 Btu/kW-hr respectively). Aligning with the previous turbines and capturing the worst-case scenario, 8,760 hours of operation per year was assumed. I utilized AP-42 emissions factors, except for NOx and SO2. Water injection was assumed as the infrastructure would already be in place at the site for the TM-2500 turbines, M35 turbine, and JT35 turbines and the May 15, 2026 email list noted these turbines use "demin water" for emission control. For a NOx emission factor, 25 PPM was assumed as this value is noted in the manufacturer specifications.

47. All SO2 emission factors were updated for the TM-2500, M35, JT35, and FT8 turbines as the emission profile provided a fuel gas analysis with a 0.01 grains Sulfur/scf factor along with a fuel heat value (1,054.60 Btu/scf) from Memphis Light, Gas and Water.

48. The Generation 8 TM-2500 engine power and heat rate were edited assuming 60 Hertz (Hz) versus 50Hz. 60Hz engines have a greater power output, better efficiency, need

smaller transformers, and are more standard in the U.S. The 60Hz engine powers align better with the May 15, 2026 email list and therefore all turbines were assumed to be 60Hz.

49. After reviewing the new information, including the emissions control information provided in the May 15, 2026 email, I reevaluated my prior assumptions concerning Generation 6 and 7 TM-2500 turbines—particularly the use of performance specifications from the LM2500+ engines for these models. Based on my review, I updated the engine power and heat rate to the values given in the TM-2500 specification sheet (included in Attachment 2) (previously 30,700 kW and 9,832 Btu/kW-hr, now 30,988 kW and 9,282 Btu/kW-hr) for turbines #10–17, #20, and #54. This adjustment had a negligible impact on the PTE calculation for those turbines, but in all respects somewhat lowered the calculated PTE values for those units.

50. I noticed several discrepancies in the information provided to MDEQ by Trinity Consultants regarding the turbines used at the Southaven site. Some of these discrepancies required a resolution to calculate the facility's PTE. Of note:

a. The May 15, 2026 email list identifies turbines #31–33 as Generation 8 TM-2500 turbines. However, as described above in Paragraph 27, the flyover photos clearly show these units to be Jereh JT35 turbines. In my calculations, I assumed these units were Jereh JT35s, which have a lower heat input and engine power, and therefore lower emissions profile than the Generation 8 TM-2500 turbines even though they use the same engine.

b. When comparing the Trinity Consultants' May 15, 2026, email list to a previous email exchange between Trinity and MDEQ (dated December 11, 2025), the total power output for two of the turbines change. Turbines #8 and #9, both listed as Generation 8 TM-2500 turbines, were previously indicated

to be 25 MW. The latest exchange suggests they are 35 MW turbines. This adjustment brings Trinity Consultants' stated generating capacity for these turbines in line with manufacturer specifications. Since my emissions calculations relied on manufacturer specifications rather than Trinity Consultants' summary lists, this adjustment did not change my evaluation of the facility's PTE.

c. Trinity Consultants provided MDEQ with calculated emissions profiles for some the units at the site. However, the firm's calculations appear to assume that every size of TM-2500 will have the same heat rate. That is very unlikely to be true, as heat rates vary significantly by engine size, configuration, and technology. For my assessment, I utilized each turbine's heat rate from manufacturer specifications for the PTE calculations.

d. Turbine #9 in the May 15, 2026, email list is noted to be a Generation 8 TM-2500 turbine, while in previous email exchanges between Trinity Consultants and MDEQ (on December 11, 2026) it was indicated to be a M35 turbine. The difference in turbine layouts can be seen in Figures 4 and 5 (for the Generation 8 TM-2500 turbine) and Figures 6 and 7 (for the M35 turbine). In my calculations, I assumed this was a M35 turbine which has a slightly lower heat input and engine power than the Generation 8 TM-2500 turbine even though they use the same engine.

51. I updated my PTE calculations to reflect the new information about the existing turbines and include the additional turbines:

| PTE (tpy) - xAI's 57 Turbines at 2875 Stanton Rd S, Southaven, MS as of 5/15/2026 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | #Units | NOx | CO | SO2 | VOC | PM | Formaldehyde | Toluene |
| **SMT-130** | 14 | 72.99 | 55.54 | 26.45 | 69.96 | 64.42 | 6.93 | 1.27 |
| **TM-2500** | 27 | 3,315.30 | 1,064.09 | 96.10 | 74.49 | 234.10 | 25.18 | 4.61 |
| **M35** | 1 | 130.54 | 41.90 | 3.78 | 2.93 | 9.22 | 0.99 | 0.18 |
| **JT35** | 3 | 358.21 | 114.97 | 10.38 | 8.05 | 25.29 | 2.72 | 0.50 |
| **FT8** | 12 | 1,423.51 | 454.31 | 41.03 | 31.80 | 99.95 | 10.75 | 1.97 |
| **TOTAL** | 57 | 5,300.54 | 1,730.82 | 177.73 | 187.23 | 432.98 | 46.58 | 8.53 |

52. In addition, I calculated the facility's PTE using the emissions profiles provided by Trinity Consultants to MDEQ. Because Trinity Consultants understates the likely heat rates of several of the turbines, the calculation understates the PTE posed by this facility. Nonetheless, even using Trinity Consultant's heat rate values, the Colossus Gas Plant's PTE would be:

a. in excess of 4,400 tpy of NOx;

b. in excess of 7,000 tpy of CO;

c. in excess of 370 tpy of PM; and

d. in excess of 56 tpy of total HAPs.

53. Looking at the latest-available (2020) National Emission Inventory (NEI)[2] to compare the NOx PTE to annual emission for other facilities, for NOx emissions the Southaven site[3] ranks:

[2] U.S. EPA National Emissions Inventory 2020 NEI Data Retrieval Tool, available at https://www.epa.gov/air-emissions-inventories/2020-national-emissions-inventory-nei-data ("Online 2020 NEI Data Retrieval Tool").

[3] As actual annual emissions data is not available for the Southaven site, the calculated NOx PTE was compared to NEI values.

a. The greatest polluter in the Memphis Metropolitan Statistical Area, which covers 8 counties[4], dwarfing the next largest emitter, Memphis International Airport whose NOx annual emissions are one-fifth (1,077 tpy) that of the Southaven site's PTE (5,300 tpy). A comparable 1.1-gigawatt combined-cycle natural gas-fired plant, TVA-Allen in Shelby County, Tennessee, has annual NOx emissions of only 230 tpy.

b. The largest NOx emitter in Mississippi, Tennessee, and Arkansas.

c. In the top 50 of over 52,000 facilities in the nation. That is the top 0.1% of NOx emitters in the country.

54. I compared the 57 turbines at the site to the 41 turbines in the permit that MDEQ issued to MZX Tech LLC for 2875 Stanton Rd S, Southaven, Mississippi on March 11, 2026. None of the 57 turbines currently observed on-site are included in that permit. In addition, neither of two additional turbines listed by Trinity Consultants in the May 15, 2026 email disclosure but not yet on-site are included in that permit.

**Additional On-site Construction**

55. Aerial photographs show that a significant amount of construction work has occurred at the site.

56. As of my April analysis, concrete pads were poured to support the turbines; electrical lines, gas supply lines, and water injection lines were installed; three white buildings, which appear to be switch houses, were erected; at least 17 transformers were installed; and, as

[4] Arkansas – Crittenden County; Mississippi – DeSoto, Marshall, Tate, and Tunica Counties; Tennessee – Fayette, Shelby, and Tipton Counties.

mentioned above, SCR was installed on several units (including exhaust stacks and ammonia tanks).

57. As of my May analysis, several transformers have been newly installed, and two more switch house buildings can be observed in the May 12, 2026 satellite imagery (see Figures 11 and 12). Electrical lines can be seen running from turbines #34-41 as well.

58. Though the concrete pads are currently being used to support the turbines, that kind of foundation is not necessary for the make and model of turbines currently in use, especially if they are used short term. The turbines currently in use could instead be supported by alternative materials, such as gravel mats or timber mats. Compared to alternatives, concrete pads are more expensive, are intended for longer term use, and are less prone to weather damage.

59. There are significant building and decommissioning times associated with the type of infrastructure at the project site. The type of work implemented at the site indicates that the materials, equipment, and structures are likely not for temporary use. For example, equipment like natural gas supply lines, electrical connections, and the concrete slab foundations both support these turbines and could be repurposed and adapted for future turbines.

60. The extent of construction already implemented at the site indicates that the infrastructure will be part of the power source long term.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2026.

Signed by:
Kim Laufenberg
947641BD46E947E...

Kim Laufenberg

# ATTACHMENT 1

# KIM M. LAUFENBERG

2416 Tillett Rd SW
Roanoke, VA 24015
(608) 438-7575
laufenbergkim@gmail.com

## QUALIFICATIONS SUMMARY

Energetic engineer with practical knowledge in the engineering field through air inspections & water infrastructure project coordination (for the Environmental Protection Agency - EPA), Society of Automotive Engineers (SAE), applying & interpreting federal regulations, and multiple engineering design courses. Hard work ethic and time management skills demonstrated by balancing both jobs and clubs throughout college and spearheading multiple secondary projects through Peace Corps service and at the EPA. Able to apply strong communication, planning, and analytical skills to find the best course of action to accomplish projects in cross-cultural settings to adapt to situations with limited resources. Operate confidently with a strong passion to gain further knowledge and succeed in an open, collaborative learning environment.

## WORK EXPERIENCE

**Engineering Analyst**
Environmental Integrity Project (EIP)
888 17th St NW, #810
Washington, DC 20006

November 2025-Present
40hrs/wk; 93,000/yr
S: Abel Russ, may contact
P: (802) 482-5379

Primary role of analyzing facility permits, annual reports, applicable regulations (both state & federal), stack tests, engineering reports, and other data for violations to hold industrial polluters accountable for noncompliance, focusing mainly within the Clean Air Act. Request additional information (via FOIA) needed for further evidence to strengthen cases, while also compiling supporting data from publicly accessible databases. Draft documentation of findings and additional reports to build the case foundation. Aid in acquiring experts and obtaining standing witnesses. Maintain ongoing communication with lawyers, researchers, and other engineers to reduce pollution through case litigation. Collaborate with other NGOs on CAA subject matter expertise.

**Air Compliance Officer, GS-12**
Environmental Protection Agency (EPA)
1600 John F Kennedy Blvd
Philadelphia, PA 19103

January 2017-August 2023
40 hrs/wk; $83,397/yr
S: Kristen Hall, may contact
P: (215) 814-2168

Served as the scientific and technical authority by leading over 50 inspections, drafting 18 information request letters, and interpreting complex air quality regulations to develop cases against facilities throughout the Mid-Atlantic region to ensure compliance with the Clean Air Act (CAA) while coordinating with fellow EPA colleagues and state inspectors. Acted as the case project leader working with regional counsel through obtaining, compiling, and organizing facility data, then providing expert advice and guidance to bring a case against the facility. Drafted enforcement documents including inspection reports, notice of violation (NOV), expedited settlement agreement (ESA), consent order and final agreement (CAFO), consent decree (CD), and similar. When cases dictated, collaborated with Customs and Border Protection (CBP), EPA headquarters, and the Department of Justice (DOJ) on enforcement matters maintaining open lines of communication in addition to preparing and disseminating technical case briefings with supportive written documents (including seizure letters for CBP). Led the targeting for EPA Region III (R3) of import inspections coordinating with EPA headquarters, CBP, and Office of Transportation and Air Quality (OTAQ). Held primary responsibility for continued navigation of branch information within a

tracking system of EPA Region 3 air enforcement data (over 1,000 inspections and cases). Created, updated, and maintained branch templates for uniformity and consistency of agency documents while incorporating newly proposed policy/regulatory language. Worked closely with Office of Air Quality Planning and Standards (OAQPS) when additional scientific expertise was needed on analytic methods and techniques regarding air quality issues.

The core part of the work included interpreting information responses, analyzing data, and performing inspections for Clean Air Act applicability utilizing factual, technical, and scientific skills. The knowledge acquired in learning parts of the Clean Air Act was taught to national workgroups, states, municipalities, and new EPA R3 inspectors. Every case was unique as every facility has its own specialized process in turn creating flexibility and ad hoc experiences which included negotiations, mitigation projects/ grants, and site-specific compliance agreements. Continued management of these various agreements (cooperative, interagency, close-outs, etc.) were also maintained. The position required continued project management, customer service, teamwork, and communication skills.

Additionally, oversaw 4 colleagues to create an inventorying and filing system for air enforcement documents reorganizing the existing file room. Problem solved and generated ideas for innovative approaches in records management issues including space requirements prior to moving to a new building. Spearheaded training for newly hired employees both at a branch and divisional level. Coordinated multiple events to facilitate an open work atmosphere including a cultural coffeehouse, several yoga classes, a dozen blood drives and collaborating with new employees to create events to ease their transition into the agency especially during the pandemic.

**Water Infrastructure Coordinator & Project Officer, GS-13**
Environmental Protection Agency (EPA)
1600 John F Kennedy Blvd
Philadelphia, PA 19103

August 2023-September 2025
40 hrs/wk; $106,856/yr
S: Jeffrey Boylan, may contact
P: (215) 814-2094

Oversaw 253 earmarks/community grants appropriated in FY22-FY24 coordinating with 17 project officers (POs). Awarded over 50 community grants (CGs), reviewing and approving supporting documentation. Uploaded over 30 environmental determination (NEPA) documents to the national database (CDX), in addition to other revisions and cover letters to comply with executive orders. Attended weekly national workgroup as the regional representative in addition to divisional management meetings providing updates on project award progress and program challenges. Spearheaded community interaction as the regional national contact and outreach through the R3CommunityProject@epa.gov general inbox (fielding various questions). Held individual introductory meetings with 71 communities to understand the status of their project(s), relay the regulations & requirements of their federal grant, and field any questions, then prioritized PO assigned when needed.

Led on the regional tracking spreadsheet for CGs on commonly requested metrics from management and quick status updates to minimize disturbances to POs while highlighting program accomplishments. Created both Word and email templates for the program for consistency and ensure the most up-to-date documents are utilized. Developed additional resources for the earmark program restructuring the Teams database which involved PO buy-in and input. Established weekly office hours with the team to update everyone on added resources and guidance along with creating an open forum for questions and discussion. Scheduled monthly one-on-one status meetings with each PO to help get project status updates needed for HQ as well as giving them an opportunity to ask questions. Created OneNote/WIKI resources for both POs and grant coordinators for SOP guidance and alignment on outstanding priority items. Spearheaded a training plan for new hires (along with co-coordinator, JJ Deignan) which included both NEPA and procurement workshops.  Stayed current on issues and laws, problem solving to limit disruption to the program and PO work.

Primarily lead on 17 earmarks/projects being the first line of communication with the Recipient as their project officer. Completed 7 awards, 11 NEPA determinations, 3 cost share waivers, 1 technical correction, 14 procurement reviews, 6 payment requests, and 2 site evaluations.

**Mathematics & Science Teacher** July 2014-August 2016
Peace Corps Namibia 40 hrs/wk; $6500/service
19 Nachtigal St S: Karen Mappin, may contact
Windhoek, Namibia E: kmappin@peacecorps.gov

Planned, facilitated, and assessed lessons for mathematics and science to 5th and 6th grade learners (roughly 50 kids) in a rural setting using limited media resources. Evaluated best practices for Mathematics and Science instruction and advised school management. The position required the ability to adapt to cross-cultural environments. Incorporated critical thinking and learner centered strategies into the classroom. Developed a continuous assessment system through Excel for recording grades. Created a school library with over 1200 books by coordinating with book aid services in the country and overseas to promote learners' achievement in English. Applied for and received a PEPFAR (President's Emergency Plan for AIDS Relief) Grant through Peace Corps to paint the upper primary classrooms of Gunkwe Primary School using both the children and local community to create a more conducive learning environment. Established a school orchard with 35 mango and lemon trees as well as installed a water pipeline. Involved the students in both processes to promote agricultural skills and food sustainability practices collaborating with the Director of the Ministry of Forestry to acquire required materials.

Instructed a Pre-Service Training for 54 Peace Corps Response Volunteers for 9 days including 10 hours of technical and cultural awareness training sessions as well as assisting with adjustment and cultural shock. Achieved exceptional learner performance in Namibia's National Examination for 6th grade Mathematics with 75% proficiency, ten points above the national average.

**Thermal, Sustainability & Strategic Planning Engineer** May 2012-July 2014 (3 internships)
Alliant Energy General Office 40 hrs/wk; $21/hr
4902 North Biltmore Lane S: Ben Lipari, may contact
Madison, WI 53707 P: (608) 458-4478

Gained field experience in a power plant in conjunction with work in the general office. Enhanced communication and project development skills and gained knowledge in a variety of fields within the organization. Collaborated with the Environmental Department to generate statistics on current gas emissions. Spearheaded communication with landfills to set up agreements to use ash as daily cover to both reduce expenses and promote environmental sustainability. Analyzed thermal performance data and designed an electrostatic precipitator rapping program in an effort to find areas of improvement within the power plant to reduce energy losses.

## EDUCATION

May 2014: Bachelor of Science, Environmental Engineering major
minors in Mathematics & Renewable Energy, 3.1/4.0 GPA
University of Wisconsin - Platteville
Platteville, WI 53818

Spring 2013 University of Canterbury, Christchurch, New Zealand: Study abroad program. Completed coursework in environmental engineering. Experienced New Zealand culture through travel, clubs, and friendships. Learned valuable lessons in time management, adaptability, and cross-culture awareness.

**Society of Automotive Engineers (SAE)** January 2010-December 2013
University of Wisconsin - Platteville Variable 5 hrs/wk
1000 Southwest Road S: Curtis Schneider, may contact
Platteville, WI 53818 P: (920) 379-9074

Applied engineering knowledge through the design and building of a baja vehicle. Worked alongside a diverse group of men to construct a vehicle for competition. Managed time between class studies and club activities. Held a position as social coordinator for a year recruiting new members through a variety of marketing and social events on campus. Directed the recreation of the vehicle seat through carbon fiber molding and design.

**Resident Assistant**
University of Wisconsin - Platteville
1 University Plaza
Platteville, WI 53818

August 2012-December 2013
20 hrs/wk; $100/month + housing
S: Chris Hein, may contact
P: (402) 270-0967

Balanced residential hall responsibilities while excelling in engineering studies. Organized multiple wing and hall activities for residents which conveyed a variety of knowledge including diversity, female empowerment, healthy living, and campus involvement. Enforced hall policies while building relationships with residents to create a comfortable living environment. Gained experience in leadership while creating strong friendships with staff and residents.

## PROFESSIONAL TRAINING

Grant Project Officer Certification (2023), Order 3500.1 Stationary and Mobile Source Training for Inspector Credentials (2017 – 2023, fully credentialed in 2018), Financial Ability to Pay Modeling (2019), NACT 299 Theory & Application (2019), Stack Testing for Particulate Matter Emissions (2018), Environmental Remediation Technologies (2018), Groundwater High-Resolution Site Characterization (2018), Incremental Sampling (2018), NACT 355 Advanced Inspector Training (2018), CPR & First Aid (2018 & 2025), NACT 334 Training (2017), Smoke School (2022-2017), 24-Hour Health & Safety (2017, annual refresher training 2018-2025), Peace Corps Volunteer Support Network (2014 – 2016), Peace Corps Pre-Service Training (2014), Resident Hall Association (2010)

## AWARDS/HONORS

Bronze Medal for Commendable Service - Tadano CAA Settlement Team: Winter 2024
Enforcement Division - Unsung Hero Award: Fall 2022
Bronze Medal for Commendable Service - R3 Records Team: Fall 2021
Mobile Source Initiative: Fall 2018
Study Abroad Scholarship, Spring 2013
Excellence in Leadership Award, Spring 2012
Executive Board Member of the Year, Spring 2012
RA Master Communicator, Fall 2011, Spring 2012 & Fall 2012
Staff Member of the Year, Fall 2011 & Fall 2012
GLACURH & WURHA Delegate, Fall 2009, Spring 2010, & Fall 2011

## ADDITIONAL INFORMATION

Advanced in Microsoft Office Suite: Excel, Word, Teams, PowerPoint, Outlook, PowerBI, SharePoint, OneNote
Proficient in: ArcGIS, Prezi, SolidWorks, AutoCAD, Civil3D, SewerCAD, WaterCAD, StormCAD, Grants Management Systems, Skype for Business, Avaya

## REFERENCES

Abel Russ, CAES Director
888 17th St NW, #810
Washington, DC 20006
(802) 482-5379

Jeffrey Boylan, Clean Water IAS Manager
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2094

JJ Deignan, Co-Coordinator
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2316

Kristen Hall, Air Enforcement Section Chief
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2168

Erin Malone, Fellow Air Inspector
Environmental Protection Agency
1600 JFK Blvd, 4 Penn Center
Philadelphia, PA 19103
(215) 814-2190

Karen Mappin, Management & Operations
Peace Corps Namibia
19 Nachtigal St
Windhoek, Namibia
kmappin@peacecorps.gov

Paulina Kakuva, Associate Peace Corps Director
Peace Corps Namibia
19 Nachtigal St
Windhoek, Namibia
pkakuva@peacecorps.gov

Ben Lipari, Manager of Strategic Planning
Alliant Energy General Office
4902 North Biltmore Lane
Madison, WI 53707
BenLipari@alliantenergy.com
(608) 458-4478

Curtis Schneider, SAE Baja Captain
1000 Southwest Road
Platteville, WI 53818
schneidercu@gmail.com
(920) 379-9074

Chris Hein, Resident Director
University of Wisconsin – Platteville
1 University Plaza
Platteville, WI 53818
chris.m.hein@gmail.com
(402) 270-0967

# ATTACHMENT 2

**Solar® Turbines**
***A Caterpillar Company***

# SOLAR® MOBILE TURBOMACHINERY
## SMT130 – Powered by Titan™ 130

*Powering the Future Through Sustainable, Innovative Energy Solutions*

**The SMT130 is the economic and sustainable solution for mobile and rapid deployment power generation. The 16 MWe complete power plant is designed around the proven Titan™ 130 gas turbine for quick setup, global transportability and reliable operation. The SMT130 is ready to go anywhere, anytime.**



### COMPLETE SOLUTION

- Fully-Integrated Mobile Power Plant
- 13.8KV/12.47KV (60 Hz) Generator
- Dual Fuel System (Natural Gas and Diesel #2)
- Low Emissions SoLoNOx™ Combustion System
- Lightweight, Dual Frame Design with Separate Air Filtration Module
- Compact Footprint for High Power Density
- Low-Profile Modular Design to Minimize Installed Height
- Easily Relocatable via Highway or Rugged Terrain
- Transcontinental Transportability by Ocean Freight
- World-Class Global Customer Support Network

### PARK, PLUG AND POWER

- Quick and Innovative Setup – Less Than 12 Hours
- No Concrete Foundation Required
- No Crane Lifts Required at Site
- Hydraulic Leveling System
- Rapid Alignment Technology

### STANDARD FEATURES

- Wide Fuel Flexibility (Field Gas, CNG, LPG, etc.)
- Temperature Range from -18°C to 49°C (0°F to 120°F)
- Complete Electrical Equipment Compartment with Motor Control Center and HVAC
- Utility Grade Switchgear and Protective Relay Module
- Compact Medium Voltage Compartment
- Internal 120V Outlet
- Optional Sound Attenuation System
- Add-On Option for Multi-Unit Power Management and Microgrid Control with Solar® StationEdge
- InSight™ Platform Compatible
- Digital Load Sharing Capability Across Solar Fleet
- Standard Offering at 25 PPM NOx with Optional Configurations Down to 15 and 9 PPM NOx

**SMT 130**

**Solar® Turbines**
*A Caterpillar Company*

# SOLAR MOBILE TURBOMACHINERY
## SMT130 – Powered by Titan 130

*Powering the Future Through Sustainable, Innovative Energy Solutions*

| TYPICAL PERFORMANCE* | |
|---|---|
| Output Power | 16 000 kWe |
| Heat Rate | 10 160 kJ/kWe-hr (9630 Btu/kWe-hr) |

*ISO: 15°C (59°F), sea level



## MOBILE POWER PLANT DIMENSIONS




Note: Displayed weights shown are estimated installed weights

Cat and Caterpillar are registered trademarks of Caterpillar Inc. Solar, Titan, SoLoNOx and InSight Platform are trademarks of Solar Turbines Incorporated.
© 2024 Solar Turbines Incorporated. All rights reserved. Specifications subject to change without notice.
DSSMT130/0724/EO

**Additional Information:**
Web: **www.solarturbines.com**
Email: **infocorp@solarturbines.com** Phone: **+1-619-544-5352**

USP&E

POWERING BUSINESS. EMPOWERING PEOPLE

## 31 MW
power potential on wheels

## 69 MILLION HOURS
accumulated hours of successful heritage operation

## ~1 MONTH
from contract signing to commissioning

## 11 DAYS
from parking first trailer to commissioning

## 10 MINUTES
full power production in less than 10 minutes



USP&E
POWERING BUSINESS. EMPOWERING PEOPLE

# Features of the TM2500+ fast power solution

### Fuel flexibility
Can operate on gas and/or distillate liquid fuel

### Lower emissions
50 percent lower emissions than diesel generators when operating on gas

### Proven technology
More than 1,800 LM2500 gas turbines deployed with 69 million operational hours of experience

### Enhanced design
Two-trailer footprint for high power density

### Quick lead times
On-demand power plants delivered in weeks, not months

### Scalable, reliable power
Able to add 31 MW blocks of power as demand increases

### Distributed power
Localized power supply, eliminating the need for additional transmission and generation infrastructure

### Project experience
More than a decade of experience in providing emergency power

### Turnkey design
Delivery of complete energy solution

# Benefits of a TM2500+ solution

### Speed
The development of a new power plant could entail months of construction and commissioning. We can shorten that time from months to days under most conditions. Once on the ground, these mobile units can generate power in about 11 days.

### Reliability & availability
Due to our aviation legacy with the LM2500+ gas turbine, TM2500+ fast-power solution represents some of the most reliable units available. That means consumers will not face frequent interruptions and instabilities due to technical problems related to faulty equipment or an unstable electricity grid.

### Dual fuel capability
TM2500+ solutions are capable of running on both natural gas and/or diesel at an output of up to 31 MW with water injection for NOx abatement.

### Mobility
Mounted on a mobile, two-trailer assembly, TM2500+ generator sets can be transported via land, sea, and air to some of the most remote places in the world. Their mobile nature means that they can be swiftly deployed to other sites within days when they are no longer required at the original site.

### Flexibility
Extremely flexible, they have a sub 10-minute start cycle to full power.

### Scalability
The technology is also scalable, allowing you to buy the number of units you need with the option of adding more power quickly as demand increases.

USP&E

POWERING BUSINESS. EMPOWERING PEOPLE

# The TM2500+ solution can be deployed more than 6 times faster than other technologies

Customers may immediately generate incremental electricity revenue.




*The TM2500+ can be in commercial operation approximately 30 days after an order is placed, but these times may vary based on project location, site readiness, permitting process, and other variables.*

# Multiple applications in a wide range of industries

The TM2500+ solution can solve a number of industry challenges. These include, but are not limited to, difficult access to the electric grid, an unstable grid, emergencies and natural disasters, rapid demand growth such as large construction projects, as well as escalating electricity prices and seasonal shortages. More details on applications of the TM2500+ mobile gas turbine generator are detailed below.

| The Challenge | Description | Potential Industries | TM2500+ as a solution |
|---|---|---|---|
| Limited or no access to the electric grid | Cases with challenging access to the electric grid include:<br>• Lack of robust transmission and distribution network<br>• Delayed grid access<br>• Remote, islanded and mobile operations | Oil and Gas<br>Mining<br>General industry<br>Power generation | **Speed, Mobility, and Reliability**<br>Can deliver power where and when it is needed and bring power online within 10 minutes to stabilize the grid |
| Rapid energy demand growth | High and rapid demand for electricity in cases with restricted power availability such as new, large off-grid construction projects | Government<br>Utilities<br>General industry | **Speed, Reliability**<br>Can fulfill power demand in the face of growing needs in a fast and reliable way |
| Lengthy buildout of electricity generation infrastructure | Construction lead times on new generation facilities as well as unanticipated delays, meaning pressing electricity needs are not met | Government<br>Utilities<br>General industry | **Speed, Reliability**<br>Can bridge power until new facilities are completed and go online |
| Escalating electricity prices | Escalating electricity rates during seasonal or peak periods requiring technologies that enable peak shaving | Government<br>Utilities<br>General industry | **Fuel flexibility**<br>Can be used as a peak shaving application to help transition off the grid during seasonal or peak periods |
| Natural disaster & emergencies | Cases of emergency where power generation sources are impacted and direly needed | Government<br>Utilities | **Speed, Mobility**<br>Can provide emergency power in a fast, reliable and mobile way |
| Flare gas | Natural gas flared in oil fields leading to billions of dollars wasted and millions of tons of greenhouse gas emissions | Oil and Gas | **Fuel flexibility, Mobility**<br>Can help monetize gas flaring for power generation and help reduce diesel consumption |

USP&E

POWERING BUSINESS. EMPOWERING PEOPLE

# Performance you can count on for mobile Power

## TM2500+ General Arrangement




## Auxiliary Trailer




| Model | Water Injection (NOx = 25 ppmvd @15% O2) | Output (MW) | Heat Rate (Btu/kWh) | Heat Rate (kJ/kWh) | Efficiency (%) | Pressure Ratio | Power Turbine Speed (RPM) | Exhaust Flow (lb/sec) | Exhaust Flow (kg/sec) | Exhaust Temp (F) | Exhaust Temp (C) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **60 HZ** | | | | | | | | | | | |
| TM2500+ | None | 30.688 | 8830 | 9316 | 39 | 22.5 | 3600 | 192.2 | 87.2 | 959.1 | 515 |
| TM2500+ | Yes | 30.988 | 9285 | 9796 | 37 | 22.8 | 3600 | 196.6 | 89.2 | 906.0 | 485.6 |
| **50 HZ** | | | | | | | | | | | |
| TM2500+ | None | 26.190 | 9246 | 9755 | 37 | 21.2 | 3000 | 184.5 | 83.7 | 925.0 | 496.1 |
| TM2500+ | Yes | 26.190 | 9705 | 10239 | 35 | 21.3 | 3000 | 187.2 | 84.9 | 879.0 | 470.6 |

**The performance data shown above is at standard ISO (International Organization for Standardization) conditions. The ISO has defined the following standard conditions for comparing gas turbine engines Ambient air: 59°F/15°C, 60% RH; Barometric pressure (14.696 psia / 101.4 kPa); Sea level altitude. 60 Hz based on a Brush air-cooled generator w/brushless excitation @ 0.90 PF; 59°F/15°C cooling air; 13.8 kV (50 Hz @ 11.5 kV)*

# The TM2500+ total solution and services support

GE VERNOVA

FACTSHEET



# TM2500

## AERODERIVATIVE PACKAGE

SWITCHING FROM A DIESEL ENGINE AND ELECTRIC GENERATOR (DIESEL GENSET) TO A TM2500 BURNING NATURAL GAS CAN SAVE UP TO $8 MILLION PER YEAR IN OPERATING COSTS.

| | | TM2500 SAC | TM2500 DLE |
|---|---|---|---|
| SC PLANT PERFORMANCE | SC Net Output (MW) | 34.6/36.9†† | 34.5/34.4†† |
| | SC Net Heat Rate (Btu/kWh, LHV) | 9814/9377†† | 8648/8557†† |
| | SC Net Heat Rate (kJ/kWh, LHV) | 10354/9893†† | 9124/9028†† |
| | SC Net Efficiency (%, LHV) | 34.8% 36.4%†† | 39.5%/39.9%†† |
| | Fast Start Capability (Minutes) | 5 | 5 |
| 1X CC PLANT PERFORMANCE | CC Net Output (MW) | 49.5/51.5†† | 47.9/47.5†† |
| | CC Net Heat Rate (Btu/kWh, LHV) | 6833/6701†† | 6209/6175†† |
| | CC Net Heat Rate (kJ/kWh, LHV) | 7209/7070†† | 6551/6515†† |
| | CC Net Efficiency (%, LHV) | 49.9%/50.9%†† | 55.0%/55.3%†† |
| | Plant Turndown – Minimum Load (%) | 35.0% | 35.0% |
| | Ramp Rate (MW/min) | 30 | 30 |
| | Startup Time (RR Hot†, Minutes) | 30 | 30 |
| 2X CC PLANT PERFORMANCE | CC Net Output (MW) | 99.9/103.9†† | 96.5/95.8†† |
| | CC Net Heat Rate (Btu/kWh, LHV) | 6776/6640†† | 6160/6124†† |
| | CC Net Heat Rate (kJ/kWh, LHV) | 7149/7006†† | 6499/6461†† |
| | CC Net Efficiency (%, LHV) | 50.4%/51.4%†† | 55.4%/55.7%†† |
| | Plant Turndown – Minimum Load (%) | 35.0% | 35.0% |
| | Ramp Rate (MW/min) | 60 | 60 |
| | Startup Time (RR Hot†, Minutes) | 30 | 30 |

NOTE: Net Plant ratings are based on ISO conditions, natural gas, inlet and exhaust losses included and balance of plant equipment excluded. Actual performance will vary with project specific conditions, fuel and ambient conditions. 2PNRH = Two pressure, non-reheat.
† Rapid Response/Hot Start
†† 50 Hz/60 Hz

**~37 MW**
SIMPLE CYCLE OUTPUT

**~40%**
SIMPLE CYCLE EFFICIENCY

**50/60**
HZ

The TM2500 package is ideal for providing a baseload bridge to permanent power installations or for generating backup power in the wake of emergencies like natural disasters, plant shutdowns, or grid instability. Our complete solutions, including a trailer-mounted gas turbine generator set and containerized balance-of-plant, can put power on the grid within as little as 30 days of the contract signature. This fast power provides the greatest power density among gas turbine trailer-mounted offerings.

TO LEARN MORE ABOUT THIS OFFERING, CONTACT YOUR SALES REPRESENTATIVE OR VISIT

**gevernova.com**

Up to **35%** Hydrogen ($H_2$) Capability

© 2025 GE Vernova and/or its affiliates. All rights reserved.
GE and the GE Monogram are trademarks of General Electric Company used under trademark license.
Information contained in this document is indicative. No representation or warranty is given or should be relied on. Information provided is subject to change without notice.
The TM2500 is a registered product of GE Vernova.

GEA35745 (09/2025)

LIFE CYCLE POWER



MOBILE TURBINE

# LCP M35

**The LCP M35 Turbine** is an extremely versatile turbine package capable of delivering 35MW of power. With dual fuel (liquid or gaseous) capabilities, 50/60Hz operable and with a water injection ring fitted as standard it can meet multiple applications. Additionally, it has quick setup times, allowing it to be a good fit for frequent move applications.

| PERFORMANCE INFO-ELECTRICAL* | | | |
|---|---|---|---|
| **Exhaust Water Injection** | | **YES** | **NO** |
| **Frequency Options** | Hz | 60 | 60 |
| **Power Output (Standby)** | kW | 35,020 | 34,500 |
| **Power Output (Prime)** | kW | 35,020 | 34,500 |
| **Power Output (Continuous)** | kW | 35,020 | 34,500 |
| **Voltages(s) Output** | V | 13,800 +/- 10% | 13,800 +/- 10% |
| **Maximum Amps/Phase** | Amps | 1,400 | 1,400 |
| **Black Start Power Requirement** | kW(V) | 1,000kW (480V) | 1,000kW (480V) |
| **Max Transient Load (Load Step)** | kW | 25,000 | 25,000 |
| **Startup Time (From Ready to Start)** | mins | 5 | 5 |
| **Cool Down Time Before Restart** | mins | 15 Controlled | 4 Hrs. Uncontrolled |
| **Max Altitude** | ft | 8,000 | 8,000 |
| **Max Ambient Temperature** | deg F | 130 | 130 |
| **Min Ambient Temp** W/O Winterization | deg F | -40 | -40 |
| **PERFORMANCE INFO-FUEL**** | | | |
| **Specific Energy Consumption (Heat Rate)** | btu/kW-hr | 9,105 | 8,877 |
| **Specific Fuel Consumption – NG** | scf/kW-hr | 9.1 | 8.9 |
| **Ng Fuel Pressure Range (Limits)** | psi | 385-575 | 385-575 |
| **Ng Fuel Pressure Range (Preferred)** | psi | 480-520 | 480-520 |

** Power output is based on iso conditions (sea level and 59°F), 60Hz, for actual performance, refer to derate tables below or contact Lifecycle Power, 50Hz performance (if available) are provided on request*

*** Fuel consumptions are based on 100% loading at ISO conditions utilizing commercial spec fuels, for detailed performance refer to derate table below or contact Life Cycle Power*

## Key Features of the M35

- GE LM2500+G4 turbine
- Capability of installation in less than 24hrs from arrival on site
- 60Hz, 13.8kV generator (Auxiliary transformer to run at 12.47kV or 13.8kV). Oversized for future insertion of the LM2500+G5
- 99.9% GE LM2500+G4 reliability, Thousands of gas turbine installations globally
- Transported as four trailers (Turbine, Generator, Air inlet. Exhaust)
- Integrated ATS and low Voltage transformer for control power. Allows Black start to be switched off once turbine is operational
- Integrated control room on trailer
- Hydraulic turbine starter
- Dual frequency available (50/60Hz)
- Optional water injection provided for reduced emissions
- Accepts Diesel, LNG, CNG, pipeline, hydrogen blends or field gas as fuel
- Can be paralleled with all other LCP models to give microgrids capable of 100's of MW
- Proven capabilities operating on high BTU gas fuels- 1,400btu/ft3 standard, 1,900 btu/ft3 with treatment
- No oil or spark plug changes required (unlike engines) means no shutdown requirements until annual borescope and inspection
- No concrete pad required

FROM PIPELINE TO POWERLINE. WE DELIVER.

MOBILE TURBINE

# LCP M35

LIFE CYCLE POWER

## PERFORMANCE INFO-NOISE

| | | |
|---|---|---|
| Noise Level (3ft) | dBa | 87 |
| Noise Level (100) | dBa | 84 |

## PERFORMANCE INFO-EMISSIONS***

| | | YES | NO |
|---|---|---|---|
| Specific Water Consumption | Gal/kW-hr | 0.052 | 0 |
| Emission - NOX | g/kW-hr (g/bhp-hr) | 0.4 (0.3) | 3.72 (2.77) |
| Emission - CO | g/kW-hr (g/bhp-hr) | 0.77 (0.57 | 0.04 (0.03) |
| Emission - THC | g/kW-hr (g/bhp-hr) | 0.12 (0.09) | 0.01 (0.01) |
| Emission - NMHC | g/kW-hr (g/bhp-hr) | 0 (0) | 0 (0) |
| Emission - PM | g/kW-hr (g/bhp-hr) | 0.05 (0) | 0.05 (0) |
| Emission - SO | g/kW-hr (g/bhp-hr) | 0 (0) | 0 (0) |
| Emission – CO2 | g/kW-hr (g/bhp-hr) | 522 (389) | 509 (379) |

## PHYSICAL INFORMATION

| | | |
|---|---|---|
| Qty Of Trailers Required | | 4 |
| **Weight (Trailer 1) Generator** | lbs. | 224,000 |
| **Weight (Trailer 2) Turbine** | lbs. | 107,000 |
| **Weight (Trailer 3) Air Inlet** | lbs. | 80,000 |
| **Weight (Trailer 2) Exhaust** *(Transport)* | lbs. | 73,000 |
| **Total Weight** | lbs. | 484,000 |
| **Ground Preparation Requirements** | Compacted Base | |
| **Dimensions (Trailer 1)** | LxWxH (ft) | 71x8.5x13.5 |
| **Dimensions (Trailer 2)** Liquid Fuel Skid | LxWxH (ft) | 59 x 2 x 23 |
| **Dimensions (Trailer 3)** | LxWxH (ft) | 24 x 8.5 x 14 |
| **Dimensions (Trailer 4)** | LxWxH (ft) | 24 x 8.5 x 14 |
| **Total Installed Footprint** | LxW (ft) | 90 x 40 |
| **Average Install Man Hours** | hrs | 12 |

## ONSITE CONNECTIONS**

| | |
|---|---|
| **Fuel NG** | 3” 600lb ANSI Flange |
| **Fuel Diesel** | 1.5” 600lb ANSI Flange |
| **Electrical Load Out** | Dead Break Connections 2 Run/Phase 750mcm |
| **Grounding** | High Resistance Grounding System |
| **Black Start** | MELTERIC DR400 |
| **Water Exhaust Injection** (If installed) | 1” 600lb Ansi Flange |

**** Emissions based on pipeline quality NG fueled & iso conditions. For site-specific emissions performance contact Life Cycle Power*

## LCP M35 FUEL CONSUMPTION VS. LOAD




## M35 MAX AVAILABLE POWER




## MAJOR COMPONENTS



# Gas Turbine Genset

## Product Overview

The Power2Go JT35 is a 35MW mobile gas turbine generator set independently developed by Jereh. It features a complete LM2500+G4 turbine system and delivers up to 35MW of output. Designed for rapid deployment and relocation, the unit can be fully installed and operational within 8 hours. It offers high integration, adaptability, reliability, and ease of use. The JT35 is ideal for large-scale temporary power needs such as oilfield fracturing, microgrids, grid peak shaving, municipal emergency power, as well as long-term power for peak shaving and data center. Its performance has been proven through 10,000+ hours of stable operation in the U.S.




**Product Model**

**JT 35**

**Low Noise**

**Multi-Mode and Grid Parellel**

**Strong Adaptability**

**High Expandability**




## Specifications

| Model | | JT35 |
|---|---|---|
| Power | | 33.8 MW |
| Fuel Type | | Natural Gas/Liquid Fuel/Dual-Fuel/Other Fuels |
| Efficiency | | 39.50% |
| Heat Rate | | 9,104 kJ/kWh |
| Voltage | | 13.8/11 kV |
| Frequency | | 60/50 Hz |
| NOx Emission | | ≤ 25 ppmv 15% $O_2$(DLE) |
| Dimension | Main Trailer | 21,057 × 2,998 × 4,293 mm |
| | Inlet Trailer | 13,919 × 2,997 × 4,267 mm |
| | Exhaust Silencer | 2,769 × 2,997 × 4,216 mm |
| Weight | Main Trailer | ~87,000 kg |
| | Inlet Trailer | ~22,000 kg |

· Relative Humidity:60%. Inlet Exhaust Losses:None.
3) For detailed information, please consult Jereh's engineers.

Jereh Agile Power Energy is a global leader in integrated power solutions. We have pioneered technologies in power generation, energy storage, and power transmission, driving efficient, agile, and low-carbon energy applications.

Jereh Group → Gensystems →

INTELLIGENT POWER SOLUTION

Data Center Oil & Gas Industrial
Municipal Emergency Case Studies

Yantai,China
Address: No. 27 Jereh Road, Laishan District, Yantai, China 264003
Telephone: +86-535-676 5653
E-Mail: jerehglobal@jereh.com

Dubai,Emirates
Address: PLOT No. 20121, Jebel Ali Free Zone, Dubai, UAE
Telephone: +86-535-676 5653
E-Mail: jerehglobal@jereh.com

Houston,America
Address: No. 7501 Miller Road2, Houston, TX, USA 77049
Telephone: +1-281-860 0488
E-Mail: jerehglobal@jereh.com

Drop Us a Message

Name*
Company*
Phone*
E-mail*
Demands*

I have read and agree to the Terms and Conditions of Use and Privacy Policy *

Submit

MITSUBISHI POWER

# FT8® MOBILEPAC®
## Gas Turbine Package

The MOBILEPAC® gas turbine package utilizes the proven FT8® aero-derivative engine to deliver 31 MW of fast, flexible, and mobile power, ideal for your most demanding applications. The MOBILEPAC® gas turbine package design includes two trailers. The first contains the gas turbine, electric generator, exhaust collector, diffuser, and engine lube oil system. The second trailer carries the 15-kilovolt switchgear, control system, operation panel, protective relays, batteries and charger, and the motor control center. A pre-commissioned MOBILEPAC® gas turbine package can be driven to a prepared site and begin generating power within one day.



| POWER | EFFICIENCY |
| --- | --- |
| 31 MW | 36.7% |

### AERO-DERIVATIVE ADVANTAGE:

- ✓ Flexible, mobile solutions customized to meet demanding customer requirements
- ✓ Reliable peaking or baseload power within a compact footprint
- ✓ Superior fault-ride-through and grid stability characteristics
- ✓ Fast-track deployment/installation
- ✓ Multiple gas and liquid fuel options
- ✓ High availability, low O&M costs



### PACKAGE, INSTALL, COMMISSION:

- Modular, mobile design
- Maximum factory assembly
- Optimized shipping sizes
- Prefabricated field piping
- Interconnecting quick-disconnect cables
- Reduced transportation time and cost
- Minimal installation time
- Efficient commissioning
- Compact Power trailer and Controls trailer
- Power Trailer weighs 94,495 lbs; 42,862 kg
- Control Trailer weighs 48,823 lbs; 22,146 kg

### OPERATE AND MAINTAIN:

- Proven mobile gas turbine packaging
- Integrated ancillary systems
- Limited on-site inventory
- Ease of operation and maintenance
- Quick engine changeout

MITSUBISHI POWER

The FT8® MOBILEPAC® gas turbine package has the most flexible layout in the industry, either in-line or parallel, using a minimum 80 X 54 square foot area. Very little advanced site preparation is required, and no foundation or concrete pad is necessary for installation of the unit. The unit is transportable by land, sea, or air, allowing worldwide delivery of the MOBILEPAC® gas turbine package.

| PERFORMANCE: | (50Hz) | (60Hz) |
|---|---|---|
| ISO Base Rating | 28,528 kW | 30,941 kW |
| Efficiency | 34.7% | 36.7% |
| LHV Heat Rate | 9,834 Btu/kWh<br>10,386 kJ/kWh | 9,312 Btu/kWh<br>9,825 kJ/kWh |
| Exhaust Flow | 203 lb/s<br>92 kg/s | 202 lb/s<br>92 kg/s |
| Exhaust Temp. | 924°F<br>496°C | 916°F<br>491°C |
| Start-up Time<br>(cold iron to full power) | 10 minutes | 10 minutes |

| SPECIFICATIONS: | |
|---|---|
| Fuel | Natural Gas/Liquid Fuel |
| Type of Generator | Open-ventilated Air Cooling/ 15kV |
| NOx Control | Water Injection |
| NOx | 25 ppm or 50 mg/$m^3$ |
| Min. Turndown | 50% (while maintaining emissions) |
| Min. Stable Load | 5% (dry) |
| Starting Method | Hydraulic |




## BENEFITS:

- Ready for emergency power within one day (site-ready and pre-commissioned)
- Dual fuel/dual frequency
- Optional black start capability
- Flexible trailer siting
- Highway compatible
- Three-point support and structural rigidity to maintain generator alignment
- Remote operation

| ADDITIONAL SPECS: | |
|---|---|
| Gas fuel hot section inspection hours | 25,000 |
| Major shop inspection hours | 50,000 |
| Sound level, near field (dBA, average) | 95 |
| Parallel Configuration (ft) | 80 X 54 |
| Parallel Configuration (m) | 24.5 X 16.5 |
| In-line Configuration (ft) | 126 X 35.5 |
| In-line Configuration (m) | 39 X 11 |

FT8MP-FS-0525

© 2025 Mitsubishi Power Aero LLC

FT8® and MOBILEPAC® are registered trademarks of Mitsubishi Power Aero LLC

628 Hebron Avenue, Suite 400
Glastonbury, CT 06033
+1-860-368-5900

**Mitsubishi Power Aero LLC**

Mitsubishi Power is a power solutions brand of Mitsubishi Heavy Industries.

MOVE THE WORLD FORWARD MITSUBISHI HEAVY INDUSTRIES GROUP

GE Power & Water

Aeroderivative Gas Turbines

# TM2500® Mobile Gas Turbine Generator

50/60Hz Applications

fact sheet



## Quickly Installed Mobile Power

The TM2500® Mobile Power Unit is a perfect fit for temporary power applications including:

- Base load bridge to a permanent power installation/maintenance
- Peak shaving
- Emergency or backup power

The TM2500 is GE's proven LM2500® gas turbine mounted on wheels...literally, a power plant contained on a mobile, four-trailer assembly. After minimal site and/or foundation preparation, it can reach full power within as few as three days from arrival on site and has less than a ten-minute start cycle to full power. The units are extremely flexible and have been transported via land, sea, and air to some of the most remote places in the world by an extremely experienced project management team.

GE offers the TM2500 for both rental and sale.

## What does it come with?

The TM2500 mobile power plant kit includes four trailers assembled together to create the power station:

1. Main Trailer – Includes LM2500 Power Turbine and Brush Generator
2. Air Inlet Trailer – Provides air for cooling and combustion
3. Exhaust Trailer – Provides exhaust discharge and noise control
4. Control Trailer – Contains all operating controls and interface skids

The TM2500 is manufactured with new or fully OEM-qualified overhauled LM2500 engines and new components. A project includes the appropriate services and consumables associated with the units:

- Installation
- Commissioning
- Project management
- Decommissioning
- Consumable parts kit (filters/lubricants for operation needs)

In addition, GE offers many other services associated with the project including, but not limited to:

- Operation and maintenance
- Operation and maintenance training
- Transportation
- Transportation advisory services
- Fuel treatment
- Performance testing
- Various levels of support for the balance of plant scope

## Customer's Scope

At the start of the project, GE and the customer will discuss and complete a detailed division of responsibilities matrix. Prior to this agreement, GE's assumption is that the customer is responsible for:

- Providing sufficient space for unit assembly
- Obtaining appropriate permits
- Providing fuel to TM2500 specification to the TM2500 flange
- Providing balance of plant requirements per desired scope

## Key Product Features and Specifications

- Output: 22.5 MW @ 60 Hz (ISO), 21.5 MW @ 50 Hz
- Dual Frequency – 50/60 Hz quick conversion (no reduction gear)
- Heat Rate: 9800 Btu/kW-hr @ 50 Hz; 9500 Btu/kW-hr @ 60 Hz (ISO)
- Voltage: 11.0kV (50Hz); 13.8 kV (60Hz)
- Liquid or natural gas fuel capability
- Brush Air-cooled 2-pole generator with brushless excitation
- Multiple units started/controlled through a single desktop PC
- Low emissions with demineralized water injection 25 ppm (gas); 42 ppm (liquid)
- Woodward Micronet® control system
- Inlet air heating/cooling provisions
- Electro-hydraulic starting system
- Single unit footprint ~110' x 70'
- Sound level at 3 ft. 90 dBA

For more information, contact your GE representative or visit www.ge-energy.com.

Micronet is a registered trademark of the Woodward Company.

Copyright © 2011 General Electric Company. All rights reserved.

GEA18664 (04/2011)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>**Plaintiffs,**<br>**v.**<br><br>**X.AI and MZX TECH LLC**<br><br>**Defendants.** | **No. 3:26-cv-00074-MPM-JMV** |

**DECLARATION OF DR. HELEN SUH**

I, Dr. Helen Suh, declare under penalty of perjury that the following is true and correct.

**QUALIFICATIONS**

1. I am a Professor in the Department of Civil and Environmental Engineering at Tufts University in Medford, Massachusetts and a Senior Fellow in the Department of Public Health at NORC at the University of Chicago.

2. I hold a Doctorate and Master of Science in Environmental Health from the Harvard T.H. Chan School of Public Health and a Bachelor of Science from the Massachusetts Institute of Technology.

3. I have over 30 years of experience characterizing exposures to air pollutants, including fine particulate matter ($PM_{2.5}$), nitrogen dioxide, ozone, volatile organic compounds (VOCs), carbon monoxide, and sulfur dioxide, and their effect on human health.

4. My research integrates rigorous exposure assessment and epidemiological methods, including the development of GIS-based spatiotemporal exposure models, methods to quantify and correct for exposure measurement error, and epidemiological analyses of the health impacts of air pollutants and extreme weather.

5. I currently serve as Principal Investigator on two National Institute of Health (NIH)-funded R01 research grants examining: (1) associations between long-term $PM_{2.5}$ and associated metal exposures and dementia-related outcomes, including incident dementia, cognitive decline, and dementia-associated neuropathology, in a large prospective cohort of older adults; and (2) the health impacts of extreme weather events and community-level determinants of vulnerability.

6. I have led exposure assessment studies that characterize outdoor, indoor and personal air pollutant exposures and that develop monthly GIS-based spatio-temporal models to predict $PM_{2.5}$ and their component concentrations at any location in the conterminous United States.

7. I have also previously led epidemiological studies investigating the impact of short- and long-term air pollutant exposures on cause-specific mortality and hospital admissions, as well as cardiovascular, respiratory, and cognitive outcomes.

8. In addition to NIH, my research has been funded by the US Environmental Protection Agency, the Health Effects Institute, the US Department of Energy, and the Electric Power Research Institute. My findings are described in 158 articles published in leading peer-reviewed journals.

9. My expertise is widely recognized at the highest levels of scientific and regulatory oversight. I served as a charter member of the EPA Clean Air Scientific Advisory Committee (CASAC), a seven-member committee appointed by the EPA Administrator to provide independent scientific advice on the National Ambient Air Quality Standards—the federal

standards governing permissible levels of air pollutants in the United States. I have also served on CASAC panels for specific pollutants including PM, nitrogen dioxide, and ozone, on the US EPA Human Studies Review Board, on numerous NIH study sections, and on several National Academies of Sciences committees, including those reviewing the EPA Integrated Risk Information System (IRIS) Assessment on Formaldehyde and estimating mortality risk reduction from tropospheric ozone exposure. I previously served as Associate Editor of the Journal of Exposure Science and Environmental Epidemiology.

**BACKGROUND AND METHODOLOGY**

10. I submit this Declaration in support of the plaintiffs in the case *NAACP and NAACP Mississippi State Conference v. X.AI and MZX Tech LLC*, No. 3:26-cv-00074-MPM-JMV. I understand that the NAACP and NAACP Mississippi State Conference brought this action to remedy Defendants' alleged failure to apply for or receive air permits required by the federal Clean Air Act and Mississippi State Implementation Plan prior to constructing and operating gas combustion turbines located at 2875 Stanton Road in Southaven, Mississippi. Given my expertise in air pollution exposure science and epidemiology, I have been asked to provide a scientific assessment of the potential public health risks posed by emissions from these unpermitted turbines.

11. To do so, I reviewed relevant peer-reviewed and gray literature addressing the health effects associated with $PM_{2.5}$ and nitrogen oxide (NOx) exposures. The Plant emits additional pollutants of public health concern, including sulfur dioxide, carbon monoxide, and volatile organic compounds, such as formaldehyde, whose health implications may be addressed through a subsequent expert analysis or report for this litigation.

12. I also reviewed maps of the communities residing within a six-mile radius of the gas turbines to characterize the communities living near the gas turbines, including the presence of parks, schools and other areas where people may congregate, and their percentage of children and minority and low income populations.[1]

13. In preparing this Declaration, I drew upon my education, training, and experience in environmental health science, including my expertise in epidemiology, exposure science, and air pollution.

14. This opinion is based upon the available information as of this date and subject to change or refinement as additional information is made available. All opinions expressed in this Declaration are held to a reasonable degree of scientific certainty.

15. Appended to this Declaration are a list of documents that I considered and relied upon during my preparation of this Declaration: my curriculum vitae (Attachment 1); a list of my publications from the past ten years (Attachment 2); and a list of my expert testimony from the prior four years (Attachment 3).

**FINDINGS**

16. According to engineering analysis conducted for this case, the Colossus Gas Plant has the potential to emit 2,508 tons of NOx, 236 tons of PM, 837 tons of carbon monoxide (CO), and 115 tons of sulfur dioxide ($SO_2$) annually, as well as emissions of formaldehyde, toluene, and other volatile organic compounds.[2]

---

[1] The demographic and socioeconomic information was drawn from EPA's EJScreen tool. EPA removed public access to the tool on February 5, 2025, so I used a Reconstruction of Version 2.3 EJScreen that is available at: https://pedp-ejscreen.azurewebsites.net [https://perma.cc/574Z-TBNE].

[2] The referenced engineering analysis is included in a separate declaration of Kim Laufenberg.

17. The pollutants emitted by the Colossus Gas Plant are associated with serious adverse health effects. Critically, the scientific evidence demonstrates that for $PM_{2.5}$ and $NO_2$, there is no safe level of exposure. Any increase in ambient concentrations above background levels carries the potential for adverse public health consequences, particularly for vulnerable populations including children, older adults, and individuals with pre-existing cardiovascular and respiratory disease. The scientific basis for my conclusions is reviewed in detail below.

18. The communities surrounding the Colossus Gas Plant include precisely the populations that EPA and the broader scientific literature have identified as facing elevated risk from $PM_{2.5}$ and $NO_2$ exposure. Approximately 158,685 people live within 6 miles of the Plant, of whom roughly 77% are persons of color and 13.7% of households have annual incomes below $15,000. Children and older adults, populations that EPA has identified as at increased risk based on adequate evidence, together comprise more than 22% of the near-Plant population. The 6-mile radius also encompasses 66 parks and 24 elementary schools, where children and other vulnerable individuals regularly congregate. Several census tracts surrounding the Plant have amongst the highest percent of people of color and children, higher than approximately 95% of US census tracts.

19. The emissions profile of the Colossus Gas Plant and the demographic profile of the surrounding communities raise important public health concerns. The Plant's emissions of PM and NOx, pollutants which have been shown to have no safe level of exposure, will increase ambient concentrations of $PM_{2.5}$ and $NO_2$ in nearby communities that already include disproportionately high percentages of populations identified by EPA as facing elevated risks from these pollutants.

20. Based on the above, it is my opinion that emissions from the Colossus Gas Plant are likely to cause foreseeable adverse public health impacts on the surrounding population, with the burden of those impacts falling disproportionately on the most vulnerable members of the community, including children, older adults, persons of color, and low-income households living near the Plant.

***$PM_{2.5}$***

21. $PM_{2.5}$ refers to airborne particles with an aerodynamic diameter of 2.5 micrometers or less. Due to their small size, these particles can penetrate deep into the lungs and can translocate into the bloodstream, reaching distal organs including the heart and brain. The adverse health effects of $PM_{2.5}$ exposure are among the most extensively documented in the environmental health literature.

22. EPA's 2019 Integrated Science Assessment (ISA) for Particulate Matter[3], the most current comprehensive synthesis of the $PM_{2.5}$ health effects literature, concluded that causal relationships exist between $PM_{2.5}$ exposure and cardiovascular effects and mortality for both short- and long-term exposures, and between long-term $PM_{2.5}$ exposure and lung cancer (U.S. EPA, 2019).

23. Likely causal relationships were additionally identified between short- and long-term exposure and respiratory effects, including asthma exacerbation, combined respiratory-related diseases, and impaired lung function growth, and between long-term exposure and nervous system effects (U.S. EPA, 2019).

---

[3] U.S. EPA. (2019). Integrated Science Assessment (ISA) for Particulate Matter (Final Report). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-19/188, 2019.

24. Short-term $PM_{2.5}$ exposure, occurring over hours to days, has been associated with a range of acute cardiovascular and respiratory effects. Epidemiological time-series and panel studies conducted across multiple cities and countries have documented associations between day-to-day increases in $PM_{2.5}$ and increased rates of emergency department visits and hospital admissions for conditions including ischemic heart disease, heart failure, stroke, arrhythmia, and respiratory disease, as well as increased all-cause and cause-specific mortality.[4,5,6,7] These effects have been observed at $PM_{2.5}$ concentrations well below the current 24-hour NAAQS of 35 $\mu g/m^3$, and at concentrations representative of typical ambient air quality in US cities.

25. The evidence for long-term $PM_{2.5}$ health effects is equally robust, grounded in a large and consistent body of epidemiologic evidence, including that from the landmark Harvard Six Cities Study[8] and the American Cancer Society Cancer Prevention Study II.[9] More recent analyses have extended and reinforced these findings, with studies, including the NIH-AARP Diet and

---

[4] Fan, J., Li, S., Fan, C. et al. The impact of PM2.5 on asthma emergency department visits: a systematic review and meta-analysis. Environ Sci Pollut Res 23, 843–850 (2016). https://doi.org/10.1007/s11356-015-5321-x

[5] Dominici F, Peng RD, Bell ML, et al. Fine Particulate Air Pollution and Hospital Admission for Cardiovascular and Respiratory Diseases. JAMA. 2006;295(10):1127–1134. doi:10.1001/jama.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

[6] Kloog I, Ridgway B, Koutrakis P, Coull BA, Schwartz JD. Long- and short-term exposure to PM2.5 and mortality: using novel exposure models. Epidemiology. 2013 Jul;24(4):555-61.

[7] Di Q, Dai L, Wang Y, et al. Association of Short-term Exposure to Air Pollution With Mortality in Older Adults. JAMA. 2017;318(24):2446–2456. doi:10.1001/jama.2017.17923

[8] Dockery DW, Pope CA 3rd, Xu X, Spengler JD, Ware JH, Fay ME, Ferris BG Jr, Speizer FE. An association between air pollution and mortality in six U.S. cities. N Engl J Med. 1993 Dec 9;329(24):1753-9.

[9] Pope CA, Ezzati M, Dockery DW. Fine-Particulate Air Pollution and Life Expectancy in the United States. N Engl J Med 2009;360:376-386.

Health Study[10] and the US Medicare population,[7,11,12] demonstrating significant associations between short- and long-term $PM_{2.5}$ exposure and cause-specific mortality at lower, post-2000 $PM_{2.5}$ exposure levels, even at concentrations below the then-current US National Ambient Air Quality Standard (NAAQS).

26. The biological mechanisms underlying the observed associations between short- and long-term $PM_{2.5}$ exposure and adverse health effects include oxidative stress, systemic inflammation, autonomic nervous system dysfunction, and DNA damage, pathways supported by convergent toxicological and epidemiological evidence.

27. The NAAQS are designed to protect public health with an adequate margin of safety, but they do not represent a zero-risk level (e.g., a concentration below which no adverse effects would occur in any member of the population). As EPA has stated: "The Act does not require the Administrator to establish a primary NAAQS at a zero-risk level, but rather at a level that reduces risk sufficiently so as to protect public health with an adequate margin of safety."[13]

28. The NAAQS are also not static; they are continually revised as new health evidence is provided. For $PM_{2.5}$, this is particularly significant: the epidemiological literature supports a linear, no-threshold concentration-response relationship for both short- and long-term exposures, meaning there is no concentration at which an increase in $PM_{2.5}$ does not result in an increase in

---

[10] Thurston GD, Ahn J, Cromar KR, Shao Y, Reynolds HR, Jerrett M, Lim CC, Shanley R, Park Y, Hayes RB. Ambient Particulate Matter Air Pollution Exposure and Mortality in the NIH-AARP Diet and Health Cohort. Environ Health Perspect. 2016 Apr;124(4):484-90.

[11] Wang B, Eum K, Kazemiparkouhi F, Li C, Manjourides J, Pavlu V, Suh HH. The impact of long-term $PM_{2.5}$ exposure on specific causes of death: exposure-response curves and effect modification among 53 million U.S. Medicare beneficiaries. *Environ Health* 2020; 19: 20.

[12] Di Q, Wang Y, Zanobetti A, Wang Y, Koutrakis P, Choirat C, Dominici F, Schwartz JD. Air Pollution and Mortality in the Medicare Population. N Engl J Med. 2017 Jun 29;376(26):2513-2522.

[13] Federal Register Volume 62, Number 138 (Friday, July 18, 1997), pg. 38652-38760.

adverse health outcomes.[3,14] As a result, even incremental increases in $PM_{2.5}$ concentrations below the NAAQS carry quantifiable public health consequences.

29. Consistent with this, large-scale epidemiological studies, including analyses of tens of millions of Medicare beneficiaries, have documented significant associations between short-[15] and long-term[12] $PM_{2.5}$ exposure and mortality at annual average concentrations below the current 24-h and annual NAAQS of 35 and 9 μg/m$^3$, respectively, with effect estimates per unit increase in $PM_{2.5}$ that are at least as large, and in some analyses larger, at lower concentrations than across the full exposure range.

30. In recognition of this evidence, and after considering the best available science, CASAC recommendations, and ~700,000 public comments, EPA strengthened the annual $PM_{2.5}$ NAAQS on February 7, 2024, lowering the standard from 12.0 to 9.0 μg/m$^3$.[16] This downward revision of the NAAQS, which was driven by documented health effects at concentrations previously considered acceptable, is itself compelling evidence that compliance with the NAAQS does not constitute a guarantee of safety.

31. It should be noted that in November 2025, the current EPA administration requested that the D.C. Circuit vacate the 2024 revision, and in March 2025 announced its intention to reconsider the standard.

32. However, this request to vacate the 2024 revision does not alter the underlying scientific evidence on which the 2024 revision was based. That evidence supports the conclusion that any

---

[14] Dominici F, Zanobetti A, Schwartz J, Braun D, Sabath B, Wu X. Assessing Adverse Health Effects of Long-Term Exposure to Low Levels of Ambient Air Pollution: Implementation of Causal Inference Methods. Res Rep Health Eff Inst. 2022 Jan;2022(211):1-56. PMID: 36193708; PMCID: PMC9530797.

[15] Shi L, Zanobetti A, Kloog I, Coull BA, Koutrakis P, Melly SJ, Schwartz JD. Low-Concentration $PM_{2.5}$ and Mortality: Estimating Acute and Chronic Effects in a Population-Based Study. Environ Health Perspect. 2016 Jan;124(1):46-52.

[16] https://www.epa.gov/pm-pollution/national-ambient-air-quality-standards-naaqs-pm

incremental increase in ambient $PM_{2.5}$ concentrations, including those associated with the Colossus Gas Plant, carries quantifiable public health consequences, regardless of whether the area remains in compliance with the NAAQS.

***NOx and Nitrogen Dioxide ($NO_2$)***

33. Nitrogen oxides are a class of highly reactive gases that are produced primarily through high-temperature combustion processes, including the operation of gas-fired turbines. The two most important members of this group are nitric oxide (NO) and $NO_2$. NO is initially emitted in the largest quantities during combustion but rapidly oxidizes in the atmosphere to form $NO_2$.

34. $NO_2$ is the component of NOx that poses the greatest public health concern and is the regulatory indicator under the Clean Air Act for NOx. In addition to its direct toxic effects, $NO_2$ is a key precursor to ground-level ozone and $PM_{2.5}$. As a result, $NO_2$ also contributes to the health burdens of multiple pollutants, including $PM_{2.5}$.

35. $NO_2$ is a potent oxidizing agent. Upon inhalation, it is absorbed in the respiratory tract, where it generates reactive oxygen species that trigger oxidative stress and inflammation in airway tissues, impairing mucociliary clearance, increasing airway hyperresponsiveness, and enhancing susceptibility to respiratory infections and allergens.[17]

36. With chronic exposure, $NO_2$-induced oxidative damage extends beyond the respiratory tract to include systemic vascular inflammation and endothelial dysfunction, contributing to cardiovascular disease.

37. EPA's 2016 Integrated Science Assessment (ISA) for Oxides of Nitrogen,[17] the most recent comprehensive synthesis of the $PM_{2.5}$ health effects literature, concluded that a causal

---

[17] U.S. EPA. Integrated Science Assessment (ISA) for Oxides of Nitrogen - Health Criteria (Final Report, Jan 2016). U.S. Environmental Protection Agency, Washington, DC, EPA/600/R-15/068, 2016.

relationship exists between short-term[18] $NO_2$ exposure and respiratory effects, with this determination based primarily on multiple lines of evidence linking $NO_2$ exposure to asthma attacks.

38. In the ISA, short-term $NO_2$ exposure was also associated with respiratory infection, respiratory effects in healthy populations, and respiratory mortality, although uncertainty remained as to whether these effects were due to $NO_2$ itself or to other correlated traffic-related pollutants.

39. The ISA also found likely causal relationships for long-term $NO_2$ exposure with respiratory effects, particularly asthma development in children. Observed associations with cardiovascular effects, diabetes, reproductive and developmental effects, total mortality, and cancer were deemed to be suggestive, due again to concerns regarding whether observed effects were independent of other co-emitted traffic-related pollutants.

40. Since the 2016 ISA, new epidemiological evidence has been published that demonstrate health impacts from $NO_2$ exposure, supporting previous findings and providing new evidence of health effects resulting from $NO_2$ exposures below current EPA standards.

41. For example, a meta-analysis by Meng et al.[19] examined the short-term health effects of $NO_2$ across 398 cities in 18 countries, providing some of the most comprehensive global evidence to date on the relationship between $NO_2$ exposure and mortality.

42. The study found that for each 10 $\mu g/m^3$ increase in daily $NO_2$ concentration, the risk of total mortality increased by 0.46%, with significant associations also observed for cardiovascular

[18] Short-term exposure defined as minutes up to a month-long exposures.

[19] Meng X, Liu C, Chen R, et al. Short term associations of ambient nitrogen dioxide with daily total, cardiovascular, and respiratory mortality: multilocation analysis in 398 cities. BMJ 2021; 372: n534. doi: https://doi.org/10.1136/bmj.n534

and respiratory mortality. Importantly, these associations remained statistically significant even after adjusting for exposures to inhalable particles ($PM_{10}$) and to $PM_{2.5}$, providing evidence that $NO_2$ has adverse health effects independent of particulate matter.

43. Further, the association between short-term $NO_2$ exposure and mortality was almost linear across the range of ambient concentrations studied, with no discernible threshold below which health effects were absent. This finding indicates that health risks associated with $NO_2$ were present even at concentrations below current regulatory standards and World Health Organization air quality guidelines.

44. Together, these findings suggest that any increase in ambient $NO_2$ concentrations is harmful to health, even when concentrations remain within current regulatory limits.

***Vulnerable Populations***

45. Scientific evidence indicates that the health burdens of $PM_{2.5}$ and $NO_2$ are not borne equally across the population. As discussed in their most recent ISAs, EPA found adequate scientific evidence that both children and non-white populations are at increased risk for $PM_{2.5}$-related health effects, and that both children and older adults (65+ years) are at increased risk for $NO_2$-related health effects.[20]

*Children*

---

[20] EPA's ISAs for $PM_{2.5}$ and $NO_2$ classified evidence on whether specific populations or life stages face increased risk for pollution-related health effects as: "adequate," "suggestive," "inadequate," or "evidence of no effect." Adequate evidence was defined as there being "substantial, consistent evidence within a discipline to conclude that a factor results in a population or lifestage being at increased risk of air pollutant-related health effect(s) relative to some reference population or lifestage. Where applicable, this evidence includes coherence across disciplines. Evidence includes multiple high-quality studies."

46. Children were identified as a population at increased risk of adverse health effects from both $PM_{2.5}$ and $NO_2$ exposure, reflecting their developing respiratory systems, higher ventilation rates relative to body mass, greater proportion of oral breathing, and tendency to spend more time outdoors, factors which together contribute to higher effective doses of inhaled pollution and greater vulnerability to its effects.[3,17]

47. For $PM_{2.5}$, exposures have been associated with several adverse health effects in children, including impaired lung function growth, decrements in lung function, and asthma development, with the magnitude of associations generally similar to those observed for adults.

48. A study conducted in 2015 of air quality and lung development in children found that declines in both long-term $PM_{2.5}$ and $NO_2$ exposures were associated with statistically and clinically significant improvements in forced expiratory volume in one second (FEV1)[21] and forced vital capacity (FVC) in both sexes and in children with and without asthma..[22]

49. Further, the percentage of children with clinically low FEV1 at age 15 declined significantly with lower $PM_{2.5}$ and $NO_2$ levels, proving evidence of meaningful improvements in lung growth associated with declining exposures.

50. The epidemiological evidence for $NO_2$ similarly shows greater susceptibility to respiratory effects in children compared to adults. The most robust evidence comes from studies of asthma hospital admissions and emergency department visits, where comparisons between

[21] Defined as <80% of the predicted value

[22] Gauderman WJ, Urman R, Avol E, Berhane K, McConnell R, Rappaport E, Chang R, Lurmann F, Gilliland F. Association of Improved Air Quality with Lung Development in Children. N Engl J Med 2015; 372:905-913

children aged 0–14 years and older age groups show larger associations with short-term $NO_2$ exposure in children, particularly for asthma exacerbation requiring acute medical care.[23]

51. A systematic review and meta-analysis of 67 studies, 48 of which included data specifically on children, found a pooled relative risk of 1.014 (95% CI: 1.008–1.020) per 10 $\mu g/m^3$ increase in 24-hour $NO_2$ concentration for asthma-related emergency room visits and hospitalizations, with high certainty of evidence and with the association strength found to be greater in children than in adults.[24]

52. In addition, a recent prospective cohort study of generally healthy children in metropolitan Boston[25] found that long-term $NO_2$ exposure, both during the first year of life and from birth through early adolescence, was associated with lower lung function, with results suggesting that the effects of early life $NO_2$ exposure persist throughout the life course. Notably, adverse effects were observed at $NO_2$ concentrations well below the current US annual standard.

*Older Adults*[26]

53. The 2016 ISA also concluded that older adults are at increased risk for $NO_2$-related health effects. This conclusion was based primarily on epidemiological evidence of larger effects from short-term $NO_2$ exposures in this age group relative to younger adults.[17]

---

[23] While a small number of studies found no age-related difference for $NO_2$-associated asthma outpatient visits and medication use, outcomes that reflect less severe disease, these findings do not undermine the overall conclusion, as the evidence for more serious outcomes requiring acute medical care were found to be sufficiently consistent.

[24] Zheng XY, Orellano P, Lin HL, Jiang M, Guan WJ. Short-term exposure to ozone, nitrogen dioxide, and sulphur dioxide and emergency department visits and hospital admissions due to asthma: A systematic review and meta-analysis. Environment International 2021; 150, 106435.

[25] Zetlen HL, Rifas-Shiman SL, Gibson H, Oken E, Gold DR, Rice MB. Long-Term Exposure to Nitrogen Dioxide and Ozone and Respiratory Health in Children. Ann Am Thorac Soc. 2025 Feb;22(2):226-234.

[26] 65 years and older.

54. Older adults may be particularly susceptible to $NO_2$ due to age-related declines in lung function, reduced mucociliary clearance, and the deterioration of immune function with age, which may increase susceptibility to $NO_2$-triggered airway inflammation and respiratory infections.[17] Older adults also have a higher prevalence of underlying cardiovascular and respiratory disease, which can lower the threshold at which $NO_2$ exposure produces clinically significant effects.[17]

55. Epidemiological studies of short-term $NO_2$ exposure generally show one- to threefold larger associations between short-term $NO_2$ exposure and asthma hospital admissions and emergency department visits in adults aged 65 years and older compared to those aged 15-64 years, although a small number of studies found no increased risk in older adults.[17] Results for all respiratory hospital admissions similarly showed larger associations with $NO_2$ for older adults.

56. For non-respiratory effects, associations between short-term $NO_2$ and total mortality are also generally larger in older adults, with evidence pointing to particularly elevated risk among the oldest adults, those over 75 or 85 years of age.

57. While the evidence for long-term $NO_2$ exposure and health effects in older adults has been less consistent, a study of the US Medicare population found significant associations between long-term $NO_2$ exposure and mortality from all causes, cardiovascular disease, respiratory disease, and cancer, with no evidence of a threshold across the full range of $NO_2$ exposures.[27]

---

[27] Eum KD, Honda TJ, Wang B, Kazemiparkouhi F, Manjourides J, Pun VC, Pavlu V, Suh H. Long-term nitrogen dioxide exposure and cause-specific mortality in the U.S. Medicare population. Environ Res., 2022. 1;207:112154. doi: 10.1016/j.envres.2021.112154.

*Race and Ethnicity*

58. EPA concluded that there was adequate scientific evidence that non-white populations, particularly Black populations, face increased risk for $PM_{2.5}$-related health effects, reflecting both higher exposures[28] and consistent evidence of elevated health risks across multiple studies. Consistent with this conclusion, a recent study by Josey et al.[29] found that Black and low-income Americans face significantly higher $PM_{2.5}$-associated mortality risk than other demographic groups and benefit more when $PM_{2.5}$ levels decrease.

59. These elevated health risk risks reflect, in part, the substantially higher $PM_{2.5}$ exposures experienced by non-white as compared to white populations. Liu et al.[30] showed that racial and ethnic minority groups consistently face higher exposures to multiple air pollutants, including $PM_{2.5}$, compared to their white counterparts. Although absolute exposure disparities declined as overall air pollution levels fell between 1990 and 2010, racial and ethnic disparities in $PM_{2.5}$ exposure persisted across income levels, in both urban and rural areas, and in all states.

60. While EPA's 2016 ISA did not find adequate evidence that race and ethnicity modify $NO_2$-related health risks, the same patterns of disproportionate exposure documented for $PM_{2.5}$ have also been observed for $NO_2$. In 2010, the disparity between the racial and ethnic group with the highest versus lowest national average $NO_2$ exposure was 54%, larger than disparities observed for any other pollutant studied.[30] Given the well-documented higher $NO_2$ exposures experienced by non-white and low-income communities, and the adverse health effects of $NO^2$

---

[28] Jbaily A, Zhou X, Liu J, Lee TH, Kamareddine L, Verguet S, Dominici F. Air pollution exposure disparities across US population and income groups. Nature. 2022; 601(7892): 228-233.

[29] Josey KP, Delaney SW, Wu X, Nethery RC, DeSouza P, Braun D, Dominici F. Air Pollution and Mortality at the Intersection of Race and Social Class. N Engl J Med 2023; 388: 1396-1404.

[30] Liu J, Clark LP, Bechle MJ, Hajat A, Kim SY, Robinson AL, Sheppard L, Szpiro AA, Marshall JD. Disparities in Air Pollution Exposure in the United States by Race/Ethnicity and Income, 1990-2010. Environ Health Perspect. 2021 Dec;129(12):127005. doi: 10.1289/EHP8584.

described above, these populations warrant particular consideration in assessing the public health implications of the unpermitted turbines.

*Vulnerable Populations Near the Plant*

61. The scientific evidence reviewed above demonstrates that children, older adults, and non-white and low-income populations may face elevated health risks from $PM_{2.5}$ and $NO_2$ exposure.

62. For children and older adults, biological factors, including developing or declining respiratory systems and immune function, may contribute to greater susceptibility to the health effects of these pollutants.

63. For non-white and low-income populations, disproportionately higher exposures to $PM_{2.5}$ and $NO_2$, combined with higher burdens of underlying disease and reduced access to healthcare, may further compound their risk.

64. As described below, the communities surrounding the unpermitted turbines include precisely these populations (Figure 1.B-E), as well as locations where they congregate, such as schools and parks (Figure 1.A), raising particular concern about the public health implications of emissions from the Colossus Gas Plant. 65.Approximately 158,685 people in 61,328 households live within a 6-mile radius of the Plant.[31]

65. A large fraction of these individuals are persons of color (Figure 1.B); approximately 77% of the population within the 6-mile radius of the Plant are persons of color.[32] Within Mississippi alone, approximately 41,798 persons of color live within 6 miles of the Plant. As

[31] Population and household counts are derived from the American Community Survey (ACS) 5-year estimates, 2020–2024, at the census tract level.

[32] Percentages reported in the body text (e.g., 77%, 13.7%) are calculated as the count within the 6-mile radius divided by the total population (or total households) within that radius.

shown in Figure 1.B, many of the census tracts surrounding the Plant fall in the highest national category for percent people of color (73.8%–100%), meaning these tracts have a higher share of people of color than approximately 95% of all census tracts nationwide.[33]

66. Households located near the Plant are poor, with 8,376 households (or 13.7% of all households) within the 6-mile radius having incomes less than $15,000 per year (Figure 1.C).[32] The areas immediately surrounding the Plant include census tracts that have among the highest percentages of poor households.

67. Children and older adults also live near the Plant, comprising 7% and 15.5% of the near - Plant population, respectively (Figures 1.D–E). Several census tracts within 6 miles of the Plant have a higher fraction of children than approximately 95% of all census tracts nationwide. In addition, 66 parks and 24 elementary schools, locations where children and families often congregate, lie within 6 miles of the Plant, of which 40 parks and 9 elementary schools are in Mississippi.

**CONCLUSIONS**

68. As presented above, the Plant emits pollutants for which no safe exposure threshold has been established, and the surrounding population includes high concentrations of individuals with heightened vulnerability to those pollutants. Together, these factors support a reasonable scientific conclusion that the Plant's operations pose meaningful public health risks to local communities. Accordingly, it is my opinion that emissions from the Colossus Gas Plant are likely to increase public health risks for the surrounding population, with these risks falling

[33] Shading categories in Figure 1.B-E reflect each census tract's value relative to the national distribution of US census tracts. For example, the highest bin for percent people of color (73.8%–100%) identifies tracts in which the share of people of color exceeds that of approximately 95% of US census tracts.

disproportionately on its most vulnerable members, including children, older adults, persons of color, and low-income households.

**Figure 1. Community Characteristics Within Six Miles of the Colossus Gas Plant, Southaven, Mississippi.**[1]




[1] Maps show a six-mile radius around the Colossus Gas Plant located at 2875 Stanton Road, Southaven, Mississippi. The red circle indicates the six-mile radius. Map A depicts public K-12 Schools. Maps B-E feature Census Tracts. The state line delineating Tennessee from Mississippi is shown. All maps drawn at a 1:350,000 scale.

Last updated: May 05, 2026
Sources: American Community Survey 5-Year Estimates (2020-2024), National Center for Education Statistics, DeSoto County GIS, Memphis Open Data, the Trust for Public Land, ESRI Living Atlas

Executed on May 5, 2026

Dr. Helen Suh

**Attachment 1. Curriculum Vitae**

**CURRICULUM VITA**

**HELEN H. SUH, Sc.D.**
Professor

*Office Address:*

Department of Civil and Environmental Engineering — Tel: 617-767-4353
Tufts University — email: helen.suh@tufts.edu
200 College Avenue
301 Anderson Hall
Medford, MA 02153

**EDUCATION**

| | | |
|---|---|---|
| Sc.D | 1993 | Environmental Health, Harvard University, School of Public Health, Boston, MA |
| M.S. | 1990 | Environmental Health, Harvard University, School of Public Health, Boston, MA |
| SB | 1985 | Biology, Massachusetts Institute of Technology, Cambridge, MA |

**CURRENT ACADEMIC APPOINTMENTS**

2016 – **Professor**, Department of Civil and Environmental Engineering
Tufts University, Medford, MA

Sept 2012 - **Senior Fellow**, Department of Public Health
NORC at the University of Chicago, Chicago, IL

**PREVIOUS ACADEMIC APPOINTMENTS**

2013 -2019 **Research Affiliate**, Center on the Demography and Economics of Aging
University of Chicago, Chicago, IL

2012 – 2016 **Professor, Department of Health Sciences**
Bouve College of Health Sciences, Northeastern University, Boston, MA

2013 - 2016 **Affiliated Faculty, Department of Civil and Environmental Engineering,** School of Engineering, Northeastern University, Boston, MA

Spring 2014 **Interim Chair**, Department of Health Sciences, Northeastern University, Boston, MA

2011 - 2015 **Adjunct Associate Professor**, Department of Environmental Health, Harvard School of Public Health, Boston, MA

2011 – 2012 **Program Area Director**, Environmental Health
NORC at the University of Chicago, Boston, MA

1993 - 2010 **Associate Professor** (Assistant Professor, 1997-2002; Instructor, 1993-1997), Department of Environmental Health, Harvard School of Public Health, Boston, MA

**HONORS AND DISTINCTIONS**

2020 ***Environmental Health Perspectives* Impact Factor Collection** for Pun et al. (2017), papers that contributed most to *Environmental Health Perspectives* impact factor

2005-2007 **Faculty Council**, Harvard School of Public Health

1999 **Yaglou Award**, International Academy of Indoor Air Sciences

1998 **USEPA Scientific and Technological Achievement** 2nd Level Award, "Fine and Coarse Particles: Concentration Relationships Relevant to Epidemiological Studies"

1994, 1995 **Post-Doctoral Fellowship**, Center for Indoor Air Research

1992, 1993 **Research Fellowship**, National Research Service Award, NIH

1990 **Switzer Foundation Environmental Fellow**, Switzer Foundation

## SCHOLARSHIP AND RESEARCH

*Publications*

Relevant Statistics (December 2024): h-index: 85; i10-index: 145; Citations: 21,836

Refereed Original Articles (*indicates first or senior author)

1. Brauer M, Ryan PB, **Suh HH**, Koutrakis P, Spengler JD. Measurements of Nitrous Acid Inside Two Research Houses. *Environmental Science Technology,* 1990, 24:1521-7.
2. **Suh HH**, Spengler JD, Koutrakis P. Personal Exposures to Acid Aerosols and Ammonia. *Environmental Science Technology*, 1992; 26:2507-17.*
3. **Suh HH**, Koutrakis P, Spengler JD. Validation of Personal Exposure Models for Sulfates and Aerosol Strong Acidity. *Journal of the Air & Waste Management Association,* 1993; 43:845-50. *
4. Liu LS, Koutrakis P, **Suh HH**, Mulik JD, Burton RM. Use of Personal Measurements for Ozone Exposure Assessment: A Pilot Study. *Environmental Health Perspectives,* 1993; 101:318-24.
5. **Suh HH**, Koutrakis P, Spengler JD. The Relationship between Aerosol Acidity and Ammonia in Indoor Environments. *Journal of Exposure Analysis Environmental Epidemiology,* 1994; 4:1-22. *
6. **Suh HH**, Allen GA, Aurian-Blajeni B, Koutrakis P. Field Method Intercomparison for the Characterization of Acid Aerosols and Gases. *Atmospheric Environment,* 1994; 28:2981-9.*
7. **Suh HH**, Koutrakis P, Allen GA, Burton RM. Spatial Variation in Outdoor Acidic Sulfate and Ammonia Concentrations within Metropolitan Philadelphia. *Journal Air & Waste Management Association,* 1995; 45:442-52. *
8. Burton RM, **Suh HH**, Koutrakis P. Characterization of Outdoor Particle Concentrations within Metropolitan Philadelphia. *Environmental Science Technology*, 1996; 30:400-7. *
9. Wilson WE, **Suh HH**. Fine and Coarse Particles: Concentration Relationships Relevant to Epidemiologic Studies. *Journal Air & Waste Management Association*, 1997; 47:1238-49. *
10. **Suh HH**, Nishioka Y, Koutrakis P, Burton RM. The Metropolitan Acid Aerosol Characterization Study: Results from Washington, DC. *Environmental Health Perspectives,* 1997; 105:826-34. *
11. Bahadori T, **Suh HH**, Koutrakis P. Issues in Human Particulate Exposure Assessment: Relationship between Outdoor, Indoor, and Personal Exposures. *Journal of Human Ecological Risk Assessment,* 1999; 5:459-70.

12. Chang L-T, Sarnat J, Wolfson JM, Rojas-Bracho L, **Suh HH**, Koutrakis P. Development of a Personal Multi-Pollutant Exposure Sampler for Particulate Matter and Criteria Gases. *Pollution Atmosphérique-Numéro Spécial 40^e Anniversaire de l'appa*., December, 1999; 10:31-9. *

13. Abt E, **Suh HH**, Allen GA, Koutrakis P. Characterization of Indoor Particle Sources: A Study Conducted in the Metropolitan Boston Area. *Environmental Health Perspectives,* 2000; 108:35-44.

14. Abt E, **Suh H**, Catalano P, Koutrakis P. Relative Contribution of Outdoor and Indoor Particle Sources to Indoor Concentrations. *Environmental. Science Technology*, 2000; 34:3579-87.

15. Rojas-Bracho L, **Suh H**, Koutrakis P. Relationship among Personal, Indoor, and Outdoor Fine and Coarse Particulate Concentrations for Individuals with COPD. *Journal of Exposure Analysis & Environmental Epidemiology,* 2000; 10:294-306.

16. Sarnat J, Koutrakis P, **Suh HH**. Assessing The Relationship between Personal Particulate and Gaseous Exposures of Senior Citizens Living in Baltimore, MD. *Journal of the Air & Waste Management Association,* 2000; 50:1184-98. *

17. Chang LT, Koutrakis P, Catalano P, **Suh HH**. Hourly Personal Exposures to Fine Particles and Gaseous Pollutants-Results from Baltimore, MD. *Journal of the Air & Waste Management Association*, 2000; 50:1223-35. *

18. Long CM, **Suh HH**, Koutrakis P. Characterization of Indoor Particle Sources Using Continuous Mass and Size Monitors. *Journal of the Air & Waste Management Association*, 2000; 50:1236-50.

19. **Suh HH**, Bahadori T, Vallarino J, Spengler JD. Criteria Air Pollutants and Toxic Air Pollutants. *Environmental Health Perspectives*, 2000; 108:625-33. *

20. Long CM, **Suh HH**, Kobzik L, Catalano PJ, Ning YY, Koutrakis P. A Pilot Investigation of the Relative Toxicity of Indoor and Outdoor Fine Particles: *In Vitro* Effects of Endotoxin and Other Particulate Properties. *Environmental Health Perspectives,* 2001; 109:1019-26.

21. Long, CM, **Suh HH**, Catalano PJ, Koutrakis P. Using Time- and Size-Resolved Particulate Data to Quantify Indoor Penetration and Deposition Behavior. *Environmental Science Technology*, 2001; 35:2089-99.

22. Sarnat JA, Schwartz J, Catalano PJ, **Suh HH**. Gaseous Pollutants in Particulate Matter Epidemiology: Confounders or Surrogates? *Environ Health Perspect*, 2001; 109:1053-61.*

23. Sarnat JA, Schwartz J, **Suh HH**. Fine Particulate Air Pollution and Mortality in 20 US Cities. N Engl J Med. 2001 Apr 19;344(16): 1253-4.

24. Chang L-T, **Suh HH**, Wolfson JM, Misra K, Allen GA, Catalano PJ, Koutrakis P. Laboratory and Field Evaluation of Measurement Methods for One-Hour Exposures to $O_3$, $PM_{2.5}$ and CO. *Journal Air & Waste Management Association,* 2001; 51:1414-22. *

25. Janssen NAH, Schwartz J, Zanobetti A, **Suh HH**. Air Conditioning and Source-Specific Particles as Modifiers of the Effect of $PM_{10}$ on Hospital Admissions for Heart and Lung Disease. *Environmental Health Perspectives*, 2002; 110:43-9. *

26. Rojas-Bracho, L, **Suh HH**, Oyola P, Koutrakis P. Measurements of Children's Exposures to Particles and Nitrogen Dioxide in Santiago, Chile. *The Science of the Total Environment*, 2002; 287:249-64.

27. Saldiva HN, Clarke RW, Coull BA, Stearns R, Lawrence J, Krishna MG, Diaz E, Koutrakis P, **Suh H**, Tsuda A, Godleski JG. Lung Inflammation Induced by Concentrated Ambient Air Particles is Related

to Particle Composition. *American Journal of Respiratory and Critical Care Medicine*, 2002; 165:1610-17.

28. Sarnat JA, Koutrakis P, Long CM, Coull B, Schwart J, **Suh HH**. Using Sulfur as a Tracer for Outdoor Fine Particulate Matter. *Environmental Science Technology*, 2002; 36:5305-14. *

29. Chang LT, Koutrakis P, Catalano, PJ, **Suh HH**. Assessing the Importance of Different Exposure Metrics and Time-Activity Data to Predict 24-H Personal $PM_{2.5}$ Exposures. *Journal of Toxicology and Environmental Health,* Part A, 2003; 66:1825-46. *

30. White W, **Suh HH**. Monitoring Exposure to Ambient Air Pollutants. *Journal of Toxicology and Environmental Health,* Part A, 2003; 66: 1879-82. *

31. Lippmann M, Frampton M, Schwartz J, Dockery D, Schlesinger R, Koutrakis P, Froines J, Nel A, Finkelstein J, Godleski J, Kaufman J, Koenig J, Larson T, Luchtel D, Liu LS, Oberdorster G, Peters A, Sarnat J, Sioutas C, **Suh H**, Sullivan J, Utell M, Wichmann E, Zelikoff J. The U.S. Environmental Protection Agency Particulate Matter Health Effects Research Centers Program: A Midcourse Report of Status, Progress, and Plans. *Environmental Health Perspectives,* 2003; 11:1074-92.

32. Chang LT, **Suh HH**. Characterization of the Composition of Outdoor, Indoor, and Personal Particulate Exposures. California Air Resources Board, Sacramento, CA, Research Report 98-330. 2003. *

33. Rojas-Bracho L, **Suh HH**, Catalano P, Koutrakis P. Personal Exposures to Particles and their Relationships with Personal Activities for Chronic Obstructive Disease Patients Living in Boston. *Journal of the Air & Waste Management Association,* 2004; 54:207-17.

34. Adamkiewicz G, Ebelt S, Syring M, Slater J, Speizer FE, Schwartz J, **Suh H**, Gold DR. Association between Air Pollution Exposure and Exhaled Nitric Oxide in an Elderly Panel. *Thorax*,2004; 59:204-9.

35. Zanobetti A, Canner MJ, Stone PH, Schwartz J, Sher D, Eagan-Bengston E, Gates KA Batley LH, **Suh HH**, Gold DR. Ambient Pollution and Blood Pressure in Cardiac Rehabilitation Patients. *Circulation*, 2004; 110: 2184-9.

36. Koutrakis P, **Suh HH**, Sarnat J, Brown KW, Coull B, Schwartz J. Characterization of Particulate and Gas Exposures of Sensitive Sub-Populations Living in Baltimore and Boston. Health Effects Institute, Boston, MA, 2004, Research Report Number 98-7.

37. Gold D, Litonjua A, Zanobetti A, Coull BA, Schwartz J, MacCallum G, Verrier RL, Nearing BD, Canner MA, **Suh H**, Stone PA. Air Pollution and ST-segment Depression in Elderly Subjects. *Environmental Health Perspectives*, 2005; 113 (7):883-7.

38. Tonne C, Schwartz J, Mittleman M, Melly S, **Suh H**, Goldberg R. Long-Term Survival after Acute Myocardial Infarction is Lower in More Deprived Neighborhoods. *Circulation,* 2005; 111 (23):3063-70.

39. Schwartz J, Litonjua A, **Suh H**, Verrier M, Zanobetti A, Syring M, Nearing B, Verrier R, Stone P, MacCallum G, Speizer FE, Gold DR. Traffic Related Pollution and Heart Rate Variability in a Panel of Elderly Subjects. *Thorax,* 2005; 60(6):455-61.

40. Ebelt S, Chang LT, Ruiz P, **Suh HH**. Detailed Characterization of Indoor and Personal Particulate Matter Concentrations. California Air Resources Board, Sacramento, CA, Research Report 00-302. 2004. *

41. Thurston GD, Ito K, Mar T, Christensen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Liu H, Neas L, Pinto J, Stolzel M, **Suh HH**, Hopke, PK. The Workshop on the Source Apportionment of PM Health Effects: Inter-Comparison of Results and Implications. *Environmental Health Perspectives*, 2005; 113 (12):1768-74.

42. Wheeler A, Zanobetti A, Gold DR, Schwartz J, Stone P, **Suh HH**. The Relationship between Ambient Air Pollution and Heart Rate Variability (HRV) Differs for Individuals with Heart and Pulmonary Disease. *Environmental Health Perspectives*, 2006; 114:(4)560-6. *

43. Sarnat SE, Coull BA, Schwartz J, Gold DR, **Suh HH**. Factors Affecting the Association between Ambient Concentrations and Personal Exposures to Particles and Gases: Implications for Air Pollution Epidemiology. *Environmental Health Perspectives*, 2006; 114(5):649-54. *

44. Sarnat SE, Ruiz PA, Coull BA, Koutrakis P, **Suh HH**. The Influences of Ambient Particle Composition and Size on Particle Infiltration in Los Angeles, CA residences. *Journal of the Air & Waste Management Association*, 2006; 56:186-96. *

45. Dubowsky SD, **Suh HH**, Coull BA, Schwartz J, Gold DR. Diabetes, Obesity, and Hypertension May Enhance the Acute Inflammatory Response to Air Pollution. *Environmental Health Perspectives*, 2006; 114(7):992-8. *

46. Hopke PK, Ito K, Mar T, Christiansen WF, Eatough DJ, Henry RC, Kim E, Laden F, Lall R, Larson TV, Liu H, Neas L, Pinto J, Stotzel M, **Suh H**, Paatero P, Thurston GD. PM Source Apportionment and Health Effects: 1. Intercomparison of Source Apportionment Results. *Journal of Exposure Science & Environmental Epidemiology*, 2006; 16(3)275-86.

47. Luttmann-Gibson H, **Suh HH**, Coull BA, Dockery DW, Sarnat SE, Schwartz J, Stone PH, Gold DR. Short-Term Effects of Air Pollution on Heart Rate Variability in Senior Adults in Steubenville, OH. *Journal of Occupational & Environmental Medicine,* 2006; 48(8):780-8.

48. Park SK, O'Neill MS, Wright RO, Hu H, Vokonas P, Sparrow D, **Suh HH**, Schwartz J. HFE Genotype, Particulate Air Pollution, and Heart Rate Variability: A Gene-Environment Interaction. *Circulation,* 2006; 114(25):2798-05.

49. Hansen A, Edgerton E, Hartsell B, Janssen J, Burge H, Koutrakis P, Rogers C, **Suh HH**, Chow J, Zielinska B, McMurray P, Mulholland J, Russell A, Rasmussen R. Air Quality Measurements for Aerosol Research and Inhalation Epidemiology Study. *Journal of the Air & Waste Management Association,* 2006; 56:1445-58.

50. Sarnat SE, **Suh HH**, Coull BA, Schwartz J, Stone PH, Gold DR. Ambient Particulate Air Pollution and Cardiac Arrhythmia in a Panel of Senior Adults in Steubenville, OH. *Journal of Occupational & Environmental Medicine*, 2006; 63(10):700-6. *

51. Adar SD, Gold DR, Coull BA, Schwartz J, Stone PH, **Suh HH**. Focused Exposures to Airborne Traffic Particles and Heart Rate Variability in the Elderly. *Epidemiology,* 2007; 18(1):95-103.*

52. Adar SD, Adamkiewicz G, Gold DR, Schwartz J, Coull BA, **Suh HH**. Ambient and Micro-Environmental Particles on Exhaled Nitric Oxide before and after a Group Bus Trip. *Environmental Health Perspectives*, 2007; 115(4):507-12. *

53. Gryparis A, Coull BA, Schwartz J, **Suh HH**. Semiparametric Regression Models for Spatio-Temporal Modeling of Mobile Source Particles in the Greater Boston Area. *Applied Statistics*, 2007; 56 (Part 2), 183-209. *

54. Chahine T, Baccarelli A, Litonjua A, Wright RO, **Suh H**, Gold DR, Sparrow D, Vokonas P, Schwartz J. Particulate Air Pollution, Oxidative Stress Genes, and Heart Rate Variability in an Elderly Cohort. *Environmental Health Perspectives* 2007; 115:1617-22.

55. Alexeeff SE, Litonjua AA, **Suh H**, Sparrow D, Vokonas PS, Schwartz J. Ozone Exposure and Lung Function: Effect Modified by Obesity, Airways Hyperresponsiveness in the VA Normative Aging Study. *Chest* 2007; 132:1890-7.

56. Wellenius GA, Yeh GY, Coull BA, **Suh HH**, Phillips RS, Mittleman MA. Effects of Ambient Air Pollution on Functional Status in Patients with Chronic Congestive Heart Failure: A Repeated-Measures Study. *Environmental Health* 2007, 6:26.

57. Baccarelli A, Cassano PA, Litonjua A, Park SK, **Suh HH**, Sparrow D, Vokonas P, Schwartz J. Cardiac Autonomic Dysfuncion: Effects from Particulate Air Pollution and Protection by Dietary Methyl Nutrients and Metabolic Polymorphisms. *Circulation* 2008; 117:1802-9.

58. Yanosky J, Paciorek C, Schwartz J, Laden F, Puett R, **Suh H**. Spatio-Temporal Modeling of Chronic $PM_{10}$ Exposure for the Nurses' Health Study. *Atmospheric Environment* 2008; 42: 4047-62. *

59. Chuang KJ, Coull BA, **Suh HH**, Gold DM. Particulate Air Pollution as a Risk Factor for ST-segment Depression in Patients with Coronary Artery Disease. *Circulation* 2008; 118:1314-20.

60. Park, SK, O'Neill MS, Vokonas PS, Sparrow D, Spiro A, Tucker KL, **Suh HH**, Hu H, Schwartz J. Traffic-Related Particles are Associated with Elevated Homocysteine: The VA Normative Aging Study. *Am Journal of Respiratory & Critical Care Medicine* 2008; 178(3);283-9.

61. Brown KW, Sarnat JA, **Suh HH**, Coull BA, Spengler JD, Koutrakis P. Ambient Site, Home Outdoor and Home Indoor Particulate Concentrations as Proxies of Personal Exposures. *Journal of Environmental Monitoring,* 2008; 10(9):1041-51.

62. Yanosky JD, Schwartz J, **Suh HH**. Associations between Measures of Socioeconomic Position and Chronic Nitrogen Dioxide Exposure in Worcester, Massachusetts. *Journal of Toxicology and Environmental Health*, Part A, 2008; 71:24, 1593-1602. *

63. MacIntosh D, Myatt T, Ludwig J, Baker B, **Suh HH**, Spengler JD. Whole House Particle Removal and Clean Air Delivery Rates for In-Duct and Portable Ventilation Systems. *J Air Waste Management Association* 2008; 58:1474-82.

64. Puett R, Schwartz J, Hart JE, Yanosky JD, Speizer FE, **Suh H**, Paciorek C, Neas L, Laden F. Chronic Particulate Exposure, Mortality and Coronary Heart Disease in the Nurses' Health Study. *American Journal of Epidemiology* 2008; 168(10):1161-8. doi: 10.1093/aje/kwn232.

65. Alexeeff SE, Litonjua AA, Wright RO, Baccarelli A, **Suh H**, Sparrow D, Vokonas PS, Schwartz J. Ozone exposure, antioxidant genes, and lung function in an elderly cohort: VA Normative Aging Study. *J Occupational & Environmental Medicine* 2008 65(11):736-42.

66. Yanosky JD, Paciorek CJ, **Suh HH**. Predicting Chronic Fine and Coarse Particulate Exposures using Spatio-Temporal Models for the Northeastern and Midwestern US. *Environmental Health Perspectives,* 2009:117(4):522-9 doi:10.1289/ehp.11692. *

67. Paciorek, CJ, Yanosky JD, Pruett RC, Laden F, **Suh HH**. Practical Large-Scale Spatio-Temporal Modeling of Particulate Matter Concentrations. Harvard University Biostatistics Working Paper 76. *Annals of Applied Statistics* 2009; 3(1):369-396. *

68. Lokken RP, Wellenius GA, Coull BA, Burger MR, Schlaug G, **Suh HH**, Mittleman MA. Air Pollution and Risk of Stroke - Underestimation of Effect Due to Misclassification of Time Event Onset. *Epidemiology* 2009; 20(1):137-41.

69. Baccarelli A, Wright RO, Bollati V, Tarantini L. Litonjua AA, **Suh HH**, Zanobetti A, Sparrow D, Vokonas PS, Schwartz J. Rapid DNA Methylation Changes after Exposure to Traffic Particles. *Am J Respiratory Critical Care Med* 2009; 179(7):572-8. doi:10.1164/rcccm.200807-1097OC.

70. Bollati V, Schwartz J, Wright R, Litonjua A, Tarantini L, **Suh H**, Sparrow D, Vokonas P, Baccarelli A. Decline in Genomic DNA Methylation through Aging in a Cohort of Elderly Subjects. *Mechanisms of Aging and Development* 2009; 130(4): 234-239. doi:10.1016/j.mad.2008.12.003.

71. Baxter LK, Wright RJ, Paciorek CJ, Laden F, **Suh HH**, Levy JI. Effects of Exposure Measurement Error in the Analysis of Health Effects from Traffic-Related Air Pollution. J Exp Sci Environ Epidem 2010; 20(1): 101-111. doi:10.1016/jes.2009.5.

72. Von Klot S, Gryparis A, Tonne C, Yanosky J, Coull BA, Goldberg R, Lessard D, Melly S, **Suh H**, Schwartz J. Elemental Carbon Exposure at Residence Survival after Acute Myocardial Infarction. *Epidemiology* 2009; 20(3): 547-54.

73. Mukamal,KJ, Wellenius GA, **Suh HH**, Mittleman MA. Weather and Air Pollution as Triggers of Severe Headaches. *Neurology* 2009; 72(10); 922-7.

74. Wilker E, Mittleman MA, Litonjua GA, Poon A, Baccarelli A, **Suh H**, Wright RO, Sparrow D, Vokonas P, Schwartz J. Postural Changes in Blood Pressure Associated with Interactions between Candidate Genes for Chronic Respiratory Disease and Exposure to Particulate Matter. *Environmental Health Perspectives* 2009; 117(6): 935-40.

75. Sarnat J, Brown K, Bartell S, Sarnat S, Wheeler A, **Suh HH**, Koutrakis P. The Relationship between Averaged Sulfate Exposures and Concentrations: Results from Exposure Assessment Panel Studies in Four U.S. Cities. *Environmental Science &Technology* 2009; 43(13): 5028-34.

76. Brown KW, Sarnat JA, **Suh H**, Coull BA, Koutrakis P. Factors Influencing Relationships between Personal and Ambient Concentrations of Gaseous and Particulate Pollutants. *Science Total Environment*, 2009; 407(12):365-75. doi:10.1016/j.scitotenv.2009.02.016.

77. Ren C, Baccarelli A, Wilker E, **Suh H**, Sparrow D, Pantel V, Wright R, Schwartz J. Lipid and Endothelian Related Genes, Ambient Particulate Matter, and Heart Rate Variability – The Normative Aging Study. *Journal of Epidemiology and Community Health* 2009; doi: 10.1136/jech.2008.83295.

78. Puett R, Hart JE, Yanosky J, Paciorek CJ, Schwartz J, **Suh H**, Speizer FE, Laden F. Chronic Fine and Coarse Particulate Exposure, Mortality and Coronary Heart Disease in the Nurses' Health Study. *Environmental Health Perspectives* 2009; 117(11):1697-1701. doi:10.1289/ehp/.0900572

79. Mordukhovich I, Wright RO, Camarasi , Baja E, **Suh HH**, Baccarelli A, Sparrow D, Vokonas P, Schwartz J. Association between Low-Level Environmental Arsenic Exposure and QT Interval Duration in a General Population Study. *Am J Epidemiology* 2009; 170 (6): 739-746. doi 10.1093/aje/kwp191.

80. Mordukhovich I, Wright RO, **Suh H**, Wilker E, Sparrow D, Vokonas PS, Schwartz J. Black Carbon Exposure, Oxidative Stress Genes, and Blood Pressure in a Repeated Measures Study. *Environmental Health Perspectives* 2009; 117(11): Nov 2009.

81. Ren C, Park, SK Vokonas PS, Sparrow D, Wilker E, Baccarelli A, **Suh H**, Tucker KL, Wright RO, Schwartz J. Air Pollution and Homocysteine: More Evidence that Oxidative Stress-related Genes Modify Effects of Particulate Air Pollution. *Epidemiology* 2010; 21(2):198-206. doi: 10.1097/EDE.0b013e3181cc8bfc.

82. Zanobetti A, Stone PH, Speizer FE, Schwartz JD, Coull BA, **Suh H**, Nearing BC, Mittleman MA, Verrier RL, Gold DR. T-Wave Alternans, Air Pollution and Traffic in High-Risk Subjects. *American Journal of Cardiology* 2009; 104(5):665-70. doi: 10.1016/j.amjcard.2009.04.046. a

83. Wellenius GA, Coull BA, Lokken RP, **Suh HH**, Mittleman MA. Misclassification of onset time of acute events leads to underestimation of air pollution acute health effects. *Epidemiology* 2008; 19(6):S155.

84. Malloy EJ, Morris JS, Adar SD, **Suh H**, Gold DR, Coull BA. Wavelet-based functional linear mixed models: an application to measurement error corrected distributed lag models. *Biostatistics* 2010; 11(3): 432–452.

85. Madrigano J, Baccarelli A, Wright RO, **Suh H**, Sparrow D, Vokonas PS, Schwartz J. Air pollution, obesity, genes and cellular adhesion molecules. *Occupat Environ Med* 2010; 67(5): 312-317.

86. Wilker E, Baccarelli A, **Suh HH**, Vokonas P, Wright RO, Schwartz J. Black Carbon Exposures, Blood Pressure and Interactions with SNPs in MicroRNA Processing Genes. *Environ Health Perspect* 2010; 118(7): 943-948.

87. Zanobetti A, Gold DR, Stone PH, **Suh HH**, Schwartz J, Coull BA, Speizer FE. Reduction in heart rate variability with traffic and air pollution in patients with coronary artery disease. Environ Health Perspect. 2010 Mar;118(3):324-30. doi: 10.1289/ehp.0901003.

88. Baja ES, Schwartz JD, Wellenius GA, Coull BA, Zanobetti A, Vokonas PS, **Suh HH**. Traffic-Related Air Pollution and QT Interval: Modification by Diabetes, Obesity, and Oxidative Stress Gene Polymorphisms in the Normative Aging Study (NAS). *Environ Health Perspect* 2010; 118(6): doi:10.1289/ehp.0901396.*

89. Kang CM, Koutrakis P, **Suh HH**. Hourly Measurements of Fine Particulate Sulfate and Carbon Aerosols at the Harvard-EPA Supersite in Boston. *JAWMA* 2010; 60(11): 1327-1334. PMID: 21141426.*

90. **Suh HH**, Zanobetti A. Exposure error masks the relation between traffic pollution and heart rate variability. *J Occup Environ Medicine* 2010; 52(7):685-692. PMC2911027 *

91. Luttmann-Gibson H, **Suh HH**, Coull BA, Dockery DW, Sarnat SE, Schwartz J, Stone PH, Gold DR. Systemic inflammation, heart rate variability and air pollution in a cohort of senior adults. Occup Environ Med. 2010 Sep;67(9):625-30.

92. McCracken J, Baccarelli A, **Suh HH**, Melly SJ, Schwartz J. Annual Ambient Black Carbon Associated with Shorter Telomeres in Elderly Men: Veterans Administration Normative Aging Study. *Environ Health Perspect* 2010; 118 (11): 1564-1570.

93. Ren C, Fang S, Wright R, **Suh HH**, Schwartz J. Urinary 8-Hydroxy-2´-Deoxyguanosine as a Biomarker of Oxidative DNA Damage Induced by Ambient Pollution in the Normative Aging Study. *J Occup Environ Medicine* in press.

94. Ren C, Vokonas PS, **Suh HH**, Fang S, Christiani DC, Schwartz J. Effect Modification of Air pollution on Urinary 8-Hydroxy-2'-Deoxyguanosine by Genotypes -- an Application of the Multiple Testing

Procedure to Identify Significant SNP Interactions. *Environ Health* 2010, 9:78. doi:10.1186/1476-069X-9-78

95. Brochu P, Kioumourtzoglou MA, Coull BA, Hopke P, **Suh HH**. Development of a New Method to Estimate the Regional and Local Contributions to Black Carbon. *Atmos Environ* 2011; 45 (40): 7681-7687. doi:10.1016/j.atmosenv.2011.01.074. *

96. Alexeeff SE, Coull BA, Gryparis A, **Suh H**, Sparrow D, Vokonas PS, Schwartz J. Medium-Term Exposure to Traffic-Related Air Pollution and Markers of Inflammation and Endothelial Function. Environ Health Perspect 2011, 119: 481-486. doi:10.1289/ehp.1002560

97. Wilker E, Alexeeff S, **Suh H**, Vokonas P, Baccarelli A, Schwartz J. Ambient pollutants, polymorphisms associated with microRNA processing and adhesion molecules: the Normative Aging Study. *Environ Health* 2011, 10:45.

98. Brochu PJ, Yanosky JD, Paciorek CJ, Schwartz J, Chen JT, Herrick RF, **Suh HH**. Particulate Air Pollution and Socioeconomic Position in Rural and Urban Areas of the Northeastern United States. *American Journal Public Health* 2011, 101: S224-S230. doi:10.2105/AJPH.2011.300232. *

99. **Suh HH**, Zanobetti A, Schwartz J, Coull B. Chemical Properties of Air Pollutants and Cause-Specific Hospital Admissions among the Elderly in Atlanta, GA. *Environ Health Perspect* 2011, 119(10): doi:10.1289/ehp.1002646. *

100. Myatt T, MacIntosh D, Kobczik L, Vincent M, **Suh H**. Markers of Inflammation in Alveolar Cells Exposed to Fine Particulate Matter from Prescribed Fires and Urban Air. *J Occup Environ Med* 2011, 53(10):1110-4. *

101. Hoffmann B, Luttmann-Gibson H, Cohen A, Zanobetti A, de Souza C, Foley C, **Suh HH**, Coull BA, Schwartz J, Mittleman M, Stone P, Horton E, Gold DR. Opposing effects of particle pollution, ozone, and ambient temperature on arterial blood pressure. Environ Health Perspect. 2012 Feb;120(2):241-6. doi: 10.1289/ehp.1103647.

102. Puett R, Hart J, **Suh H**, Mittleman M, Laden F. Particulate matter exposures, mortality and cardiovascular disease in the health professionals follow-up study. *Environ Health Persp* 2011; 119(8):1130-1135.

103. Wellenius GA, Burger MR, Coull BA, Schwartz J, **Suh HH**, Koutrakis P, Schlaug G, Gold DR, Mittleman MA. Ambient Air Pollution and the Risk of Acute Ischemic Stroke. *Arch Internal Med* 2012; 172(3):229-234.

104. Wellenius GA, Wilhelm-Benartzi CS, Wilker E, Coull BA, **Suh HH**, Koutrakis P, Lipsitz LA. Ambient Particulate Matter and the Response to Orthostatic Challenge in the Elderly: The MOBILIZE Boston Study. *Hypertension* 2012, 59(3):558-63.

105. Mostofsky E, Schwartz J, Coull BA, Koutrakis P, Wellenius GA, **Suh HH**, Gold D, Mittleman M. Modeling the Association between Particle Constituents of Air Pollution and Health Outcomes. *Am J Epidemiology* 2012; 176(4):317-26. doi: 10.1093/aje/kws018.

106. Bind MA, Baccarelli A, Zanobetti A, Tarantini L, **Suh H**, Vokonas P, Schwartz J. Air pollution and markers of coagulation, inflammation, and endothelial function: associations and epigene-environment interactions in an elderly cohort. *Epidemiology* 2012; 23(2):332-40. doi: 10.1097/EDE.0b013e31824523f0.

107. Alexeeff SE, Mordukhovich I, Gryparis A, Vokonas P, **Suh H**, Coull B, Schwartz J. Association between long-term exposure to traffic particles and blood pressure in the VA Normative Aging Study. *Environ Occup Med* 2012; 69(6):422-7. doi: 10.1136/oemed-2011-100268.

108. Blanes-Vidal V, **Suh H**, Nadimi ES, Løfstrøm P, Ellermann T, Andersen HV, Schwartz J. Residential exposure to outdoor air pollution from livestock operations and perceived annoyance among citizens. *Environment International* 2012; 40: 44–50.

109. Baja ES, Schwartz JD, Coull BA, Wellenuis GA, Vokonas PS, **Suh HH**. Structural equation modeling of the inflammatory response to traffic air pollution. *J Exp Sci Environ Epidemiology* 2013; 23(3):268-74. doi: 10.1038/jes.2012.106.*

110. Kioumourtzoglou MA, Zanobetti A, Coull BA, Schwartz J, Dominici F, **Suh HH**. The Effect of Primary Organic Particles on Emergency Hospital Admissions among the Elderly in 3 US Cities. *Environmental Health* 2013; 12 (68). *

111. Baja ES, Schwartz JD, Coull BA, Wellenius GA, Vokonas PS, **Suh HH**. Structural equation modeling of parasympathetic and sympathetic response to traffic air pollution in a repeated measures study. *Environmental Health* 2013, 12: 81. doi:10.1186/1476-069X-12-81*

112. Gibson H, Zanobetti A, Sarnat S, **Suh HH**, Coull BE, Gold DE. Short-term Effects of Air Pollution on Oxygen Saturation in a Cohort of Senior Adults in Steubenville, OH. *JOEM* 2014, 56(2): 149-154. doi: 10.1097/JOM.0000000000000089.

113. Kingsley S, **Suh HH**, MacIntosh DL, Wellenius GW. Proximity of US Schools to Major Roadways: a Nationwide Assessment. *J Exposure Science Environ Epidemiology* 2014; 24(3): 253-9. doi: 10.1038/jes.2014.5.

114. Kioumourtzoglou MA, Spiegelman D, Szpiro A, Kaufman J, Sheppard L, Hong B, Laden F, Williams R, Yanosky J, **Suh HH**. Exposure Measurement Error in $PM_{2.5}$ Health Effects Studies: A Pooled Analysis of Eight Personal Exposure Validation Studies. *Environmental Health* 2014, **13**:2 (13 January 2014). PMCID: PMC3765898 *

115. Yanosky JD, Paciorek CJ, Laden F, Hart JE, Puett RC, Liao D, **Suh HH**. Spatio-temporal modeling of particulate air pollution in the Conterminous United States using Geographic and Meteorological Predictors. *Environmental Health* 2014; 13:63. *

116. Bind MA, Coull B, **Suh H**, Wright R, Baccarelli A, Vokonas P, Schwartz J. A Novel Genetic Score Approach Using Instruments to Investigate Interactions between Pathways and Environment: Application to Air Pollution. *PLoS One*. 2014; 9(4):e96000.

117. Hart JE, Liao X, Hong B, Puett RC, Yanosky JD, **Suh H**, Kioumourtzoglou MA, Spiegelman D, Laden F. The association of long-term exposure to $PM_{2.5}$ on all-cause mortality in the Nurses' Health Study and the impact of measurement-error correction. Environmental Health 2015;14(1):38. PMID: 25926123. PMCID PMC4427963.

118. Lomboy MFTC, Quirit LL, Molina VB, Dalmacion GV, Schwartz J, **Suh HH**, Baja E. Characterization of fine particulate matter in an urban tertiary care hospital in the Philippines. *Building and Environment*. 2015; 92. DOI: 10.1016/j.buildenv.2015.05.018

119. Ajmani GS, **Suh HH**, Pinto JM. Effects of ambient air pollution exposure on olfaction: A Review. *Environ Health Perspect* 2016; 124(11):1683-1693. Epub 2016 Jun 10.. DOI: 10.1289/EHP136

120. Adams DR, Ajmani GS, Pun VC, Wroblewski KE, Kern DW, Schumm LP, McClintock MK, **Suh HH**, Pinto JM. Nitrogen dioxide pollution exposure is associated with olfactory dysfunction in older US

adults. *International Forum Allergy Rhinology* 2016; 6(12):1245-1252. doi: 10.1002/alr.21829. PMID:27620703

121. Ajmani G, **Suh H**, Yanosky J, Pinto J. Fine particulate matter exposure and olfactory dysfunction among urban-dwelling older US adults. *Environmental Research* 2016; 151:797-803. doi: 10.1016/j.envres.2016.09.012.

122. Cantuaria ML, **Suh H**, Lofstrom P, Blanes-Vidal V. Characterization of exposure in epidemiological studies on air pollution from biodegradable wastes: Misclassification and comparison of exposure assessment strategies. *International Journal of Hygiene and Environmental Health* 2016; 219(8): 770-779.

123. Pun VC, Manjourides J, **Suh H**. Association of ambient air pollution with depressive and anxiety symptoms in older adults: results from the NSHAP study. *Environ Health Perspect* 2017; 125(3); 342-348. DOI:10.1289/EHP494 *

124. Pun VC, Kazemiparkouhi F, Manjourides J, **Suh HH**. Long-Term $PM_{2.5}$ Exposures and Respiratory, Cancer and Cardiovascular Mortality in American Older Adults. *American Journal of Epidemiology* 2017; 186(8):961-969. PMID: 28541385 doi: 10.1093/aje/kwx166. https://doi.org/10.1093/aje/kwx166. *

125. Honda T, Pun VC, Manjourides J, **Suh HH**. Anemia Prevalence and Hemoglobin Levels are Associated with Long-Term Exposure to Air Pollution in an Older Population. *Environmental International* 2017; 101:125-132. doi: 10.1016/j.envint.2017.01.017. *

126. Tallon LA, Manjourides J, Pun VC, Mittleman MA, Kioumourtzoglou MA, Coull B, **Suh HH**. Erectile Dysfunction and Exposure to Ambient Air Pollution in a Nationally Representative Cohort of Older Men. *Environmental Health* 2017; 16:12. DOI: 10.1186/s12940-017-0216. *

127. Ajmani G, **Suh H**, Wroblewski H, Pinto J. Smoking and Olfactory Dysfunction: a Systematic Literature Review and Meta-Analysis. *The Laryngoscope* 2017; 127(8):1753-1761. doi: 10.1002/lary.26558.

128. Tallon LA, Pun VC, Manjourides J, Salhi C, **Suh HH**. Cognitive Impacts of Ambient Air Pollution in the National Social Health and Aging Project (NSHAP) Cohort. *Environment International* 2017; 104-102-109. https://doi.org/10.1016/j.envint.2017.03.019 PMC6022397 *

129. Honda T, Eliot M, Eaton CB, Mu L, **Suh H**, Szpiro A, Kaufman J, Vedal S, Wellenius GA. Long-term exposure to residential ambient fine and coarse particulate matter and incident hypertension in post-menopausal women. *Environment International* 2017; 105:79-85. doi: 10.1016/j.envint.2017.05.009.

130. Honda T, Pun V, Manjourides J, **Suh H**. Associations between long-term exposure to air pollution, glycosylated hemoglobin and diabetes. *International Journal of Hygiene and Environmental Health* 2017; 220: 1124-1132. doi: 10.1016/j.ijheh.2017.06.004. PMC5580354 *

131. Weinberger KR, Kirwa K, Eliot MN, Gold J, **Suh HH**, Wellenius GA. Projected changes in temperature-related morbidity and mortality in Southern New England. *Epidemiology* 2018; 29(4): 473-481.

132. Eum K, **Suh HH**, Pun VC, Manjourides J. Impact of long-term temporal trends in fine particulate matter ($PM_{2.5}$) on associations of annual $PM_{2.5}$ exposure and mortality: An analysis of over 20 million Medicare beneficiaries. *Environmental Epidemiology* 2018; 2(2); e009. doi: 10.1097/EE9.0000000000000009 *

133. Honda T, Pun V, Manjourides J, **Suh H**. Associations of long-term fine particulate matter exposure with prevalent hypertension and increased blood pressure in older Americans. *Environmental Research* 2018; 164: 1-8. PMC5911215 *

134. Pun VC, Manjourides J, **Suh HH**. Association of neighborhood greenness with self-perceived stress, depression and anxiety symptoms in older U.S. adults. *Environmental Health* 2018; 17:39. https://doi.org/10.1186/s12940-018-0381-2 *

135. Wurth R, Kioumourtzoglou MA, Tucker KL, Griffith J, Manjourides J, **Suh H**. Fine particle sources and cognitive function in an older Puerto Rican cohort in greater Boston. *Environmental Epidemiology* 2018; 2(3): e022. doi: 10.1097/EE9.0000000000000022 *

136. Jhun I, Kim J, Cho B, Gold DR, Schwartz J, Coull BA, Zanobetti Z, Rice MB, Mittleman MA, Garshick E, Vokonas P, Bind MA, Wilker E, Dominici F, **Suh H**, Koutrakis P. Synthesis of Harvard EPA Center Studies on Traffic-Related Cardiovascular Outcomes in New England. *Journal of the Air & Waste Management Association* 2019; 69(8): 900-917. PMID: 30888266.

137. Pun VC, Manjourides J, **Suh HH**. Close proximity to roadway and urbanicity associated with mental ill-health in older adults. *Science of the Total Environment* 2019; 658: 854-860. PMC7004241*

138. Eum KD, Kazemiparkouhi F, Wang, B, Manjourides J, **Suh HH**. Long-Term $NO_2$ Exposures and Cause-specific Mortality in American Older Adults. *Environmental International* 2019 124:10-15. doi: 10.1016/j.envint.2018.12.060. *

139. Kazemiparkouhi F, Eum KD, Wang B, Manjourides J, **Suh HH**. Long-term ozone exposures and cause-specific mortality in a US Medicare cohort. *Journal of Exposure Science Environmental Epidemiology* 2019. PMID: 30992518; https://doi.org/10.1038/s41370-019-0135-4 *

140. Kirwa K, McConnell-Rios R, Manjourides J, Cordero J, Alshawabekeh A, **Suh HH**. Low birth weight and $PM_{2.5}$ in Puerto Rico. *Environmental Epidemiology* 2019; 3(4):2474-7882. PMC7039618 *

141. Honda T, Manjourides J, **Suh H**. Daily ambient temperature is associated with biomarkers of kidney injury in older Americans. *Environmental Research* 2019; 179(Pt A):108790. doi: 10.1016/j.envres.2019.108790. PMC6893879 *

142. Wang B, Eum K, Kazemiparkouhi F, Li C, Manjourides J, Pavlu V, **Suh HH**. The impact of long-term $PM_{2.5}$ exposure on specific causes of death: exposure-response curves and effect modification among 53 million U.S. Medicare beneficiaries. *Environ Health* 2020; 19: 20. https://doi.org/10.1186/s12940-020-00575-0 *

143. Manjourides J, Zimmerman E, Watkins D, Carpenito T, Velez-Vega C, Huerta-Montanez G, Rosario Z, Ayala I, Vergara C, Feric Z, Ondras M, **Suh HH**, Gu AZ, Brown P, Cordero JF, Meeker JD, Alshawabkeh A. Cohort profile: Center for Research on Early Childhood Exposures in Puerto Rico (CRECE). *BMJ Open* 2020;10: e036389. doi:10.1136/bmjopen-2019-036389.

144. **Suh HH**, Meehan J, Blaisdell L, Browne L. Effectiveness of Non-Pharmaceutical Interventions on Child and Staff COVID-19 Cases in US Summer Camps. *medXriv* 2021. https://doi.org/10.1101/2021.02.18.21250271 *

145. Kirwa K, Feric Z, Manjourides J, Alshawabekeh A, Velez Vega CM, Cordero JF, Meeker JD, **Suh HH**. Preterm birth and $PM_{2.5}$ in Puerto Rico: Evidence from the PROTECT birth cohort. *Environmental Health* 2021; 20(1):69. PMC8196435. *

146. Morton S, Honda T, Zimmerman E, Kirwa K, Huerta-Montanez G, Martens A, Hines M, Ondras M, Eum KD, Cordero JF, Alshawabekeh A, **Suh HH**. Non-Nutritive Suck and Airborne Metal Exposures

Among Puerto Rican Infants. *Science of Total Environment* 2021; 789:148008. PMC34082200. *

147. **Suh HH**, Meehan J, Blaisdell L, Browne L. Non-Pharmaceutical Interventions and COVID-19 Cases in US Summer Camps: Results from an American Camp Association Survey. *J Epidemiology & Community Health* 2022; 76(4):327-334. doi: 10.1136/jech-2021-216711. *

148. Eum KD, Honda TJ, Wang B, Kazemiparkouhi F, Manjourides J, Pun VC, Pavlu V, **Suh H**. Long-Term Nitrogen Dioxide Exposure and Cause-Specific Mortality in the U.S. Medicare Population. *Environmental Research* 2022; 207:112154. doi: 10.1016/j.envres.2021.112154. *

149. Honda T, Kazemiparkouhi F, Henry T, **Suh H**. Long-term $PM_{2.5}$ Exposure and Sepsis Mortality in a US Medicare Cohort. *BMJ Public Health* 2022; 22(1):1214. doi: 10.1186/s12889-022-13628-5. PMID: 35717154; PMCID: PMC9206363. *

150. Honda T, Kazemiparkouhi F, **Suh H**. The Impact of Long-Term Air Pollution Exposure on Type 1 Diabetes Mellitus-Related Mortality among U.S. Medicare Beneficiaries. *Toxics* 2023; 11(4): 336. doi: 10.3390/toxics11040336. *

151. Ochoa Scussiatto H, Wroblewski K, Pagel K, Schumm P, McClintock M, Ramanathan M, **Suh H**, Pinto J. Air pollution exposure is associated with rhinitis in older US adults via specific immune mechanisms. *International Forum of Allergy & Rhinology* 2023; doi: 10.1002/alr.23225. PMID: 37357822.

152. Xua G, Zhou X, Wang M, Zhang B, Jiang W, Laden F, **Suh HH**, Szpiro AA, Spiegelman D, Wang Z. Causal Inference with Double/Debiased Machine Learning for Evaluating the Health Effects of Multiple Mismeasured Pollutants. arXiv:2410.07135; 2024.

153. Leaffer DJ, **Suh H**, Durant JL, Tracey B, Roof C, Gute DM. Long-term measurement study of urban environmental low frequency noise. *J Expo Sci Environ Epidemiol* 2025; 35(1): 37-49. https://doi.org/10.1038/s41370-023-00599-x

154. Khanizadeh M, Naddafi K, Yunesian M, Hoek G, Nabizadeh R, **Suh H**, Niazi S, Bayat R, Momeniha F, Hassanvand MS, Faridi S. Comparison of $PM_{2.5}$ around 1893 elementary schools and kindergartens in Tehran over different time windows. *Urban Climate* 2025; 59: 102249.

155. Honda T, Henry T, Corlin L, Kirwa K, Alshawabkeh A, Varshavsky J, Kennedy W, Cordero JF, Velez Vega CM, Rosario Pabon ZY, Meeker JD, **Suh H**. Associations Between Ambient $PM_{2.5}$ and Thyroid Hormones in Pregnant Persons in Puerto Rico. *Toxics* 2025; 13(1), 58; https://doi.org/10.3390/toxics13010058 *

156. Honda T, Henry T, Porucznik CA, Corlin L, Kirwa K, Alshawabkeh A, Cordero JF, Velez Vega CM, Rosario Pabon ZY, Meeker J, **Suh H**. Associations Among $PM_{2.5}$, Corticotropin Releasing Hormone, Estriol, and Progesterone in Pregnant Persons in Puerto Rico. *Environ Research Communications* 2025; 1;7(3):031008. doi: 10.1088/2515-7620/adc0f1. *

157. Zhang B, Eum KD, Szpiro A, Zhang N, Hernandez-Ramirez RU, Spiegelman D, Wang M, **Suh H**. Exposure measurement error in air pollution health effect studies: A pooled analysis of personal exposure validation studies in 17 communities across the United States. *International J Environ Health Research* 2025, 35(11), 3473-3483. https://doi.org/10.1080/09603123.2025.2488481.

158. Zhang B, Hart JE, Laden F, Wang M, Wang Z, Xu G, Zhou X, Spiegelman D, **Suh H**, James P. The association between $PM_{2.5}$ components and cognitive decline: the impact of measurement error correction. *Environ Research* in press.

Book Chapters

1. **Suh HH**, Koutrakis P. Acid Aerosol Exposures and Health. In: Majumdar SK, Miller EW, Brenner FJ, eds. Environmental Contaminants, Ecosystems and Human Health. Easton, PA: Pennsylvania Academy of Science, 1995; 198-215. *
2. Evans J, Levy J, Hammitt J, Santos Burgoa C, Castillejos M, Caballero Ramírez M, Hernández Ávila M, Riojas Rodríguez H, Rojas Bracho L, Serrano Trespalacios P, Spengler JD, **Suh HH**. Health Benefits of Air Pollution Control. Air Quality in the Mexico Megacity. Alliance for Global Sustainability Bookseries Volume 2, 2002, 105-136.
3. **Suh HH**. Exposure Assessment for Environmental Epidemiology: Particulate Matter as a Case Study. In: M. Nieuwenhuijsen ed. Exposure Assessment for Environmental and Occupational Epidemiology. Oxford University Press, Oxford, England, 2003. *
4. **Suh HH**. Exposure Assessment for Environmental Epidemiology: Particulate Matter as a Case Study. In: M. Nieuwenhuijsen ed. Exposure Assessment for Environmental and Occupational Epidemiology. Second Edition, Oxford University Press, Oxford, England, 2015. *


***Major Research Support***

Completed Funded Grants (2000 -):

- "Measurement of Indoor Particulate Source Strengths Using Semi-Continuous Particulate Monitors" sponsored by the Center for Indoor Air Research (Co-Principal Investigator); Feb 1996 - June 2003. Total costs over study period: $470,976.
- "Detailed Characterization of Factors affecting Indoor $PM_{2.5}$ Concentrations" sponsored by the California Air Resources Board (Principal Investigator); March 2000 - July 2003. Total costs over study period: $599,145.
- "Characterization of Multi-Pollutant Exposures" sponsored by the Ohio Coal and Development Office, the U.S. Department of Energy, and the Electric Power Research Institute (Principal Investigator); Dec 2000 - June 2003 (EPRI); Jan 2000 -Dec 2002 (DOE). Total costs over study period: $699,375.
- "Characterization of Personal, Indoor, and Outdoor $PM_{2.5}$ Exposures: Composition and Health Effects" sponsored jointly by the Electric Power Research Institute and the American Petroleum Institute (Principal Investigator); Apr 1999 - Dec 2002. Total costs over study period: $644,442.
- "Speciation of Personal $PM_{2.5}$ Exposures for Individuals with COPD Living in the Los Angeles Metropolitan Area" sponsored by the California Air Resources Board (Principal Investigator); June 1999 - May 2002. Total costs over study period: $434,918.
- "Ambient Particle Health Effects: Exposure, Susceptibility, and Mechanisms" sponsored by the U.S. Environmental Protection Agency (Principal Investigator, Core B); June 1999 - May 2004. Total costs over study period: $9,447,015.
- "Assessing Human Exposures to Particulate Matter for High-Risk Subpopulations" sponsored by the U.S. Environmental Protection Agency (Co-Principal Investigator); Oct 1998 - Sept 2003. Total costs over study period: $1,925,000.
- "Characterization of Particulate and Gaseous Exposures for Sensitive Sub-groups Living in the Eastern U.S." sponsored by the Health Effects Institute (Co-Principal Investigator); Aug 1998 - Dec 2002. Total costs over study period: $1,104,937.

- “Ambient Particles and Cardiac Vulnerability in Humans” program project sponsored by the National Institute of Environmental Health Sciences (Co-Investigator; Speizer PI); Sept 1999 - Aug 2004. Total costs over study period: $7,951,579.
- “Chronic Exposure to Particle Matter and Cardiopulmonary Disease” sponsored by the U.S. EPA (Co-Investigator; Laden PI); Feb 2003 - Jan 2007. Total costs over study period: $358,324.
- “Heart Attacks and Traffic Pollution” sponsored by the National Institute of Environmental Health Science (Co-Investigator; Schwartz PI); Feb 2003 – Jan 2007. Total costs over study period: $2,177,908.
- “Novel Exposure Scenarios to Define the Health Effects of Particle Sources” sponsored by the U.S. EPA (Principal Investigator, Project 2); Oct 2005 - Sept 2010. Total costs over study period: $4,820,427.
- “Ambient Particles and Cardiac Vulnerability in Humans” Program Project sponsored by the National Institute of Environmental Health Sciences (Principal Investigator; Core B); Nov 2005 - Oct 2010. Total costs over study period: $7,951,579.
- “Assessment of the Impact of Fine Particle Composition on Cause-Specific Hospital Admissions” sponsored by the Electric Power Research Institute (Principal Investigator); Feb 2007 – June 2013. Total costs over study period: $397,000.
- “Urban Renaissance Project (4-2 The Development of Remedial Environmental Technology)” sponsored by the Korean Ministry of Construction and Transportation (Principal Investigator), Jan 2008 – Dec 2011. Total costs over study period: $576,610.
- “Cardiovascular Effects of Particles: The Role of Oxidative Stress and Metal Pathways” sponsored by the National Institutes of Health (Co-Investigator; Schwartz PI); Jan 2008 – Dec 2012. Total costs over study period: $1,906,100.
- “Analysis of High-Dimensional Environmental Health Data” sponsored by the National Institutes of Health (Co-Investigator; Coull PI); Sept 2007 – June 2010.
- “Diet, Physical Activity, and the Relationship Between Air Pollution and CVD” sponsored by the National Institutes of Environmental Health Sciences (Co-Investigator; Laden PI); Oct 2009 – Sept 30, 2013. Total costs over study period: $1,500,000 (approximate).
- “Statistical Learning Methods for the Effects of Multiple Air Pollution Constituents”” sponsored by Health Effects Institute (Co-Investigator; Coull PI); Feb 2010 – Jan 2012.
- “The Effect of Air Pollution Control on Life Expectancy in the United States: A Population Based Analysis of Major Metropolitan Areas” sponsored by Environmental Protection Agency (Co-Investigator; Ezzati PI); Feb 2011 – Jan 2013. Total costs over study period: $300,000 (approximate).
- “Data Linkages in the National Children’s Study”; contract sponsored by National Institute of Child Health and Human Development (Co-Investigator; Davern PI); Sept 2010 – Aug 2015. Subcontract costs over from Sept 2013 – Aug 2014: Total subcontract costs over study period: approx. $180,000.
- “Measurement Errors in Environmental Epidemiology”; RO1 sponsored by the National Institutes of Health (Co-Investigator; Speigelman PI); May 2009 – Feb 2015. Total costs over study period $1,860,509.

- "Using Novel Big Data Approaches to Improve Public Health" (Suh, Principal Investigator with Aslam and Pavlu); July 2015 –September 2016; Total contract costs over study period: $50,000.
- "Development of a Medicare Cohort Dataset for Use in Air Pollution" (Suh, Principal Investigator); sponsored by EPRI; August 15, 2014 – March 31, 2016; Total contract costs over study period: $623,868.
- "Research Opportunities for Undergraduates: Training in Environmental Health Sciences (ROUTES)" (Suh and Alshawabkeh, Principal Investigators), R25 to NIH, March 2015 – Feb 2019; Total contract costs over study period: $530,000.
- "Impact of Air Pollution, Weather, and Lifestyle on Health in Older Americans"; RO1 sponsored by the National Institute of Environmental Health Sciences (Principal Investigator); Oct 2013 – Sept 2019; Total costs over study period $1,290,167.
- "Examination of Dose-Response Curves for Low Chronic Ambient Fine Particulate Concentrations and Mortality using the Medicare Cohort Dataset" (Suh, Principal Investigator); April 2015 – June 2017; Total contract costs over study period: $150,735.
- Center for Research on Early Childhood Exposure and Development in Puerto Rico (CRECE)" (Suh, Principal Investigator Project 1; Co-Investigator Project 2); Submited to NIEHS/EPA December 2014. Proposed period of performance: September 2015-August 2019; Total contract costs over study period: $4,999,537.
- "Mendelian Disease – Asthma Comorbidity to Find Subgroup-Specific Asthma Genes" (Suh, Subcontract Principal Investigator; Solway, PI, Department of Medicine, University of Chicago); R01 to NIH; Proposed period of performance: May 2015– April 2020; Total subcontract costs over study period: $146,742.12
- "Development of a Medicare Cohort Dataset for Use in Air Pollution – PM Components" (Suh, Principal Investigator); sponsored by EPRI; August 15, 2014 – March 31, 2016; Total contract costs over study period: $125,402.
- "ECHO Environmental Influences on Child Health Outcomes in Puerto Rico" (Alshawabekeh PI, Northeastern University; Suh Co-I); Period of performance: 09/01/2016 to 08/31/2023.
- "Statistical Methods to Account for Exposure Uncertainty in Environmental Epidemiology" (1R01ES026246-01) (Suh, Subcontract Principal Investigator; Spiegelman, PI, Yale School of Public Health); R01 to NIEHS; Sept 2018 – August 2023; Total subcontract costs over study period: $256,420.

Active External Grants

- "Airborne metals, neurodegeneration, and dementia in the Adult Changes in Thought study" (Suh PI, Tufts, 1R01ES035501); sponsored by NIEHS and NIA; Period of performance: 09/15/2023-6/30/2028); Total costs over study period: $3,865,838.49.
- "From risk to resilience: Examining the intersection of extreme weather events, community vulnerability, and health impacts" (Suh PI, Tufts, 1R01ES036731); sponsored by NIEHS; Period of performance: 09/01/2025-06/30/2030; Total costs over study period: $3,912,304.

**TEACHING EXPERIENCE**

***Classroom Teaching***

- Lead Instructor, Biostatistics (CEE 156), Tufts University, Spring 2021-2026
- Lead Instructor, Probability and Statistics for Engineers (ES 56), Tufts University, Spring 2018, Fall 2018, Fall 2019, Spring 2020, Fall 2020
- Lead Instructor, Course Developer, Environmental Health Data Lab (CEE 152), Tufts University, Spring 2019, Fall 2019, Fall 2020, Fall 2021
- Lead Instructor, Course Developer, Environmental Epidemiology (CEE 0294C), Tufts University, Spring 2017
- Lead Instructor, Introduction to College (HSCI100), Northeastern University, Fall 2014 (16 students)
- Lead Instructor, Introduction to Environmental Health (PHTH 5214), Northeastern University, Spring 2013 (24 students)
- Lead Instructor, Directed Study, Spring 2013

  Directed study for David Sittenfeld, a doctoral student in Northeastern's Law and Public Policy Program.

- Lead Instructor, Course Developer, Principals of Population Health Research I and II (PHTH 6400, PHTH 6410), Fall and Spring 2013-2016

  Developed syllabus and lesson plans for Principals of Population Health Research I (PHTH 6400) and II (PHTH 6410), two-semester class that was approved by the Northeastern Graduate Curriculum Committee in June 2013. Class is required for Population Health doctoral students and introduces doctoral students to research methods in population health related topics. Class first offered Fall, Spring 2013.

- Lead Instructor, Introduction to Community and Public Health (PHTH 2350), Northeastern University, Fall 2012 (46 students)
- Lead Instructor, Course Developer, Exposure Assessment and Analytical Methods (EH 263), Harvard School of Public Health, Spring 1996-2010

  Required class for students concentrating in the Exposure, Epidemiology and Risk track; the class examines methodological issues associated with the design and execution of studies designed to measure environmental exposure to chemical and biological contaminants. As part of the class, students design and execute their own environmental health investigation, communicate methods and findings in oral presentation, report, and record class wiki format.

- Co-Instructor, Air Pollution (EH 297), Harvard School of Public Health, Spring 1996-2001

***Educational Program Activities***

- Undergraduate Advisor, Department of Civil and Environmental Engineering, Tufts University, 2020-
- Member, Graduate Program Committee, Department of Civil and Environmental Engineering, Tufts University, 2025-
- Pre-Major Advisor, School of Engineering, Tufts University, 2019-2022
- Member, Undergraduate Advising Subcommittee, School of Engineering, Tufts University, Spring 2020 -2024
- Member, Undergraduate Program Committee, Department of Civil and Environmental Engineering, Tufts University, 2016-2017, 2018-2019, 2020-2021
- Chair, Graduate Program Committee, Department of Civil and Environmental Engineering, Tufts University, 2017-2018

- Director, Population Health Doctoral Program, Department of Health Sciences, Bouve College of Health Sciences, 2013 – 2016. Started and directed Population Health Doctoral Program, which matriculated its first class of four students in Fall 2013. Responsible for recruiting, admissions, curricular, and academic policies.
- Member, Undergraduate Curriculum Review Committee, Health Sciences Department, Bouve College of Health Sciences, Northeastern University, 2012-2013 academic year.
- Member, Graduate Curriculum Committee, Bouve College of Health Sciences, Northeastern University, 2013 - present.

***Advising and Mentoring Activities***

*Junior Faculty*

- Primary Mentor, MyDzung Chu, Assistant Professor, Departments of Medicine and Public Health and Community Medicine, Tufts University School of Medicine, 2024-2025
- Primary Mentor, NIH K Award for Laura Corlin, PhD, School of Public Health, Tufts University, Boston, MA
- Primary Mentor, Ki-Do Eum, PhD, Research Assistant Professor, Department of Civil & Environmental Engineering, Tufts University, Medford, MA
- Mentor, Liping Lu, PhD, Assistant Professor, Department of Computer Science, Tufts University, Medford, MA, 2019-2021.

*Post-Doctoral Fellows*

*Supervisor*

- Sophia Le, Department of Civil and Environmental Engineering, Tufts University, Sept 2025-
- Ting Zhang, Department of Civil & Environmental Engineering, Tufts University, September 2024 -
- Kipruto Kirwa, Department of Civil & Environmental Engineering, Tufts University, September 2016 - 2017; Department of Health Sciences, Northeastern University, March– August 2016
- Ki-do Eum, Department of Civil & Environmental Engineering, Tufts University, September 2016 - 2023; Department of Health Sciences, Northeastern University, August 2015 – August 2016
- Rachel Grashow, Department of Health Sciences, Northeastern University, June 2014 – January 2015
- Chit Vivian Pun, Department of Health Sciences, Northeastern University, Nov 2014 –
- Emmanuel Baja, Harvard School of Public Health, 2011-2012
  Current position: Research Associate Professor, University of Philippines at Manila
- Jeffrey Yanosky, Harvard School of Public Health, 2007
  Current position: Associate Professor, Dept. of Epidemiology, Pennsylvania State University at Hershey
- Amanda Wheeler, Harvard School of Public Health, 2002-2004
  Current position: Research Fellow, Center for Ecosystem Management, Edith Cowan University, Western Australia, Australia
- Robert Canales, Harvard School of Public Health, 2002
  Current position: Assistant Professor, Community, Environment and Policy Division, Zuckerman College of Public Health, University of Arizona

- Li-Te Chang, Sc.D., Harvard School of Public Health, 2001
  Current position: Associate Professor, Department of Environmental Engineering and Science, Feng Chia University, Taiwan

<u>*Doctoral Students*</u>

*Advisor*

- Isabel Naomi Quispe-Ishisaka, PhD, Department of Civil and Environmental Engineering, Tufts University, Sept 2025-
- Yayi Zhu, PhD, Department of Civil and Environmental Engineering, Tufts University, Sept 2024-
- Fatemeh Kazemiparkouhi, PhD, Department of Civil and Environmental Engineering, Tufts University, February 2020
  *Thesis Title*: Impact of Long-term Ozone and Fine Particle Component Exposures on Cause-Specific Mortality in the U.S.”
  *Current Position*: Senior Clinical Data Scientist, ConcertAI
- Renee Wurth, PhD, Department of Health Sciences, Northeastern University, August 2017
  *Thesis Title*: “Examination of the Impact of Environmental and Dietary Exposures on the Health of Puerto Ricans”
  *Current Position*: Post-doctoral fellow, Department of Nutrition, Harvard School of Public Health
- Lindsay Tallon, PhD, Department of Health Sciences, Northeastern University, June 2017
  *Thesis Title*: “Assessing Air Pollution and Neighborhood Impacts on Vascular and Cognitive Health”
  *Current position*: Associate Professor, School of Arts and Sciences, Massachusetts College of Pharmacy and Health Sciences
- Trent Honda, PhD, Department of Health Sciences, Northeastern University, 2016
  *Thesis Title*: “Long-Term Air Pollution Exposure and Cardiovascular Risk Factors in Older Americans”
  *Current position*: Associate Dean, School of Clinical and Rehabilitation Sciences, Clinical Professor, Northeastern University, Boston, MA
- Marianthi-Anna Kioumourtzoglou, Sc.D., Harvard School of Public Health, 2013
  *Thesis Title*: “Bias, Uncertainty, and Multi-Pollutant Exposures in Air Pollution Health Effect Studies”
  *Current position*: Associate Professor, Mailman School of Public Health, Columbia University, New York, NY
- Emmanuel Baja, Sc.D., Harvard School of Public Health, 2011
  *Thesis Title*: “Assessing the Relation Between Markers of Traffic and Cardiovascular Health Using Bayesian and Frequentist Approaches”
  *Current position*: Research Professor, University of Philippines at Manila
- Paul Brochu, Sc.D., Harvard School of Public Health, 2010
  *Thesis Title*: “The Impact of Socioeconomic Position and Pollution Sources on Ambient $PM_{2.5}$”
  *Current position*: Senior Military Advisor to the Director, National Center for Medical Intelligence, Defense Intelligence Agency, US Department of Defense
- Jeffrey Yanosky, Sc.D., Harvard School of Public Health, 2007
  *Thesis Title*: Estimating Chronic Particulate and Gaseous Air Pollutant Exposures using GIS-Based Spatio-Temporal Models
  *Current position*: Associate Professor, Dept. of Public Health Sciences, Pennsylvania State University at Hershey

- Sara Dubowsky Adar, Sc.D., Harvard School of Public Health, 2005
  *Thesis Title*: "Acute Cardiopulmonary Responses to Traffic-Related Particles in Senior Adults of the St. Louis Bus Study"
  *Current position*: Associate Professor, Associate Chair, Dept. of Epidemiology, University of Michigan School of Public Health
- Stefanie Ebelt, Sc.D., Harvard School of Public Health, 2005
  *Thesis Title*: "Particulate Air Pollution Exposures and Impacts on Cardiovascular Health in Senior Adults"
  *Current position*: Professor, Dept. Environmental Health, Epidemiology, Rollins School of Public Health, Emory University
- Jeremy Sarnat, Sc.D., Harvard School of Public Health, 2002
  *Thesis Title*: Confounding and Exposure Error in Ambient Fine Particulate Matter Exposure Assessment
  *Current position*: Associate Professor, Dept. of Environmental Health, Rollins School of Public Health, Emory University
- Li-Te Chang, Sc.D., Harvard School of Public Health, 2001
  *Thesis Title*: Measurement and Characterization of Hourly Exposures to Fine Particles, Ozone, and Carbon Monoxide
  *Current position*: Associate Professor, Department of Environmental Engineering and Science, Feng Chia University, Taiwan

*Primary Mentor*

- Kathleen Ward Brown, Sc.D., Harvard School of Public Health, 2006
  *Thesis Title*: Characterization of Particulate and Gaseous Exposures of Sensitive Populations Living in Baltimore and Boston
  *Current position*: Staff Scientist, Environmental Health & Engineering, Inc.
- Leonora Rojas-Bracho, Sc.D., Harvard School of Public Health, 2000
  *Thesis Title*: Personal, Indoor, and Outdoor, Particulate Matter Exposures in Sensitive Populations
  *Current position*: Director General, Investigation of Urban and Regional Pollution, National Institute of Ecology of Mexico
- Eileen Abt, Sc.D., Harvard School of Public Health, 1999
  *Thesis Title*: Identification of Sources of Indoor Particles
  *Current position*: Senior Program Officer, National Academy of Sciences
- Tina Bahadori, Sc.D., Harvard School of Public Health, 1998
  *Thesis Title*: Human Particulate Exposure Assessment: Relationship Between Outdoor, Indoor and Personal Measurements
  *Current position*: National Program Director, Chemical Safety for Sustainability, US Environmental Protection Agency

*Research Committee Member*

- Doug Leaffer, PhD, Department of Civil & Environmental Engineering, Tufts University, 2024
  *Thesis Title*: Concurrent Measurement of Transportation Noise and Ultrafine Particle Emissions: Implications for Environmental Health Studies
- Zhao Dong, Sc.D., Harvard School of Public Health, 2009

*Thesis Title*: Development and Application of a Tool to Determine Metal Bioavailability in Aquatic Ecosystems

- Monique Perron, Sc.D., Harvard School of Public Health, 2009
  *Thesis Title*: Development, Application, and Evaluation of Bioavailability-Based Sediment Toxicity Assessment Tools
- Lisa Baxter, Sc.D., Harvard School of Public Health, 2007
  *Thesis Title*: Exposure Patterns of Traffic-Related Air Pollutants Inside Urban Homes
- Jen Galvin, Sc.D., Harvard School of Public Health, 2005
  *Thesis Title*: Use of Sensors and Indicator Approaches to Assess the Health of the Marine Environment
- Theodore Myatt, Sc.D., Harvard School of Public Health, 2003
  *Thesis Title*: Airborne Respiratory Infection Transmission in an Office Environment
- Christopher Long, Sc.D., Harvard School of Public Health, 2000
  *Thesis Title*: An Investigation of the Impacts of Indoor and Outdoor Particle Sources in Indoor Residential Environments
- Peter Babich, Sc.D., Harvard School of Public Health, 2000
  *Thesis Title*: Development and Evaluation of Continuous and Integrated Methods for Measuring Fine Particulate Matter
- Jung-A Oh, Sc.D., Harvard School of Public Health, 1999
  *Thesis Title*: Characterization and Source Apportionment of Air Pollution in Nashville, TN and Boston, MA

<u>*Visiting Scientists*</u>

*Sponsor*

- Dr. Nicole Janssen, Senior Scientist, National Institute for Public Health and the Environment, Netherlands
- Dr. Victoria Blanes-Vidal, Associate Professor at the Institute of Chemical Engineering, Biotechnology and Environmental Technology (Faculty of Engineering), University of Southern Denmark

<u>*Masters of Science / Masters of Public Health Students*</u>

*Advisor*

- Martha Ondras, Tufts University, 2020
- Jocelyn Hospital, Harvard School of Public Health, 2011
- Qingwei Sun, Harvard School of Public Health, 2011
- Thomas Lee, Harvard School of Public Health, 2008
- Seok Won Lee, Harvard School of Public Health, 2008
- Kayo Shibata, Harvard School of Public Health, 2007
- Candace Chiang, Harvard School of Public Health, 2002
- Swati Prakash, Harvard School of Public Health, 2000
- Usma Kham, Harvard School of Public Health, 2000

- Anjali Garg, Harvard School of Public Health, 2000
- Jason Baker, Harvard School of Public Health, 2000

*Reader*

- Samantha Kingsley, Brown University; 2013

*<u>Undergraduate Students:</u> Faculty Research Advisor*

- Sarah Morton, Cataldo Fellow, Tufts University, 2019-2020

**SERVICE**

*<u>University (Tufts)</u>*

- Chair, Tenure and Promotions Committee, School of Arts & Sciences and Engineering, Tufts University, 2025-2026
- Member, Tenure and Promotions Committee, School of Arts & Sciences and Engineering, Tufts University, 2023 –2025
- Member, Graduate Program Committee, Department of Civil & Environmental Engineering, 2024-
- Chair, Undergraduate Admissions and Financial Aid Committee, School of Arts & Sciences and Engineering, Tufts University, 2020 -2022
- Chair, Budget and Finance Committee, Schools of Arts & Sciences and Engineering, Tufts University, 2020-2022
- Member, Administration and Finance Subcommittee of the Trustees, Tufts University, 2020 - 2022
- Member, Undergraduate Advising Subcommittee, Academic Continuance Committee, School of Engineering, Tufts University, Spring 2020-2022
- Member, Admissions and Financial Aid Committee, Tufts University, 2019-2022
- Member, Budget and Priorities Committee, Tufts University, 2019-2022
- Chair, Strategic Plan Implementation Committee, School of Engineering, Tufts University, 2018 - 2021
- Member, Undergraduate Program Committee, Dept. of Civil & Environmental Engineering, School of Engineering, Tufts University, 2018-
- Member, Awards and Outreach Committee, Dept. of Civil & Environmental Engineering, School of Engineering, Tufts University, 2019-2020
- Member, Search Committee for Director of the Tufts University Data Intensive Science Center (DISC), 2017-2018
- Chair, Cross-Cutting Themes, Strategic Plan for Tufts School of Engineering, 2017-2018

*<u>Discipline and Profession</u>*

- Member, Neurological, Mental and Behavioral Health study section, National Institutes of Health, 2025.
- Member, National Heart, Lung, and Blood Institute (NHLBI) October Council workgroup, April 2025

- Reviewer, Promotion Case for Dr. Justin Manjourides, Bouve School of Health Sciences, Northeastern University, April 2025
- Reviewer, NIH Director's Early Independence Awards (DP5), December 2023
- Invited speaker, Symposium on "Toxicity of Air Pollutant Mixtures: Overcoming the Toxic Mixture of Spatial Misalignment, Collinearity, and Measurement Error", 2022 International Society of Environmental Epidemiology, September 2022
- Reviewer, Special Emphasis Panel (SEP) – Epidemiological Research on Current Topics in Alzheimer's Disease and Its Related Dementias, NIH, March 2022
- Reviewer, NIH Study section, US-India Collaboration, March 2020
- Expert Consultant, American Camp Association, Summer-Fall 2020
- Reviewer, NIH Review Panel, Addressing Suicide Research Study Section, National Institute of Mental Health, June 2020
- Reviewer, Promotion Case for Dr. Rima Habre, Keck School of Medicine, University of Southern California, April 2020
- Invited Speaker and Panelist, Health Effects Institute Annual Conference, Health Effects Institute, Boston, MA, April 2020
- Invited Member, Neurological, Aging and Musculoskeletal Epidemiology (NAME) Study Section, October 2017
- Speaker, NIH Partnerships for Environmental Public Health (PEPH) Webinar: Extreme Events, Environmental Health, and the Elderly, September 2017
- Invited Member, NIH Review Panel, Social Sciences and Population Health Study Section, February 2016
- Reviewer, Promotion Case for Dr. Janet Burke, US EPA, July 2016
- Reviewer, Tenure Promotion Case, Dr. Ilias Kavouras, University of Alabama at Birmingham, March 2016
- Member, NIH Review Panel, Social Sciences and Population Health Study Section, February 2016
- Reviewer, Promotion Case, Dr. Yifang Zhu, University of California at Los Angeles
- Member, US Environmental Protection Agency, Federal Advisory Human Studies Review Board (HSRB), September 2015-October 2016
- External Reviewer, Promotion Committee Dr. Yifang Zhu, UCLA, August 2015
- Member, NIH Review Panel, Centers of Excellence on Environmental Health Disparities Research Study Section, March-April 2015
- Member, NIH Review Panel, Social Sciences and Population Health Study Section, November 2014
- Member, Charter Clean Air Scientific Advisory Committee, US Environmental Protection Agency, October 15, 2009 – September 30, 2015 (reappointed October 2012)
- Member, Clean Air Scientific Advisory Committee (CASAC) Panel for Ozone, US Environmental Projection Agency, 2009-present

- Member, Clean Air Scientific Advisory Committee (CASAC) Panel for SOx, US Environmental Protection Agency, December 2013-September 2015
- Member, Committee on Scientific Tools and Approaches for Sustainability, National Research Council, National Academy of Science, July 2013 – September 2014
- Member, Clean Air Scientific Advisory Committee (CASAC) Panel for NOx, US Environmental Protection Agency, 2013-
- Member, Review Committee, Improving Assessment of Near-Road Exposure to Traffic Related Pollution, Health Effects Institute, May-June 2013
- Reviewer, Clean Air and My Health, US Environmental Protection Agency, October 2012
- Member, Committee to Review the Health Effects in Vietnam Veterans of Exposure to Herbicides, Institute of Medicine, National Academy of Science, April 2012 – Mar 2013.
- Invited participant, Division of Lung Diseases of the National Heart Lung of Blood Institute (NHLBI), National Institutes of Health (NIH), and the Office of Environment and Energy, Federal Aviation Administration sponsored workshop to outline biomedical population-based research questions of how aviation noise may impact health. August 2011.
- Associate Editor, Journal of Exposure Science and Environmental Epidemiology, April 2011 – 2017.
- Member, Committee to Review the Draft IRIS Assessment on Formaldehyde, National Academy of Science, March 2010-February 2011.
- Chair, Symposium on Multiple Pollutant Health Impacts, International Society of Environmental Epidemiology Annual Conference, 2011.
- Invited Speaker, Symposium on Exposure Assessment for Environmental and Occupational Epidemiology, International Society of Exposure Science, Annual Conference, 2011.
- Reviewer, EPA Near-Road Health and Exposure Study Plan, US Environmental Protection Agency, June 2010.
- Reviewer, Stochastic Human Exposure and Dose Simulation for Particulate Matter (SHEDS-PM) Version 3.5. US Environmental Protection Agency, November 2010.
- Member, Risk Assessment Advisory Structure of Scientific Committees and Experts, European Commission; Health and Consumers Directorate-General, 2009-2010
- Member, EPA Science Advisory Board (SAB) Committee on EPA's Report on the Environment, 2009
- Member, Executive Steering Committee, 2010 Air Pollution and Health Conference "Air Pollution and Health: Bridging the Gap from Sources to Health Outcomes", San Diego, CA, March 2010
- Consultant, Risk Assessment Tool Kit, World Health Organization, International Programme on Chemical Safety, Summer 2009
- Member, Review Committee, Report on The Effects of Reductions in Tropospheric Ozone on the Ozone Column, UV Filtration and Skin Cancer, US EPA, 2008.
- Member, Clean Air Scientific Advisory Committee (CASAC) Panel for Particulate Matter Review, US Environmental Projection Agency, Sept 2007-present

- Member, Committee on Estimating Mortality Risk Reduction Benefits From Decreasing Tropospheric Ozone Exposure, National Academy of Sciences, 2007
- Consultant, Workshop on Revision of the Criteria Document on Nitrogen Dioxide, U.S. Environmental Protection Agency, Jan 2007
- Member, Publications Committee, International Society of Exposure Science
- Advisor, Environmental Advisory Committee, Korean Advanced Institute for Science and Technology, Daejon, Korea
- Member, Biodata Management and Analysis Review Panel, National Institutes of Health, June 2006.

***Refereed Journal Reviews***

Reviewer for numerous professional journals including *Environmental Health Perspectives*, *Epidemiology*, *Indoor Air*, *Journal of Exposure Science and Environmental Epidemiology*, *Environmental Science and Technology*, *Environmental Health*, and *Atmospheric Environment.*

***Community/Public***

- Expert Witness, NAACP and NAACP Mississippi State Conference v. X.AI and MZX Tech LLC (No. 3:26-cv-00074-MPM-JMV), retained by the Southern Environmental Law Center, 2026-
- Expert Witness, retained by Kelley, Drye Warren for the Office of the Attorney General, State of Maryland, 2025-2026
- Expert Witness, The State of Ohio, et al. v. Norfolk Southern Corporation and Norfolk Southern Railway Company, Civil Action No. 4:23CV517, retained by Kelley, Drye Warren for the State of Ohio, 2023-
- Expert Witness, The United States of America v. Denka Performance Elastomers, Inc. (DJ# 90-5-2-1-11611), retained by the US Department of Justice, 2022-2025
- Expert Witness, The United States of America v. New Indy Catawba, LLC (DJ# 90-5-2-1-12471), retained by the US Department of Justice, 2021-2022
- Expert Witness, The United States of America v. Tisbury Towing and Transportation Co., Inc. (Civil Action No. 16-CV-10769), retained by the US Department of Justice, 2017-2018
- Expert Witness, The United States of America v. R.M. Packer Co., Inc. (Civil Action No. 1:16-CV-10767), retained by the U.S. Department of Justice, 2017-2018
- Expert Witness, Portland PipeLine Corporation, et al. v. City of South Portland, Maine, et al., retained by Foley Hoag on behalf of City of South Portland, Maine, 2019
- Author, Review of “Logan Airport Health Study” prepared by the Massachusetts Department of Public Health, report to Air Inc., prepared for Environmental Health & Engineering, Inc., March 2015.
- Advisor, Assessment of Air Pollution and Health Impacts from Two Power Plants, Brevard County, Florida, 2007
- Consultant, Assembly Square Redevelopment, Somerville, MA, Environmental Health and Engineering, Inc., Newton, Massachusetts, 2006
- Invited Speaker, MA Department of Environmental Protection, Boston, MA, May 2006.

- Invited Speaker, Transportation and Public Health Meeting, Metropolitan Air Pollution Council, Boston, MA, April 2006.

**Attachment 2. Publications from Last Ten Years**

## Publications from Last Ten Years

- Ajmani GS, **Suh HH**, Pinto JM. Effects of ambient air pollution exposure on olfaction: A Review. *Environ Health Perspect* 2016; 124(11):1683-1693. Epub 2016 Jun 10.. DOI: 10.1289/EHP136
- Adams DR, Ajmani GS, Pun VC, Wroblewski KE, Kern DW, Schumm LP, McClintock MK, **Suh HH**, Pinto JM. Nitrogen dioxide pollution exposure is associated with olfactory dysfunction in older US adults. *International Forum Allergy Rhinology* 2016; 6(12):1245-1252. doi: 10.1002/alr.21829. PMID:27620703
- Ajmani G, **Suh H**, Yanosky J, Pinto J. Fine particulate matter exposure and olfactory dysfunction among urban-dwelling older US adults. *Environmental Research* 2016; 151:797-803. doi: 10.1016/j.envres.2016.09.012.
- Cantuaria ML, **Suh H**, Lofstrom P, Blanes-Vidal V. Characterization of exposure in epidemiological studies on air pollution from biodegradable wastes: Misclassification and comparison of exposure assessment strategies. *International Journal of Hygiene and Environmental Health* 2016; 219(8): 770-779.
- Pun VC, Manjourides J, **Suh H**. Association of ambient air pollution with depressive and anxiety symptoms in older adults: results from the NSHAP study. *Environ Health Perspect* 2017; 125(3); 342-348. DOI:10.1289/EHP494 *
- Pun VC, Kazemiparkouhi F, Manjourides J, **Suh HH**. Long-Term $PM_{2.5}$ Exposures and Respiratory, Cancer and Cardiovascular Mortality in American Older Adults. *American Journal of Epidemiology* 2017; 186(8):961-969. PMID: 28541385 doi: 10.1093/aje/kwx166. https://doi.org/10.1093/aje/kwx166. *
- Honda T, Pun VC, Manjourides J, **Suh HH**. Anemia Prevalence and Hemoglobin Levels are Associated with Long-Term Exposure to Air Pollution in an Older Population. *Environmental International* 2017; 101:125-132. doi: 10.1016/j.envint.2017.01.017. *
- Tallon LA, Manjourides J, Pun VC, Mittleman MA, Kioumourtzoglou MA, Coull B, **Suh HH**. Erectile Dysfunction and Exposure to Ambient Air Pollution in a Nationally Representative Cohort of Older Men. *Environmental Health* 2017; 16:12. DOI: 10.1186/s12940-017-0216. *
- Ajmani G, **Suh H**, Wroblewski H, Pinto J. Smoking and Olfactory Dysfunction: a Systematic Literature Review and Meta-Analysis. *The Laryngoscope* 2017; 127(8):1753-1761. doi: 10.1002/lary.26558.
- Tallon LA, Pun VC, Manjourides J, Salhi C, **Suh HH**. Cognitive Impacts of Ambient Air Pollution in the National Social Health and Aging Project (NSHAP) Cohort. *Environment International* 2017; 104-102-109. https://doi.org/10.1016/j.envint.2017.03.019 PMC6022397 *
- Honda T, Eliot M, Eaton CB, Mu L, **Suh H**, Szpiro A, Kaufman J, Vedal S, Wellenius GA. Long-term exposure to residential ambient fine and coarse particulate matter and incident hypertension in post-menopausal women. *Environment International* 2017; 105:79-85. doi: 10.1016/j.envint.2017.05.009.
- Honda T, Pun V, Manjourides J, **Suh H**. Associations between long-term exposure to air

pollution, glycosylated hemoglobin and diabetes. *International Journal of Hygiene and Environmental Health* 2017; 220: 1124-1132. doi: 10.1016/j.ijheh.2017.06.004. PMC5580354 *

- Weinberger KR, Kirwa K, Eliot MN, Gold J, **Suh HH**, Wellenius GA. Projected changes in temperature-related morbidity and mortality in Southern New England. *Epidemiology* 2018; 29(4): 473-481.
- Eum K, **Suh HH**, Pun VC, Manjourides J. Impact of long-term temporal trends in fine particulate matter ($PM_{2.5}$) on associations of annual $PM_{2.5}$ exposure and mortality: An analysis of over 20 million Medicare beneficiaries. *Environmental Epidemiology* 2018; 2(2); e009. doi: 10.1097/EE9.0000000000000009 *
- Honda T, Pun V, Manjourides J, **Suh H**. Associations of long-term fine particulate matter exposure with prevalent hypertension and increased blood pressure in older Americans. *Environmental Research* 2018; 164: 1-8. PMC5911215 *
- Pun VC, Manjourides J, **Suh HH**. Association of neighborhood greenness with self-perceived stress, depression and anxiety symptoms in older U.S. adults. *Environmental Health* 2018; 17:39. https://doi.org/10.1186/s12940-018-0381-2 *
- Wurth R, Kioumourtzoglou MA, Tucker KL, Griffith J, Manjourides J, **Suh H**. Fine particle sources and cognitive function in an older Puerto Rican cohort in greater Boston. *Environmental Epidemiology* 2018; 2(3): e022. doi: 10.1097/EE9.0000000000000022 *
- Jhun I, Kim J, Cho B, Gold DR, Schwartz J, Coull BA, Zanobetti Z, Rice MB, Mittleman MA, Garshick E, Vokonas P, Bind MA, Wilker E, Dominici F, **Suh H**, Koutrakis P. Synthesis of Harvard EPA Center Studies on Traffic-Related Cardiovascular Outcomes in New England. *Journal of the Air & Waste Management Association* 2019; 69(8): 900-917. PMID: 30888266.
- Pun VC, Manjourides J, **Suh HH**. Close proximity to roadway and urbanicity associated with mental ill-health in older adults. *Science of the Total Environment* 2019; 658: 854-860. PMC7004241*
- Eum KD, Kazemiparkouhi F, Wang, B, Manjourides J, **Suh HH**. Long-Term $NO_2$ Exposures and Cause-specific Mortality in American Older Adults. *Environmental International* 2019 124:10-15. doi: 10.1016/j.envint.2018.12.060. *
- Kazemiparkouhi F, Eum KD, Wang B, Manjourides J, **Suh HH**. Long-term ozone exposures and cause-specific mortality in a US Medicare cohort. *Journal of Exposure Science Environmental Epidemiology* 2019. PMID: 30992518; https://doi.org/10.1038/s41370-019-0135-4 *
- Kirwa K, McConnell-Rios R, Manjourides J, Cordero J, Alshawabekeh A, **Suh HH**. Low birth weight and $PM_{2.5}$ in Puerto Rico. *Environmental Epidemiology* 2019; 3(4):2474-7882. PMC7039618 *
- Honda T, Manjourides J, **Suh H**. Daily ambient temperature is associated with biomarkers of kidney injury in older Americans. *Environmental Research* 2019; 179(Pt A):108790. doi: 10.1016/j.envres.2019.108790. PMC6893879 *
- Wang B, Eum K, Kazemiparkouhi F, Li C, Manjourides J, Pavlu V, **Suh HH**. The impact of

long-term $PM_{2.5}$ exposure on specific causes of death: exposure-response curves and effect modification among 53 million U.S. Medicare beneficiaries. *Environ Health* 2020; 19: 20. https://doi.org/10.1186/s12940-020-00575-0 *

- Manjourides J, Zimmerman E, Watkins D, Carpenito T, Velez-Vega C, Huerta-Montanez G, Rosario Z, Ayala I, Vergara C, Feric Z, Ondras M, **Suh HH**, Gu AZ, Brown P, Cordero JF, Meeker JD, Alshawabkeh A. Cohort profile: Center for Research on Early Childhood Exposures in Puerto Rico (CRECE). *BMJ Open* 2020;10: e036389. doi:10.1136/bmjopen-2019-036389.
- **Suh HH**, Meehan J, Blaisdell L, Browne L. Effectiveness of Non-Pharmaceutical Interventions on Child and Staff COVID-19 Cases in US Summer Camps. *medXriv* 2021. https://doi.org/10.1101/2021.02.18.21250271 *
- Kirwa K, Feric Z, Manjourides J, Alshawabekeh A, Velez Vega CM, Cordero JF, Meeker JD, **Suh HH**. Preterm birth and $PM_{2.5}$ in Puerto Rico: Evidence from the PROTECT birth cohort. *Environmental Health* 2021; 20(1):69. PMC8196435. *
- Morton S, Honda T, Zimmerman E, Kirwa K, Huerta-Montanez G, Martens A, Hines M, Ondras M, Eum KD, Cordero JF, Alshawabekeh A, **Suh HH**. Non-Nutritive Suck and Airborne Metal Exposures Among Puerto Rican Infants. *Science of Total Environment* 2021; 789:148008. PMC34082200. *
- **Suh HH**, Meehan J, Blaisdell L, Browne L. Non-Pharmaceutical Interventions and COVID-19 Cases in US Summer Camps: Results from an American Camp Association Survey. *J Epidemiology & Community Health* 2022; 76(4):327-334. doi: 10.1136/jech-2021-216711. *
- Eum KD, Honda TJ, Wang B, Kazemiparkouhi F, Manjourides J, Pun VC, Pavlu V, **Suh H**. Long-Term Nitrogen Dioxide Exposure and Cause-Specific Mortality in the U.S. Medicare Population. *Environmental Research* 2022; 207:112154. doi: 10.1016/j.envres.2021.112154. *
- Honda T, Kazemiparkouhi F, Henry T, **Suh H**. Long-term $PM_{2.5}$ Exposure and Sepsis Mortality in a US Medicare Cohort. *BMJ Public Health* 2022; 22(1):1214. doi: 10.1186/s12889-022-13628-5. PMID: 35717154; PMCID: PMC9206363. *
- Honda T, Kazemiparkouhi F, **Suh H**. The Impact of Long-Term Air Pollution Exposure on Type 1 Diabetes Mellitus-Related Mortality among U.S. Medicare Beneficiaries. *Toxics* 2023; 11(4): 336. doi: 10.3390/toxics11040336. *
- Ochoa Scussiatto H, Wroblewski K, Pagel K, Schumm P, McClintock M, Ramanathan M, **Suh H**, Pinto J. Air pollution exposure is associated with rhinitis in older US adults via specific immune mechanisms. *International Forum of Allergy & Rhinology* 2023; doi: 10.1002/alr.23225. PMID: 37357822.
- Xua G, Zhou X, Wang M, Zhang B, Jiang W, Laden F, **Suh HH**, Szpiro AA, Spiegelman D, Wang Z. Causal Inference with Double/Debiased Machine Learning for Evaluating the Health Effects of Multiple Mismeasured Pollutants. arXiv:2410.07135; 2024.
- Leaffer DJ, **Suh H**, Durant JL, Tracey B, Roof C, Gute DM. Long-term measurement study of urban environmental low frequency noise. *J Expo Sci Environ Epidemiol* 2025; 35(1): 37-49. https://doi.org/10.1038/s41370-023-00599-x

- Khanizadeh M, Naddafi K, Yunesian M, Hoek G, Nabizadeh R, **Suh H**, Niazi S, Bayat R, Momeniha F, Hassanvand MS, Faridi S. Comparison of $PM_{2.5}$ around 1893 elementary schools and kindergartens in Tehran over different time windows. *Urban Climate* 2025; 59: 102249.
- Honda T, Henry T, Corlin L, Kirwa K, Alshawabkeh A, Varshavsky J, Kennedy W, Cordero JF,
Velez Vega CM, Rosario Pabon ZY, Meeker JD, **Suh H**. Associations Between Ambient $PM_{2.5}$ and Thyroid Hormones in Pregnant Persons in Puerto Rico. *Toxics* 2025; 13(1), 58; https://doi.org/10.3390/toxics13010058 *
- Honda T, Henry T, Porucznik CA, Corlin L, Kirwa K, Alshawabkeh A, Cordero JF, Velez Vega CM, Rosario Pabon ZY, Meeker J, **Suh H**. Associations Among $PM_{2.5}$, Corticotropin Releasing Hormone, Estriol, and Progesterone in Pregnant Persons in Puerto Rico. *Environ Research Communications* 2025; 1;7(3):031008. doi: 10.1088/2515-7620/adc0f1. *
- Zhang B, Eum KD, Szpiro A, Zhang N, Hernandez-Ramirez RU, Spiegelman D, Wang M, **Suh H**. Exposure measurement error in air pollution health effect studies: A pooled analysis of personal exposure validation studies in 17 communities across the United States. *International J Environ Health Research* 2025, 35(11), 3473-3483. https://doi.org/10.1080/09603123.2025.2488481.
- Zhang B, Hart JE, Laden F, Wang M, Wang Z, Xu G, Zhou X, Spiegelman D, **Suh H**, James P. The association between $PM_{2.5}$ components and cognitive decline: the impact of measurement error correction. *Environ Research* in press.

## Attachment 3. Expert Testimony from Prior Four Years

## Expert Testimony from Prior Four Years

- Expert Witness, NAACP and NAACP Mississippi State Conference v. X.AI and MZX Tech LLC (No. 3:26-cv-00074-MPM-JMV), retained by the Southern Environmental Law Center, 2026-
- Expert Witness, retained by Kelley, Drye Warren for the Office of the Attorney General, State of Maryland, 2025-2026
- Expert Witness, The State of Ohio, et al. v. Norfolk Southern Corporation and Norfolk Southern Railway Company, Civil Action No. 4:23CV517, retained by Kelley, Drye Warren for the State of Ohio, 2023-
- Expert Witness, The United States of America v. Denka Performance Elastomers, Inc. (DJ# 90-5-2-1-11611), retained by the US Department of Justice, 2022-2025

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>**Plaintiffs,**<br>**v.**<br><br>**X.AI CORP. and MZX TECH LLC**<br><br>**Defendants.** | **No. 3:26-cv-00074-DMB-JMV** |

**<u>SUPPLEMENTAL DECLARATION OF DR. HELEN SUH</u>**

I, Dr. Helen Suh, declare under penalty of perjury that the following is true and correct.

**INTRODUCTION**

1. I have been asked to update my expert opinion on the potential public health risks posed by emissions from unpermitted gas combustion turbines operating at the Colossus Gas Plant at 2875 Stanton Road in Southaven, Mississippi.

2. This update was requested because additional gas turbines have recently been installed and operated at the Colossus Gas Plant, which now has a total of at least 57 unpermitted gas combustion turbines on site.[1]

3. In my earlier Declaration,[2] I concluded that the unpermitted emissions from the Colossus Gas Plant, as then configured, were likely to increase public health risks for the surrounding

[1] Trinity Consultants email to MDEQ, May 15, 2026, "Updated Count and Emissions Profiles," attached to declaration of Sarah Al-Zhyri.

[2] Dkt. 20-39, Suh Declaration, May 6, 2026.

population. These risks fell disproportionately on its most vulnerable members, including children, older adults, persons of color, and low-income households.

**METHODOLOGY**

4. For this update, I obtained an updated engineering analysis of potential emissions (PTE) from the Colossus Gas Plant,[3] which now includes the additional gas turbines.

5. I compared the updated PTE values to those from the earlier engineering analysis[4] and assessed the implications of the additional emissions for public health risks to the surrounding population.

**FINDINGS**

6. According to the updated engineering analysis, the Colossus Gas Plant has the potential to emit over 5,300 tons of nitrogen oxides (NOx), over 430 tons of particulate matter (PM), 1,700 tons of carbon monoxide (CO), over 170 tons of sulfur dioxide ($SO_2$), and over 46 tons of formaldehyde annually. The Plant also has the potential to emit other pollutants, including toluene and other volatile organic compounds.

7. As shown on Table 1, the additional turbines has the potential to increase pollutant emissions substantially. Potential NOx and CO emissions more than double, while those for PM increase by 83%, $SO_2$ by 55%, and formaldehyde by 88%.

---

[3] The referenced engineering analysis is included in a separate declaration of Kim Laufenberg.

[4] Exhibit H, Declaration of Kim Laufenberg, Dkt. No. 20-38.

**Table 1**. PTEs Before and After the Installation of Additional Gas Turbines[4]

| Time Period | No. of Turbines | PTEs (tons) | | | | |
|---|---|---|---|---|---|---|
| | | NOx | PM | CO | $SO_2$ | Formaldehyde |
| April 2026 | 33 | 2,508 | 236 | 837 | 115 | 25 |
| June 2026 | 57 | 5,301 | 433 | 1,731 | 178 | 47 |

8. These increased emissions will likely result in higher ambient concentrations of these pollutants and through this, higher exposures for populations living in the surrounding areas. While each of these pollutants pose public health risks, my Declaration reviewed only the scientific literature on $PM_{2.5}$ and $NO_2$.[5]

9. For $PM_{2.5}$ and $NO_2$ in particular, no safe level of exposure has been identified. Any increase in ambient concentrations therefore increases the potential for adverse public health consequences, including increased risks of cardiovascular and respiratory effects.

**CONCLUSIONS**

10. My initial findings and conclusions are consistent with and not changed by this additional information.

11. The increased PTEs include pollutants for which no safe exposure threshold has been identified. Further, the surrounding population includes individuals with heightened vulnerability to those pollutants.[6] Together, these factors support a reasonable scientific

---

[5] As noted in my previous analysis, health effects associated with additional pollutants, including sulfur dioxide, carbon monoxide, volatile organic compounds, and formaldehyde may be addressed through a subsequent expert analysis or report for this litigation. Dkt. 20-39, Suh Decl. ¶ 11.

[6] Dkt. 20-39, Suh Decl. at ¶¶ 61-67 and Figure 1.

conclusion that the operation of additional gas turbines at the Colossus Gas Plant increases the public health risks to the surrounding population.

Executed on June 9, 2026

Dr. Helen Suh