# Amended Exhibit 5

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE, | § | |
| *Plaintiffs,* | § | |
| v. | § | Case No. 3:26-cv-00074-DMB-JMV |
| X.AI CORP. and MZX TECH LLC, | § | |
| *Defendants.* | § | |

**DECLARATION OF RILEY TRETTEL**

I, Riley Trettel, declare as follows:

1. I am over the age of 18 and am in all respects competent and qualified to make this declaration.

2. All facts stated herein are based on my personal knowledge, information, and belief and the records and information reasonably available to me as part of my employment.

3. I lead the datacenter development team at xAI. I have worked at xAI since September 2025. Much of my work focuses on building and powering xAI's high-performance computing facilities. This includes analyzing and modeling available power supply and expected power demand from the graphics processing units ("GPUs") deployed at those computing facilities.

4. As part of my employment, I am familiar with the high-performance computing facilities at 5420 Tulane Road in Whitehaven, Tennessee, and 2400 Stateline Road in Southaven, Mississippi. In aggregate, there are approximately 550,000 GPUs deployed at these two facilities. The total expected power draw for these GPUs is about [redacted] By the end of

the year, it is also projected that xAI [redacted] The total expected power draw for all of these GPUs (across all sites) [redacted]

5. I am also familiar with the power generation equipment located at 2875 Stanton Road in Southaven, Mississippi. The Stanton Road site supplies power to the Tulane Road and Stateline facilities, and it will also support the GPUs deployed at other computing facilities nearby. There are plans to build an approximately 1200 MW simple-cycle combustion turbine power plant at this site, which will consist of 41 permanent turbines. Most of those turbines are already under construction, and they are currently expected to begin coming online sometime by the end of July 2026. [redacted] At present, however, the only power producing assets at the Stanton Road site are the mobile gas-fired turbines deployed there on a temporary basis.

6. xAI has invested an immense amount of capital in the computing and power-generation infrastructure at these sites. The computing facilities alone cost billions of dollars.

7. There is immense market demand for the computing infrastructure at the Tulane Road and Stateline facilities. Anthropic (the company developing the “Claude” family of models) agreed to pay a total of $1.25 billion per month in two agreements in exchange for computing power at xAI facilities. Google entered into a similar contract with xAI, agreeing to pay $920 million per month for access to computing power. Because there is a clear market need for this infrastructure, especially as the artificial intelligence market grows, xAI expects to enter into additional computing agreements in the future. These substantial agreements with leading frontier

intelligence companies are strong evidence of the fair market value of the computing capacity produced at xAI's facilities.

8. If the temporary turbines at the Stanton Road site were required to shut down, there would not be enough power to keep the Tulane Road and Stateline computing facilities fully operational. [redacted] These projections are based on our current assumptions regarding the delivery schedule and construction timeline for the permanent turbines [redacted] The shortfall in power would be even greater if there is any schedule slippage.

9. The economic consequences of this type of shutdown would be catastrophic. We estimate that the impact at peak power shortage, measured under the terms of xAI's agreements with Anthropic and Google, would be approximately [redacted]

[*Signature page to follow.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Miami , Florida on June 15, 2026.

Signed by:
27C262D32DCD42C...

Riley Trettel
Datacenter Operations
xAI Corp.