**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**NATIONAL ASSOCIATION FOR**                                              **PLAINTIFFS**
**THE ADVANCEMENT OF COLORED**
**PEOPLE; and MISSISSIPPI STATE**
**CONFERENCE OF THE NAACP**

**V.**                                                                **NO. 3:26-CV-74-DMB-JMV**

**X.AI CORP.; and MZX TECH LLC**                                          **DEFENDANTS**

## NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

Date and Time

**August 5, 2026**
**3:30 p.m.**

Type of Proceeding

**TELEPHONIC STATUS CONFERENCE**
**BEFORE CHIEF U. S. DISTRICT JUDGE DEBRA M. BROWN**

**CALL-IN INFORMATION WILL BE PROVIDED TO COUNSEL BY E-MAIL**

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
LaToya L. Davis, Courtroom Deputy

Date:   August 3, 2026

Electronic notice only to:
All Counsel of Record

Questions should be directed to Judge_Brown@msnd.uscourts.gov