IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CIVIL MINUTES - GENERAL**

No. 3:26-cv-74

National Association for the Advancement of Colored People, et al. v. X.AI Corp., et al.

Place Held: Greenville, Mississippi

Date & Time Began:  August 5, 2026, 3:34 p.m.
Date & Time Ended:  August 5, 2026, 4:06 p.m.

TOTAL TIME: 32 minutes

HONORABLE DEBRA M. BROWN, CHIEF U.S. DISTRICT JUDGE, PRESIDING

| LaToya L. Davis | Brenda Blackburn |
| Courtroom Deputy | Official Court Reporter |

| FOR THE PLAINTIFFS: | FOR THE DEFENDANTS: |
| --- | --- |
| Benjamin Grillot | Daniel Van Horn |
| Carroll Rhodes | Keri Herrington |
| Rebecca Ramirez | Patrick Beckett |
| Elizabeth Putfark | Michael Buschbacher |
| Mary Rock | Patrick Traylor |
| Lauren Godshall | |
| Patrick Anderson | |

Proceedings:   Telephonic Status Conference

Remarks:   Conference held. Tentative August 7 pre-hearing conference will not be held.

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
LaToya L. Davis, Courtroom Deputy