**United States Department of Justice**
United States Attorney
Northern District of Mississippi

900 Jefferson Avenue
Oxford, Mississippi 38655

Telephone: 662.234.3351
Facsimile: 662.234.3318

August 20, 2026

ecf_information@msnd.uscourts.gov

Honorable Daniel H. McHugh
Clerk of the Court
#369 Federal Building
911 Jackson Avenue
Oxford, MS 38655-3622

Re: Introduction of Robert N. Stander and Justin D. Heminger, U. S. Department of Justice, Environment and Natural Resources Division in re:

*National Association for the Advancement of Colored People, et al v. X.AI Corp, et al*
Civil Action No.: 3:26-cv-00074-DMB-JMV, in the Northern District of Mississippi

Dear Mr. McHugh:

Pursuant to Local Uniform Civil Rule 83.1(d)(10), this letter is to serve as an introduction of Robert N. Stander and Justin D. Heminger, U. S. Department of Justice, Environment and Natural Resources Division, who will be representing the United States in the above referenced civil action filed in the United States District Court for the Northern District of Mississippi.

Contact information for Robert N. Stander is as follows:

Robert N. Stander
U. S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Email: Robert.Stander@usdoj.gov
Phone: 202-717-7067
State Bar: Washington, D.C. Bar No. 1028454

Contact information for Justin D. Heminger is as follows:

Justin D. Heminger
U. S. Department of Justice
Environment and Natural Resources Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Email: Justin.Heminger@usdoj.gov
Phone: 202-598-5396
State Bar: Washington, D.C. Bar No. 974809

As always, if the court needs anything else in this matter, please contact me at the office number 662-238-7659.

Sincerely,

Scott F. Leary
United States Attorney

*Samuel D. Wright*

Samuel D. Wright
Assistant U. S. Attorney

SDW/rcg
cc: Andrew M. Darlington (Andrew.Darlington2@usdoj.gov)