**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; and MISSISSIPPI STATE CONFERENCE OF THE NAACP** — **PLAINTIFFS**

**V.** — **NO. 3:26-CV-74-DMB-JMV**

**X.AI CORP.; and MZX TECH LLC** — **DEFENDANTS**

# NOTICE

TAKE NOTICE that a proceeding in this case has been SET as follows:

---

Date and Time

**August 24, 2026**
**3:00 p.m.**

---

Type of Proceeding

**TELEPHONIC STATUS CONFERENCE**
**BEFORE CHIEF U. S. DISTRICT JUDGE DEBRA M. BROWN**

**CALL-IN INFORMATION WILL BE PROVIDED TO COUNSEL BY E-MAIL**

---

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
LaToya L. Davis, Courtroom Deputy

Date: August 21, 2026

Electronic notice only to:
All Counsel of Record

Questions should be directed to Judge_Brown@msnd.uscourts.gov