**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; and MISSISSIPPI STATE CONFERENCE OF THE NAACP** — **PLAINTIFFS**

**V.** — **NO. 3:26-CV-74-DMB-JMV**

**X.AI CORP.; and MZX TECH LLC** — **DEFENDANTS**

**NOTICE**

TAKE NOTICE that a proceeding in this case has been CONTINUED:

---

Type of Proceeding

**EVIDENTIARY HEARING ON MOTION FOR A PRELIMINARY INJUNCTION [51]**
**SET FOR AUGUST 24, 2026**
**BEFORE CHIEF U. S. DISTRICT JUDGE DEBRA M. BROWN**
**IS CONTINUED UNTIL FURTHER NOTICE.**

---

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
LaToya L. Davis, Courtroom Deputy

Date: August 21, 2026

Electronic notice only to:
All Counsel of Record

Questions should be directed to Judge_Brown@msnd.uscourts.gov