AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

NAACP et el.,
*Plaintiff*
v.
X.AI CORP. and MZX TECH LLC
*Defendant*

Case No. 3:26-cv-74-DMB-JMV

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

x.AI Corp and MZX Tech LLC .

Date: 08/24/2026

/s/ Christopher V. Popov
*Attorney's signature*

Christopher V. Popov - Texas Bar No. 24032960
*Printed name and bar number*

Vinson & Elkins LLP
845 Texas Avenue
Suite 4700
Houston Texas 77002
*Address*

cpopov@velaw.com
*E-mail address*

(713) 758-2636
*Telephone number*

(713) 615-5033
*FAX number*