IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CIVIL MINUTES - GENERAL**

No. 3:26-cv-74

National Association for the Advancement of Colored People, et al. v. X.AI Corp., et al.

Place Held: Greenville, Mississippi

Date & Time Began: August 24, 2026, 3:05 p.m.
Date & Time Ended: August 24, 2026, 3:50 p.m.

TOTAL TIME: 45 minutes

---

HONORABLE DEBRA M. BROWN, CHIEF U.S. DISTRICT JUDGE, PRESIDING

LaToya L. Davis
Courtroom Deputy

Brenda Blackburn
Official Court Reporter

FOR THE PLAINTIFFS:
Benjamin Grillot
Carroll Rhodes
Elias Quinn
Elizabeth Putfark
Mary Rock
Lauren Godshall
Patrick Anderson
Rebecca Ramirez

FOR THE DEFENDANTS:
Daniel Van Horn
Keri Herrington
Patrick Beckett
Michael Buschbacher
Patrick Traylor
James Conde
James Marwell
Christopher Popov

---

Proceedings: Telephonic Status Conference

Remarks: Conference held. Parties to submit optional proposed October hearing dates by e-mail to chambers.

---

DANIEL B. MCHUGH, Clerk of Court

By: /s/LaToya L. Davis
LaToya L. Davis, Courtroom Deputy