**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE,<br><br>Plaintiffs,<br>v.<br><br>X.AI and MZX TECH LLC,<br><br>Defendants. | Case No. 3:26-cv-00074-DMB-JMV |

**THE UNITED STATES'**
**MOTION FOR ENTRY OF WRITTEN ORDER NO LATER THAN SEPTEMBER 10 ON THE UNITED STATES' AMENDED MOTION TO INTERVENE AND DISMISS**

The United States moves this Court to enter a written order on the United States' Amended Motion to Intervene and Dismiss no later than September 10, 2026. The United States filed an initial Motion to Intervene and Dismiss on June 15, and an operative Amended Motion to Intervene and Dismiss on July 7, but has not been granted intervention as of statutory right. This Court has three times now either denied or otherwise prevented the United States from attending conferences where its interests and rights are affected. In the most recent conference, this Court informed the parties that it intends to deny the United States' motion to intervene. Accordingly, the United States moves for entry of a written order no later than September 10, 2026, on the United States' Amended Motion to Intervene and Dismiss to ensure its legal and procedural rights are protected and to ensure timely appeal if necessary. Plaintiffs take no position on the United States' request at this time, and Defendants consent to this motion.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

JOHN K. ADAMS
Deputy Associate Attorney General
U.S. Department of Justice

ROBERT N. STANDER
Deputy Assistant Attorney General
Energy and Natural Resources Division

JUSTIN D. HEMINGER
Acting Deputy Assistant Attorney General
Energy and Natural Resources Division

MICHAEL WEISBUCH
Senior Counsel to the Associate Attorney General

/s/ Andrew M. Darlington
ANDREW M. DARLINGTON, Lead Counsel
Counsel to the Assistant Attorney General
Florida Bar No. 1018895
KYLE GLYNN
Attorney
D.C. Bar No. 90005572
U.S. Department of Justice
Energy and Natural Resources Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 532-3365 (Darlington)
Andrew.Darlington2@usdoj.gov
(202) 598-9568 (Glynn)
Kyle.Glynn@usdoj.gov

*Counsel for the United States*

September 2, 2026