**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; and MISSISSIPPI STATE CONFERENCE OF THE NAACP** — **PLAINTIFFS**

**V.** — **NO. 3:26-CV-74-DMB-JMV**

**X.AI CORP.; and MZX TECH LLC** — **DEFENDANTS**

# ORDER

A telephonic status conference was held August 24, 2026. Doc. #114. Based on a transcript request by the defendants' counsel the next day, the transcript of the August 24 status conference was filed August 26. Docs. #115, #116. Because the August 24 status conference concerned case management and planning matters, the Clerk of the Court is directed to restrict access to the transcript to counsel of record and the Court.

**SO ORDERED**, this 2nd day of September, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**