# EXHIBIT A

**From:** Eli Quinn
**Sent:** Tuesday, September 1, 2026 3:34 PM
**To:** Darlington, Andrew (ENRD); Ben Grillot; crhode@bellsouth.net; Traylor, Patrick; Danny Van Horn; Lauren Godshall; eputfark@selcva.org; Patrick Anderson; Mary Rock; ryan.beckett@butlersnow.com; Rebecca Ramirez; jmarwell@velaw.com; wfortenberry@boydengray.com; mbuschbacher@boydengray.com; james.beers@troutman.com; jconde@boydengray.com; keri.herrington@butlersnow.com; tmyers@boydengray.com
**Cc:** Stander, Robert (ENRD); Heminger, Justin (ENRD)
**Subject:** RE: NAACP v. xAI, No. 3:26-cv-74

Please represent that "Plaintiffs take no position on the United States' request at this time."

Cheers,
Eli

**Elias L. Quinn, Senior Attorney**
Washington, DC | 202.864.0430
EARTHJUSTICE
*Because the earth needs a good lawyer*

**From:** Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>
**Sent:** Tuesday, September 1, 2026 3:41 PM
**To:** Eli Quinn <equinn@earthjustice.org>; Ben Grillot <bgrillot@selc.org>; crhode@bellsouth.net; Traylor, Patrick <ptraylor@velaw.com>; Danny Van Horn <danny.vanhorn@butlersnow.com>; Lauren Godshall <lgodshall@earthjustice.org>; eputfark@selcva.org; Patrick Anderson <panderson@selcga.org>; Mary Rock <mrock@earthjustice.org>; ryan.beckett@butlersnow.com; Rebecca Ramirez <rramirez@earthjustice.org>; jmarwell@velaw.com; wfortenberry@boydengray.com; mbuschbacher@boydengray.com; james.beers@troutman.com; jconde@boydengray.com; keri.herrington@butlersnow.com; tmyers@boydengray.com
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Heminger, Justin (ENRD) <Justin.Heminger@usdoj.gov>
**Subject:** RE: NAACP v. xAI, No. 3:26-cv-74

**External Sender**

Hello,

We can represent in our filing that "Plaintiffs indicate opposition to this motion." Please let me know if you prefer a different representation to the Court.

Thanks,

**Andrew Darlington**
Counsel
Energy and Natural Resources Division
U.S. Department of Justice

950 Pennsylvania Ave., NW
Washington, DC 20530
Work cell (no texts): (202) 532-3365
Andrew.Darlington2@usdoj.gov

---

**From:** Eli Quinn <equinn@earthjustice.org>
**Sent:** Tuesday, September 1, 2026 2:24 PM
**To:** Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>; Ben Grillot <bgrillot@selc.org>; crhode@bellsouth.net; Traylor, Patrick <ptraylor@velaw.com>; Danny Van Horn <danny.vanhorn@butlersnow.com>; Lauren Godshall <lgodshall@earthjustice.org>; eputfark@selcva.org; Patrick Anderson <panderson@selcga.org>; Mary Rock <mrock@earthjustice.org>; ryan.beckett@butlersnow.com; Rebecca Ramirez <rramirez@earthjustice.org>; jmarwell@velaw.com; wfortenberry@boydengray.com; mbuschbacher@boydengray.com; james.beers@troutman.com; jconde@boydengray.com; keri.herrington@butlersnow.com; tmyers@boydengray.com
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Heminger, Justin (ENRD) <Justin.Heminger@usdoj.gov>
**Subject:** [EXTERNAL] RE: NAACP v. xAI, No. 3:26-cv-74

Andrew,

Sorry, I should have been clearer with my request. Though you may not be aware of it, Judge Brown informed the Parties at a recent status conference that she will issue written opinions on several motions, including the United States' Motion for Intervention and Dismissal. As such, it's hard to imagine why a motion for written order is necessary to "obtain a written order on [your] pending motion." Moreover, the Court has very recently confirmed a written order is forthcoming, I think it's fair to say a motion asking the Court to issue an order in less than 10 days is a rather remarkable move.

So my question is: why the sudden, urgent need? What is the basis for your insistence on an order by September 10? Again, we're just trying to understand your request so we can support the most efficient use of judicial resources.

Best,
Eli

**Elias L. Quinn, Senior Attorney**
Washington, DC | 202.864.0430
EARTHJUSTICE
*Because the earth needs a good lawyer*

---

**From:** Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>
**Sent:** Tuesday, September 1, 2026 1:54 PM
**To:** Eli Quinn <equinn@earthjustice.org>; Ben Grillot <bgrillot@selc.org>; crhode@bellsouth.net; Traylor, Patrick <ptraylor@velaw.com>; Danny Van Horn <danny.vanhorn@butlersnow.com>; Lauren Godshall <lgodshall@earthjustice.org>; eputfark@selcva.org; Patrick Anderson <panderson@selcga.org>; Mary Rock <mrock@earthjustice.org>; ryan.beckett@butlersnow.com; Rebecca Ramirez <rramirez@earthjustice.org>; jmarwell@velaw.com; wfortenberry@boydengray.com; mbuschbacher@boydengray.com; james.beers@troutman.com; jconde@boydengray.com; keri.herrington@butlersnow.com; tmyers@boydengray.com

**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Heminger, Justin (ENRD) <Justin.Heminger@usdoj.gov>
**Subject:** RE: NAACP v. xAI, No. 3:26-cv-74

**External Sender**

Eli,

The relief we will be seeking is for the court to enter a written order no later than September 10 on our Amended Motion to Intervene and Dismiss. We will be asking for that relief in order to obtain a written order on our pending motion.

Thanks,

**Andrew Darlington**
Counsel
Energy and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Work cell (no texts): (202) 532-3365
Andrew.Darlington2@usdoj.gov

---

**From:** Eli Quinn <equinn@earthjustice.org>
**Sent:** Tuesday, September 1, 2026 1:35 PM
**To:** Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>; Ben Grillot <bgrillot@selc.org>; crhode@bellsouth.net; Traylor, Patrick <ptraylor@velaw.com>; Danny Van Horn <danny.vanhorn@butlersnow.com>; Lauren Godshall <lgodshall@earthjustice.org>; eputfark@selcva.org; Patrick Anderson <panderson@selcga.org>; Mary Rock <mrock@earthjustice.org>; ryan.beckett@butlersnow.com; Rebecca Ramirez <rramirez@earthjustice.org>; jmarwell@velaw.com; wfortenberry@boydengray.com; mbuschbacher@boydengray.com; james.beers@troutman.com; jconde@boydengray.com; keri.herrington@butlersnow.com; tmyers@boydengray.com
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Heminger, Justin (ENRD) <Justin.Heminger@usdoj.gov>
**Subject:** [EXTERNAL] RE: NAACP v. xAI, No. 3:26-cv-74

Afternoon, Andrew.

I'm not sure I follow, sorry. Can you describe what relief you'll be seeking from the Court and why? Understanding both those items will help Plaintiffs better assess your request.

Cheers,
Eli

**Elias L. Quinn, Senior Attorney**
Washington, DC | 202.864.0430
EARTHJUSTICE
*Because the earth needs a good lawyer*

**From:** Darlington, Andrew (ENRD) <Andrew.Darlington2@usdoj.gov>
**Sent:** Tuesday, September 1, 2026 1:24 PM
**To:** Ben Grillot <bgrillot@selc.org>; crhode@bellsouth.net; Traylor, Patrick <ptraylor@velaw.com>; Danny Van Horn <danny.vanhorn@butlersnow.com>; Eli Quinn <equinn@earthjustice.org>; Lauren Godshall <lgodshall@earthjustice.org>; eputfark@selcva.org; Patrick Anderson <panderson@selcga.org>; Mary Rock <mrock@earthjustice.org>; ryan.beckett@butlersnow.com; Rebecca Ramirez <rramirez@earthjustice.org>; jmarwell@velaw.com; wfortenberry@boydengray.com; mbuschbacher@boydengray.com; james.beers@troutman.com; jconde@boydengray.com; keri.herrington@butlersnow.com; tmyers@boydengray.com
**Cc:** Stander, Robert (ENRD) <Robert.Stander@usdoj.gov>; Heminger, Justin (ENRD) <Justin.Heminger@usdoj.gov>
**Subject:** NAACP v. xAI, No. 3:26-cv-74

**External Sender**

Good afternoon,

Tomorrow, the United States intends to file a motion for entry of a written order no later than September 10 on our Amended Motion to Intervene and Dismiss.

Please let me know by 5 PM EST **today** whether you oppose or consent to this forthcoming motion.

Thank you,

**Andrew Darlington**
Counsel
Energy and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
Work cell (no texts): (202) 532-3365
Andrew.Darlington2@usdoj.gov