**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>**Plaintiffs,**<br>**v.**<br><br>**X.AI CORP. and MZX TECH LLC**<br><br>**Defendants.** | **No. 3:26-cv-00074-DMB-JMV** |

**PLAINTIFFS' STATEMENT IN RESPONSE TO AND OPPOSITION OF UNITED STATES' MOTION FOR ENTRY OF WRITTEN ORDER NO LATER THAN SEPTEMBER 10**

Plaintiffs oppose the United States' purported request that, "[i]f the Court denies the United States' amended motion, this Court should stay further proceedings until the United States has exhausted review of that denial." (Dkt. No. 117). Because the United States did not seek Plaintiffs' position on this request prior to including it in its recent memorandum, Plaintiffs did not have the opportunity to oppose until now. *Contra* L. Uni. Civ. R. 7(b)(10) ("All non-dispositive motions must advise the court whether there is opposition to the motion."). This premature request is inadequately briefed and would unnecessarily delay a hearing on the preliminary injunction despite ongoing harm to frontline communities.

On September 1, the United States asked by email whether the parties would oppose or consent to a forthcoming "motion for entry of a written order no later than September 10 on our Amended Motion to Intervene and Dismiss." (Sept. 1 Email Conference, Ex. A). Plaintiffs twice asked the United States to provide its reasons for such a motion, but received no meaningful reply. *Id.* Because the United States failed to provide a basis for its requested relief, Plaintiffs took no position on their motion. But, in those communications, the United States did not disclose it would request that the Court "stay further proceedings" in the event the Court denied their motion. Plaintiffs oppose this request.

Though the United States' memorandum raises the possibility of a stay of district court proceedings, it does not cite to the applicable legal standard that guides such requests, *e.g.*, *Nken v. Holder*, 556 U.S. 416 (2009), nor does it provide any legal analysis to establish the need for one here. *Accord Sanders v. Unum Life Ins. Co. of America*, 553 F. 3d 922, 926 (5th Cir. 2008) ("Merely mentioning a claim does not constitute a supported argument or adequate briefing.").

Should the United States appropriately move for a stay (say, upon evaluating the Court's order once it is issued), Plaintiffs would respond to that request in due course. That response would address, among other things, the ongoing irreparable harm posed to Plaintiffs members by continued operation of unpermitted turbines at the Colossus Gas Plant, harms which have been fully briefed by the parties (*see* Dkt.

Nos. 51, 52, 93, 94, 96, and 97), but that the United States has not sought to address in any filing (or proposed filing).

Accordingly, Plaintiffs hereby clarify they **oppose** the unsupported request for a stay that is presented for the first time in the United States' memorandum.

Dated: September 3, 2026

Respectfully submitted,

*/s/ Carroll Rhodes*

Carroll Rhodes (MS Bar No. 5314)
MISSISSIPPI STATE CONFERENCE
OF THE NAACP
119 Downing St
Hazlehurst, MS 39083
crhode@bellsouth.net
Phone: 601-894-4323

*/s/ Elias L. Quinn*

Elias L. Quinn (CO Bar No. 42159)
*(Pro Hac Vice)* – Lead Counsel
Mary Rock (IL Bar No. 6332240)
*(Pro Hac Vice)*
EARTHJUSTICE
D.C. Regional Office
1250 I Street, 4th Floor
Washington, DC 20005
equinn@earthjustice.org
mrock@earthjustice.org
Phone: 202-667-4500

Lauren Godshall (LA Bar No. 31465)
*(Pro Hac Vice)*
Rebecca Ramirez (TX Bar No. 24126749)
*(Pro Hac Vice)*
EARTHJUSTICE
Gulf Regional Office
845 Texas Ave., Suite 200

*/s/ Benjamin Grillot*

Benjamin Grillot (DC Bar. No. 982114)
*(Pro Hac Vice)* – Lead Counsel
SOUTHERN ENVIRONMENTAL LAW CENTER
500 New Jersey Ave., Suite 600
Washington, DC 20001
bgrillot@selc.org
Phone: 202-828-8382

Patrick Anderson (GA Bar No. 226260)
*(Pro Hac Vice)*
SOUTHERN ENVIRONMENTAL LAW CENTER
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
panderson@selc.org
Phone: 404-521-9900

Elizabeth Putfark (VA Bar No. 100358)
*(Pro Hac Vice)*
SOUTHERN ENVIRONMENTAL LAW CENTER

Houston, TX 77002
lgodshall@earthjustice.org
rramirez@earthjustice.org
Phone: 773-828-0836

120 Garrett Street, Suite 400
Charlottesville, VA 22902
eputfark@selc.org
Phone: 434-977-4090

*Counsel for Plaintiffs*