**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE,<br><br>Plaintiffs,<br>v.<br><br>X.AI and MZX TECH LLC,<br><br>Defendants. | Case No. 3:26-cv-00074-DMB-JMV |

**REPLY IN SUPPORT OF THE UNITED STATES' MOTION FOR ENTRY OF WRITTEN ORDER NO LATER THAN SEPTEMBER 10 ON THE UNITED STATES' AMENDED MOTION TO INTERVENE AND DISMISS**

The United States, acting on behalf of Environmental Protection Agency Administrator Lee M. Zeldin (together, "United States"), filed one motion moving this Court for one form of relief: entry of a written order by September 10 on the United States' Amended Motion for Intervention and Dismissal. Dkt. No. 117, 118. The motion is unopposed. Dkt. No. 121 at 2 ("Plaintiffs took no position"); Dkt. No. 117 at 1 ("Defendants consent"). Thus, the United States "advise[d] the court whether there is opposition to the motion" in compliance with this Court's rules. L. Uni. Civ. R. 7(b)(10).

Although the United States did not move for a stay of proceedings (indeed, the United States' motion did not mention a "stay," *see* Dkt. No. 117), the United States' memorandum in support of its motion argued that a stay is appropriate in the event the United States is denied intervention, Dkt. No. 118 at 5. That argument was not a motion, and Plaintiffs do not contend that the United States formally moved for a stay (it has not), *see* Dkt. No. 121 at 1-3 (making no allegation that the "*request*" to stay proceedings was a motion (emphasis added)). The United States understands that this Court *intends* to deny the Amended Motion for Intervention and Dismissal, but that amended motion has not yet been denied. *See* Dkt. No. 117 at 1. If September 10 passes without entry of a written order on the amended motion, the United States will treat that as a denial, as is necessary to protect its interests. And in the event this Court denies the amended motion (formally or constructively), the United States reserves the right to formally move for a stay of proceedings pending appeal as warranted at that time.

For these reasons, the United States' motion for entry of a written order by September 10 in unopposed and should be granted.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

JOHN K. ADAMS
Associate Deputy Attorney General
U.S. Department of Justice

ROBERT N. STANDER
Deputy Assistant Attorney General
Energy and Natural Resources Division

JUSTIN D. HEMINGER
Acting Deputy Assistant Attorney General
Energy and Natural Resources Division

MICHAEL WEISBUCH
Senior Counsel to the Associate Attorney General

/s/ Andrew M. Darlington
ANDREW M. DARLINGTON, Lead Counsel
Counsel to the Assistant Attorney General
Florida Bar No. 1018895
KYLE GLYNN
Attorney
D.C. Bar No. 90005572
U.S. Department of Justice
Energy and Natural Resources Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 532-3365 (Darlington)
Andrew.Darlington2@usdoj.gov
(202) 598-9568 (Glynn)
Kyle.Glynn@usdoj.gov

*Counsel for the United States*

September 8, 2026