**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE,<br><br>Plaintiffs,<br>v.<br><br>X.AI and MZX TECH LLC,<br><br>Defendants. | Case No. 3:26-cv-00074-DMB-JMV |

# NOTICE OF APPEAL

Pursuant to Rule 3(c) of the Federal Rules of Appellate Procedure, the United States, acting on behalf of Lee M. Zeldin as Administrator of the U.S. Environmental Protection Agency (together, the "United States"), hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's August 24, 2026, constructive Order denying the United States' amended motion for intervention and dismissal. Dkt. 116 (transcript of constructive oral Order); Dkt. 114 (Aug. 24 minute entry); Dkt. 117, 118 (motion requesting written Order by Sept. 10); Dkt. 85 (amended motion to intervene); *see In re Fort Worth Chamber of Com.*, 100 F.4th 528, 532 (5th Cir. 2024) ("district court's failure to timely rule" constituted "effective denial" and appealable order).

Respectfully submitted,

/s/ Andrew M. Darlington
ANDREW M. DARLINGTON, Lead Counsel
Counsel to the Assistant Attorney General
Florida Bar No. 1018895
U.S. Department of Justice
Energy and Natural Resources Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 532-3365
Andrew.Darlington2@usdoj.gov

September 18, 2026

*Counsel for the United States*