**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI and MZX TECH LLC,<br><br>Defendants. | Case No. 3:26-cv-00074-DMB-JMV |

**THE UNITED STATES'
MOTION TO STAY ALL PROCEEDINGS PENDING APPEAL**

The United States moves to stay all proceedings in this case while the Fifth Circuit addresses the critical issue of the United States' involvement in this case. Staying this case will serve the interests of judicial economy by avoiding parallel proceedings in this Court and the Court of Appeals, and by allowing the Fifth Circuit to provide clarity and establish governing law. This Court can thereafter decide whether a hearing is necessary and, if so, whether the United States must be allowed to participate. Staying the case will avoid irreparable harm to national security and infringement of the United States' exclusive authority to enforce federal law. A stay will not unfairly prejudice Plaintiffs, as Plaintiffs themselves will conserve resources by not preparing for an unnecessary preliminary injunction hearing. Given the upcoming preliminary injunction hearing and all additional reasons and arguments contained in the separately filed memorandum in support of this motion, the United States moves to stay all proceedings pending appeal and requests entry of a written order by September 28. Plaintiffs oppose this motion. Defendants consent to this motion.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

JOHN K. ADAMS
Associate Deputy Attorney General
U.S. Department of Justice

MICHAEL WEISBUCH
Deputy Associate Attorney General
U.S. Department of Justice

ROBERT N. STANDER
Deputy Assistant Attorney General
Energy and Natural Resources Division

JUSTIN D. HEMINGER
Acting Deputy Assistant Attorney General
Energy and Natural Resources Division

/s/ Andrew M. Darlington
ANDREW M. DARLINGTON, Lead Counsel
Counsel
Florida Bar No. 1018895
U.S. Department of Justice
Energy and Natural Resources Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 532-3365
Andrew.Darlington2@usdoj.gov

*Counsel for the United States*

September 21, 2026