**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**X.AI Corp. and MZX Tech LLC,**<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 3:26-cv-00074-DMB-JMV** |

**DEFENDANTS' RESPONSE IN SUPPORT OF THE UNITED STATES' MOTION TO STAY ALL PROCEEDINGS PENDING APPEAL (DKT. NO. 124)**

Pursuant to Local Uniform Civil Rule 7(b)(3), Defendants X.AI Corp. ("xAI") and MZX Tech LLC ("MZX") (collectively, "Defendants") file this Response in Support of the United States' Motion to Stay All Proceedings Pending Appeal (Dkt. No. 124). Defendants agree with the United States that the Court should stay proceedings, and in particular should refrain from scheduling a preliminary injunction hearing, pending the United States' appeal of the denial of its motion to intervene as of right.

In support of this Response, Defendants are filing concurrently a memorandum in support, which contains citations to relevant authorities and an explanation as to why the Court should grant the United States' motion and stay further proceedings in this Court pending appeal.

**WHEREFORE,** Defendants respectfully request that the Court **GRANT** the United States' Motion to Stay All Proceedings Pending Appeal (Dkt. No. 124).

Respectfully submitted this 22nd day of September, 2026.

By:

*/s/ Daniel W. Van Horn*

Daniel W. Van Horn (MS Bar No. 102105)
BUTLER SNOW LLP
6075 Poplar Ave., Suite 500
Memphis, TN 38187
(901) 680-7331
danny.vanhorn@butlersnow.com

P. Ryan Beckett (MS Bar No. 99524)
Keri E. Herrington (MS Bar No. 106815)
BUTLER SNOW LLP
1020 Highland Colony Pkwy.
Suite 1400
Ridgeland, MS 39157
(601) 948-5711
(601) 948-5177
ryan.beckett@butlersnow.com
keri.herrington@butlersnow.com

Patrick D. Traylor* (D.C. Bar No. 449350)
Jeremy C. Marwell* (D.C. Bar No.1000299)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6500
ptraylor@velaw.com
jmarwell@velaw.com

Christopher V. Popov* (TX Bar No. 24032960)
VINSON & ELKINS LLP
845 Texas Avenue
Suite 4700
Houston, TX 77002
(713) 758-2636
cpopov@velaw.com

Michael B. Buschbacher*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, D.C. 20006
(202) 955-0620
mbuschbacher@boydengray.com

*Attorneys for X.AI Corp. and MZX Tech LLC*

** Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I filed the foregoing document with the Clerk of the U.S. District Court for the Northern District of Mississippi through the Court's CM/ECF system, which shall send notification of such filing to all parties of record in this case.

*/s/ Daniel W. Van Horn*
Daniel W. Van Horn