**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>**Plaintiffs,**<br>**v.**<br><br>**X.AI CORP. and MZX TECH LLC**<br><br>**Defendants.** | **No. 3:26-cv-00074-DMB-JMV** |

**PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION TO STAY ALL PROCEEDINGS PENDING APPEAL**

The United States now seeks to stay all district court proceedings, but it never addresses the extensive record of severe and ongoing harms posed by Defendants xAI and MSX (together "xAI") as they operate the unpermitted turbines of the Colossus Gas Plant. As further set forth in the attending Memorandum in Opposition, Plaintiffs NAACP and NAACP Mississippi State Conference (together "NAACP") oppose the United States' request for a stay and respond to the Government's contentions as follows:

1. The Colossus Gas Plant's unpermitted air pollution threatens the health and welfare of NAACP's nearby members and other fenceline communities. Staying all proceedings before this Court will force the communities to continue to endure increased risks of disease and premature death with each passing day. Claiming concern that it will not be allowed to participate in a hearing that has not been scheduled, the United States now seeks to stay all district court proceedings while it appeals an order that has not been issued. *See* Dkt. No. 124. As it stands, the United States has nothing to appeal and the Fifth Circuit has nothing to review.

2. The issue plaguing the United States' intervention effort from the beginning is *how* the Government could participate in this case, not *whether* the United States can participate at all. As NAACP has already noted: "The United States can likely establish *some* basis on which it may participate in this case to *some* extent." Dkt. No. 83 at 6. But the United States has created a procedural morass by failing to follow basic legal principles at every step. Now its effort to bypass the District Court entirely threatens further delay at the community's expense.

3. In its Motion to Strike the United States' intervention papers, NAACP expressed its preference to resolve the nature of and basis for the United States' participation *before* the Government was admitted into this case. *See id*. But the Court could also resolve the matter *afterward*. For example, though the United States' filings cannot support its purported "Plaintiff" status, the Court could consider granting the United States' motion to intervene conditioned on the Government's realignment as a defendant. Then, prior to any PI hearing, the Court could set appropriate limitations on the United States' participation to match its limited interests.

4. In light of the United States' latest maneuvers, resolving *whether* the United States can participate in this case and then turning to the question of *how* would obviate any need for the Government's requested stay and serve the interests of judicial efficiency. Whatever its role, though, the United States' requested stay of all proceedings would irreparably harm NAACP members and other frontline communities exposed to the Colossus Gas Plant's illegal pollution.

For these reasons, and as further described in the attending Memorandum in Opposition, NAACP respectfully asks that this Court DENY United States' motion for a stay of all proceedings pending appeal.

Dated: September 28, 2026

Respectfully submitted,

/s/ Carroll Rhodes

Carroll Rhodes (MS Bar No. 5314)
MISSISSIPPI STATE CONFERENCE
OF THE NAACP
119 Downing St
Hazlehurst, MS 39083
crhode@bellsouth.net
Phone: 601-894-4323

/s/ Elias L. Quinn

Elias L. Quinn (CO Bar No. 42159)
(Pro Hac Vice) – Lead Counsel
Mary Rock (IL Bar No. 6332240)
(Pro Hac Vice)
EARTHJUSTICE
D.C. Regional Office
1250 I Street, 4th Floor
Washington, DC 20005
mrock@earthjustice.org
equinn@earthjustice.org
Phone: 202-667-4500

Lauren Godshall (LA Bar No. 31465)
(Pro Hac Vice)
Rebecca Ramirez (TX Bar No. 24126749)
(Pro Hac Vice)
EARTHJUSTICE
Gulf Regional Office
845 Texas Ave., Suite 200
Houston, TX 77002
lgodshall@earthjustice.org
rramirez@earthjustice.org
Phone: 773-828-0836

/s/ Benjamin Grillot

Benjamin Grillot (DC Bar. No. 982114)
(Pro Hac Vice) – Lead Counsel
SOUTHERN ENVIRONMENTAL LAW CENTER
500 New Jersey Ave., Suite 600
Washington, DC 20001
bgrillot@selc.org
Phone: 202-828-8382

Patrick Anderson (GA Bar No. 226260)
(Pro Hac Vice)
SOUTHERN ENVIRONMENTAL LAW CENTER
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
panderson@selc.org
Phone: 404-521-9900

Elizabeth Putfark (VA Bar No. 100358)
(Pro Hac Vice)
SOUTHERN ENVIRONMENTAL LAW CENTER
120 Garrett Street, Suite 400
Charlottesville, VA 22902
eputfark@selc.org
Phone: 434-977-4090

*Counsel for Plaintiffs*