**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| NAACP and NAACP MISSISSIPPI STATE CONFERENCE,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI and MZX TECH LLC,<br><br>Defendants. | Case No. 3:26-cv-00074-DMB-JMV |

**THE UNITED STATES' REPLY IN SUPPORT OF ITS**
**MOTION TO STAY ALL PROCEEDINGS PENDING APPEAL**

The United States moves the Court to stay all proceedings pending appeal. First, the Court now lacks jurisdiction over all issues currently on appeal, including whether the Court's constructive denial of intervention is an appealable order and whether the United States has a statutory and constitutional right to intervene and dismiss the case. Next, the best course is for the Court to stay all proceedings under its inherent authority or under other governing law. For the reasons and support contained herein and in the separately filed memorandum in support of this reply and its accompanying exhibit, the Court should grant the United States' motion to stay all proceedings pending appeal.

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General
U.S. Department of Justice

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division

JOHN K. ADAMS
Associate Deputy Attorney General
U.S. Department of Justice

MICHAEL WEISBUCH
Deputy Associate Attorney General
U.S. Department of Justice

ROBERT N. STANDER
Deputy Assistant Attorney General
Energy and Natural Resources Division

/s/ Andrew M. Darlington
ANDREW M. DARLINGTON, Lead Counsel
Counsel
Florida Bar No. 1018895
U.S. Department of Justice
Energy and Natural Resources Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 532-3365
Andrew.Darlington2@usdoj.gov

*Counsel for the United States*

October 5, 2026