**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; and MISSISSIPPI STATE CONFERENCE OF THE NAACP** | **PLAINTIFFS** |
| **V.** | **NO. 3:26-CV-74-DMB-JMV** |
| **X.AI CORP.; and MZX TECH LLC** | **DEFENDANTS** |

**ORDER**

On June 12, 2026, the plaintiffs filed an amended motion for a preliminary injunction ("Amended PI Motion"). Doc. #51. On June 19, the parties[1] jointly moved to (1) stay Rule 26(a)(1) initial disclosures; (2) continue the July 14 case management conference and related Rule 16 and Rule 26 deadlines; (3) set deadlines for exchanging witness lists and exhibits for the then-August 24 date for a hearing on the Amended PI Motion, and providing such witness lists and exhibits to the Court; and (4) set an August 20 pre-hearing status conference. Doc. #72.

Based on the Court's discussion with the parties during the June 29 telephonic status conference,[2] the jointly proposed schedule submitted to the Court by e-mail on July 22, and the expiration of the proposed date for a pre-hearing status conference:

1. Witness lists, pre-marked exhibits, and pre-marked demonstrative exhibits must have been submitted to the Court no later than August 3, 2026, with the parties indicating which, if any, of these materials are subject to an objection.

2. To the extent any party challenges the authenticity or admissibility of a proposed

---

[1] When the June 19 joint motion was filed (and when all other events mentioned in this order occurred), the intervenor-plaintiff United States was not yet a party.

[2] Doc. #79.

exhibit or objects to a witness, the parties must have filed a joint submission no later than August 3, 2026, setting forth the arguments for and against each such challenge or objection.

Given the schedule above[3] and that on June 30, United States Magistrate Judge Jane M. Virden issued an order cancelling the June 14 case management conference and terminating the related deadlines,[4] the June 19 joint motion [72] is **DENIED as moot**.

**SO ORDERED**, this 26th day of October, 2026.

**/s/Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**

[3] The Court acknowledges that since the filing of the June 19 joint motion, certain events have occurred that required (and may still require) the Court to set other deadlines.

[4] Doc. #78.