# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 3, 2026
Thomas B. Plunkett, III
Clerk

No. 26-60806

National Association for the Advancement of Colored People; Mississippi State Conference of the National Association for the Advancement of Colored People,

*Plaintiffs—Appellees*,

United States of America, *acting on behalf of Lee M. Zeldin as Administrator of* the U.S. Environmental Protection Agency,

*Movant—Appellant*,

*versus*

X.AI Corporation; MZX Tech, L.L.C.,

*Defendants*.

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 3:26-CV-74

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of November 03, 2026, pursuant to the stipulation of the parties.

THOMAS B. PLUNKETT, III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ______________________________
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT