# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2026

Mr. Daniel B. McHugh
Northern District of Mississippi, Oxford
United States District Court
911 Jackson Avenue
Oxford, MS 38655

No. 26-60806 NAACP v. X.AI
USDC No. 3:26-CV-74

Dear Mr. McHugh,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ______________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

cc: Mr. Paul D. Clement
Mr. Andrew M. Darlington
Ms. Kirti Datla
Ms. Brianne Jenna Gorod
Mr. Benjamin Grillot
Mr. Chadwick James Harper
Mr. Jeremy Charles Marwell
Mr. Christopher V. Popov
Mr. Carroll E. Rhodes
Mr. John Houston Shaner
Mr. Robert N. Stander
Mr. Scott G. Stewart