**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE,** | § | |
| *Plaintiffs/Cross-Defendants,* | § | |
| **UNITED STATES OF AMERICA**, | § | |
| *Intervenor-Plaintiff,* | § | |
| v. | § | **Case No. 3:26-cv-00074-DMB-JMV** |
| **X.AI Corp. and MZX Tech LLC,** | § | |
| *Defendants.* | § | |

**DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b) AND STAY PENDING APPEAL**

Pursuant to Local Uniform Rule 7(b)(2), Federal Rule of Appellate Procedure 5(a)(3), and 28 U.S.C. § 1292(b), Defendants X.AI Corp. and MZX Tech LLC move this Court to certify for immediate appeal the Court's Opinion and Order of October 30, 2026 ("Order") (Doc. 139), which denied Defendants' Motion to Dismiss (Doc. 54). Defendants also respectfully request a stay of all proceedings before this Court pending resolution by the U.S. Court of Appeals for the Fifth Circuit of a petition for permission to appeal pursuant to Federal Rule of Appellate Procedure 5(a) and any subsequent appellate proceedings if the petition is granted.

Defendants are filing concurrently a memorandum in support of this motion, which contains citations to relevant authorities and an explanation as to why the Court should grant the motion and certify its Order for immediate appeal, as well as why the Court should stay all

proceedings pending before this Court pending resolution of this matter in the Fifth Circuit. As the memorandum in support explains:

1. In the Order, the Court concluded that (1) Plaintiffs have statutory standing under the Clean Air Act ("CAA"); (2) Plaintiffs' CAA permitting claims (Claims 1 and 2) state claims for relief because Defendants' portable turbines are not "mobile sources" exempt from preconstruction permitting requirements under Mississippi's State Implementation Plan; and (3) the CAA's citizen-suit provision does not violate Article II of the U.S. Constitution or the private nondelegation doctrine. *See* Order at 1.

2. The Order presents more than one "controlling question[s] of law," on which there are "substantial ground[s] for difference of opinion." 28 U.S.C. § 1292(b). Furthermore, "an immediate appeal from [this Court's Order] may materially advance the ultimate termination of th[is] litigation." *Id.*

3. Accordingly, Defendants respectfully move the Court to certify its Order for immediate appeal, pursuant to 28 U.S.C. § 1292(b).

**WHEREFORE**, Defendants respectfully request that the Court **GRANT** Defendants' Motion to Certify for Interlocutory Appeal under 28 U.S.C. § 1292(b) and to stay further proceedings in this Court pending the Fifth Circuit's resolution of the matter.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Daniel W. Van Horn*
Daniel W. Van Horn (MS Bar No. 102105)
BUTLER SNOW LLP
6075 Poplar Ave., Suite 500
Memphis, TN 38187
(901) 680-7331
danny.vanhorn@butlersnow.com

P. Ryan Beckett (MS Bar No. 99524)
Keri E. Herrington (MS Bar No. 106815)
BUTLER SNOW LLP
1020 Highland Colony Pkwy.
Suite 1400
Ridgeland, MS 39157
(601) 948-5711
(601) 948-5177
ryan.beckett@butlersnow.com
keri.herrington@butlersnow.com

Michael B. Buschbacher*
James R. Conde*
BOYDEN GRAY PLLC
800 Connecticut Ave. NW,
Suite 900
Washington, D.C. 20006
(202) 955-0620 (MB)
(646) 266-4011 (JC)
mbuschbacher@boydengray.com
jconde@boydengray.com

Patrick D. Traylor* (D.C. Bar No. 449350)
Jeremy C. Marwell* (D.C. Bar No.1000299)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
(202) 639-6500
ptraylor@velaw.com
jmarwell@velaw.com

Christopher V. Popov* (TX Bar No. 24032960)
VINSON & ELKINS LLP
845 Texas Avenue
Suite 4700
Houston, TX 77002
(713) 758-2636
cpopov@velaw.com

* *pro hac vice*

*Counsel for X.AI Corp. and MZX Tech LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I filed the foregoing document with the Clerk of the U.S. District Court for the Northern District of Mississippi through the Court's CM/ECF system, which shall send notification of such filing to all parties of record in this case.

*/s/ Daniel W. Van Horn*
Daniel W. Van Horn