**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **NAACP and NAACP MISSISSIPPI STATE CONFERENCE**<br><br>**Plaintiffs,**<br>**v.**<br><br>**THE UNITED STATES OF AMERICA**<br><br>**Intervenor,**<br>**v.**<br><br>**X.AI CORP. and MZX TECH LLC,**<br><br>**Defendants.** | **No. 3:26-cv-00074-DMB-JMV** |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO EXTEND TIME FOR FILINGS RELATED TO DEFENDANTS' MOTION FOR CERTIFICATION**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs respectfully move the Court for a short extension of time to respond to Defendants' Motion for Certification of Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) and Stay Pending Appeal (Dkt. 141). Plaintiffs request a 5-day extension for their opposition beyond the deadline supplied by the Local Rules, which would move the deadline from November 20 to November 25, 2026. Plaintiffs seek this extension to accommodate other litigation deadlines during the intervening period. After conferring with them by email, counsel for Defendants and for Intervenor United States represented to undersigned counsel that they do not oppose this request.

In order to accommodate their own argument schedules, counsel for Defendants asked for a similar extension for their reply brief, to December 10, 2026. Plaintiffs do not oppose such an extension.

Wherefore, for good cause shown and without opposition, Plaintiffs respectfully ask that the Court set the following deadlines for any remaining briefing related to Defendant's Motion for Certification of Interlocutory Appeal:

1. Plaintiffs shall file any response to Defendants' Motion (Dkt. No. 141) on or before November 25, 2026; and
2. Defendants shall file any rebuttal or reply in support of their motion on or before December 10, 2026.

Dated: November 11, 2026

Respectfully submitted,

/s/ Carroll Rhodes

Carroll Rhodes (MS Bar No. 5314)
MISSISSIPPI STATE CONFERENCE OF THE NAACP
119 Downing St
Hazlehurst, MS 39083
crhode@bellsouth.net
Phone: 601-894-4323

/s/ Elias L. Quinn

Elias L. Quinn (CO Bar No. 42159)
(Pro Hac Vice) – Lead Counsel
Mary Rock (IL Bar No. 6332240)
(Pro Hac Vice)
EARTHJUSTICE
D.C. Regional Office
1250 I Street, 4th Floor
Washington, DC 20005
mrock@earthjustice.org
equinn@earthjustice.org
Phone: 202-667-4500

Lauren Godshall (LA Bar No. 31465)
(Pro Hac Vice)
Rebecca Ramirez (TX Bar No. 24126749)

/s/ Benjamin Grillot

Benjamin Grillot (DC Bar. No. 982114)
(Pro Hac Vice) – Lead Counsel
SOUTHERN ENVIRONMENTAL LAW CENTER
500 New Jersey Ave., Suite 600
Washington, DC 20001
bgrillot@selc.org
Phone: 202-828-8382

Patrick Anderson (GA Bar No. 226260)
(Pro Hac Vice)
SOUTHERN ENVIRONMENTAL LAW CENTER
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
panderson@selc.org
Phone: 404-521-9900

(Pro Hac Vice)
EARTHJUSTICE
Gulf Regional Office
845 Texas Ave., Suite 200
Houston, TX 77002
lgodshall@earthjustice.org
rramirez@earthjustice.org
Phone: 773-828-0836

Elizabeth Putfark (VA Bar No. 100358)
(Pro Hac Vice)
SOUTHERN ENVIRONMENTAL LAW CENTER
120 Garrett Street, Suite 400
Charlottesville, VA 22902
eputfark@selc.org
Phone: 434-977-4090

*Counsel for Plaintiffs*